AO 440  (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:

V.

ASSIGNED JUDGE:

DESIGNATED
MAGISTRATE JUDGE:

TO: (Name and address of Defendant)

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

an answer to the complaint which is herewith served upon you, _____ days after service of this summons upon you, exclusive of the day of service.  If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.  You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

THOMAS G. BRUTON, CLERK

(By) DEPUTY CLERK

May 12, 2017

DATE

# Affidavit of Process Server

Stanley Boin, etal.          vs  American Muslims, etal.     MCV3591
_Plaintiff/Petitioner_              _Defendant/Respondent_              _Case#_

Being duly sworn, on my oath, I   Barry A Savage Sr

declare that I am a citizen of the United States, over the age of eighteen and not a party to this action.

**Service:**          I served   Rafeeq Jaber
                              _NAME/OF PERSON/ENTITY BEING SERVED_

with the (documents)      □ Subpoena with $        witness fee and mileage

☒ Summons Notice of Petition to Revive Judgment,
Petition to Revive Judgment, Notice of Third-Party
Citation to Discover Assets & Third-Party Citation
to Discover Assets

by serving (NAME)   Rafeeq   Jaber

at a □ Home       9748 S Meade  Oaklawn  IL

□ Business

□ on (DATE)   05-21-17          at (TIME)   10:10 Am

Thereafter copies of the documents were mailed by prepaid, first class mail on (DATE) _____

From (CITY) _____     (STATE) _____

**Manner of Service:**

☒ By Personal Service

□ By delivering, during office hours, copies at the office of the person/entity being served, leaving same with the person
   apparently in charge thereof, namely,.

□ By leaving a copy at the defendant's usual place of abode, with some person of the family or a person
   residing there, of the age of 13 years or upwards, and informing that person of the general nature of the papers

**Non-Service:**

□ By posting copies in a conspicuous manner to the address of the person/entity being served.

After due search, careful inquiry and diligent attempts at the address(es) listed above, I have been
unable to effect process upon the person/entity being served because of the following reason(s):

□ Unknown at Address       □ Evading              □ Other: _____

□ Address does not exist    □ Service cancelled by litigant

□ Moved, Left no forwarding  □ Unable to serve in a timely fashion

**Service Attempts:** Service was attempted on: ( )          ,( )          ,( )

|  |  |  |  |  |  |
|---|---|---|---|---|---|
| ( ) | | ,( ) | | ,( ) | |
| DATE | TIME | DATE | TIME | DATE | TIME |
| ( ) | | ,( ) | | ,( ) | |
| DATE | TIME | DATE | TIME | DATE | TIME |

**Description:**

| | | | | | |
|---|---|---|---|---|---|
| ☒ Male | □ White Skin | □ Black Hair | ☒ White Hair | □ 14-20 Yrs. | □ Under 5' | □ Under 100 Lbs. |
| □ Female | □ Black Skin | □ Brown Hair | □ Balding | □ 21-35 Yrs. | □ 5'-5'3" | □ 100-130 Lbs. |
| | ☒ Brown Skin | □ Blond Hair | | □ 36-50 Yrs. | ☒ 5'4"-5'8" | ☒ 131-160 Lbs. |
| □ Glasses | ☒ Yellow Skin | □ Gray Hair | ☒ Mustache | □ 51-65 Yrs. | □ 5'9"-6' | ☒ 161-200 Lbs. |
| | □ Red Skin | □ Red Hair | ☒ Beard | ☒ Over 65 Yrs. | □ Over 6' | □ Over 200 Lbs. |

OTHER IDENTIFYING FEATURES: _____

State of Illinois  County of Cook

Subscribed and sworn to before me
A notary public, this 21 day of  May          20 17

"OFFICIAL SEAL"
BETHZAIDA PEREZ
NOTARY PUBLIC, STATE OF ILLINOIS
My Commission Expires 7/22/2018

SERVED BY
LASALLE PROCESS SERVERS
ILLINOIS PRIVATE DETECTIVE LICENSE# 117-001432

Notary Public

**CHARTER MEMBER NATIONAL ASSOCIATION OF PROFESSIONAL PROCESS SERVERS**

Locke