AO 440  (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:

V.

ASSIGNED JUDGE:

DESIGNATED
MAGISTRATE JUDGE:

TO: (Name and address of Defendant)

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

an answer to the complaint which is herewith served upon you, _____ days after service of this summons upon you, exclusive of the day of service.  If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.  You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

THOMAS G. BRUTON, CLERK

_____

(By) DEPUTY CLERK

May 12, 2017

DATE

# Affidavit of Process Server

_Stanley Boim, et al._ vs _American Muslims, et al._ 17cv3591
Plaintiff/Petitioner    Defendant/Respondent    Case#

Being duly sworn, on my oath, I _Barry A Savage Sr_
declare that I am a citizen of the United States, over the age of eighteen and not a party to this action.

**Service:** I served _Americans for Justice in Palestine Educational_
NAME OF PERSON/ENTITY BEING SERVED

with the (documents) ☐ Subpoena with $_____ witness fee and mileage

☒ _Summons, Notice of Petition to Revive Judgments,_
_Petition to Revive Judgments, Notice of Third-Party_
_Citation to Discover Assets & Third-Party Citation_
_to Discover Assets_

by serving (NAME) ⓑ _Abdel Basset Hamayel_

at ☐ Home
☐ Business _10063 S 76th Bridgeview IL_
☐ on (DATE) _5-18-2017_ at (TIME) _924 pm_

Thereafter copies of the documents were mailed by prepaid, first class mail on (DATE) _____
From (CITY) _____ (STATE) _____

**Manner of Service:**

☐ By Personal Service
☒ By delivering, during office hours, copies at the office of the person/entity being served, leaving same with the person apparently in charge thereof, namely,
_Abdel Basset Hamayel_
☐ By leaving a copy at the defendant's usual place of abode, with some person of the family or a person residing there, of the age of 13 years or upwards, and informing that person of the general nature of the papers
☐ By posting copies in a conspicuous manner to the address of the person/entity being served.

**Non-Service:** After due search, careful inquiry and diligent attempts at the address(es) listed above, I have been unable to effect process upon the person/entity being served because of the following reason(s):

☐ Unknown at Address    ☐ Evading    ☐ Other: _____
☐ Address does not exist    ☐ Service cancelled by litigant
☐ Moved, Left no forwarding    ☐ Unable to serve in a timely fashion

**Service Attempts:** Service was attempted on:
( ) _____ , ( ) _____ , ( ) _____
     DATE    TIME      DATE    TIME      DATE    TIME
( ) _____ , ( ) _____ , ( ) _____
     DATE    TIME      DATE    TIME      DATE    TIME

**Description:**
☒ Male    ☐ White Skin    ☒ Black Hair    ☐ White Hair    ☐ 14-20 Yrs.    ☐ Under 5'    ☐ Under 100 Lbs.
☐ Female    ☐ Black Skin    ☐ Brown Hair    ☐ Balding    ☐ 21-35 Yrs.    ☐ 5'-5'3"    ☐ 100-130 Lbs.
   ☒ Brown Skin    ☐ Blond Hair    ☐ 36-50 Yrs.    ☐ 5'4"-5'8"    ☐ 131-160 Lbs.
☐ Glasses    ☐ Yellow Skin    ☒ Gray Hair    ☐ Mustache    ☒ 51-65 Yrs.    ☒ 5'9"-6'    ☐ 161-200 Lbs.
   ☐ Red Skin    ☐ Red Hair    ☐ Beard    ☐ Over 65 Yrs.    ☐ Over 6'    ☒ Over 200 Lbs.

OTHER IDENTIFYING FEATURES: _____

State of Illinois County of Cook

Subscribed and sworn to before me
A notary public, this _22_ day of _May_ 20 _17_

_[signature]_
Notary Public

"OFFICIAL SEAL"
BETHZAIDA PEREZ
NOTARY PUBLIC, STATE OF ILLINOIS
My Commission Expires...

SERVED BY
LASALLE PROCESS SERVERS
ILLINOIS PRIVATE DETECTIVE LICENSE# 117-001432

CHARTER MEMBER NATIONAL ASSOCIATION OF PROFESSIONAL PROCESS SERVERS

_Locke_