## UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| STANLEY BOIM, Individually and as Administrator of the Estate of David Boim, deceased; and JOYCE BOIM,<br><br>    Plaintiffs,<br><br>v.<br><br>AMERICAN MUSLIMS FOR PALESTINE; AMERICANS FOR JUSTICE IN PALESTINE EDUCATIONAL FOUNDATION; RAFEEQ JABER; ABDELBASSET HAMAYEL; AND OSAMA ABU IRSHAID,<br><br>    Defendants. | Civil No. 17-cv-03591<br><br>**Hon. Sharon Johnson Coleman**<br><br>Hon. Sidney I. Schenkier |

## NOTICE OF MOTION

PLEASE TAKE NOTICE that on June 6, 2017, at 8:45 a.m., counsel for Plaintiffs Stanley Boim, Individually and as Administrator of the Estate of David Boim, deceased; and Joyce Boim, shall appear before the Honorable Judge Sharon Johnson Coleman., Courtroom: 1425 of the United States District Courthouse, 219 South Dearborn Street, Chicago, Illinois 60604, and shall present Plaintiffs' Motion for Reassignment Pursuant to Local Rule 40.4, filed in the above-captioned case.

AM 66399693.1

Dated: May 26, 2017                              Respectfully Submitted,

                                                 */s/ Stephen J. Landes*
                                                 Stephen J. Landes
                                                 Daniel I. Schlessinger
                                                 W. Allen Woolley
                                                 Michael B. Kind
                                                 Joshua Fliegel
                                                 LOCKE LORD LLP
                                                 111 South Wacker Drive
                                                 Chicago, IL 60606
                                                 (312) 201-2772

                                                 *Attorneys for Stanley Boim, Individually and as the*
                                                 *Administrator of the Estate of David Boim,*
                                                 *Deceased, and Joyce Boim*

Of Counsel
Nathan Lewin (*pro hac* application being filed)
Alyza D. Lewin (*pro hac* application being filed)
LEWIN & LEWIN LLP
888 17th Street NW
4th Floor
Washington, DC 20006
(202) 828-1000

AM 66399693.1

**CERTIFICATE OF SERVICE**

The undersigned attorney certifies that on May 26, 2017 he caused the foregoing

NOTICE OF MOTION to be served upon (i) American Muslims for Palestine ("AMP"); (ii)

Americans for Justice in Palestine Educational Foundation ("AJP"); (iii) Rafeeq Jaber; (iv)

Abdelbasset Hamayel; and (v) Osama Abu Irshaid, by U.S. Mail, postage pre-paid, to the

following persons at the following addresses:

| | |
|---|---|
| AMP | Abdelbasset Hamayel<br>10101 S Roberts Rd<br>Palos Hills, IL 60465<br><br>American Muslims for Palestine<br>10063 S. 76th Ave<br>Bridgeview, IL 60455 |
| AJP | Abdelbasset Hamayel<br>10101 S Roberts Rd<br>Palos Hills, IL 60465<br><br>Americans for Justice in Palestine Educational Foundation<br>10063 S. 76th Ave<br>Bridgeview, IL 60455 |
| Rafeeq Jaber | Jaber Financial Services<br>10661 S Roberts Rd, Ste 200<br>Palos Hills, IL 60465-1988<br><br>9748 Meade Ave<br>Oak Lawn, IL 60453 |
| Abdelbasset Hamayel | 9400 S. Oketo Ave.<br>Bridgeview, IL 60455<br><br>American Muslims for Palestine<br>10063 S. 76th Ave<br>Bridgeview, IL 60455 |

AM 66399693.1

| Osama Abu Irshaid | 8145 Ridge Creek Way<br>Springfield, VA  22153<br><br>American Muslims for Palestine, DC Office<br>6404 Seven Corners Place<br>Suite 7<br>Falls Church, VA  22044 |

*/s/ Joshua Fliegel*

AM 66399693.1