UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

STANLEY BOIM, et al.,

      Plaintiffs

  v.

AMERICAN MUSLIMS FOR PALESTINE, et al,

      Defendants.

CASE NO. 1:17-CV-03591

Honorable Sharon Johnson Coleman

## NOTICE OF APPEARANCE

Charles D. Swift of the Constitutional Law Center for Muslims in America, files this *Pro Hac Vice* Notice of Appearance as Counsel for Defendants American Muslims For Palestine; Americans For Justice In Palestine Educational Foundation; Rafeeq Jaber; Abdel Basset Hamyel; And Osama Abu-Irshaid, in the above captioned case. Attorney Charles Swift may be contacted at:

Constitutional Law Center for Muslims in America
833 E. Arapaho Rd, Suite 102
Richardson, TX 75081
Phone: (972) 914-2507
Fax: (972) 692-7454
cswift@clcma.org

Pursuant to LR 83.15(a), Attorney Thomas Anthony Durkin has agreed to be designated as Local Counsel for purposes of Service of Papers. Mr. Durkin is located at:

Durkin & Roberts
2446 N. Clark Street
Chicago, IL 60614

Dated this 1st day of June 2017.

*/s/ Charles Swift*
Chares D. Swift,
Texas Bar No. 24091964
Constitutional Law Center for
Muslims in America
833 E. Arapaho Rd, Suite 102
Richardson, TX  75081
Phone: (972) 914-2507
Fax: (972) 692-7454
*Pro Hac Attorney for Defendants*

## CERTIFICATE OF SERVICE

On June 1, 2017, I electronically filed the forgoing with the clerk of the court by using the CM/ECF system, which will send a notice of electronic filing to all attorneys of record.

.

*/s/ Charles Swift*
Chares D. Swift, Trial Counsel
Texas Bar No. 24091964
Constitutional Law Center for
Muslims in America
833 E. Arapaho Rd, Suite 102
Richardson, TX  75081
Phone: (972) 914-2507
Fax: (972) 692-7454
*Pro Hac Attorney for Defendants*
