**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

STANLEY BOIM, et al.,

        Plaintiffs

  v.

AMERICAN MUSLIMS FOR PALESTINE,
et al,

        Defendants.

CASE NO. 1:17-CV-03591

Honorable Sharon Johnson Coleman

## UNOPPOSED MOTION TO CONSOLIDATE ANSWER DATES

Defendants American Muslims for Palestine ("AMP"), Americans for Justice in Palestine Educational Foundation ("AJPEF"), Rafeeq Jaber ("Jabeer"), Abdelbasset Hamayel ("Hamayel"), and Osama Abu Irshaid (Irshaid) (collectively, "Defendants") hereby file this Unopposed Motion to Consolidate Date to Answer or Otherwise Respond, for the reasons set forth below.

### I. Plaintiffs' Complaint

On May 12, 2017, Plaintiffs initiated the instant suit against American Muslims for Palestine ("AMP"), Americans for Justice in Palestine Educational Foundation ("AJPEF"), Rafeeq Jaber ("Jabeer"), Abdelbasset Hamayel ("Hamayel"), and Osama Abu Irshaid (Irshaid) (collectively, "Defendants"). In the instant suit, Plaintiffs seek to enforce a judgment from a 2000 lawsuit against the Defendants. Plaintiffs argue that the current Defendants are liable as successor corporations and under the theory of alter ego for the judgment from the 2000 lawsuit against other defendants.

Counsel for Defendants moved for admission pro hac vice, which was granted on June 1, 2017 (Dckt. 19), and filed Notice of Appearance on June 1, 2017 (Dckt. 20). Defendant Hamayal

1

was served on May 16, with a deadline to answer or otherwise respond by June 6, 2017 (Dckt. 11); Defendants AMP and AJPEF were served on May 18, with deadlines to answer or otherwise respond by June 8, 2017 (Dckt. 13 and 14); Defendant Jaber was served on May 21, with a deadline to answer or otherwise respond by June 12, 2017 (Dckt. 12); Defendant Irshaid has not yet been served.

## II. Consolidated Response Dates Are in the Interest of Efficiency and Justice

Defendants hereby move this Court to allow counsel for Defendants to file one combined answer, or otherwise respond, instead of filing five separate responses for each defendant at staggered dates. This will allow the Court to consider one set of briefing, and for Plaintiffs to respond accordingly to a single set of briefing as well. While only four of the five defendants have been served as of the date of this Motion, counsel for Defendants will accept service for Mr. Irshaid with the understanding that counsel will file a combined response on or before June 12, 2017.

This Request is in the interests of justice and not intended for delay. This request will not cause undue hardship on Plaintiffs in any way, and in fact will likely assist both the Court and Plaintiffs in streamlining the pleadings in this matter.[1]

Counsel for Defendants has conferred with counsel for Plaintiffs, and counsel for Plaintiffs is not opposed to the consolidated response date.

## III. Conclusion

Therefore, in accordance with Local Rules 5.3 and 78.1, counsel for Defendants respectfully requests that this Court grant its Motion for Consolidation of Deadlines to Answer or

---

[1] By way of response, Defendants intend to file a Motion to Dismiss for lack of subject matter jurisdiction, in addition to other grounds, under the authority of *Peacock v. Thomas*, 516 U.S. 349, 116 S. Ct. 862, 868, 133 L.Ed.2d 817 (1996).

Otherwise Respond, and that the deadline as to all Defendants to answer or otherwise respond be June 12, 2017.

Dated this 5th day of June 2017.

*/s/ Charles Swift*
Chares D. Swift,
Texas Bar No. 24091964
Christina A. Jump
Texas Bar No. 00795828
Constitutional Law Center for
Muslims in America
833 E. Arapaho Rd, Suite 102
Richardson, TX 75081
Phone: (972) 914-2507
Fax: (972) 692-7454
*Pro Hac Attorneys for Defendants*

**CERTIFICATE OF CONFERENCE**

I hereby certify that on June 5, 2017, counsel for Defendants conferred with counsel for Plaintiff, who does not oppose the underlying Motion.

Dated this 5th day of June, 2017.

*/s/ Charles D. Swift*
Charles D. Swift
*Pro Hac* Counsel for Defendants
Texas Bar No. 24091964
833 E. Arapaho Rd., Suite 102
Richardson, TX 75081
Tel: (972) 914-2507
cswift@clcma.org

## CERTIFICATE OF SERVICE

On June 5, 2017, I electronically filed the forgoing with the clerk of the court by using the CM/ECF system, which will send a notice of electronic filing to all attorneys of record.

.

*/s/ Charles Swift*
Chares D. Swift
Texas Bar No. 24091964
Constitutional Law Center for
Muslims in America
833 E. Arapaho Rd, Suite 102
Richardson, TX 75081
Phone: (972) 914-2507
Fax: (972) 692-7454
*Pro Hac Attorney for Defendants*