**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| STANLEY BOIM, et al., | |
| Plaintiffs | CASE NO. 1:17-CV-03591 |
| v. | |
| AMERICAN MUSLIMS FOR PALESTINE, et al, | Honorable Sharon Johnson Coleman |
| Defendants. | NOTICE OF PRESENTMENT OF DEFENDANTS' UNOPPOSED MOTION TO CONSOLIDATE ANSWER DATES |

**NOTICE OF PRESENTMENT OF UNOPPOSED
MOTION TO CONSOLIDATE ANSWER DATES**

Defendants American Muslims for Palestine ("AMP"), Americans for Justice in Palestine Educational Foundation ("AJPEF"), Rafeeq Jaber ("Jabeer"), Abdelbasset Hamayel ("Hamayel"), and Osama Abu Irshaid (Irshaid) (collectively, "Defendants") hereby files this Notice of Presentment of Defendants' Unopposed Motion to Consolidate Answer Dates.

Please take notice that on June 13, 2017, or as soon as counsel may be heard, counsel for Defendant will appear before the Honorable Sharon Johnson Coleman, Courtroom 1425, Everett McKinley Dirksen United States Courthouse, 219 South Dearborn Street, Chicago, IL 60604, or before such other judge who may be sitting in her place and stead, and then and there present DEFENDANTS' UNOPPOSED MOTION TO CONSOLIDATE ANSWER DATES, at which time and place you may appear, if you see fit, or for ruling without hearing in the discretion of the Court.

Dated this 5th day of June 2017.

*/s/ Charles Swift*
Chares D. Swift,
Texas Bar No. 24091964
Christina A. Jump
Texas Bar No. 00795828
Constitutional Law Center for
Muslims in America
833 E. Arapaho Rd, Suite 102
Richardson, TX 75081
Phone: (972) 914-2507
Fax: (972) 692-7454
*Pro Hac Attorneys for Defendants*

## CERTIFICATE OF CONFERENCE

I hereby certify that on June 5, 2017, counsel for Defendants conferred with counsel for Plaintiff, who does not oppose the underlying Motion.

Dated this 5th day of June, 2017.

*/s/ Charles D. Swift*
Charles D. Swift
*Pro Hac* Counsel for Defendants
Texas Bar No. 24091964
833 E. Arapaho Rd., Suite 102
Richardson, TX 75081
Tel: (972) 914-2507
cswift@clcma.org

## CERTIFICATE OF SERVICE

On June 5, 2017, I electronically filed the forgoing with the clerk of the court by using the CM/ECF system, which will send a notice of electronic filing to all attorneys of record.

.

*/s/ Charles Swift*
Chares D. Swift
*Pro Hac Attorney for Defendants*

2