UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.1.1.2
Eastern Division

Stanley Boim, et al.
                                    Plaintiff,

v.                                                    Case No.: 1:17−cv−03591
                                                      Honorable Sharon Johnson Coleman

American Muslims for Palestine, et al.
                                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, June 6, 2017:

 MINUTE entry before the Honorable Sharon Johnson Coleman: Motion hearing held on 6/6/2017. Defendants' motion for extension of time to answer [21] is granted. No appearance necessary on 6/13/2017. Consolidated motion to dismiss due by 6/12/2017. Response due by 7/11/2017. Reply due by 7/25/2017. Plaintiffs' motion to reassign case [15] is taken under advisement. Status hearing set for 7/10/2017 is stricken and reset to 8/11/2017 at 09:00 AM.Mailed notice(rth, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.