UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

STANLEY BOIM, et al.,

       Plaintiffs

   v.

AMERICAN MUSLIMS FOR PALESTINE, et al,

       Defendants.

CASE NO. 1:17-CV-03591

Honorable Sharon Johnson Coleman

## UNOPPOSED MOTION FOR INCREASED PAGE LIMITS

Defendants American Muslims for Palestine ("AMP"), Americans for Justice in Palestine Educational Foundation ("AJPEF"), Rafeeq Jaber ("Jabeer"), Abdelbasset Hamayel ("Hamayel"), and Osama Abu Irshaid (Irshaid) (collectively, "Defendants") hereby file this Unopposed Motion for Increased Page Limits, for the reasons set forth below.

Pursuant to Defendants' Motion and this Court's Minute Order, counsel for Defendants intends to file one Motion to Dismiss on behalf of all Defendants in this matter on June 12, 2017. In the interests of judicial economy, counsel intends to file the Motion to Dismiss as one cohesive Motion, and not five separate ones for each Defendant.

Because the Motion to Dismiss will be on behalf of five Defendants, including both corporate and individual Defendants, as well as on several different grounds, counsel for Defendants respectfully requests that counsel be granted leave to exceed the 15 page limit for briefs, pursuant to Local Rule 7.1. Counsel requests leave to file the combined Motion to Dismiss with a page limit up to 25 pages. This is not requested for purposes of delay, and is instead in the interests of judicial economy and efficiency.

This Request is in the interests of justice and not intended for delay. This request will not cause undue hardship on Plaintiffs in any way, and in fact will likely assist both the Court and Plaintiffs in streamlining the pleadings in this matter.

Counsel for Defendants has conferred with counsel for Plaintiffs, and counsel for Plaintiffs is not opposed to this request.

### III. Conclusion

Therefore, in accordance with Local Rule 7.1, counsel for Defendants respectfully requests that this Court grant its request to exceed the standard page limit of 15 pages, and be permitted to file the combined Motion to Dismiss on June 12, 2017, which is not to exceed 25 pages.

Dated this 8th day of June 2017.

/s/ *Charles Swift*
Chares D. Swift,
Texas Bar No. 24091964
Christina A. Jump
Texas Bar No. 00795828
Constitutional Law Center for
Muslims in America
833 E. Arapaho Rd, Suite 102
Richardson, TX 75081
Phone: (972) 914-2507
Fax: (972) 692-7454
*Pro Hac Attorneys for Defendants*

## CERTIFICATE OF CONFERENCE

I hereby certify that on June 8, 2017, counsel for Defendants conferred with counsel for Plaintiff, who does not oppose the underlying Motion.

Dated this 8th day of June, 2017.

*/s/ Charles D. Swift*
Charles D. Swift
*Pro Hac* Counsel for Defendants
Texas Bar No. 24091964
833 E. Arapaho Rd., Suite 102
Richardson, TX 75081
Tel: (972) 914-2507

cswift@clcma.org

## CERTIFICATE OF SERVICE

On June 8, 2017, I electronically filed the forgoing with the clerk of the court by using the CM/ECF system, which will send a notice of electronic filing to all attorneys of record.

.

*/s/ Charles Swift*
Chares D. Swift
Texas Bar No. 24091964
Constitutional Law Center for
Muslims in America
833 E. Arapaho Rd, Suite 102
Richardson, TX 75081
Phone: (972) 914-2507
Fax: (972) 692-7454
*Pro Hac Attorney for Defendants*

3