**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

STANLEY BOIM, et al.,

          Plaintiffs

   v.

AMERICAN MUSLIMS FOR PALESTINE, et al,

          Defendants.

CASE NO. 1:17-CV-03591

Honorable Sharon Johnson Coleman

NOTICE OF WITHDRAWAL OF DEFENDANTS' UNOPPOSED MOTION FOR INCREASED PAGE LIMITS

**NOTICE OF WITHDRAWAL OF UNOPPOSED
MOTION FOR INCREASED PAGE LIMITS**

Defendants American Muslims for Palestine ("AMP"), Americans for Justice in Palestine Educational Foundation ("AJP"), Rafeeq Jaber ("Jaber"), Abdelbaset Hamayel ("Hamayel"), and Osama Abuirshaid (Abuirshaid) (collectively, "Defendants") hereby files this Notice of Withdrawal of Defendants' Unopposed Motion for Increased Page Limits.

Defendants previously filed an Unopposed Motion for Increased Page Limits (Dckt. 28, 29) as to their Motion to Dismiss, on behalf of all Defendants. Defendants filed their Motion to Dismiss (Dckt. 31) for lack of subject matter jurisdiction on June 12, 2017, within the fifteen (15) page limit set forth in the Local Rules. Therefore, Defendants hereby withdraw their Motion for Increased Page Limits as moot.

Dated this 13th day of June 2017.

*/s/ Charles Swift*
Chares D. Swift
Texas Bar No. 24091964
Christina A. Jump
Texas Bar No. 00795828
Constitutional Law Center for
Muslims in America
833 E. Arapaho Rd, Suite 102
Richardson, TX 75081
Phone: (972) 914-2507
Fax: (972) 692-7454
*Pro Hac Attorneys for Defendants*

**CERTIFICATE OF SERVICE**

On June 13, 2017, I electronically filed the forgoing with the clerk of the court by using the CM/ECF system, which will send a notice of electronic filing to all attorneys of record.

.

/s/ Charles Swift
Chares D. Swift
*Pro Hac Attorney for Defendants*
