**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| STANLEY BOIM, et al., | |
| Plaintiffs | CASE NO. 1:17-CV-03591 |
| v. | Honorable Sharon Johnson Coleman |
| AMERICAN MUSLIMS FOR PALESTINE, et al, | NOTICE OF PRESENTMENT OF DEFENDANTS' MOTION TO DISMISS UNDER 12(b)(1) |
| Defendants. | |

**NOTICE OF PRESENTMENT OF
MOTION TO DISMISS UNDER 12(B)(1)**

Defendants American Muslims for Palestine ("AMP"), Americans for Justice in Palestine Educational Foundation ("AJP"), Rafeeq Jaber ("Jaber"), Abdelbaset Hamayel ("Hamayel"), and Osama Abuirshaid (Abuirshaid) (collectively, "Defendants") hereby file this Notice of Presentment of Defendants' Motion to Dismiss under Fed. R. Civ. P. 12(b)(1).

Please take notice that on August 11, 2017, or as soon as counsel may be heard, counsel for Defendant will appear before the Honorable Sharon Johnson Coleman, Courtroom 1425, Everett McKinley Dirksen United States Courthouse, 219 South Dearborn Street, Chicago, IL 60604, or before such other judge who may be sitting in her place and stead, and then and there present DEFENDANTS' MOTION TO DISMISS UNDER 12(B)(1), at which time and place you may appear, if you see fit, or for ruling without hearing in the discretion of the Court.

Dated this 14th day of June 2017.

/s/ *Christina A. Jump*
Charles D. Swift
Texas Bar No. 24091964
Christina A. Jump
Texas Bar No. 00795828
Constitutional Law Center for
Muslims in America
833 E. Arapaho Rd, Suite 102
Richardson, TX 75081
Phone: (972) 914-2507
Fax: (972) 692-7454
*Pro Hac Attorneys for*
*Defendants*

## CERTIFICATE OF SERVICE

On June 14, 2017, I electronically filed the forgoing with the clerk of the court by using the CM/ECF system, which will send a notice of electronic filing to all attorneys of record.

.

*/s/ Christina A. Jump*
Christina A. Jump
Pro Hac Counsel for Defendants