## **Exhibit 1**

**Declaration of Stephen J. Landes**

## UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

STANLEY BOIM, Individually and as
Administrator of the Estate of David Boim,
deceased; and JOYCE BOIM,

     Plaintiffs,

v.

AMERICAN MUSLIMS FOR PALESTINE;
AMERICANS FOR JUSTICE IN PALESTINE
EDUCATIONAL FOUNDATION; RAFEEQ
JABER; ABDELBASSET HAMAYEL; AND
OSAMA ABU IRSHAID,

     Defendants.

Civil No. 17-cv-03591

**Hon. Sharon Johnson Coleman**

Hon. Sidney I. Schenkier

## <u>DECLARATION OF STEPHEN J. LANDES</u>

I, Stephen J. Landes, having been duly sworn on oath, hereby state:

1. I am over the age of eighteen (18) and, except where indicated, I have personal knowledge of the facts set forth in this affidavit. I am competent to testify to these facts if called to do so.

2. I am an attorney at Locke Lord LLP representing the Plaintiffs in the above-captioned matter.

3. I was also an attorney at Locke Lord LLP's predecessor law firm, Wildman Harrold Allen & Dixon LLP, where I was trial counsel in connection with *Boim v. Holy Land Foundation, et al.*, No. 00-cv-2905.

4. I am personally familiar with the files from that case, which are now maintained at Locke Lord LLP.

5. I reviewed certain of those files in order to compile transcripts and other documents to support Plaintiffs' response to Defendants' motion to dismiss.

6. **Exhibit A** to this Declaration is a true and correct copy of excerpts from the April 9, 2003 deposition testimony of Rafeeq Jaber.

7. **Exhibit B** to this Declaration is a true and correct copy of excerpts from the July 28, 2003 deposition testimony of Rafeeq Jaber.

8. **Exhibit C** to this Declaration is a true and correct copy of the AMS Transaction Report listing AMS Check No. 211.

9. **Exhibit D** to this Declaration is a true and correct copy of the U.S. Department of Justice Press Release, dated October 13, 2006 regarding Basman Elashi.

10. **Exhibit E** to this Declaration is a true and correct copy of excerpts from the March 2, 2004 deposition testimony of Kifah Mustapha.

11. **Exhibit F** to this Declaration is a true and correct copy of the 2010 Mosque Foundation Annual Report.

I declare under penalty of perjury that to my knowledge, the foregoing is true and correct.

Dated: July 11, 2017                                          */s/ Stephen J. Landes*_____
                                                                            Stephen J. Landes

**<u>Exhibit A to Landes Declaration</u>**

**Excerpts from the April 9, 2003 deposition testimony of Rafeeq Jaber**

**Panel 1**

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

STANLEY BOIM, Individually and )
as Administrator of the Estate )
of DAVID BOIM, Deceased, and )
JOYCE BOIM, )
        Plaintiff, )
         )
   -vs- )  No. 00 C 2905
         )
QURANIC LITERACY INSTITUTE, )
et al., )
        Defendants. )

      Videotaped deposition of RAFEEQ JABER taken
before Sylvia A. Gerut, C.S.R., and Notary Public,
pursuant to the Federal Rules of Civil Procedure for the
United States District Courts pertaining to the taking
of depositions, at Suite 3000, 225 West Wacker Drive, in
the City of Chicago, Cook County, Illinois, commencing
at 8:30 o'clock a.m. on the 9th day of April, A.D. 2003.

**Panel 2**

2

PRESENT:

WILDMAN, HARROLD, ALLEN & DIXON
By MR. RICHARD M. HOFFMAN and
MR. DAVID OPPENHEIM
225 West Wacker Drive
Suite 2800
Chicago, Illinois 60606-1229
(312) 201-2000

   on behalf of the Plaintiffs;

HEDLUND & HANLEY, LLC
By MS. SARAH J. DENEEN
30 W. Monroe Street
Suite 500
Chicago, Illinois 60603
(312) 441-8615

   on behalf of the Defendant,
   Holy Land Foundation for Relief and
   Development.

JAMES R. FENNERTY & ASSOCIATES, L.L.C.
By MR. JAMES R. FENNERTY
36 South Wabash
Suite 1310
Chicago, Illinois 60603
(312) 345-1704

   on behalf of the Defendants,
   American Muslim Society and
   Islamic Association for Palestine.

    * * * * * *

*SYLVIA A. GERUT, C.S.R.*
708.588.0283

**Panel 3**

3

DEPOSITION OF
RAFEEQ JABER

04/09/03

EXAMINATION BY:      PAGE

Mr. Hoffman      07

EXHIBITS

                PAGE

Deposition Exhibit No. 1    08
Deposition Exhibit No. 2    25
Deposition Exhibit No. 3    27
Deposition Exhibit No. 4    29
Deposition Exhibit No. 5    37
Deposition Exhibit No. 6    39
Deposition Exhibit No. 7    60
Deposition Exhibit No. 8    62
Deposition Exhibit No. 9    80
Deposition Exhibit No. 10   93
Deposition Exhibit No. 11   96
Deposition Exhibit No. 12   98
Deposition Exhibit No. 13   102
Deposition Exhibit No. 14   105
Deposition Exhibit No. 15   105
Deposition Exhibit No. 16   108
Deposition Exhibit No. 17   115
Deposition Exhibit No. 18   118
Deposition Exhibit No. 19   155
Deposition Exhibit No. 20   203
Deposition Exhibit No. 21   206
Deposition Exhibit No. 22   212
Deposition Exhibit No. 23   216
Deposition Exhibit No. 24   218
Deposition Exhibit No. 25   222
Deposition Exhibit No. 26   226
Deposition Exhibit No. 27   234
Deposition Exhibit No. 28   240
Deposition Exhibit No. 29   244
Deposition Exhibit No. 30   246
Deposition Exhibit No. 31   246
Deposition Exhibit No. 32   274

*SYLVIA A. GERUT, C.S.R.*
708.588.0283

**Panel 4**

4

EXHIBITS

                PAGE

Deposition Exhibit No. 33   276
Deposition Exhibit No. 34   286
Deposition Exhibit No. 35   290

    * * * * * *

*SYLVIA A. GERUT, C.S.R.*
708.588.0283

9

1 through 9.

2 If you could take a moment to just look through
3 those subjects, my question to you is, are you a witness
4 who is prepared to testify about these subjects on
5 behalf of the American Muslim Society?

6 A   Well there's some -- because I came to know the
7 IAP when I took over in 1996.  So I really, I can't
8 speak for the 1991, because I was not part of it.

9 I was the president of the American Muslim
10 Society in 1993.  So anything before '93, which is my
11 involvement, I don't have much of the answer to some of
12 it, probably I don't know what kind of question you're
13 going to give up, but like officers or anything like
14 that before 1993 AMS and '96 for IAP, it would be very
15 hard for me to know those people.

16 Q   Just to be clear, Mr. Jaber, again, although
17 you'll see the name IAP in here, the way we've defined
18 IAP is American Muslim Society d/b/a IAP.  So whenever
19 you see IAP in this document, what we're really asking
20 for is for you to be -- whether you can testify about
21 these subjects regarding the American Muslim Society and
22 not the separate Islamic Association for Palestine
23 Corporation in Texas, okay?  I'm trying to draw that
24 distinction.

*SYLVIA A. GERUT, C.S.R.*
*708.588.0283*

---

10

1 It's my understanding you're not the designated
2 witness for the Islamic Association for Palestine in
3 Texas, but you are for the American Muslim Society, and
4 what I want to know is whether you can testify about
5 these subjects with respect to the American Muslim
6 Society?

7 A   That's what I meant, 1993 when the American
8 Muslim Society was incorporated.  So anything before
9 that, I'm not responsive for it or I have probably
10 little or no knowledge of what's going on, what was
11 taking place.

12 Q   Okay.  At least with respect to the American
13 Muslim Society from the time of its formation in 1993,
14 you would be able to testify about the subject matters
15 identified in this exhibit?

16 A   Yes.

17 Q   Okay.  Now, so that we are clear, it's my
18 understanding that you currently hold positions with
19 both the American Muslim Society and IAP, the Texas
20 corporation, is that correct?

21 A   Correct.

22 Q   What is your current position with AMS?

23 A   I'm the president of AMS.

24 Q   How long have you held that position?

*SYLVIA A. GERUT, C.S.R.*
*708.588.0283*

---

11

1 A   Actually since it's inception, 1993 until 1996.
2 Then I became the national president of the IAP.  And
3 until '98, to the best of my recollection, then I
4 stepped down and took over again in 1999.

5 Q   When you say took over again, you mean took over
6 again the position of president of AMS?

7 A   IAP, president of IAP.

8 Q   Okay.  Let me -- I want to just focus on one at
9 a time, because it's very easy to get confused between
10 the two.  Let's talk for the moment if we could just
11 about the American Muslim Society.  You were the
12 president at its inception, correct?

13 A   Right.

14 Q   Have you always served as its president
15 throughout its history?

16 A   Yes.

17 Q   Okay.  And with respect to the IAP, if I
18 understood your testimony you were -- served as the
19 president of that organization from 1996 to 1998?

20 A   I think '96, '97.  '98 I left, and I think came
21 back in '99.

22 Q   Okay.  So it was '96 to approximately 1997 or
23 early 1998 that you were president the first time of
24 IAP?

*SYLVIA A. GERUT, C.S.R.*
*708.588.0283*

---

12

1 A   The first time in 1996.  I think back in 1999, I
2 came back.

3 Q   When you say you came back, you became the
4 president again?

5 A   President of IAP, yes.

6 Q   Have you continued to serve as the president of
7 IAP since 1999?

8 A   Yes.

9 MR. FENNERTY:  Can we go off the record one second?

10 MR. HOFFMAN:  Sure.

11 THE VIDEOGRAPHER:  We're going off the record at
12 8:58 a.m.

13 (Discussion had off the record.)

14 THE VIDEOGRAPHER:  We're going back on the record at
15 8:58 a.m.

16 MR. HOFFMAN:  Q   Okay.  Mr. Jaber, I want to make
17 sure that we're all on the same page and talking about
18 the same thing.  There is a corporation in Texas that is
19 a defendant in this lawsuit known as the Islamic
20 Association for Palestine, correct?

21 A   Correct.

22 Q   There is also the American Muslim Society which
23 does business as the Islamic Association for Palestine,
24 correct?

*SYLVIA A. GERUT, C.S.R.*
*708.588.0283*

13

A   Yes.

Q   Okay.  For purposes of today's deposition, when we refer to the American Muslim Society, I'd like to just refer to it as that or as AMS even though it may do business as Islamic Association for Palestine, just so we're clear.  Is that okay with you?

A   Yes.

Q   Okay.  Now, am I correct that Islamic Association for Palestine is also a name that is used on a -- sort of on a national basis by a number of affiliated entities if you will?

A   This I don't know.

Q   Okay.  Mr. Fennerty, while we were off the record, had asked about IAP National.  Do you have an understanding of what that term means?

A   Yes, the IAP National, they're the ones that serves as the national entity.  That sometimes like it's now, it's in Chicago, which is the AMS, it is the IAP National now.

Q   Okay.  So what is the relationship between -- when we talk about -- let's do this.  When we talk about the Islamic Association for Palestine based in Texas, the Texas corporation, can we refer to that as IAP Dallas?

*SYLVIA A. GERUT, C.S.R.*
708.588.0283

14

A   You can do that.

Q   Well, if I say it, will you understand that that's what we're referring to?

A   Right.

Q   Okay.  So we have a common frame of reference.  Now, when you talk about Islamic Association for Palestine National, what role do IAP Dallas and AMS play in IAP National, how are they affiliated?

A   Well, each separate corporation, and each they have their own board.  They have their own president.  They have their own budget, their own way of doing business.  They're just sometimes the national changes offices at the headquarters from Dallas to Chicago.  Then the AMS would be the national office.  If it's in Dallas, then Dallas would be the national office.

Q   Are there other corporations in the country besides the IAP Dallas and AMS that fall under the umbrella of the Islamic Association for Palestine?

A   Not I am aware of.

Q   When you testified earlier that you were the national president for IAP, I take it then that what you were talking about is sort of this national structure and not the president for IAP Dallas?

A   Yes.

*SYLVIA A. GERUT, C.S.R.*
708.588.0283

15

Q   Okay.  Have you served at any point in time as an officer of IAP Dallas?

A   Just recently when the president resigned, and I was the national president, so I took over temporary until we solved this dilemma.

Q   Okay.  When did that begin that you served as president of IAP Dallas?

A   Sometime last year, I think.

Q   So 2002.  You talked a little bit about this national -- IAP National.  Is that -- is there any sort of a formal legal structure that's tied to that, in other words is there a corporation or partnership or some sort of a legal entity that's created for IAP National or is it more of a loose affiliation between IAP Dallas and AMS?

A   No affiliation.  That's why it changes sometimes from Dallas to Chicago, Chicago to Dallas.

Q   But there is no corporate structure that you're aware of that is IAP National, is that correct?

A   Not I'm aware of.

Q   Okay.  And when you became president of IAP National for the first time in 1996 or -- in 1996 how did you become president?

A   The board of directors asked me to serve as

*SYLVIA A. GERUT, C.S.R.*
708.588.0283

16

president, and I accepted that and as a full-time -- actually at the beginning it was sort to try it out as part time.  And then I accepted in 1997 when I became fully employed as the president of the IAP National.

Q   IAP National has a board of directors then?

A   Yes.

Q   How is that board of directors selected?

A   Well, around the country, they have representatives who would like to work for this cause and who active, and they would become on the board of directors based on the board's decision to bring them in or to be part of it.

Q   Is there any sort of formal rules that govern the operations of IAP National, and by that I mean for example corporations have articles of incorporation and bylaws that talk about the rules of how they're governed, is there anything like that for IAP National?

A   Well, one of our rules, the national headquarters, the bylaws, the rules will govern.

Q   So during the periods when you were the national president, and the national office then would be based in the Chicago area, correct?

A   Right.

Q   And during that period of time, the AMS bylaws

*SYLVIA A. GERUT, C.S.R.*
708.588.0283

49

1  Al-Zaytuna?
2      A   Yes, still does.
3      Q   What is its involvement in that process?
4      A   Like I said, the publication which is the
5  printing, the distribution, keeping the advertisement.
6  Almost everything except the editor who edit it and the
7  one who takes care of it.  He's from IAP National which
8  is the -- which is Chicago.
9      Q   Okay.  But he's located in Washington?
10     A   Washington now, yes.
11     Q   What is that person's name?
12     A   His name is Osama.
13     Q   Osama?
14     A   I don't know how he spells it, but I'll give my
15  best.
16     Q   Okay.
17     A   It's a popular name now.  And the last name is
18  Abu Irshaid, A-b-u, I think, I-r-s-h-a-i-d.
19     Q   Abu Irshaid?
20     A   Abu Irshaid.
21     Q   Okay.  I'm sure I'll mispronounce that again at
22  some point, but I'll do my best.  So Mr. Abu Irshaid is
23  the person who's in charge of the editorial content of
24  Al-Zaytuna?

50

1      A   Actually in charge of everything from A to Z in
2  the paper, what comes on the paper and what goes into
3  the paper.
4      Q   Okay.
5      A   He's the chief editor you can call him.
6      Q   Okay.  And he does that out of his home in
7  Washington?
8      A   Correct.
9      Q   And the actual work of putting together the
10  publication, the printing, the advertising, the
11  mechanics of it is done out of the IAP Dallas office?
12     A   Correct.
13     Q   And the check writing is done out of the AMS
14  office here which is also the office for IAP National?
15     A   No.  The checks for the publications for all
16  these things comes from Dallas.
17     Q   Okay.
18     A   Except the editor.  His check comes from IAP
19  National.
20     Q   Then what is the -- what role, if any, does the
21  Palos Hills office here have in connection with the
22  publication of Al-Zaytuna?
23     A   They pay the salary of the editor.
24     Q   That's it?

51

1      A   That's a lot.
2      Q   I don't mean to minimize the cost or anything of
3  that nature, but that's the extent of the involvement,
4  correct?
5      A   I understand.
6      Q   You also testified about action letters that are
7  published, newsletters, things of that nature,
8  bulletins, are those all produced in the Palos Hills
9  office?
10     A   Yes.
11     Q   Who is responsible for the preparation of those
12  materials?
13     A   The employer.
14  MR. FENNERTY:  What year are you talking about?
15  MR. HOFFMAN:  Q  Well, let's say in the current
16  time?
17     A   The employee that works for us, the executive
18  director, the secretary.  He's everything.
19     Q   Who is that?
20     A   His name is Abdel Based, A-b-d-e-l, B-a-s-e-d, I
21  think.
22     Q   B-a-s-e-d, Abdel Based?
23     A   Yes.  Last name is Hamayel, H-a-m-a-y-e-l, I
24  think.

52

1      Q   Okay.  Abdel Based Hamayel?
2      A   Right.
3      Q   Okay.  How long has Mr. Hamayel been involved in
4  that capacity with either AMS or IAP National?
5      A   I think I would say for the last four years or
6  month.  I'm not good with dates, but he's been with us
7  for a few years.
8      Q   Okay.  Prior to his employment, who at AMS/IAP
9  National here in Palos Hills would have been responsible
10  for the bulletins and action letters?
11     A   Mohammed Al-Khatib.
12     Q   My recollection was --
13     A   He was on the board of AMS.
14     Q   I'm sorry.  You said it was Mr. Al-Khatib?
15     A   Yes.
16     Q   Okay.  Now, my recollection from your earlier
17  testimony was that he dropped out very early on?
18     A   From the board.
19     Q   From the board.  Did he continue to be actively
20  involved with AMS or IAP National even though he wasn't
21  on the board?
22     A   Yes, with AMS, because like I said, that's
23  probably the reason he dropped out, because he became an
24  employee.

