# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| STANLEY BOIM, Individually and as Administrator of the Estate of David Boim, deceased; and JOYCE BOIM,<br><br>    Plaintiffs,<br><br>v.<br><br>AMERICAN MUSLIMS FOR PALESTINE; AMERICANS FOR JUSTICE IN PALESTINE EDUCATIONAL FOUNDATION; RAFEEQ JABER; ABDELBASSET HAMAYEL; AND OSAMA ABU IRSHAID,<br><br>    Defendants. | Civil No. 17-cv-03591<br><br>**Hon. Sharon Johnson Coleman**<br><br>Hon. Sidney I. Schenkier |

## AMENDED NOTICE OF MOTION

PLEASE TAKE NOTICE that on October 3, 2017, at 8:45 a.m., counsel for Plaintiffs Stanley Boim, Individually and as Administrator of the Estate of David Boim, deceased; and Joyce Boim, shall appear before the Honorable Judge Sharon Johnson Coleman., Courtroom: 1425 of the United States District Courthouse, 219 South Dearborn Street, Chicago, Illinois 60604, and shall present Plaintiffs' Motion for Reconsideration, filed in the above-captioned case. Plaintiffs are amending the date of presentment to accommodate Defendants.

Dated: September 21, 2017                                    Respectfully Submitted,

*/s/ Stephen J. Landes*
Stephen J. Landes
Daniel I. Schlessinger
W. Allen Woolley
Michael B. Kind
Joshua Fliegel
LOCKE LORD LLP
111 South Wacker Drive
Chicago, IL 60606
(312) 201-2772

*Attorneys for Stanley Boim, Individually and as the Administrator of the Estate of David Boim, Deceased, and Joyce Boim*

Of Counsel
Nathan Lewin (*pro hac* application being filed)
Alyza D. Lewin (*pro hac* application being filed)
LEWIN & LEWIN LLP
888 17th Street NW
4th Floor
Washington, DC 20006
(202) 828-1000

## CERTIFICATE OF SERVICE

The undersigned attorney certifies that on September 21, 2017 he caused the foregoing AMENDED NOTICE OF MOTION to be served by electronically filing with the Clerk of the Court for the Northern District of Illinois using the CM/ECF system, and thereby serving by e-mail notification upon counsel for all parties of record.


       /s/ Joshua Fliegel