UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.2.1
Eastern Division

Stanley Boim, et al.

                       Plaintiff,

v.                                                 Case No.: 1:17−cv−03591
                                                  Honorable Sharon Johnson Coleman

American Muslims for Palestine, et al.

                       Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Thursday, January 4, 2018:

      MINUTE entry before the Honorable Sharon Johnson Coleman: On plaintiff's Motion for Reconsideration dismissal of their complaint for lack of jurisdiction [43] and the motion is granted as set forth herein. Plaintiff moves for reconsideration pursuant to Rule 54(b) or, alternatively, Rule 59(e), arguing that this Court made a manifest error of law in ruling that plaintiffs had not sufficiently alleged an alter ego theory to establish subject matter jurisdiction. While this Court disagrees that it misapplied the law, upon further reflection, this Court placed too much weight to defendants' declarations without providing plaintiffs with the opportunity to conduct limited jurisdictional discovery on the existence of an alter ego relationship. Accordingly, this Court will vacate its previous order dismissing the case with prejudice and permit plaintiffs to conduct discovery solely to address jurisdiction. Mailed notice. (ym, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.