UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.2.1
Eastern Division

Stanley Boim, et al.
Plaintiff,

v.

Case No.: 1:17−cv−03591
Honorable Sharon Johnson Coleman

American Muslims for Palestine, et al.
Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Tuesday, March 27, 2018:

MINUTE entry before the Honorable Sharon Johnson Coleman: Minute entry [50] is amended to include: Accordingly, this Court will vacate its previous order dismissing the case without prejudice and permit plaintiffs to conduct discovery solely to address jurisdiction. Mailed notice. (ym, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.