UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

STANLEY BOIM, et al.,

    Plaintiffs

v.

AMERICAN MUSLIMS FOR PALESTINE, et al,

    Defendants.

CASE NO. 1:17-CV-03591

Honorable Sharon Johnson Coleman

## MOTION FOR ENTRY OF AGREED CONFIDENTIALITY ORDER

Defendants American Muslims for Palestine ("AMP"), Americans for Justice in Palestine Educational Foundation ("AJPEF"), Rafeeq Jaber ("Jabeer"), Abdelbasset Hamayel ("Hamayel"), and Osama Abu Irshaid (Irshaid) (collectively, "Defendants") hereby file this Motion for Entry of Agreed Confidentiality Order, in accordance with the agreement of the Parties in this matter.

This Court ordered limited jurisdictional discovery in this matter related to Defendants' Motion to Dismiss for Lack of Subject Matter Jurisdiction under Fed. R. Civ. Proc. 12(b)(1) (Dckt. #50). Plaintiff served discovery on Defendants on January 18, 2018. In the course of resolving possible discovery disputes, the Parties agreed to the attached and proposed Agreed Confidentiality Order (Ex. A). Therefore, the parties respectfully request the entry of the proposed Agreed Confidentiality Order, in accordance with the Local Rules of this Court.

Filed simultaneously on this date is a Notice of Presentment of this Motion, setting the matter for presentment on or before May 7, 2018, at 8:45 am, or at the convenience of this Court should the Court prefer another date and/or time.

Dated this 10th day of May 2018.

/s/ Christina A. Jump
Chares D. Swift,
Texas Bar No. 24091964
Christina A. Jump
Texas Bar No. 00795828
Constitutional Law Center for
Muslims in America
833 E. Arapaho Rd, Suite 102
Richardson, TX 75081
Phone: (972) 914-2507
Fax: (972) 692-7454
*Attorneys for Defendants*

## CERTIFICATE OF SERVICE

On May 10, 2018, I electronically filed the forgoing with the clerk of the court by using the CM/ECF system, which will send a notice of electronic filing to all attorneys of record.

.

/s/ Christina A. Jump
Christina A. Jump
*Attorney for Defendants*

2