# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| STANLEY BOIM, et al., | |
| Plaintiffs | CASE NO. 1:17-CV-03591 |
| v. | |
| AMERICAN MUSLIMS FOR PALESTINE, et al, | Honorable Sharon Johnson Coleman |
| Defendants. | |

## NOTICE OF PRESENTMENT OF MOTION
## FOR AGREED CONFIDENTIALITY ORDER

Defendants hereby file this Notice of Presentment of Motion for Agreed Confidentiality Order.

Please take notice that on Thursday, May 17, 2018, at 8:45 a.m., or as soon thereafter as counsel may be heard, counsel for Defendants will appear before the Honorable Judge Sharon Johnson Coleman, or before such other judge who may be sitting in her place and stead, and then and there present the parties' Motion for Agreed Confidentiality Order, at which time and place you may appear, if you see fit, or for ruling without hearing in the discretion of the Court.

Dated this 10th day of May, 2018.

*/s/ Christina Jump*
Chares D. Swift
Texas Bar No. 24091964
Christina A. Jump
Texas Bar No. 00795828
Constitutional Law Center for
Muslims in America
833 E. Arapaho Rd, Suite 102
Richardson, TX  75081

Phone: (972) 914-2507<br>
Fax: (972) 692-7454<br>
*Pro Hac Attorney for Defendants*

Thomas Anthony Durkin<br>
ID No. 0697966<br>
2446 N. Clark Street<br>
Chicago, IL 60614<br>
Tel: 312-981-0123<br>
Fax: 312-913-9235<br>
tdurkin@durkinroberts.com<br>
*Local Counsel for Defendants*

## CERTIFICATE OF SERVICE

On May 10, 2018, I electronically filed the forgoing with the clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all attorneys of record.

.

*/s/ Christina Jump*<br>
Christina A. Jump