IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| STANLEY BOIM, INDIVIDUALLY AND AS ADMINISTRATOR OF THE ESTATE OF DAVID BOIM, DECEASED, AND JOYCE BOIM,<br><br>      Plaintiffs,<br><br> v.<br><br>AMERICAN MUSLIMS FOR PALESTINE; AMERICANS FOR JUSTICE IN PALESTINE EDUCATIONAL FOUNDATION; RAFEEQ JABER; ABDELBASSET HAMAYEL; AND OSAMA ABUIRSHAID,<br><br>      Defendants. | Civil No. 17-cv-03591<br><br>**Hon. Sharon Johnson Coleman**<br><br>Hon. Sidney I. Schenkier |

## NOTICE OF MOTION

**PLEASE TAKE NOTICE** that on **Thursday, May 17, 2018 at 8:45 a.m.**, or as soon thereafter as counsel may be heard, we shall appear before the Honorable Sharon Johnson Coleman or any other judge sitting in her stead, in Courtroom 1425 in the Everett McKinley Dirksen United States Courthouse, 219 South Dearborn Street, Chicago, Illinois, and then and there present ***Plaintiffs' Motion to Compel Complete Responses to Their First Sets Of Jurisdiction Document Requests and Interrogatories***, a copy of which has been served upon you.

Dated: May 14, 2018

                Respectfully submitted,

                */s/ W. Allen Woolley*
                Stephen J. Landes
                W. Allen Woolley
                Michael B. Kind
                Joshua Fliegel
                LOCKE LORD LLP
                111 South Wacker Drive
                Chicago, IL 60606
                (312) 201-2772
                *Attorneys for Stanley Boim, Individually and as the Administrator of the Estate of David Boim, Deceased, and Joyce Boim*

<u>Of Counsel</u>
Nathan Lewin (*pro hac vice*)
Alyza D. Lewin (*pro hac vice*)
LEWIN & LEWIN LLP
888 17th Street NW, 4th Floor
Washington, DC 20006
(202) 828-1000

Daniel I. Schlessinger
JASZCZUK P.C.
311 South Wacker Drive, Suite 1775
Chicago, Illinois 60606
(312) 442-0509

## **CERTIFICATE OF SERVICE**

The undersigned attorney certifies that on May 14, 2018 he caused the foregoing NOTICE OF MOTION to be served by electronically filing with the Clerk of the Court for the Northern District of Illinois using the CM/ECF system, and thereby serving by e-mail notification upon counsel for all parties of record.

*/s/ W. Allen Woolley*