# EXHIBIT 1

## Congressional Testimony

# Israel Imperiled: Threats to the Jewish State

Jonathan Schanzer
Vice President of Research
Foundation for Defense of Democracies

## Joint Hearing before House Foreign Affairs Committee
Subcommittee on Terrorism, Nonproliferation, and Trade and
the Subcommittee on the Middle East and North Africa

Washington, DC
April 19, 2016



DEFENSE OF DEMOCRACIES

1800 M Street NW ● Suite 800, South Tower ● Washington, DC 20036

Foundation for Defense of Democracies                    www.defenddemocracy.org

Jonathan Schanzer                                                    April 19, 2016

Chairman Poe, Chairman Ros-Lehtinen, Ranking Member Keating, Ranking Member Deutch, and distinguished members of this subcommittee, on behalf of the Foundation for Defense of Democracies, thank you for the opportunity to testify today.

I was asked to focus my written testimony today on a relatively new, non-kinetic, and less-understood threat to Israel: the Boycott, Divestment, and Sanctions (BDS) campaign. The campaign's goal is to wage an economic and cultural war against the State of Israel. As one of the campaign's founders said, "Palestinians can develop their 'Qassams' [rockets] forever, but that will never hurt Israel as much as a sustained boycott campaign."[1] While these activists are far from achieving their goal, they continue to mount a campaign designed to discourage business with Israel and to delegitimize it. Their ranks appear to be growing – both on college campuses and in communities across the country.[2] Much has been written about this issue, but there has been little scrutiny of the corporate and fiscal structure of the BDS campaign's major actors in the United States. I will focus my remarks on one of those major actors today.

**Context**

Mr. Chairman, Madam Chairman, I had the honor of working as a terrorism finance analyst for the United States Department of the Treasury from 2004 and 2007. I witnessed firsthand how Treasury has driven many of the world's terrorist financiers out of the country. However, after notching eight terrorist designations of domestic charities over the last 15 years,[3] the pace has slowed to a crawl. It is unclear whether the U.S. government even monitors the activities of individuals who previously worked for charities that were designated or were otherwise found liable for terrorist financing activity.

Members of the Committee, FDD recently conducted research that endeavored to track the activities of former employees from organizations targeted by the U.S. government for terrorism finance violations. Our research yielded a surprising and troubling outcome. In the case of three organizations that were designated, shut down, or held civilly liable for providing material support to the terrorist organization Hamas, a significant contingent of their former leadership appears to have pivoted to leadership positions within the American BDS campaign.

The Holy Land Foundation for Relief and Development (HLF), the Islamic Association for Palestine (IAP), and KindHearts for Charitable Development were three organizations implicated in financing Hamas between 2001 and 2011. While members of the organizations' leadership were jailed, deported, or otherwise brought to justice, many high-level and mid-level figures

---

[1] Silvia Cattori, "Omar Barghouti: 'No State Has the Right to Exist as a Racist State,'" *Voltairenet.org*, December 7, 2007. (http://www.voltairenet.org/article153536.html)

[2] Tia Goldenberg, "Growing BDS Movement Raises Alarm Among Israeli Leaders," *Haaretz* (Israel), July 7, 2015. (http://www.haaretz.com/middle-east-news/1.664833)

[3] Holy Land Foundation (2001), Benevolence International Foundation (2002), Global Relief Foundation (2002), Islamic American Relief Agency (2004), Al-Haramain Islamic Foundation (2004), Goodwill Charitable Organization (2007), Tamil Rehabilitation Organization (2007), and Tamil Foundation (2009). U.S. Department of the Treasury, "Designated Charities and Potential Fundraising Front Organizations for FTOs (listed by affiliation and designation date)," April 5, 2016. (https://www.treasury.gov/resource-center/terrorist-illicit-finance/Pages/protecting-fto.aspx)

Jonathan Schanzer                                                                April 19, 2016

remained in the United States. This testimony will show that many of them have gravitated to a new organization called American Muslims for Palestine (AMP).

AMP is a Chicago-based organization that is a leading driver of the BDS campaign. AMP is arguably the most important sponsor and organizer for Students for Justice in Palestine (SJP), which is the most visible arm of the BDS campaign on campuses in the United States. AMP provides speakers, training, printed materials, a so-called "Apartheid Wall," and grants to SJP activists.[4] AMP even has a campus coordinator on staff whose job is to work directly with SJP and other pro-BDS campus groups across the country.[5] According to an email it sent to subscribers, AMP spent $100,000 on campus activities in 2014 alone.[6]

AMP partners with a wide range of BDS organizations,[7] and openly calls for Congress to embrace BDS.[8] According to available records, AMP is a not-for-profit corporation, but not a federal,[9] 501c3, tax-exempt organization.[10] Therefore, AMP does not have to file an IRS 990 form that would make its finances more transparent. AMP instead receives tax-exempt donations through its fiscal sponsor, the Americans for Justice in Palestine Educational Foundation (AJP), which is a 501c3.[11] AMP and AJP are co-located and share officers,[12] yet they remain legally distinct entities after years of nominal separation.

The corporate structure of AMP is cause for concern, but it pales in comparison to the significant overlap between AMP and people who worked for or on behalf of organizations that were designated, dissolved, or held civilly liable by federal authorities for supporting Hamas.

---

[4] Kristin Szremski, "Campus Activism Resources," *American Muslims for Palestine*, September 8, 2014. (http://www.ampalestine.org/index.php/component/content/article/9-projects-a-events/595-campus-activism-resources); "Campus Activism Track," *American Muslims for Palestine*, December 1, 2014, accessed via the Wayback Machine. (https://web.archive.org/web/20141201172244/http://conference.ampalestine.org/index.php/component/content/article/2-uncategorised/65-campus-activism-track)
[5] "AMP Staff," *American Muslims for Palestine*, accessed April 15, 2016. (http://www.ampalestine.org/index.php/about-amp/amp-staff)
[6] Email to Subscribers, "Help us make Palestine a household word," *American Muslims for Palestine*, December 30, 2014.
[7] Press Release, "Coalition demands Airbnb remove vacation listings from Israeli settlements," *American Muslims for Palestine*, March 7, 2016. (http://www.ampalestine.org/index.php/newsroom/press-releases/682-coalition-demands-airbnb-remove-vacation-listings-from-israeli-settlements-in-occupied-west-bank); "Member Organizations," *U.S. Campaign to End the Israeli Occupation*, accessed April 15, 2016. (http://www.endtheoccupation.org/groups.php)
[8] "Tell Congress to hold BDS hearing," *American Muslims for Palestine*, July 30, 2015. (http://www.ampalestine.org/index.php/take-action/action-alerts/661-tell-congress-to-hold-bds-hearing)
[9] Illinois Secretary of State Business Services, Corporate Filing, "American Muslims for Palestine Inc.," File Number 66688003, accessed April 15, 2016. (http://www.ilsos.gov/corporatellc/CorporateLlcController)
[10] Internal Revenue Service, "Exemption Requirements - 501(c)(3) Organizations," accessed April 15, 2016. (https://www.irs.gov/Charities-&-Non-Profits/Charitable-Organizations/Exemption-Requirements-Section-501(c)(3)-Organizations)
[11] "Are donations to AMP tax exempt?" *American Muslims for Palestine*, accessed April 15, 2016. (http://www.ampalestine.org/index.php/about-amp/amp-faq/219-are-donations-to-amp-tax-exempt)
[12] Internal Revenue Service, *Form 990: Return of Organization Exempt from Income Tax*, "AJP Educational Foundation Inc.," 2014, accessed via GuideStar. (http://www.guidestar.org/FinDocuments//2014/271/365/2014-271365284-0ba3397f-9.pdf)

Jonathan Schanzer                                                              April 19, 2016

**The Holy Land Foundation**

The U.S. Treasury's December 2001 designation of the Richardson, Texas-based Holy Land Foundation was a landmark terrorism finance case in America.[13] As the accompanying Treasury announcement noted, Khaled Meshal, the leader of Hamas, identified HLF officer Mohammed El-Mezain as Hamas's leader in the United States.[14] From 1995 to 2001, according to U.S. government estimates, "HLF sent approximately $12.4 million outside of the United States with the intent to willfully contribute funds, goods, and services to Hamas."[15] In total, seven officials of the Holy Land Foundation were indicted; two of them fled the country and five were eventually sent to prison for providing material support to Hamas.[16]

As it turns out, three individuals from HLF now work for or on behalf of American Muslims for Palestine:

According to its website, Hossein Khatib is a board member for AMP.[17] He was previously a Holy Land Foundation regional director.[18]

Jamal Said, who was the 2014, 2015, and 2016 keynote speaker at AMP fundraisers,[19] raised money for HLF as the director of the Mosque Foundation, a 501c3 organization that donated money to the HLF.[20] Said is still the director of the Mosque Foundation, which is a sponsor of AMP.[21] Said was never charged with any crime, but rather was named by the prosecutors as an unindicted co-conspirator in the Holy Land Foundation trial.[22]

---

[13] U.S. Department of the Treasury, "Protecting Charitable Organizations - E," accessed April 15, 2016. (http://www.treasury.gov/resource-center/terrorist-illicit-finance/Pages/protecting-charities_execorder_13224-e.aspx)

[14] U.S. Department of the Treasury, Press Release, "Treasury Freezes Assets of Organization Tied to Hamas," February 19, 2006. (http://www.treasury.gov/press-center/press-releases/Pages/js4058.aspx)

[15] *United States of America v. Mohammad El-Mezain, et al.,* Appeal, 09-10560 (Court of Appeals Fifth Circuit, December 7, 2011), page 9. (http://www.ca5.uscourts.gov/opinions%5Cpub%5C09/09-10560-CR0.wpd.pdf)

[16] U.S. Department of Justice, Press Release, "Federal Judge Hands Downs Sentences in Holy Land Foundation Case," May 27, 2009. (http://www.justice.gov/opa/pr/federal-judge-hands-downs-sentences-holy-land-foundation-case)

[17] "AMP National Board," *American Muslims for Palestine*, accessed April 15, 2016. (http://www.ampalestine.org/index.php/about-amp/amp-national-board)

[18] "Hussein Khatib," *LinkedIn*, accessed January 12, 2015. (https://www.linkedin.com/profile/view?id=100176222&authType=NAME_SEARCH&authToken=6PVm&locale=en_US&srchid=3641870051421096965128&srchindex=4&srchtotal=20&trk=vsrp_people_res_name&trkInfo=VSRPsearchId%3A3641870051421096965128%2CVSRPtargetId%3A100176222%2CVSRPcmpt%3Aprimary)

[19] AMP-Chicago, "AMP Annual Fundraising Dinner," *Facebook*, March 19, 2014. (https://www.facebook.com/ampalestinechicago/photos/gm.1407041112890451/597477577008212/?type=3&theater); AMP-Chicago, "AMP Fundraising Dinner," *Facebook*, April 18, 2015. (https://www.facebook.com/events/1568230430114028/); AMP-Chicago, "AMP Fundraising Dinner," *Facebook*, March 5, 2016. (https://www.facebook.com/events/1693121294239623/)

[20] Joel Mowbray, "Reign of the Radicals," *The Wall Street Journal*, January 27, 2006. (http://www.wsj.com/articles/SB113832728441457779)

[21] Conference Program, "Thank You To Our Sponsors," *American Muslims for Palestine*, 2015, page 6.

[22] Andrea Elliott, "White House Quietly Courts Muslims in US," *The New York Times*, April 18, 2010. (http://www.nytimes.com/2010/04/19/us/politics/19muslim.html)

Jonathan Schanzer                                              April 19, 2016

Salah Sarsour is an AMP board member.[23] A 2001 FBI memo to the U.S. Treasury's Office of Foreign Assets Control (OFAC) describes how Sarsour's brother, after being arrested by Israel in 1998, told Israeli officials about Sarsour's "involvement with Hamas and fundraising activities of HLFRD [Holy Land Foundation for Relief and Development]."[24]

At AMP's 2015 conference, Sarsour was identified as the conference chairman.[25] On the advertising and sponsorship page for the conference, non-profits that wish to donate to or advertise with AMP are instructed to contact Sarsour.[26] Sarsour told *Al-Jazeera* "that the conference aims to keep up with and support the Palestinian people's continuous intifada."[27]

Sarsour's past is cause for concern. According to Israeli sources cited in a book by former FBI and U.S. Treasury official Matthew Levitt, Sarsour's brother, Jamil Sarsour, told Israeli authorities that he and Salah used their Milwaukee furniture store's bank account to pass money to Adel Awadallah,[28] who was then a leader of the Qassam Brigades, Hamas's armed wing.[29] According to Jamil, Salah Sarsour and Awadallah had become friends while sharing a prison cell.[30] Salah Sarsour spent eight months in jail in Israel for his Hamas activity.[31]

By way of background, Hamas politburo figure Mousa Abu Marzook gave HLF $210,000 in startup funds.[32] According to the U.S. Department of the Treasury, Marzook tapped "HLF as the

---

[23] "AMP National Board," *American Muslims for Palestine*, accessed April 15, 2016. (http://www.ampalestine.org/index.php/about-amp/amp-national-board)

[24] FBI Memo to the U.S. Department of the Treasury, "Holy Land Foundation For Relief And Development International Emergency Economic Powers Act," November 1, 2001. (http://www.copleyde.net/cns_links/terrorism/fbi%20report.pdf)

[25] Email to Subscribers, "A letter from AMP Conference Chairman Salah Sarsour," *American Muslims for Palestine*, December 1, 2014.

[26] "Sponsor the Conference," *American Muslims for Palestine*, accessed April 15, 2016. (http://conference.ampalestine.org/index.php/sponsorship)

[27] Abdul Jaleel Al-Bukhari, "مؤتمر فلسطين بأميركا يسائل الحاضر والمستقبل" (Palestine Conference in the United States Explores the Present and the Future)," *Al Jazeera* (Qatar), November 30, 2015. (http://www.aljazeera.net/news/reportsandinterviews/2015/11/30/مؤتمر-فلسطين-بأميركا-يسائل-الحاضر-والمستقبل)

[28] Matthew Levitt, *Hamas: Politics, Charity, and Terrorism in the Service of Jihad,* (New Haven, CT: Yale University Press, 2006), page 78.

