UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| STANLEY BOIM, Individually and as Administrator of the Estate of David Boim, deceased; and JOYCE BOIM,<br>    Plaintiffs,<br><br>    v.<br><br>AMERICAN MUSLIMS FOR PALESTINE; AMERICANS FOR JUSTICE IN PALESTINE EDUCATIONAL FOUNDATION; RAFEEQ JABER; ABDELBASSET HAMAYEL; AND OSAMA ABURISHAID,<br><br>    Defendants. | Civil No. 17-cv-03591<br><br>Hon. Sharon Johnson Coleman<br><br>Hon. Sidney I. Schenkier |

**DEFENDANTS' EMERGENCY MOTION TO QUASH AND
EMERGENCY MOTION FOR PROTECTIVE ORDER**

Pursuant to Fed. R. Civ. P. 26(c) and Fed. R. Civ. P. 45(d)(3), Defendants American Muslims for Palestine ("AMP"), Americans for Justice in Palestine Educational Foundation ("AJPEF"), Rafeeq Jaber ("Jabeer"), Abdelbasset Hamayel ("Hamayel"), and Osama Abu Irshaid (Irshaid) (collectively, "Defendants"), by and through undersigned counsel, hereby move this Honorable Court for the entry of an order quashing the deposition notices served by Plaintiff in excess of this Court's order for limited discovery solely as to jurisdiction, a protective order prohibiting Plaintiffs from seeking further discovery from Defendants in light of the extensive information already provided (over 4,500 pages and multiple flash drives with web and Facebook archives) until this Court considers full briefing on the pending Motions, and a protective order prohibiting Plaintiffs from serving additional discovery on Defendants at this stage in the proceeding without specific court approval. Defendants further seek a reset of the presentments in this matter currently set for tomorrow morning, May 17, 2018, at 8:45 a.m.

Counsel for Defendants has attempted to confer with counsel for Plaintiffs in this regard, and counsel for Plaintiffs states he is amenable to briefing on the Motion to Compel (Dckt. 54 and 56, filed Monday, May 14, 2018 at 3:08 p.m.), as long as Plaintiffs have commensurate opportunity to file a Reply to any Response filed by Defendants. Despite repeated requests for clarification, counsel for Plaintiffs did not provide clear guidance on his opposition or consent to resetting the current date for presentment of tomorrow, May 17, 2018. See Attachment A. Counsel for Defendants has received no response from counsel for Plaintiffs as to counsel for Defendants' request to confer on withdrawing the deposition notices sent to Defendants on Friday, May 11, 2018, at 3:51 p.m. *Id*.

A Brief in Support of this Motion, with further supporting materials, is attached hereto.

Respectfully submitted,

*/s/ Christina A. Jump*

Chares D. Swift,
Texas Bar No. 24091964
Christina A. Jump
Texas Bar No. 00795828
Constitutional Law Center for
Muslims in America
833 E. Arapaho Rd, Suite 102
Richardson, TX 75081
Phone: (972) 914-2507
Fax: (972) 692-7454
*Attorneys for Defendants*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFIY that on this 16th day of May 2018, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send a notice of electronic filing to all counsel of record.

/s/ Christina A. Jump
Christina A. Jump
*Attorney for Defendants*

## CERTIFICATE OF CONFERENCE

I HEREBY CERTIFIY that, in accordance with Local Rule 37.2, I attempted in good faith to confer with counsel for Plaintiffs to reach a resolution on the pending matters and current presentment dates. Unfortunately, I did not get a substantive response to my direct inquiries, as reflected in Attachment A to this Motion. In light of the upcoming presentment date of tomorrow, I chose to file this Motion with the Court today in the interests of judicial economy, and have tried in good faith to confer prior to this filing.

/s/ Christina A. Jump
Christina A. Jump
*Attorney for Defendants*