

111 South Wacker Drive
Chicago, IL 60606
Telephone: 312-443-0700
Fax: 312-443-0336
www.lockelord.com

Allen Woolley
Partner
Direct Telephone: 312-201-2676
Direct Fax: 855-595-1188
allen.woolley@lockelord.com

May 11, 2018

*Via E-Mail and U.S. Mail*
Christina A. Jump
Civil Litigation Department Head
Constitutional Law Center for Muslims in America
833 East Arapaho Road, Suite 102
Richardson, Texas 75081
*cjump@clcma.org*

    Re:    *Boim v. American Muslims for Palestine*, No. 17-cv-03591

Dear Christina:

    I am enclosing service copies of jurisdiction deposition notices for (i) Munjed Ahmad, (ii) Osama Abuirshaid, (iii) Abdelbasset Hamayel, and (iv) Rafeeq Jaber. We have included a proposed date for each deposition. However, we will work with you to schedule the depositions on reasonable, mutually convenient dates. In addition, we reserve the right to push the depositions back if necessary in the event we are still waiting for production of further documents or other written discovery

                              Very truly yours,

                              W. Allen Woolley

WAW/kls

Enclosures

AM 68855878.1

Atlanta | Austin | Boston | Chicago | Cincinnati | Dallas | Hartford | Hong Kong | Houston | London | Los Angeles | Miami
Morristown | New Orleans | New York | Providence | Sacramento | San Francisco | Stamford | Washington DC | West Palm Beach

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| STANLEY BOIM, Individually and as Administrator of the Estate of David Boim, deceased; and JOYCE BOIM,<br><br>Plaintiffs,<br><br>v.<br><br>AMERICAN MUSLIMS FOR PALESTINE; AMERICANS FOR JUSTICE IN PALESTINE EDUCATIONAL FOUNDATION; RAFEEQ JABER; ABDELBASSET HAMAYEL; AND OSAMA ABUIRSHAID,<br><br>Defendants. | Civil No. 17-cv-03591<br><br>Hon. Sharon Johnson Coleman<br><br>Hon. Sidney I. Schenkier |

## NOTICE OF JURISDICTION DEPOSITION OF MUNJED AHMAD

TO: Chares D. Swift (cswift@clcma.org) and
Christina A. Jump (cjump@clcma.org)
Constitutional Law Center for Muslims in America
833 E. Arapaho Rd, Suite 102
Richardson, TX 75081

**PLEASE TAKE NOTICE** that, pursuant to Federal Rule of Civil Procedure 30, Plaintiffs STANLEY BOIM, Individually and as Administrator of the Estate of David Boim, deceased; and JOYCE BOIM, by their attorneys, will take the following deposition, continuing from day to day until completed. The deposition will be held at the offices of Locke Lord LLP, 111 South Wacker Drive, Chicago, Illinois, 60606.

| **Deponent** | **Date** | **Time** |
|---|---|---|
| Munjed Ahmad | June 15, 2018 | 9:00 a.m. |

AM 68784320.2

This deposition will be taken before a notary public or other officer authorized to administer oaths and will be recorded by stenographic means. The deposition will be limited to matters pertinent to jurisdiction discovery and will be taken without waiving plaintiffs' right to take any appropriate additional deposition(s) in accordance with the Federal Rules of Civil Procedure and any applicable Court order.

Dated: May 11, 2018                              Respectfully submitted,

_____
Stephen J. Landes
W. Allen Woolley
Michael B. Kind
Joshua Fliegel
LOCKE LORD LLP
111 South Wacker Drive
Chicago, IL 60606
(312) 201-2772
*Attorneys for Stanley Boim, Individually and as the Administrator of the Estate of David Boim, Deceased, and Joyce Boim*
One of the Attorneys for Plaintiffs

Of Counsel
Nathan Lewin (*pro hac vice*)
Alyza D. Lewin (*pro hac vice*)
LEWIN & LEWIN LLP
888 17th Street NW, 4th Floor
Washington, DC 20006
(202) 828-1000
Daniel I. Schlessinger
JASZCZUK P.C.
311 South Wacker Drive, Suite 1775
Chicago, Illinois 60606
(312) 442-0509

## CERTIFICATE OF SERVICE

    The undersigned hereby certifies that he caused a copy of the above and foregoing Notice of Jurisdiction Deposition of Munjed Ahmad to be served upon the following by emailing and sending by U.S. Mail, postage pre-paid, the same on May 11, 2018:

Chares D. Swift
cswift@clcma.org
Christina A. Jump
cjump@clcma.org
Constitutional Law Center for Muslims in America
833 E. Arapaho Rd, Suite 102
Richardson, TX 75081
Phone: (972) 914-2507
Fax: (972) 692-7454

