| | |
|---|---|
| **From:** | Christina Jump |
| **To:** | "Woolley, Allen"; Landes, Stephen |
| **Cc:** | Charles Swift; Leila Mustafa |
| **Subject:** | RE: Motion for Extension to allow Response [LL-America.FID3847873] |
| **Date:** | Wednesday, May 16, 2018 3:53:00 PM |

My email of 10:01 a.m. yesterday morning, which was less than three business hours after the filing of your Motion to Compel, clearly informs you that we will be filing "a motion for extension of the presentment time" and asks for you to let us know "if you are opposed or unopposed to that request." You responded that you would be amenable to our filing a Response if you could file a Reply with equal time, but never responded as to whether you are opposed or unopposed to moving the date for presentment. In the future, I will do my best to be as clear as possible, as I was in my 1:45 p.m. email of today.

Despite my earlier efforts to confer with more time in advance of the currently set presentment date, at this stage obviously my ability to physically get to Chicago is less than it was and therefore, now also an issue.

As to the conditions you propose, I will abide by all applicable court Rules. As to your suggested condition that we agree not to "tacitly file" "another discovery motion", that is outside the scope of the Rules. My emails to you of earlier today clearly reference a possible Motion to Quash as to depositions, which you address in your email below, so any claim of surprise on your part as to that topic is disingenuous. I will not relinquish any rights our clients have under the Rules as a mandated condition of a last-minute agreement on your part regarding a date change. That's simply not how this is done (anywhere).

**To summarize, I will follow all applicable Rules. With that in mind, please answer the simple question, still pending, of whether you are amenable to change the presentment date by agreement or not.**

If you are, I am amenable to either date you mention below, presuming you meant Tuesday, May 22 or Wednesday May 23. I can make either one work.

I remain amenable to discuss the possible need for Motions to Quash via telephone; your email below on that topic, however, does not seem to leave much room for middle ground or compromise. If I am misinterpreting and you are, in fact, amenable to discuss the possibility, I am at my desk right now. Please feel free to call at either number listed below. If now is not convenient for you, please propose an alternate time.

*Christina A. Jump*

Civil Litigation Department Head
Constitutional Law Center for Muslims in America
833 E. Arapaho Rd., Suite 102
Richardson, TX 75081
(972) 914-2507 (main)

(972) 914-2508 (direct)

---

**From:** Woolley, Allen [mailto:Allen.Woolley@lockelord.com]
**Sent:** Wednesday, May 16, 2018 3:17 PM
**To:** Christina Jump <cjump@clcma.org>; Landes, Stephen <Stephen.Landes@lockelord.com>
**Cc:** Charles Swift <cswift@clcma.org>; Leila Mustafa <lmustafa@clcma.org>
**Subject:** RE: Motion for Extension to allow Response [LL-America.FID3847873]

Christina,

This is the first time you have raised the issue of not being able to cover the hearing in Chicago tomorrow, and you still have not told me how long you want to extend the presentment. The Court has telephonic appearance procedures and local counsel rules to allow hearings to go forward with out-of-town counsel. However, if (contrary to your previous e-mails) your purpose is *solely* to make arrangements to be present in Chicago for the presentment of our motion (at which the Court can determine how it wants to proceed and whether it wants to entertain a response brief at this time or move in some other direction), we are prepared to move the presentment to next Tuesday, May 22 or Wednesday, May 22. We are *not* prepared to move the presentment if you plan to use the additional time tactically to file an unauthorized response brief (with no opportunity to reply) or another discovery motion. If you would like us to move the presentment, please let me know which date you prefer and confirm that you will not file a response or other discovery motion/paper before the presentment hearing. (You are, of course, free to request that the Court set a briefing schedule at the presentment, as is the normal practice in this District, and file any proper motion thereafter.)

With respect to the depositions, we will of course work with you on dates, as my cover letter indicated. We are not willing to forego the depositions. These deponents have submitted declarations that have been used (or may be used in Ahmad's case) to support a jurisdiction motion. Their depositions are squarely within the scope of jurisdiction discovery.

Best regards,

**W. Allen Woolley**
Partner
**Locke Lord LLP**
111 South Wacker Drive
Chicago, Illinois 60606
T: 312-201-2676
C: 773-255-1542
F: 312-416-4856
allen.woolley@lockelord.com
www.lockelord.com

---

**From:** Christina Jump [mailto:cjump@clcma.org]
**Sent:** Wednesday, May 16, 2018 1:45 PM
**To:** Woolley, Allen; Landes, Stephen
**Cc:** Charles Swift; Leila Mustafa
**Subject:** RE: Motion for Extension to allow Response [LL-America.FID3847873]
**Importance:** High

I understand that and have read all applicable rules. I appreciate the communication. However, we discussed previously that the Confidentiality Order would likely be taken without need for hearing by the parties. And, in light of our location in Texas, tomorrow morning presents a problem. Based on that, we had intended to confer with the court this week regarding whether appearance is necessary for the Confidentiality Order, when that was the only thing pending, or whether appearance could potentially be done by phone. That is why I requested communication from you yesterday, after our office received your motion at 4:00 pm Monday, as to whether you are opposed to moving the presentment date for both. I would still appreciate an answer on that.

