UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 6.2.1
Eastern Division

Stanley Boim, et al.

                                                        Plaintiff,

v.                                                              Case No.: 1:17−cv−03591
                                                                           Honorable Sharon Johnson Coleman

American Muslims for Palestine, et al.

                                                        Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Thursday, May 17, 2018:

      MINUTE entry before the Honorable Sharon Johnson Coleman: Motion hearing held on 5/17/2018. Counsel for Defendants appeared by phone. Case is referred to Magistrate Judge Schenkier for discovery supervision and settlement. Defendants' motion for entry of agreed confidentiality order [52] and Plaintiffs' motion to compel complete responses to their first sets of jurisdiction document requests and interrogatories [54] are entered and continued to 6/5/2018 at 9:00 AM. Mailed notice. (ym, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.