**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.2.1**
**Eastern Division**

Stanley Boim, et al.

Plaintiff,

v.                                                        Case No.: 1:17−cv−03591
                                                          Honorable Sharon Johnson Coleman

American Muslims for Palestine, et al.

Defendant.

**ORDER REFERRING A CIVIL CASE TO THE**
**DESIGNATED MAGISTRATE JUDGE**

        Pursuant to Local Rule 72.1, this case is hereby referred to the calendar of
Honorable Sidney I. Schenkier for the purpose of holding proceedings related to:
discovery supervision and settlement conference. Mailed notice. (ym, )

Dated: May 17, 2018

                                                      /s/ Sharon Johnson Coleman

                                                      United States District Judge