UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.2.1
Eastern Division

Stanley Boim, et al.
                           Plaintiff,

v.                                                  Case No.: 1:17–cv–03591
                                                  Honorable Sharon Johnson Coleman

American Muslims for Palestine, et al.
                           Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, May 17, 2018:

      MINUTE entry before the Honorable Sidney I. Schenkier: The Court, sua sponte, sets the matter for a status hearing before the magistrate judge on 5/22/18 at 9:00 a.m. Mailed notice. (jj, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.