# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| STANLEY BOIM, et al., | |
| Plaintiffs | CASE NO. 1:17-CV-03591 |
| v. | Honorable Sharon Johnson Coleman |
| AMERICAN MUSLIMS FOR PALESTINE, et al, | Hon. Sidney I. Schenkier |
| Defendants. | |

## NOTICE OF DESIGNATION OF LOCAL COUNSEL

Defendants hereby file this Designation of Local Counsel, in accordance with Local Rule 83.15.

Please take note that Defendants hereby designate Thomas Anthony Durkin as local counsel in this matter. Defendants originally noted Mr. Durkin as local counsel when filing the Notices of Appearance of Charles D. Swift (Dckt. No. 20) and Christina A. Jump (Dckt. 26),[1] on June 1, 2017 and June 7, 2017, respectively. However, Mr. Durkin's Notice of Appearance as local counsel was inadvertently not filed at that time. Therefore, the Notice of Appearance of Thomas Anthony Durkin is being filed this same date by Mr. Durkin, a copy of which is attached hereto as Exhibit A to this Notice of Designation of Local Counsel.

---

[1] While Ms. Jump originally appeared pro hac vice in this matter, she has since been admitted to the Northern District of Illinois, as of February 20, 2018. Ms. Jump continues to represent the same parties, all defendants in this matter, as was noted in her Notice of Appearance Pro Hac Vice.

Dated this 21st day of May, 2018.

*/s/ Christina Jump*
Charles D. Swift
Texas Bar No. 24091964
Christina A. Jump
Texas Bar No. 00795828
Constitutional Law Center for
Muslims in America
833 E. Arapaho Rd, Suite 102
Richardson, TX 75081
Phone: (972) 914-2507
Fax: (972) 692-7454
*Attorney for Defendants*

Thomas Anthony Durkin
ID No. 0697966
2446 N. Clark Street
Chicago, IL 60614
Tel: 312-981-0123
Fax: 312-913-9235
tdurkin@durkinroberts.com
*Local Counsel for Defendants*

## CERTIFICATE OF SERVICE

On May 21, 2018, I electronically filed the forgoing with the clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all attorneys of record.

.

*/s/ Christina Jump*
Christina A. Jump
