# EXHIBIT A

**U.S. District Court for the Northern District Of Illinois**
**Attorney Appearance Form**

Case Title:                                   Case Number:

An appearance is hereby filed by the undersigned as attorney for: Osama Abuirshaid, Rafeeq Jaber, Abdelbaset Hamayel, American Muslims for Palestine, and Americans for Justice in Palestine Educational Foundation, Defendants (as local counsel)

Attorney name (type or print):  Thomas Anthony Durkin

Firm:  Durkin & Roberts

Street address:  2446 N. Clark Street

City/State/Zip:  Chicago, IL  60614

Bar ID Number:  069766             Telephone Number:  (312) 981-0123
(See item 3 in instructions)

Email Address:  tdurkin@durkinroberts.com

| | Yes | No |
|---|---|---|
| Are you acting as lead counsel in this case? | Yes | No |
| Are you acting as local counsel in this case? | Yes | No |
| Are you a member of the court's trial bar? | Yes | No |
| If this case reaches trial, will you act as the trial attorney? | Yes | No |

If this is a criminal case, check your status.    Retained Counsel

Appointed Counsel
If appointed counsel, are you
a    Federal Defender

CJA Panel Attorney

_____

In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by local rules 83.12 through 83.14. I declare under penalty of perjury that the foregoing is true and correct. Under 28 U.S.C.§1746, this statement under perjury has the same force and effect as a sworn statement made under oath.

Executed on

Attorney signature:    S/_____
(Use electronic signature if the appearance form is filed electronically.)

Revised  8/1/2015