# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| STANLEY BOIM, Individually and as Administrator of the Estate of David Boim, deceased; and JOYCE BOIM,<br>Plaintiffs,<br><br>v.<br><br>AMERICAN MUSLIMS FOR PALESTINE; AMERICANS FOR JUSTICE IN PALESTINE EDUCATIONAL FOUNDATION; RAFEEQ JABER; ABDELBASSET HAMAYEL; AND OSAMA ABURISHAID,<br>Defendants. | Civil No. 17-cv-03591<br><br>Hon. Sharon Johnson Coleman<br><br>Hon. Sidney I. Schenkier<br><br><br>**Set for Presentment on June 5, 2018 at 9:00 a.m.** |

## DEFENDANTS' MOTION TO QUASH AND MOTION FOR PROTECTIVE ORDER REGARDING REQUESTED DISCOVERY

Pursuant to Fed. R. Civ. P. 26(c) and Fed. R. Civ. P. 45(d)(3), Defendants American Muslims for Palestine ("AMP"), Americans for Justice in Palestine Educational Foundation ("AJPEF"), Rafeeq Jaber ("Jaber"), Abdelbaset Hamayel ("Hamayel"), and Osama Abuirshaid (Abuirshaid) (collectively, "Defendants"), by and through undersigned counsel, hereby move this Honorable Court for the entry of an order quashing the deposition notices served by Plaintiffs in excess of this Court's order for limited discovery solely as to jurisdiction, a protective order prohibiting Plaintiffs from seeking further discovery from Defendants in light of the extensive information already provided (over 4,500 pages and multiple flash drives with web and Facebook archives) until this Court considers full briefing on the pending Motions, and a protective order prohibiting Plaintiffs from serving additional discovery on Defendants at this stage in the

proceeding without specific court approval.[1]  Defendants set this Motion for Presentment on the same date on which other pending discovery matters are set, of June 4, 2018 at 9:00 a.m.

**Local Rule 37.2 Certification**: Counsel for Defendants has conferred with counsel for Plaintiffs in this regard consistent with Local Rule 37.2.  Counsel for Plaintiffs has stated that (1) the depositions will move forward and (2) in light of Plaintiffs' own Motion to Compel pending in this matter, Plaintiffs seek more, not less, discovery in this matter.  Counsel for Defendants offered several times for discussing this matter over the telephone, but counsel for Plaintiffs responded only through email.  See Exhibit A hereto (Emails reflecting communications).

In accordance with this Court's Motion Practice, this Motion is set for presentment on June 5, 2018 at 9:00 a.m.

A Brief in Support of this Motion, with further supporting materials, is attached hereto.

Respectfully submitted,

/s/ *Christina A. Jump*
Charles D. Swift,
Texas Bar No. 24091964
Christina A. Jump
Texas Bar No. 00795828
Constitutional Law Center for
Muslims in America
833 E. Arapaho Rd, Suite 102
Richardson, TX 75081
Phone: (972) 914-2507
Fax: (972) 692-7454
*Attorneys for Defendants*

---

[1] Defendants filed an Emergency Motion on May 16, 2018 (Dckt. 58-60) seeking this relief as well as a reset of the date of presentment which took place on May 17, 2018 on the 8:45 a.m. docket. This instant Motion addresses the same substance as Docket Nos. 58-60, without the original "emergency" need which pertained to the earlier May 17, 2018 presentment date.  And, consistent with this Court's Order on May 17, 2018 (Dckt. 61), this Motion is now set for presentment at the same date and time ordered by this Court for the other pending discovery motions in this matter, of June 5, 2018 at 9:00 a.m.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFIY that on this 21st day of May 2018, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send a notice of electronic filing to all counsel of record.

*/s/ Christina A. Jump*
Christina A. Jump
*Attorney for Defendants*

## CERTIFICATE OF CONFERENCE

I HEREBY CERTIFIY that, in accordance with Local Rule 37.2, I attempted in good faith to confer with counsel for Plaintiffs to reach a resolution on the referenced matters. As noted in the body of this Motion and the attached Exhibit A, we were unfortunately not able to reach a resolution.

*/s/ Christina A. Jump*
Christina A. Jump
*Attorney for Defendants*
