# U.S. District Court for the Northern District Of Illinois
## Attorney Appearance Form

Case Title: Stanley Boim et. al v. American Muslims for Palestine, et. al

Case Number: 17-cv-03591

An appearance is hereby filed by the undersigned as attorney for: Osama Abuirshaid, Rafeeq Jaber, Abdelbaset Hamayel, American Muslims for Palestine, and Americans for Justice in Palestine Educational Foundation, Defendants (as local counsel)

Attorney name (type or print): Thomas Anthony Durkin

Firm: Durkin & Roberts

Street address: 2446 N. Clark Street

City/State/Zip: Chicago, IL 60614

Bar ID Number: 069766
(See item 3 in instructions)

Telephone Number: (312) 981-0123

Email Address: tdurkin@durkinroberts.com

| | Yes | No |
|---|---|---|
| Are you acting as lead counsel in this case? | | ✓ |
| Are you acting as local counsel in this case? | ✓ | |
| Are you a member of the court's trial bar? | ✓ | |
| If this case reaches trial, will you act as the trial attorney? | | ✓ |

If this is a criminal case, check your status.
☐ Retained Counsel
☐ Appointed Counsel
  If appointed counsel, are you
  ☐ Federal Defender
  ☐ CJA Panel Attorney

_____

In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by local rules 83.12 through 83.14. I declare under penalty of perjury that the foregoing is true and correct. Under 28 U.S.C.§1746, this statement under perjury has the same force and effect as a sworn statement made under oath.

Executed on May 21, 2018

Attorney signature: S/ Thomas Anthony Durkin
(Use electronic signature if the appearance form is filed electronically.)

Revised 8/1/2015