UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.2.1
Eastern Division

Stanley Boim, et al.

Plaintiff,

v.  Case No.: 1:17−cv−03591
Honorable Sharon Johnson Coleman

American Muslims for Palestine, et al.

Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Tuesday, May 22, 2018:

MINUTE entry before the Honorable Sidney I. Schenkier: Status hearing held. Defendants' counsel, Christina Anne Jump, appears by telephone conference. The parties report on the status of the case. For the reasons stated on the record and by no later than 5/29/18, the parties are to file a joint status report as to whether there is any objection to Magistrate Judge Schenkier presiding over discovery in the case. Defendants' motion for entry of agreed confidentiality order (doc. #[52]) is granted. The parties are further instructed to submit their proposed agreed confidentiality order to Judge Schenkier's proposed order box by no later than the close of business day today. Defendants' emergency motion to quash and emergency motion for protective order (doc. #[58]) is terminated, as it is superseded by defendants' recently filed motion to quash and motion for protective order regarding requested discovery (doc. #[65]). By agreement, the Courts sets a briefing schedule regarding plaintiff's motion to compel complete responses to their first sets of jurisdiction document requests and interrogatories (doc. #[54]) and defendants' motion to quash and motion for protective order regarding requested discovery (doc. #[65]) as follows: the parties' responses are due by 5/29/18; the parties' replies are due by 6/05/18. The Court will notify the parties as to whether it wishes to hear oral argument on the motions. The matter is set for a status hearing before the magistrate judge on 6/20/18 at 9:30 a.m. Mailed notice. (jj, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.