IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| STANLEY BOIM, INDIVIDUALLY AND AS ADMINISTRATOR OF THE ESTATE OF DAVID BOIM, DECEASED, AND JOYCE BOIM,<br><br>     Plaintiffs,<br><br> v.<br><br>AMERICAN MUSLIMS FOR PALESTINE; AMERICANS FOR JUSTICE IN PALESTINE EDUCATIONAL FOUNDATION; RAFEEQ JABER; ABDELBASSET HAMAYEL; AND OSAMA ABUIRSHAID,<br><br>     Defendants. | Civil No. 17-cv-03591<br><br>Hon. Sharon Johnson Coleman<br><br>**Hon. Sidney I. Schenkier** |

## JOINT STATUS REPORT AS TO ANY OBJECTION TO JUDGE SCHENKIER PRESIDING OVER DISCOVERY

Pursuant to this Court's Minute Order of May 22, 2018, the parties submit the following Joint Status Report as to whether there is any objection to Magistrate Judge Schenkier presiding over discovery in the above-captioned matter:

  1. The parties have no objection to Judge Schenkier presiding over discovery in this matter.

Dated: May 29, 2018

Respectfully submitted,

| | |
|---|---|
|     */s/ W. Allen Woolley* |     */s/ Christina A. Jump* |
| Stephen J. Landes | Charles D. Swift, Texas Bar No. 24091964 |
| W. Allen Woolley | (*admitted pro hac vice*) |
| Michael B. Kind | Christina A. Jump, Texas Bar No. 00795828 |
| Joshua Fliegel | (*original appearance made pro hac vice; currently admitted to the General and Trial bars of the Northern District of Illinois*) |
| LOCKE LORD LLP | |
| 111 South Wacker Drive | |
| Chicago, IL 60606 | Constitutional Law Center for Muslims in America |
| (312) 201-2772 | |
| *Attorneys for Stanley Boim, Individually and as the Administrator of the Estate of David Boim, Deceased, and Joyce Boim* | 833 E. Arapaho Rd, Suite 102 |
| | Richardson, TX 75081 |
| | Phone: (972) 914-2507 |
| | Fax: (972) 692-7454 |
| | *Attorneys for American Muslims For Palestine; Americans For Justice In Palestine Educational Foundation; Rafeeq Jaber; Abdelbaset Hamayel; and Osama Abuirshaid* |
| | |
| <u>Of Counsel</u> | Thomas Anthony Durkin |
| Nathan Lewin (*pro hac vice*) | ID No. 0697966 |
| Alyza D. Lewin (*pro hac vice*) | (*Local Counsel for Defendants*) |
| LEWIN & LEWIN LLP | 2446 N. Clark Street |
| 888 17th Street NW, 4th Floor | Chicago, IL 60614 |
| Washington, DC 20006 | Tel: 312-981-0123 |
| (202) 828-1000 | Fax: 312-913-9235 |
| | tdurkin@durkinroberts.com |
| Daniel I. Schlessinger | |
| JASZCZUK P.C. | |
| 311 South Wacker Drive, Suite 1775 | |
| Chicago, Illinois 60606 | |
| (312) 442-0509 | |

## **CERTIFICATE OF SERVICE**

The undersigned attorney certifies that on May 29, 2018 he caused the foregoing JOINT STATUS REPORT AS TO ANY OBJECTION TO JUDGE SCHENKIER PRESIDING OVER DISCOVERY to be served by electronically filing with the Clerk of the Court for the Northern District of Illinois using the CM/ECF system, and thereby serving by e-mail notification upon counsel for all parties of record.

                                                                    */s/ W. Allen Woolley*