UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 6.2.2
Eastern Division

Stanley Boim, et al.
                            Plaintiff,

v.                                                    Case No.: 1:17−cv−03591
                                                        Honorable Sharon Johnson Coleman

American Muslims for Palestine, et al.
                            Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Friday, June 1, 2018:

      MINUTE entry before the Honorable Sharon Johnson Coleman:No appearance is necessary before the District Court on 6/5/2018 at 9:00 a.m. The motions to quash and for protective order [65] that are noticed for presentment before this Court on 6/5/2018 have been referred to Magistrate Judge Schenkier, Status hearing set for 7/30/2018 at 9:00 a.m. Mailed notice(ca, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.