# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| STANLEY BOIM, INDIVIDUALLY AND AS ADMINISTRATOR OF THE ESTATE OF DAVID BOIM, DECEASED, AND JOYCE BOIM,<br><br>Plaintiffs,<br><br>v.<br><br>AMERICAN MUSLIMS FOR PALESTINE; AMERICANS FOR JUSTICE IN PALESTINE EDUCATIONAL FOUNDATION; RAFEEQ JABER; ABDELBASSET HAMAYEL; AND OSAMA ABUIRSHAID,<br><br>Defendants. | Civil No. 17-cv-03591<br><br>Hon. Sharon Johnson Coleman<br><br>**Hon. Sidney I. Schenkier** |

## MOTION FOR LEAVE TO FILE DOCUMENTS PROVISIONALLY UNDER SEAL

Pursuant to L.R. 26.2(c), plaintiffs move to file their (i) Surreply in Support of their Motion to Compel Complete Responses to their First Set of Documents and Interrogatories ("Surreply"); and (ii) Motion to Remove Improper Confidentiality Designations ("Challenge Motion") electronically under seal. In support of this motion, plaintiffs state as follows:

1. On May 23, 2018, this Court entered an Agreed Confidentiality Order (Dkt. 71, the "Order") permitting parties producing materials in discovery to designate certain types of materials "CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER." Documents so designated can only be disclosed to certain categories of persons, including to the Court and its personnel. If a party seeks to file a document designated as confidential in connection with a motion, the Order directs the party to comply with L.R. 26.2. (Dkt. 71 ¶ 7.)

2. L.R. 26.2(c) requires a party wishing to file a document or portion of a document electronically under seal in connection with a motion, brief or other submission to: (1) provisionally file the document electronically under seal; (2) file electronically at the same time a

public-record version of the brief, motion or other submission with only the sealed document excluded; and (3) move the court for leave to file the document under seal.

3. Plaintiffs' Surreply contains an exhibit designated as confidential by the defendants and a description of the content that document in the text of the Surreply. Although plaintiffs are challenging (in the Challenge Motion) the designation of that document as confidential, the document is currently designated confidential and cannot at this time be filed in the public record under the terms of the Order.

4. Plaintiffs are also filing the Challenge Motion, which challenges the confidentiality designation of a number of documents produced by defendants. The Challenge Motion attaches the documents that have been designated confidential. Again, plaintiffs do not agree that the documents attached to the Challenge Motion were properly designated confidential, but at this time the documents cannot be filed in the public record under the terms of the Order.

5. Pursuant to L.R. 26.2(c), plaintiffs are provisionally filing the full versions Surreply and Challenge Motion electronically under seal. Plaintiffs are also electronically filing redacted public-record versions *not* under seal. This motion seeks leave (retroactively) to file the documents under seal, as required by L.R. 26.2(c).

6. However, in the event the Court grants the Challenge Motion, the Surreply and Challenge Motion will not need to remain under seal, and the Court should order either that (i) the full versions of the documents provisionally filed under seal be unsealed or (ii) plaintiffs be directed to file the full versions of the documents not under seal.

THEREFORE, for the foregoing reasons, plaintiffs request that the Court (i) grant them leave to file the Surreply and Challenge Motion and accompanying exhibits provisionally under

seal; (ii) in the event the Challenge Motion is granted, either direct that the full versions of the Surreply and Challenge Motion be unsealed or that plaintiffs publicly file full versions; and (iii) grant such further relief as the Court deems just and appropriate.

Dated: July 5, 2018

Respectfully submitted,

___/s/ W. Allen Woolley___
Stephen J. Landes
W. Allen Woolley
Michael B. Kind
Joshua Fliegel
LOCKE LORD LLP
111 South Wacker Drive
Chicago, IL 60606
(312) 201-2772
*Attorneys for Stanley Boim, Individually and as the Administrator of the Estate of David Boim, Deceased, and Joyce Boim*

<u>Of Counsel</u>
Nathan Lewin (*pro hac vice*)
Alyza D. Lewin (*pro hac vice*)
LEWIN & LEWIN LLP
888 17th Street NW, 4th Floor
Washington, DC 20006
(202) 828-1000

Daniel I. Schlessinger
Seth H. Corthell
JASZCZUK P.C.
311 South Wacker Drive, Suite 1775
Chicago, Illinois 60606
(312) 442-0509

# CERTIFICATE OF SERVICE

The undersigned attorney certifies that on July 5, 2018 he caused the foregoing **MOTION FOR LEAVE TO FILE DOCUMENTS PROVISIONALLY UNDER SEAL** to be served by electronically filing with the Clerk of the Court for the Northern District of Illinois using the CM/ECF system, and thereby serving by e-mail notification upon counsel for all parties of record.

           */s/ W. Allen Woolley*