# EXHIBITS 1-10

**(filed provisionally under seal)**