**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 6.2.2**
**Eastern Division**

Stanley Boim, et al.

                      Plaintiff,

v.                                                   Case No.: 1:17−cv−03591
                                                   Honorable Sharon Johnson Coleman

American Muslims for Palestine, et al.

                      Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Monday, July 9, 2018:

      MINUTE entry before the Honorable Sidney I. Schenkier: The Court **RESETS** the **TIME** of the status and motion hearings regarding plaintiffs' motion for leave to file documents provisionally under seal (doc. [80]), sealed motion to remove improper confidentiality designations (doc. [84]), and redacted motion to remove improper confidentiality designations (doc. #[85]) before the magistrate judge to **7/12/18 at 1:30 p.m.** Mailed notice. (jj, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.