UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| STANLEY BOIM, Individually and as Administrator of the Estate of David Boim, deceased; and JOYCE BOIM,<br>    Plaintiffs,<br><br>    v.<br><br>AMERICAN MUSLIMS FOR PALESTINE; AMERICANS FOR JUSTICE IN PALESTINE EDUCATIONAL FOUNDATION; RAFEEQ JABER; ABDELBASSET HAMAYEL; AND OSAMA ABURISHAID,<br><br>    Defendants. | Civil No. 17-cv-03591<br><br>Hon. Sharon Johnson Coleman<br><br>Hon. Sidney I. Schenkier |

**<u>OBJECTION TO PLAINTIFFS' SUR-REPLY FILED JULY 5, 2018 AND PLAINTIFFS' MOTION TO REMOVE CONFIDENTIALITY DESIGNATIONS</u>**

### I. RELEVANT BRIEFING

On May 22, 2018, this Court held a hearing, as reflected in the Minute Entry at Docket 69, in front of the Honorable Sidney I. Schenkier. Magistrate Judge Schenkier at that time issued a briefing schedule regarding the pending Motions (Dckt. Nos. 54 and 65):

> "… the parties' responses are due by 5/29/18; the parties' replies are due by 6/05/18."

Dckt. 69. This Court did not allow for sur-replies in that briefing schedule. In any event, had the Court intended to permit sur-replies without leave of Court, those would likely have been due near the time of the replies in this matter, of June 5, 2018.

This Court further set a hearing on this matter for June 20, 2018. Dckt. 69. That date was reset by the Court to July 5, 2018. Dckt. 78. At the request of Plaintiffs and with no objection by counsel for Defendants, this date was moved to July 12, 2018. Dckt. 79; *see also* Exhibit A, Correspondence from Allen Woolley of June 15, 2018 (stating his unavailability on the date of July 5, 2018 and requesting alternative dates, to which counsel for Defendants agreed).

## II. PLAINTIFFS' JULY 5, 2018 FILINGS AND DEFENDANTS' OBJECTIONS

On July 5, 2018, a full month after the deadline set by this Court for replies to the pending Motions, Plaintiffs filed a Sur-Reply regarding the relevant pending Motions, without requesting leave of this Court to do so (other than as to filing redacted or sealed documents). Dckt. Nos. 82 and 83. Plaintiffs further filed a Motion to Remove Confidentiality Designations on this date. Dckt. Nos. 84 and 85. Plaintiffs' counsel filed these motions on July 5, 2018 despite previously representing that counsel for Plaintiffs would not be available on this exact date (Exhibit A) and despite previously being informed that counsel for Defendants was unavailable the entire week of July 2-6, 2018. Exhibit B, Correspondence dated July 2, 2018 from the Litigation Paralegal to counsel for Defendants (responding to Mr. Woolley's email of 1:15 a.m. on Saturday, June 30, 2018 and informing counsel for Plaintiffs that defense counsel was out of the office on vacation that entire week, and would respond regarding conferring as to confidentiality designations the week of July 9, 2018).

The filing of the Sur-Reply is not permitted by this Court's briefing schedule as set forth in Docket No. 69. Plaintiffs' counsel did not seek nor did this Court grant leave to file additional briefing beyond that set forth in its Order of May 22, 2018 (Dckt. 69). And, the only reason the hearing on these motions did not take place on July 5, the date the Sur-Reply was filed, is because of the request of Plaintiffs' counsel due to stated unavailability, to which defense counsel agreed despite being present in Chicago and able to attend the hearing on that date, had it remained scheduled. Therefore, Defendants object to this document and respectfully request that this Court strike the pleading (located at both Dckt. Nos. 82 and 83).

Furthermore, the Motion to Remove Confidentiality Designations is in violation of Local Rule 37.2. Counsel for Plaintiffs knew that defense counsel was out of town on vacation on the day and week of this filing, and had been notified that defense counsel would respond upon return the week of July 9, 2018. Ex. B. To the extent that Plaintiffs' counsel asserts within this Motion

2

that Plaintiffs have complied with the provisions contained within the Confidentiality Order (Dckt. 71), implying without stating that this is in lieu of the need to comply with Local Rule 37.2, this too fails: the provisions of the Confidentiality Order require that the designating party respond to any challenge within five (5) days, and Plaintiffs' own Motion identifies ongoing discussions back and forth evidencing just such responses. Plaintiffs' counsel sent an email at 1:15 a.m. on Saturday, June 30, asking for a response by close of business Monday, July 2, 2018 and was informed prior to close of business on July 2 that defense counsel was unavailable until July 9; Plaintiffs' counsel filed the Motion on July 5 anyway. This, again, is despite Plaintiffs' counsel previously stating that they would be unavailable for the originally scheduled hearing on July 5, the same date the Motion to Remove Confidentiality Designations was filed.

For the reasons set forth above, Defendants object to the July 5, 2018 filing of both Plaintiffs' Sur-Reply (located at Docket Nos. 82 and 83) and Motion to Remove Confidentiality Designations (located at Docket Nos. 84 and 85), and respectfully request that this Court strike these filings. In the alternative, should this Court permit these filings to stand, Defendants request leave to file responsive briefing. Defendants further request that this Court rule, based on the permitted filings, responses and replies which are in compliance with this Court's Order of May 22, 2018 (Dckt. 69), that the limited jurisdictional discovery permitted in this matter is now complete for purposes of allowing Plaintiffs to more fully respond to Defendants' upcoming re-asserted Motion to Dismiss under Fed. Rule Civ. P. 12(b)(1), and for any such other relief to which Defendants may show themselves justly entitled.

\

        Respectfully submitted,

        */s/ Christina A. Jump*
        Charles D. Swift,
        Texas Bar No. 24091964
        Christina A. Jump
        Texas Bar No. 00795828
        Constitutional Law Center for
        Muslims in America
        833 E. Arapaho Rd, Suite 102
        Richardson, TX 75081
        Phone: (972) 914-2507
        Fax: (972) 692-7454
        *Attorneys for Defendants*

        Thomas Anthony Durkin
        ID No. 0697966
        2446 N. Clark Street
        Chicago, IL 60614
        Tel: 312-981-0123
        Fax: 312-913-9235
        tdurkin@durkinroberts.com
        *Local Counsel for Defendants*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFIY that on this 9th day of July 2018, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send a notice of electronic filing to all counsel of record.

        */s/ Christina A. Jump*
        Christina A. Jump
        *Attorney for Defendants*