| | |
|---|---|
| **From:** | Christina Jump |
| **To:** | Woolley, Allen |
| **Cc:** | Charles Swift; Stephen.Landes@lockelord.com; alyza@lewinlewin.com |
| **Subject:** | Re: Confidentiality Designations |
| **Date:** | Sunday, June 17, 2018 4:57:15 PM |

Yes, that works on Tuesday.

I am amenable to moving the date; will confirm tomorrow as to availability for the alternatives you suggest. I have another hearing in Chicago on July 13, so believe the 12th works but will confirm tomorrow and let you know.

Thanks.


Christina A. Jump

On Jun 15, 2018, at 12:57 PM, Woolley, Allen <Allen.Woolley@lockelord.com> wrote:

> Christina:
>
> Would 9:30 a.m. CDT on Tuesday work for a short call on the confidentiality issue?
>
> Also, as you probably saw, Magistrate Judge Schenkier reset the hearing scheduled for next week to July 5. Unfortunately, both Steve and I will be out of town that day. We would like to ask the Judge to push back to July 11 or 12. Would one or both of those dates work for your side?
>
> Thanks,
>
> **W. Allen Woolley**
> Partner
> **Locke Lord LLP**
> 111 South Wacker Drive
> Chicago, Illinois 60606
> T: 312-201-2676
> C: 773-255-1542
> F: 312-416-4856
> allen.woolley@lockelord.com
> www.lockelord.com
>
> ---
>
> **From:** Christina Jump [mailto:cjump@clcma.org]
> **Sent:** Thursday, June 14, 2018 4:20 PM
> **To:** Woolley, Allen
> **Cc:** Landes, Stephen; Alyza D. Lewin , Esq. (alyza@lewinlewin.com) (alyza@lewinlewin.com); Charles Swift; 'Daniel Schlessinger'
> **Subject:** RE: Confidentiality Designations
>
> I expect we will be able to reach accord on at least some of the issues you address below, but as you point out in your email initiating this round of communications, we

have not addressed this issue since April, two months ago.  Therefore, I do need the time to devote to it prior to Tuesday.  And, as noted, our office is closed for the religious holiday of Eid tomorrow, so no one will be in our office to respond to emails or accept calls (myself included).

I remain available to discuss this substantively with you on Tuesday morning, and as stated am available any time between 9:00 am and 11:00 am central time that day.  I expect, as indicated both above and in my earlier email of today, that we should be able to reach an accord at that time on at least some of the issues you raise below.

*Christina A. Jump*

Civil Litigation Department Head
Constitutional Law Center for Muslims in America
833 E. Arapaho Rd., Suite 102
Richardson, TX  75081
(972) 914-2507 (main)
(972) 914-2508 (direct)

---

**From:** Woolley, Allen [mailto:Allen.Woolley@lockelord.com]
**Sent:** Thursday, June 14, 2018 3:36 PM
**To:** Christina Jump <cjump@clcma.org>
**Cc:** Landes, Stephen <Stephen.Landes@lockelord.com>; Alyza D. Lewin , Esq. (alyza@lewinlewin.com) (alyza@lewinlewin.com) <alyza@lewinlewin.com>; Charles Swift <cswift@clcma.org>; 'Daniel Schlessinger' <dschlessinger@jaszczuk.com>
**Subject:** RE: Confidentiality Designations [LL-America.FID3847873]

Christina,

We have already discussed these issues and exchanged several e-mails, so I am not sure there is anything left to cover.  However, if there are any documents or categories of documents for which defendants will withdraw the confidentiality designation, please let me know.  I am available Tuesday if you would like to discuss any issues by phone.  However, the purpose of asking for your response by Friday (and of getting my e-mail to you last week) was to allow us to ask the Court to resolve this issue (if necessary) at the June 20 hearing.  To meet the notice requirement, we will need to file our motion by the end of the day tomorrow.

Best,

**W. Allen Woolley**
Partner
**Locke Lord LLP**
111 South Wacker Drive
Chicago, Illinois  60606
T: 312-201-2676
C: 773-255-1542

F: 312-416-4856
allen.woolley@lockelord.com
www.lockelord.com

**From:** Christina Jump [mailto:cjump@clcma.org]
**Sent:** Thursday, June 14, 2018 2:19 PM
**To:** Woolley, Allen
**Cc:** Landes, Stephen; Alyza D. Lewin , Esq. (alyza@lewinlewin.com) (alyza@lewinlewin.com); Charles Swift
**Subject:** RE: Confidentiality Designations [LL-America.FID3847873]

Please be advised that I have been out of the office and unavailable due to other matters this week, so am just now able to respond. As our office is closed tomorrow for the religious holiday of Eid, I will not be available to discuss then either.

