| | |
|---|---|
| **From:** | Layne Emery |
| **To:** | Woolley, Allen; Christina Jump |
| **Cc:** | Landes, Stephen; Waide, Vickie; Charles Swift; Kind, Michael |
| **Subject:** | RE: Confidentiality designations |
| **Date:** | Monday, July 02, 2018 4:39:08 PM |
| **Attachments:** | image005.png<br>2018.07.02 - Reproduced Defendants" Production.pdf |

Mr. Woolley:

I am in receipt of your email of 1:15 a.m. on Saturday, June 30, 2018. As you likely saw from Ms. Jump's out of office auto-reply, she is traveling and on vacation this week. I will leave her a message informing her of your email, though please note I am not sure of her service while she is on vacation. Mr. Swift is also out of the office and not available until after the upcoming holiday.

Ms. Jump did ask me to re-label the documents on which she previously agreed to remove the "Confidential" designation. Those are attached and re-produced here. As to your other questions, I am not in a position to answer those. Ms. Jump will likely answer them upon her return to the office next week.


Thank You,

Layne Emery
Litigation Paralegal


833 E. Arapaho Rd, Suite 102
972-914-2507 Ext 1129 | Richardson, TX, 75081
lemery@clcma.org
www.clcma.org

---

**From:** Woolley, Allen [mailto:Allen.Woolley@lockelord.com]
**Sent:** Saturday, June 30, 2018 1:15 AM
**To:** Layne Emery <lemery@clcma.org>; Christina Jump <cjump@clcma.org>
**Cc:** Landes, Stephen <Stephen.Landes@lockelord.com>; Waide, Vickie <VWAIDE@lockelord.com>; Charles Swift <cswift@clcma.org>; Kind, Michael <Michael.Kind@lockelord.com>
**Subject:** RE: Confidentiality designations

Christina,

Responding to your June 20 e-mail (below), we have not heard back from you regarding the documents bates numbered 004423 and 004436-004447. Could you please let us know by the close of business Monday if you are prepared to withdraw the confidentiality designation from any of these documents?

Best regards,
AW

**From:** Layne Emery [mailto:lemery@clcma.org]
**Sent:** Wednesday, June 20, 2018 3:23 PM
**To:** Woolley, Allen
**Cc:** Landes, Stephen; Waide, Vickie; Christina Jump; Charles Swift
**Subject:** Confidentiality designations [LL-America.FID3847873]

ON BEHALF OF CHRISTINA JUMP:

As a follow-up to our conversation yesterday, please note that we agree to remove the Confidential designations as to the following documents:

- The tax-related filing documents located at 002647-002651
- The PowerPoint presentation located at 002652-002657
- The Palestine Advocacy Day documents located at 004424-004435
- The summary of AMP's work located at 004448-004449

I confirm that I am looking into, but not currently agreeing to remove the designation for, documents located at 004423 and 004436-004447.

As for the above-listed documents in the bullet points above where Defendants do agree to remove the designations, we will reproduce those shortly. I will be traveling for other cases the remainder of this week, but we will work to get those to you as soon as reasonably practical.

In addition, upon determination of the status of the documents located at 004423 and 004436-004447, we will send an email listing the reasons for those pages (if applicable) and other referenced documents as Confidential designations. As mentioned in our call yesterday, if there is a timely pressing or other relevant reason that there is any urgency as to receiving this articulation, please advise. Please also advise if there is any specific reason, as requested in our phone call, as to any urgency or other anticipated use for any documents you seek to see undesignated. Otherwise, as I mentioned yesterday, I remain a bit confused as to the pressing need, if any, for Plaintiffs to seek de-designation so strongly in this matter, particularly given the pre-discovery, pre-answer and current Motion to Dismiss stage of this proceeding. If you have relevant information to share in that regard, I remain willing to listen. Otherwise, I see no harm to Plaintiffs by these designations (though will, as noted above, explain them more fully after clarification of the listed documents) and am at a loss as to any time-sensitive need for this matter to be addressed "as soon as possible."

As indicated above, we will reproduce the documents for which we are removing the designations as soon as reasonably practical.

*Christina A. Jump*
Civil Litigation Department Head
Constitutional Law Center for Muslims in America
833 E. Arapaho Rd., Suite 102
Richardson, TX 75081
(972) 914-2507 (main)
(972) 914-2508 (direct)

**From:** Woolley, Allen [mailto:Allen.Woolley@lockelord.com]
**Sent:** Wednesday, June 20, 2018 9:35 AM
**To:** Christina Jump <cjump@clcma.org>
**Cc:** Landes, Stephen <Stephen.Landes@lockelord.com>; Waide, Vickie <VWaide-Ashmore@lockelord.com>
**Subject:** Confidentiality designations [LL-America.FID3847873]

Christina,

Following up on our call yesterday, you indicated that defendants are withdrawing the confidentiality designations for the following documents:

2647-2651
2652-2657
4424-4435

You also indicated you would get back to me with respect to:

4423
4436-4445

Please let me know as soon as possible what you decide with respect to these documents and if there are any other documents for which defendants will remove the designation.

In terms of mechanics, it is probably cleanest for you just to produce new versions without the designations, but let me know how you'd like to handle this. Also, I wasn't clear on whether you had a legible copy of the power point presentation (2652-2657). If so, we would like to get a legible version.

Thank you,

**W. Allen Woolley**
Partner
**Locke Lord LLP**
111 South Wacker Drive
Chicago, Illinois  60606
T: 312-201-2676
C: 773-255-1542
F: 312-416-4856
allen.woolley@lockelord.com
www.lockelord.com

_____

Atlanta | Austin | Boston | Chicago | Cincinnati | Dallas | Hartford | Hong Kong | Houston | London | Los Angeles | Miami | New Orleans | New York | Princeton | Providence | San Francisco | Stamford | Washington DC | West Palm Beach

For more information visit www.lockelord.com

CONFIDENTIALITY NOTICE:

This e-mail and any attached files from Locke Lord LLP may contain information that is privileged, confidential and/or exempt from disclosure under applicable law. If you are not the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you received this e-mail by accident, please notify the sender immediately and destroy this e-mail and all copies of it. We may scan and or monitor emails sent to and from our servers to ensure regulatory compliance to protect our clients and business.