```
         IN THE UNITED STATES DISTRICT COURT
            NORTHERN DISTRICT OF ILLINOIS
                   EASTERN DIVISION

STANLEY BOIM, individually and as    )  No. 17 C 3591
Administrator of the Estate of David )
Boim, deceased; and JOYCE BOIM,      )
                                     )
                  Plaintiffs,        )
                                     )
       v.                            )
                                     )
AMERICAN MUSLIMS FOR PALESTINE;      )  May 17, 2018
AMERICANS FOR JUSTICE IN PALESTINE   )  Chicago, Illinois
EDUCATIONAL FOUNDATION; RAFEEQ JABER;)  8:50 a.m.
ABDELBASSET HAMAYEL; AND OSAMA       )
ABURISHAID,                          )
                                     )
                  Defendants.        )  Motion Hearing

               TRANSCRIPT OF PROCEEDINGS
        BEFORE THE HONORABLE SHARON JOHNSON COLEMAN

APPEARANCES:

For the Plaintiffs:     LOCKE LORD LLP
                        111 South Wacker Drive
                        Suite 4400
                        Chicago, Illinois  60606
                        BY:  MR. W. ALLEN WOOLLEY

                        JASZCZUK P.C.
                        311 South Wacker Drive
                        Suite 3200
                        Chicago, Illinois  60606
                        BY:  MR. SETH CORTHELL

For the Defendants:     CONSTITUTIONAL LAW CENTER FOR MUSLIMS
                          IN AMERICA
                        833 E. Arapaho Road, Suite 102
                        Richardson, Texas  75081
                        BY:  MS. CHRISTINA A. JUMP

           TRACEY DANA McCULLOUGH, CSR, RPR
                Official Court Reporter
              219 South Dearborn Street
                      Room 1426
              Chicago, Illinois  60604
                    (312) 435-5570
```

```
 1              THE CLERK:  17 CV 3591, Boim versus American Muslims
 2   for Palestine.  If counsel could please wait.  I'm calling
 3   counsel over the phone right now.
 4              THE COURT:  You can come on up.
 5              THE CLERK:  But you can step up.
 6         (Brief pause.)
 7              MS. JUMP:  Christina Jump.
 8              THE CLERK:  Good morning, Miss Jump.  This is Yvette
 9   calling from Judge Coleman's courtroom.
10              MS. JUMP:  Yes.
11              THE CLERK:  Please hold the line while I call the
12   case.  17 CV 3591, Boim versus American Muslims for Palestine.
13              MR. WOOLLEY:  Good morning, Your Honor.  Allen
14   Woolley and Seth Corthell here on behalf of the plaintiffs.
15              THE COURT:  All right.  How do you say your last
16   name, sir?
17              MR. CORTHELL:  Corthell.
18              THE COURT:  Corthell. All right.  Thank you for
19   being here.  By phone, please.
20              MS. JUMP:  Christina Jump on behalf of all
21   defendants.
22              THE COURT:  All right.  Thank you very much.  The
23   reason the Court did not strike this or reschedule this today
24   and let you appear by phone, Counsel, is because I wanted to
25   make clear in no uncertain terms of what you need to proceed in
```

1  this case.  First of all, there's got to be local counsel.  If
2  you don't have local counsel, you're not abiding by our rules.
3  And this Court would not hear the case today.  And so you have
4  to have this to pursue this case -- to defend this case.
5          We also -- at one point you had something that was
6  agreed to, and then we have something that's not agreed to.
7  And based on the nature and the history of this case, I think
8  there needs to be somebody in court every time actually.  You,
9  defense, set this date.  For you to set a date and then decide
10 you can't come and then not have local counsel, every reason
11 for this Court to strike the date and strike the motion.
12         So what I'm going to do, again, based on the history
13 of this case, is allow a different date at plaintiffs'
14 convenience, and then you will be here and these -- the motion
15 for protective order, even though it says it's agreed, I think
16 I want to hear in person if it's agreed.  And then also
17 plaintiffs' motion to compel can be dealt with.  Also in the
18 meantime just to get you on his calendar, I will be referring
19 this matter to Judge Schenkier the magistrate judge for any
20 non-dispositive matters that are going to happen on this case.
21         But first you have to get local counsel before this
22 Court has any further discussion.  I don't like telephone
23 conferences.  I will allow that only for just procedural
24 matters.  I don't take substantive arguments by phone anyway.
25 And so I just wanted to make sure that you were clear on this

