**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.2.2**
**Eastern Division**

Stanley Boim, et al.

Plaintiff,

v.                                                    Case No.: 1:17−cv−03591
                                                      Honorable Sharon Johnson Coleman

American Muslims for Palestine, et al.

Defendant.

---

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Thursday, July 12, 2018:

      MINUTE entry before the Honorable Sidney I. Schenkier: MOTION HEARING HELD. For the reasons fully stated on the record: (1) we grant plaintiff's motion to file documents provisionally under seal (doc. # 80); (2) we grant in part and deny in part plaintiff's motion to compel (doc. # 54). By 07/23/18, the parties shall file a joint statement proposing a deadline for defendants to produce the discovery required by the Court's rulings on the record, with depositions to commence no sooner than 30 days after the production has been completed and to be completed 30 days after that. As agreed by the parties, defendants' response to discovery requests asking for information concerning "network entities" and "network persons" is not an admission by defendants that any such "networks" exist and shall not be asserted by plaintiffs to be such an admission. Any discovery produced by the defendants concerning donors or sponsors may be designated as confidential under the confidentiality order; (3) defendants' motion to quash and for protective order (doc. # 65) is granted in part and denied in part. We deny the motion insofar as it seeks to foreclose any further production of information as to written discovery requests that already have been served, and we deny the request to quash the four deposition notices. We deny the defendants' oral motion to limit the depositions to three hours each. We deny the defendants' oral motion to bar any questioning for the period after 12/31/10, but reminded plaintiffs of the Court's determination that information for the period after that date is of marginal relevance at best and that any inquiry into that time period should be extremely limited. We grant the motion insofar as it seeks to prevent the issuance of any additional requests for depositions or other discovery. No further discovery may issue absent written agreement of the parties or Court order; and (4) we set the following briefing schedule on plaintiff's motion to remove confidentiality designations (doc. ## 84−85): defendants shall respond by 08/13/18, and plaintiff shall reply by 08/27/18. We will set a further status hearing after reviewing the report that the parties file on 07/23/18. Mailed notice (np, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of

Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.