**UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| STANLEY BOIM, Individually and as Administrator of the Estate of David Boim, deceased; and JOYCE BOIM, <br>      Plaintiffs, <br><br>    v. <br><br> AMERICAN MUSLIMS FOR PALESTINE; AMERICANS FOR JUSTICE IN PALESTINE EDUCATIONAL FOUNDATION; RAFEEQ JABER; ABDELBASSET HAMAYEL; AND OSAMA ABURISHAID, <br><br>      Defendants. | Civil No. 17-cv-03591 <br><br> Hon. Sharon Johnson Coleman <br><br> Hon. Sidney I. Schenkier |

**JOINT STATEMENT OF PARTIES REGARDING DEADLINES FOR
DISCOVERY SUPPLEMENTS**

Pursuant to this Court's Order dated July 12, 2018 (Doc. 90), the Parties hereby submit this Joint Statement regarding deadlines for discovery supplements in this matter.

After initial review of the remaining discovery items ordered by this Court and as reflected in the July 12, 2018 Order of this Court, the Parties file this Joint Statement that anticipated discovery supplementation and production shall occur within forty-five (45) days of the date of this Court's relevant Order, or by Monday, August 27, 2018. Should responsive discovery become available prior to that date, Defendants will produce it as it becomes available and is ready for production.

As stated in this Court's Order, the four depositions ordered by this Court shall commence no sooner than thirty (30) days after the conclusion of the discovery supplements in this matter, and will be completed thirty (30) days after that.

\

Respectfully submitted,

/s/ *Christina A. Jump*
Charles D. Swift,
Texas Bar No. 24091964
Christina A. Jump
Texas Bar No. 00795828
Constitutional Law Center for
Muslims in America
833 E. Arapaho Rd, Suite 102
Richardson, TX 75081
Phone: (972) 914-2507
Fax: (972) 692-7454
*Attorneys for Defendants*

Thomas Anthony Durkin
ID No. 0697966
2446 N. Clark Street
Chicago, IL 60614
Tel: 312-981-0123
Fax: 312-913-9235
tdurkin@durkinroberts.com
*Local Counsel for Defendants*

Respectfully submitted,
_/s/ W. Allen Woolley _
Stephen J. Landes
W. Allen Woolley
Michael B. Kind
Joshua Fliegel
LOCKE LORD LLP
111 South Wacker Drive
Chicago, IL 60606
(312) 201-2772
*Attorneys for Stanley Boim,*
*Individually and as the*
*Administrator of the Estate of David*
*Boim, Deceased, and Joyce Boim*

Of Counsel
Nathan Lewin (*pro hac vice*)
Alyza D. Lewin (*pro hac vice*)
LEWIN & LEWIN LLP
888 17th Street NW, 4th Floor
Washington, DC 20006
(202) 828-1000
Daniel I. Schlessinger

Seth H. Corthell
JASZCZUK P.C.
311 South Wacker Drive, Suite 1775
Chicago, Illinois 60606
(312) 442-0509

## CERTIFICATE OF SERVICE

I HEREBY CERTIFIY that on this 23rd day of July 2018, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send a notice of electronic filing to all counsel of record.

/s/ Christina A. Jump

Christina A. Jump
*Attorney for Defendants*