**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 6.2.2**
**Eastern Division**

Stanley Boim, et al.

                                Plaintiff,

v.                                                  Case No.: 1:17−cv−03591
                                                       Honorable Sharon Johnson Coleman

American Muslims for Palestine, et al.

                                Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Tuesday, July 24, 2018:

      MINUTE entry before the Honorable Sidney I. Schenkier: The Court has reviewed the joint statement of the parties regarding the jurisdictional discovery to be completed pursuant to the Court's 7/12/18 order (doc. #[91]). As proposed in the joint statement, defendants shall supplement their written discovery responses by 8/27/18. The four depositions authorized by the Court's 7/12/18 order shall take place between 9/26/18 and 10/26/18. The matter is set for a status hearing with the magistrate judge on 9/13/18 at 9:00 a.m. Mailed notice. (jj, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.