IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| STANLEY BOIM, INDIVIDUALLY AND AS ADMINISTRATOR OF THE ESTATE OF DAVID BOIM, DECEASED, AND JOYCE BOIM, <br><br>                Plaintiffs, <br><br>   v. <br><br>AMERICAN MUSLIMS FOR PALESTINE; AMERICANS FOR JUSTICE IN PALESTINE EDUCATIONAL FOUNDATION; RAFEEQ JABER; ABDELBASSET HAMAYEL; AND OSAMA ABUIRSHAID, <br><br>                Defendants. | Civil No. 17-cv-03591 <br><br> Hon. Sharon Johnson Coleman <br><br> **Hon. Sidney I. Schenkier** |

## MOTION FOR LEAVE TO FILE AN EXHIBIT TO DEFENDANTS' RESPONSE IN OPPOSITION TO PLAINTIFFS' MOTION TO REMOVE DESIGNATION PROVISIONALLY UNDER SEAL

Pursuant to L.R. 26.2(c), Defendants move to file Exhibit D of Defendants' Response in Opposition to Plaintiffs' Motion to Remove Improper Confidentiality Designations (Doc. 95) electronically under seal. In support of this motion, Defendants state as follows:

On May 23, 2018, this Court approved an Agreed Confidentiality Order (Doc. 71, the "Order") permitting parties producing materials in discovery to designate certain types of materials "CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER." Documents so designated can only be disclosed to certain categories of persons, including to the Court and its personnel. If a party seeks to file a document designated as confidential in connection with a motion, the Order directs the party to comply with L.R. 26.2. (Doc. 71 ¶ 7.)

L.R. 26.2(c) requires a party wishing to file a document or portion of a document electronically under seal in connection with a motion, brief or other submission to: (1) provisionally file the document electronically under seal; (2) file electronically at the same time a

public-record version of the brief, motion or other submission with only the sealed document excluded; and (3) move the court for leave to file the document under seal.

Defendants' Response in Opposition contains an exhibit designated as confidential. While Plaintiffs are challenging the designations, the document has been designated confidential and cannot be filed in the public record, under the terms of the Order. Defendants file this Motion in the same vein as Plaintiff's Motion for Leave to File Documents Provisionally Under Seal (Doc. 80) was filed, which this Court granted.

Pursuant to L.R. 26.2(c), Defendants are provisionally filing Exhibit D, to be considered with the remainder of Doc. 95, electronically under seal. Defendants have also electronically filed Defendants' Response in Opposition to Plaintiffs' Motion to Remove Improper Confidentiality Designations (Doc. 95), with Exhibits A, B, and C (which do not contain confidential documents) attached to that document. In accordance with the Local Rules, counsel for Defendants reached out to Allen Woolley, counsel for Plaintiffs, at approximately 11:15 this morning to see if counsel is opposed to this Motion, but has not yet been able to reach counsel for Plaintiffs and has not yet heard back as of the time of filing this Motion.

THEREFORE Defendants request that the Court grant leave to file Exhibit D to the Defendants' Response in Opposition to Plaintiffs' Motion to Remove Improper Confidentiality Designations (Doc. 95), provisionally under seal.

Respectfully submitted,

*/s/ Christina A. Jump*

Charles D. Swift,
Texas Bar No. 24091964
Christina A. Jump
Texas Bar No. 00795828
Constitutional Law Center for Muslims in America
833 E. Arapaho Rd, Suite 102
Richardson, TX 75081
Phone: (972) 914-2507
Fax: (972) 692-7454
*Attorneys for Defendants*

Thomas Anthony Durkin
ID No. 0697966
2446 N. Clark Street
Chicago, IL 60614
Tel: 312-981-0123 Fax: 312-913-9235
tdurkin@durkinroberts.com
*Local Counsel for Defendants*

## CERTIFICATE OF CONFERENCE

I HEREBY CERTIFIY that on this 14th day of August 2018, I attempted to contact counsel for Plaintiffs, Allen Woolley, but as of the time of filing this document was not able to reach him to confirm whether he is opposed to this Motion.

*/s/ Christina A. Jump*

Christina A. Jump
*Attorney for Defendants*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFIY that on this 14th day of August 2018, I electronically filed the foregoing Motion with the Clerk of the Court using the CM/ECF system which will send a notice of electronic filing to all counsel of record.

*/s/ Christina A. Jump*

Christina A. Jump
*Attorney for Defendants*