UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.2.2
Eastern Division

Stanley Boim, et al.
                              Plaintiff,
v.                                        Case No.: 1:17−cv−03591
                                          Honorable Sharon Johnson Coleman
American Muslims for Palestine, et al.
                              Defendant.

# NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, October 16, 2018:

MINUTE entry before the Honorable Sidney I. Schenkier: Status hearing held. The parties report on the status of discovery. This matter is set for a status hearing before the magistrate judge on 11/20/18 at 9:00 a.m. Defense counsel, Christina Anne Jump, is granted leave to participate by telephone. Defense counsel shall contact Judge Schenkier's Courtroom Deputy, Jenny Jauregui, by no later than 11/15/18 to provide contact information for the telephone conference. Mailed notice. (jj, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.