UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.2.2
Eastern Division

Stanley Boim, et al.

                                    Plaintiff,

v.                                                                   Case No.: 1:17−cv−03591
                                                                    Honorable Sharon Johnson Coleman

American Muslims for Palestine, et al.

                                    Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Tuesday, November 20, 2018:

      MINUTE entry before the Honorable Sidney I. Schenkier:Status hearing held. Defendants' attorney, Christina Anne Jump, appeared by phone. The parties report on the status of depositions. The parties are to meet and confer regard plaintiffs' request to take two additional depositions to pursue certain written discovery in connection with the jurisdictional issues. If the parties are unable to reach agreement on those matters, Plaintiffs shall file any motion to compel by 12/7/18 and notice it for hearing on the date of the next status hearing. The matter is set for a status hearing and a motion hearing for 12/18/18 at 10:00 a.m. If plaintiffs do not file a motion to compel, the Court will strike the status hearing. Mailed notice. (cc, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.