# EXHIBIT A

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF
ILLINOIS EASTERN DIVISION

| | |
|---|---|
| STANLEY BOIM, Individually and as Administrator of the Estate of David Boim, deceased; and JOYCE BOIM,<br><br>Plaintiffs,<br><br>v.<br><br>AMERICAN MUSLIMS FOR PALESTINE; AMERICANS FOR JUSTICE IN PALESTINE EDUCATIONAL FOUNDATION; RAFEEQ JABER; ABDELBASSET HAMAYEL; AND OSAMA ABURISHAID,<br><br>Defendants. | Civil No. 17-cv-03591<br><br>Hon. Sharon Johnson Coleman<br><br>Hon. Sidney I. Schenkier |

**DEFENDANTS' SECOND AMENDED OBJECTIONS AND RESPONSES TO PLAINTIFFS' JURISDICTION INTERROGATORIES TO DEFENDANTS AMERICAN MUSLIMS FOR PALESTINE AND AMERICANS FOR JUSTICE IN PALESTINE EDUCATIONAL FOUNDATION**

Defendants American Muslims for Palestine ("AMP") and Americans for Justice in Palestine Educational Foundation ("AJP") file these Second Amended Objections and Responses to Plaintiffs' Jurisdiction Interrogatories, as set forth below.

GENERAL OBJECTIONS

Defendants assert the following General Objections and qualifications to Plaintiffs' Jurisdiction Interrogatories, each of which are hereby incorporated into the responses to each individual interrogatory below. A specific response may repeat a general objection for emphasis or some other reason, but the failure to include general objections in any specific response does not waive any general objections to that request.

1. Defendants object to the Interrogatories (including the "Instructions" and "Definitions") to the extent that they impose obligations on Defendants beyond those required by the

Also see previously identified and produced documents (0000006 – 0000030; 0000034; 0000051; 0000056; 002573 – 002579; 002581; 004135 -- 004409) as well as full archives of relevant Twitter and Facebook accounts and relevant historic website pages, previously produced.

4. Describe the structure and hierarchy of Respondent, including the leadership and reporting structure, and the responsibilities of each officer, manager and employee. If the structure or hierarchy has changed over time since Respondent's inception, describe and provide the dates and nature of the changes.

**Response**:

As previously noted, AJP was incorporated on November 16, 2009. AMP was incorporated on August 2, 2006 in California. AMP and AJP are small non-profit entities, which do not have the detailed organizational structure as some larger entities might. To the extent documents have been retained in the normal course of business, please refer to documents previously produced (0000001 – 0000002; 0000005 – 0000068; 002573 – 002590; 004135 -- 004409), which set forth the answers supporting this Interrogatory and describe in detail the hierarchy and processes within AJP. AMP does not have direct employees, and currently operates and is registered as a d/b/a of AJP. Specific supporting documents regarding this are referenced in this answer, above. In addition, please see Declaration of Munjed Ahmad, previously provided, and the Second Declaration of Munjed Ahmed, the declarations as applicable of the Individual Defendants, and documents referenced therein, as well as the Response to Interrogatory No. 3, above.

5. Describe the creation and formation of Respondent. In your description, identify the

date and place of Respondent's incorporation; any voluntary or unincorporated organizations that pre-existed the formation of Respondent; all persons involved in the incorporation or creation of Respondent and any precursor organization; and all documents related to the formation of Respondent and any precursor organization.

**Response**: Objection. Defendants object to the term "precursor organization." Subject to this objection, Defendants respond as follows:

As noted in the document production, AJP was incorporated on November 16, 2009. AMP was incorporated on August 2, 2006 in California. AMP and AJP are small non-profit entities, which do not have the detailed organizational structure or records as some larger entities might.

As described in the Second Declaration of Munjed Ahmad, Mr. Ahmad began discussing the need to educate youth in the Palestinian community in the United States in 2005, first with a friend named Nabila Dache (who did not ultimately join the board of AMP). These discussions continued over the course of 2005 and into 2006, and came to include Dr. Hatem Bazian, a Professor at UC-Berkeley, who had also noticed the absence of any educational programs regarding Palestine. In April 2006, the name "American Muslims for Palestine" was chosen. AMP was incorporated in August 2006 in California. In its early years, board meetings occurred telephonically and at times only once a year. Events occurred locally for the most part, and as shown by the AMP website archived pages often included movie screenings and gatherings in coffee shops. While there were interested persons in Milwaukee (such as Munjed Ahmad), California (such as Hatem Bazian), some in Chicago and some in Minnesota, the term "chapters" meant simply a contact person existed in those locations. There were no chapter "offices" or "locations"

in the early years of AMP, and AMP itself did not have office space originally either. While the First Annual Convention took place in 2006 and the second in 2007, there were no annual conventions in 2008 or 2009. During its first convention in 2006, AMP had assistance from Bushra Zaibak, who resides in Milwaukee, WI, who assisted with coordinating the bazaar at the event. During the initial years, donors and supporters came primarily from board members and early supporters, and the financial amounts involved were minimal. Although AMP was formed as a 501(c)(3) corporation, it did not seek or obtain a letter from the IRS recognizing its charitable status, and fell below the threshold for filing tax returns.

In November 2009, Americans for Justice in Palestine Foundation, Inc. ("AJP") was incorporated, again in California. As indicated on the paperwork filed at the time it sought Recognition of Exemption under Section 501(c)(3) (Form 1023) in 2009 (and which was granted as of March 29, 2010, retroactive to November 16, 2009), AJP originally operated in offices in Berkeley, California which were temporarily loaned to it free of cost by Hazim Al-Bazian, brother of Dr. Hatem Al-Bazian. Eventually, AMP became a d/b/a of AJP, which is how they exist today.

Information from formation, including emails, were not retained in the normal course of business prior to the start of this litigation. Since then, there have been no emails addressing the start of organizations other than privileged communications with counsel related to this litigation. For additional responsive information and to the extent documents have been retained in the normal course of business, please see documents previously produced (0000001 – 0000002; 0000005 – 0000068; 002573 – 002590), which set forth support for the answers to this Interrogatory. Furthermore, there are no

"precursor entities" to AJP or AMP. In addition, please see Declaration of Munjed Ahmad, previously provided, and documents referenced therein, the Second Declaration of Munjed Ahmad, the declarations of the Individual Defendants, and Response to Interrogatory No. 3, above. Furthermore, additional documents, including those bates labeled 002594 – 002660 and 004410 – 004422, have been produced subject to the Agreed Confidentiality Order which discuss the operations of the entities at the times reflected therein.

6. List all physical addresses (with office suite numbers) where Respondent has at any time maintained offices or conducted operations, including locations used by any chapter, regional office, division, affiliate organization or representative of Respondent.

   **Response**: Objection. Defendants object to the terms "chapter, regional office, division, affiliate organization or representative of Respondent" as overly broad and vague. Subject to these objections, Defendants respond as follows:

   AJP c/o
   Hatem Al-Bazian
   2801 Telegraph Ave
   Berkeley, CA 94705

   AMP-Chicago
   6424 West Belmont Ave
   Chicago, IL 60634

   AMP/AJP
   10101 S. Roberts Rd.
   Palos Hills, IL 60465

   AMP/AJP
   10063 S. 76th Ave.
   Bridgeview, IL 60455

   AMP-DC Office 717 D. St NW
   Washington, D.C. 200024