# EXHIBIT B

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| STANLEY BOIM, Individually and as Administrator of the Estate of David Boim, deceased; and JOYCE BOIM, <br><br> Plaintiffs, <br><br> v. <br><br> AMERICAN MUSLIMS FOR PALESTINE; AMERICANS FOR JUSTICE IN PALESTINE EDUCATIONAL FOUNDATION; RAFEEQ JABER; ABDELBASSET HAMAYEL; AND OSAMA ABURISHAID, <br><br> Defendants. | Civil No. 17-cv-03591 <br><br> Hon. Sharon Johnson Coleman <br><br> Hon. Sidney I. Schenkier |

## DECLARATION OF MUNJED AHMAD

I, Munjed Ahmad, hereby declare under penalty of perjury and in accordance with 28 U.S.C. § 1746 the following:

1. I am over the age of eighteen and of sound mind.

2. I make this declaration based on my own personal knowledge.

3. I am one of the founders of AJP Educational Foundation ("AJP"), which operates under the name American Muslims for Palestine ("AMP").

4. I was involved in the creation of AMP in 2006, as well as the later creation

of AJP in 2009.

5. AMP was envisioned and first discussed in the later part of 2005, beginning in approximately August 2005, and was officially created in August 2006.

6. I initially discussed the concept of starting an education-based non-profit organization, with the purpose of educating youth in America on Palestine and its history, with Nabila Dache. Despite being in these early conversations, she did not ultimately become a board member of AMP. I also had discussions prior to the formation of AMP with Dr. Hatem Bazian, since he had also observed a need for providing a source of education on Palestine in the United States. Dr. Bazian has continued to be involved with AMP since its inception in 2006.

7. While I did not retain my emails or any other documents on the subject from that time frame, as there was no reason to do so, I was able to locate my handwritten notes from the initial discussions about forming AMP, which are produced as bates labeled 002658 to 002660.

8. These notes (bates labeled 002658 to 002660) are in my handwriting and were created by me at the times reflected therein.

9. The PowerPoint presentation, which is bates labeled 002652 to 002656, was something put together while we were still in the planning and discussion

stages of creating AMP. The referenced Directors, committees and workshops were all proposed, and aspirational at that time. The proposed workshops, described on page 002654, to the best of my recollection, did not take place on the proposed dates listed, or any time in 2005.

10. As reflected in my handwritten notes (bates labeled 002658 to 002660), both the names "American Muslims for Palestine" and "Muslim Americans for Palestine", or "MAP," were contemplated as names for the organization which had not yet been formed.

11. The name AMP was the one selected, as reflected in my notes dated "4/14", which I believe to be April 14, 2006.

12. No activities of or events by AMP took place prior to the official incorporation in August 2006.

13. AJP was created in November 2009.

14. For financial clarity and to avoid confusion, AMP ceased being its own separate entity and became a "d/b/a" of AJP in or around late 2016/early 2017. Subsequently, appropriate documents were filed in all necessary states reflecting the change in status.

15. AMP and AJP are strictly American organizations, funded by voluntary donations made entirely within the United States.

16. AMP's website briefly contained an inadvertent typographical error in the past, in that it referred to AMP beginning in 2005 and 2008. Those dates were corrected no later than January 2017, to the correct dates of 2006 (the year AMP was incorporated) and 2009 (the year AJP was incorporated, and when activities for the entities began at a much more frequent level). These correct dates of 2006 and 2009 are verified by the documents showing the incorporation of AMP in 2006 and AJP in 2009.

17. Rafeeq Jaber was not involved in the creation of AMP or AJP.

18. Abdelbaset Hamayel was not involved in the creation of AMP or AJP.

19. Osama Abuirshaid was not involved in the creation of AMP, and though he attended some events and was involved with AMP by 2009, he was not involved in the creation of AJP. He did not become a board member of AJP until 2016.

20. I was never involved with IAP, and did not even know of its existence in 2006.

21. I was never involved with AMS, and did not even know of its existence in 2006.

22. I was never involved with the Holy Land Foundation.

23. I had no involvement in the original *Boim* lawsuit which was filed in 2000, in which I have since learned IAP, AMS and Holy Land Foundation were

defendants.

24. I was not even aware of the original *Boim* lawsuit until well after the formation of both AMP and AJP.

25. AMP was created to educate our own youth and communities on issues and culture relating to Palestine.

26. Eventually, AMP's purpose grew to include educating others about issues and culture relating to Palestine as well.

27. AMP has not, at the time of its formation or any time afterwards, ever received any funds which came from IAP, AMS, Holy Land Foundation or any other defendant in the original *Boim* lawsuit which was filed in 2000.

28. AJP has not, at the time of its formation or any time afterwards, ever received any funds which came from IAP, AMS, Holy Land Foundation or any other defendant in the original *Boim* lawsuit which was filed in 2000.

29. AMP and AJP never assumed or in any way overtook any contracts or other arrangements made with IAP, AMS or Holy Land Foundation, or any other defendant in the original *Boim* lawsuit filed in 2000.

30. Neither AMP nor AJP received any assets formerly belonging to IAP.

31. Neither AMP nor AJP received any assets formerly belonging to AMS.

32. Neither AMP nor AJP received any assets formerly belonging to Holy Land Foundation.

33. AMP and AJP keep the personal information of our donors confidential, and only provide it as legally required, such as on our 990s.

34. No records regarding donors to or sponsors of AMP or AJP from 2006 through 2010 were retained in the normal course of business. I have searched and do not have possession of any myself individually either. However, I attest that the confidential list attached to this Declaration as Exhibit 1, a document created to comply with the orders of the Court in this matter, is, to the best of my personal knowledge, accurate as to early donors to and sponsors of AMP and later AJP for the time periods referenced therein.

35. I was involved in the planning of the first and second annual conferences of AMP which took place in November of 2006 and 2007 as I joined steering committee meetings for the planning.

36. Osama Abuirshaid's publication *Al Meezan* is not and has never been affiliated with AMP or AJP.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct and based on my personal knowledge.

                                      Munjed Ahmad, Declarant

                                      08/25/2018_____
                                      Date Executed