# **EXHIBIT H**






STANLEY BOIM v. AMERICAN MUSLIMS FOR PALESTINE
AHMAD                                                          11/8/2018

1

```
 1            IN THE UNITED STATES DISTRICT COURT
              NORTHERN DISTRICT OF ILLINOIS
 2                  EASTERN DIVISION
 3   STANLEY BOIM, Individually   )
     and as Administrator of the  )
 4   Estate of David Boim,        )
     deceased; and JOYCE BOIM,    )
 5                                )
                Plaintiffs,       )
 6                                )
         vs.                      ) Case No.
 7                                ) 17-cv-03591
     AMERICAN MUSLIMS FOR         )
 8   PALESTINE; AMERICANS FOR     )
     JUSTICE IN PALESTINE         )
 9   EDUCATIONAL FOUNDATION;      )
     RAFEEQ JABER; ABDELBASSET    )
10   HAMAYEL; AND OSAMA           )
     ABUIRSHAID,                  )
11                                )
                Defendants.       )
12
13        The deposition of MUNJED AHMAD,
14   called by the Plaintiffs for examination, taken
15   pursuant to the Federal Rules of Civil Procedure
16   of the United States District Courts pertaining
17   to the taking of depositions, taken before
18   Marianne Nee, a Certified Shorthand Reporter of
19   the State of Illinois, CSR License No.
20   084-002341, taken at 111 South Wacker Drive,
21   Suite 4100, Chicago, Illinois, on Thursday,
22   November 8, 2018, commencing at 9:09 a.m.
23
```

