# EXHIBIT M

https://www.palinfo.com/articles/2014/7/27/%d9%84%d9%88-%d8%ab%d9%85%d8%a9-
%d8%ad%d8%a7%d8%b6%d9%86%d8%a9-%d8%b9%d8%b1%d8%a8%d9%8a%d8%a9-
%d9%84%d9%84%d9%85%d9%82%d8%a7%d9%88%d9%85%d8%a9-
%d8%a7%d9%84%d9%81%d9%84%d8%b3%d8%b7%d9%8a%d9%86%d9%8a%d8%a9%d8%9f-

الرئيسية/مقالات

لو ثمة حاضنة عربية للمقاومة الفلسطينية؟



د. أسامة أبو ارشيد

قلة من الرغم وعلى فـ هي .تـ ذكر لا غزة قطاع على الصهيوني لـ لعدوان تـ صديها فـ ي سطرينةاالـ فل المقاومة إنجازات تـ لقن، بـ شموخ صامدة تـ قف زالت لا عربية، وأنظمة إسرائيل من عدلها، المفروض الخانق والحصار الإمكانات، الرغم على لـ لمذكوب، القطاع فـ ي البرية قواته تـ قدمتً وقـ فـ كثيرة، دروساً الإسرائـ يلي الاح تلال جيش بـ بسالة، .والتسليح القوى ميزان فـ ي الصارخ الاختلال من

من المصفعات تـ لقي موقع فـ ي عدلم الـ فلسطينية المقاومة أن بـ وضوح، الحالي، الصهيوني العدوان وقـانـ عـ أبـ انت .شكيـمته تناغمة المـ قاوم، الـ فـ لسطيني العقل إبـ داعات عن أيضاً وأبـانت منها، وكـ ثير بـ لـ بـعضها، رد دون محلياً، مصنع وأغـ لـ بها طيار، دون من والطائرات الـ تـ فجير، شديدة والـ قنابـ لـ والـ قذائف المدى، بـ عيدة الـ صواريخ من وهي .إلخ .. الأنـ فاق، عـ بـ ر خطوطه خلف والإنزال الـ بـ حر، عـ بـ ر العسكرية قواعده عقر فـ ي العدو مهاجمة إبـ داع إلى بـ استهداف المـ تمثل الـ جبان، سلاح عـ بـ ر إلا بـ ه ترد ما تـ جد اول يومياً، المقاومة من إسرائـ يل تـ تـ لـ قاها صد فعات فلسطينياً، والاقـ تصادية والعمرانية والـ بـ شرية الكـ لـ فـ ة الـ كـ لـ فـ ة لـ رفـ عـ والـ بـ حرية، الجوية والصواريخ بـ المدفـ عـ ية المددين .المـ ستـ بـ سلة المقاومة أعـ يـ دتـها بـ عد أن الذي الـ سؤال لـ كـ ن لـ لـ تـضحية، واستعداد بـ ة صل عـ زيمة ذاك، وفـ ق محدودة، ذاتـ ية إمكانات المـ قاومة، تـ ملكه ما حدود هذا عـ ربـ ي؟ وعـمق حاضنة لـ لـ مقاومة كان لـ و الحال، سيكون كـان كـيف :هنا يـ ثار أن يـ نـ بـ غي

الأنظمة جلّ من ومعاداة، مذ بـ وذة، محاصرة، وهي الإنجازات هذه كل تـ سطير على قـادرة الـ فـ لسطينية المقاومة كانت إذا سيكون فـ كيف أهلها، وخناق بـ خناقه نظامها والمسك لـ لقطاع، المحاذية مصر، فـ ي الانقلاب نـظام وخصوصاً الـ عـ ربـ ية، عداء دون من أمرها، تـ تدبـ رتـ ركوها أنهم لـ و الأقـ ل، عـ لى قـ ل، أو سياسياً، وظهيراً عـ مقاً لـ ها وقّ روا أو ودعموها، تـ بـ نوها لـ و الحال وحصار لـ ها واستهداف إمنهم؟

