IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| STANLEY BOIM, INDIVIDUALLY AND AS ADMINISTRATOR OF THE ESTATE OF DAVID BOIM, DECEASED, AND JOYCE BOIM, <br><br> Plaintiffs, <br><br> v. <br><br> AMERICAN MUSLIMS FOR PALESTINE; AMERICANS FOR JUSTICE IN PALESTINE EDUCATIONAL FOUNDATIONL RAFEEQ JABER; ABDELBASSET HAMAYEL; AND OSAMA ABUIRSHAID., <br><br> Defendants. | Civil No. 17-cv-03591 <br><br> Hon. Sharon Johnson Coleman <br><br> **Hon. Sidney I. Schenkier** |

## NOTICE OF MOTION

**PLEASE TAKE NOTICE** that on Tuesday December 18, 2018 at 10:00 a.m., or as soon thereafter as counsel may be heard, we shall appear before the Honorable Sidney I. Schenkier or any other judge sitting in his stead, in Courtroom 1843 in the Everett McKinley Dirksen United States Courthouse, 219 South Dearborn Street, Chicago, Illinois, and then and there present **Plaintiffs' Motion for Leave to Take Two Additional Depositions, to Compel Answers to Deposition Questions, and to Compel Further Document Production**, a copy of which has been served upon you.

December 7, 2018

Respectfully submitted,

*/s/ W. Allen Woolley*
Stephen J. Landes
W. Allen Woolley
Michael B. Kind
Joshua Fliegel
LOCKE LORD LLP
111 South Wacker Drive
Chicago, IL 60606
(312) 442-0509

*Attorneys for Stanley Boim, Individually and as the Administrator of the Estate of David Boim, Deceased, and Joyce Boim*

Of Counsel
Nathan Lewin (*pro hac vice*)
Alyza D. Lewin (*pro hac vice*)
LEWIN & LEWIN LLP
888 17th Street NW, 4th Floor
Washington, D.C. 20006
(202 828-1000

Daniel I. Schlessinger
Seth H. Corthell
JASZCZUK P.C.
311 South Wacker Drive, Suite 3200
Chicago, IL 60606
(312) 442-0509

Case: 1:17-cv-03591 Document #: 107 Filed: 12/07/18 Page 2 of 3 PageID #:1755

**CERTIFICATE OF SERVICE**

  I HEREBY CERTIFY that a true and correct copy of the foregoing has been filed electronically using the Court's CM/ECF system and has been served to all parties via email through CM/ECF on this 7th day of December 2018.

                 */s/ W Allen Woolley*