IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| STANLEY BOIM, INDIVIDUALLY AND AS ADMINISTRATOR OF THE ESTATE OF DAVID BOIM, DECEASED, AND JOYCE BOIM,<br><br>Plaintiffs,<br><br>v.<br><br>AMERICAN MUSLIMS FOR PALESTINE; AMERICANS FOR JUSTICE IN PALESTINE EDUCATIONAL FOUNDATIONL RAFEEQ JABER; ABDELBASSET HAMAYEL; AND OSAMA ABUIRSHAID.,<br><br>Defendants. | Civil No. 17-cv-03591<br><br>Hon. Sharon Johnson Coleman<br><br>**Hon. Sidney I. Schenkier** |

## MOTION FOR LEAVE TO FILE DOCUMENTS PROVISIONALLY UNDER SEAL

Pursuant to L.R. 26.2(c), plaintiffs Stanley Boim, individually and as administrator of the estate of David Boim, deceased, and Joyce Boim (together, "Plaintiffs") move to file their unredacted Motion for Leave to Take Two Additional Depositions, to Compel Answers to Deposition Questions, and to Compel Further Document Production (the "Motion") and certain exhibits thereto, electronically under seal. In support of this motion, plaintiffs state as follows:

1. On May 23, 2018, this Court entered an Agreed Confidentiality Order (Dkt. 71, the "Order") permitting parties producing materials in discovery to designate certain types of materials "CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER." Documents so designated can only be disclosed to certain categories of persons, including to the Court and its personnel. If a party seeks to file a document designated as confidential in connection with a motion, the order directs the party to comply with L.R. 26.2. (Dkt. 71 ¶ 7.)

2. L.R. 26.2(c) requires a party wishing to file a document or portion of a document electronically under seal in connection with a motion, brief or other submission to: (1) provisionally file the document electronically under seal; (2) file electronically at the same time a public-record version of the brief, motion, or other submission with only the sealed document excluded; and (3) move the court for leave to file the document under seal.

3. Exhibits C, D, E, F and I to plaintiffs' Motion are designated in whole or in part as confidential by the defendants and the text itself includes descriptions of the contents of some of those documents. Documents that are designated as confidential cannot be filed in the public record under the terms of the Order.

4. Pursuant to L.R. 26.2(c), plaintiffs are provisionally filing the full versions of the Motion and all exhibits electronically under seal. Plaintiffs are also electronically filing redacted public-record versions *not* under seal. This Motion seeks leave (retroactively) to file the documents under seal, as required by L.R. 26.2(c).

5. The aforementioned documents were designated by defendants, and as such, filing them under seal will not prejudice defendants.

THEREFORE, for the foregoing reasons, plaintiffs request that the Court grant them leave to file their Motion and the accompanying Exhibits C, D, E, F and I provisionally under seal.

December 7, 2018                                       Respectfully submitted,


                                                                                                */s/ W. Allen Woolley*
                                                                                                Stephen J. Landes
                                                                                                W. Allen Woolley
         Michael B. Kind
         LOCKE LORD LLP
         111 South Wacker Drive
         Chicago, IL 60606
         (312) 442-0509

         *Attorneys for Stanley Boim, Individually and as the Administrator of the Estate of David Boim, Deceased, and Joyce Boim.*

Of Counsel
Nathan Lewin (*pro hac vice*)
Alyza D. Lewin (*pro hac vice*)
LEWIN & LEWIN LLP
888 17th Street NW, 4th Floor
Washington, D.C. 20006
(202 828-1000

Daniel I. Schlessinger
Seth H. Corthell
JASZCZUK P.C.
311 South Wacker Drive, Suite 3200
Chicago, IL 60606
(312) 442-0509

3

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing has been filed electronically using the Court's CM/ECF system and has been served to all parties via email through CM/ECF on this 7th day of December 2018.

/s/ W. Allen Woolley