# EXHIBIT C - REDACTED

ALERT - CONFIDENTIAL TESTIMONY

1

```
1              IN THE UNITED STATES DISTRICT COURT
                  NORTHERN DISTRICT OF ILLINOIS
2                      EASTERN DIVISION
3    STANLEY BOIM, Individually      )
     and as Administrator of the     )
4    Estate of David Boim,           )
     deceased; and JOYCE BOIM,       )
5                                    )
                 Plaintiffs,         )
6                                    )
        vs.                          )   Case No.
7                                    )   17-cv-03591
     AMERICAN MUSLIMS FOR            )
8    PALESTINE; AMERICANS FOR        )
     JUSTICE IN PALESTINE            )
9    EDUCATIONAL FOUNDATION;         )
     RAFEEQ JABER; ABDELBASSET       )
10   HAMAYEL; AND OSAMA              )
     ABUIRSHAID,                     )
11                                   )
                 Defendants.         )
12
13              The deposition of MUNJED AHMAD,
14   called by the Plaintiffs for examination, taken
15   pursuant to the Federal Rules of Civil Procedure
16   of the United States District Courts pertaining
17   to the taking of depositions, taken before
18   Marianne Nee, a Certified Shorthand Reporter of
19   the State of Illinois, CSR License No.
20   084-002341, taken at 111 South Wacker Drive,
21   Suite 4100, Chicago, Illinois, on Thursday,
22   November 8, 2018, commencing at 9:09 a.m.
23
24
```

STANLEY BOIM v. AMERICAN MUSLIMS FOR PALESTINE
AHMAD                                                11/8/2018

85

1   AMP?

2       A.   Since its inception.

3       Q.   Since 2006?

4       A.   Hm-hmm.  Excuse me.  Yes.

5       Q.   Have you ever had any other positions

6   other than as a board member and vice chairman

7   of AMP?

8           MS. JUMP:  Object as vague as to time.

9   BY MR. WOOLLEY:

10      Q.   At any time.

11      A.   I believe I may be listed as a

12  treasurer maybe.  I'm not sure.

13      Q.   Have you ever had a paid position with

14  AMP?

15      A.   No.

16      Q.   Starting at the beginning in the 2006,

17  2007 time period, what were your

18  responsibilities as a board member of AMP?

19      A.   So obviously I was one of the -- I was

20  the founding member, and I guess I would just,

21  you know, kind of try to help put programs in

22  place, and really the goal initially of AMP was

23  just to be used as a vehicle to educate the

24  youth about the cause that their ancestors, so

STANLEY BOIM v. AMERICAN MUSLIMS FOR PALESTINE
AHMAD                                                    11/8/2018

86

1    like my kids, educating like my kids and the

2    kids that were around that time, just educating

3    them.  So trying to get stuff together to do

4    that, that was my initial role.

5         Q.   At the 2006 convention the focus wasn't

6    on youth specifically; there were adults invited

7    to that convention?

8         A.   Of course, yes.

9         Q.   And there were also youth programs?

10        A.   Correct.

11        Q.   So the work of AMP is not just focused

12   on youth; it's adult programs as well?

13        A.   Correct.  My point was when AMP was

14   being envisioned initially, that's what the

15   vision was.

16        Q.   When you envisioned AMP and looking at

17   your declaration, you started AMP -- excuse me.

18   You say you discussed the concept of starting an

19   education-based nonprofit organization with the

20   purpose of educating youth in America on

21   Palestine and its history.  Correct?

22        A.   Yes.

23        Q.   That was the original vision you had

24   for the organization?

STANLEY BOIM v. AMERICAN MUSLIMS FOR PALESTINE
AHMAD                                                          11/8/2018

87

1      A.    Yes.

2      Q.    And the organization that ended up

3    getting started also had an adult focus though,

4    correct?

5      A.    Well, you can't educate the children

6    without their parents being educated as well.

7    There has to be some reinforcement of what

8    you're educating them.

9      Q.    So there was an adult focus as well?

10     A.    Yes.

11     Q.    Okay.  And a number of the speakers

12   dealt with were pretty sophisticated speakers

13   with a lot of knowledge on adult issues about

14   Palestine?

15         MS. JUMP:  I'm going to object as to

16     vague.

17         You can answer.

18   BY THE WITNESS:

19     A.    Yeah.  I guess I don't understand what

20   "sophisticated" means, but, I mean, I think that

21   --

22   BY MR. WOOLLEY:

23     Q.    For instance, Dr. Bazian.  Dr. Bazian

24   is a scholar with a lot of expertise on

88

1  Palestine, correct?

2       A.   He is a professor who teaches youth

3  every single day of his life.

4       Q.   And he comes to the conventions and

5  gives fairly high level talks on Palestine

6  issues?

7       A.   Again, I'm not sure what "high level"

8  means, but youth who are in college should be

9  able to understand him.

10      Q.   And a number of the other people that

11 are invited to speak at these conventions are

12 considered experts in academics and Palestinian

13 issues?

14          MS. JUMP:  I object as to vague as to

15      time.

16 BY THE WITNESS:

17      A.   They are invited because they have some

18 knowledge set of something relating to

19 Palestine, yes.

20 BY MR. WOOLLEY:

21      Q.   Does the AMP organization engage in

22 activities designed to change the political

23 narrative with respect to Palestine?

24          MS. JUMP:  Object as to vague, vague as

89

1      to time.

2          Go ahead.

3   BY THE WITNESS:

4      A.   AMP's focus is education.  It's

5   education so that the Muslim community knows the

6   Palestinian narrative.  It's an education

7   organization that has also branched out to

8   society at large to let them know what the

9   Palestinian narrative is.  That's what it is.

10  BY MR. WOOLLEY:

11     Q.   Is AMP interested in talking to

12  Congress people about Palestinian issues?

13          MS. JUMP:  I'm going to object as to

14      vague and not limited in time.

15          You can answer.

16  BY THE WITNESS:

17     A.   AMP has had advocacy days on Capitol

18  Hill, yes.

19  BY MR. WOOLLEY:

20     Q.   AMP has also advocated for release of

21  prisoners and issues such as that?

22     A.   I don't know.

23          MS. JUMP:  Objection as to vague.

24          Go ahead.

STANLEY BOIM v. AMERICAN MUSLIMS FOR PALESTINE
AHMAD                                                              11/8/2018

90

BY THE WITNESS:

    A.   I don't recall if we have or not.

BY MR. WOOLLEY:

    Q.   Would you consider that to be
consistent with AMP's mission?

        MS. JUMP:  Objection as to vague.

