# EXHIBIT D - REDACTED

ALERT - CONFIDENTIAL TESTIMONY                    1

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

STANLEY BOIM, Individually      )
and as Administrator of the     )
Estate of David Boim,           )
deceased; and JOYCE BOIM,       )
                                )
                Plaintiffs,     )
                                )
        vs.                     )   Case No.
                                )   17-cv-03591
AMERICAN MUSLIMS FOR            )
PALESTINE; AMERICANS FOR        )
JUSTICE IN PALESTINE            )
EDUCATIONAL FOUNDATION;         )
RAFEEQ JABER; ABDELBASSET       )
HAMAYEL; AND OSAMA              )
ABUIRSHAID,                     )
                                )
                Defendants.     )

        The deposition of RAFEEQ JABER,
called by the Plaintiffs for examination, taken
pursuant to the Federal Rules of Civil Procedure
of the United States District Courts pertaining
to the taking of depositions, taken before
Marianne Nee, a Certified Shorthand Reporter of
the State of Illinois, CSR License No.
084-002341, taken at 111 South Wacker Drive,
Suite 4100, Chicago, Illinois, on Wednesday,
November 7, 2018, commencing at 9:10 a.m.

STANLEY BOIM v. AMERICAN MUSLIMS FOR PALESTINE
JABER                                                    11/7/2018

142



STANLEY BOIM v. AMERICAN MUSLIMS FOR PALESTINE

JABER                                                      11/7/2018

143



STANLEY BOIM v. AMERICAN MUSLIMS FOR PALESTINE

JABER                                                                    11/7/2018

144

STANLEY BOIM v. AMERICAN MUSLIMS FOR PALESTINE

JABER                                                                    11/7/2018

145



STANLEY BOIM v. AMERICAN MUSLIMS FOR PALESTINE
JABER                                              11/7/2018

146

STANLEY BOIM v. AMERICAN MUSLIMS FOR PALESTINE
JABER                                                              11/7/2018

147



159

1    invited to speak or not.  I don't know.

2        Q.    Do you know whether he was working for

3    AMP?

4        A.    I don't think he was.

5        Q.    Mr. Jaber, in your affidavits -- I

6    don't think we have to get them out -- it said

7    that you have previously held positions with the

8    Mosque Foundation.

9        A.    Yes.

10       Q.    Is that correct?

11       A.    That's correct.

12       Q.    Now, there is three different

13   organizations that I've seen.  I'm going to ask

14   you to explain to me what each of them does.

15            One is the Bridgeview Mosque, the

16   Mosque Foundation and the Mosque Foundation

17   Community Center.  Are you familiar with those

18   three?

19       A.    They are all only one.

20       Q.    Okay.  Why do they have three separate

21   names?

22       A.    Well, people, they call it Bridgeview

23   Mosque, but that's not the official name.  It's

24   called the Mosque Foundation.  And the Mosque

160

1    Foundation Community Center is part of it for

2    the -- as a center other than prayers.

3        Q.   So if you use the term Bridgeview

4    Mosque, it's sort of would you say like a

5    generic term for the center that's in

6    Bridgeview?

7        A.   People, they call it Bridgeview Center,

8    sometimes they call it Harlem Mosque.

9        Q.   How do you spell it?

10       A.   H-A-R-L-E-M, Mosque because it's

11   located in that area.

12       Q.   Harlem Mosque is not located in

13   Bridgeview?

14       A.   It's the same one.  I said they call it

15   -- some people, they call it Harlem Mosque, but

16   that's just a --

17       Q.   Okay.  I never heard that before.  I

18   just want to be specific so we understand each

19   other.

20       A.   It is the same one.

21       Q.   You've been an officer of one or more

22   of those organizations; isn't that correct?

23       A.   It is only one organization.

24       Q.   Which organization is that?

STANLEY BOIM v. AMERICAN MUSLIMS FOR PALESTINE
JABER                                                        11/7/2018

161

1     A.    Which is the Mosque Foundation.   That's
2   the official name of it.
3     Q.    So that's the legal foundation?
4     A.    The legal foundation.
5     Q.    And there is no essentially separate
6   legal entity called Bridgeview Mosque?
7     A.    Not to my knowledge.
8     Q.    That's just what people call it?
9     A.    That's what they call it.
10    Q.    And Mosque Foundation Community Center,
11  is that a separate corporation?
12    A.    No, not to my knowledge.
13    Q.    Based on your experience you were
14  active for many years, correct?
15    A.    Yeah.  I don't think so it is a, you
16  know, separate organization.
17    Q.    But you've held serious positions at
18  the Mosque Foundation; is that correct?
19    A.    Yes.
20        MS. JUMP:  Objection; asked and
21      answered.
22        Go ahead.
23  BY MR. LANDES:
24    Q.    Go ahead.  Have you had any positions

162

1   with the Mosque Foundation since 2005?