53

Q   Okay.  So after he stepped down from the board in the early days of the AMS, Mr. Al-Khatib became a full-time employee of AMS or IAP National and was involved in the preparation of action letters and bulletins and things of that nature?

A   Yes.

Q   Has the IAP National/AMS office in Palos Hills also been involved in organizing conventions and other similar events?

A   Yes.

Q   What role does this office play, for example, in connection with the annual IAP conferences that are held?

A   This office, we organized all the conventions that we held.

Q   Okay.  So and that's going back historically all of the national annual conventions?

A   Well, from 1996 on.  I think '97 the first one.

Q   Okay.

A   Or '96.  You know, I think the end of '96 first one.  I think in December of 1996.

Q   All right.

A   To the best of my recollection, I think we had one in '97.  I think we stopped in '98, and we back, I

54

think, in '99.  We had about four or five of them.

Q   Let me just clarify then.  First of all, December 1996 was the first IAP annual convention, is that correct?

A   That I'm aware of or I was involved with.

Q   And since that time, those conventions have always been organized out of the AMS office whether it was in Palos Hills or some prior location?

A   Right.

Q   Have there been other conventions or seminars or things of that nature that have been put on besides the annual convention?

A   Yes.  We put on annual festivities around the country and put on like fund raising dinners and something like that, workshops sometimes in the office.

Q   Do any of these other events involve having speakers come from either from IAP or from other organizations?

A   Yes.

Q   And these other events that you're describing, were those organized out of the AMS office here in Chicago?

A   Since I took over of course for AMS, before that, probably from Dallas or the IAP National Dallas.

55

Q   So from 1996 forward, whatever records would be generated in the operation or the doings of IAP National by and large should have been coming from the AMS offices here in Chicago?

A   Yes.

Q   With the exception I think you had mentioned about the publication of Al-Zaytuna in Dallas?

A   Right.

Q   Were there any other activities of IAP National from 1996 forward that took place or were based out of someplace other than the AMS office here in Chicago?

A   Yes.  We talked about the web page.

Q   And the web page.  Okay.  Besides the web page and the publication of Al-Zaytuna?

A   I don't recall.

Q   And then prior to 1996, would the records or documentation relating to the operations of IAP National have been centered out of the IAP Dallas offices, because that was the national office?

A   I really don't know.  I suppose.  I'm not the one who knows.  I was not involved with it.

Q   Who was your predecessor as the president of IAP National?

A   Omar Ahmad.

56

Q   Omar Ahmad?  And we're talking about now prior to '96?

A   Right.

Q   I think you had testified that there was a gap somewhere in there between like '98 and '99 when you were not the president of IAP National?

A   Right.

Q   Who was the president at that time?

A   Amer Alshawra.

Q   I'm sorry?

A   Amer, A-m-e-r, Alshawra, A-l-s-h-a-w-r-a, I think.

Q   Omar Alshawra?

A   Amer.

Q   Amer.  I'm sorry.  My penmanship is bad.  Amer --

A   Alshawra.

Q   Alshawra.  Do you know who was the IAP National president prior to Omar Ahmad?

A   I was not involved, but I heard that it was, I think, Bushnaq.

Q   Jasser Bushnaq.  And I understand that you may have not been involved at the time, but nevertheless, do you have a knowledge or understanding as to who preceded

225

1  be something else it says here what it means.
2      Q  Well, could you just look over it.  I mean it's
3  two pages.  If you could just take a minute or two and
4  look it over and just let me know if there's anything in
5  there that would tell you what your organization we're
6  talking about?
7      A  Talking about the Islamic Association for
8  Palestine that's holding many festivities from
9  November 18, '88 through January 19 of 1989.  So that
10  shows that probably that's what they mean, the Islamic
11  Association for Palestine.
12      Q  Okay.  This would have related to a time period
13  prior to your involvement with IAP, correct?
14      A  Absolutely.
15      Q  I take it from your prior testimony that you
16  don't have any knowledge -- personal knowledge about the
17  undertakings of IAP prior to 1993, is that fair?
18      A  Actually for IAP nationally prior to 1996 I was
19  not involved.  So I don't know what took place before
20  that.
21      Q  So from 1993 when you formed AMS until 1996, you
22  really didn't have any involvement with IAP National
23  either?
24      A  Other than like if you buy materials from them

*SYLVIA A. GERUT, C.S.R.*
708.588.0263

226

1  or like with the IAP Dallas, they call us to, you know,
2  help in anything or something.  But I don't know -- we
3  had no knowledge or I had no knowledge or activity or
4  planning or know who meets and who did not meet and who
5  was there and who was not there, who was a board member
6  or who was not.  I have no idea.
7      Q  Okay.  During your involvement with IAP and AMS,
8  has Mr. Marzook ever been a financial contributor or an
9  advisor or consultant?
10      A  No.
11      Q  Has Mr. Marzook ever spoken at any IAP or AMS
12  events to your knowledge?
13      A  Not that I am aware of.
14          (Document marked Exhibit No. 26 for
15  identification.)
16      Q  Mr. Jaber, you've been handed a group exhibit
17  that's been marked as Exhibit 26.  It appears to be a
18  series of documents that were produced by IAP in this
19  litigation relating to Abu Marzook.  Would you agree
20  with that?
21      A  Yes.
22      Q  These documents -- first of all, are you able to
23  tell me whether these were prepared by IAP National or
24  whether they're something that's a local effort?

*SYLVIA A. GERUT, C.S.R.*
708.588.0263

227

1      A  Like I said, it depends on the date, if the IAP
2  National was part of the AMS, then it would be the IAP
3  National.
4      Q  Well, these all appear to be in 1997?
5      A  That's the IAP National then.
6      Q  Okay.  And would it be fair to say then that
7  these are all efforts by IAP to obtaining public support
8  for Abu Marzook in connection with extradition
9  proceedings undertaken by the United States government?
10      A  Yes.
11      Q  The fact on the first page, you are listed as
12  the contact on the statement, correct?
13      A  Correct.
14      Q  And why was it that IAP was asking for public
15  support for Mr. Abu Marzook?
16      A  He's a Palestinian, and he came to the country
17  here.  He was a legal residence, and we believe in
18  defending like I said earlier all the Palestinians in
19  particular and any other Arab or Muslim in this country
20  who we believe that they have to have the due process,
21  and we will support them at any time, and he will not be
22  the first one nor the last one.
23      Q  The support that IAP provides for Muslims in
24  America does that -- is that support in any way tied to

*SYLVIA A. GERUT, C.S.R.*
708.588.0263

228

1  issues of what their political affiliation is?
2      A  No.
3      Q  Is there any -- for example, does the IAP
4  support people regardless of whether it has information
5  or belief as to their guilt or innocence in a particular
6  matter?
7      A  Well, we believe everybody is innocent until
8  proven guilty.  So everybody is innocent.  So we support
9  all the innocent people.  Once they're proven guilty,
10  it's over.
11      Q  Now, the first page of this exhibit talks about
12  the evidence against Abu Marzook being a confession
13  obtained under torture, are you referring there to
14  confessions given by Mr. Salah?
15      A  Yes.
16      Q  And you've already described --
17      A  Most likely is.
18      Q  Okay.  And you have already described for me
19  earlier your basis for believing that those confessions
20  were obtained under torture, is that right?
21      A  Yes.
22      Q  Now, the second page of the document refers to
23  Abu Marzook as the head of the political bureau of
24  HAMAS.  You understood that that was his affiliation at

*SYLVIA A. GERUT, C.S.R.*
708.588.0263

## Page 1

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

STANLEY BOIM, Individually and )
as Administrator of the Estate )
of DAVID BOIM, Deceased, and )
JOYCE BOIM, )
        Plaintiff, )
              )
  -vs- ) No. 00 C 2905
              )
QURANIC LITERACY INSTITUTE, )
et al., )
        Defendants. )

      Videotaped deposition of RAFEEQ JABER taken
before Sylvia A. Gerut, C.S.R., and Notary Public,
pursuant to the Federal Rules of Civil Procedure for the
United States District Courts pertaining to the taking
of depositions, at Suite 3000, 225 West Wacker Drive, in
the City of Chicago, Cook County, Illinois, commencing
at 8:30 o'clock a.m. on the 9th day of April, A.D. 2003.

## Page 2

PRESENT:

WILDMAN, HARROLD, ALLEN & DIXON
By MR. RICHARD M. HOFFMAN and
MR. DAVID OPPENHEIM
225 West Wacker Drive
Suite 2800
Chicago, Illinois 60606-1229
(312) 201-2000

  on behalf of the Plaintiffs;

HEDLUND & HANLEY, LLC
By MS. SARAH J. DENEEN
30 W. Monroe Street
Suite 500
Chicago, Illinois 60603
(312) 441-8615

  on behalf of the Defendant,
  Holy Land Foundation for Relief and
  Development.

JAMES R. FENNERTY & ASSOCIATES, L.L.C.
By MR. JAMES R. FENNERTY
36 South Wabash
Suite 1310
Chicago, Illinois 60603
(312) 345-1704

  on behalf of the Defendants,
  American Muslim Society and
  Islamic Association for Palestine.

      * * * * * *

*SYLVIA A. GERUT, C.S.R.*
708.588.0283

## Page 3

DEPOSITION OF
RAFEEQ JABER

04/09/03

| EXAMINATION BY: | PAGE |
|---|---|
| Mr. Hoffman | 07 |

EXHIBITS

| | PAGE |
|---|---|
| Deposition Exhibit No. 1 | 08 |
| Deposition Exhibit No. 2 | 25 |
| Deposition Exhibit No. 3 | 27 |
| Deposition Exhibit No. 4 | 29 |
| Deposition Exhibit No. 5 | 37 |
| Deposition Exhibit No. 6 | 39 |
| Deposition Exhibit No. 7 | 60 |
| Deposition Exhibit No. 8 | 62 |
| Deposition Exhibit No. 9 | 80 |
| Deposition Exhibit No. 10 | 93 |
| Deposition Exhibit No. 11 | 96 |
| Deposition Exhibit No. 12 | 98 |
| Deposition Exhibit No. 13 | 102 |
| Deposition Exhibit No. 14 | 105 |
| Deposition Exhibit No. 15 | 105 |
| Deposition Exhibit No. 16 | 108 |
| Deposition Exhibit No. 17 | 115 |
| Deposition Exhibit No. 18 | 118 |
| Deposition Exhibit No. 19 | 155 |
| Deposition Exhibit No. 20 | 203 |
| Deposition Exhibit No. 21 | 206 |
| Deposition Exhibit No. 22 | 212 |
| Deposition Exhibit No. 23 | 216 |
| Deposition Exhibit No. 24 | 218 |
| Deposition Exhibit No. 25 | 222 |
| Deposition Exhibit No. 26 | 226 |
| Deposition Exhibit No. 27 | 234 |
| Deposition Exhibit No. 28 | 240 |
| Deposition Exhibit No. 29 | 244 |
| Deposition Exhibit No. 30 | 246 |
| Deposition Exhibit No. 31 | 246 |
| Deposition Exhibit No. 32 | 274 |

*SYLVIA A. GERUT, C.S.R.*
708.588.0283

## Page 4

EXHIBITS

| | PAGE |
|---|---|
| Deposition Exhibit No. 33 | 276 |
| Deposition Exhibit No. 34 | 286 |
| Deposition Exhibit No. 35 | 290 |

     * * * * * *

*SYLVIA A. GERUT, C.S.R.*
708.588.0283

73

```
1   where there are payments to Holy Land Foundation.  Do
2   you have an understanding as to what the purpose of
3   payments to Holy Land Foundation were?
4       A   I don't remember.  It's been so long.
5       Q   You don't remember any of the circumstances
6   relating to any payments of money to Holy Land
7   Foundation by AMS?
8       A   Well, sometimes that could be, some of the
9   things that happen.  People they give us the money to
10  HLF, but they write it in our name or sometimes if they
11  give it to us check cash, somebody says, well, here is
12  $100 and somebody comes in with $500, because they say
13  we want to give this to the Holy Land Foundation, can
14  you, you know, get it to them.  Then we say yes, we can.
15  Then we collect, and we'll give them a check for
16  whatever was given to us as a donation to those people,
17  to HLF most likely.
18      Q   All right.  So there were situations in which
19  people would make contributions that they wanted that
20  they intended to ultimately go to HLF, came to AMS
21  instead and that you would then process those and write
22  a check to HLF in the same amount?
23      A   That's a possibility, yes.
24      Q   Okay.  Are there any other circumstances that
```

74

```
1   come to mind in which payments were made by AMS to HLF?
2       A   I don't remember, unless there are some expenses
3   we have to pay or something because of the contracts.
4   But most likely, like I said, these HLF would be
5   donations made to us, given to us because from Illinois
6   especially, and we sent it out to them.
7       Q   And if I wanted to get more information as to
8   what the nature of that was, the best places to look
9   would be to the descriptions in this document and to the
10  bank statements and copies of checks that accompanied
11  them, would that be right?
12      A   It would be the check would be on it.  Like I
13  say, if somebody comes in with three, four people, each
14  give us $100.  They say here's $400 to HLF.  Then we
15  write a check to HLF for $400.  That's the end of it.
16  We don't do any bookkeeping or anything from whom or
17  something.  We just send it out to the HLF.
18      Q   Okay.  Now, there are a number of entries in
19  here in this report to travel entities, either Falcon
20  Travel, Light Star Travel, and I take it that some of
21  those relate to travel expenses related to the annual
22  convention or other events?
23      A   Mostly.
24      Q   What other types of travel-related expenses
```

75

```
1   would be reflected?
2       A   My travel when I go around.
3       Q   Okay.  So it might be cases where you're
4   traveling somewhere to do IAP or AMS business or make
5   speeches, things of that nature?
6       A   Yes.
7       Q   Now, if you turn to the second page about two
8   thirds of the way down there is an entry on 9-18-96,
9   Check No 303 to IAP Dallas, it appears to be for
10  publication office expense, $8,000, you see that?
11      A   Hm-hm.
12      Q   You have to say yes?
13      A   Yes.  I'm sorry.
14      Q   It's a hard habit to break.  Is this then an
15  example of a payment to the IAP Dallas related to the
16  publication of Al-Zaytuna?
17      A   Yes.
18      Q   Turning to Page 3, there are a series of
19  additional payments to IAP Dallas for the publication
20  office expense but also to AMEL which I think you've
21  testified is AMELP for contributions, and I just wanted
22  to see whether the fact that these were being made on a
23  regular basis in any way refreshes your recollection as
24  to the nature of the contributions that were being made
```

76

```
1   to AMELP?
2       A   The same thing like with the HLF people, they
3   will give money to AMEL.  Sometimes they give to us,
4   okay, because especially from Illinois.  They heard or
5   they received a letter from AMEL, they ask us can you
6   give them the money, because they are not much aware of
7   AMEL itself, they don't know what it is.  We say, okay,
8   it's a good, you know, we don't think it's a bad
9   organization, it's a good organization, and wants to
10  make a contribution.  They make it to us.  We say yeah,
11  fine.  And in turn, we write a check from our checks to
12  the AMEL or HLF.
13      Q   Do you have any understanding as to why it would
14  be that people would give money to you to give to AMELP,
15  why they would --
16      A   Well, for one, because they trust me.  Second,
17  because that could be they're not aware or not sure what
18  is AMEL is all about.  If they received a letter for
19  contribution for fund raising, you know, they see
20  Palestine especially in the Middle East or something
21  like that.  They come to me and they say what do you
22  think of this organization.  I say it's a good
23  organization.  I like to make a donation to it because
24  501 C 3 special.  I says yeah, go ahead, then make a
```

**Page 1**

```
         IN THE DISTRICT COURT OF THE UNITED STATES
           FOR THE NORTHERN DISTRICT OF ILLINOIS
                      EASTERN DIVISION


STANLEY BOIM, Individually and )
as Administrator of the Estate )
of DAVID BOIM, Deceased, and   )  .
JOYCE BOIM,                    )
              Plaintiff,       )
                               )
    -vs-                       )  No. 00 C 2905
                               )
QURANIC LITERACY INSTITUTE,    )
et al.,                        )
              Defendants.      )

        Videotaped deposition of RAFEEQ JABER taken

before Sylvia A. Gerut, C.S.R., and Notary Public,

pursuant to the Federal Rules of Civil Procedure for the

United States District Courts pertaining to the taking

of depositions, at Suite 3000, 225 West Wacker Drive, in

the City of Chicago, Cook County, Illinois, commencing

at 8:30 o'clock a.m. on the 9th day of April, A.D. 2003.
```

**Page 2**

```
PRESENT:

    WILDMAN, HARROLD, ALLEN & DIXON
    By MR. RICHARD M. HOFFMAN and
    MR. DAVID OPPENHEIM
    225 West Wacker Drive
    Suite 2800
    Chicago, Illinois  60606-1229
    (312) 201-2000

        on behalf of the Plaintiffs;

    HEDLUND & HANLEY, LLC
    By MS. SARAH J. DENEEN
    30 W. Monroe Street
    Suite 500
    Chicago, Illinois  60603
    (312) 441-8615

        on behalf of the Defendant,
        Holy Land Foundation for Relief and
        Development.

    JAMES R. FENNERTY & ASSOCIATES, L.L.C.
    By MR. JAMES R. FENNERTY
    36 South Wabash
    Suite 1310
    Chicago, Illinois  60603
    (312) 345-1704

        on behalf of the Defendants,
        American Muslim Society and
        Islamic Association for Palestine.

                * * * * * *
```