[29] Barbara Demick, "Israeli Security Force Kills Two Top Hamas Terrorists," *The Philadelphia Inquirer*, September 12, 1998. (http://articles.philly.com/1998-09-12/news/25757281_1_imad-awadallah-adel-awadallah-dozens-of-israeli-army)

[30] Matthew Levitt, *Hamas: Politics, Charity, and Terrorism in the Service of Jihad,* (New Haven, CT: Yale University Press, 2006), page 78. See also: Laurie Cohen and Kim Barker, "Target of Hamas fundraising probe here charged in Wisconsin," *Chicago Tribune*, January 07, 2003. (http://articles.chicagotribune.com/2003-01-07/news/0301070192_1_hamas-activist-federal-charges-israeli)

[31] "Profile: American Muslims for Palestine," *Anti-Defamation League*, 2013. (http://www.adl.org/assets/pdf/israel-international/american-muslims-for-palestine-2013-03-29-v1.pdf)

[32] Eric Lichtblau and Judith Miller, "Threats and Responses: The Money Trail; 5 Brothers Charged With Aiding Hamas," *The New York Times*, December 19, 2002. (http://www.nytimes.com/2002/12/19/us/threats-and-responses-the-money-trail-5-brothers-charged-with-aiding-hamas.html)

Jonathan Schanzer                                                   April 19, 2016

primary fund-raising entity for HAMAS [sic] in the United States."[33] The U.S. Treasury designated Marzook as a terrorist in 1995, and deported him in 1997.[34]

**The Islamic Association for Palestine**

The Islamic Association for Palestine (IAP) is another organization that raised money and provided material support for Hamas in America. Like HLF, IAP was founded with money from Abu Marzook.[35] In 2004, the organization was found civilly liable in a federal district court for supporting Hamas.[36] The defendants appealed, but a federal appeals court upheld the judgment in 2008.[37] IAP disbanded in 2010.[38] According to evidence presented at the HLF trial, "numerous donation checks … made payable to … IAP" were "deposited into HLF's bank account," in some cases with the memo line, "for Palestinian Mujahideen [holy warriors] only."[39]

FDD research again found significant overlap between employees from this Hamas-supporting organization and the American Muslims for Palestine network.

Rafeeq Jaber is the former president of IAP.[40] AMP's tax-exempt arm, the AJP Educational Foundation, listed him as its tax preparer in their most recent public filing.[41] Jaber's official role with AMP is unclear: he appears on their 2010 through 2014 IRS forms as their tax preparer,[42] but he does not appear on AMP's website. He has been identified in the Palestinian press as the "spiritual father" of AMP's coalitions with other Muslim-American organizations,[43] and he

---

[33] U.S. Department of the Treasury, "Protecting Charitable Organizations - E," accessed August 21, 2007. (http://www.treasury.gov/resource-center/terrorist-illicit-finance/Pages/protecting-charities_execorder_13224-e.aspx)

[34] "Hamas out of Syria, Marzook says," *Associated Press*, February 27, 2012. (http://www.ynetnews.com/articles/0,7340,L-4195457,00.html)

[35] *United States District Court Northern District of Texas, USA v. Holy Land Foundation for Relief and Development*, "Payments from Marzook to the Islamic Association for Palestine," (Northern District of Texas, September 29, 2008), accessed April 15, 2016. (http://coop.txnd.uscourts.gov/judges/hlf2/09-29-08/Marzook%20IAP.pdf)

[36] Laurie Cohen, "3 Islamic fundraisers held liable in terror death," *Chicago Tribune*, November 11, 2004. (http://articles.chicagotribune.com/2004-11-11/news/0411110231_1_david-boim-magistrate-judge-arlander-keys-joyce-boim)

[37] "Anti-Terrorism Judgment Upheld Against U.S. Charities," *Anti-Defamation League*, December 18 2008. (http://archive.adl.org/main_terrorism/boim_upheld.html#.VLg28y5RLGA)

[38] Texas Secretary of State, Corporate Filing, "Islamic Association for Palestine," Tax ID 30116732022, accessed April 15, 2016. (https://mycpa.cpa.state.tx.us/coa/servlet/cpa.app.coa.CoaGetTp)

[39] *United States of America v. Mohammad El-Mezain, et al.*, Appeal, 09-10560 (Court of Appeals Fifth Circuit, December 7, 2011), page 170. (http://www.ca5.uscourts.gov/opinions%5Cpub%5C09/09-10560-CR0.wpd.pdf)

[40] "IAP Contact Information," *Islamic Association for Palestine*, April 7, 2003, accessed via Wayback Machine. (http://web.archive.org/web/20030407164156/http://www.iap.org/contactus.htm)

[41] Internal Revenue Service, *Form 990: Return of Organization Exempt from Income Tax*, "AJP Educational Foundation Inc.," 2014, accessed via GuideStar. (http://www.guidestar.org/FinDocuments//2014/271/365/2014-271365284-0ba3397f-9.pdf)

[42] For the most recent, see: Internal Revenue Service, *Form 990: Return of Organization Exempt from Income Tax*, "AJP Educational Foundation Inc.," 2014, accessed via GuideStar. (http://www.guidestar.org/FinDocuments//2014/271/365/2014-271365284-0ba3397f-9.pdf)

[43] "مئات الألاف في شوارع المدن الأمريكية نصرة لغزة" (Hundreds of Thousands in the Streets of American Cities in Support of Gaza)," *Ma'an News Agency* (Palestinian Territories), August 11, 2014. (http://maannews.net/Content.aspx?id=719809)

Jonathan Schanzer                                                April 19, 2016

signed a September 2015 petition as a representative of AMP.[44] His financial services business is currently listed at the same office building where IAP was located before it was shut down.[45]

There is also Abdelbasset Hamayel, who served as IAP's secretary general.[46] Today, he is AMP's registered agent in Chicago.[47] Interestingly, he is not listed as an officer or executive on AMP's tax forms or website. His name, however, appears on the AJP Educational Foundation's IRS 990 form as the person "who possesses the organization's books and records."[48] Hamayel signed a September 2015 petition as the "Director of American Muslims for Palestine, Chicago."[49] Similarly, one AMP Facebook post labels Hamayel as the group's "Executive Director."[50]

Sufian Nabhan is another AMP board member.[51] He was IAP's former Michigan representative.[52]

Osama Abuirshaid is identified by AMP as its "National Coordinator"[53] or "National Policy Director."[54] In August 2015, the United States Citizenship and Immigration Services issued an initial determination that Abuirshaid was "ineligible for naturalization" because he failed to properly disclose his IAP past.[55] Abuirshaid was the editor of IAP's newspaper, *Al Zaytounah*.[56] Today, he runs a newspaper called *Al-Meezan* that includes articles praising Hamas.[57]

---

[44] "Petition to ISNA Leadership to do more for Syria," *Change.org*, September 3, 2015. (https://www.change.org/p/isna-leadership-president-secretary-gen-and-majlis-ash-shura-petition-to-isna-leadership-to-do-more-for-syria)
[45] "Jaber Financial Services," *Cortera*, accessed April 15, 2016. (http://start.cortera.com/company/research/k5m5qvr4s/jaber-financial-services-inc/); "IAP Contact Information," *Islamic Association for Palestine*, April 7, 2003, accessed via Wayback Machine. (http://web.archive.org/web/20030407164156/http://www.iap.org/contactus.htm)
[46] "IAP Contact Information," *Islamic Association for Palestine*, April 7, 2003, accessed via Wayback Machine. (http://web.archive.org/web/20030407164156/http://www.iap.org/contactus.htm)
[47] Illinois Secretary of State Business Services, Corporate Filing, "American Muslims for Palestine Inc.," File Number 66688003, accessed April 10, 2016. (http://www.ilsos.gov/corporatellc/CorporateLlcController)
[48] Internal Revenue Service, *Form 990: Return of Organization Exempt from Income Tax*, "AJP Educational Foundation Inc.," 2014, accessed via GuideStar. (http://www.guidestar.org/FinDocuments//2014/271/365/2014-271365284-0ba3397f-9.pdf)
[49] "Petition to ISNA Leadership to do more for Syria," *Change.org*, September 3, 2015. (https://www.change.org/p/isna-leadership-president-secretary-gen-and-majlis-ash-shura-petition-to-isna-leadership-to-do-more-for-syria)
[50] AMP-Chicago, *Facebook*, August 29, 2014. (https://www.facebook.com/ampalestinechicago/photos/pb.550789245010379.-2207520000.1459717920./681386211950681/?type=3&theater)
[51] "AMP National Board," *American Muslims for Palestine*, accessed April 15, 2016. (http://www.ampalestine.org/index.php/about-amp/amp-national-board)
[52] "IAP Contact Information," *Islamic Association for Palestine*, April 7, 2003, accessed via Wayback Machine. (http://web.archive.org/web/20030407164156/http://www.iap.org/contactus.htm)
[53] Press Release, "Latest bus ad causes stir in DC," *American Muslims for Palestine*, February 24, 2015. (http://www.ampalestine.org/index.php/newsroom/press-releases/627-new-bus-ad-takes-on-israel-us-relationship-on-eve-of-netanyahu-s-address-to-congress)
[54] Press Release, "AMP condemns attack on Al Aqsa; youth," *American Muslims for Palestine*, September 16, 2015. (http://www.ampalestine.org/index.php/newsroom/statements/666-amp-condemns-attack-on-al-aqsa-youth)
[55] *Abuirshaid v. Johnson et al*, No. 1:2015cv01113 (Virginia Eastern District Court, August 31, 2015). (https://dockets.justia.com/docket/virginia/vaedce/1:2015cv01113/327963)

Jonathan Schanzer                                                    April 19, 2016

**KindHearts**

Before it was shut down, IAP raised money for another organization called KindHearts for Charitable Development.[58] Founded in 2002, KindHearts was based in Toledo, Ohio. In 2006, the Treasury Department used a mechanism known as a Block Pending Investigation (BPI) to freeze the assets of KindHearts, stating that the organization was the "progeny" of HLF, and that it provided "support for terrorism behind the façade of charitable giving."[59] In 2011, after a lengthy battle with the U.S. government over the legality of the BPI, KindHearts agreed to disband and its assets were redistributed to other organizations.[60]

Legal challenges notwithstanding, Treasury stated that "KindHearts officials and fundraisers have coordinated with Hamas leaders and made contributions to Hamas-affiliated organizations." Treasury further asserted that "KindHearts deposited the funds into the same account used by HLF when it was providing funds" overseas.[61] KindHearts also paid IAP more than $77,000 to do its fundraising and other activities, according to the group's 2003 IRS 990 forms.[62]

KindHearts's president was Khaled Smaili, a former official of the Global Relief Foundation (GRF).[63] GRF was officially registered as a charity in Palos Hills, Illinois. In 2002, Treasury designated GRF as a "Specially Designated Global Terrorist" for funding al-Qaeda.[64]

Several sources point to former IAP Secretary General Abdelbasset Hamayel as having also served as KindHearts' Illinois representative.[65] For example, one graphic design firm posted

[56] "Profile: American Muslims for Palestine," *Anti-Defamation League*, 2003. (http://www.adl.org/assets/pdf/israel-international/american-muslims-for-palestine-2013-03-29-v1.pdf)
[57] كتائب القسام.. من بندقية متواضعة إلى جيش عسكري منظّم (Qassam Brigades: From Humble Rifle to Organized Army)," *Al-Meezan News*, May 1, 2015, page 10. (http://almeezannews.com/PDFs/almeezanPDF_248.pdf); " مدونة للأستاذ شكري أبو بكر على الإنترنت (Mr. Shukri's Bakr's Blog on the Internet)," *Al-Meezan News*, May 1, 2015, page 2. (http://www.almeezannews.com/PDFs/almeezanPDF_268.pdf)
[58] Internal Revenue Service, *Form 990: Return of Organization Exempt from Income Tax*, "KindHearts for Charitable Development, Inc.," 2003, accessed via The Foundation Center. (http://990s.foundationcenter.org/990_pdf_archive/020/020534702/020534702_200312_990.pdf?_ga=1.209492948.777103848.1460262044)
[59] U.S. Department of the Treasury, Press Release, "Treasury Freezes Assets of Organization Tied to Hamas," February 19, 2006. (http://www.treasury.gov/press-center/press-releases/Pages/js4058.aspx)
[60] "Settlement Agreement," *American Civil Liberties Union*, November 2011. (https://www.aclu.org/files/assets/KindHearts_v__geithner_-_settlement.pdf)
[61] U.S. Department of the Treasury, Press Release, "Treasury Freezes Assets of Organization Tied to Hamas," February 19, 2006. (http://www.treasury.gov/press-center/press-releases/Pages/js4058.aspx)
[62] Internal Revenue Service, *Form 990: Return of Organization Exempt from Income Tax*, "KindHearts for Charitable Development, Inc.," 2003, accessed via The Foundation Center. (http://990s.foundationcenter.org/990_pdf_archive/020/020534702/020534702_200312_990.pdf?_ga=1.209492948.777103848.1460262044)
[63] U.S. Department of the Treasury, Press Release, "Treasury Freezes Assets of Organization Tied to Hamas," February 19, 2006. (http://www.treasury.gov/press-center/press-releases/Pages/js4058.aspx)
[64] U.S Department of the Treasury, Press Release, "Treasury Department Statement Regarding the Designation of the Global Relief Foundation," October 18, 2002. (https://www.treasury.gov/press-center/press-releases/Pages/po3553.aspx)
[65] Steven Emerson, "Money Laundering and Terror Financing Issues in the Middle East," *Testimony before the Senate Committee on Banking, Housing, and Urban Affairs*, July 13, 2005.