*/s/ W. Allen Woolley*

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| STANLEY BOIM, Individually and as Administrator of the Estate of David Boim, deceased; and JOYCE BOIM,<br><br>Plaintiffs,<br><br>v.<br><br>AMERICAN MUSLIMS FOR PALESTINE; AMERICANS FOR JUSTICE IN PALESTINE EDUCATIONAL FOUNDATION; RAFEEQ JABER; ABDELBASSET HAMAYEL; AND OSAMA ABUIRSHAID,<br><br>Defendants. | Civil No. 17-cv-03591<br><br>Hon. Sharon Johnson Coleman<br><br>Hon. Sidney I. Schenkier |

## NOTICE OF JURISDICTION DEPOSITION OF OSAMA ABUIRSHAID

TO: Chares D. Swift (cswift@clcma.org) and
Christina A. Jump (cjump@clcma.org)
Constitutional Law Center for Muslims in America
833 E. Arapaho Rd, Suite 102
Richardson, TX 75081

PLEASE TAKE NOTICE that, pursuant to Federal Rule of Civil Procedure 30, Plaintiffs STANLEY BOIM, Individually and as Administrator of the Estate of David Boim, deceased; and JOYCE BOIM, by their attorneys, will take the following deposition, continuing from day to day until completed. The deposition will be held at the offices of Locke Lord LLP, 111 South Wacker Drive, Chicago, Illinois, 60606.

| **Deponent** | **Date** | **Time** |
|---|---|---|
| Osama Abuirshaid | June 18, 2018 | 9:00 a.m. |

AM 68783570.2

     This deposition will be taken before a notary public or other officer authorized to administer oaths and will be recorded by stenographic means. The deposition will be limited to matters pertinent to jurisdiction discovery and will be taken without waiving plaintiffs' right to take any additional deposition(s) in accordance with the Federal Rules of Civil Procedure and any applicable Court order.

Dated: May 11, 2018                                 Respectfully submitted,

                                                          /s/ W. Allen Woolley
                                      Stephen J. Landes
                                      W. Allen Woolley
                                      Michael B. Kind
                                      Joshua Fliegel
                                      LOCKE LORD LLP
                                      111 South Wacker Drive
                                      Chicago, IL 60606
                                      (312) 201-2772
                                      *Attorneys for Stanley Boim, Individually and as the Administrator of the Estate of David Boim, Deceased, and Joyce Boim*
                                      One of the Attorneys for Plaintiffs

<u>Of Counsel</u>
Nathan Lewin (*pro hac vice*)
Alyza D. Lewin (*pro hac vice*)
LEWIN & LEWIN LLP
888 17th Street NW, 4th Floor
Washington, DC 20006
(202) 828-1000
Daniel I. Schlessinger
JASZCZUK P.C.
311 South Wacker Drive, Suite 1775
Chicago, Illinois 60606
(312) 442-0509

AM 68783570.2                                                          2

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that he caused a copy of the above and foregoing Notice of Jurisdiction Deposition of Osama Abuirshaid to be served upon the following by emailing and sending by U.S. Mail, postage pre-paid, the same on May 11, 2018:

Chares D. Swift
cswift@clcma.org
Christina A. Jump
cjump@clcma.org
Constitutional Law Center for Muslims in America
833 E. Arapaho Rd, Suite 102
Richardson, TX 75081
Phone: (972) 914-2507
Fax: (972) 692-7454

_____

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| STANLEY BOIM, Individually and as Administrator of the Estate of David Boim, deceased; and JOYCE BOIM,<br><br>　　　Plaintiffs,<br><br>v.<br><br>AMERICAN MUSLIMS FOR PALESTINE; AMERICANS FOR JUSTICE IN PALESTINE EDUCATIONAL FOUNDATION; RAFEEQ JABER; ABDELBASSET HAMAYEL; AND OSAMA ABUIRSHAID,<br><br>　　　Defendants. | Civil No. 17-cv-03591<br><br>Hon. Sharon Johnson Coleman<br><br>Hon. Sidney I. Schenkier |

### NOTICE OF JURISDICTION DEPOSITION OF ABDELBASSET HAMAYEL

TO:　Chares D. Swift (cswift@clcma.org) and
　　　Christina A. Jump (cjump@clcma.org)
　　　Constitutional Law Center for Muslims in America
　　　833 E. Arapaho Rd, Suite 102
　　　Richardson, TX 75081

**PLEASE TAKE NOTICE** that, pursuant to Federal Rule of Civil Procedure 30, Plaintiffs STANLEY BOIM, Individually and as Administrator of the Estate of David Boim, deceased; and JOYCE BOIM, by their attorneys, will take the following deposition, continuing from day to day until completed. The deposition will be held at the offices of Locke Lord LLP, 111 South Wacker Drive, Chicago, Illinois, 60606.

| **Deponent** | **Date** | **Time** |
|---|---|---|
| Abdelbasset Hamayel | June 20, 2018 | 9:00 a.m. |

AM 68784285.2

This deposition will be taken before a notary public or other officer authorized to administer oaths and will be recorded by stenographic means. The deposition will be limited to matters pertinent to jurisdiction discovery and will be taken without waiving plaintiffs' right to take any additional deposition(s) in accordance with the Federal Rules of Civil Procedure and any applicable Court order.