**Please advise, one way or the other, if you are opposed to moving the presentment date.** As to the Agreed Confidentiality Order, we will seek to move that date in accordance with all applicable rules, if you do not respond or an agreement cannot be reached.

I understand your summary below. But, please answer with a clear affirmative or negative response, at least as to whether you are amenable to move the presentment date for your motion filed earlier this week. Thank you.


*Christina A. Jump*

Civil Litigation Department Head

Constitutional Law Center for Muslims in America

833 E. Arapaho Rd., Suite 102

Richardson, TX 75081

(972) 914-2507 (main)

(972) 914-2508 (direct)

---

**From:** Woolley, Allen [mailto:Allen.Woolley@lockelord.com]
**Sent:** Wednesday, May 16, 2018 1:27 PM
**To:** Christina Jump <cjump@clcma.org>; Landes, Stephen <Stephen.Landes@lockelord.com>
**Cc:** Charles Swift <cswift@clcma.org>; Leila Mustafa <lmustafa@clcma.org>
**Subject:** RE: Motion for Extension to allow Response [LL-America.FID3847873]

Christina,

The practice in the Northern District is generally to request briefing schedules at the presentment. For discovery motions, judges often do not want further briefs—but that is a matter for the court, not the parties, to decide. (See Judge Coleman's Standing Order on Discovery Motion Practice.) Again, we believe the proper procedure here is to appear tomorrow for the presentment (of both your motion and ours), and if you'd like to request a briefing schedule, you can do so at that time.

Best,

W. Allen Woolley
Partner
**Locke Lord LLP**
111 South Wacker Drive

Chicago, Illinois 60606
T: 312-201-2676
C: 773-255-1542
F: 312-416-4856
allen.woolley@lockelord.com
www.lockelord.com

---

**From:** Christina Jump [mailto:cjump@clcma.org]
**Sent:** Wednesday, May 16, 2018 12:28 PM
**To:** Woolley, Allen; Landes, Stephen
**Cc:** Charles Swift; Leila Mustafa
**Subject:** RE: Motion for Extension to allow Response

Let's try this again. Do you object to changing the presentment date and requesting a full briefing schedule as to the Motion to Compel?


*Christina A. Jump*

Civil Litigation Department Head
Constitutional Law Center for Muslims in America
833 E. Arapaho Rd., Suite 102
Richardson, TX 75081
(972) 914-2507 (main)
(972) 914-2508 (direct)

---

**From:** Woolley, Allen [mailto:Allen.Woolley@lockelord.com]
**Sent:** Tuesday, May 15, 2018 2:35 PM
**To:** Christina Jump <cjump@clcma.org>; Landes, Stephen <Stephen.Landes@lockelord.com>
**Cc:** Charles Swift <cswift@clcma.org>; Leila Mustafa <lmustafa@clcma.org>
**Subject:** RE: Motion for Extension to allow Response

Christina:

It is difficult to respond to this request without any indication of how long an extension you are seeking. However, under this Court's typical procedures, briefing schedules (if the Judge wants briefing) are set at the presentment, not through motions to extend the date for presentment. We set the presentment date for May 17 because you had already set the presentment for the confidentiality order for that date. Our preference would be to appear on that day, at which time the parties can get the confidentiality order entered and you can request a briefing schedule. If Judge Coleman wants briefing on our motion—which is the Court's decision—we would like to reply and would oppose any modification of the Court's procedures that would not give us an opportunity to request a reply and enough time to prepare it. That would be difficult to accomplish within the 14-day window permitted for presentment under LR 5.3(b)—which would, I believe, require presentment no later than the May 24 hearing date.

Best regards,

W. Allen Woolley
Partner
**Locke Lord LLP**
111 South Wacker Drive
Chicago, Illinois  60606
T: 312-201-2676
C: 773-255-1542
F: 312-416-4856
allen.woolley@lockelord.com
www.lockelord.com

---

**From:** Christina Jump [mailto:cjump@clcma.org]
**Sent:** Tuesday, May 15, 2018 10:01 AM
**To:** Woolley, Allen; Landes, Stephen
**Cc:** Charles Swift; Leila Mustafa
**Subject:** Motion for Extension to allow Response


We will be filing a motion for extension of the presentment time to allow for us to file a response to your motion to compel, filed late yesterday.
Please advise by 3:00 pm today if you are opposed or unopposed to that request.  If we don't hear from you, we will note that we were not able to receive a response by the time of filing our request.

Thank you.

*Christina A. Jump*

Civil Litigation Department Head

Constitutional Law Center for Muslims in America

833 E. Arapaho Rd., Suite 102

Richardson, TX  75081

(972) 914-2507 (main)

(972) 914-2508 (direct)



_____

Atlanta | Austin | Boston | Chicago | Cincinnati | Dallas | Hartford | Hong Kong | Houston | London | Los Angeles | Miami | Princeton | New Orleans | New York | Providence | San Francisco | Stamford | Washington DC | West Palm Beach

For more information visit www.lockelord.com

CONFIDENTIALITY NOTICE:
This e-mail and any attached files from Locke Lord LLP may contain information that is privileged, confidential and/or exempt from

disclosure under applicable law. If you are not the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you received this e-mail by accident, please notify the sender immediately and destroy this e-mail and all copies of it. We may scan and or monitor emails sent to and from our servers to ensure regulatory compliance to protect our clients and business.