I will be available to discuss on Tuesday, June 19 any time from 9:00 am – 11:00 am central time, if that works for you.

Thank you.

*Christina A. Jump*

Civil Litigation Department Head
Constitutional Law Center for Muslims in America
833 E. Arapaho Rd., Suite 102
Richardson, TX  75081
(972) 914-2507 (main)
(972) 914-2508 (direct)

**From:** Woolley, Allen [mailto:Allen.Woolley@lockelord.com]
**Sent:** Friday, June 08, 2018 10:06 AM
**To:** Christina Jump <cjump@clcma.org>
**Cc:** Landes, Stephen <Stephen.Landes@lockelord.com>; Alyza D. Lewin , Esq. (alyza@lewinlewin.com) (alyza@lewinlewin.com) <alyza@lewinlewin.com>
**Subject:** Confidentiality Designations [LL-America.FID3847873]

Christina,

I am writing to follow up regarding defendants' designation of confidential documents. This is an issue you and I have previously discussed—both during a telephone conference and in several e-mails (on April 20). As I indicated during our previous communications, I do not believe the material designated "confidential" falls within the 7 categories permitted

to be designated under paragraph 2 of the protective order, and much of it does not appear to be material maintained as confidential. I have requested that this material be de-designated; you have declined to do so.

I have re-reviewed the designated documents and continue to believe this material should be de-designated. As I indicated in April, we believe a not-for-profit, non-commercial entity (which must publicly disclose 990s) is likely to have little, if any, protectable commercial financial information, "trade secrets," or other properly confidential information. Much of the material designated confidential here contains nothing within the 7 categories, and what might be considered "personal identity information" has generally been redacted. In particular:

1. The Munjed Ahmed e-mails (002594-2640) do not contain any tax returns, W-2s or 1099s, and do not appear to be covered by any of the other 7 categories. The e-mail addresses have been redacted, so there does not appear to be anything that could be "personal identity information."

2. The EC minutes (002641-2646; 004410-4422) appear to cover general business and operation issues, but do not appear to contain any protectable information, particularly the minutes that are several years old.

3. The tax documents (2647-2651) are not returns, W-2s or 1099s, and the tax ID numbers have been redacted.

4. The power point presentation (002652-2657) does not contain anything within the 7 categories and does not appear to be the type of document that would be maintained confidential. On a related note—the copy we received is partially illegible; does this exist in electronic or a legible paper form?

5. The Munjed Ahmed notes (002658-002660) are more than

12 years old and do not contain anything within the 7 categories.

6. The 2009 Kristin Szremski document (004423) appears to be a press release and not a confidential document. It contains nothing within the 7 categories.

7. The 2016 Palestine Advocacy Day booklet, the AMP power point presentation, form of thank you letter, job description, and "About AMP" document (004424-4457) appear to be non-confidential disseminated materials and do not contain information within the 7 categories.

8. The Szremski e-mails (004457-4456) deal with business issues and do not contain information within the 7 categories. E-mail addresses have been redacted.

9. The AMP National Annual Plan 2009-2010 (004459-4468) deals with goals and business issues from more than 8 years ago. It does not appear to be a confidential document and does not contain information within the 7 categories.

As stated in e-mail correspondence and during our April 20 telephone conference, plaintiffs are prepared to discuss the propriety of any of these particular designations if you believe there are documents that do in fact contain information within the 7 categories. However, you have not at this point given any explanation of how any of the specific designated documents fall within the protected categories under the confidentiality order, and it appears to us that none of the documents (at least in their redacted form) contain protectable information.

Please let me know by Friday, June 15 if you are prepared to produce any of these documents without the confidential designation or believe some of these documents do fall within the 7 protectable categories. If you think there would be any value to further discussion of the designations, I am happy to

set up a call next week.

Best regards,

**W. Allen Woolley**
Partner
**Locke Lord LLP**
111 South Wacker Drive
Chicago, Illinois  60606
T: 312-201-2676
C: 773-255-1542
F: 312-416-4856
allen.woolley@lockelord.com
www.lockelord.com

<image001.jpg>

_____

Atlanta | Austin | Boston | Chicago | Cincinnati | Dallas | Hartford | Hong Kong | Houston | London | Los Angeles | Miami | New Orleans | New York | Princeton | Providence | San Francisco | Stamford | Washington DC | West Palm Beach

For more information visit www.lockelord.com

CONFIDENTIALITY NOTICE:
This e-mail and any attached files from Locke Lord LLP may contain information that is privileged, confidential and/or exempt from disclosure under applicable law. If you are not the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you received this e-mail by accident, please notify the sender immediately and destroy this e-mail and all copies of it. We may scan and or monitor emails sent to and from our servers to ensure regulatory compliance to protect our clients and business.