1  Court's directions that will be also in an order.  Are we
2  clear?
3             MS. JUMP:  Yes, Your Honor.
4             THE COURT:  All right.  And so I'm going to give this
5  a few weeks.  Counsel, what's your schedule coming up toward --
6  from now to -- Surgery Center, you want to tell me what day our
7  trial is?
8             MR. KLIMEK:  The 18th.
9             MR. SPELLMIRE:  The 18th, Your Honor.
10            THE COURT:  18th.  All right.  So before that date in
11 June.
12            MR. WOOLLEY:  Before the 18th my, my schedule is
13 pretty clear, Your Honor.
14            THE COURT:  All right.  And by phone.
15            MS. JUMP:  Your Honor, I have to be in a hearing.
16 There's an administrative trial May 28th through 30th, and then
17 also currently have a hearing scheduled on June 4th.  But other
18 than that I'm available.
19            THE COURT:  And you'll have time to get local counsel
20 before that, is that correct?
21            MS. JUMP:  Yes, Your Honor.
22            THE COURT:  Hold on.  We're checking the schedule
23 here.  All right.  Let's do -- I have another trial.  Let's see
24 what's going on.  When is that?
25            THE CLERK:  The Wilson/Wexford.

1          THE COURT:  And what day?
2          THE CLERK:  It starts the 6th, and then we're going
3    to go through the --
4          THE COURT:  Okay.
5          THE CLERK:  To the 14th I believe.
6          THE COURT:  All right.  So I'm looking at -- what's
7    the 5th?  Is that fine?
8          THE CLERK:  Yes.
9          THE COURT:  All right.  June 5th.  Counsel by phone.
10         MS. JUMP:  Yes, Your Honor, that works.
11         THE COURT:  June 5th at what time?  I don't want to
12   do it at the top of the call.  What time?
13         THE CLERK:  We could do it at 9.
14         THE COURT:  9.  9:00 o'clock on June 5th.
15         MS. JUMP:  That works for the defendants, Your Honor.
16         MR. WOOLLEY:  That's fine with us.
17         THE COURT:  All right.  Any motions are entered and
18   continued until that date.  And your counsel -- local counsel
19   again should be here or at least be on file or you should be
20   here, but definitely local counsel needs to be here.  Do you
21   understand, or at least to be on file?
22         MS. JUMP:  Yes, Your Honor.
23         THE COURT:  All right.  Anything else from either
24   side?
25         MR. WOOLLEY:  Your Honor, just, just to be clear, the

1    referral to Magistrate Judge Schenkier --
2             THE COURT:  It's for discovery and settlement.
3             MR. WOOLLEY:  Okay.  So will -- our motion to compel
4    I take it would be before Judge Schenkier?
5             THE COURT:  The Court will let you know on the next
6    date.  I might decide to hold onto it.
7             MR. WOOLLEY:  Okay.
8             THE COURT:  All right.
9             MR. WOOLLEY:  And the final thing is I think we had a
10   bit of a discussion prior to coming to court about the Court's
11   usual procedures for -- on discovery motions.  It's that the
12   Court tells the parties whether or not briefing is -- further
13   briefing is going to be appropriate.  And I'd assume that would
14   be the case --
15            THE COURT:  And that would be the case also.
16            MR. WOOLLEY:  -- in this case.
17            THE COURT:  I'm pretty sure briefing will be allowed
18   in this case.  The Court wants to make sure there's no question
19   as to what the arguments are, what the record is based on the
20   history of the case.
21            MR. WOOLLEY:  All right.
22            THE COURT:  All right.  But I'll let you know all
23   that on the status date.  All right.
24            MR. WOOLLEY:  Thank you, Your Honor.
25            THE COURT:  Thank you.  Thank you by phone.

1     MS. JUMP: Thank you, Your Honor.
2                    CERTIFICATE
3     I HEREBY CERTIFY that the foregoing is a true,
4  correct and complete transcript of the proceedings had at the
5  hearing of the aforementioned cause on the day and date hereof.
6
7  */s/TRACEY D. McCULLOUGH*                           *May 22, 2018*
8  Official Court Reporter                              Date
   United States District Court
9  Northern District of Illinois
   Eastern Division