ولا بـ ل، والـ وحـ شـ ية، والـ ج بـ روت الـ ص لـ ف هذا بـ مثل الـ يوم، لـ تـ كان ما إسرائـ يل أن شك ولا كثيراً، الحال سيخت لـ ف على ،1967 عام محتدلة فـ لسطينية لأراضٍ "مجاني" شـ بـه احـ تلال على تـ حافـ ظ أن وسعها فـ ي كـان ما إسرائـ يل أن شك .الأقـ ل

عاجزة لإسرائـ يل الـ سابـ قـ ة الإسرائـ يلية-الـ عـ ربـ ية الـ حروب فـ ي عـ لـ يه كـ انـ ت عـ ما مخـ تـ لـ فـ ة الـ يوم الأرض على المعطـ بـ يات هذه لـ تـ دميرية قـوة إسرائـ يل، أي هي، نـ عم .الـ رسمية النظامية غـ ير المـ سلحة، الـ شعـ بـ ية المقاومة قـوى مع معركة حسم عن عسكري لا حر، وطني منطـ لق من ودّ قـ اتـ لـ وإصراراً، وعـ زيمة إيماناً تـ ملك مقاومات أمام ذاتـياً مجهـ ضة قـوة لـ كـ نها ومـ توحـ شة .وكرسي وفـ رد نـظام أجل من لا وحق، وشعب وطن أجل من تـ قاتـ لـ إنـها .علـ يها مفروض نـظامي



1

وتالياً، 2008-2009 غزة قطاع على العدوان في ثم، 2006 عامل بنان على العدوان في الأخيرة، السنوات في ذلك رأينا يوذيال صهال ضعف الحقيقة عن تعبيراً أكثر غزة مقاومة إنبل. القطاع على حالياً الجاري العدوان في وال يوم، 2012 في اليوم، وجهتها بندقيته ضلت والذي إسرائيل، اللبناني الله حزب فمقاومة. المسلحة الشعبية المقاومة أمام مقاومته ومسرحل بنان، اسمه مستقل بلدفي جغرافي، عمق الله لحزب. وإقليمية وعربية محلية بحاضنة تتمتع من تقليلاً ليس هذا إليه المتقدمة الإيرانية الأسلحة لوصو مع برزالت، ولا سورية، وكانت وعر، جبليٌ الجنوب، في. اليوم غزة مقاومة مع المقارنة باب من لكنها الأمس، في مقاومته

وذلك هذا وفوق التضاريس، مسطح سهليٌ، سكانياً، مكتظ المساحة، صغير فهو المحلي، العمق يغيب غزة، قطاع في أوقرية، عربية حاضنة بدون إنه. وجواً وبحراً برأاكذلك، المصري، النظام نوم وجوأ، وبحراً برأ إسرائيل من محاصر دعودواء، ومائه غذائه في إسرائيل، معبدالا شتراك يحاربه، من الأدهى. كاملاً دعماً على قادرة مباشرة، إقليمية شامخة، مقاومته لاكله، ذلك من الرغم وعلى مصر، "المسلوبة" في متسلط عربي نظام هو مقاومته، سلاح عنك البطولات. تسطر

بمبادرة غزة مقاومة على الاستسلام فرض إلى اليوم، يسعى، مصر في الانقلاب نظام أن تجد أن المخزي، من وال نظام فيها، نفسها ورطت التي المعركة هذه من الوجه بماء لخروج محاولة في الآن كابد إسرائيل إلى تهدئة الدفاع مقاومة ووسمت والضدية، المجرم بين ساوت المصري النظام مبادرة. لها غادرة عون يمدي المصري في أرضى تهدف وهي الإسرائيل، الوحشي العدوان على أطلاقتها التي نفسها الصفة وهي ،"العدائية الأعمال"بـ أعيد عمّن للإفراج ولا معابره، لفتح ولا غزة، عقطا عن لحصار لرفع لا أنه يبمعنى. "الهدوء مقابل الهدوء" معادلة ضحايا التعويض ولا جرائمه، على المعتدي لمحاسبة ولا الأخيرة، الأسابيع في الفلسطينيين، من اعتقالهم وادفاقات ترتيبات على تذبني نتائج كلها هذه أن ترى السيسي،مصر. إلخ ..لهم والاقتصاص الجاري العدوان إلا فلسطينية سلاح نزع تضمن أمنية،