BY THE WITNESS:

    A.   As I said, I don't recall if we did or
not, so I can't answer that.

BY MR. WOOLLEY:

    Q.   Would you consider that as something
consistent with AMP's mission though?

        MS. JUMP:  Objection; asked and
    answered and objection as to vague.

BY THE WITNESS:

    A.   And I'm going to use the same answer.

BY MR. WOOLLEY:

    Q.   Well, I understand you can't recall if
that's a specific thing that you've done.  My
question is though, would you consider
advocating for release of prisoners to be
consistent with AMP's message -- or mission?
I'm sorry.

    A.   If that -- if that so-called -- I'll

91

1    use your words -- advocating has an educational

2    component to it, yes.

3        Q.   Has AMP advocated for sending flotillas

4    or sending supplies through the blockade into

5    Gaza?

6            MS. JUMP:   I am going to object as to

7        vague as to time and --

8    BY MR. WOOLLEY:

9        Q.   At any point in time.

10       A.   I don't know if I like the term

11   "advocated."   But has AMP had events where AMP

12   hosted the Viva Palestina people?   Yes.

13       Q.   Have there been others who have been

14   involved in sending supplies and aid into Gaza

15   that AMP has hosted events for?

16           MS. JUMP:   Objection; vague.

17   BY THE WITNESS:

18       A.   I don't recall.

19   BY MR. WOOLLEY:

20       Q.   Looking back at your declaration, in

21   paragraph 6 you talk about discussing the

22   concept of starting an education-based nonprofit

23   organization with someone named Nabila Dache.

24           Who is that?

STANLEY BOIM v. AMERICAN MUSLIMS FOR PALESTINE
AHMAD                                                    11/8/2018

                                                              92

1    A.   Nabila was a lady who at the time lived

2    in Milwaukee who I knew growing up.

3    Q.   Did she ultimately end up having any

4    role whatsoever in the AMP organization?

5    A.   She did not become a board member, no.

6    Q.   Did she do anything with AMP at any

7    point?

8    A.   I don't recall.

9    Q.   Why not?

10   A.   She was a mother.  She had her own

11   family obligations that she needed to, you know,

12   take care of.

13   Q.   Did you have any other conversations

14   with anyone at this point in time regarding

15   starting up a group?

16        MS. JUMP:  Objection as to vague.

17   BY THE WITNESS:

18   A.   At what point in time?

19   BY MR. WOOLLEY:

20   Q.   Let's say around August 2005.

21   A.   I don't recall.  Maybe my wife, but I

22   don't recall.

23   Q.   Do you recall when it was that you

24   discussed the concept with Nabila Dache?

STANLEY BOIM v. AMERICAN MUSLIMS FOR PALESTINE
AHMAD                                                            11/8/2018

                                                                        93

1       A.   Sometime in 2005.

2       Q.   Was this one conversation or multiple

3  conversations?

4       A.   I don't recall.

5       Q.   Did you ever produce anything in

6  writing or go any further than having the

7  discussion?

8       A.   She may have been -- I don't recall,

9  but she may have been at some of the initial

10 meetings.

11      Q.   Okay.  When did the initial meetings

12 take place?

13      A.   Sometime in 2005 and 2006 probably.

14      Q.   Okay.  And in paragraph 5 you say:

15           "AMP was envisioned and first discussed

16      in the latter part of 2005, beginning in

17      approximately August."

18           Is that approximately when the

19 conversations with Nabila Dache took place?

20      A.   Yes.

21      Q.   Then you indicated there were some

22 initial meetings?

23      A.   Correct.

24      Q.   When did those take place?

STANLEY BOIM v. AMERICAN MUSLIMS FOR PALESTINE
AHMAD                                              11/8/2018

94

1      A.   I don't know dates, but probably

2  sometime in 2005 and 2006.

3      Q.   Where did the initial meetings take

4  place?

5      A.   I know one of them took place -- they

6  were all in Milwaukee.

7      Q.   Approximately how many of them were

8  there?

9      A.   Two or three.  I can't recall.

10     Q.   You indicate that there was a decision

11  on April 14th I believe.  Yeah, in paragraph 11:

12          "The name AMP was the one selected, as

13      reflected in my notes dated 4/14, which I

14      believe to be April 14, 2006."

15          Was there a meeting where that took

16  place?

17     A.   I'm sorry.  Is there a meeting?

18     Q.   Was there a meeting when that took

19  place on April 14th?

20     A.   I believe so, yes.

21     Q.   Was that at the MAS convention in

22  Milwaukee?

23     A.   I believe it was.

24     Q.   Prior to the MAS convention in

95

1   Milwaukee, approximately how many meetings had

2   taken place that you attended?

3       A.   I honestly don't recall.  I don't know.

4       Q.   Did you ever have any communications

5   regarding the concept of starting a new

6   organization via email prior to that Milwaukee

7   MAS convention?

8       A.   I don't recall.

9       Q.   Were you ever part of any internet

10  chats or postings or bulletin boards?

11      A.   Not that I'm aware of.

12      Q.   Do you have any documentation

13  indicating one way or another whether you were?

14      A.   Whatever I provided is what I have.  I

15  looked.  Just so you know, I looked everywhere

16  for whatever I had.  I even looked at old

17  laptops.  So whatever I had I provided.

18      Q.   And you have no recollection as you sit

19  here today of ever having participated in any

20  kind of discussion over the internet or over

21  email?

22      A.   No.  I don't recall.

23      Q.   Do you know if anyone else did?

24      A.   Not that I know of.

STANLEY BOIM v. AMERICAN MUSLIMS FOR PALESTINE
AHMAD                                                                    11/8/2018

                                                                            96

 1     Q.   Who attended the meetings that took

 2  place prior to the MAS 2006 meeting?

 3     A.   Who took -- I'm sorry.  Can you please

 4  repeat the question?

 5     Q.   Sure.  You talked about some initial

 6  meetings --

 7     A.   Hm-hmm.

 8     Q.   -- prior to the MAS convention in

 9  Milwaukee.

10          Can you tell me who attended those

11  meetings?

12     A.   I believe Nabila Dache was one.  And

13  then there was just -- I don't remember the

14  names, I'm sorry, but some youth, maybe they

15  were high school, college students at the time

16  who also attended.  They would be reflected in

17  whatever notes I gave I believe.

18     Q.   The three pages of handwritten notes

19  you produced?