2        A.   Yes, I think yeah.  I was on the board

3   for awhile.

4        Q.   Are you still on the board?

5        A.   No.

6        Q.   When did you leave the board?

7        A.   I really don't remember.  A few years

8   back.  I know at least five years I would say.

9        Q.   At least five years.  Why did you

10  leave?

11       A.   Like I said, I need to work.

12       Q.   Now, did you have any positions with

13  the Mosque Foundation Community Center?

14       A.   It's the same organization.



163

164

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24

STANLEY BOIM v. AMERICAN MUSLIMS FOR PALESTINE
JABER                                                    11/7/2018

165



207

1      Q.   It's a magazine.  Have you ever written

2  for that magazine?

3      A.   I don't write usually, but I have been

4  interviewed by it.

5      Q.   You read this entire article, these

6  articles actually, two of them.  Do you object

7  to anything that's reported here in terms of

8  being inaccurate?

9      A.   Not exactly, no.

10      Q.   Anything in particular?

11      A.   I mean, the way I read it, I read it

12  fast, but if you ask me any specific one of

13  them, then I'll tell you if I object to it or

14  not.

15      Q.   Okay.  But is there anything in reading

16  it that you specifically object to?

17      A.   No, not --

18           MS. JUMP:  Objection; asked and

19      answered and objection, vague.

20  BY THE WITNESS:

21      A.   Like I said, specifically no, but if

22  you tell me a specific, I will tell you what

23  specifics I would object to it or need it to be

24  corrected.

208

1   BY MR. LANDES:

2        Q.   Did Ashraf Nubani have any role in IAP?

3        A.   No.

4        Q.   What about Mr. Al-Arian?

5        A.   No.

6        Q.   He spoke at your conventions?

7        A.   Yes.

8        Q.   Okay.  You can put that aside.  I'm

9   going to hand you the next document, No. 56.

10                     (Exhibit 56 was marked for

11                      identification.)

12  BY MR. LANDES:

13       Q.   Mr. Jaber, I'm not going to -- I have

14  one just specific question on this document.

15  It's a long document.  I don't expect you to

16  agree with what's said here.  I'm just going to

17  ask you about the accuracy of a statement that's

18  made in it, to the best of your recollection.

19  So would you turn to the second to the last

20  page.

21            Do you see a paragraph that's headed

22  Rafeeq Jaber?  Do you see that?

23       A.   Yeah, I see it.

24       Q.   Do you want to read that paragraph?

209

1           MS. JUMP:  Read it to yourself.

2    BY THE WITNESS:

3       A.   No.

4           MS. JUMP:  I'm just going to -- wait.

5       There is no question pending right now.

6           This is a document obviously not

7       created by any of the defendants in this

8       lawsuit or produced by the defendants in

9       this lawsuit.  It's also dated 2013 which is

10      outside the scope of our relevant time frame

11      for this jurisdictional deposition.

12      Therefore, I'm going to instruct Mr. Jaber

13      not to answer any questions relating to this

14      document.

15          MR. LANDES:  I'm going to ask the

16      question and you can object to it.

17   BY MR. LANDES:

18      Q.   The question is, Mr. Jaber, have you

19   read the paragraph here?

20          MS. JUMP:  Mr. Jaber, I'm going to

21      instruct you not to answer any questions

22      relating to this document.

23   BY MR. LANDES:

24      Q.   Mr. Jaber, did you attend the 2011

210

1    convention of AMP?

2              MS. JUMP:  Mr. Jaber, I'm instructing

3         you not to answer.

4    BY THE WITNESS:

5         A.   I'm following my attorney, what she

6    says.

7    BY MR. LANDES:

8         Q.   Mr. Jaber, did you look at the quote

9    here that's said to be a quote from something

10   you said at that convention?

11             MS. JUMP:  Mr. Jaber, I'm instructing

12        you not to answer.

13   BY MR. LANDES:

14        Q.   You're not answering?

15        A.   No.

16        Q.   Did you make this statement, these

17   words or words to this effect?

18             MS. JUMP:  Same instruction.  I

19        instruct you not to answer the question.

20   BY MR. LANDES:

21        Q.   When you make the statement in here

22   that the Zionist organizations will be working

23   against AMP and they closed IAP, what was the

24   basis for that statement?

STANLEY BOIM v. AMERICAN MUSLIMS FOR PALESTINE
JABER                                                    11/7/2018

                                                              211

1              MS. JUMP:  I'm going to object as to

2        assuming facts not in evidence, lack of

3        foundation and instruct the witness not to

4        answer.