*SYLVIA A. GERUT, C.S.R.*
708.588.0283

**Page 3**

```
                 DEPOSITION OF
                  RAFEEQ JABER

                    04/09/03


    EXAMINATION BY:                            PAGE

    Mr. Hoffman                                 07

                    EXHIBITS

                                               PAGE

    Deposition Exhibit No. 1                     08
    Deposition Exhibit No. 2                     25
    Deposition Exhibit No. 3                     27
    Deposition Exhibit No. 4                     29
    Deposition Exhibit No. 5                     37
    Deposition Exhibit No. 6                     39
    Deposition Exhibit No. 7                     60
    Deposition Exhibit No. 8                     62
    Deposition Exhibit No. 9                     80
    Deposition Exhibit No. 10                    93
    Deposition Exhibit No. 11                    96
    Deposition Exhibit No. 12                    98
    Deposition Exhibit No. 13                   102
    Deposition Exhibit No. 14                   105
    Deposition Exhibit No. 15                   105
    Deposition Exhibit No. 16                   108
    Deposition Exhibit No. 17                   115
    Deposition Exhibit No. 18                   118
    Deposition Exhibit No. 19                   155
    Deposition Exhibit No. 20                   203
    Deposition Exhibit No. 21                   206
    Deposition Exhibit No. 22                   212
    Deposition Exhibit No. 23                   216
    Deposition Exhibit No. 24                   218
    Deposition Exhibit No. 25                   222
    Deposition Exhibit No. 26                   226
    Deposition Exhibit No. 27                   234
    Deposition Exhibit No. 28                   240
    Deposition Exhibit No. 29                   244
    Deposition Exhibit No. 30                   246
    Deposition Exhibit No. 31                   246
    Deposition Exhibit No. 32                   274
```

*SYLVIA A. GERUT, C.S.R.*
708.588.0283

**Page 4**

```
                    EXHIBITS

                                               PAGE

    Deposition Exhibit No. 33                   276
    Deposition Exhibit No. 34                   286
    Deposition Exhibit No. 35                   290

                * * * * * *
```

*SYLVIA A. GERUT, C.S.R.*
708.588.0283

201

1   had any involvement in fund raising for us.
2      Q  Other than the contract that was produced, and I
3   forget what the specific event was, but I think it was a
4   Ramadan event or --
5      A  Ramadan event and convention.
6      Q  Have there been any endeavors or joint ventures
7   that have been engaged in by IAP National and AMS on the
8   one hand and Holy Land Foundation on the other?
9      A  Any specific. I don't know what you mean
10  endeavor.
11     Q  Well, have you gone into any activities that you
12  did that IAP or AMS did with the Holy Land Foundation?
13     A  The contracts, anything that with the contracts
14  for the festivities, yes, we did that.
15     Q  Okay. And the contract -- the festivities and
16  the contracts that you're talking about, those were
17  documents that were produced, correct?
18     A  Right.
19     Q  And aside from the festivities for which you
20  produced contracts, were there any other activities that
21  IAP engaged in with the Holy Land Foundation to your
22  knowledge?
23     A  Not other than we encourage people -- we
24  encourage people to donate for them of course. And we

*SYLVIA A. GERUT, C.S.R.*
708.588.0283

202

1   mention that in our IAP web page.
2      Q  Why is it that IAP encourages people to
3   contribute to the Holy Land Foundation?
4      A  Because we believe that the Holy Land Foundation
5   is a good charitable organization, worthy, trustworthy,
6   that the money that is donated to it will reach to the
7   people who need it.
8      Q  What is your basis for that belief?
9      A  Belief from the people we hear from, you know,
10  people are happy. We see the letters, their annual
11  report. All the feedback we get from, you know, the
12  poor and the needy they say, yeah. We ask about these
13  things.
14     Q  When you say this feedback, where is this
15  feeding coming from, is that information that is
16  provided to you by the Holy Land Foundation?
17     A  By Holy Land Foundation and also from people in
18  their territory that says, yeah, a lot of people benefit
19  from this and this. They know about the Holy Land.
20  They say they give to the poor here and orphans here and
21  this hospital and this. And, you know, we receive some
22  letters even, and we seen some letters from several
23  clinics and hospitals that the Holy Land has been part
24  of it and distributed funds to help establish which are

*SYLVIA A. GERUT, C.S.R.*
708.588.0283

203

1   worthy causes in our opinion.
2      Q  If I understand your testimony correctly, the
3   basis for your belief that Holy Land Foundation is a
4   good and worthy entity to donate to come from word of
5   mouth or information that might flow back from Israel or
6   the occupied territories and also information that's
7   provided to you by the Holy Land Foundation such as
8   annual reports or other documentation, is that correct?
9      A  Yeah, that's correct, and also people know some
10  of the people that are trustworthy around the country
11  that have been known as good people, trustworthy people
12  and good people.
13     Q  Now, who are those people that you're referring
14  to now as being the trustworthy people that are known
15  around the country?
16     A  Like Shukri Abu Baker, Ibrahim Muzayyin, Basman
17  Elashi, we all know of them as all good trustworthy
18  people.
19     Q  Has IAP National or AMS ever made donations of
20  their own funds to the Holy Land Foundation, I know you
21  testified about forwarding donations from others?
22     A  Not in particular. I don't think so except
23  forwarded like I said.
24        (Document marked Exhibit No. 20 for

*SYLVIA A. GERUT, C.S.R.*
708.588.0283

204

1   identification.)
2      Q  Mr. Jaber, you've been handed what's been marked
3   as Exhibit 20, it purports to be an action alert issued
4   by IAP. First of all, is this the type of action alert
5   that you had testified about earlier that would
6   typically come from IAP National?
7      A  Some of them, yes.
8      Q  Do you know whether this particular action alert
9   would have come from IAP National?
10     A  Yes, I believe so.
11     Q  Who is it that would be responsible for
12  preparing, would it be Mr. Hamayel?
13     A  I would be the one who would initiate this and
14  approve it. I would tell them what need to be do, and
15  somebody write it, and I have to review it and change
16  what needs to be changed and approve it.
17     Q  Okay. And this I take it then would be sent out
18  to people by the IAP National office?
19     A  Yes, it's from the IAP National.
20     Q  How would this be distributed?
21     A  Different ways, faxes, distributed in the
22  mosques and churches and places where they gather,
23  stores.
24     Q  This particular document is dated

*SYLVIA A. GERUT, C.S.R.*
708.588.0283

**<u>Exhibit B to Landes Declaration</u>**

**Excerpts from the July 28, 2003 deposition testimony of Rafeeq Jaber**

**Page 1**

```
                                                        2
```

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

STANLEY BOIM, Individually and        )
as Administrator of the Estate        )
of DAVID BOIM, Deceased, and          )
JOYCE BOIM,                           )
                    Plaintiff,        )
                                      )
        -vs-                          )   No. 00 C 2905
                                      )
QURANIC LITERACY INSTITUTE,           )
et al.,                               )
                    Defendants.       )

        Videotaped continued deposition of RAFEEQ JABER
taken before Sylvia A. Gerut, C.S.R., and Notary Public,
pursuant to the Federal Rules of Civil Procedure for the
United States District Courts pertaining to the taking of
depositions, at Suite 3000, 225 West Wacker Drive, in
the City of Chicago, Cook County, Illinois, commencing
at 11:00 o'clock a.m. on the 28th day of July, A.D.
2003.

---

**Page 2**

PRESENT:

WILDMAN, HARROLD, ALLEN & DIXON
By MR. RICHARD M. HOFFMAN
225 West Wacker Drive
Suite 2800
Chicago, Illinois  60606-1229
(312) 201-2000

        on behalf of the Plaintiffs;

HEDLUND & HANLEY, LLC
By MS. SARAH J. DENEEN
30 W. Monroe Street
Suite 500
Chicago, Illinois  60603
(312) 441-8615

        on behalf of the Defendant,
        Holy Land Foundation for Relief and
        Development.

JAMES R. FENNERTY & ASSOCIATES, L.L.C.
By MR. JAMES R. FENNERTY
36 South Wabash
Suite 1310
Chicago, Illinois  60603
(312) 345-1704

        on behalf of the Defendants,
        American Muslim Society and
        Islamic Association for Palestine.

VIDEOGRAPHER:  LEGAL VIDEO SERVICES, INC.
               MR. BRUCE WITTY.

               * * * * * *

*SYLVIA GERUT REPORTING, INC.*
708.588.0283

---

**Page 3**

```
                                                        3
```

CONTINUED DEPOSITION OF
RAFEEQ JABER

07/06/03

EXAMINATION BY:                                    PAGE

Mr. Hoffman                                         05
Mr. Fennerty                                       205

            EXHIBITS

                                                  PAGE

Deposition Exhibit No. 36                           12
Deposition Exhibit No. 37                           16
Deposition Exhibit No. 38                           34
Deposition Exhibit No. 39                           42
Deposition Exhibit No. 40                           45
Deposition Exhibit No. 41                           63
Deposition Exhibit No. 42                           70
Deposition Exhibit No. 43                           98
Deposition Exhibit No. 44                          106
Deposition Exhibit No. 45                          117
Deposition Exhibit No. 46                          128
Deposition Exhibit No. 47                          146
Deposition Exhibit No. 48                          146
Deposition Exhibit No. 49                          162
Deposition Exhibit No. 50                          165
Deposition Exhibit No. 51                          174
Deposition Exhibit No. 52                          179
Deposition Exhibit No. 53                          183
Deposition Exhibit No. 54                          184
Deposition Exhibit No. 55                          187
Deposition Exhibit No. 56                          189
Deposition Exhibit No. 57                          192

            * * * * * *

*SYLVIA GERUT REPORTING, INC.*
708.588.0283

---

**Page 4**

```
                                                        4
```

        THE VIDEOGRAPHER:  This is Bruce Witty of Legal
Video Services, Incorporated.  205 West Randolph Street,
Chicago, Illinois.  I am the operator of this camera and
this videotaped deposition of Rafeeq Jaber, as being
taken pursuant of Federal Rules of Civil Procedure on
behalf of the Plaintiffs.

        We're on the record on August 6th, 2003.  The
time is 10:35 a.m. as indicated on the video screen.  We
are at 225 West Wacker Drive, Chicago, Illinois.

        The case is captioned Stanley Boim, individually
and as administrator of the estate of David Boim,
deceased, and Joyce Boim versus the Quranic Literary
Institute, et al., Case Number 00 C 2905.

        Will the attorneys please identify themselves
for the video record?

        MR. HOFFMAN:  For the record, Rick Hoffman on behalf
of the Plaintiffs.  Also with me here today are two of
our summer associate clerks, Dave Rotenberg and Debra
Morgan.

        MR. FENNERTY:  And James Fennerty, that's
F-e-n-n-e-r-t-y, on behalf of Rafeeq Jaber who is here
today.

        MS. DENEEN:  Sarah Deneen on behalf of Defendant
Holy Land Foundation.

*SYLVIA GERUT REPORTING, INC.*
708.588.0283

69

1    A    Well, specifically what I said, I remember from
2   my recollection, I didn't have anything personally to do
3   with the national office, with their operation, their
4   meetings, their board, because before that I did not
5   have any direct input to the IAP National.
6        Q    Did you have any involvement with IAP prior to
7   1996?
8        A    National?
9        Q    Any IAP, any entity known as IAP other than AMS?
10       A    I don't remember in particular if there is any
11  particular thing.  I don't remember any.  Like I said,
12  sir, whatever we work with other organization, if that's
13  something that like help us some information or exchange
14  information and stuff like that.
15       Q    Was the AMS did it serve -- prior to its
16  incorporation, was that a chapter of IAP National?
17       A    Yes, we change to become a chapter IAP Chicago,
18  yes.
19       Q    Okay.  When did that effort first start?
20       A    Probably a year later or something.  I don't
21  remember.
22       Q    A year later from when, after the formation of
23  AMS?
24       A    Yes.

70

1        Q    Okay.  Were you involved with any local chapter
2   of IAP prior to your formation of AMS?
3        A    I didn't know if there was a chapter
4   specifically for IAP.  I'm not aware there was one.
5        Q    Now, you testified earlier also that you have
6   been involved over the years with the Mosque Foundation,
7   correct?
8        A    Yes.
9        Q    How long have you been involved with that
10  entity?
11       A    Since its inception.
12       Q    Which is when?
13       A    1980.  Yeah, probably the 70's actually when I
14  was involved in raising funds to build it, yes, before
15  it was built.  The IAP, just to clarify one thing, the
16  inception of the Mosque Foundation was four years old
17  actually when I go back.  The Mosque Foundation was to
18  my knowledge, I think, was formed in 1954.  So I was not
19  old enough even to be part of it.  So to correct that.
20       (Document marked as Exhibit 42 for ID.)
21       Q    Now, Mr. Jaber, you've been handed what's been
22  marked as Exhibit 42.  It's a document that on its face
23  purports to be entitled the Islamic Post from the Mosque
24  Foundation of Chicago.  That's the Mosque Foundation

71

1   that you're involved with, correct?
2        A    Yes.
3        Q    And have been since at least the 1980's?
4        A    Yes.
5        Q    It's dated November 1991, do you see that on the
6   upper left?
7        A    Yes, I see.
8        Q    All right.  You were involved with the Mosque
9   Foundation in 1991, correct?
10       A    Yes.
11       Q    Is this a copy of a newsletter that was put
12  together by the Mosque Foundation?
13       A    It looks like it.
14       Q    Would you turn to the second page, please.  At
15  the bottom there is an article or a section entitled
16  anniversary gathering for the Intifada at Bogan High
17  School, Sunday 17, November.  Do you see that?
18       A    Yes.
19       Q    And it starts off by saying that Muslims will be
20  focusing on the Intifada and the Islamic position for
21  genuine peace in Palestine in light of the Madrid
22  conference during the Fifth Anniversary Celebration of
23  the Intifada.  Now, the Madrid conference, do you
24  understand what that's a reference to?

72

1        A    Yes.
2        Q    What's your understanding?
3        A    Well, that's gathered by President Bush, Senior
4   that trying to put together a peace process which is
5   after that the Alsa agreement, but that's when it
6   started the process after the second Golf War that
7   President Bush tried to make peace in the Middle East.
8        Q    Okay.  Now, skipping down to -- skipping over to
9   the next paragraph there's a paragraph that reads
10  jointly sponsored by the Islamic Association for
11  Palestine, IAP, and the Mosque Foundation, the event is
12  expected to draw about 1,500 supporters.  Now, are you
13  aware of any activities of the IAP in November of 1991?
14       A    The IAP, the national, they put, you know, like
15  every year from -- I think from the 1980's, late 80's
16  from Intifada that put on these kind of can call
17  celebration or gathering certain times.  That's usually
18  at the anniversary of the Intifada.
19       Q    Okay.
20       A    And people usually got to work on that.
21       Q    All right.  And you were aware of these annual
22  events that were put on by the IAP on the anniversary of
23  the Intifada going back to the late 80's?
24       A    Yes, I was.

73

1  Q   If you look down at the next paragraph, it says
2  this is a celebration of the fruits of the Intifada to
3  stress the idea that Palestine is an Islamic cause
4  especially in this time of the conference on the Middle
5  East.  And it's quoting you as president of IAP's
6  Chicago chapter.  Do you see that?
7  A   I see it.
8  Q   And in fact were you in November of 1991 the
9  president of the Chicago chapter of IAP?
10  A   There was no chapter.  This is, like I said,
11  these are committees.  At the time we need to put
12  something together, the committee gathers, okay.  Let's
13  say they want to put this, which is like for this
14  instance or before it or after it, they put the
15  committee on.
16      I chaired the committee, but maybe the people
17  they call it chapter, sometimes maybe they call it
18  whatever they want to, but particularly it's not the
19  chapter that's formed or existed or has this kind of
20  chapter, my knowledge this is my definiion of a chapter,
21  just a committee.
22  Q   So --
23  A   When the event is gone, you know, they work
24  event by event.  People change.  People come and go from

SYLVIA GERUT REPORTING, INC.
708.588.0283

---

74

1  these committees.
2  Q   So this was a committee, though, that was
3  working with IAP National in connection with this
4  particular event, correct?
5  A   Right.
6  Q   And you were the head of that committee in 1991?
7  A   Yes.
8  Q   Do you have any understanding as to how the
9  Mosque Foundation in which you were actively involved
10  would have come to characterize your position as being
11  the president of IAP Chicago chapter?
12  A   Probably whoever wrote it, that's his, you know,
13  conclusion.  That's his understanding or that's the way
14  he wants to define it.  That's something that has to be
15  referred to whoever wrote the article.
16  Q   Would it be fair to say, though, sir, that at
17  least in November of 1991, you were actively involved in
18  this committee that was working with IAP to sponsor this
19  event?
20  A   Yes, its committee.
21  Q   Were you involved in any other IAP events during
22  this time frame?
23  A   If there they put together an event, and they
24  ask me would you like to chair the committee, I would.