Jonathan Schanzer                                                    April 19, 2016

Hamayel's business card on its website, identifying him as KindHeart's "Illinois and Wisconsin Representative."[66] Additionally, a KindHeart's poster for a 2004 fundraiser lists Abaset@Kind-Hearts.org as the point of contact.[67] As noted above, Hamayel is currently listed on AMP's website as the group's registered agent,[68] and he is listed on AJP's 990 forms as the person "who possesses the organization's books and records."[69]

**AMP Donors with a Troubled Past**

In short, at least seven individuals who work for or on behalf of AMP have worked for or on behalf of organizations previously shut down or held civilly liable in the United States for providing financial support to Hamas: the Holy Land Foundation, the Islamic Association for Palestine, and KindHearts.

AMP states that it was founded in 2005. They were, in their words, "a strictly volunteer organization" until 2008, when they opened their national headquarters in Palos Hills, Illinois.[70] Their mission statement does not include raising money for causes abroad, and we have seen no evidence of illicit activity. Its mission, however, is troubling. A recent photo from their headquarters features an Arabic-language poster that includes the phrase, "No Jew will live among them in Jerusalem."[71] It is also troubling that at their 2014 annual conference, AMP invited participants to "navigate the fine line between legal activism and material support for terrorism."[72] That invitation is troubling because it appears that some of AMP's officers and donors came from organizations that have failed to navigate that "fine line" in the past.

One business that supports AMP is Middle East Financial Services (MEFS). The company has offices in Palos Hills, Illinois and in Dearborn, Michigan, and several affiliates abroad.[73] MEFS

---

(http://www.banking.senate.gov/public/_cache/files/d2b01fcf-a768-45d3-9d9d-436f93ee5f9e/33A699FF535D59925B69836A6E068FD0.emerson.pdf)

[66] "KindHearts Business Cards with Names," *Sakkal Design Graphic Design and Illustrations*, accessed April 15, 2016. (http://www.sakkal.com/Graphics/logos/kindheart/kindhearts_bc03.html)

[67] Flier, "Annual Fund Raising Dinner for Palestine & KindHearts' Annual Contest," *KindHearts Charitable Humanitarian Development*, April 23, 2005, accessed via WayBack Machine. (http://web.archive.org/web/20050515004402/http://www.kind-hearts.org/upcoming%20event/set%204%20prinout.pdf)

[68] Illinois Secretary of State Business Services, Corporate Filing, "American Muslims for Palestine, Inc.," File Number 66688003, accessed April 15, 2016. (http://www.ilsos.gov/corporatellc/CorporateLlcController)

[69] Internal Revenue Service, *Form 990: Return of Organization Exempt from Income Tax*, "AJP Educational Foundation Inc.," 2014, accessed via GuideStar. (http://www.guidestar.org/FinDocuments//2014/271/365/2014-271365284-0ba3397f-9.pdf)

[70] "When was AMP formed?" *American Muslims for Palestine*, accessed April 15, 2016. (http://www.ampalestine.org/index.php/about-amp/amp-faq/214-when-was-amp-formed)

[71] The poster is the text of a document called "Umar's Assurance," issued when the Muslims conquered Jerusalem during the Arab-Byzantine wars in 637 AD. AMP-Chicago, *Facebook*, May 3, 2015. (https://www.facebook.com/ampalestinechicago/photos/pb.550789245010379.-2207520000.1441917522./812588892163745/?type=1&theater)

[72] Shane Harris, "Pro-Palestinian Group Lectured on Skirting Terror Laws," *The Daily Beast*, December 5, 2014. (http://www.thedailybeast.com/articles/2014/12/05/pro-palestinian-group-lectured-on-skirting-terror-laws.html)

[73] "Countries," *Middle East Financial Services*, accessed April 15, 2016. (http://mefs.us/)

Jonathan Schanzer                                                    April 19, 2016

was a "bronze sponsor" to the AMP convention in 2014 and advertised at their 2015 conference.[74]

MEFS itself has never been charged with being complicit in terrorism financing, and we have no evidence that it has been, but its services have been used by some who have. MEFS was used in 2002 to wire money to Palestinian Islamic Jihad (PIJ), which the State Department designated as a terrorist group in 1997. Salah Daoud, a former MEFS employee and IAP board member, testified in court in 2005 about how one of IAP's volunteers, Hatem Fariz, used MEFS over several months to send approximately $60,000 to PIJ.[75] Fariz was sentenced to 37 months in a U.S. prison for "conspiracy to make or receive contributions of funds, goods, or services to or for the benefit of a Specially Designated Terrorist."[76] Daoud, who testified in exchange for immunity, was never charged with a crime.[77]

Another interesting supporter of AMP is Prime Furniture Wholesale in Milwaukee.[78] This store is owned by AMP board member Salah Sarsour,[79] who, as noted above, reportedly used the bank account of his family's furniture store in the 1990s to send money to Qassam Brigades commander Adel Awadallah.[80]

Finally, there is the Zakat Foundation. The Foundation's executive director is Khalil Demir.[81] Demir signed the IRS 990 forms[82] for a group Treasury designated in 2002 for funding al-Qaeda: Benevolence International Foundation (BIF).[83] The Zakat Foundation was a "platinum sponsor"

---

[74] Conference Program, *American Muslims for Palestine*, 2014, page 29; Conference Program, *American Muslims for Palestine*, 2015, page 6.
[75] "Witness says Al-Arian co-defendant sent $60,000 to the Middle East," *Associated Press*, June 30, 2005. (http://www.mywebtimes.com/news/illinois_ap/witness-says-al-arian-co-defendant-sent-to-the-middle/article_9533c078-b9c2-522e-9d6e-48fd41be15c3.html); *United States v. Sami Amin Al-Arian et al.*, Transcript of Proceedings, 8:03-CR-77-T-30TBM, (Middle District of Florida Tampa Division, June 29, 2005).
[76] Meg Laughlin, "Al-Arian associate gets prison," *Tampa Bay Times*, July 26, 2006. (http://www.sptimes.com/2006/07/26/Tampabay/Al_Arian_associate_ge.shtml)
[77] "Witness says Al-Arian co-defendant sent $60,000 to the Middle East," *Associated Press*, June 30, 2005. (http://www.mywebtimes.com/news/illinois_ap/witness-says-al-arian-co-defendant-sent-to-the-middle/article_9533c078-b9c2-522e-9d6e-48fd41be15c3.html)
[78] Conference Program, *American Muslims for Palestine*, 2014, page 29; Conference Program, *American Muslims for Palestine*, 2015, page 38.
[79] Wisconsin Department of Financial Institutions, Corporate Filing, "Prime Furniture Wholesale, LLC," accessed April 15, 2016. (https://www.wdfi.org/apps/CorpSearch/Details.aspx?entityID=P057485&hash=1633449285&searchFunctionID=1 2cc3312-59e1-48ad-ad60-4b88c9e6d586&type=Simple&q=prime+furniture+wholesale)
[80] Matthew Levitt, *Hamas: Politics, Charity, and Terrorism in the Service of Jihad*, (New Haven, CT: Yale University Press, 2006), page 78.
[81] "Our Team," *Zakat Foundation of America*, accessed April 15, 2016. (http://www.zakat.org/about/our-team/)
[82] Internal Revenue Service, Form 990: Return of Organization Exempt from Income Tax, "Benevolence International Foundation," 2001, accessed via GuideStar. (http://www.guidestar.org/FinDocuments/2001/363/823/2001-363823186-1-9.pdf). The forms states that "Books are in care of Halil I. Demir."
[83] U.S. Department of the Treasury, Press Release, "Treasury Designates Benevolence International Foundation and Related Entities as Financiers of Terrorism," November 19, 2002. (http://www.treasury.gov/press-center/press-releases/Pages/po3632.aspx)

Jonathan Schanzer                                                    April 19, 2016

of AMP's 2014 and 2015 conferences, and was acknowledged for this in the conference programs.[84]

**The BDS Campaign in Chicago, the PLO, and the PFLP**

Members of the Committee, the network described here prompted our research team to identify other organizations that engage in BDS activity in the Chicago area. We soon discovered an additional organization that does not appear to be registered at the federal or state level.

This group has been alternately described as "The U.S. Coalition to Boycott Israel"[85] and the "Chicago Coalition for Justice in Palestine."[86] The group's president is Chicago resident Ghassan Barakat,[87] a consular notary for the Palestine Liberation Organization (PLO)[88] who has been identified by the Palestinian Expatriates Affairs Department website as a member of the Palestine National Council (PNC).[89] The group's "coordinator" is Senan Shaqdeh.[90] A profile published by the PLO's Expatriates Affairs Department states that Shaqdeh was a "fighter in the ranks of the mountain brigade" for the Popular Front for the Liberation of Palestine,[91] which is a PLO faction that the U.S. designated as a Foreign Terrorist Organization (FTO) in 1997.[92] Shaqdeh also claims to be a founder of Students for Justice in Palestine[93] – the U.S. campus-based network that receives guidance and financial assistance from AMP.

In a PLO YouTube video, Shaqdeh said that he travelled to Ramallah in September 2014 to meet with President Mahmoud Abbas and Prime Minister Rami Hamdallah about BDS activity in

---

[84] Conference Program, *American Muslims for Palestine*, 2014, page 29; Conference Program, *American Muslims for Palestine*, 2015, page 6.

[85] Palestine Department of Expatriates Affairs, "المجلس الفلسطيني الامريكي يحيي ذكرى يوم الأرض في لوزيانا : الولايات المتحدة (United States: Palestinian American Council Commemorates Land Day in Louisiana)," April 10, 2015. (http://www.pead.ps/اخبار-الجاليات/جاليات-الولايات-المتحدة/1990-الولايات-المتحدة-المجلس-الفلسطيني-الامريكي-يحيي-ذكرى-يوم-الأرض-في-لوزيانا.html)

[86] "Gun toting Zionist arrested at Chicago pro-Israel protest," *FightBack! News*, July 24, 2014. (http://www.fightbacknews.org/2014/7/24/gun-toting-zionist-arrested-chicago-pro-israel-protest)

[87] Palestine Department of Expatriates Affairs, "المجلس الفلسطيني الامريكي يحيي ذكرى يوم الأرض في لوزيانا : الولايات المتحدة (United States: Palestinian American Council Commemorates Land Day in Louisiana)," April 10, 2015. (http://www.pead.ps/اخبار-الجاليات/جاليات-الولايات-المتحدة/1990-الولايات-المتحدة-المجلس-الفلسطيني-الامريكي-يحيي-ذكرى-يوم-الأرض-في-لوزيانا.html)

[88] PLO Delegation to the United States, "Designated Notary," accessed April 15, 2016. (https://web.archive.org/web/20150217091605/http://plodelegation.us/consular-affairs/designated-notary/#collapse3)

[89] Palestine Department of Expatriates Affairs, "المجلس الفلسطيني الامريكي يحيي ذكرى يوم الأرض في لوزيانا : الولايات المتحدة (United States: Palestinian American Council Commemorates Land Day in Louisiana)," April 10, 2015. (http://www.pead.ps/اخبار-الجاليات/جاليات-الولايات-المتحدة/1990-الولايات-المتحدة-المجلس-الفلسطيني-الامريكي-يحيي-ذكرى-يوم-الأرض-في-لوزيانا.html)

[90] "Senan Shaqdeh," *Facebook*, accessed April 15, 2016. (https://www.facebook.com/senans?fref=ts)

[91] Palestine Department of Expatriates Affairs, "سنان شقديح ... بائع البيبسي الذي يقارع إسرائيل (Senan Shaqdeh: The Pepsi Salesman Who is Rebuking Israel)," June 14, 2015. (http://www.pead.ps/صحافة/صحافة/مقالات-مترجمة/2233-سنان-شقديح-بائع-البيبسي-الذي-يقارع-اسرائيل.html)

[92] U.S. Department of State, "Foreign Terrorist Organizations," accessed April 15, 2016. (http://www.state.gov/j/ct/rls/other/des/123085.htm)

[93] Palestine Department of Expatriates Affairs, "سنان شقديح ... بائع البيبسي الذي يقارع إسرائيل (Senan Shaqdeh: The Pepsi Salesman Who is Rebuking Israel)," June 14, 2015. (http://www.pead.ps/صحافة/صحافة/مقالات-مترجمة/2233-سنان-شقديح-بائع-البيبسي-الذي-يقارع-اسرائيل.html)

Jonathan Schanzer                                                    April 19, 2016

America.[94] Shaqdeh's access to the highest echelons of the Palestinian government, his PFLP past, and his connections to the AMP network may be worthy of further scrutiny.

**Recommendations and Conclusion**

In conclusion, AMP's BDS campaign may be a headache for Israel, but the fact that it is based in the United States makes it an American issue. The overlap of former employees of organizations that provided support to Hamas who now play important roles in AMP speaks volumes about the real agenda of key components of the BDS campaign.

Mr. Chairman, Madam Chairman, and distinguished members of the committee, there are many aspects of FDD's analysis of this network that I did not address in my testimony. I would be pleased to answer any questions.

In the meantime, I recommend Congress legislate a disclosure process for charity employees and board members previously implicated in terror finance. Unlike some of its European counterparts, the IRS pays scant attention to the prior histories of Section 501 entities and their officers or directors. Nonprofit entities should be required to fully disclose in their IRS form 990 and 1023 the roles of its leadership (board members and executives) in organizations that earned Treasury designations, Treasury actions like Block Pending Investigations (BPI), federal anti-terrorism actions, or litigation in which their organization was found liable for material support for terrorism. These records should be evaluated by the IRS and/or at the state level before nonprofit entities gain initial nonprofit status or continued status as a nonprofit. Failure to disclose this information should result in significant penalties.

I should emphasize here that it is not my place to say where Americans should direct their charitable giving, or what anti-Israel activists may say or do. What I have provided today is simply a network analysis. Americans have a right to know who is behind the BDS campaign. And so do those members of the BDS campaign who may not fully understand its history.

On behalf of the Foundation for Defense of Democracies, thank you again for inviting me to testify.