Dated: May 11, 2018

Respectfully submitted,

/s/ W. Allen Woolley

Stephen J. Landes
W. Allen Woolley
Michael B. Kind
Joshua Fliegel
LOCKE LORD LLP
111 South Wacker Drive
Chicago, IL 60606
(312) 201-2772
*Attorneys for Stanley Boim, Individually and as the Administrator of the Estate of David Boim, Deceased, and Joyce Boim*
One of the Attorneys for Plaintiffs

Of Counsel
Nathan Lewin (*pro hac vice*)
Alyza D. Lewin (*pro hac vice*)
LEWIN & LEWIN LLP
888 17th Street NW, 4th Floor
Washington, DC 20006
(202) 828-1000
Daniel I. Schlessinger
JASZCZUK P.C.
311 South Wacker Drive, Suite 1775
Chicago, Illinois 60606
(312) 442-0509

**CERTIFICATE OF SERVICE**

  The undersigned hereby certifies that he caused a copy of the above and foregoing Notice of Jurisdiction Deposition of Abdelbasset Hamayel to be served upon the following by emailing and sending by U.S. Mail, postage pre-paid, the same on May 11, 2018:

Chares D. Swift
cswift@clcma.org
Christina A. Jump
cjump@clcma.org
Constitutional Law Center for Muslims in America
833 E. Arapaho Rd, Suite 102
Richardson, TX 75081
Phone: (972) 914-2507
Fax: (972) 692-7454

*/s/ W. Allen Woolley*
_____

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| STANLEY BOIM, Individually and as Administrator of the Estate of David Boim, deceased; and JOYCE BOIM,<br><br>Plaintiffs,<br><br>v.<br><br>AMERICAN MUSLIMS FOR PALESTINE; AMERICANS FOR JUSTICE IN PALESTINE EDUCATIONAL FOUNDATION; RAFEEQ JABER; ABDELBASSET HAMAYEL; AND OSAMA ABUIRSHAID,<br><br>Defendants. | Civil No. 17-cv-03591<br><br>Hon. Sharon Johnson Coleman<br><br>Hon. Sidney I. Schenkier |

### NOTICE OF JURISDICTION DEPOSITION OF RAFEEQ JABER

TO: Chares D. Swift (cswift@clcma.org) and
Christina A. Jump (cjump@clcma.org)
Constitutional Law Center for Muslims in America
833 E. Arapaho Rd, Suite 102
Richardson, TX 75081

**PLEASE TAKE NOTICE** that, pursuant to Federal Rule of Civil Procedure 30, Plaintiffs STANLEY BOIM, Individually and as Administrator of the Estate of David Boim, deceased; and JOYCE BOIM, by their attorneys, will take the following deposition, continuing from day to day until completed. The deposition will be held at the offices of Locke Lord LLP, 111 South Wacker Drive, Chicago, Illinois, 60606.

| **Deponent** | **Date** | **Time** |
|---|---|---|
| Rafeeq Jaber | June 22, 2018 | 9:00 a.m. |

AM 68784182.2

      This deposition will be taken before a notary public or other officer authorized to administer oaths and will be recorded by stenographic means. The deposition will be limited to matters pertinent to jurisdiction discovery and will be taken without waiving plaintiffs' right to take any additional deposition(s) in accordance with the Federal Rules of Civil Procedure and any applicable Court order.

Dated: May 11, 2018

Respectfully submitted,

/s/ W. Allen Woolley
Stephen J. Landes
W. Allen Woolley
Michael B. Kind
Joshua Fliegel
LOCKE LORD LLP
111 South Wacker Drive
Chicago, IL 60606
(312) 201-2772
*Attorneys for Stanley Boim, Individually and as the Administrator of the Estate of David Boim, Deceased, and Joyce Boim*
One of the Attorneys for Plaintiffs

Of Counsel
Nathan Lewin (*pro hac vice*)
Alyza D. Lewin (*pro hac vice*)
LEWIN & LEWIN LLP
888 17th Street NW, 4th Floor
Washington, DC 20006
(202) 828-1000
Daniel I. Schlessinger
JASZCZUK P.C.
311 South Wacker Drive, Suite 1775
Chicago, Illinois 60606
(312) 442-0509

AM 68784182.2     2

## CERTIFICATE OF SERVICE

    The undersigned hereby certifies that he caused a copy of the above and foregoing Notice of Jurisdiction Deposition of Rafeeq Jaber to be served upon the following by emailing and sending by U.S. Mail, postage pre-paid, the same on May 11, 2018:

Chares D. Swift
cswift@clcma.org
Christina A. Jump
cjump@clcma.org
Constitutional Law Center for Muslims in America
833 E. Arapaho Rd, Suite 102
Richardson, TX 75081
Phone: (972) 914-2507
Fax: (972) 692-7454

_____
W. Allen Woolley

AM 68784182.2 3
68784182v.1