يقوم والذي كيري، جون الأمريكي، الخارجية وزير مساعدي بعض أن تعرف أن السياق، هذا في المفارقات، ومن داعم بهاوبعض مصر، محور من قادماً تحدياً واجه كيري مساعي إن يقولون هنة، إلى لتوصل الآن، المنطقة، في بجهود والمقاومة، حماس، قبول على يصرون ثم ومن ،"ورطتها من لحماس إنقاذاً" تضمن مبادرة أي يريد لا والذي العرب، اتفاق إلى منها الاستسلام، شروط إلى أقرب وهي فيها، تستشار لم الحركة أن من الرغم على هي، كما مصر، بمبادرة إشوكتهم كسر الأقل على أو سحقهم، حين إلى الحرب استمرار أو ثناني،

لكي المصرية، المبادرة العديلة تريد لإسرائيل، وأبدياً، وحالياً، تاريخياً، المنحازة المتحدة، الولايات فعلاً، فارقةم إنها يرفض وحرية تها العربية الشعوب لتطلعات المعادي العربي والمحور الفلسطينية، والمقاومة حماس بها قبل ذلك.

على المقاومة وإنجازات إسرائيل لورطة انعكاس لكنها ركيكة،أمي ضمير صحوة عن تعبر لاكيري محاولات طبعاً، عربي، موقف في هنا، العبرة ولكن، الفلسطينيين منصفة وغير مسمومة محاولات الأحوال، كل في وهي، الأرض، إقليمياً العربي الوضع وتعزيز الفلسطينية، المقاومة صف في يكون أن ومنطقاً، عقلاً يفترض، هكذا أو يبغي، .وليأود

ولكن نحن، إلا يغيره ولن أيدينا، صنعه من جلّه بوسناووا قعنتوقعه، كناممااكثر منهار العربي الوضع للأسف، اليوم غزة في تسري التي والإصرار والعزيمة الفداء روحدستلهم أنقبل يدتملنذلك.




الرابط المختصر  palinfo.com/1(

تاريخ النشر :

2

الأحد 27/يوليو/2014 الساعة 3:39:43 مساءً

شارك برأيكانشر تعليقك عن طريق



**Translation:**

July 27, 2014

What if there were an Arabic depth for the Palestinian Resistance

Osama Abuirshaid

<mark>The achievements of the Palestinian resistance in its response to the Zionist aggression on the Gaza Strip cannot be denied. Despite its limited capabilities and the suffocating siege imposed on it by Israel and Arab regimes, it is still standing steadfast, tall. It taught with courage the Israeli army of occupation many lessons and stopped the advance of its ground forces in the affected sector, despite the blatant imbalance in power and armament.</mark>

<mark>The facts of the current Zionist aggression have clearly shown that the Palestinian resistance is no longer in the position of receiving slaps without the response of some of them, and even many of them. It also showed the creativity of the resisting Palestinian mind, consistent with the severity of its disdain. Long-range missiles, high-explosive missiles and bombs, and unmanned aerial vehicles, most of which are domestically manufactured, are designed to attack the enemy at the doorstep of its military bases by sea, landing behind its lines through tunnels, etc. It is a slap that Israel receives from the Resistance every day, and it finds no response except through the cowardly weapon of targeting civilians with artillery, air and sea missiles to raise the human, economic and economic costs of the Palestinians,</mark>

This is the limit of what the Resistance possesses, limited self-efficacy and, above all, a firm resolve and willingness to sacrifice. But the question that should be raised here: How would it be if the resistance had an Arab incubator and depth?