20     A.   Correct.

21     Q.   Were there any people who were older

22  than high school and college besides you?

23     A.   Nabila.

24     Q.   Nabila?

97

1     A.    Yeah.

2     Q.    Everyone else was high school, college

3  age person?

4     A.    From what I recall.  I don't remember.

5     Q.    Are you still in touch with any of

6  those people?

7     A.    Any of?

8     Q.    The people who attended those initial

9  meetings.

10     A.    I'd have to see the names.  I can't

11  remember who was there.

12     Q.    Did any of those initial people from

13  those meetings ever become part of the AMP

14  organization?

15     A.    I don't recall because I can't remember

16  names.

17     Q.    None of them are on the board today

18  though?

19     A.    I can't recall.  I'd have to look at

20  names.

21     Q.    Other than those early meetings, did

22  you have any discussions with anyone else about

23  the idea of forming a new organization prior to

24  the MAS convention?

STANLEY BOIM v. AMERICAN MUSLIMS FOR PALESTINE
AHMAD                                                    11/8/2018

                                                                98

1       A.    I don't recall.  I can't tell you that.

2       Q.    Is there anything that would refresh

3  your recollection?

4       A.    I don't know.  I don't know what you're

5  asking.

6       Q.    Nothing you've seen during producing

7  documents and looking through your computers

8  would refresh your recollection on that issue?

9       A.    Not that I can think of.

10      Q.    Did you ever have any discussion prior

11 to the MAS convention with any of the Sarsour

12 brothers?

13      A.    I don't think so.

14      Q.    How about Hani Hasan?

15      A.    He was a kid.  I don't think so.

16      Q.    Was he at any of the meetings?

17      A.    I don't remember.

18      Q.    Did you talk to Ziad Hamdan about it at

19 all?

20      A.    I don't think so.

21      Q.    Did you know Magdi Odeh at that time?

22      A.    At the time AMP was created I did not

23 know him.

24      Q.    And I take it you never had any

STANLEY BOIM v. AMERICAN MUSLIMS FOR PALESTINE
AHMAD                                                          11/8/2018

99

1    discussions with him at that time?

2        A.   I didn't know him.

3        Q.   So when did you first meet Hatem

4    Bazian?

5        A.   I think in 2006, sometime in 2006.

6        Q.   What was the context?

7        A.   I don't recall.

8        Q.   Did you meet Mr. Bazian or Dr. Bazian

9    before the 2006 MAS meeting?

10       A.   I don't think so, but I don't recall.

11       Q.   Did you meet him at the MAS meeting?

12       A.   I don't recall the MAS.  I mean, you're

13   talking about something 12 years ago.  I don't

14   remember who I talked to or I didn't talk to on

15   that.  I really don't know.

16       Q.   How did you get introduced to

17   Dr. Bazian?

18       A.   I don't recall.

19       Q.   Had you ever seen him speak?

20       A.   I'm sure I saw him at that particular

21   event, but I don't know if I've seen him before

22   that.

23       Q.   Paragraph 6 of your declaration said:

24            "I also had discussions prior to the

STANLEY BOIM v. AMERICAN MUSLIMS FOR PALESTINE
AHMAD                                                          11/8/2018

100

1           formation of AMP with Dr. Hatem Bazian."

2                   When and where did those discussions

3       take place?

4           A.    It would have been sometime in 2006

5       before AMP was created.  I don't know dates and

6       I can't give you places.  I don't recall.

7           Q.    What did you discuss with Mr. Bazian?

8           A.    I know that Dr. Bazian had a similar

9       idea of creating an educational organization

10      relating to Palestine, and that's where our

11      discussion was.  We both had a kind of similar

12      vision for an organization.

13          Q.    How did you get connected?

14          A.    I honestly don't remember.

15          Q.    Do you have any idea who connected you?

16          A.    Off the top of my head, no.

17          Q.    Do you know if Dr. Bazian knew any of

18      the people from Milwaukee or the ISM?

19                  MS. JUMP:  Objection; vague.

20      BY THE WITNESS:

21          A.    I don't know who he knew.

22      BY MR. WOOLLEY:

23          Q.    How many discussions did you have with

24      Mr. Bazian?

STANLEY BOIM v. AMERICAN MUSLIMS FOR PALESTINE
AHMAD                                                        11/8/2018

101

1      A.   I don't recall.

2      Q.   When you say prior to the formation of

3  AMP, are you talking about August of 2006 as the

4  time it was formed?

5      A.   AMP was formed in August of 2006.

6      Q.   So the discussions with Dr. Bazian took

7  place prior to the formation in August of 2006?

8      A.   Correct.

9      Q.   Are you able to tell me whether they

10 took place prior to the MAS meeting or after it?

11     A.   I don't remember when -- I honestly --

12 I think probably after, but I'm not sure.

13     Q.   Okay.  The MAS meeting was at the Four

14 Points Sheraton; is that right?

15     A.   I believe so.

16     Q.   And did you meet with Dr. Bazian in

17 person for these meetings or were these over the

18 telephone?

19     A.   I think they were in person, but I

20 don't recall.

21     Q.   Did you ever travel anywhere outside of

22 Milwaukee to meet with him?

23     A.   I don't recall.  I doubt it.

24     Q.   Did you ever have any email

STANLEY BOIM v. AMERICAN MUSLIMS FOR PALESTINE

AHMAD                                                                    11/8/2018

102

1  communication or internet communication with

2  Dr. Bazian?

3      A.   I don't remember.

4      Q.   Do you know if Dr. Bazian was working

5  with anyone else on this concept at the time?

6      A.   I wouldn't know.  You'd have to ask

7  him.

8      Q.   Okay.  Did he tell you about anyone

9  else being involved?

10     A.   I don't recall.

11     Q.   What -- you say:

12          "Dr. Bazian had also observed a need

13          for providing a source of education on

14          Palestine in the United States."

15          What specifically did he tell you he

16  had observed?

17     A.   I can't remember what he specifically

18  told me in 2006.

19     Q.   Did he indicate why there was a need at

20  that time?

21     A.   I don't remember what the specifics of

22  the discussion are.  Here we are 12 plus years

23  later.  I don't remember.

24     Q.   Do you know if Dr. Bazian was focused

103

1   on youth specifically or was he focused on

2   education in general?

3       A.   I don't recall.

4       Q.   Did he provide any specifics on what

5   aspects of Palestine he was interested in

6   educating people on?

7       A.   As I said, I don't remember the

8   specificity of these conversations.  I just

9   remember having them.