5    BY MR. LANDES:

6        Q.   When you say Zionist organizations, who

7    are you referring to?

8              MS. JUMP:  Same objection.  I'm going

9        to instruct him not to answer and presumes

10       facts not in evidence and lack of

11       foundation.  Do not answer that question.

12   BY MR. LANDES:

13       Q.   Do you deny that this is an accurate

14   statement?

15             MS. JUMP:  Do not answer that question.

16             MR. LANDES:  Okay.  Put the document

17       aside.  Let's take the next document, No.

18       57.

19                         (Exhibit 57 was marked for

20                          identification.)

21   BY THE WITNESS:

22       A.   (Reading document.)

23   BY MR. LANDES:

24       Q.   Take time to read this.  Have you read

212

1    the document?

2           MS. JUMP:  He is still reading it.

3    BY THE WITNESS:

4       A.   Not yet.  I am a slow reader.

5    BY MR. LANDES:

6       Q.   Go ahead.  Have you read this?

7       A.   Yes.

8       Q.   If you look at the bottom, there is a

9    legend that says ADL.  This is -- it didn't

10   print too well.  I can go back and get a better

11   copy in the future if you need it, but it's a

12   publication of the Anti Defamation League and I

13   ask you this:  Did you, in fact, attend a

14   convention in December of 2009 sponsored by the

15   Muslim American Society and the Islamic Circle

16   of North America?

17      A.   I did probably, yes.

18      Q.   Do you recall --

19      A.   I was attending conferences.  It's not

20   unusual for me.

21      Q.   Do you recall speaking at that

22   convention?

23      A.   I don't think so.

24      Q.   Sorry?

STANLEY BOIM v. AMERICAN MUSLIMS FOR PALESTINE
JABER                                                          11/7/2018

                                                                    213

1       A.   I don't think I did.

2       Q.   All right.  Will you take a look at the

3   first bullet point.  Do you see that?  It talks

4   about you.  Do you see that?

5       A.   Yeah, yes.

6       Q.   All right.  Do you recall at that

7   convention making a statement describing Jews as

8   the worst kind of people who came to Jerusalem

9   with false pretenses?  Did you make that

10  statement?

11      A.   I would never do such a thing.

12      Q.   Do you deny it?

13      A.   I would never do such a thing.  That's

14  absolutely ridiculous.

15      Q.   Okay.  So you never said this?

16      A.   No.

17      Q.   You're under oath.

18           MS. JUMP:  Asked -- objection.

19  BY THE WITNESS:

20      A.   I know -- I never say it.  I never will

21  advise anybody to say it about any person.

22           MS. JUMP:  First of all, let him --

23  BY THE WITNESS:

24      A.   I don't condemn people for their faith.

214

1          MS. JUMP:  Let him finish speaking and

2      he has asked and answered the question.

3  BY THE WITNESS:

4      A.   But coming from ADL, I'm not surprised

5  that they put, print that kind of lies.

6  BY MR. LANDES:

7      Q.   The lie is that they put those words in

8  your mouth essentially?

9          MS. JUMP:  Hang on a minute.  I'm

10      sorry.  Can you repeat your question,

11      please?

12          MR. LANDES:  Do you want to read it

13      back?

14                   (Record read.)

15          MS. JUMP:  I'm going to object that the

16      question has been asked and answered, and I

17      instruct the witness not to answer any

18      further.

19  BY MR. LANDES:

20      Q.   Let me ask you this:  Have you ever

21  made statements like this before?

22      A.   Never.  And I would never either in the

23  future.

24          MR. LANDES:  Give us a minute.  Let's

STANLEY BOIM v. AMERICAN MUSLIMS FOR PALESTINE
JABER                                                11/7/2018

215

1      take a break.

2              MS. JUMP:  We're off the record I take

3      it?

4              MR. LANDES:  We're off the record.

5                        (Off the record.)

6              MR. LANDES:  We have no more questions.

7      We reserve the right to reexamine the

8      witness if you want to ask any questions.

9              MS. JUMP:  Yeah.  Let's take about a

10     ten-minute break.

11             MR. LANDES:  Do you want us to leave

12     the room?

13             MS. JUMP:  Yes, please.

14                        (Recess had from 2:41 to

15                        2:54 p.m.)

16                     EXAMINATION

17     BY MS. JUMP:

18     Q.   Sir, I have just a couple of quick

19     questions for you.  We talked earlier today

20     about Al-Zaytouna, the newspaper which IAP used

21     to publish.

22             Do you recall giving a deposition

23     previously in the original Boim case in March of

24     2005?