SYLVIA GERUT REPORTING, INC.
708.588.0283

---

75

1  Q   Okay.  So there are other committees that you
2  were involved with for IAP National relating to other
3  events?
4  A   Possible, yes.  I don't remember, but that's
5  possible if they ever ask me to do like they did in this
6  one and the ones before, I would do it, yes.  And I
7  would do it again.
8  Q   Now did you -- you've mentioned that these were
9  annual conferences, the annual events on the anniversary
10  of the Intifada.  Were you involved in planning or
11  organizing with IAP any of the events in earlier years
12  prior to 1991?
13  A   Yes, I said from the late, I think, '88 or '89
14  or something like that.  I remember they asked if I was
15  part of the committee.  It was like committee, temporary
16  committee, usually like when they gather they says,
17  okay, you lead it, and somebody leads it.
18  Q   Okay.  So from 1988 forward, each year during
19  this annual event celebrating the anniversary of the
20  Intifada, you would be involved in the committee that
21  was working with IAP National to set up this program?
22  A   Yes.
23  Q   And you may well have also been involved in
24  other committees for IAP working on IAP National events

SYLVIA GERUT REPORTING, INC.
708.588.0283

---

76

1  during that time frame as well, correct?
2  A   I don't remember, but if there was, they ask me,
3  like I said, to help out, I would help out, because I
4  believed in the cause, and I still do.  It has not
5  changed.
6  Q   During that same time frame, did you attend any
7  other IAP conventions or events that they sponsored,
8  late 80's, early 1990's?
9  A   I don't remember if they sponsored any
10  conventions in particular, but I would go to conventions
11  all the time whenever there's conventions or Islamic
12  conventions.  The only thing I remember like I went to
13  MAYA conventions and ISNA conventions.  I attend a lot
14  of conventions.
15  Q   Okay.  When you were involved in working on this
16  Fifth Anniversary Celebration of the Intifada, who at
17  IAP National did you deal with?
18  A   I think I remember the president then, I don't
19  know if it was Omar Ahmad or Jasser Bushnaq, one of
20  them.
21  Q   In any of the prior years when you were dealing
22  with IAP National in connection with these annual
23  celebrations, who did you deal with at IAP National?
24  A   Like I said, you know, the president at one

SYLVIA GERUT REPORTING, INC.
708.588.0283

77

1   point was Jasser Bushnaq or Omar Ahmad.

2      Q  Did you ever have dealings with anyone at IAP

3   National other than the president, whoever it may have

4   been at any given time?

5      A  Not that I recall.

6      Q  Now, if you'd look farther down towards the

7   bottom of the right-hand column, five lines up from the

8   bottom, there's a sentence that says that proceeds will

9   go to the Occupied Land Fund to help Palestinians who

10   have been victimized by oppression.  Last year's event

11   netted about $60,000.  Do you see that?

12      A  Yes, I see.

13      Q  The Occupied Land Fund, that is today what is

14   know as the Holy Land Foundation?

15      A  Yes.

16      Q  Do you know how it is that it came about that

17   Occupied Land Fund was chosen to be the recipient of the

18   proceeds of this event?

19      A  That's the business of the IAP National.  I have

20   nothing to do with choose or not to choose.  I had no

21   say in that.

22      Q  That was not something that was decided at your

23   level, it was an IAP National decision?

24      A  Yes.

*SYLVIA GERUT REPORTING, INC.*
708.588.0283

---

78

1      Q  It makes reference to the prior event netting

2   about $60,000, do you know whether that money was also

3   donated to the Occupied Land Fund?

4      A  I would assume.  If that's what they said -- if

5   that's way they say, that's what they say.  But I don't

6   have a trace of the money.  When it's collected, it's

7   collected.  It goes to the Holy Land Foundation.

8   Whether after that or before that like when we dealt

9   with them, it goes to them.  What they do with it and

10   how it goes after that, we have no control or even a say

11   in it.

12      We just a committee that work together, put the

13   things together, get the, you know, the place rented

14   and, you know, sell the tickets, encourage people,

15   distribute flyers and so forth.

16      Q  Do you know how much money was raised at the

17   event that's referenced here, this Fifth Anniversary

18   celebration?

19      A  No, I don't remember.

20      Q  Now, you talked about a chapter of IAP National

21   and your understanding of what is and is not a chapter.

22   Can you explain to me how you -- what you understand to

23   be a chapter and why you believe that these committees

24   you were working on were not a chapter?

*SYLVIA GERUT REPORTING, INC.*
708.588.0283

---

79

1      A  My understanding of chapter which I said before

2   that usually the IAP works and we work with people that

3   when we need to put on an event in any city, we just

4   form a committee.  Sometime they call themselves

5   chapters.  They call themselves whatever they want to

6   call themselves.  Usually we don't get involved in, you

7   know.

8      But the chapter mean it's affiliated, has tax

9   number, it has board, it has meetings, they keep minutes

10   and so on and so forth.  Committees for an event, they

11   don't keep those things.  If they keep anything,

12   probably keep temporary until they're finished with it,

13   then they throw it away, because it's not an entity --

14   official entity.  Chapter is an official entity.

15   Committee is just a committee.  Works for certain events

16   for the particular time and particular place, and when

17   it's done, it's dissolved.

18      Q  In your experience throughout the history of IAP

19   National including the time that you've been the

20   president, have the chapters, what have been referred to

21   as chapters in the documents we've seen, have they

22   always been entities, corporations or some other legal

23   entity?

24      A  Well, that's the way it should be.  If they are

*SYLVIA GERUT REPORTING, INC.*
708.588.0283

---

80

1   referred to sometimes like I said, because the committee

2   would like to be called a chapter.  That I don't know.

3   I don't remember.  But my definition of a chapter,

4   again, that would be an official entity with a tax

5   number and so forth.  Like the chapter -- like we

6   considered Dallas a chapter.  Chicago is a chapter.  At

7   one point we had, you know, the New Jersey, they were

8   organized in the state of law that they wanted to become

9   a chapter.  We tried to establish a chapter in Michigan.

10   That's why we paid the money we referred to earlier.

11      But other than that, there's always committees.

12   They call themselves chapters sometimes whether

13   North Carolina or could be in Milwaukee.  It could be in

14   any other place.

15      But, you know, they call themselves chapter

16   either because usually the same people work out, you

17   know, these events when we ask them or the same contacts

18   or because it's more prestigious probably for them to

19   call themselves chapters.

20      Q  Just to clarify then, I know you had talked

21   about the late 80's, can you tell me when the first time

22   that you recall being involved in a committee for or

23   working with IAP National?

24      A  Late 80's.

*SYLVIA GERUT REPORTING, INC.*
708.588.0283

29

November 1991
Vol. 1. No. 1

EXHIBIT 42
JABER
SG 8-6-03



# *The* ISLAMIC *Post!*

**From the Mosque Foundation of Chicago**

## The Future of the Mosque Foundation and Our Greater Chicago Community
*Message from the President: Dr. Talal Sunbuli*

All praise is for Allah, whose grace completes all righteous acts; and peace and blessings upon him who taught humanity all that is good.

O Lord, indeed, nothing is easily attained except what you make easy. For You, O Lord make the difficult easy, if it is Your will.

The Mosque Foundation's publication comes to you after a long absence—and I hope it will be the last time we stop issuing it. Although it is a few pages, what is little, if sustained, is better than what is much but soon ceases to exist.

Let me take this auspicious opportunity, then, to express my appreciation to all of you for your trust in the Mosque's administration, and ask Allah the Exalted to enable us to fulfill your trust.

Also, I would like to remind that the Mosque opens its doors welcoming all who come to it, men, women, and children—those who make it prosper with prayer and remembrance, and benefit from its Islamic, academic, and public awareness programs.

Dear brothers and sisters, the place of the mosque in the community flows from its role in the life of Muslims throughout history, beginning at the time of the Prophet and the Rightly Guided Caliphs. It is clear that our situation as a community coming from the East to settle in this faraway piece of Allah's vast land puts us in dire need of this model role of the mosque.

A mosque is dedicated for all Muslims and should not be a monopoly of a group, a country, or an ethnic block. Rather, in it we stand equal in ranks, regardless of individual differences in activity, participation and support.

A multitude of responsibilities and obligations lie before us; yet time is short and life is limited.

I ask Allah for success, help, and the removal of obstacles; and then I appeal to you for participation, help, advice, and gentle guidance. Let us not dispute, for this leads our hearts into contentiousness.

*Do not dispute or you will fail and lose your power* (8:46).

Brothers and sisters, these are some of the obligations facing us all:
(1.) Extending a helping hand to the youth and guiding them wisely and

... continued on back page

## Welcome to the New *Islamic Post!*

Being able to talk to one another is a great gift from Allah. So much depends on it—consultation, advice, news, warning.

That's what the *Islamic Post!* is about, keeping our community in touch and informed. You'll find news and articles on the activities the Mosque is offering, issues our community faces or concerns we share, and inspiration.

We want to hear from you too. Tell us what's on your mind, what you would like to see happening at the Mosque and in the community. Or write us with your questions. The *Post!* is there, after all, to meet your information needs. —*Amer Haleem*

## In This Issue

2 Mosque Committees

2 Intifada Celebration

  gular Study Circles

3 Interpretation into English
  — Surat Al-Fatiha

3 Islamic Education

3 Q& A

# Getting Involved in the Community— Who to Know & Where to Go

The Mosque Foundation has charted its course of future activity and growth, with 17 committees forming the backbone of its strategy.

Launching some of the programs is taking longer than first anticipated. But many committees have now put in place their plans for the coming months.

What they need, however, is you. Your help and involvement in any—or many—of these community activities is crucial.

Below the committees are listed, including their chairman and duties.

1. EDUCATION: Responsible for the weekend school and contacting similar programs to compare notes. It is also a liaison between the Mosque and nearby full-time Islamic Schools. (Ch., Talal Sunbuli)

2. ZAKAT & SCHOLARSHIP.: Responsible for informing about giving Zakat, and collecting and distributing funds to those in need. (Ch., Jamal Said)

3. SEMINARS: Responsible for putting together one or more annual seminars or symposia on Islam and the important issues facing the Muslim community. (Ch., Ahmad Zaki Hammad)

4. LEGAL: Responsible for legal affairs and consolidating legal documents. (Ch., Bassam Osman)

5. YOUTH: Responsible for educational, physical, and national programs for the youth to strengthen their identity and devotion to Islam. (Ch., to be selected)

6. MEMBERSHIP: Responsible for reaching out to the community to join as members and to developing a benefits program. (Ch., Bassam Jody)

7. FUNDRAISING: Responsible for securing financial needs through programs, other strategies, and an annual dinner. (Ch., Mohammad Shtawi)

8. LIBRARY: Responsible for organizing and expanding library for member use. (Ch., Mohammad Harizi)

9. CONSTRUCTION & SECURITY: Responsible for building & grounds maintenance and recommending improvements. (Ch., Mohammad Shtawi)

10. PUBLISHING: Responsible for regular publications & distribution. (Ch., Amer Haleem)

11. PUBLIC RELATIONS: Responsible for strengthening ties with the community, improving Mosque image, and encouraging involvement from past-active community brs. & srs. (Ch., Ibrahim Diab)

12. PLANNING: Responsible for outlining long- & short-term goals for facilities, schools, and community. (Ch., Tawfiq Nassar)

13. CONSTITUTION: Responsible for reviewing and updating constitution as needed. (Ch., Bassam Osman)

14. ORGANIZATION COORDINATION: Responsible for reaching out to other Islamic institutions, assisting in forming Chicago Council of Islamic Institutions, and build ties with national organizations. (Ch., Talal Sunbuli)

15. INTERFAITH: Responsible for establishing cordial relations and dialogues with other religious communities. (Ch., Bassam Jody)

16. ADULT PROGRAMS: Responsible for establishing regular weekly & monthly programs. (Ch., Jamal Said)

17. PUBLIC AWARENESS: Responsible for propagating Islam through appropriate media and representing the Foundation and community. (Ch., Mahmoud Ismail)

# Regular Activities At Your Mosque Foundation

The Mosque Foundation has a number of well-established study circles that we want you to know about. For English -language programs see special Q&A column facing page. Hope to see you there!

► The Monthly Arabic-Language Meeting (separate meetings for men and women) is held every second Saturday evening, with presentations of Muslim world news, contemporary events, *tafsir* of Quran, and guest speakers.

► The Weekly Women's Arabic-Language Meeting is held every Wednesday. For more information contact the Mosque.

► Introduction to Computers offers instruction in word processing and basic programming every Saturday from 6:00 to 8:00 p.m. For fee schedule and information contact Br. Tawfik Taweel at 708.430.4118.

► Every Friday before Jumu'a (Congregational) prayers at 12:30 there is a lesson in Fiqh, covering individual topics such as the procedures of prayer, zakat, marriage, etiquette for daily activities, etc. Contact the Mosque for more information. ◄

---



**Activity for Palestine**

# Anniversary Gathering for the Intifada at Bogan High School Sunday 17 November

Muslims will be focusing on the Intifada and the Islamic position for genuine peace in Palestine in light of the Madrid conference during the Fifth Anniversary Celebration of the Intifada.

Khalil Koka, a well-known Muslim activist from Ghaza, and among the first of those to be exiled at the start of the Intifada, is the guest speaker.

Jointly sponsored by the Islamic Association for Palestine (IAP) and the Mosque Foundation, the event is expected to draw about 1,500 supporters.

"This is a celebration of the fruits of the Intifada to stress the idea that Palestine is an Islamic cause—especially in this time of the conference on the Middle East," says Rafeeq Jaber, president of IAP's Chicago chapter. Jaber added that he expects the gathering to be particularly important for area Muslims to gain perspective on the recent flurry of activity regarding Palestine.

Aside from the speeches, participants will be meaningfully entertained with *nashid* (lyric poetry) and a play. In addition special Suq of mostly donated food and goods, including novelties, video and cassette tapes, and books, will be open to all who pay the $10.00 (individual or family) admission. Proceeds will go to the Occupied Land Fund to help Palestinians who have been victimized by oppression. Last year's event netted about $60,000.

For more information please contact the Mosque 708.430.5666 or Sabri Ibrahim 312.434.5264. ◄