---

[94] Palestine Department of Expatriates Affairs, "لقاء مع الدكتور سنان شقديح منسق تحالف منظمات مقاطعة اسرائيل في الولايات المتحدة الأمريكية (Meeting with Dr. Sinan Shaqdeh, Coordinator of the Coalition to Boycott Israel in the USA)," *YouTube,* September 2, 2014. (https://www.youtube.com/watch?v=y1fSYvV8cSU)

Jonathan Schanzer April 19, 2016



# EXHIBIT 2

**Congressional Testimony**

# Examining Current Terrorist Financing Trends and the Threat to the Homeland

Jonathan Schanzer
Vice President for Research
Foundation for Defense of Democracies

## Hearing before House Homeland Security Committee Counterterrorism and Intelligence Subcommittee

Washington, DC
May 12, 2016



FOUNDATION FOR
DEFENSE OF DEMOCRACIES

1800 M Street NW • Suite 800, South Tower • Washington, DC

Jonathan Schanzer                                                    May 12, 2016

Chairman King, Ranking Member Higgins, and distinguished members of this subcommittee, on behalf of the Foundation for Defense of Democracies, thank you for inviting me to testify today. As a former terrorism finance analyst at the U.S. Department of the Treasury, I commend you for keeping a focus on this crucial aspect of our national security.

This testimony is based on FDD's most recent findings about a network of former employees and donors from organizations that provided material and financial support to the terrorist organization Hamas, but who now work for or on behalf of an Illinois-based organization called American Muslims for Palestine (AMP). My testimony today should be of particular interest to this subcommittee. It builds on findings I submitted to Congress last month, while highlighting new areas of concern.[1]

## American Muslims for Palestine

American Muslims for Palestine's mission, according to its website, is "all about educating people about Palestine."[2] FDD has determined that the group is a leading orchestrator of the so-called Boycott, Divestment and Sanctions (BDS) campaign, which can be best described as a concerted campaign to delegitimize and wage economic warfare against the state of Israel.

AMP states that it has existed for more than a decade, first as a "strictly volunteer organization" beginning in 2005, before opening its national headquarters in Palos Hills, Illinois in 2008.[3] Registered as a corporation in California in 2006, the organization now has an office in the Washington, DC-area that engages in lobbying on Capitol Hill.[4] Based on available records, AMP is not a federal,[5] 501c3, tax-exempt organization.[6] Rather, it is a corporate nonprofit, which means that it does not file IRS 990 forms that would make its finances more transparent. AMP instead receives tax-exempt funds through its fiscal sponsor, Americans for Justice in Palestine Educational Foundation (AJP), which is a 501c3.[7] AMP and AJP share offices and officers,[8] yet they remain legally distinct entities.

---

[1] Jonathan Schanzer, "Israel Imperiled: Threats to the Jewish State," *Joint Hearing before the House Foreign Affairs Committee, Subcommittee on Terrorism, Nonproliferation and Trade & Subcommittee on the Middle East and North Africa*, April 19, 2016. (http://docs.house.gov/meetings/FA/FA18/20160419/104817/HHRG-114-FA18-Wstate-SchanzerJ-20160419.pdf)
[2] "What is AMP?" *American Muslims for Palestine*, accessed May 9, 2016. (http://www.ampalestine.org/index.php/about-amp/amp-faq/212-what-is-amp)
[3] "When was AMP formed?" *American Muslims for Palestine*, accessed May 9, 2016. (http://www.ampalestine.org/index.php/about-amp/amp-faq/214-when-was-amp-formed)
[4] Email to Subscribers, "New DC-area office open! AMP welcomes new legislative coordinator!" *American Muslims for Palestine*, March 3, 2016. The organization is not located at the address registered in Washington, DC.
[5] Illinois Secretary of State Business Services, Corporate Filing, "American Muslims for Palestine Inc.," File Number 66688003, accessed May 9, 2016. (http://www.ilsos.gov/corporatellc/CorporateLlcController)
[6] Internal Revenue Service, "Exemption Requirements - 501(c)(3) Organizations," accessed May 9, 2016. (https://www.irs.gov/Charities-&-Non-Profits/Charitable-Organizations/Exemption-Requirements-Section-501(c)(3)-Organizations)
[7] "Are donations to AMP tax exempt?" *American Muslims for Palestine*, accessed May 9, 2016. (http://www.ampalestine.org/index.php/about-amp/amp-faq/219-are-donations-to-amp-tax-exempt)
[8] Internal Revenue Service, Form 990: Return of Organization Exempt from Income Tax, "AJP Educational Foundation Inc.," 2014, accessed via GuideStar. (http://www.guidestar.org/FinDocuments//2014/271/365/2014-271365284-0ba3397f-9.pdf)

Jonathan Schanzer                                                      May 12, 2016

At its 2014 annual conference, AMP invited participants to "come and navigate the fine line between legal activism and material support for terrorism."[9] This is quite apt. Several individuals now working for or on behalf of AMP once worked for or on behalf of the Holy Land Foundation for Relief and Development (HLF), the Islamic Association for Palestine (IAP), and/or KindHearts for Charitable Development. All three organizations were implicated by the federal government for financing Hamas between 2001 and 2011. Moreover, several of AMP's donors were involved in organizations implicated in funding the designated terrorist groups Hamas, Palestinian Islamic Jihad, and even al-Qaeda.

**KindHearts, Interpal, and the Holy Land Foundation**

I would first like to direct your attention to the past activities of AMP's founder and president, Hatem Bazian. In December 2014, Bazian spoke at an event[10] sponsored by a UK-based charity called Interpal (also known as the Palestinian Relief and Development Fund).[11] The U.S. Treasury designated Interpal as a terrorist entity in 2003 for providing money to Hamas and Hamas's global financing network.[12] Interpal was a branch of Hamas's international fundraising organ, the Union of Good, itself designated by the U.S. Department of the Treasury in 2008.[13]

It is also worth noting that Bazian was one of two featured speakers at a 2004 KindHearts fundraising dinner in California.[14] The other speaker at this dinner was Mohammed el-Mezain. Mezain is currently serving time in prison for his role in the Holy Land Foundation and for providing financial support to Hamas.[15] HLF was designated as a terrorist entity by the U.S. Treasury in December 2001.[16] From 1995 to 2001, according to federal court documents, "HLF sent approximately $12.4 million outside of the United States with the intent to willfully contribute funds, goods, and services to Hamas."[17] Mezain also served as a consultant for KindHearts.[18] The Treasury Department in 2006 used a mechanism known as a Block Pending

---

[9] Shane Harris, "Pro-Palestinian Group Lectured On Skirting Terror Laws," *The Daily Beast*, December 5, 2014. (http://www.thedailybeast.com/articles/2014/12/05/pro-palestinian-group-lectured-on-skirting-terror-laws.html)
[10] @sidali_1, "http://istanddrhatem.eventbrite.co.uk come with pockets full at a free event and show your support for Palestine," *Twitter*, December 2, 2014. (https://twitter.com/sidali_1/status/539916046917197824)
[11] @sidali_1, "Last call for free tickets as Dr Hatem Bazian has arrived in Glasgow.," *Twitter*, December 15, 2014. (https://twitter.com/sidali_1/status/544484525892317184)
[12] U.S. Department of the Treasury, Press Release, "U.S. Designates Five Charities Funding Hamas and Six Senior Hamas Leaders as Terrorist Entities," August 22, 2003. (http://www.treasury.gov/press-center/press-releases/Pages/js672.aspx)
[13] U.S. Department of the Treasury, Press Release, "Treasury Designates the Union of Good," November 12, 2008. (https://www.treasury.gov/press-center/press-releases/Pages/hp1267.aspx)
[14] Flier, "KindHearts San Diego Fundraising Dinner for Palestine," *Sakkal Design Graphic Design and Illustrations*, June 18, 2004. (http://www.sakkal.com/Graphics/logos/kindheart/benefit/kindheart_san_diego_flyer.html)
[15] U.S. Department of Justice, Press Release, "Federal Judge Hands Downs Sentences in Holy Land Foundation Case," May 27, 2016. (https://www.justice.gov/opa/pr/federal-judge-hands-downs-sentences-holy-land-foundation-case)
[16] U.S. Department of the Treasury, "Protecting Charitable Organizations - E," accessed May 9, 2016. (http://www.treasury.gov/resource-center/terrorist-illicit-finance/Pages/protecting-charities_execorder_13224-e.aspx)
[17] *United States of America v. Mohammad El-Mezain, et al.*, Appeal, 09-10560 (Court of Appeals Fifth Circuit, December 7, 2011), page 9. (http://www.ca5.uscourts.gov/opinions%5Cpub%5C09/09-10560-CR0.wpd.pdf)
[18] U.S. Department of the Treasury, Press Release, "Treasury Freezes Assets of Organization Tied to Hamas," February 19, 2006. (https://www.treasury.gov/press-center/press-releases/Pages/js4058.aspx)

Jonathan Schanzer                                                      May 12, 2016

Investigation (BPI), which required that the government freeze the assets of KindHearts, stating that the organization was the "progeny" of HLF, and that it provided "support for terrorism behind the façade of charitable giving."[19]

Bazian is not the only AMP figure with KindHearts connections. There is also AMP's registered agent, Abdelbasset Hamayel.[20] Hamayel appears to have served as KindHearts' Illinois representative.[21] Indeed, one graphic design firm posted Hamayel's business card on its website, identifying him as KindHeart's "Illinois and Wisconsin Representative."[22]Additionally, a KindHeart's poster for a 2004 fundraiser lists Abaset@Kind-Hearts.org as the point of contact.[23]

**The Islamic Association for Palestine and Help the Needy**

I would also like to discuss Osama Abuirshaid, who AMP identifies as its "National Coordinator"[24] and "National Policy Director."[25] In August 2015, the United States Citizenship and Immigration Services deemed that Abuirshaid was currently "ineligible for naturalization" because he failed to properly disclose his connections with the Islamic Association for Palestine (IAP).[26] IAP was found civilly liable in a federal district court for supporting Hamas.[27] The defendants appealed, but a federal appeals court upheld the judgment in 2008.[28]

Shortly after my April 19 testimony, Abuirshaid announced on Facebook that he was taking a "surprise trip" to Doha, Qatar.[29] While there, Abuirshaid met and even posted pictures with a man named Ayman Jarwan on Facebook.[30] Jarwan was the executive director of a fraudulent

---

[19] U.S. Department of the Treasury, Press Release, "Treasury Freezes Assets of Organization Tied to Hamas," February 19, 2006. (http://www.treasury.gov/press-center/press-releases/Pages/js4058.aspx)
[20] Illinois Secretary of State Business Services, Corporate Filing, "American Muslims for Palestine, Inc.," File Number 66688003, accessed April 15, 2016. (http://www.ilsos.gov/corporatellc/CorporateLlcController)
[21] Steven Emerson, "Money Laundering and Terror Financing Issues in the Middle East," *Senate Committee on Banking, Housing, and Urban Affairs*, July 13, 2005. (http://www.banking.senate.gov/public/_cache/files/d2b01fcf-a768-45d3-9d9d-436f93ee5f9e/33A699FF535D59925B69836A6E068FD0.emerson.pdf)
[22] "KindHearts Business Cards with Names," *Sakkal Design Graphic Design and Illustrations*, accessed April 15, 2016. (http://www.sakkal.com/Graphics/logos/kindheart/kindhearts_bc03.html)
[23] Flier, "Annual Fund Raising Dinner for Palestine & KindHearts' Annual Contest," *KindHearts Charitable Humanitarian Development*, April 23, 2005, accessed via WayBack Machine. (http://web.archive.org/web/20050515004402/http://www.kind-hearts.org/upcoming%20event/set%204%20prinout.pdf)
[24] Press Release, "Latest bus ad causes stir in DC," *American Muslims for Palestine*, February 24, 2015. (http://www.ampalestine.org/index.php/newsroom/press-releases/627-new-bus-ad-takes-on-israel-us-relationship-on-eve-of-netanyahu-s-address-to-congress)
[25] Press Release, "AMP condemns attack on Al Aqsa; youth," *American Muslims for Palestine*, September 16, 2015. (http://www.ampalestine.org/index.php/newsroom/statements/666-amp-condemns-attack-on-al-aqsa-youth)
[26] *Abuirshaid v. Johnson et al*, No. 1:2015cv01113 (Virginia Eastern District Court, August 31, 2015). (https://dockets.justia.com/docket/virginia/vaedce/1:2015cv01113/327963)
[27] Laurie Cohen, "3 Islamic fundraisers held liable in terror death," *Chicago Tribune*, November 11, 2004. (http://articles.chicagotribune.com/2004-11-11/news/0411110231_1_david-boim-magistrate-judge-arlander-keys-joyce-boim)
[28] "Anti-Terrorism Judgment Upheld Against U.S. Charities," *Anti-Defamation League*, December 18 2008. (http://archive.adl.org/main_terrorism/boim_upheld.html#.VLg28y5RLGA)
[29] Osama Abuirshaid, *Facebook*, April 28, 2016. (https://www.facebook.com/osama.abuirshaid.7/posts/1089811474428955?pnref=story)
[30] Osama Abuirshaid, *Facebook*, April 28, 2016.

Jonathan Schanzer                                                May 12, 2016

unregistered charity known as Help the Needy, which illegally sent funds to Iraq in violation of U.S. sanctions and also sent funds to charities designated by the U.S. Treasury for funding al-Qaeda.[31] Jarwan was sentenced to 18 months in a federal prison for conspiring to violate the International Emergency Economic Powers Act (IEEPA).[32] He appears to have served 15 months before being deported to Jordan.[33] The exact nature of this meeting between Jarwan and Abuirshaid is unclear.