If the Palestinian resistance was able to record all these achievements while besieged, ostracized and attacked by most Arab regimes, especially the Egyptian coup regime, which is adjacent to the sector, and its regime is suffocating and strangling its people, so how would it be if they adopted and supported it or provided it with depth and political prominence? Or say, at least, if they let it arrange its affairs without hostility and siege and being targeted!?

The situation will be completely different; and there is no doubt that Israel would not have been able to maintain a "gratis" occupation of Palestinian land occupied in 1967, at least.

The data on the ground today are different from those of the previous Arab-Israeli wars. Israel is unable to resolve a battle with the unofficial popular armed resistance forces. Yes, that is, Israel is a destructive force, enormous and brutal, but is a self-defeating force against opponents possessing faith,

3

determination and resolve, and fighting from a free national basis, not a regular military, imposed on it. They are fighting for a homeland, a people and right, not for a regime, an individual and a throne.

We have seen this in recent years, in the aggression on Lebanon in 2006, then in the aggression on the Gaza Strip in 2008-2009, and later in 2012, and today in the ongoing aggression on the Gaza Strip. Indeed, the resistance of Gaza is more reflective of the fact of Zionist weakness in the face of popular armed resistance. The resistance of the Lebanese Hezbollah to Israel, whose gun showed its face, enjoys a local, Arab and regional incubator. Hezbollah has a geographical depth, in an independent country called Lebanon, and its theater of resistance in the south is mountainous and rugged. Syria has been and continues to be the crossing point for advanced Iranian weapons. This is not a diminution of resistance in the past, but it is a comparison with the resistance of Gaza today.

In the Gaza Strip, the local depth is lacking. It is small in size, densely populated, and, flat, and above this surrounded by Israel by land, sea and air, and by the Egyptian regime by land, sea and air. It is without a close, or regional, Arab incubator capable of supporting it fully. What is worse is that those who fight it, in partnership with Israel, in its food, its water and its blood, take away the weapon of resistance. It is an Arab regime that dominates the "usurped", Egypt, and despite all this, its resistance remains high, displaying heroism.

It is shameful to find that the coup regime in Egypt is seeking, today, to impose surrender on the resistance of Gaza by its initiative to calm down! Israel is now struggling to try to get out of this battle, which it has entrenched itself in, and the Egyptian regime is extending a treacherous helping hand. The initiative of the Egyptian regime is between the criminal and the victim, and the resistance to self-defense has been characterized by "hostilities", the same as it has been for the brutal Israeli aggression. In the sense that neither the siege of the Gaza Strip nor the opening of its crossings, nor the release of those who have been re-arrested by the Palestinians in recent weeks, nor the accountability of the aggressor for its crimes, nor the compensation of the victims of the ongoing aggression, Egypt - Sisi, believes that these are all results based on security arrangements and agreements, including the disarmament of the Palestinian resistance!

Ironically, some aides of Secretary of State John Kerry, who is now making efforts in the region to reach a truce, says that Kerry's efforts are facing a challenge coming from the axis of Egypt and some of its Arab supporters, who do not want any initiative which includes "saving Hamas from its predicament," and then insisting that Hamas and the resistance accept Egypt's initiative, as it is, even though the movement is not consulted, which is closer to the terms of surrender, including a bilateral agreement, , Or at least break their bravery!

Paradoxically, the United States, historically and currently, and forever is for Israel. It wants to modify the Egyptian initiative, in order to accept Hamas and the Palestinian resistance, and the Arab axis hostile to the aspirations and freedom of the Arab peoples.

Of course, Kerry's attempts do not reflect an American awakening of conscience, but they are a reflection of Israel's stand and the achievements of the Resistance on the ground, which are, in any case, poisoned and unfair attempts on the Palestinians. However, the lesson here, in an Arab position, should be, or so it is assumed, reason and logic, to be in the ranks of the Palestinian resistance, and to strengthen the Arab situation regionally and internationally.

Unfortunately, the Arab situation is more collapsing than we expected, and the reality of our misery is a generation of our hands, and it will only be changed by us.