10      Q.   Okay.  Did Dr. Bazian mention at any

11  time that KindHearts had just been closed down?

12      A.   No, not that I recall.

13      Q.   Did he mention anything about IAP and

14  HLF and AMS being shut down?

15      A.   As I said, I didn't know or hear of

16  these organizations until -- the organizations

17  that you just mentioned until well after the

18  establishment of AMP, so he -- no.

19      Q.   Do you recall how long any of these

20  conversations were?  Were they short, were they

21  long discussions?

22      A.   I mean, I don't know.  I don't recall.

23      Q.   Did you and Dr. Bazian at some point in

24  time agree to move forward on incorporating AMP?

104

1     A.    Yes.

2     Q.    When did that happen?

3     A.    Sometime in 2006.

4     Q.    Do you recall the context of that

5   decision?

6     A.    I honestly don't remember.

7     Q.    Did Dr. Bazian give you any indication

8   as to what he envisioned the new organization

9   actually doing?

10    A.    Just -- you know, it was an educational

11  organization to bring about the Palestinian

12  narrative.

13    Q.    Whose idea was it to have an annual

14  conference?

15    A.    I can't remember.

16    Q.    Was it yours?

17    A.    I don't remember.  It may have been.  I

18  don't remember.

19    Q.    How did the idea as to what the format

20  of the annual conference come to be?

21    A.    Again, you're asking me something that

22  happened, you know, in 2006, so I really -- I

23  can't give you an answer.  I don't remember.

24    Q.    Did you have a discussion as to whether

STANLEY BOIM v. AMERICAN MUSLIMS FOR PALESTINE
AHMAD                                                    11/8/2018

105

1   there should be youth events and adult events?

2       A.   I don't remember the specific

3   discussions.  I'm sure they were had, but I

4   don't remember.

5       Q.   Do you speak Arabic?

6       A.   I speak Arabic.  Not great, but I speak

7   Arabic.

8       Q.   Did you envision that some of the

9   events would be in Arabic?

10      A.   I don't think I thought about that when

11  I originally created the organization, whether

12  there should be events in Arabic or not.

13      Q.   Did Dr. Bazian talk to you about doing

14  some of them in Arabic?

15      A.   I honestly don't remember.

16      Q.   Was there ever a program or any written

17  literature about the first 2006 convention?

18      A.   I don't remember.

19      Q.   Are you familiar with the Four Points

20  Sheraton Hotel in Milwaukee?

21      A.   Yes.  It's no longer there.

22      Q.   It's gone?

23      A.   It's gone.  I got married there.

24      Q.   Oh, really.

106

1       A.    No commentary on my marriage.

2             MS. JUMP:  Not a bad omen?

3             THE WITNESS:  No, not at all, right.

4                          (Exhibit 62 was marked for

5                           identification.)

6   BY MR. WOOLLEY:

7       Q.    I'm handing you what's been marked as

8   PX 62 which I see was also -- which was

9   previously marked as PX 30 but we have a new

10  copy.  Have you seen this document before?

11      A.    Yes.

12      Q.    Okay.  This is the -- a flyer for the

13  MAS 2nd Annual Convention in 2006?

14      A.    Correct.

15      Q.    And you attended this convention?

16      A.    Yes.

17      Q.    Did you attend the speakers and some of

18  the events at the convention?

19      A.    Not all of them, but yes, some.

20      Q.    Did you stay at the hotel?

21      A.    No.

22      Q.    One of the speakers listed is Mohammad

23  Al-Hanooti.  Is that someone you knew?

24      A.    I didn't know him well.  When I was

STANLEY BOIM v. AMERICAN MUSLIMS FOR PALESTINE
AHMAD                                                          11/8/2018

107

1   living in Virginia, he was the imam of one of

2   the mosques that I would attend occasionally.

3       Q.   Did you live in Virginia when you were

4   attending Catholic University?

5       A.   Yes.

6       Q.   During law school?

7       A.   Correct.

8       Q.   Has Mr. Al-Hanooti been involved in AMP

9   events?

10      A.   He's dead.

11      Q.   How long ago?

12      A.   Don't know.

13      Q.   Was he at any time involved in AMP

14  events?

15      A.   I don't recall.

16      Q.   When you went to the MAS convention,

17  did you make any plan to meet with anyone

18  regarding the new organization you were thinking

19  of forming?

20      A.   There was a -- as I previously

21  indicated, there was a meeting of some of the

22  youth that were envisioned to be involved, but

23  other than that, no.

24      Q.   Where did that meeting take place?

STANLEY BOIM v. AMERICAN MUSLIMS FOR PALESTINE
AHMAD                                                    11/8/2018

108

1      A.   One of the rooms in the hotel, one of

2  the separate conference rooms.

3      Q.   Did you arrange for that conference

4  room in advance?

5      A.   No, I don't think so.

6      Q.   You just found an empty one and met?

7      A.   Pretty much.

8      Q.   Was Hatem Bazian at that meeting?

9      A.   No.

10     Q.   Did you attend any meeting where Hatem

11 Bazian was during that convention?

12     A.   At this convention?  Not that I

13 remember.

14     Q.   Was Mr. Bazian a speaker at the

15 convention?

16     A.   According to this he was.  I have no

17 independent recollection.

18     Q.   Okay.  So other than seeing his name on

19 the list, you don't know one way or another?

20     A.   Right.

21     Q.   Did you attend his speech?

22     A.   I don't recall.

23     Q.   You don't recall one way or another

24 whether you even knew him at this point?

STANLEY BOIM v. AMERICAN MUSLIMS FOR PALESTINE
AHMAD                                                    11/8/2018

109

1      A.   I don't recall.  I don't recall if I
2  knew him at this point.
3      Q.   And I take it you don't know one way or
4  another whether Dr. Bazian had been meeting with
5  anyone at the MAS convention about possibly
6  starting an organization?
7      A.   I have no idea.
8      Q.   Did you ever hear that Dr. Bazian and
9  Salah Sarsour had met with Osama Abuirshaid
10  urging him to join up in a new organization?
11      A.   I don't think I even knew Osama at that
12  time.
13      Q.   When did you meet Osama Abuirshaid?
14      A.   I don't recall.  It was well after AMP
15  was already established.
16      Q.   What did you discuss at the meeting in
17  the conference room at the Four Points Sheraton?
18      A.   I don't recall.  You'd have to look at
19  the notes that we provided.  I honestly just
20  don't remember that far back.
21      Q.   Did you have any role in the actual
22  incorporation of AMP?
23      A.   In terms of what?
24      Q.   Filing the documents.