**<u>Exhibit C to Landes Declaration</u>**

**AMS Transaction Report listing AMS Check No. 211**

AM 66679063.3

# Transaction Report

1/1/96 Through 12/31/'2

2/13'3

96RCRDS1-Selected Accounts

| Date | Acct | Num | Description | Memo | Category | Clr | Amount |
|------|------|-----|-------------|------|----------|-----|--------|
| 1/3/96 | AM... | 173 | RAFEEQ | MAYA CONV. | MTNGS&TRVLNG... | | -245.00 |
| 1/5/96 | AM... | 174 | G. KASS | JAN. RENT | RENT PAID | | -475.00 |
| 1/9/96 | AM... | 175 | SABER ROOM | CHICAGO | ANL. FNDDNR EXP | | -500.00 |
| 1/10/96 | AM... | 178 | COMED | ELCT. | UTILITIES | | -33.64 |
| 1/10/96 | AM... | 179 | APPLE COMMUNC. | BEEPER RAFEEQ | TEL., FAX, NET. | | -28.02 |
| 1/10/96 | AM... | 180 | ALBAB CENTER | SERVICES | ANL. FNDDNR EXP | | -700.00 |
| 1/10/96 | FEE | | LASALLE BANK | | BANK CHARGES | | -9.24 |
| 1/15/96 | AM... | 181 | AMEL | | CONTRIBUTIONS | | -2,000.00 |
| 1/15/96 | AM... | 182 | SABRI | SERVICES | SERVICES | | -700.00 |
| 1/23/96 | AM... | 183 | AT&T | PHONE | EQUIPMNT | | -239.24 |
| 1/30/96 | AM... | 186 | RAFEEQ | DETROITE | MTNGS&TRVLNG... | | -150.00 |
| 1/31/96 | AM... | 184 | H. ATWA | HOSTING | EDUC. PRGR. ... | | -300.00 |
| 1/31/96 | AM... | 195 | EXCELL INN | HOTEL | EDUC. PRGR. ... | | -139.89 |
| 1/31/96 | AM... | 198 | EXCELL INN | HOTEL | EDUC. PRGR. ... | | -186.52 |
| 2/1/96 | AM... | 189 | G. KASS | | RENT PAID | | -475.00 |
| 2/1/96 | AM... | 190 | Westlawn | | ANL. FNDDNR EXP | | -170.00 |
| 2/2/96 | AM... | 187 | Tawfeeq Tawesl | | EQUIPMNT | | -300.00 |
| 2/2/96 | AM... | 188 | COMED | ELCT. | UTILITIES | | -70.24 |
| 2/5/96 | AM... | 191 | MCI | | TEL., FAX, NET. | | -138.33 |
| 2/5/96 | AM... | 192 | AMERITICH | | TEL., FAX, NET. | | -126.00 |
| 2/6/96 | AM... | 193 | City Food | Ayyash | EDUC MATR. EXP | | -300.00 |
| 2/7/96 | AM... | 194 | Pager | | TEL., FAX, NET. | | -32.90 |
| 2/12/96 | AM... | 196 | BALOON INC | | ANL. FNDDNR EXP | | -117.00 |
| 2/13/96 | AM... | 197 | ALBAB CENTER | SERVICES | ANL. FNDDNR EXP | | -1,183.00 |
| 2/15/96 | FEE | | BANK | | BANK CHARGES | | -69.35 |
| 2/19/96 | AM... | 200 | BRIGHT HORI | | ANL. FNDDNR EXP | | -210.00 |
| 2/20/96 | AM... | 199 | Pierce Awards | Chicago | ANL. FNDDNR EXP | | -80.00 |
| 2/22/96 | AM... | 201 | METLIFE | FURNITARE | OFFICE SUPL. | | -85.00 |
| 2/22/96 | AM... | 202 | AMERITECH | TELEPHONE | TEL., FAX, NET. | | -251.08 |
| 2/26/96 | AM... | 203 | MCI | | TEL., FAX, NET. | | -411.45 |
| 2/27/96 | AM... | 204 | METLIFE | FURNITURE | OFFICE SUPL. | | -150.00 |
| 2/27/96 | AM... | 205 | METLIFE | FURNITURE | OFFICE SUPL. | | -20.00 |
| 2/29/96 | AM... | 206 | WALEED KESWANI | ISRAA | CMNTY. PRG. ... | | -1,000.00 |
| 2/29/96 | AM... | 208 | DELPHAIN HOUSE | CHICAGO | ANL. FNDDNR EXP | | -6,000.00 |
| 3/1/96 | AM... | 207 | SABRI SAMRA | | BANK CHARGES | | -1,519.87 |
| 3/3/96 | FEE | | BANK | | BANK CHARGES | | -2.00 |
| 3/3/96 | AM... | 209 | G. KASS | MARCH | RENT PAID | | -475.00 |
| 3/5/96 | AM... | 211 | H.L.F | | MTNGS&TRVLNG... | | -1,030.00 |
| 3/8/96 | AM... | 212 | BRIGHT HORIZON | TICKET N.J | MTNGS&TRVLNG... | | -274.00 |
| 3/20/96 | AM... | 213 | COMED | ELECTRECITY | UTILITIES | | -14.17 |
| 3/20/96 | AM... | 214 | APPLE BEEPER | PAGER | TEL., FAX, NET. | | -32.85 |
| 3/20/96 | AM... | 215 | AMERITECH | TEL.BELL | TEL., FAX, NET. | | -251.08 |
| 3/20/96 | AM... | 216 | AMBASADOR STUDIO | CHICAGO | ANL. FNDDNR EXP | | -350.00 |
| 3/20/96 | AM... | 217 | RAFEEQ JABER | N.J | MTNGS&TRVLNG... | | -241.36 |
| 3/28/96 | AM... | 218 | BRIGHT HORI | N.J | ANL. FNDDNR EXP | | -1,016.00 |
| 4/2/96 | AM... | 219 | NETWORK CONEL ... | CNFERENCE CALL | ANL. CONV. EXP. | | -749.94 |
| 4/2/96 | AM... | 220 | G. KASS | APRIL | RENT PAID | | -475.00 |
| 4/4/96 | AM... | 221 | UNIVERSAL SCHOOL | | CMNTY. PRG. ... | | -500.00 |
| 4/5/96 | AM... | 222 | BRIGHT HORI | WASHINGTON | ANL. FNDDNR EXP | | -581.00 |
| 4/5/96 | AM... | 223 | RAFEEQ JABER | HOTEL MEETIN... | MTNGS&TRVLNG... | | -242.50 |
| 4/12/96 | AM... | 224 | A&N RENTAL CENTER | | CMNTY. PRG. ... | | -489.00 |
| 4/15/96 | AM... | 226 | AMERICAN EXPRES | H.SABRI | ANL. FNDDNR EXP | | -1,091.50 |
| 4/15/96 | AM... | 227 | RAFEEQ JABER | ADC CONVENTION | MTNGS&TRVLNG... | | -600.00 |
| 4/17/96 | AM... | 226 | APPLE | RAFEEQ | TEL., FAX, NET. | | -32.95 |
| 4/26/96 | AM... | 228 | WASHINGTON TIMES | LEBANON MASSCRE | ADS | | -1,842.00 |
| 4/26/96 | AM... | 229 | COMED | ELCT. | UTILITIES | | -32.78 |
| 4/26/96 | AM... | 230 | MCI | | TEL., FAX, NET. | | -221.28 |
| 5/4/96 | WIRE | | FALCON TRAVEL ... | GUEST TRAVEL... | ANL. FNDDNR EXP | | -3,450.00 |
| 5/5/96 | AM... | 231 | RAFEEQ | ADC CONVT. | MTNGS&TRVLNG... | | -899.49 |
| 5/6/96 | AM... | 232 | SABRI | | OFFICE SUPL. | | -97.09 |
| | | | | OFFICE DEPOT | ANL. FNDDNR EXP | | -150.00 |
| | | | | S.W. AIRLINE | ANL. FNDDNR EXP | | -28.30 |
| | | | | KINKO'S | PRINTING&COPY. | | -39.80 |
| | | | | AMERICA ONLI... | TEL., FAX, NET. | | -39.95 |
| | | | | INSTY PRINTI... | PRINTING&COPY. | | -314.00 |
| | | | | AMERICAN AIR... | ANL. FNDDNR EXP | | -134.37 |
| | | | | OFFICE DEPOT | OFFICE DEPOT | | |
| 5/8/96 | AM... | 234 | AL-NADI INT. B... | | EDUC MATR. EXP | | -250.00 |
| 5/8/96 | AM... | 235 | LIGHT STAR TRAVEL | GHASSAN SALEH | ANL. CONV. E... | | -295.00 |
| 5/8/96 | AM... | 236 | LIGHT STAR TRAVEL | DIFF. CITIES | ANL. FNDDNR EXP | | -2,000.00 |
| 5/11/96 | AM... | 237 | AMERICAN EXPRESS | BY HASAN SABRI | ANL. FNDDNR EXP | | -650.00 |
| 5/13/96 | AM... | 238 | APPLE | RAFEEQ | TEL., FAX, NET. | | -32.95 |
| 5/22/96 | AM... | 239 | H. KHATEEB | MARZOOK | PRINTING&COPY. | | -72.94 |
| 5/25/96 | AM... | 240 | RAFAELE DIZENZO | JUNE | RENT PAID | | -525.00 |
| 5/25/96 | AM... | 241 | ANGLO DIZANZO | DEPOSIT | RENT DEPOSIT | | -2,000.00 |
| 5/28/96 | AM... | 242 | H. KHATEEB | MOSQUE BLDG. | REPAIRS&MNTNC | | -421.69 |
| 5/28/96 | AM... | 243 | MCI | STARS CONFR. | TEL., FAX, NET. | | -432.31 |
| 6/3/96 | AM... | 244 | J&R LOCK | | REPAIRS&MNTNC | | -41.47 |
| 6/4/96 | AM... | 245 | J&R LOCK | | REPAIRS&MNTNC | | -72.91 |
| 6/5/96 | AM... | 246 | OFFICE MAX | | EQUIPMNT | | -9.46 |
| 6/10/96 | AM... | 247 | RASEM ABDELMAJID | | ANL. FNDDNR EXP | | -220.00 |
| 6/10/96 | AM... | 249 | BRIGHT HORI | WASHINGTON | MTNGS&TRVLNG... | | -191.00 |
| 6/12/96 | AM... | 248 | J&R LOCK | | REPAIRS&MNTNC | | -60.42 |
| 6/12/96 | AM... | 250 | Top Gun | Cleaning the... | REPAIRS&MNTNC | | -119.52 |
| 6/13/96 | AM... | 251 | American Speed... | Forms | PRINTING&COPY. | | -51.60 |
| 6/13/96 | AM... | 252 | Jamal Shuaibi/... | Fax Modemus... | EQUIPMNT | | -224.00 |
| 6/15/96 | AM... | 253 | AMERITICH | Part Kefah C... | TEL., FAX, NET. | | -1,388.72 |
| 6/17/96 | AM... | 254 | Kefah Mustapha | Stara Group | EDUC. PRGR. ... | | -1,000.00 |
| 6/17/96 | AM... | 255 | LIGHT STAR TRAVEL | Jan/12/1996 | MTNGS&TRVLNG... | | -2,257.45 |
| | | | | April Program | EDUC. PRGR. ... | | -487.00 |
| 6/18/96 | AM... | 256 | APPLE | RAFEEQ | TEL., FAX, NET. | | -32.95 |
| 6/23/96 | AM... | 257 | COMED | Electricity | UTILITIES | | -25.47 |
| 6/24/96 | AM... | 258 | Sprint | | TEL., FAX, NET. | | -255.94 |
| 6/25/96 | AM... | 261 | LIGHT STAR TRAVEL | Stars Group:... | ANL. FNDDNR EXP | | -2,398.55 |
| 6/26/96 | AM... | 260 | COMED | Electricity | UTILITIES | | -24.16 |
| 6/26/96 | AM... | 262 | Pintey Bowes | Postage Meter | MAIL&SHIPP. | | -50.00 |
| 6/26/96 | AM... | 263 | H. KHATEEB | 6/7/1996 MTG... | ANL. CONV. EXP. | | -584.32 |
| 6/27/96 | AM... | 264 | RAFEEQ | RENDER RENTEAL | REPAIRS&MNTNC | | -107.49 |
| | | | | JERUSALEM CO... | MTNGS&TRVLNG... | | -10.50 |
| | | | | MAIL BOX | MAIL&SHIPP. | | -31.00 |
| | | | | VACUM | OFFICE SUPL. | | -56.78 |
| | | | | BULBS | EQUIPMNT | | -64.61 |
| | | | | TAXI | REPAIRS&MNTNC | | -7.28 |
| | | | | | MTNGS&TRVLNG... | | -30.00 |
| 7/1/96 | AM... | 265 | ELEK-TEK | PRINTER TOWER | OFFICE SUPL. | | -196.38 |
| 7/1/96 | AM... | 266 | NETWORK CONEL ... | CONFERENCE C... | ANL. CONV. EXP. | | -846.72 |



EXHIBIT 20
Ahmed
SG 1/15/04

XHIBIT 8
Jaber
SG 4-9-03

**IAP 02447**

# Transaction Report

1/1/96 Through 12/31'2

2/13'3

96RCRDS1-Selected Accounts

| Date | Acct | Num | Description | Memo | Category | Clr | Amount |
|------|------|-----|-------------|------|----------|-----|--------|
| | | | | iana convint... | MTNGS&TRVLNG... | | -296.00 |
| | | | | one million p... | ANL. FSTVL. EXP | | -355.00 |
| 10/10/96 | AM... | 334 | ski insurance | | ANL. FSTVL. EXP | | -1,200.00 |
| 10/10/96 | AM... | 340 | SIGNS TODAY | BANNER | ANL. FSTVL. EXP | | -1,200.00 |
| 10/12/96 | AM... | 336 | HASAN SABRI | ramada hotel... | ANL. CONV. E... | | -267.05 |
| | | | | Parking | ANL. CONV. E... | | -30.00 |
| 10/13/96 | AM... | 337 | A.M.E.L | | CONTRIBUTIONS | | -8,000.00 |
| 10/14/96 | AM... | 339 | IMAGE BANK | | ANL. FSTVL. EXP | | -385.00 |
| 10/20/96 | AM... | 342 | IAP DALLAS | CHICAGO SALES | EDUC MATR. EXP. | | -748.00 |
| 10/20/96 | AM... | 343 | MOHD KHATIB | BREAKFAST 10... | ANL. CONV. EXP. | | -113.43 |
| | | | | DINNER | ANL. CONV. EXP. | | -21.32 |
| | | | | SCREEN RENTAL | ANL. FSTVL. EXP | | -14.00 |
| | | | | OFFICE DEPOT | OFFICE SUPL. | | -3.55 |
| | | | | POSTAGE | MAIL&SHPP. | | -10.75 |
| | | | | DEMENSTRATION | PRINTING&COPY. | | -6.18 |
| | | | | OFFICE DEPOT | OFFICE SUPL. | | -39.84 |
| | | | | DEMENSTRATION | PRINTING&COPY. | | -21.06 |
| 10/23/96 | AM... | 341 | ALNUJOOM | CHICAGO-TORONTO | ANL. FSTVL. EXP | | -2,500.00 |
| 10/24/96 | AM... | 348 | BRIGHT MORI | WASHINGTON | MTNGS&TRVLNG... | | -209.00 |
| 10/26/96 | AM... | 349 | IAP | MAILING | ANL. CONV. EXP. | | -1,200.00 |
| 10/26/96 | AM... | 350 | ADVANCE XPRESS | PRINTING | ANL. CONV. EXP. | | -6,851.40 |
| 10/29/96 | AM... | 344 | SABRAN JABER | 10/11/96 | ANL. CONV. EXP. | | -138.00 |
| 10/28/96 | AM... | 345 | IAP DALLAS | CHICAGO SALES | EDUC MATR. EXP. | | -635.00 |
| 10/30/96 | AM... | 346 | ALNUJOOM | CHICAGO SALES | ANL. FSTVL. EXP | | -2,150.00 |
| 10/30/96 | AM... | 351 | HOLY LAND F. | | CONTRIBUTIONS | | -600.00 |
| 10/31/96 | AM... | 347 | RAFEEQ JABER | FOOD(3DAYS) | ANL. FSTVL. EXP | | -460.00 |
| | | | | LA | ANL. FSTVL. EXP | | -245.20 |
| | | | | LODGE(LA) | ANL. FSTVL. EXP | | -342.40 |
| | | | | CHICAGO | ANL. FSTVL. EXP | | -254.54 |
| | | | | POSTAGE | MAIL&SHPP. | | -73.60 |
| 11/2/96 | AM... | 352 | ANGLO DIZANIO | NOVEMBER | RENT PAID | | -1,150.00 |
| 11/6/96 | AM... | 353 | J&R LOCK | | REPAIRS&MNTNC | | -57.50 |
| 11/7/96 | AM... | 354 | OFFICE DEPOT | | OFFICE SUPL. | | -99.80 |
| 11/11/96 | AM... | 355 | BRIGHT MORI | 11/23/96 | ANL. CONV. EXP. | | -1,464.00 |
| 11/11/96 | AM... | 356 | POSTMASTER | BOX RENUAL | MAIL&SHPP. | | -29.00 |
| 11/12/96 | AM... | 357 | H.L.F | Anwer &Arafat | CONTRIBUTIONS | | -2,000.00 |
| 11/12/96 | AM... | 358 | J&R LOCK | | REPAIRS&MNTNC | | -37.50 |
| 11/12/96 | AM... | 359 | IAP | poster | ANL. CONV. EXP. | | -140.00 |
| | | | | tel. bell | ANL. CONV. E... | | -350.00 |
| 11/12/96 | AM... | 360 | AMEL | | CONTRIBUTIONS | | -1,500.00 |
| 11/12/96 | AM... | 361 | IAP DALLAS | | PBLC. OFF. EXP | | -6,000.00 |
| 11/12/96 | AM... | 362 | SABRI | food for fes | ANL. FSTVL. EXP | | -85.75 |
| | | | | washington | MTNGS&TRVLNG... | | -29.71 |
| | | | | america on line | TEL., FAX. NET. | | -51.01 |
| | | | | food | ANL. CONV. E... | | -13.00 |
| | | | | food | OTHER EXP. | | -22.00 |
| | | | | parking | OTHER EXP. | | -10.50 |
| | | | | office s,cop... | OTHER EXP. | | -27.02 |
| 11/18/96 | AM... | 364 | LIGHT STAR TRAVEL | | ANL. FSTVL. EXP | | -11,993.76 |
| 11/18/96 | AM... | 365 | ALNUJOOM | | ANL. FSTVL. EXP | | -1,850.00 |
| 11/19/96 | AM... | 366 | BRIGHT MORI | neworleans, | ANL. FSTVL. EXP | | -438.00 |
| 11/19/96 | AM... | 367 | Sprint | | TEL., FAX. NET. | | -205.99 |
| 11/19/96 | AM... | 368 | AMERITECH | | TEL., FAX. NET. | | -735.19 |
| 11/19/96 | AM... | 369 | COMED | deposit | UTILITIES | | -10.00 |
| 11/19/96 | AM... | 370 | APPLE | RAFEEQ | TEL., FAX. NET. | | -32.95 |
| 11/26/96 | AM... | 375 | AMEL | | CONTRIBUTIONS | | -2,000.00 |
| 11/27/96 | AM... | 376 | LIGHT STAR TRAVEL | | ANL. FSTVL. EXP | | -695.50 |
| 11/28/96 | AM... | 372 | M. KHATEEB | REIMBERESMENT | ANL. CONV. EXP. | | -566.57 |
| 12/2/96 | AM... | 374 | M. KHATEEB | | WAGES | | -1,500.00 |
| 12/4/96 | AM... | 377 | ANGELO | | RENT PAID | | -1,200.00 |
| 12/7/96 | AM... | WIRE | MOHAMMAD ALI T... | GUEST TRAVEL... | ANL. FSTVL. EXP | | -1,200.00 |
| 12/7/96 | AM... | WIRE | LASSAL BANK | | BANK CHARGES | | -3,365.00 |
| 12/11/96 | AM... | 382 | BRIGHT MORI | | ANL. FSTVL. EXP | | -20.00 |
| 12/12/96 | AM... | 383 | MAS | | ANL. FSTVL. EXP | | -356.00 |
| 12/12/96 | AM... | 385 | R.JABER | | OFFICE SUPL. | | -1,200.00 |
| 12/13/96 | AM... | 384 | ALNUJOOM | | ANL. FSTVL. EXP | | -1,301.15 |
| 12/20/96 | AM... | 394 | COMED | #1208 | ANL. FSTVL. EXP | | -4,500.00 |
| 12/20/96 | AM... | 395 | HESNI GHONIM | | UTILITIES | | -96.32 |
| 12/23/96 | AM... | 386 | Sprint | | ANL. FSTVL. EXP | | -350.00 |
| 12/23/96 | AM... | 390 | AMERITICH | | TEL., FAX. NET. | | -327.84 |
| 12/24/96 | AM... | 389 | Sprint | | TEL., FAX. NET. | | -893.33 |
| 12/26/96 | AM... | 387 | IAP DALLAS | | TEL., FAX. NET. | | -96.32 |
| 12/26/96 | AM... | 388 | AMEL | | PBLC. OFF. EXP | | -1,750.00 |
| 12/26/96 | AM... | 393 | ADVANCE XPRESS | PRINTING | CONTRIBUTIONS | | -6,000.00 |
| 12/30/96 | AM... | 380 | NETWORK CONEL... | CONFERENCE C... | ANL. CONV. EXP. | | -460.52 |
| 12/30/96 | AM... | 392 | APPLE BEEPER | PAGER | ANL. CONV. EXP. | | -105.18 |
| 12/31/96 | AM... | 379 | COMPUSERVE | | TEL., FAX. NET. | | -32.95 |
| 1/6/97 | AM... | 378 | AMERICAN EXPRES | | TEL., FAX. NET. | | -114.80 |
| 1/6/97 | AM... | 391 | JOURNAL OF PAL... | | ANL. FSTVL. EXP | | -645.41 |
| 1/6/97 | AM... | 396 | UPS | | OTHER EXP. | | -50.00 |
| 1/6/97 | AM... | 397 | BRIGHT MORI | | MAIL&SHPP. | | -61.16 |
| 1/23/97 | AM... | 398 | HASAN SABRI | | MTNGS&TRVLNG... | | -252.00 |
| | | | | CALLS | ANL. CONV. E... | | -831.00 |
| | | | | CELLULAR | ANL. CONV. E... | | -550.00 |
| | | | | | ANL. CONV. E... | | -177.97 |
| | | | | MUFEED ~ORLANDO | ANL. FNDRWR EXP | | -101.00 |
| | | | | CHANGING TICK. | ANL. CONV. E... | | -60.00 |
| | | | | CHANGING TICK. | ANL. FSTVL. EXP | | -50.00 |
| | | | | CHANGING TICK. | ANL. FSTVL. EXP | | -50.00 |
| | | | | | ANL. CONV. E... | | -152.18 |
| | | | | LOST TICK. C... | ANL. CONV. E... | | -25.00 |
| | | | | RENTAL SPEAKERS | ANL. FSTVL. EXP | | -238.50 |
| | | | | CLEVELAND | ANL. FSTVL. EXP | | -90.00 |
| | | | | | ANL. CONV. E... | | -94.09 |
| | | | | | OTHER EXP. | | -53.00 |
| 1/23/97 | AM... | 399 | SAEED AGHA | | ANL. CONV. E... | | -194.00 |
| 1/23/97 | AM... | 400 | ABDELAZEEM S. | | ANL. CONV. E... | | -580.52 |
| 1/24/97 | AM... | 401 | IAP DALLAS | | OTHER EXP. | | -3,000.00 |
| 1/28/97 | AM... | 402 | IAP DALLAS | RAMADAN | MAIL&SHPP. | | -1,600.00 |
| 1/28/97 | AM... | 403 | ADVANCE XPRESS | | MAIL CMPG. EXP. | | -2,500.00 |
| 1/28/97 | AM... | 404 | ALNUJOOM | | ANL. CONV. E... | | -2,302.00 |
| 1/30/97 | AM... | 405 | CITIBANK | | ANL. CONV. E... | | -255.00 |
| | | | | | ANL. CONV. E... | | -150.00 |
| 1/31/97 | AM... | BCHR | LASSAL BANK | | BANK CHARGES | | -10.00 |
| 2/1/97 | AM... | 406 | LASSAL BANK | orlando/lodging | ANL. FSTVL. EXP | | -339.94 |
| | | | | | ANL. CONV. E... | | -300.74 |
| | | | | picture | ANL. CONV. E... | | -123.21 |
| | | | | tv rental | ANL. CONV. E... | | -74.99 |