Abuirshaid is one of four AMP figures to have worked for or on behalf of IAP. There is Sufian Nabhan, an AMP board member[34] who was IAP's former Michigan representative.[35] There is also the aforementioned Abdelbasset Hamayel, who served as IAP's secretary general.[36] Today, he is AMP's registered agent in Chicago.[37] And finally, there is Rafeeq Jaber, the former president of IAP.[38] AMP's tax-exempt arm, the AJP Educational Foundation, listed him as its tax preparer in its most recent public filing.[39] He has been identified in the Palestinian press as the "spiritual father" of AMP's coalitions with other Muslim-American organizations,[40] and he signed a September 2015 petition as a representative of AMP.[41] His financial services business is currently listed at the same office building where IAP was located before it shut down.[42]

(https://www.facebook.com/osama.abuirshaid.7/posts/10901565110611118?pnref=story)

[31] William Kates, "Gov't: Suspect Hid Illegal Charity Role," *Associated Press*, March 9, 2003. (http://www.freerepublic.com/focus/news/860489/posts)

[32] U.S. Department of Justice, Press Release, "Indictments Allege Illegal Financial Transfers to Iraq; Visa Fraud Involving Assistance to Groups that Advocate Violence," February 26, 2003. (https://www.justice.gov/archive/opa/pr/2003/February/03_crm_119.htm)

[33] Katherine Hughes, "Muslim Charity and the Case of Dr. Rafil Dhafir," *Guild Practitioner*, accessed May 9, 2016. (http://www.dhafirtrial.net/2007/11/24/denial-of-due-process-to-muslims-disgraces-us-all/)

[34] "AMP National Board," *American Muslims for Palestine*, accessed May 9, 2016. (http://www.ampalestine.org/index.php/about-amp/amp-national-board)

[35] "IAP Contact Information," *Islamic Association for Palestine*, April 7, 2003, accessed via Wayback Machine. (http://web.archive.org/web/20030407164156/http://www.iap.org/contactus.htm)

[36] "IAP Contact Information," *Islamic Association for Palestine*, April 7, 2003, accessed via Wayback Machine. (http://web.archive.org/web/20030407164156/http://www.iap.org/contactus.htm)

[37] Illinois Secretary of State Business Services, Corporate Filing, "American Muslims for Palestine Inc.," File Number 66688003, accessed May 9, 2016. (http://www.ilsos.gov/corporatellc/CorporateLlcController)

[38] "IAP Contact Information," *Islamic Association for Palestine*, April 7, 2003, accessed via Wayback Machine. (http://web.archive.org/web/20030407164156/http://www.iap.org/contactus.htm)

[39] Internal Revenue Service, Form 990: Return of Organization Exempt from Income Tax, "AJP Educational Foundation Inc.," 2014, accessed via GuideStar. (http://www.guidestar.org/FinDocuments//2014/271/365/2014-271365284-0ba3397f-9.pdf)

[40] "مئات الآلاف في شوارع المدن الأمريكية نصرة لغزة" (Hundreds of Thousands in the Streets of American Cities in Support of Gaza)," *Ma'an News Agency* (Palestinian Territories), August 11, 2014. (http://maannews.net/Content.aspx?id=719809)

[41] "Petition to ISNA Leadership to do more for Syria," *Change.org*, September 3, 2015. (https://www.change.org/p/isna-leadership-president-secretary-gen-and-majlis-ash-shura-petition-to-isna-leadership-to-do-more-for-syria)

[42] "Jaber Financial Services INC," *Cortera*, accessed May 9, 2016. (http://start.cortera.com/company/research/k5m5qyr4s/jaber-financial-services-inc/); "IAP Contact Information," *Islamic Association for Palestine*, April 7, 2003, accessed via Wayback Machine. (http://web.archive.org/web/20030407164156/http://www.iap.org/contactus.htm)

Jonathan Schanzer                                                    May 12, 2016

**Additional Links to the Holy Land Foundation**

I would next like to bring to the attention of this subcommittee information about Kifah Mustapha who films promotional videos for AMP.[43] He is also a regular speaker at AMP events, including AMP's 2014 and 2015 annual national conferences.[44] Troublingly, AMP is giving him this prominent platform even though he was the registered agent in Illinois for the Holy Land Foundation.[45] As the registered agent, Mustapha described his role as "soliciting money for the various programs HLF held" in Illinois and in other states.[46]

Mustapha is not the only AMP figure to have worked for or on behalf of the Holy Land Foundation. He joins Hossein Khatib, a board member for AMP,[47] who was previously a Holy Land Foundation regional director.[48] There is also Jamal Said, who is a regular keynote speaker at AMP fundraisers,[49] and who raised money for HLF as the director of the Mosque Foundation, a 501c3 organization that donated money to the HLF.[50] I should note that Mustapha was the associate director of the Mosque Foundation from 2002 to 2014.[51] Like Said, Mustapha was an unindicted co-conspirator[52] in the Holy Land Foundation trial.[53]

Interestingly, in December 2009, Mustapha joined the Illinois State Police as part of its volunteer chaplain program. A few months later, he was fired after the Illinois police "watched a video seized from Mustapha's office on which they say Mustapha chants terrorist lyrics and children are seen with guns," which was filmed when Mustapha was younger.[54] Mustapha filed a lawsuit, claiming discrimination based on his political views and national origin, but it was dismissed in 2013 after a federal court found the police were well within their rights to conclude that

---

[43] AMP-Chicago, *Facebook*, November 21, 2015.
(https://www.facebook.com/ampalestinechicago/posts/909912559098044)
[44] Conference Program, *American Muslims for Palestine*, November 2015; Conference Program, *American Muslims for Palestine*, November 2014.
[45] *Boim v. Quranic Literacy Institute*, Memorandum Opinion and Order, 127 F. Supp. 2d 1002 (Northern District of Illinois, January 10, 2001). (http://law.justia.com/cases/federal/district-courts/FSupp2/127/1002/2512250/)
[46] *Boim vs. Quranic Literacy Institute*, Deposition of Kifah Mustapha, 00-C-2905 (Northern District of Illinois, March 2, 2004).
[47] "AMP National Board," *American Muslims for Palestine*, accessed April 15, 2016.
(http://www.ampalestine.org/index.php/about-amp/amp-national-board)
[48] "Hussein Khatib," *LinkedIn*, accessed January 12, 2015.
(https://www.linkedin.com/profile/view?id=100176222&authType=NAME_SEARCH&authToken=6PVm&locale=en_US&srchid=364187005142109696965128&srchindex=4&srchtotal=20&trk=vsrp_people_res_name&trkInfo=VSRPsearchId%3A364187005142109696965128%2CVSRPtargetId%3A100176222%2CVSRPcmpt%3Aprimary)
[49] AMP-Chicago, "AMP Annual Fundraising Dinner," *Facebook*, March 19, 2014.
(https://www.facebook.com/ampalestinechicago/photos/gm.1407041112890451/597477577008212/?type=3&theater); AMP-Chicago, *Facebook*, April 18, 2015. (https://www.facebook.com/events/1568230430114028/); AMP-Chicago, *Facebook*, March 5, 2016. (https://www.facebook.com/events/1693121294239623/)
[50] Joel Mowbray, "Reign of the Radicals," *The Wall Street Journal*, January 27, 2006.
(http://www.wsj.com/articles/SB113832728441457799)
[51] "Kifah Mustapha," *LinkedIn*, accessed May, 6, 2016. (https://www.linkedin.com/in/kifahmustapha)
[52] Chuck Goudie, "I-Team Report: Pillar of the State Police," *ABC*, March 9, 2010.
(http://abc7chicago.com/archive/7309866/)
[53] Andrea Elliott, "White House Quietly Courts Muslims in US," *The New York Times*, April 18, 2010.
(http://www.nytimes.com/2010/04/19/us/politics/19muslim.html)
[54] Chuck Goudie, "Rebuke for Well-Known Muslim Cleric," *ABC*, March 12, 2013.
(http://abc7chicago.com/archive/9024968/)

Jonathan Schanzer                                                                                          May 12, 2016

Mustapha's past statements and associations made him an inappropriate candidate to be a police chaplain.[55]

There is also Salah Sarsour, an AMP board member,[56] fundraiser,[57] and 2015 conference chairman.[58] A 2001 FBI memo describes how Sarsour's brother, after being arrested by Israel in 1998, told Israeli officials about his brother's "involvement with Hamas and fundraising activities of HLFRD [Holy Land Foundation for Relief and Development]."[59]

**Middle East Financial Services**

Finally, I would like to discuss Middle East Financial Services (MEFS), which is a Bridgeview, Illinois-based business[60] that provides financial support to AMP.[61] One of MEFS's employees, Sana'a Abed Daoud,[62] is a board member of AMP.[63] Her relationship to the owners is unclear, but they share a last name.[64]

MEFS has never been charged with being complicit in terrorism financing, and we do not have evidence that it has been engaged in illicit activities, but its services have been used by some who have. Indeed, MEFS was used in 2002 to wire money to Palestinian Islamic Jihad (PIJ), which the State Department designated as a terrorist group in 1997.

Salah Daoud, a former MEFS employee and former IAP board member, testified in court in 2005 about how one of IAP's volunteers, Hatem Fariz, used MEFS over several months to send approximately $60,000 to PIJ.[65] Daoud testified in exchange for immunity.[66] Fariz was sentenced

---

[55] *Kifah Mustapha v. Jonathon E. Monken, Patrick Keen, and Illinois State Police*, Memorandum Opinion and Order, 1:10-cv-05473 (Northern District of Illinois, June 25, 2013).
[56] "AMP National Board," *American Muslims for Palestine*, accessed May 9, 2016.
(http://www.ampalestine.org/index.php/about-amp/amp-national-board)
[57] "Sponsor the Conference," *American Muslims for Palestine*, accessed May 9, 2016.
(https://web.archive.org/web/20160323162120/http://conference.ampalestine.org/index.php/sponsorship)
[58] Email to Subscribers, "A letter from AMP Conference Chairman Salah Sarsour," *American Muslims for Palestine*, December 1, 2014.
[59] FBI Memo to the U.S. Department of the Treasury, "Holy Land Foundation For Relief And Development International Emergency Economic Powers Act," November 1, 2001.
(http://www.copleydc.net/cns_links/terrorism/fbi%20report.pdf)
[60] "Contact Information," *Middle East Financial Services*, accessed May 9, 2016. (http://mefs.us/)
[61] Conference Program, *American Muslims for Palestine*, November 2014, page 29; Conference Program, *American Muslims for Palestine*, November 2015, page 6.
[62] Sana'a Abed Daoud, *Facebook*, April 28, 2016. (https://www.facebook.com/sanaa.a.daoud?fref=ts)
[63] "AMP National Board," *American Muslims for Palestine*, accessed May 9, 2016.
(http://www.ampalestine.org/index.php/about-amp/amp-national-board)
[64] Illinois Secretary of State Business Services, Corporate Filing, "Middle East Financial Services Incorporated," File Number 60642273, accessed May 9, 2016. (http://www.ilsos.gov/corporatellc/CorporateLlcController)
[65] "Witness says Al-Arian co-defendant sent $60,000 to the Middle East," *Associated Press*, June 30, 2005.
(http://www.mywebtimes.com/news/illinois_ap/witness-says-al-arian-co-defendant-sent-to-the-middle/article_9533c078-b9c2-522e-9d6e-48fd41be15c3.html); *United States v. Sami Amin Al-Arian et al.*, Transcript of Proceedings, 8:03-CR-77-T-30TBM, (Middle District of Florida Tampa Division, June 29, 2005).
[66] "Witness says Al-Arian co-defendant sent $60,000 to the Middle East," *Associated Press*, June 30, 2005.
(http://www.mywebtimes.com/news/illinois_ap/witness-says-al-arian-co-defendant-sent-to-the-middle/article_9533c078-b9c2-522e-9d6e-48fd41be15c3.html)

Jonathan Schanzer                                                    May 12, 2016

to 37 months in a U.S. prison for "conspiracy to make or receive contributions of funds, goods, or services to or for the benefit of a Specially Designated Terrorist."[67]

**Recommendations and Conclusions**

Mr. Chairman, FDD has not seen any evidence that AMP is engaged in any illicit activity. But we remain deeply concerned that individuals connected to entities that were previously implicated in terrorism finance can so easily regroup with such scant oversight. That is why, in my April 19 testimony, I stated that the IRS needs to pay more attention to the prior histories of Section 501 entities and their officers or directors.

It should be required that nonprofits disclose in their IRS 990 and 1023 forms the roles of its leaders (board members and executives) in organizations that earned Treasury or State Department designations, Treasury actions like Block Pending Investigations (BPI), or litigation in which their organization was found liable for material support for terrorism. This is a transparency issue at its core.

The IRS might consider studying the British model for charity oversight. In the UK, the Charity Commission monitors the charitable sector for organizations that are run by extremists.[68] This oversight has not stopped individuals from exercising their right to free speech according to the laws of their country. But the Commission has ensured that, in the most egregious cases, if there are any organizations that have abused the system, they do not receive tax breaks. The goal, according to the Commission's website, is "to ensure that the public can support charities with confidence."[69] Again, we do not conclude that AMP's activities would warrant any regulatory sanctions, but we do believe that Americans have a right to know what we have uncovered.

Finally, there is a broader question this subcommittee may wish to ask the federal government: Does the Treasury Department still issue designations of U.S.-based charities like Holy Land Foundation or KindHearts? After eight high-profile terrorist designations of domestic charities between 2001 and 2009,[70] the pace has slowed to a crawl. This subcommittee has the power to ask why, who should be leading this effort, and whether more resources should be devoted to the problem.

On behalf of the Foundation for Defense of Democracies, thank you again for inviting me to testify.