1    A.    No.

2    Q.    You weren't listed on any of the

3    documents when it was actually filed?

4    A.    I think I may have --

5         MS. JUMP:  I'm going to object to the

6         extent the documents speak for themselves.

7    BY THE WITNESS:

8    A.    I'm not sure.  I think I was, but I

9    don't remember.  You're talking again so long

10   ago, I just don't remember.

11   BY MR. WOOLLEY:

12   Q.    The incorporation was filed out in

13   California?

14   A.    That's right.

15   Q.    By Mr. Bazian, Dr. Bazian?

16   A.    Or whoever he hired, yeah.

17   Q.    Were you the leader or chairperson of

18   the meeting at the Four Points Sheraton?



STANLEY BOIM v. AMERICAN MUSLIMS FOR PALESTINE

AHMAD                                                    11/8/2018

111

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

STANLEY BOIM v. AMERICAN MUSLIMS FOR PALESTINE

AHMAD                                                                    11/8/2018

112



STANLEY BOIM v. AMERICAN MUSLIMS FOR PALESTINE

AHMAD                                                              11/8/2018

113



STANLEY BOIM v. AMERICAN MUSLIMS FOR PALESTINE

AHMAD                                                                    11/8/2018

114



STANLEY BOIM v. AMERICAN MUSLIMS FOR PALESTINE

AHMAD                                                                11/8/2018

115



STANLEY BOIM v. AMERICAN MUSLIMS FOR PALESTINE

AHMAD                                                                          11/8/2018

116

STANLEY BOIM v. AMERICAN MUSLIMS FOR PALESTINE

AHMAD                                                                  11/8/2018

117



118



STANLEY BOIM v. AMERICAN MUSLIMS FOR PALESTINE
AHMAD                                                        11/8/2018

119



STANLEY BOIM v. AMERICAN MUSLIMS FOR PALESTINE

AHMAD                                                    11/8/2018

120



STANLEY BOIM v. AMERICAN MUSLIMS FOR PALESTINE

AHMAD                                                                    11/8/2018



STANLEY BOIM v. AMERICAN MUSLIMS FOR PALESTINE
AHMAD                                                          11/8/2018

122



123



STANLEY BOIM v. AMERICAN MUSLIMS FOR PALESTINE

AHMAD                                                                11/8/2018

124

STANLEY BOIM v. AMERICAN MUSLIMS FOR PALESTINE

AHMAD                                                                11/8/2018

125

STANLEY BOIM v. AMERICAN MUSLIMS FOR PALESTINE

AHMAD                                                    11/8/2018

126

STANLEY BOIM v. AMERICAN MUSLIMS FOR PALESTINE

AHMAD                                                                11/8/2018

127



STANLEY BOIM v. AMERICAN MUSLIMS FOR PALESTINE

AHMAD                                                    11/8/2018

128

STANLEY BOIM v. AMERICAN MUSLIMS FOR PALESTINE

AHMAD                                                          11/8/2018

129

STANLEY BOIM v. AMERICAN MUSLIMS FOR PALESTINE

AHMAD                                                           11/8/2018

130



131

███████████████████████████████████████████████

3  BY MR. WOOLLEY:

4      Q.    When did you first meet Abuirshaid?

5      A.    I don't recall.

6      Q.    Did you know him before he started

7  working with AMP?

8      A.    I don't remember when I met Osama

9  Abuirshaid.  It was after the creation of AMP,

10 but when after I just don't recall.

11     Q.    Mr. Abuirshaid testified that he spoke

12 at the 2006 convention.  Do you remember him

13 being there?

14     A.    He may have.

15         MS. JUMP:  Object to the extent it

16     assumes facts not in evidence or calls for

17     speculation by this witness.

18         Go ahead.

19         MR. WOOLLEY:  I think it is in

20     evidence.

21         MS. JUMP:  Same objection.

22 BY THE WITNESS:

23     A.    The answer is I don't recall anyway.

24     ///

STANLEY BOIM v. AMERICAN MUSLIMS FOR PALESTINE
AHMAD                                                          11/8/2018

132

1   BY MR. WOOLLEY:

2       Q.   Okay.  Do you recall that he became a

3   regular speaker at AMP events?

4          MS. JUMP:  Objection as to

5       characterization and not limited in time.

6   BY THE WITNESS:

7       A.   I don't know.  I don't know what,

8   quote-unquote, "regular" means, but he had

9   spoken at AMP events.

10  BY MR. WOOLLEY:

11      Q.   And he's now a board member of AMP?

12      A.   Yes.

13      Q.   And national policy director?

14      A.   Yes.

15      Q.   Did you have any involvement with

16  bringing him on board at AMP?

17      A.   I believe I did, yes.

18      Q.   What was -- what happened in bringing

19  him on board?

20      A.   Mr. Abuirshaid -- Doctor, sorry.

21  Dr. Abuirshaid, much like Dr. Bazian, was very

22  -- knows a lot about the issue of Palestine.  I

23  had seen him speak before.  I had seen him

24  present the issues of -- as it relates to

STANLEY BOIM v. AMERICAN MUSLIMS FOR PALESTINE
AHMAD                                                    11/8/2018

133

1    Palestine in a very comprehensive and cohesive

2    manner, and I thought he would be a good

3    addition to the organization.

4        Q.   Who raised the idea of bringing him on

5    board?

6        A.   I don't recall.

7        Q.   Was it your idea or was it -- did it

8    come from someone else?

9        A.   It may have been.  I just don't

10   remember.

11       Q.   Did you at some point interview him or

12   meet with him about getting involved?

13       A.   We met with him about getting involved,

14   yes.

15       Q.   Did -- at that time did you discuss

16   with him his prior involvement with IAP?

17       A.   No.

18       Q.   Do you recall Salah Sarsour being at

19   the MAS convention in 2006?

20       A.   I'm sure he was.

21       Q.   Did you meet with him at all?

22       A.   I'm sure I saw him there, yes.  I don't

23   know if I met with him in terms of an actual

24   meeting, no, I don't recall that.

STANLEY BOIM v. AMERICAN MUSLIMS FOR PALESTINE
AHMAD                                                      11/8/2018

134

1      Q.   Do you recall talking to him about

2  anything to do with the new organization at that

3  time?

4      A.   At that time I don't recall talking to

5  him.

6      Q.   Did you know someone named Sufyan

7  Nabhan?

8      A.   I came to know Sufyan Nabhan after AMP

9  was created.