IAP 02449

# Transaction Report

1/1/96 Through 12/31/2

| Date | Acct | Num | Description | Memo | Category | Clr | Amount |
|------|------|-----|-------------|------|----------|-----|--------|
| 5/4/97 | AM... | 471 | IAP DALLAS | | PBLC. OFF. EXP | | -2,080.00 |
| 5/4/97 | AM... | 472 | AMEL | | CONTRIBUTIONS | | -5,000.00 |
| 5/6/97 | AM... | 473 | J&K TV SERV. | | REPAIRS&MNTNC | | -49.00 |
| 5/8/97 | AM... | 474 | ALNUJOOM | CH. LA | ANL. FNDDNR EXP | | -3,000.00 |
| 5/10/97 | AM... | 475 | CITY FOOD | | EDUC MATR. EXP. | | -50.00 |
| 5/12/97 | AM... BCHR | | FALCONS TRAVEL... | SATTAR & UMO... | ANL. FNDDNR EXP | | -5,445.00 |
| 5/12/97 | AM... BCHR | | LASSAL BANK | DEBIT FEE | ANL. FSTVL. EXP | | -45.00 |
| 5/15/97 | AM... | 476 | TRAVEL MONITOR... | ASHRAF TRAVI... | OTHER EXP. | | -348.00 |
| | | | | FUAD, ABURAT... | ANL. FSTVL. EXP | | -1,294.50 |
| 5/19/97 | AM... RETUR | | CORONA FOOD MART | CHECK RETURN | REALSTATE EXP. | | -20,000.00 |
| 5/20/97 | AM... | 477 | NETWORK CONEL ... | CONFERENCE C... | ANL. CONV. E... | | -78.00 |
| 5/20/97 | AM... | 478 | NETWORK CONEL ... | CONFERENCE C... | ANL. CONV. E... | | -66.48 |
| 5/20/97 | AM... | 479 | COMED | DEPOSIT | UTILITIES | | -70.00 |
| 5/20/97 | AM... | 480 | COMED | | UTILITIES | | -156.64 |
| 5/20/97 | AM... | 481 | MCI | | TEL., FAX, NET. | | -20.45 |
| 5/20/97 | AM... | 482 | APPLE BEEPER | PAGER | TEL., FAX, NET. | | -32.95 |
| 5/20/97 | AM... | 483 | Sprint | | TEL., FAX, NET. | | -142.19 |
| 5/20/97 | AM... | 484 | AMEERITICH | | TEL., FAX, NET. | | -436.53 |
| 5/20/97 | AM... | 485 | RAFEEQ JABER | | TEL., FAX, NET. | | -144.63 |
| | | | | | OTHER EXP. | | -60.18 |
| 5/23/97 | AM... | 486 | BRIGHT KORI | | ANL. CONV. E... | | -666.00 |
| 5/23/97 | AM... | 487 | ROYAL INTERNAT... | | ANL. CONV. E... | | -504.00 |
| | | | | | MTNGS&TRVLNG... | | -512.00 |
| 5/25/97 | AM... RETUR | | CORONA FOOD MART | CHECK RETURN | REALSTATE EXP. | | -20,000.00 |
| 5/27/97 | AM... | 488 | POSTMASTER | BOX RENUAL | MAIL&SHIPP. | | -29.00 |
| 5/29/97 | AM... | 489 | HLF | | CONTRIBUTIONS | | -265.00 |
| 6/1/97 | AM... | 490 | AMEL | | CONTRIBUTIONS | | -5,000.00 |
| 6/1/97 | AM... | 491 | RAFEEQ JABER | HONORARUIAM | WAGES | | -3,150.00 |
| 6/1/97 | AM... | 492 | MOHAMMAD ALKHATIB | | WAGES | | -1,500.00 |
| 6/1/97 | AM... | 493 | SABRI SAMIXAH | | OTHER EXP. | | -100.00 |
| 6/3/97 | AM... | 494 | ALNUJOOM | | ANL. CONV. E... | | -1,000.00 |
| 6/3/97 | AM... | 495 | LASSAL BANK | | JERUSALEM EX... | | -21.00 |
| | | | | | JERUSALEM EX... | | -50.00 |
| | | | | | JERUSALEM EX... | | -7.47 |
| | | | | | JERUSALEM EX... | | -19.21 |
| | | | | | JERUSALEM EX... | | -73.44 |
| | | | | | JERUSALEM EX... | | -25.54 |
| | | | | | JERUSALEM EX... | | -117.21 |
| | | | | | JERUSALEM EX... | | -188.53 |
| | | | | | JERUSALEM EX... | | -196.26 |
| | | | | | OFFICE SUPL. | | -215.35 |
| | | | | | JERUSALEM EX... | | -55.28 |
| | | | | | JERUSALEM EX... | | -50.00 |
| | | | | | JERUSALEM EX... | | -50.00 |
| | | | | | JERUSALEM EX... | | -93.72 |
| 6/3/97 | AM... BCHR | | LASSAL BANK | PURCHASE OF ... | OFFICE SUPL. | | -500.00 |
| 6/4/97 | AM... | 496 | ANGELO | | RENT PAID | | -1,200.00 |
| 6/4/97 | AM... BCHR | | RETURNED ITENUM.. | | BANK CHARGES | | -5.00 |
| 6/6/97 | AM... | 497 | IMAN | | CONTRIBUTIONS | | -100.00 |
| 6/9/97 | AM... | 498 | WAEL SADAQA | | ANL. CONV. E... | | -500.00 |
| 6/11/97 | AM... | 499 | IAP DALLAS | | M.H.M. EXP. | | -60.00 |
| 6/11/97 | AM... | 501 | ASAD ALBOSOOL | 500 IN ADVAN... | JERUSALEM EX... | | -1,000.00 |
| 6/16/97 | AM... | 502 | AWA | 1996 CNV. ADD. | ANL. CONV. E... | | -3,070.00 |
| 6/17/97 | AM... | 503 | HLF | | CONTRIBUTIONS | | -1,000.00 |
| 6/23/97 | AM... | 504 | COP | COUNCL OF PR... | CONTRIBUTIONS | | -100.00 |
| 6/23/97 | AM... | 505 | MEA | THE WASHINTO... | CONTRIBUTIONS | | -100.00 |
| 6/23/97 | AM... | 506 | LASSAL BANK | | CREDIT CHARGE | | -798.81 |
| 6/26/97 | AM... | 507 | MOHAMMED MALLEY | | M.H.M. EXP. | | -300.00 |
| 6/26/97 | AM... | 508 | COMED | DEPOSIT | UTILITIES | | -78.00 |
| 6/26/97 | AM... | 509 | COMED | | UTILITIES | | -69.19 |
| 6/26/97 | AM... | 510 | Sprint | | TEL., FAX, NET. | | -378.88 |
| 6/26/97 | AM... | 511 | Sprint | | TEL., FAX, NET. | | -13.56 |
| 6/26/97 | AM... | 512 | AMERITECH | | TEL., FAX, NET. | | -341.54 |
| 6/26/97 | AM... | 513 | FRONET | | TEL., FAX, N... | | -32.95 |
| 6/26/97 | AM... | 514 | MCI | | TEL., FAX, NET. | | -30.43 |
| 6/27/97 | AM... | 515 | RAFEEQ JABER | | MTNGS&TRVLNG... | | -667.19 |
| 6/27/97 | AM... BCHR | | RETURN DEPOSIT... | | BANK CHARGES | | -5.00 |
| 6/27/97 | AM... CR.RT | | CORONA FOOD MART | DEPOSIT ITEM... | REALSTATE EXP. | | -5,000.00 |
| 7/1/97 | AM... | 516 | ANGELO | | RENT PAID | | -1,200.00 |
| 7/2/97 | AM... | 517 | AMEL | | CONTRIBUTIONS | | -5,000.00 |
| 7/2/97 | AM... | 518 | MOHAMMAD ALKHATIB | | WAGES | | -1,500.00 |
| 7/8/97 | AM... | 519 | PINNACLE PRODU... | | OFFICE SUPL. | | -75.00 |
| 7/15/97 | AM... | 520 | IAP DALLAS | | BRANCHES EXP. | | -2,500.00 |
| | | | | | EDUC MATR. EXP. | | -300.00 |
| 7/21/97 | AM... | 521 | ROYAL INTERNAT... | | CONTRIBUTIONS | | -1,200.00 |
| | | | | | ANL. CONV. E... | | -594.00 |
| 7/25/97 | AM... CR.RT | | ABDUR.C. AMINE... | | MTNGS&TRVLNG... | | -612.00 |
| 7/25/97 | AM... BCHR | | LASSAL BANK | DEPOSITE ITE... | REALSTATE EXP. | | -10,000.00 |
| 7/28/97 | AM... BCHR | | OVERDRAFET SER... | | BRANCHES EXP. | | -5.00 |
| 7/29/97 | AM... BCHR | | RETURN CHECK O... | | BANK CHARGES | | -3.00 |
| 8/1/97 | AM... | 522 | ANGELO | | BANK CHARGES | | -20.00 |
| 8/2/97 | AM... | 523 | HASAN SABRI | TICKET | RENT PAID | | -1,200.00 |
| 8/2/97 | AM... | 524 | AMEL | | JERUSALEM EX... | | -255.00 |
| 8/2/97 | AM... | 525 | IAP | | CONTRIBUTIONS | | -5,000.00 |
| 8/2/97 | AM... | 526 | SHISH KABAB | CONV. MEETING | CONTRIBUTIONS | | -2,500.00 |
| 8/4/97 | AM... | 527 | KHAMIS AKEL | | ANL. CONV. E... | | -130.00 |
| 8/4/97 | AM... | 528 | AL-MADINAH STOR | ITEMIZED | CMNTY. PRG. ... | | -316.32 |
| 8/6/97 | AM... | 529 | LASSAL BANK | | CMNTY. PRG. ... | | -221.00 |
| 8/6/97 | AM... | 530 | COMED | | CREDIT CHARGE | | -979.49 |
| 8/6/97 | AM... | 531 | Sprint | | UTILITIES | | -329.32 |
| 8/6/97 | AM... | 533 | AMERITECH | YOSER PHON I... | TEL., FAX, NET. | | -77.40 |
| 8/6/97 | AM... | 534 | FRONET | 2 MONTHS | TEL., FAX, NET. | | -990.65 |
| 8/18/97 | AM... | 535 | CASH | | TEL., FAX, NET. | | -71.04 |
| 8/20/97 | AM... | 536 | ALNUJOOM | 96 CONV. | OFFICE SUPL. | | -184.00 |
| 8/27/97 | AM... | 537 | COOK COUNTY SH... | | ANL. CONV. E... | | -1,500.00 |
| 8/28/97 | AM... | 538 | KEDEIE-WELSON ... | COPYING TAPE... | CONTRIBUTIONS | | -50.00 |
| 9/2/97 | AM... | 539 | ANGELO DIZANIO | SEPTEMBER | PRINTING&COPY. | | -125.00 |
| 9/2/97 | AM... | 540 | FRONET | | RENT PAID | | -1,200.00 |
| 9/5/97 | AM... | 541 | AMEL | | TEL., FAX, N... | | -35.52 |
| 9/5/97 | AM... | 542 | IAP DALLAS | | CONTRIBUTIONS | | -5,000.00 |
| 9/6/97 | AM... | 543 | LASSAL BANK | WASHINGTON T... | CONTRIBUTIONS | | -2,500.00 |
| 9/6/97 | AM... | 544 | MCI | | CREDIT CHARGE | | -1,402.46 |
| 9/6/97 | AM... | 545 | Sprint | | TEL., FAX, NET. | | -34.33 |
| 9/10/97 | AM... | 546 | POSTAL EXCHANGE | POSTER TO DA... | TEL., FAX, NET. | | -119.80 |
| 9/10/97 | AM... | 547 | SHISH KABAB | COUNCIL OF I... | MAIL&SHIPP. | | -136.49 |
| | | | | | MTNGS&TRVLNG... | | -150.00 |

**IAP 02451**

<u>**Exhibit D to Landes Declaration**</u>

**U.S. Department of Justice Press Release, dated October 13, 2006 regarding Basman Elashi**



**U.S. Department of Justice**

United States Attorney
Northern District of Texas

1100 Commerce St., 3rd Fl.          Telephone (214) 659-8600
Dallas, Texas 75242-1699            Fax (214) 767-0978

FOR IMMEDIATE RELEASE                              DALLAS, TEXAS
CONTACT: 214/659-8600                            OCTOBER 13, 2006
www.usdoj.gov/usao/txn

## INFOCOM CORPORATION AND ITS OPERATORS
## SENTENCED IN FEDERAL COURT

### ELASHI BROTHERS CONVICTED FOR DOING BUSINESS WITH TERRORIST

In a series of hearings conducted this week in federal court in Dallas by the Honorable Sam A. Lindsay, United States District Judge, Bayan Elashi, Ghassan Elashi, Basman Elashi, and Infocom Corporation were sentenced, announced United States Attorney Richard B. Roper. The three defendants, along with their brothers, Hazim and Ihsan "Sammy" Elashi, operated a family-run, Richardson, Texas, business, Infocom, that sold computers and Internet services mostly to customers in the Middle East.

Today, Basman Elashi, age 50, was sentenced to 80 months imprisonment. Yesterday, Ghassan Elashi, age 52, was also sentenced to 80 months imprisonment. On Wednesday, Bayan Elashi, age 51, was sentenced to 84 months imprisonment and Infocom Corporation was sentenced to two years probation (the corporation is defunct). Bayan and Basman Elashi have been in federal custody on immigration violations since their arrest in December 2002. Ghassan Elashi was ordered to surrender to Bureau of Prison officials on January 16, 2007. He is currently scheduled to go on trial, along with seven co-defendants, again in February 2007, before the Honorable A. Joe Fish, United States Chief District Judge, in a case styled U.S. v. Holy Land Foundation for Relief and Development, et al.

U.S. Attorney Roper said, "The sentences in this case demonstrate that the Government's efforts to restrict the assets and funds of terrorist organizations and those who lead those terrorist organizations must be recognized and adhered to. Those who knowingly violate the laws prohibiting any transactions with such assets can expect to face the prospect of prosecution and a lengthy incarceration for violating the laws passed by Congress to combat the threat imposed by terrorism. The sentences also demonstrate that the laws and regulations concerning the exporting of technology to foreign countries are a serious matter and must be respected by all who operate in that field."

In May 2004, the Court granted the defendants' motion to sever the indictment into two separate trials. In July 2004, during the trial of the export violations portion of the indictment, all five Elashi brothers, and Infocom Corporation, were convicted on charges they conspired to violate the Export Administration Regulations and the Libyan Sanctions Regulations. Each of the five brothers was found guilty of conspiracy to file false Shipper's Export Declaration forms. All of the brothers were convicted of making false statements and all of the defendants, except Ihsan Elashi, were also convicted on money laundering charges. At that trial, the jury found that from 1997 to 2000, the defendants made illegal computer shipments to Libya and Syria, in violation

of U.S. laws that restrict or prohibit the export of technology, goods or software to countries listed as state sponsors of terrorism as designated by Secretary of State in order to protect the national security of the United States.