---

[67] Meg Laughlin, "Al-Arian associate gets prison," *Tampa Bay Times*, July 26, 2006. (http://www.sptimes.com/2006/07/26/Tampabay/Al_Arian_associate_ge.shtml)
[68] Andrew Gilligan, "Extremists to be purged from charity boards under new law," *The Telegraph* (UK), September 19, 2015. (http://www.telegraph.co.uk/news/uknews/terrorism-in-the-uk/11877560/Extremists-to-be-purged-from-charity-boards-under-new-law.html)
[69] UK Charity Commission, "What we do," accessed May 9, 2016. (https://www.gov.uk/government/organisations/charity-commission)
[70] Holy Land Foundation (2001), Benevolence International Foundation (2002), Global Relief Foundation (2002), Islamic American Relief Agency (2004), Al-Haramain Islamic Foundation (2004), Goodwill Charitable Organization (2007), Tamil Rehabilitation Organization (2007), and Tamil Foundation (2009). U.S. Department of the Treasury, "Designated Charities and Potential Fundraising Front Organizations for FTOs (listed by affiliation and designation date)," April 5, 2016. (https://www.treasury.gov/resource-center/terrorist-illicit-finance/Pages/protecting-fto.aspx)

# EXHIBIT 3

# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

STANLEY BOIM, Individually and as
Administrator of the Estate of David Boim,
deceased; and JOYCE BOIM,

      Plaintiffs,

v.

AMERICAN MUSLIMS FOR PALESTINE;
AMERICANS FOR JUSTICE IN PALESTINE
EDUCATIONAL FOUNDATION; RAFEEQ
JABER; ABDELBASSET HAMAYEL; AND
OSAMA ABUIRSHAID,

      Defendants.

Civil No. 17-cv-03591

Hon. Sharon Johnson Coleman

Hon. Sidney I. Schenkier

## PLAINTIFFS' JURISDICTION DOCUMENT REQUESTS

Pursuant to Federal Rules of Civil Procedure 26 and 34 and the Court's Minute Entry dated January 4, 2018 [Dkt. 50], plaintiffs STANLEY BOIM, Individually and as Administrator of the Estate of David Boim, deceased, and JOYCE BOIM request that defendants AMERICAN MUSLIMS FOR PALESTINE ("AMP"), AMERICANS FOR JUSTICE IN PALESTINE EDUCATIONAL FOUNDATION ("AJP"), RAFEEQ JABER, ABDELBASSET HAMAYEL and OSAMA ABUIRSHAID produce for inspection and copying, in accordance with the definitions and instructions set forth at the conclusion of these requests, the documents requested below within thirty (30) days hereof at the offices of Locke Lord LLP, 111 South Wacker Drive, Chicago, Illinois 60606.

## REQUESTS TO PRODUCE DOCUMENTS

1. All documents you or any defendant may rely upon, present or seek to introduce as evidence in connection with any motion or hearing to determine or challenge the existence of the Court's subject matter jurisdiction in this case.

2. All certificates of incorporation or other formation documents, registrations, revocations, by-laws, qualifications to operate in any state, or other documents filed with the secretary of state of any state by or on behalf of either Entity Defendant or any chapter, regional office or affiliate.

3. All documents relating to any "voluntary organization," unincorporated organization, or other precursor organization that pre-existed the formation of either Entity Defendant. Include in your response any documents relating to AMP's contention that it was founded in 2005 as a "strictly volunteer" organization.

4. All documents relating to the decision(s) to create or form any Entity Defendant or precursor organization.

5. All documents relating to the hierarchy and structure of either Entity Defendant. Include in your response organization charts, reporting structures, lists of officers, directors and employees, and documents relating to the relationship of the Entity Defendant to chapters, regional officers and affiliates.

6. All documents reflecting or relating to the meetings, decisions and actions of either Entity Defendant's board of directors (or governing body), including without limitation meeting minutes, resolutions, consents, election or appointment of officers and directors, and actions taken without meetings.

7. All documents constituting or relating to either Entity Defendant's filings with the Internal Revenue Service or other taxing authority, including without limitation the Entity Defendant's filings of Form 990 and any tax returns.

8. All documents in Respondent's possession, custody or control relating to the *Boim* Judgment, enforcement efforts in connection with the *Boim* Judgment, or any actual or potential criminal investigation or prosecution of any *Boim* Defendant.

9. All documents relating to the cessation of the operations, wind-up, or dissolution of any *Boim* Defendant or affiliate, including documents relating to the decision to stop operating.

10. All documents relating to any Assets that at one time were owned or possessed by any *Boim* Defendant and that, at any time, were received (directly or indirectly) or came to be possessed or owned by Respondent.

11. All documents relating to the mission, objectives, purposes, and goals of either Entity Defendant.

12. All documents relating to any statement, endorsement or position by either Entity Defendant (or any representative), or espoused in any conference, meeting, event, social media post, website, blog, advertisement, solicitation, publication, fundraiser, chat session or communication sponsored, placed, posted or promulgated by an Entity Defendant (or its representatives), regarding Hamas, the Palestinian Authority, perpetrators of terror attacks (and their families) in Israel, the use of suicide bombings, rocket attacks or other violence to achieve political objectives, or the legitimacy of the state of Israel.

13. All publications, blogs, web page content, social media posts, communications with potential donors or sponsors, fundraising documents, advertisements, newsletters,

3

conference materials, children's publications, re-prints, translations, or other documents written, prepared, published, promulgated, posted, linked to, or distributed by or at the direction of either Entity Defendant (or any representative).

14. All recordings, video recordings, transcripts, notes or other documents recording or reflecting the content of any meeting, speech, conference, presentation, fundraiser or event that either Entity Defendant (or any representative) sponsored, hosted, delivered or supported.

15. All communications with, and documents relating to payments to or from, any speakers, sponsors, partners, and attendees of conferences, meetings, fundraisers or other events conducted, sponsored or promoted by either Entity Defendant.

16. All documents relating to fundraising activities conducted, sponsored, promoted, advertised, authorized or participated in by either Entity Defendant, including fundraising for the benefit of other organizations.

17. All documents relating to income generated by either Entity Defendant other than through the fundraising activities referenced in the preceding request.

18. All documents relating to any legal defense or campaign or effort to obtain pardons, amnesty or release from imprisonment of any officer, director or representative of HLF or any affiliate (including the so-called "HLF 5"). Include in your response documents relating to any direct or indirect support for such campaigns or efforts (e.g. through solicitations, speaking opportunities, publications or advertisements).

19. Documents relating to the registration and maintenance of any website, blog, social media account, or internet domain name owned, controlled, created or maintained by or on behalf of Respondent.

4

20.     All documents relating to relationships, dealings, contracts, communications, sponsorship, support, affiliation, sharing of leadership or personnel, or transfers of funds (directly or through intermediate organizations) between Respondent and any Network Entity or Network Person.

21.     All documents relating to the use, recipient(s) and disposition of funds raised by either Entity Defendant (or any affiliate), including funds raised on behalf of other organizations. Include in your response any transfer of funds (directly or indirectly) to any person, organization or entity outside of the United States, including entities, organizations or authorities in Gaza or the West Bank.

22.     All documents relating to any transfers of funds between AJP and AMP.

23.     Copies in your possession, custody and control of *Al-Zaytounah* and *Al-Meezan* and all documents relating to the creation and promulgation of these publications, including the decision to cease publishing *Al-Zaytounah* and the decision to begin publishing *Al-Meezan*.

24.     All documents relating to annual conferences held by IAP (or any affiliate) or either Entity Defendant, including without limitation documents relating to speakers, agendas, publicity, participants, sponsors, organizations with booths, partners, attendees, the cessation of IAP conferences, and the commencement of AMP conferences.

25.     All documents relating to the event in Detroit, Michigan in 2015 sponsored by AMP (and/or affiliates), which raised approximately $200,000 for charitable purposes in Gaza. (*See* https://www.eremnews.com/news/ arab-world/249203)

26.     All documents relating to any representative of Respondent appearing as a speaker, presenter or panelist at any fundraiser, meeting, conference or event sponsored by persons or entities other than Respondent.

5

27.     All documents that Respondent obtained directly or indirectly from any *Boim* Defendant. This request includes any copies of paper documents, electronic transmissions or electronically stored information now in Respondent's possession, custody or control that were at any time in the possession, custody or control of a *Boim* Defendant.

28.     All documents relating to preventing or avoiding liability for the *Boim* Judgment or civil or criminal liability under the federal Anti-Terrorism Act or any other anti-terrorism statute.

29.     For defendants Abdelbasset Hamayel and Osama Abuirshaid, documents related to your move to the United States and any travel to the United States prior to December 31, 1996.

30.     For the Individual Defendants, all documents related to any employment, volunteer role, leadership role, consulting role, professional services role, or officer or director position you held with any *Boim* Defendant (or affiliate, chapter or regional office) at any time.

31.     For the Individual Defendants, all documents reflecting any employment, volunteer role, leadership role, consulting role, professional services role, or officer or director position you held or hold with AMP, AJP, the Mosque Foundation (or Bridgeview Mosque), KindHearts, or any affiliate, chapter, division or regional office of AMP or AJP. Include in your response documents relating to any compensation you received and any work you performed

32.     For the Individual Defendants, all documents supporting or relating to any assertion set forth in your declaration filed on or about June 12, 2017 in support of defendants' motion to dismiss this matter.

6

33.     For the Individual Defendants, documents relating to any travel to the Middle East during which you attended or participated in any meeting, conference or event or met with any representative of any Islamic or Palestinian organization or entity.

34.     For Defendant Abuirshaid, all documents relating to your attendance at any Conference for Palestinians Abroad ("PalesAbroad"), including the PalesAbroad event in Istanbul in February 2017, and a PalesAbroad event in Amman, Jordan. Include in your response any transcript, notes or other document reflecting any remarks or speech you gave, and any list of speakers, organizers and attendees at the conference.

35.     All documents identified, referred to or relied upon in preparing your responses to plaintiffs' jurisdiction interrogatories.

## DEFINITIONS AND INSTRUCTIONS

A.     The term "Respondent" shall refer to each defendant responding to these document requests. Each Respondent shall provide all responsive documents in its or his possession, custody or control; however, identical documents in the possession, custody or control of multiple defendants need only be produced once. "You" or "your" shall refer to each Respondent responding to these interrogatories.

B.     The term "Document" shall refer to and include all documents, including both English and Arabic versions where applicable, electronically stored information, and tangible things within the scope of Federal Rule of Civil Procedure 34. "Documents" shall include, without limitation, any written, recorded, graphic, computerized or sound reproduction, however produced, reproduced or prepared including, but not limited to, all correspondence, emails, email attachments, blogs, website content, social media posts and account information, newsletters, memoranda, reports, telegrams, notes, notices, notebooks, newspaper articles, publications, databases, spreadsheets, computer files, accounting records, financial records, financial reports and other analysis work, and any corporate minutes and diaries including desk calendars, notes, agreements, contracts, licenses, leases, permits, statements, photography, slides, canceled checks and receipts for same. The term "document" shall further include all rough drafts, retained copies and originals and any marginal recordings of conversations and the like. If a document has been prepared in several copies, or additional copies have been made and the copies are not identical, (or by reason of subsequent modifications of the copy by additional or notations, or other modifications, are no longer identical) each non-identical copy is a separate "document." The term document also includes all attachments, enclosure of documents affixed or referred to

in any documents identified in response to any of the following requests, and all metadata associated with any such documents.

C.    The term "Individual Defendants" shall refer collectively to defendants Rafeeq Jaber, Abdelbasset Hamayel, and Osama Abuirshaid, each of which shall be referred to individually as an "Individual Defendant."

D.    The term "*Boim* Action" shall refer to the action entitled *Boim v. Quranic Literacy Institute*, No. 00-cv-2905, filed in this Court.

E.    The term "HLF" shall mean and refer to the Holy Land Foundation for Relief and Development.

F.    The term "IAP" shall mean and include the Islamic Association for Palestine, along with its affiliates, chapters and divisions.

G.    The term "KindHearts" shall mean and refer to KindHearts for Charitable Relief and Development.

H.    For purposes of the discovery requested herein, the term "*Boim* Defendants" shall refer to HLF, American Muslim Society, IAP and United Association for Studies and Research, each of which shall individually be referred to as a "*Boim* Defendant."

I.    The term "*Boim* Judgment" shall mean and include, collectively, the judgments rendered in the *Boim* Action against the *Boim* Defendants.

J.    The term "Assets" shall include tangible and intangible assets and shall include, but is not limited to, funds, property, documents, contracts, computer systems, servers, e-mail systems, data, information, and donor or sponsor lists.

K.    The term "Network Entity" shall mean and include any one or more of the following: American Middle East League for Palestine; Anera; Baitulmaal, Inc.; Benevolence International Foundation; Global Relief Foundation; Helping Hands for Relief and Development; Hamas; ICNA Relief; IHH Humanitarian Relief Foundation; Islamic Relief Foundation; Interpal; KindHearts; Life for Relief and Development; Middle East Financial Services; The Mosque Foundation (or Bridgeview Mosque); Muslim American Society; the Muslim Brotherhood; Palestinian Children's Relief Fund; any branch of the Palestine Committee; Union of Good; United Muslim Relief; Unlimited Friends Association for Social Development; Viva Palestina; Zakat Foundation of America; any *Boim* Defendant; any charitable, humanitarian, political or educational organization in Gaza or the West Bank; and any branch of the acting governmental authorities in Gaza or the West Bank.

L.     The term "Network Person" shall mean and include any one or more of the following: Khaled Abughazaleh; Omar Ahmad; Nihad Awad; Shukri Abu Baker; Muhammad Alkik; Hatem Bazian; Khalil Demir (also known Halil Demir); Sana'a Abed Daoud; Salah Daoud; Ghassan Elashi; George Galloway; Sheikh Mohammad Al Hanooti; Oussama Jamal; Sheikh Bassam Jarrar; Ayman Jarwan; Hussein al-Khatib; Khalil al-Khaya; Mousa Abu Marzook; Mohammad El-Mezain; Kifah Mustapha; Sufian Nabhan; Ashraf Nubani; Magdi Odeh; Yusuf Qaradawi; Mohamed Qatanani; Nabil Sadoun; Sheikh Jamal Said, Ra'ed Salah; Sabri Samirah; Salah Sarsour; Yousef Shahin; Khaled Smaili; any of the Individual Defendants (other than Respondent); any current or former officer, director, employee or representative of any *Boim* Defendant; and any representative or affiliate of a Network Entity.