10     Q.   Approximately when?

11     A.   I can't tell you that.  I don't know.

12     Q.   He's from Detroit or Dearborn?

13     A.   Somewhere in Michigan, yes.

14     Q.   Do you recall how you came to meet him?

15     A.   I don't recall.

16     Q.   Was his name ever mentioned in the

17  initial meetings you had regarding AMP?

18     A.   Not that I can recall.

19     Q.   Do you recall where you were when you

20  met him first?

21     A.   I don't.

22     Q.   Any recollection of who might have

23  introduced you?

24     A.   No.

STANLEY BOIM v. AMERICAN MUSLIMS FOR PALESTINE

AHMAD                                                                11/8/2018

135

1    Q.   He became involved in the leadership of

2    AMP at some point, correct?

3    A.   He became involved in the leadership of

4    AMP at some point, yes.

5    Q.   When do you recall that as having been?

6    A.   I don't remember.  It's in the

7    submissions.

STANLEY BOIM v. AMERICAN MUSLIMS FOR PALESTINE

AHMAD                                                           11/8/2018

136



Q.    So Mr. Nabhan is on the board as of the

first list we have, 2009.  Do you recall him

being on the board before that?

A.    Before 2009 I don't recall.

Q.    Do you recall whether there even was a

board prior to 2009 in any sense?

A.    Again, the organization was very

informal, so I don't recall if there was a

formal board or not.

Q.    Do you recall him being involved in

planning either of the conventions, 2006 or

STANLEY BOIM v. AMERICAN MUSLIMS FOR PALESTINE
AHMAD                                                          11/8/2018

137

1    2007?

2        A.    He may have been.  I don't recall.

3        Q.    Do you recall him ever being a speaker

4    at AMP events?

5        A.    I don't recall.

6        Q.    Did you have any role in bringing him

7    on to the board?

8        A.    I don't remember.

9        Q.    Did you ever hear that he had prior

10   association with IAP?

11       A.    No.

12       Q.    Did you ever hear any discussion of not

13   wanting him on the organization right away

14   because of any prior association with any other

15   organization?

16       A.    No.

17       Q.    Did you see Rafeeq Jaber at the 2006

18   MAS convention?

19       A.    I don't recall.

20       Q.    Other than the people who were high

21   school students and college students that you

22   met up with, did you approach anyone else about

23   being involved in the new organization?

24       A.    I don't remember.

138

1     Q.    After the MAS convention where you

2   selected the names, what happened next with this

3   organization?

4          MS. JUMP:  Object to the

5       characterization of the previous testimony.

6          You can answer.

7   BY THE WITNESS:

8     A.    Well, sometime in August it was

9   created.  Can I tell you the details of how,

10  where we got from April to August?  I can't.  I

11  don't recall.

12  BY MR. WOOLLEY:

13    Q.    Do you recall participating in any

14  further meetings between April and August?

15    A.    I don't recall if I did or didn't.  I

16  don't remember.

17    Q.    Do you recall participating in any

18  emails or chat sessions or bulletin boards or

19  internet postings?

20    A.    I don't recall.

21    Q.    Do you know if anyone put up an AMP

22  website during that period?

23    A.    I don't remember.

24    Q.    Do you recall as you sit here today

STANLEY BOIM v. AMERICAN MUSLIMS FOR PALESTINE
AHMAD                                          11/8/2018

139

1   having any role in moving the organization from

2   its date in April to getting it incorporated in

3   August?

4       A.   I mean, I was involved, yes.

5       Q.   In what ways?

6       A.   With creating eventually what became

7   the mission statement, creating, you know, kind

8   of the idea of what we were going to be doing,

9   just deciding that it would be incorporated,

10  deciding that it would be incorporated in

11  California.  I was involved in all of those.

12  Can I remember the specificity of how that all

13  came about?  No.

14      Q.   Okay.  Any other activities that you

15  can remember happening during that April to

16  August time period?

17      A.   I'm sure there were, but I just can't

18  remember them specifically.

19      Q.   Okay.  So you say creating the mission

20  statement.  Were you involved in drafting that?

21      A.   Yes.

22      Q.   Did you draft it?

23      A.   I don't remember if I drafted it by

24  myself, if somebody else drafted it.  I don't

STANLEY BOIM v. AMERICAN MUSLIMS FOR PALESTINE
AHMAD                                                    11/8/2018

                                                              140

1    remember.  I just remember the discussion, that

2    there was a discussion about it, and I don't

3    remember when, where, who, what.  I don't

4    remember.

5         Q.   Was Hatem Bazian involved in the

6    discussion?

7         A.   I'm sure he was, but I don't have any

8    recollection today about that.

9         Q.   As you sit here today can you remember

10   whether there was anyone else involved in the

11   discussion?

12        A.   I don't recall.

13        Q.   Was Bazian involved in drafting the

14   mission statement?

15        A.   I don't recall.

16        Q.   Is the mission statement that got

17   drafted the same mission statement that's being

18   used today?

19        A.   I don't recall if it's been changed

20   since then.  I don't remember.

21        Q.   Do you have any copies of the original

22   mission statement that was drafted in that

23   period?

24        A.   Whatever I have was turned over in the

STANLEY BOIM v. AMERICAN MUSLIMS FOR PALESTINE
AHMAD                                                            11/8/2018

141

1    discovery process.

2         Q.   Did you look over the material that was

3    turned over?

4         A.   I did.

5         Q.   Did you see anything that you believed

6    to have been a mission statement from that time

7    period?

8         A.   Honestly I don't remember.  I haven't

9    looked at it in preparation for today at all, so

10   I don't remember.



20        A.   Correct.

21        Q.   Were there any events or any

22   publications or any mailings or anything like

23   that between April and August?

24        A.   I don't remember.

STANLEY BOIM v. AMERICAN MUSLIMS FOR PALESTINE

AHMAD                                                    11/8/2018

142

1      Q.    Can you think of any as you sit here

2   today?

3      A.    No.

4      Q.    After August when it was incorporated,

5   what happened?

6      A.    In terms of what?

7      Q.    What was done in order to move forward

8   with the organization.

9      A.    Planning.  Just getting ideas of what

10  we were going to do next, getting ideas of how

11  we are going to introduce ourselves to the

12  community, discussions of, for example, what

13  avenues we could take in order to have, you

14  know, potential I guess people who would maybe

15  become donors or at least help us with our name,

16  have -- you know, how they can open doors for us

17  to get to know people and things like that.