During the second trial on the remaining charges in the indictment, in April 2005, the jury found that Bayan Elashi, Ghassan Elashi, Basman Elashi and Infocom Corporation conspired together and sent money to co-defendant Mousa Abu Marzook, an investor in Infocom and a self-admitted leader of the Islamic Resistance Movement, a/k/a Hamas. In 1995, the Department of Treasury, Office of Foreign Assets Control, designated Hamas as a Specially Designated Terrorist Organization, making it illegal for any United States person or entity to conduct any business with Hamas or its representatives. Nadia Marzook, also a defendant in the case, is Mousa Abu Marzook's wife and is the Elashi brothers' cousin. Bayan Elashi, Ghassan Elashi, Basman Elashi, and Infocom Corporation were each found guilty of conspiracy to deal in the property of a Specially Designated Terrorist and conspiracy to commit money laundering. In addition, Bayan Elashi and Ghassan Elashi were each convicted on 10 counts of dealing in the property of a Specially Designated Terrorist and nine counts of money laundering. Basman Elashi was also convicted on one count of dealing in the property of a Specially Designated Terrorist.

Brothers Hazim and Ihsan Elashi were sentenced in January 2006 to 66 months imprisonment and 72 months imprisonment, respectively. Hazim Elashi will be deported after his sentence is served. Ihsan Elashi's sentence will run consecutively to the 48-month federal sentence he is presently serving on unrelated charges.

At Infocom, Bayan Elashi was the chief executive officer; Ghassan Elashi was the vice-president of marketing; Basman Elashi was the logistics and credit manager; Hazim Elashi was the manager of personal computer systems; and Ihsan Elashi was a systems consultant and sales representative

United States Attorney Roper praised the collaborative investigative efforts of the United States Department of Commerce; Federal Bureau of Investigation; Internal Revenue Service - Criminal Investigation; United States Secret Service; and Immigration and Customs Enforcement. U.S. Attorney Roper also thanked the U.S. Marshals Service and the Federal Protective Service for their excellent work in providing security throughout the trials.

The case was prosecuted by First Assistant United States Attorney James T. Jacks, Assistant United States Attorney Nathan Garrett, Trial Attorney Barry Jonas of the Department of Justice Counterterrorism Section, and Trial Attorney Martha Rubio from the Department of Justice.

###

**<u>Exhibit E to Landes Declaration</u>**

**Excerpts from the March 2, 2004 deposition testimony of Kifah Mustapha**

AM 66679063.3

Page 1

IN THE DISTRICT COURT OF THE UNITED STATES

FOR THE NORTHERN DISTRICT OF ILLINOIS

EASTERN DIVISION

STANLEY BOIM, Individually and )
as Administrator of the Estate )
of DAVID BOIM, Deceased, and )
JOYCE BOIM, )
           Plaintiff, )
            )
    -vs- )  No. 00 C 2905
            )
QURANIC LITERACY INSTITUTE, )
et al., )
        Defendants. )

      Deposition of KIFAH MUSTAPHA taken before
Elisabeth D. Collopy, C.S.R., R.P.R., and Notary Public,
pursuant to the Federal Rules of Civil Procedure for the
United States District Courts pertaining to the taking
of depositions, at Suite 3000, 225 West Wacker Drive, in
the City of Chicago, Cook County, Illinois, commencing
at 11:00 o'clock a.m. on the 2nd day of March, A.D.
2004.

Page 2

1  PRESENT:

2  WILDMAN, HARROLD, ALLEN & DIXON by
    MR. DAVID OPPENHEIM

3  MS. LEA PETROWSKI
    225 West Wacker Drive

4  Suite 2800
    Chicago, Illinois  60606-1229

5  (312) 201-2000

6    on behalf of the Plaintiffs;

7

    FREEDMAN BOYD DANIELS HOLLANDER

8  GOLDBERG & CLINE, P.A. by
    MS. NANCY HOLLANDER

9  20 First Plaza
    Suite 700

10  Albuquerque, NM 87102
    (505) 842-9960

11

    on behalf of HLF;

12

13  JAMES R. FENNERTY & ASSOCIATES, L.L.C. by
    MR. JAMES R. FENNERTY

14  36 South Wabash
    Suite 1310

15  Chicago, Illinois  60603
    (312) 345-1704

16

    on behalf of the Defendants American Muslim

17  Society and Islamic Association for
    Palestine.

18
19
20
21
22
23
24

Scrunch® www.Scrunchit.com  GC Software, Seattle, Washington

EVALUATION COPY: Use of the software after 3/3/06 prohibited

Scrunch8 www.Scrunch8.com GC Software, Seattle, Washington

EVALUATION COPY: Use of the software after 3/3/06 prohibited

Page 70

1   wouldn't know.
2 Q  **Well, did you ever have to fill out one of the**
3   **forms?**
4 A  Yes.
5 Q  **What was on it?**
6 A  Simple info. Name, address, what type of method
7   of payment, and then if you want to purchase your own
8   food or you want to buy the food through the conference.
9   And that's basically it.
10 Q  **And what were the payment options?**
11 A  You can either pay cash or credit card or even
12   check, I believe.
13 Q  **And do you know if the registration process was**
14   **the same throughout the time that you were attending IAP**
15   **conferences?**
16 A  I wouldn't know.
17 Q  **Well, you filled out personally a form every**
18   **year that you attended, correct?**
19 A  Yes.
20 Q  **So every year a form was required?**
21 A  True.
22 Q  **And the same sort --**
23 A  I would say it's the same.
24   MR. FENNERTY:  Every year he was there?

Page 71

1   MR. OPPENHEIM:  Every year he was there.
2   THE WITNESS:  Right.
3   BY MR. OPPENHEIM:
4 Q  **Which years did you attend conferences rather**
5   **than festivals?**
6 A  '96. And then I guess -- I'm not sure which
7   year they didn't do a conference, was it '97 or '98. It
8   was on hold for one year. And then after that, like I
9   say, '97 wasn't on. So '98, '99. And then there was
10   only one year that also they didn't do a conference.
11   All of them I was there.
12 Q  **That's up to the present day?**
13 A  Yes.
14 Q  **And the speakers for the conference were**
15   **selected solely by the IAP president?**
16 A  He was the one in charge, yes.
17 Q  **Do you know if anyone else had input into who**
18   **got to speak?**
19 A  Well, I wouldn't know, I mean, in detail; but
20   the president has the authority to assign all the names
21   to lectures.
22 Q  **And that's been true for -- Well, is that true**
23   **for the festivals as well?**
24 A  I wouldn't know. I was only involved in the

Page 72

1   program committee when I was in the conferences. The
2   festivals, I wouldn't know.
3 Q  **Do you know if any of IAP's publications are**
4   **distributed to the attendees either of festivals or the**
5   **conferences?**
6 A  I know that Al-Zaytouna is always available.
7   You can find it free in markets, mosques, and they also
8   have a copy on each chair in the conferences, yes.
9 Q  **Only Al-Zaytouna, though?**
10 A  That's what I recall.
11 Q  **Has that been the case ever since the first**
12   **festival that you attended?**
13 A  I don't remember. But for the conferences
14   that's for sure. And festivals, I don't recall them
15   distributing anything.
16 Q  **Did the festivals have a host, somebody who**
17   **would be essentially a master of ceremonies?**
18 A  Yes.
19 Q  **Who was that typically?**
20 A  The employee, Mr. Hamayel, H-A-M-A-Y-E-L.
21 Q  **For all the years of festivals and conference?**
22 A  The ones I remember.
23 Q  **Dating back to 1991?**
24 A  No. I'm talking about '96. Before that, I

Page 73

1   don't remember.
2 Q  **You don't know if there was somebody hosting in**
3   **the conference -- or I suppose the festivals that you**
4   **attended prior to '96, is that --**
5 A  As I mentioned before, our job was to sing. So
6   basically we were always in the backstage. I know after
7   '96 because I know Mr. Hamayel. So when I hear the
8   voice, I can assume it's him.
9 Q  **Did you -- Do you remember at all who would have**
10   **introduced you when you began your set prior to '96?**
11 A  Prior?
12 Q  **Prior.**
13 A  I don't recall.
14 Q  **Did IAP typically make a profit on their**
15   **conferences?**
16 A  I wouldn't know that.
17 Q  **Did HLF raise -- Actually, let me back up. I**
18   **think you testified earlier that at least one**
19   **conference that you remember HLF was soliciting funds;**
20   **is that true?**
21 A  Yes.
22 Q  **Were their fund raising efforts successful?**
23 A  Could you be more specific?
24 Q  **Did HLF, to your knowledge, raise funds**

**<u>Exhibit F to Landes Declaration</u>**

**2010 Mosque Foundation Annual Report**

AM 66679063.3



فَسَيَرَى اللّٰهُ عَمَلَكُمْ وَرَسُولُهُ وَالْمُؤْمِنُونَ



2010 ANNUAL REPORT



MOSQUE
FOUNDATION

4 | ■ EXECUTIVE SUMMARY

5 | ■ ANNUAL REPORT OF 2010

11 | ■ MOSQUE FOUNDATION COMMUNITY CENTER 2010 REPORT

12 | ■ AL-SIDDIQ WEEKEND & SUMMER SCHOOLS REPORT OF 2010

12 | ■ THE MOSQUE FOUNDATION'S FOOD PANTRY REPORT OF 2010

13 | ■ WOMEN'S ROLE AT THE MOSQUE FOUNDATION 2010 REPORT

14 | ■ MEET THE PEOPLE BEHIND OUR ORGANIZATION

15 | ■ BOARD & FUNCTIONAL COMMITTEES

16 | ■ MOSQUE FOUNDATION  FINANCIAL  COMMITTEE REPORT

17 | ■ B. FINANCIAL DETAIL 2010

**3**



## | Vision Statement

Our vision is to be the leading mosque in the United States in providing Islamic guidance and services to the community.

## | Mission Statement

The Mosque Foundation serves the spiritual, religious, and communal needs of area Muslims by means of nurturing their faith, upholding their values, and fostering the wellbeing of the community around us through worship, charity, education, outreach, and civic engagement.





## ▌Executive Summary




**Hussein Ata**
President & Chairman
of the Board

**Sh. Jamal Said**
Imam & Director



*Assalamu Alaikum,*
We would like to thank you greatly for your continuous involvement and generous support of your second home: the Mosque Foundation. The year 2010 was a remarkable year when we enjoyed the blessing of larger facilities after expansion and more programs and activities.

As one of the most prominent mosques in Illinois, the Mosque Foundation had established itself as a forerunner of progress and development in the American Muslim landscape, consistently focusing on innovation and improvement. It continues to radiate its services to all, addressing the spiritual, religious, and communal needs of its constituents, and it has proven itself as an indisputable and indispensable advocate for Islam in America.

The essence of the Mosque Foundation lies in its religious services—the core that allows it to flourish and develop. One consistently witnesses the parking lots overflowing with cars, and the rows upon rows of worshippers prostrating to their Lord daily.

By attempting to address every facet of an American Muslim's life, the Mosque also takes a proactive, comprehensive approach to community service. Serving as the hub for numerous forms of outreach, the Mosque has initiated programs through the Community Center, a sanctuary for many children to play sports, gain spiritual and emotional support, and the Community Food Pantry, where lines of people, regardless of creed, congregate every Monday, awaiting sustenance.

The Mosque Foundation has garnered local and national attention for its civic involvement and activism on multiple levels. It has initiated and led endeavors toward the realization of tangible goals in the arenas of politics, the environment, and social justice. It plays a pivotal role in encouraging community members to exercise their civic duty as American citizens by voting and taking a dynamic role in the political process.

Please examine the details of the report that follows, and witness the fruits of your active participation and financial support. We owe our financial health and stability to you, our members and generous supporters. Finally, we pray to Allah (swt) to reward you for your trust in our leadership and for making the Mosque Foundation your second home.

Wassalamu Alaikum.

## Annual Report of 2010

The Mosque Foundation provides a welcoming, spiritual environment where both men and women pray with peace of mind and a sense of belonging. In its sacred space, thousands of people learn the morals and ethics of Islam, the needy come to a tangible refuge, and the troubled find personal help.

## Religious Services

The essence of the Mosque Foundation lies in its religious services—the core that allows it to flourish and develop. One might witness the parking lots overflowing with cars, as nearly 750 worshippers attend daily prayers, and 3,500 attend the two jumu'a congregational prayers.

Ramadan 2010 was a beautiful month for the community; we held nightly Taraweeh prayers, donated to different organizations each night, facilitated nightly youth programs, and enjoyed the spirit of praying Qiyam and Lailatul-al-Qadr.

The Eid al-Fitr Prayer at Toyota Park was attended by 15,000. An interfaith press conference was held after the prayer service where more than 30 community faith leaders came together to address the media in support of the Muslim community and to stand united against hatred. The Mosque Foundation held two Eid al-Adha prayer services in the Mosque, which was well attended. The mosque expansion project allowed the women to pray in their own space in the mosque rather than at nearby schools.



## Educational Programs

Building a stable foundation for generations to come has been integral to the Mosque's mission. Through consistent educational programs, including study circles on various subjects for men and women, of different age groups, in Arabic, English and Spanish, the Mosque continues to cultivate Muslims well-versed in their faith. Below are some highlights of these programs:

- Approximately 950 men and 525 women attend weekly educational programs.
- Nearly 250 men and women attend the Monthly Meeting Programs on topics ranging from Islamic Financing to the rise of drug use among the youth.
- More than 700 students attend Al-Siddiq weekend school.
- Various knowledge and Quran competitions held at the Community Center.
- The Mosque Foundation tackled the subject of Islamic Financing in January 2010 with special guest speaker Amjad Quadri, Vice President of New Markets and Business Developments with University Islamic Financial.
- The Monthly English Program started off 2010 by educating parents about the growing problem of drug use among the youth. Representatives of the Arab American Police Association presented a startling view into the causes of drug use, who is vulnerable, signs to look for, and the many types of drugs easily accessible to youth.
- Special guest Zubair Tajuddin led a seminar for a packed audience in July 2010 about the importance of making a will, entitled "The Will in Shari'a and in American Law."
- Sh. Kifah Mustapha completed his Thursday evening series of the "99 Names of Allah" in November 2010. The series examined each of the 99 attributes in depth each week, and took two and a half years to complete. Followed was another series that took 10 weeks to complete as an introductory course on the science of the Quran, Sunnah and Hadith as well as the basics of Fiqh and Fiqh mazaheb.
- Sh. Jamal Said and Sh. Kifah Mustapha gave the annual Hajj workshop, in Arabic and English, for three consecutive weeks before the hujjaj departed.
- The Mosque Foundation Community Center held its first FAFSA (Free Application for Federal Student Aid) Workshop in February 2010 to educate students and their parents about grants and financial aid available to qualified college students.



## Charitable and Zakat Programs

The Mosque Foundation consistently and reliably extends assistance to those in need. The Mosque serves as a collector and distributor of Zakat funds, and in 2010, 1,493 families received financial support from these funds.

Also, a daily team effort contributed to provide nightly iftars for needy Muslims in Chicago's inner-city. In the first half of Ramadan, the iftars fed up to 350 daily, and in the second half, when they began serving refugee families, 700 people enjoyed the donated food each day. Also, the Mosque Foundation Community Food Pantry is still going strong, serving between 200-300 needy families per week with supplemental food supplies. The Food Pantry celebrated its five year anniversary of service to the community in March 2010. Following Eid ul-Adha, thousands of Muslims and non-Muslims benefited from the udhiya meat distributed by the Mosque.

## Zakat Distributed to Local Needy Families  in 2010

| Month | No. of Families |
|---|---|
| January | 141 |
| February | 84 |
| March | 111 |
| April | 64 |
| May | 112 |
| June | 207 |
| July | 99 |
| August | 342 |
| October | 45 |
| November | 160 |
| December | 128 |
| Total | 1493 |

## Community Services

The Mosque is taking a proactive, comprehensive approach to community service. Serving as the hub of this outreach, the Community Center has become a sanctuary for more than 500 boys and girls to play sports, gain spiritual development and emotional support. Some of its activities include:

- Availability for social needs such as azza'a, aqeeqas and meetings.
- Free health screening with the Compassionate Care Network.
- Men's ping-pong tournaments
- Boy's basketball tournaments
- Martial Arts Class for boys
- Monthly community breakfast

Our imams comfort, counsel, direct and advise our community in times of joy and distress. The past year, they have led the community, performing:

- New Muslims Orientation ( 19 took shahada in 2010)
- Marriage/divorce services and counseling (147 marriages & 73 divorces in 2010)
- Visitation & counseling during illness and death
- Islamic arbitration and mediation services
- Parental & teen counseling
- Services at hospitals, funerals, in the mosque and at graveside (87 funerals and 152 Azza's in 2010).
- Mosque Foundation Community Center held two Pre-marriage Workshops with Dr. Abdel Azim Elsiddig, which covered important topics such as what marriage means, what makes a successful marriage, and what are realistic expectations within a marriage.
- Mosque Foundation Community Center organized several health related programs throughout 2010 including blood drives, free health screenings and H1N1 flu vaccinations.






## Outreach

In an effort to remain connected to a broad base of community members, and to keep the members updated and informed, the Mosque continues to:

- Publish the Community Pulse—a comprehensive, bilingual publication with an annual circulation of 85,000 copies, with 38,000 direct-mailed in 2010. Also, a new section was introduced in April 2010 called, "In Our Own Words: Reflections of Youth" to showcase the talent of our local youth, where middle school & high school students can submit their articles, poems, artwork or photography to be printed in the newsletter and posted to our website.
- Maintain a state-of-the-art website www.mosquefoundation.org
- Organize visitor orientations for hundreds of students, church-goers, reporters, dignitaries and politicians (12 groups of 15 or more people each and 54 individuals served in 2010).
- Cultivate a media outreach program through press releases and press conferences as needed, and meetings with reporters and editorial boards.
- Update our community on pivotal events through mail, email, text messages and robot-call.