M.     The term "social media" includes any social networking, business networking, video or photograph sharing, or other internet-based social media site, including without limitation Facebook, Twitter, LinkedIn, Google+, YouTube, Instagram, Pinterest, Tumblr, Snapchat, Reddit, Flickr, Foursquare, Kik and WhatsApp.

N.     The terms "all" and "each" and "every" shall be construed as all and each.

O.     The term "relating to" shall be construed broadly and shall mean and include "pertaining to," "reflecting," "comprising," "constituting," "summarizing," "recording," or "arising from."

P.     The connectives "and" and "or" shall be construed either disjunctively or conjunctively as necessary to bring within the scope of the discovery request all responses that might otherwise be construed to be outside of its scope.

Q.     The use of the singular form of any word includes the plural and vice versa.

R.     The term "communication" shall mean and include all oral, electronic and written communications, including without limitations letters, e-mails, memoranda, oral conversations and telephone calls.

S.     If you withhold any document based on any claim of privilege or other protection, provide a log describing the document in sufficient detail for plaintiffs to evaluate the claim of privilege or other protection and setting forth:

- the statute, rule or decision which is claimed to give rise to the privilege or protection;
- the last known custodian of the document and the present location of the document;
- any attachments to the document;
- the number of pages comprising the document; and
- whether the document is handwritten, typewritten or otherwise prepared.

T.    Unless otherwise stated, these requests seek documents generated, received or transmitted on or after January 1, 2004.

U.    If after producing responsive documents, you obtain or become aware of any further documents responsive to these requests, you are required to seasonably supplement your response to any such request.

V.    All responsive documents within your possession, custody or control shall be produced, including documents located at or maintained by any chapter, regional office, affiliate, officer, director, agent or representative.

Dated: January 18, 2018

Respectfully submitted,

*[signature]*

Stephen J. Landes
W. Allen Woolley
Michael B. Kind
Joshua Fliegel
LOCKE LORD LLP
111 South Wacker Drive
Chicago, IL 60606
(312) 201-2772
*Attorneys for Stanley Boim, Individually and as the Administrator of the Estate of David Boim, Deceased, and Joyce Boim*

Of Counsel
Nathan Lewin (pro hac vice)
Alyza D. Lewin (pro hac vice)
LEWIN & LEWIN LLP
888 17th Street NW, 4th Floor
Washington, DC 20006
(202) 828-1000

Daniel I. Schlessinger
JASZCZUK P.C.
311 South Wacker Drive, Suite 1775
Chicago, Illinois 60606
(312) 442-0509

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that she caused a copy of the above and foregoing PLAINTIFFS' JURISDICTION DOCUMENT REQUESTS to be served upon the following:

Chares D. Swift
cswift@clcma.org
Christina A. Jump
cjump@clcma.org
Constitutional Law Center for Muslims in America
833 E. Arapaho Rd, Suite 102
Richardson, TX 75081
Phone: (972) 914-2507
Fax: (972) 692-7454

by emailing and sending by U.S. Mail, postage pre-paid, the same on January 18, 2018.

11

# EXHIBIT 4

## UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

STANLEY BOIM, Individually and as
Administrator of the Estate of David Boim,
deceased; and JOYCE BOIM,

      Plaintiffs,

v.

AMERICAN MUSLIMS FOR PALESTINE;
AMERICANS FOR JUSTICE IN PALESTINE
EDUCATIONAL FOUNDATION; RAFEEQ
JABER; ABDELBASSET HAMAYEL; AND
OSAMA ABUIRSHAID,

      Defendants.

Civil No. 17-cv-03591

Hon. Sharon Johnson Coleman

Hon. Sidney I. Schenkier

### PLAINTIFFS' JURISDICTION INTERROGATORIES TO
### DEFENDANTS AMERICAN MUSLIMS FOR PALESTINE AND
### AMERICANS FOR JUSTICE IN PALESTINE EDUCATIONAL FOUNDATION

Pursuant to Federal Rules of Civil Procedure 26 and 33 and the Court's Minute Entry

dated January 4, 2018 [Dkt. 50], plaintiffs STANLEY BOIM, Individually and as Administrator

of the Estate of David Boim, deceased, and JOYCE BOIM, request that each of defendants

AMERICAN MUSLIMS FOR PALESTINE ("AMP") and AMERICANS FOR JUSTICE IN

PALESTINE EDUCATIONAL FOUNDATION ("AJP") serve verified answers to the following

interrogatories, in accordance with the definitions and instructions set forth at the conclusion of

these interrogatories, within thirty (30) days of service.

### INTERROGATORIES

1.     Identify all persons who have knowledge of the issues and factual assertions

raised in defendants' motion to dismiss for alleged lack of subject matter jurisdiction [Dkt 31]

filed in this case.

AM 67722461.7

2.      Identify all persons who may provide testimony or declarations in connection with any motion or hearing to determine or challenge the existence of the Court's subject matter jurisdiction in this case. For each, identify the person's anticipated testimony and all facts or information pertinent to the Court's subject matter jurisdiction upon which the person would be competent to testify.

3.      For each year from Respondent's inception forward, identify: all members of Respondent's board of directors or other governing body; Respondent's officers and other employees; and all chapters, offices, locations, affiliates, regional operations and divisions of Respondent that exist or have existed at any time.

4.      Describe the structure and hierarchy of Respondent, including the leadership and reporting structure, and the responsibilities of each officer, manager and employee. If the structure or hierarchy has changed over time since Respondent's inception, describe and provide the dates and nature of the changes.

5.      Describe the creation and formation of Respondent. In your description, identify the date and place of Respondent's incorporation; any voluntary or unincorporated organizations that pre-existed the formation of Respondent; all persons involved in the incorporation or creation of Respondent and any precursor organization; and all documents related to the formation of Respondent and any precursor organization.

6.      List all physical addresses (with office suite numbers) where Respondent has at any time maintained offices or conducted operations, including locations used by any chapter, regional office, division, affiliate organization or representative of Respondent.

2

7.      Identify all Assets that were at any time owned or possessed by any *Boim* Defendant and were later received (directly or indirectly) or came to be possessed or owned by Respondent.

8.      Identify all relationships, affiliations, sharing of leadership or personnel, contracts, dealings, communications, sponsorship, support, or transfers of funds (directly or through intermediate organizations) between Respondent and any Network Entity or Network Person.

9.      Identify all persons, entities or organizations to which Respondent has provided funding or support for fundraising (including without limitation by direct funding, promotion at conferences and events, booths at conferences, advertisements, website links or solicitations).

10.     Identify all donors, sponsors or funders of Respondent (including any chapter, regional office or affiliate of Respondent). For each, indicate the amount and date(s) of the funding and whether, to Respondent's knowledge, the donor, sponsor or funder ever provided funds to any *Boim* Defendant.

11.     Identify all speakers, presenters and moderators who have appeared at any conference, meeting or other event conducted or sponsored by Respondent.

12.     Identify any website, blog, social media account, or internet domain name owned, controlled, created or maintained by or on behalf of Respondent at any time. For each, identify all persons who administer, manage, edit, supervise, or provide content; identify any associated domain name, username, or URL; and identify all persons who have authority to post, delete, alter or supplement the content.

3

AM 67722461.7

## DEFINITIONS AND INSTRUCTIONS

A.     The term "Respondent" shall refer to each defendant responding to these interrogatories.  Each Respondent shall provide separate answers, verified in accordance with Federal Rule of Civil Procedure 33.  "You" or "your" shall refer to each Respondent responding to these interrogatories.

B.     The term "Document" shall refer to and include all documents, including both English and Arabic versions where applicable, electronically stored information, and tangible things within the scope of Federal Rule of Civil Procedure 34.  "Documents" shall include, without limitation, any written, recorded, graphic, computerized or sound reproduction, however produced, reproduced or prepared including, but not limited to, all correspondence, emails, email attachments, blogs, website content, social media posts and account information, newsletters, memoranda, reports, telegrams, notes, notices, notebooks, newspaper articles, publications, databases, spreadsheets, computer files, accounting records, financial records, financial reports and other analysis work, and any corporate minutes and diaries including desk calendars, notes, agreements, contracts, licenses, leases, permits, statements, photography, slides, canceled checks and receipts for same.  The term "document" shall further include all rough drafts, retained copies and originals and any marginal recordings of conversations and the like.  If a document has been prepared in several copies, or additional copies have been made and the copies are not identical, (or by reason of subsequent modifications of the copy by additional or notations, or other modifications, are no longer identical) each non-identical copy is a separate "document." The term document also includes all attachments, enclosure of documents affixed or referred to in any documents identified in response to any of the following requests, and all metadata associated with any such documents.

C.     The term "Individual Defendants" shall refer collectively to defendants Rafeeq Jaber, Abdelbasset Hamayel, and Osama Abuirshaid, each of which shall be referred to individually as an "Individual Defendant."

D.     The term "Entity Defendants" shall refer collectively to defendants AMP and AJP, each of which shall be referred to individually as an "Entity Defendant."

E.     The term "*Boim* Action" shall refer to the action entitled *Boim v. Quranic Literacy Institute*, No. 00-cv-2905, filed in this Court.

F.     For purposes of the discovery requested herein, the term "*Boim* Defendants" shall refer to HLF, AMS, IAP and UASR, each of which shall individually be referred to as a "*Boim* Defendant."

G.     The term "*Boim* Judgment" shall mean and include, collectively, the judgments rendered in the *Boim* Action against the *Boim* Defendants.

H.     The term "Assets" shall include tangible and intangible assets and shall include, but is not limited to, funds, property, documents, contracts, computer systems, servers, e-mail systems, data, information, and donor or sponsor lists.

AM 67722461.7

I.      The term "Network Entity" shall mean and include any one or more of the following:  American Middle East League for Palestine; Anera; Baitulmaal, Inc.; Benevolence International Foundation; Global Relief Foundation; Helping Hands for Relief and Development; Hamas; ICNA Relief; IHH Humanitarian Relief Foundation; Islamic Relief Foundation; Interpal; KindHearts; Life for Relief and Development; Middle East Financial Services; The Mosque Foundation (or Bridgeview Mosque); Muslim American Society; the Muslim Brotherhood; Palestinian Children's Relief Fund; any branch of the Palestine Committee; Union of Good; United Muslim Relief; Unlimited Friends Association for Social Development; Viva Palestina; Zakat Foundation of America; any *Boim* Defendant; any charitable, humanitarian, political or educational organization in Gaza or the West Bank; and any branch of the acting governmental authorities in Gaza or the West Bank.

J.      The term "Network Person" shall mean and include any one or more of the following:  Khaled Abughazaleh; Omar Ahmad; Nihad Awad; Shukri Abu Baker; Muhammad Alkik; Hatem Bazian; Khalil Demir (also known Halil Demir); Sana'a Abed Daoud; Salah Daoud; Ghassan Elashi; George Galloway; Sheikh Mohammad Al Hanooti; Oussama Jamal; Sheikh Bassam Jarrar; Ayman Jarwan; Hussein al-Khatib; Khalil al-Khaya; Mousa Abu Marzook; Mohammad El-Mezain; Kifah Mustapha; Sufian Nabhan; Ashraf Nubani; Magdi Odeh; Yusuf Qaradawi; Mohamed Qatanani; Nabil Sadoun; Sheikh Jamal Said, Ra'ed Salah; Sabri Samirah; Salah Sarsour; Yousef Shahin; Khaled Smaili; any of the Individual Defendants (other than Respondent); any current or former officer, director, employee or representative of any *Boim* Defendant; and any representative or affiliate of a Network Entity.

K.      The term "social media" includes any social networking, business networking, video or photograph sharing, or other internet-based social media site, including without limitation Facebook, Twitter, LinkedIn, Google+, YouTube, Instagram, Pinterest, Tumblr, Snapchat, Reddit, Flickr, Foursquare, Kik and WhatsApp.

L.      The terms "all" and "each" and "every" shall be construed as all and each.

M.      The term "relating to" shall be construed broadly and shall mean and include "pertaining to," "reflecting," "comprising," "constituting," "summarizing," "recording," or "arising from."

N.      The term "communication" shall mean and include all oral, electronic and written communications, including without limitations letters, e-mails, memoranda, oral conversations and telephone calls.

O.      The term "identify" shall mean:

- With respect to a person, to set forth his or her:  (a) full name (in English and in Arabic characters, if applicable); (b) title or position; (c) present or last known business and home addresses and telephone numbers; and (d) present or last known employer or affiliation.

- With respect to an entity, to state the entity's name, address, telephone number, name of registered agent, state of incorporation or registration, address of main

office or location and address of local or branch or location involved in this matter.

- With respect to a <u>document</u>, to set forth: (a) the date of the document; (b) the name(s) and address(es) of the author(s) and signatory(s) of the document; (c) the title or type of document; (d) the name(s), address(es) of person(s) to whom the document was addressed, or who received copies of the document; (e) the custodian of the document; (f) all persons known to the respondent to have seen the document or participated in communications about the document; (g) a brief description of the nature and subject matter of the document; and (h) the location of the document.

- With respect to a <u>communication</u> to state: (a) the date and place of such communication; (b) the identity of each person who was present at or who participated in such communication; (c) the type of communication (e.g., letter, telegram, conference, telephone conversation); (d) the substance of such communication; and (e) the identity of each document reflecting, comprising, or referring to, such communication.

- With respect to a <u>fact or any other item of information</u>, to (a) state the fact or item of information; (b) identify the person(s) who became aware of the fact or item of information; (c) state how the person(s) became aware of the fact or item of information; (d) state the date(s) on which the person(s) became aware of the fact or item of information; and (e) identify any documents which contain the fact or item of information.

P.    The connectives "and" and "or" shall be construed either disjunctively or conjunctively as necessary to bring within the scope of the discovery request all responses that might otherwise be construed to be outside of its scope.

Q.    The use of the singular form of any word includes the plural and vice versa.

R.    If you withhold any information based on any claim of privilege or other protection, provide a statement describing the withheld in sufficient detail for plaintiffs to evaluate the claim of privilege or other protection and the statute, rule or decision which is claimed to give rise to the privilege or protection.