18  There was a lot of that discussion.

19     Q.    Who was -- who were those discussions

20  with?

21     A.    I don't recall.  I remember Hatem,

22  myself, but honestly more than that I really

23  just don't remember.

24     Q.    Were any of the current board members

STANLEY BOIM v. AMERICAN MUSLIMS FOR PALESTINE
AHMAD                                                    11/8/2018

143

1  involved in those discussions?

2      A.   I don't think so.

3      Q.   Were any of the ISM people from

4  Milwaukee involved?

5      A.   No.

6      Q.   Do you recall meeting with Mr. Bazian

7  between the MAS meeting and the convention in

8  2006?

9      A.   I don't remember if we met or not.

10     Q.   Did you have discussions over the

11 phone?

12     A.   I don't remember.  I'm sure we may have

13 had some discussions, but I just don't remember.

14     Q.   Do you recall approximately how many

15 discussions?

16     A.   I don't have any independent

17 recollection of any of this.  This is 12 years

18 ago.

19     Q.   Did you have any kind of email or other

20 kinds of communications back and forth?

21     A.   I don't remember.

22     Q.   When did you decide to have a

23 convention in November of 2006?

24     A.   Sometime after -- I assume sometime

STANLEY BOIM v. AMERICAN MUSLIMS FOR PALESTINE
AHMAD                                                          11/8/2018

                                                                   144

1    after the organization was created, but I don't

2    recall.

3        Q.   Now, I assume putting on a convention

4    is a pretty big job?

5        A.   All you need is a venue and speakers

6    really.  It's not that big.

7        Q.   Who was in charge of lining up the

8    venue?

9        A.   I don't remember.  I'm sure I was

10   involved in it, but I don't remember the

11   specifics.

12       Q.   Did you have a planning committee for

13   the convention?

14       A.   We had a steering committee.

15                    (Exhibit 65 was marked for

16                     identification.)

17   BY MR. WOOLLEY:

18       Q.   Who was on the steering committee?

19       A.   I don't remember.

20       Q.   I'm handing you what's been marked as

21   Plaintiffs' Exhibit 65.  Do you recognize

22   Plaintiffs' Exhibit 65?

23       A.   I don't remember it if that's what

24   you're asking.

STANLEY BOIM v. AMERICAN MUSLIMS FOR PALESTINE
AHMAD                                                        11/8/2018

145

1     Q.   Does Plaintiffs' Exhibit 65 refer to

2   the first 2006 AMP convention?

3     A.   It does.

4     Q.   Which took place on November 23rd and

5   25th, 2006?

6     A.   I believe so.

7     Q.   Do you recall who had the idea to have

8   it over Thanksgiving weekend and why?

9     A.   I don't remember the conversation.  I

10  remember the why though, because there was

11  nothing else going on.

12    Q.   Did you ever hear that IAP had ever --

13  had had its conventions over Thanksgiving

14  weekend?

15    A.   No.

16    Q.   Who chose the Crowne Plaza Hotel?

17    A.   I don't remember.

18    Q.   Were you involved in lining up the

19  space and making the arrangements?

20    A.   I remember going to the Crowne Plaza

21  prior to the event to check it out.

22    Q.   Looking at the bottom there are a

23  couple of 414 telephone numbers.  Is either of

24  those yours?

146

1    A.    No.

2    Q.    Do you know who any of those phone

3  numbers were?

4    A.    The 414-899 number, I do know who that

5  is.

6    Q.    Who is that?

7    A.    First name is Bushra, B-U-S-H-R-A,

8  Zaibak, Z-A-I-B-A-K.

9    Q.    Was he in charge of the bazaar?

10   A.    She.

11   Q.    She?

12   A.    Yes.

13   Q.    And who was she?

14   A.    She was one of the people from

15 Milwaukee.  She's still in Milwaukee.

16   Q.    Was she one of the young people that

17 you had been meeting with?

18   A.    No.  I mean, she was -- she's younger

19 than me, so to that extent she's young, but I

20 don't know what her age is.

21   Q.    Are you able to tell from looking at

22 this whether this was a web posting or some sort

23 of written material on paper?

24   A.    I can't tell.

STANLEY BOIM v. AMERICAN MUSLIMS FOR PALESTINE
AHMAD                                                              11/8/2018

147

1      Q.    Were there approximately 700 attendees

2  at the initial convention?

3      A.    I don't remember how many attendees.

4      Q.    Does that sound --

5      A.    It was a smaller number than what we

6  have now for sure.

7      Q.    How many people come to it now?

8      A.    A couple thousand, 2, 3,000.

9      Q.    Why was the initial convention held in

10 the O'Hare-Rosemont area?

11     A.    The reason it was held there was

12 because, as I indicated before, the Chicagoland

13 area has a large Palestinian population, and we

14 felt that doing it there instead of Milwaukee

15 where there is a smaller population would cause

16 more attendees.

17     Q.    Did you have a discussion about the

18 location with anyone?

19     A.    I'm sure I did, but I can't recall.

20     Q.    Did you discuss it with Dr. Bazian?

21     A.    I'm sure I did.

22     Q.    Was the decision made at that point

23 that this was going to be an annual convention?

24     A.    That was the goal.

STANLEY BOIM v. AMERICAN MUSLIMS FOR PALESTINE
AHMAD                                                    11/8/2018

148

1    Q.   Did you get involved in planning

2    meetings in the months leading up to the

3    convention?

4    A.   I remember being on the steering

5    committee, yes.

6    Q.   Having looked at some of this stuff, do

7    you remember anyone else who was on the steering

8    committee?

9    A.   I'm sure Hatem was on it, but that's me

10   guessing here, but I'm sure he was on it.  But

11   honestly, Bushra was on the bazaar committee, as

12   we discussed.  But I honestly just -- right now

13   I just don't remember.

14                     (Exhibit 66 was marked for

15                      identification.)

16   BY MR. WOOLLEY:

17   Q.   Handing you what's been marked

18   Plaintiffs' Exhibit 66, have you seen

19   Plaintiffs' Exhibit 66 before?

20   A.   No.

21   Q.   Are you familiar with the Washington

22   Report on Middle East Affairs?

23   A.   Not particularly.

24   Q.   Do you see a -- at the bottom of the

STANLEY BOIM v. AMERICAN MUSLIMS FOR PALESTINE
AHMAD                                                    11/8/2018

149

1    first page there is an entry for "The First

2    Annual American Muslims for Palestinian National

3    Convention entitled Palestine:  A Just Cause"?

4        A.    Yes.

5        Q.    Do you remember that title of the

6    convention being "Palestine:  A Just Cause"?