Various other events took place over the course of the year such as:

- Mosque Foundation Annual Family Picnic held in June at Swallow Cliff Woods. Scores of families enjoyed good food and entertainment, which included face painting, pony rides, jumpers and slides, as well as a boys 3-on- 3 Basketball Tournament.
- Approximately 1,970 Muslim women and children enjoyed the annual trip to Deep River Water Park in Indiana organized by Al-Siddiq Weekend School.
- The Mosque Foundation Convert Support Group held its first Crafting Workshop for women in January of 2010. Whether it's a spare-time hobby or simply a form of relaxation, crafting has always been popular among women. Also, The Convert Support Group sponsored an Eid Family Potluck Party on the first day of each Eid at the MFCC for converts and their families. About 80 men, women and children attended the celebrations.
- Multiple Community BBQ Days held throughout the summer.
- The Annual Fundraising Dinner held in March 2010 with more than 600 guests in attendance.

- The Mosque Foundation periodically hosts various visiting dignitaries and international delegations, such as the Pakistani delegation sponsored by the US Department of State in May 2010, and the Bosnian and Turkish delegation in November 2010.
- MFCC Boys Basketball team won first place in the Islamic Center of Detroit tournament in April 2010.
- The Mosque Foundation invited ISNA Youth Programming and Services Director Iyad Alnachef to lead its Annual Board Retreat in February 2010 to explore strategic directions to address youth development in our community.
- Many of the Mosque Foundation staff and Board of Directors attended a three-day seminar hosted by the FBI in March 2010. The CREST program is a shorter version of the Citizen's Academy, which gives business & media executives, religious, civic & community leaders a chance to get an inside look at the FBI. At the end of the training, participants received graduation certificates from Chicago Special Agent in Charge, Robert Grant.
- Our Imams delivered numerous lectures and presentations at different institutions and universities, including DePaul, Loyola, UIC and many others.
- Continuous participation at Department of Homeland Security roundtable meetings held quarterly.

## Activism

The Mosque Foundation has proven itself as a forerunner of progress on the American Muslim landscape, through its civic involvement and activism on multiple levels. It has initiated and led various endeavors toward the realization of tangible goals in the arenas of politics, the environment, and social justice. Samples of these efforts include:

  
  

- Member of the Council of Islamic Organizations of Greater Chicago (CIOGC)
- Member of United Power for Action and Justice
- Participant with the Council on American Islamic Relations (CAIR- Chicago)
- Participant with the Illinois Coalition for Immigrant and Refugee Rights (ICIRR)
- Participated in the CIOGC-sponsored "Illinois Muslim Action Day" in Springfield to advocate the introduction of the Arabic language into public schools.

- The Mosque Foundation in partnership with the Council of Islamic Organizations of Greater Chicago, CAIR-Chicago, and the Illinois Coalition for Immigrant and Refugee Rights conducted another successful election cycle of the New Americans Democracy Project, a non-partisan voter registration program, and the Get Out the Vote campaign on the southwest side. Non-partisan efforts by mosques and other Islamic organizations registered 2,000 new voters and mobilized thousands more to the polls.

  

## Interfaith Initiatives

Interfaith activities are not new to the Mosque Foundation; community members have been consistently participating in such endeavors for more than 20 years. The Mosque has partnered in interfaith initiatives with local and statewide organizations that promote social justice, equality and peace. Samples of such efforts include:

- Active participant in Catholic Theological Union programs
- Represented on the board of Cardinal Bernadine International Center
- Member of the Council of Arab Religious Leaders of Chicago
- Held the 9th annual Women's Interfaith Potluck Dinner to build bridges among different ethnicities and faiths.
- The Annual Interfaith Iftar on August 24, 2010, which was a successful event with guests from various faith communities, local governments, as well as civic and community leaders. Community Service and Friendship Awards were presented during the program.

  

2010 ANNUAL REPORT



**11**

### ▪ | Mosque Foundation Community Center 2010 Report

The year 2010 was a very busy year for the MFCC, with hundreds of community members moving through our doors.  With the addition of new programs and initiatives, the MFCC has something to offer for girls and boys, youth and adults. The MFCC offers spiritual, educational and athletic programming, while also providing opportunities for entertainment, civil engagement, and leadership development.  Hundreds of community members benefited, and continue to benefit, from MFCC's programs weekly. Such programs include:

- The afterschool youth (boys and girls) programs, with more than 500 per week
- Weekend school (86 students)
- Summer camps (95 kids)
- Soccer camp for boys (42 participants)
- Martial arts classes (32 participants)
- Special Ramadan Quran Competition and basic knowledge competition (120 participants)
- Summer BBQ days for the community (hundreds participated)
- Annual neighborhood cleanup day (65 participants)
- Open house (60 attended)
- Weekly classes and halaqas (60 youth)
- Workshops, health screening, community breakfasts, and blood drives (16 events)
- MFCC partnered with the Census department as a testing center, training center and a recruiting  center for job seekers.

 **Al-Siddiq Weekend & Summer Schools Report of 2010**

Al-Siddiq School

Al-Siddiq School aims to provide quality Islamic education.  Qualified teachers have earned a bachelor's degree or above, coupled with experience in Islamic education.  Annual workshops provide the teachers with training to improve and update their performance.   In the beginning of the 2007, Al-Siddiq School started preparing and producing its own curriculum.  Two books were published, and the third book is in the process. Some of the high-lights include:

- Serves more than 700 students
- Established more than 20 years ago
- Begins each school day with Quran and dua'a
- Lunch Committee provides hot meals
- Younger students pray jama'a in school, and older students pray in the Mosque
- Active Mother's Club

The Activity Committee plans special events such as the mock Hajj program, Eid parties, field trips, and many competitions.  Other activities include:

- Salah party for students to celebrate the age of starting salah in a motivational way.
- MAP (Muslim and proud) is a monthly activity for kids ages 9-12
- Open House
- Social & Fundraising Events
- Talent Project

**Summer Qur'an School**

 Mosque Foundation Summer Qur'an School enrolled 138 students in the summer of 2010. The theme was2010 Along with moral development, the students increase their attachment to the Qur'an by reading, memorizing and understanding each individual verse. Along with a rigorous education program, the summer camp offers its students a variety of field trips, outdoor activities, and islamically themed projects.   The six-week program is offered for the low fee of $150, as all teachers and staff members are volunteers. The Summer Qur'an School's main goal is to strengthen the relationship between the students and their parents, the mosque and the community.

 **The Mosque Foundation's Food Pantry Report of 2010**

We are approaching the 6th anniversary of the Mosque Foundation Food Pantry. We continue to serve the community weekly, Mondays from 10 am-1 pm. During 2010, we have served more than 10,000 families, both Muslims and non-Muslims. Our pantry has no geographical boundaries; we even serve Iraqi refugees living in Rogers Park and the suburbs of West Chicago. Each Monday morning, produce is picked up from the Chicago Food Depository to distribute to families we serve.





The Greater Chicago Food Depository remains our primary source of food. We are recipients of USDA food products, which are provided at no cost to qualifying members. We also enjoy support from the community at large, both Muslim and non-Muslim, in various forms. The Food Pantry has approximately 25 volunteers who are dedicated to the smooth and efficient operation of the organization, from the unloading and loading of the trucks, to the maintenance of the flow of food on Mondays, to the preparation of the individual bags of food every Sunday. We also support young students who perform their community service hours at our establishment, offering them a Muslim outlet to contribute their time. The Mosque Foundation Food Pantry also became a part of a network of faith-based pantries across the south suburban area of Chicago.

## Women's Role at the Mosque Foundation 2010 Report

The Mosque Foundation flourishes through the work implemented day in and day out by committed volunteers and employees. Women play a major role in leading and assisting with different events throughout the year to save time and money, and most importantly, to give dawah and build close relationships with the worshippers. One example is a group of women who consistently visit the sick or families of deceased community members to show their support and give their condolences on behalf of the Mosque Foundation. Also, the women take part in volunteering for events of the Mosque Foundation and the neighboring Muslim organizations.

Main Events and Programs include:



- Friday prayer sandwich preparation and sales
- Ramadan (Taraweeh)
- Salat Al-Eid
- Monthly Programs (Arabic & English)
- Trainings & Workshops
- Annual Fundraising Dinner

Sisters also have a comprehensive program of lectures and halaqas that appeal to a diverse group of women of various ethnicities:

- Fiqh Class 1 hour before Jummah Prayer
- Friday Evening Lecture at 7:00pm in Arabic
- Friday Halaqa after Isha for girls 16- 30 years old in English
- Sunday Lecture at 11:00am in English
- Sunday Lecture at 12:00pm in Spanish
- Wednesday Lecture at 10:00am in Urdu
- Tuesday Tajweed Class at 10:00am
- Tuesday Lecture at 12:00pm in Arabic
- Wednesday Lecture at 5:00pm in Arabic
- The First Saturday of every month, "Meet Your Imam," event for teenage girls with Sr. Um Baraa

The sisters' contributions are vital to the efficiency and success of the Mosque Foundation. They work tirelessly and constantly perfect their work, seeking nothing but the pleasure from their Lord. May Allah (SWT) reward them for their donated time, money and energy.

# Meet the People Behind Our Organization

**Board of Directors** ........................................................................................................................

| | | | |
|---|---|---|---|
| Hussein Ata | Mohammed Mowla | Habes Abdallah | Rafeeq A. Jaber |
| Oussama Jammal | Dahoud A. Shalabi | Hadia Hijazi | Salem Akhras |
| Wisam Zegar | Abdallah Zain-Edin | Kamal Eldeirawi | Talal Sunbulli |
| Mohammad Z. Sahloul | Abdallah M. Shuaibi | Khalida Baste | Zafar Ahmed |
| Jamal M. Said | Abdullah A. Abdullah | Mohamed Aduib | |
| Mubarak Amine | Fahim Aref | Mohammed Hussien | |
| Samer Shalabi | Ghassan Abdallah | Mousa Ayyash | |

**Executive Committee** ........................................................................................................................

Hussein Ata, President

Oussama Jammal, VP1

Wisam Zegar, VP2

Mohammad Z. Sahloul, Ex-Officio

Mubarak Amine, Secretary

Samer  Shalabi, Treasurer,

Mohammed Mowla, Co-Treasurer

Dahoud A.Shalabi, Member-at-Large

**Full-Time Staff** ........................................................................................................................

Sh. Jamal Said, Imam & Director, since 1985

Sh. Kifah Mustapha, Imam & Associate Director, since 2002

Tareq Abu-Ammer, Building Manager, since 1991

Husam Elayyan, Assistant Building Manager, since 2005

Abdel Baset Hamayel, MFCC Director, since 2007

Amneh Nakhleh, Custodian, since 2000

Connie Martin, Administrative Assistant, since 2005

Lena Tlieb, Operations Assistant, since 2010

Fatima Nassar, Custodian, since 2010

**Al-Siddiq School** ........................................................................................................................

Aisha Rahima, Principal

Buthaina Zahdan, Assistant Principal

**Food Pantry** ........................................................................................................................

Jeanean Othman, Manager



## Board & Functional Committees

| Committee | Chaired By |
|---|---|
| Board Committees | |
| Finance | Br. Samer Shalabi |
| Planning | Br. Hussein Ata |
| Constitutions & Policies | Br. Wisam Zegar |
| Membership | Br. Habes Abdallah |
| Nomination & Election | Br. Habes Abdallah |
| Functional Committees | Functional Committees |
| Endowment Fund | Br. Samer Shalabi |
| Programs & Sermons | Sh. Jamal Said |
| Youth Task Force | Br. Hussein Ata |
| Zakat | Sh. Jamal Said |
| Outreach & PR | Br. Oussama Jammal |
| Education & Schools | Br. Habes Abdallah |
| Social Services | Sr. Ahlam Jbara |
| Volunteer | Br. Mohammed Hussein |
| Interfaith | Sr. Dalila Benamear |
| Women | Sr. Aisheh Said |
| HR | Br. Mubarak Amine |
| IT | Br. Mubarak Amine |
| Convert Support Group | Sr. Nadine Boufath |
| Maintenance | Br. Salem Akhras |
| Publications | Br. Hussein Ata |
| Traffic & Order | Br. Fawzy Hasan |
| Itqan Initiative | Dr. Mohamad Chehade |
| Counseling & Arbitration | Sh. Jamal Said |
| Events | Br. Dahoud Shalabi |
| Public Health | Dr. Kamal Eldeirawi |

## ◼ | Mosque Foundation  Financial  Committee Report

Alhamdulillah, our mosque continues to enjoy strong financial position evidenced by the following:

- Year over year donations (excluding Zakat and expansion) increased significantly by $268k

- The mosque completed and paid all invoices related to the expansion project

- All loans were paid out in 2010
- Expenditures in 2010 were flat to prior year

Please find below the financial summary for 2010. Please feel free to ask any question concerning the amounts

reported in this report.

We pray to  Allah to accept your deeds and reward you for your generous donations for your mosque.

Mosque Foundation Financial Committee
(Sh. Jamal Said, Fahim Aref, Mubarak Amine, Mohammad Mowla, Samer Shalabi)

## A. Financial Summary

| | 2009 (unaudited) | | | 2010 (unaudited) | | |
|---|---|---|---|---|---|---|
| | Receipts | Expenditures | Net | Receipts | Expenditures | Net |
| General | 1,496,817 | 964,383 | 532,434 | 1,784,089 | 1,036,523 | 747,566 |
| School | 262,897 | 279,590 | (16,693) | 275,870 | 247,821 | 28,049 |
| MFCC | 104,416 | 278,950 | (174,534) | 73,142 | 251,155 | (178,013) |
| **Total** | **1,864,130** | **1,522,922** | **341,207** | **2,133,101** | **1,535,499** | **597,601** |
| | | | | | | |
| Expansion | 451,793 | 979,048 | (527,255) | 128,558 | 122,260 | 6,298 |
| Grand Total | 2,315,923 | 2,501,971 | (186,047) | 2,261,658 | 1,657,759 | 603,899 |
| **Zakat** | **768,383** | **832,630** | **(64,247)** | **884,506** | **727,739** | **156,767** |

## B. Financial Detail 2010

| | General | School | MFCC | Expansion | Total |
|---|---|---|---|---|---|
| **Receipts** | | | | | |
| Newsletter Income | 27,544 | 0 | 0 | 0 | 27,544 |
| Bake proceeds | 18,910 | 0 | 0 | 0 | 18,910 |
| Bookstore | 5,187 | 0 | 0 | 0 | 5,187 |
| Community Activity Income | 5,505 | 0 | 0 | 0 | 5,505 |
| Donations | 1,726,942 | 0 | 0 | 0 | 1,726,942 |
| Expansion Fund | 0 | 0 | 0 | 128,558 | 128,558 |
| MF Community Center | 0 | 0 | 73,142 | 0 | 73,142 |
| Tuition & Fees | 0 | 275,870 | 0 | 0 | 275,870 |
| Total Receipts | 1,784,088 | 275,870 | 73,142 | 128,558 | 2,261,658 |
| | | | | | |
| **Disbursements** | | | | | |
| Automobile Expenses | 2,204 | 0 | 0 | 0 | 2,204 |
| Awards & Gifts | 4,660 | 0 | 2,417 | 0 | 7,077 |
| Bank Fees & Charges | 16,488 | 0 | 0 | 45 | 16,533 |
| Dues & Subscription | 3,864 | 0 | 0 | 0 | 3,864 |
| Event Contribution | 7,033 | 0 | 2,720 | 0 | 9,753 |
| Expansion Project | 18,961 | 0 | 0 | 122,215 | 141,176 |
| Food Meals/Fundraising Dinner | 20,358 | 0 | 0 | 0 | 20,358 |
| Insurance | 28,728 | 0 | 7,127 | 0 | 35,855 |
| Labor & Outside Services | 2,369 | 0 | 8,765 | 0 | 11,134 |
| Licenses & Fees | 300 | 0 | 0 | 0 | 300 |
| Miscellaneous | 15,803 | 0 | 499 | 0 | 16,302 |
| Postage & Delivery | 8,483 | 0 | 0 | 0 | 8,483 |
| Printing | 88,970 | 300 | 1,125 | 0 | 90,395 |
| Professional Services | 118,106 | 2,988 | 4,300 | 0 | 125,395 |
| Rent | 35,048 | 81,101 | 500 | 0 | 116,649 |
| Repairs & Maintenance | 62,820 | 1,349 | 16,981 | 0 | 81,150 |
| Supplies | 53,435 | 11,622 | 6,456 | 0 | 71,512 |
| Utilities | 83,310 | 836 | 21,803 | 0 | 105,950 |
| Wages & Benefits | 465,582 | 149,625 | 178,462 | 0 | 793,669 |
| Total Disbursements | 1,036,523 | 247,821 | 251,155 | 122,260 | 1,657,759 |
| **Net Surplus(Deficit)** | **747,565** | **28,049** | **-178,013** | **6,298** | **603,899** |



Mosque Foundation
7360 W 93rd Street
Bridgeview, IL 60455
T: (708) 430-5666
F: (708) 430-5235
www.mosquefoundation.org

Br. Hussein Ata
President & Chairman of the Board
president@mosquefoundation.org

Sh. Jamal Said
Imam & Director
imamjamalsaid@hotmail.com

Sh. Kifah Mustapha
Imam & Associate Director
mkifah@hotmail.com

Mosque Foundation Community Center
T: (708) 598 – 6307

Al-Siddiq Weekend School
T: (708) 715-5678

Mosque Foundation Food Pantry
T: (708) 430-6888



## 2010 Annual Report