S.    Unless otherwise stated, the time period for these interrogatories shall be all times on or after January 1, 2004.

T.    If after responding, you obtain or become aware of any further information responsive to these interrogatories, you are required to seasonably supplement your response.

AM 67722461.7

Dated: January 18, 2018

Respectfully submitted,

Stephen J. Landes
W. Allen Woolley
Michael B. Kind
Joshua Fliegel
LOCKE LORD LLP
111 South Wacker Drive
Chicago, IL 60606
(312) 201-2772
*Attorneys for Stanley Boim, Individually and as
the Administrator of the Estate of David Boim,
Deceased, and Joyce Boim*

Of Counsel
Nathan Lewin (pro hac vice)
Alyza D. Lewin (pro hac vice)
LEWIN & LEWIN LLP
888 17th Street NW, 4th Floor
Washington, DC 20006
(202) 828-1000

Daniel I. Schlessinger
JASZCZUK P.C.
311 South Wacker Drive Suite 1775
Chicago, Illinois 60606
(312) 442-0509

7

AM 67722461.7

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that she caused a copy of the above and foregoing PLAINTIFFS' JURISDICTION INTERROGATORIES TO DEFENDANTS AMERICAN MUSLIMS FOR PALESTINE AND AMERICANS FOR JUSTICE IN PALESTINE EDUCATIONAL FOUNDATION to be served upon the following:

> Chares D. Swift
> cswift@clcma.org
> Christina A. Jump
> cjump@clcma.org
> Constitutional Law Center for Muslims in America
> 833 E. Arapaho Rd, Suite 102
> Richardson, TX 75081
> Phone: (972) 914-2507
> Fax: (972) 692-7454

by emailing and sending by U.S. Mail, postage pre-paid, the same on January 18, 2018.

W. Allen Woolley

AM 67722461.7

# EXHIBIT 5

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| STANLEY BOIM, Individually and as Administrator of the Estate of David Boim, deceased; and JOYCE BOIM, <br><br> Plaintiffs, <br><br> v. <br><br> AMERICAN MUSLIMS FOR PALESTINE; AMERICANS FOR JUSTICE IN PALESTINE EDUCATIONAL FOUNDATION; RAFEEQ JABER; ABDELBASSET HAMAYEL; AND OSAMA ABUIRSHAID, <br><br> Defendants. | Civil No. 17-cv-03591 <br><br> Hon. Sharon Johnson Coleman <br><br> Hon. Sidney I. Schenkier |

**PLAINTIFFS' JURISDICTION
INTERROGATORIES TO DEFENDANTS RAFEEQ JABER,
ABDELBASSET HAMAYEL AND OSAMA ABUIRSHAID**

Pursuant to Federal Rules of Civil Procedure 26 and 33 and the Court's Minute Entry

dated January 4, 2018 [Dkt. 50], plaintiffs STANLEY BOIM, Individually and as Administrator

of the Estate of David Boim, deceased, and JOYCE BOIM, request that each of defendants

RAFEEQ JABER, ABDELBASSET HAMAYEL, and OSAMA ABUIRSHAID serve verified

answers to the following interrogatories, in accordance with the definitions and instructions set

forth at the conclusion of these interrogatories, within thirty (30) days of service.

**INTERROGATORIES**

1.     Identify all persons who have knowledge of the issues and factual assertions

raised in defendants' motion to dismiss for alleged lack of subject matter jurisdiction [Dkt 31]

filed in this case.

AM 67724346.3

2.      Identify all persons who may provide testimony or declarations in connection with any motion or hearing to determine or challenge the existence of the Court's subject matter jurisdiction in this case.  For each, identify the person's anticipated testimony and all facts or information pertinent to the Court's subject matter jurisdiction upon which the person would be competent to testify.

3.      Identify all Assets that were at any time owned or possessed by any *Boim* Defendant and were later received (directly or indirectly) or came to be possessed or owned by Respondent.

4.      Identify any website, blog, social media account, or internet domain name owned, controlled, created or maintained by or on behalf of Respondent at any time that has contained content relating to any *Boim* Defendant or any Entity Defendant.  For each, identify any associated domain name, username, or URL.

5.      To the extent not covered in your declaration supporting defendants' motion to dismiss, state the date and place of your birth, list all places (cities and countries) in which you have resided at any time, state when you first moved to the United States, and provide dates of all of your travel to the United States prior to December 31, 1996.

6.      To the extent not covered in your declaration supporting defendants' motion to dismiss, identify and describe any relationship, employment, volunteer role, officer or director position, affiliation, communication, speaking engagement, or other dealings you had with any Network Entity at any time.  Include in your description the dates during which you held any position, your title, your responsibilities, the person(s) to whom you reported, any compensation you received and the person or entity who paid the compensation.

2

7.    Identify all relationships, dealings and communications between Respondent and any Network Entity or Network Person.

8.    For defendant Osama Abu Irshaid only, with respect to your attendance and participation at any Conference for Palestinians Abroad ("PalesAbroad"), including the PalesAbroad event in Istanbul in February 2017, and the PalesAbroad event in Amman, Jordan, identify:  the person(s) or organization(s) who invited you to attend or participate; the person(s) or organization(s) who paid for the trip (or any portion thereof); and any speech or remarks you gave during the trip.

## DEFINITIONS AND INSTRUCTIONS

B.    The term "Respondent" shall refer to each defendant responding to these interrogatories.  Each Respondent shall provide separate answers, verified in accordance with Federal Rule of Civil Procedure 33.  "You" or "your" shall refer to each Respondent responding to these interrogatories.

C.    The term "Document" shall refer to and include all documents, including both English and Arabic versions where applicable, electronically stored information, and tangible things within the scope of Federal Rule of Civil Procedure 34.  "Documents" shall include, without limitation, any written, recorded, graphic, computerized or sound reproduction, however produced, reproduced or prepared including, but not limited to, all correspondence, emails, email attachments, blogs, website content, social media posts and account information, newsletters, memoranda, reports, telegrams, notes, notices, notebooks, newspaper articles, publications, databases, spreadsheets, computer files, accounting records, financial records, financial reports and other analysis work, and any corporate minutes and diaries including desk calendars, notes, agreements, contracts, licenses, leases, permits, statements, photography, slides, canceled checks and receipts for same.  The term "document" shall further include all rough drafts, retained copies and originals and any marginal recordings of conversations and the like.  If a document has been prepared in several copies, or additional copies have been made and the copies are not identical, (or by reason of subsequent modifications of the copy by additional or notations, or other modifications, are no longer identical) each non-identical copy is a separate "document." The term document also includes all attachments, enclosure of documents affixed or referred to in any documents identified in response to any of the following requests, and all metadata associated with any such documents.

AM 67724346.3

D.     The term "Individual Defendants" shall refer collectively to defendants Rafeeq Jaber, Abdelbasset Hamayel, and Osama Abuirshaid, each of which shall be referred to individually as an "Individual Defendant."

E.     The term "Entity Defendants" shall refer collectively to defendants AMP and AJP, each of which shall be referred to individually as an "Entity Defendant."

F.     The term "*Boim* Action" shall refer to the action entitled *Boim v. Quranic Literacy Institute*, No. 00-cv-2905, filed in this Court.

G.     For purposes of the discovery requested herein, the term "*Boim* Defendants" shall refer to Holy Land Foundation for Relief and Development, American Muslim Society, Islamic Association for Palestine (along with its affiliates, chapters and divisions), and United Association for Studies and Research, each of which shall individually be referred to as a "*Boim* Defendant."

H.     The term "*Boim* Judgment" shall mean and include, collectively, the judgments rendered in the *Boim* Action against the *Boim* Defendants.

I.     The term "Assets" shall include tangible and intangible assets and shall include, but is not limited to, funds, property, documents, contracts, computer systems, servers, e-mail systems, data, information, and donor or sponsor lists.

J.     The term "Network Entity" shall mean and include any one or more of the following:  American Middle East League for Palestine; Anera; Baitulmaal, Inc.; Benevolence International Foundation; Global Relief Foundation; Helping Hands for Relief and Development; Hamas; ICNA Relief; IHH Humanitarian Relief Foundation; Islamic Relief Foundation; Interpal; KindHearts; Life for Relief and Development; Middle East Financial Services; The Mosque Foundation (or Bridgeview Mosque); Muslim American Society; the Muslim Brotherhood; Palestinian Children's Relief Fund; any branch of the Palestine Committee; Union of Good; United Muslim Relief; Unlimited Friends Association for Social Development; Viva Palestina; Zakat Foundation of America; any *Boim* Defendant; any charitable, humanitarian, political or educational organization in Gaza or the West Bank; and any branch of the acting governmental authorities in Gaza or the West Bank.

K.     The term "Network Person" shall mean and include any one or more of the following:  Khaled Abughazaleh; Omar Ahmad; Nihad Awad; Shukri Abu Baker; Muhammad Alkik; Hatem Bazian; Khalil Demir (also known Halil Demir); Sana'a Abed Daoud; Salah Daoud; Ghassan Elashi; George Galloway; Sheikh Mohammad Al Hanooti; Oussama Jamal; Sheikh Bassam Jarrar; Ayman Jarwan; Hussein al-Khatib; Khalil al-Khaya; Mousa Abu Marzook; Mohammad El-Mezain; Kifah Mustapha; Sufian Nabhan; Ashraf Nubani; Magdi Odeh; Yusuf Qaradawi; Mohamed Qatanani; Nabil Sadoun; Sheikh Jamal Said, Ra'ed Salah; Sabri Samirah; Salah Sarsour; Yousef Shahin; Khaled Smaili; any of the Individual Defendants (other than Respondent); any current or former officer, director, employee or representative of any *Boim* Defendant; and any representative or affiliate of a Network Entity.

L.     The term "social media" includes any social networking, business networking, video or photograph sharing, or other internet-based social media site, including without

4

limitation Facebook, Twitter, LinkedIn, Google+, YouTube, Instagram, Pinterest, Tumblr, Snapchat, Reddit, Flickr, Foursquare, Kik and WhatsApp.

     M.     The terms "all" and "each" and "every" shall be construed as all and each.

     N.     The term "relating to" shall be construed broadly and shall mean and include "pertaining to," "reflecting," "comprising," "constituting," "summarizing," "recording," or "arising from."

     O.     The term "communication" shall mean and include all oral, electronic and written communications, including without limitations letters, e-mails, memoranda, oral conversations and telephone calls.

     P.     The term "identify" shall mean:

- With respect to a person, to set forth his or her: (a) full name (in English and in Arabic characters, if applicable); (b) title or position; (c) present or last known business and home addresses and telephone numbers; and (d) present or last known employer or affiliation.

- With respect to an entity, to state the entity's name, address, telephone number, name of registered agent, state of incorporation or registration, address of main office or location and address of local or branch or location involved in this matter.

- With respect to a document, to set forth: (a) the date of the document; (b) the name(s) and address(es) of the author(s) and signatory(s) of the document; (c) the title or type of document; (d) the name(s), address(es) of person(s) to whom the document was addressed, or who received copies of the document; (e) the custodian of the document; (f) all persons known to the respondent to have seen the document or participated in communications about the document; (g) a brief description of the nature and subject matter of the document; and (h) the location of the document.

- With respect to a communication to state: (a) the date and place of such communication; (b) the identity of each person who was present at or who participated in such communication; (c) the type of communication (e.g., letter, telegram, conference, telephone conversation); (d) the substance of such communication; and (e) the identity of each document reflecting, comprising, or referring to, such communication.

- With respect to a fact or any other item of information, to (a) state the fact or item of information; (b) identify the person(s) who became aware of the fact or item of information; (c) state how the person(s) became aware of the fact or item of information; (d) state the date(s) on which the person(s) became aware of the fact or item of information; and (e) identify any documents which contain the fact or item of information.

AM 67724346.3

Q.     The connectives "and" and "or" shall be construed either disjunctively or conjunctively as necessary to bring within the scope of the discovery request all responses that might otherwise be construed to be outside of its scope.

R.     The use of the singular form of any word includes the plural and vice versa.

S.     If you withhold any information based on any claim of privilege or other protection, provide a statement describing the withheld in sufficient detail for plaintiffs to evaluate the claim of privilege or other protection and the statute, rule or decision which is claimed to give rise to the privilege or protection.

T.     Unless otherwise stated, the time period for these interrogatories shall be all times on or after January 1, 2004.

U.     If after responding, you obtain or become aware of any further information responsive to these interrogatories, you are required to seasonably supplement your response.

Dated: January 18, 2018

Respectfully submitted,

Stephen J. Landes
W. Allen Woolley
Michael B. Kind
Joshua Fliegel
LOCKE LORD LLP
111 South Wacker Drive
Chicago, IL 60606
(312) 201-2772
*Attorneys for Stanley Boim, Individually and as the Administrator of the Estate of David Boim, Deceased, and Joyce Boim*

Of Counsel
Nathan Lewin (pro hac vice)
Alyza D. Lewin (pro hac vice)
LEWIN & LEWIN LLP
888 17th Street NW, 4th Floor
Washington, DC 20006
(202) 828-1000

Daniel I. Schlessinger
JASZCZUK P.C.
311 South Wacker Drive Suite 1775
Chicago, Illinois 60606
(312) 442-0509

AM 67724346.3

6

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that she caused a copy of the above and foregoing PLAINTIFFS' JURISDICTION INTERROGATORIES TO DEFENDANTS RAFEEQ JABER, ABDELBASSET HAMAYEL AND OSAMA ABUIRSHAID to be served upon the following:

Chares D. Swift
cswift@clcma.org
Christina A. Jump
cjump@clcma.org
Constitutional Law Center for Muslims in America
833 E. Arapaho Rd, Suite 102
Richardson, TX 75081
Phone: (972) 914-2507
Fax: (972) 692-7454

by emailing and sending by U.S. Mail, postage pre-paid, the same on January 18, 2018.

7