7        A.    I don't remember.

8        Q.    Any recollection of who came up with

9    the title?

10       A.    The steering committee.

11       Q.    Two people are listed for information

12   or to register.  One is Brother Magdi.  Would

13   that be Magdi Odeh?

14       A.    I believe so.

15       Q.    And the other is Hani Hasan?

16       A.    Correct.

17       Q.    Is that the same younger person that

18   you mentioned earlier?

19       A.    Yes.

20       Q.    Did you ever at any point in time come

21   to know an older Hani Hasan who was Palestinian?

22       A.    I mean, I don't recall anybody

23   specifically, no.  I only say that because it's

24   not an uncommon name.

STANLEY BOIM v. AMERICAN MUSLIMS FOR PALESTINE

AHMAD                                                        11/8/2018

                                                                    150

1        Q.   I understand.

2        A.   Like saying John Smith kind of.  I

3    don't want to say that I've never met somebody

4    that I met.

5                          (Exhibit 67 was marked for

6                           identification.)

7    BY MR. WOOLLEY:

8        Q.   Handing you what's been marked as

9    Plaintiffs' Exhibit 67, Plaintiffs' Exhibit 67

10   is Bates numbered Defendants' Production 5443

11   through 5445.

12            Do you recognize this article?

13       A.   Yes.

14       Q.   Did this come out of your files?

15       A.   It may have.  I don't recall.

16       Q.   Okay.  What publication was this in?

17       A.   I think it was called The Final Call or

18   something like that.

19       Q.   Do you know what The Final Call

20   publication is?

21       A.   Not particularly.

22       Q.   This was from the December 18, 2006

23   Final Call?

24       A.   That's the date on it, yes.

151

1     Q.   Or at least the last updated date?

2     A.   Right.  That's what it says, correct,

3   you're right.

4     Q.   It says about half -- in the first line

5   of the actual article:

6         "The first annual convention of the

7        American Muslims for Palestine (AMP) drew

8        religious scholars, professors, political

9        scientists and others from across the

10       country under the theme, Palestine:  A just

11       cause," unquote.

12       Is that an accurate description of what

13   the convention was?

14     A.   What's that this author called it.

15     Q.   Would you agree with it?

16     A.   It was the first annual convention, I

17   agree with that.  It drew a lot of people.

18   Whether some would consider them scholars or

19   professors, yeah, I suppose, yes.

20     Q.   It says there were nearly 700

21   delegates.  Do you understand them to mean

22   attendees by delegates?

23     A.   Yeah, I believe so.

24     Q.   Does that sound like a roughly accurate

152

1    number for the first convention?

2        A.    I don't recall.

3        Q.    You don't have any reason to disagree

4    with the nearly 700 number?

5        A.    I just don't remember how many people

6    were there.  We don't take attendance, you know,

7    so I don't remember how many people were there.

8    I have no reason to agree or disagree.

9        Q.    Was there a registration process?

10       A.    I believe so, yes.

11       Q.    Did people pay money to attend the

12   convention?

13       A.    I believe so.

14       Q.    Do you recall how much?

15       A.    No.

16       Q.    That money I take it paid for the space

17   and the --

18       A.    Right, the costs.

19       Q.    -- and other costs of the convention?

20       A.    Correct, the costs, right.

21       Q.    And the honoraria for the speakers?

22       A.    To the extent there was enough, yes.

23       Q.    You're pictured on the second page; is

24   that right?

STANLEY BOIM v. AMERICAN MUSLIMS FOR PALESTINE

AHMAD                                                              11/8/2018

153

1      A.    Indeed.

2      Q.    How were people invited to attend the

3  convention?

4      A.    You mean the attendees?

5      Q.    Yes.

6      A.    The event was advertised wherever we

7  could advertise it, and we would ask people to

8  sign up.  So, for example, I recall going to

9  like the -- what we called Eid prayers, E-I-D,

10  and we would have our -- we would have the

11  flyer.  The back of the flyer would have like

12  registration and we would ask people, Hey, can

13  you come to this event?  That's kind of how we

14  did it.  Legwork, old fashioned legwork.

15      Q.    Legwork mostly in Chicago and

16  Milwaukee?

17      A.    Mostly Chicago and Milwaukee, I think

18  that's fair.

19      Q.    Was there any sort of internet

20  advertisement for this event?

21      A.    Maybe, but I don't recall off the top

22  of my head.

23      Q.    Was there any sort of mailing that went

24  out?

STANLEY BOIM v. AMERICAN MUSLIMS FOR PALESTINE
AHMAD                                                    11/8/2018

154

1      A.   I doubt we had any mailing because I

2   don't think we had any list at that time.

3      Q.   Was there any sort of email or other

4   communication with people?

5      A.   I don't think we had lists at the time.

6      Q.   Were you surprised by how many people

7   came?

8      A.   I don't know if I was surprised, no,

9   not really.  I was hoping for more.

10     Q.   Did you consider it a success with the

11  number that did come?

12     A.   I said I was hoping for more.

13     Q.   Were you as part of the steering

14  committee involved in the selection of the

15  people who were invited to be speakers?

16          MS. JUMP:  Objection; asked and

17     answered.

18  BY THE WITNESS:

19     A.   I don't recall what my involvement was

20  with regard to the speakers.

21  BY MR. WOOLLEY:

22     Q.   Do you remember someone named Raeed

23  Tayeh, T-A-Y-E-H, being a speaker?

24     A.   I don't remember -- I don't recall as

155

1   an independent recollection, to be honest with

2   you, anything with regards to who would have

3   spoken at that except for maybe Hatem.  That's

4   the one I do remember.

5       Q.    Do you know Raeed Tayeh?

6       A.    I know who he is, yes.

7       Q.    What's his expertise or what qualified

8   him to be a speaker?

9       A.    I don't recall.

10       Q.    Any idea why he was invited to speak?

11       A.    I don't recall what the discussion was

12   back in 2006 on who to invite and why.  I really

13   don't remember.

14       Q.    Do you recall Salah Sarsour being a

15   speaker?

16       A.    I don't recall.

17       Q.    The article mentions Ziad Hamdan who I

18   think you indicated was affiliated with ISM as a

19   speaker?

20       A.    It does indicate that, but I have no

21   independent recollection.

22       Q.    Do you recall Jamal Said, the imam of

23   the Mosque Foundation, being present?

24       A.    I don't independently recall who was