# EXHIBIT E - REDACTED

## ALERT - CONFIDENTIAL TESTIMONY

1

```
            IN THE UNITED STATES DISTRICT COURT
               NORTHERN DISTRICT OF ILLINOIS
                      EASTERN DIVISION


STANLEY BOIM, Individually    )
and as Administrator of the   )
Estate of David Boim,         )
deceased; and JOYCE BOIM,     )
                              )
              Plaintiffs,     )
                              )
     vs.                      )   Case No.
                              )   17-cv-03591
AMERICAN MUSLIMS FOR          )
PALESTINE; AMERICANS FOR      )
JUSTICE IN PALESTINE          )
EDUCATIONAL FOUNDATION;       )
RAFEEQ JABER; ABDELBASSET     )
HAMAYEL; AND OSAMA            )
ABUIRSHAID,                   )
                              )
              Defendants.     )
```

```
             The deposition of OSAMA ABUIRSHAID,
called by the Plaintiffs for examination, taken
pursuant to the Federal Rules of Civil Procedure
of the United States District Courts pertaining
to the taking of depositions, taken before
Marianne Nee, a Certified Shorthand Reporter of
the State of Illinois, CSR License No.
084-002341, taken at 111 South Wacker Drive,
Suite 4100, Chicago, Illinois, on Thursday,
October 18, 2018, commencing at 9:11 a.m.
```

160

1    Milwaukee?

2        A.    The Islamic Center there, yes.

3        Q.    Was that a mosque?

4        A.    Mosque and a school, yeah.

5        Q.    Were the Sarsours involved in the

6    Islamic Center?

7        A.    I don't know what's the definition of

8    involvement, but I know that Salah maybe

9    currently is on the board of ISM.

10       Q.    Where is Imad now?

11       A.    I don't know.  I would assume he lives

12   in Milwaukee, but I think he travels overseas a

13   lot.  I didn't see Imad for many, many months

14   now.

15       Q.    Has Imad ever attended AMP events?

16       A.    I'm not sure.

17       Q.    Is Jamal in this country?

18       A.    I don't know.

19       Q.    Did you understand that Jamal and Salah

20   at one time were imprisoned overseas?

21       A.    I've heard of it.

22       Q.    Do you have any details on what you

23   heard?

24             MS. JUMP:  I'm going to object to this

161

1    line of questioning here now.  It's way

2    outside of our relevant time scope and

3    you've gone more than just a little bit into

4    it.  So I don't see the relevance for the

5    jurisdictional discovery as to why somebody

6    else would have been in jail in a different

7    time period.  You are talking about IAP and

8    AJP.  You're going back to before they were

9    both created.  From 2005 to 2010 is our

10    focus.  You're asking detailed questions

11    about what happened prior to 2002.

12        MR. WOOLLEY:  Is it your position that

13    information regarding IAP is not relevant to

14    this discovery?

15        MS. JUMP:  What I am asking is that our

16    focus for jurisdictional --

17        MR. WOOLLEY:  Well, is that your --

18        MS. JUMP:  I'm answering your question

19    if you'll listen.  The answer to your

20    question is that our relevant focus is 2005

21    through 2010.  We have gone more than just a

22    few questions, more than just a little into

23    background on AMS and IAP.

24        But if you are asking detailed

STANLEY BOIM v. AMERICAN MUSLIMS FOR PALESTINE
ABUIRSHAID                                      10/18/2018

162

1    questions about the background of somebody

2    else who is not a member of the AMP or AJP

3    board and it's not related to any time frame

4    pertaining to our relevant jurisdictional

5    focus here, then I see no need for this

6    witness to have to try to give information

7    about somebody else's potential past

8    criminal history.  That is not relevant, and

9    I'm going to instruct him not to answer that

10   question.

11        MR. WOOLLEY:  First of all, Salah

12   Sarsour is on your board.

13        MS. JUMP:  You didn't -- that's not --

14        MR. WOOLLEY:  That's exactly who I

15   asked about.

16        MS. JUMP:  Who did you ask about?

17        MR. WOOLLEY:  Salah Sarsour.

18        MS. JUMP:  Would you mind reading back

19   the last question?  I want to make sure that

20   I heard it correctly.

21              (Record read.)

22        MS. JUMP:  Okay.  So as to that, yes,

23   Salah has been on the board.  I think though

24   the focus here Jamal has not been.  I heard

STANLEY BOIM v. AMERICAN MUSLIMS FOR PALESTINE
ABUIRSHAID                                          10/18/2018

163

1    in your question Jamal first and was

2    focusing on that.

3         But again, as to having this witness

4    speak as to the criminal history of someone

5    else, whether they have a criminal history

6    or not that's going back that far, I'm going

7    to continue to instruct him not to answer

8    that question.  We're going back way too

9    far, and I have not said, just to be clear,

10   that IAP is not relevant as to whether

11   there's alter-ego.  What I'm saying is the

12   jurisdiction -- we don't represent IAP.  IAP

13   is not represented here today at this

14   deposition.

15        The jurisdictional question, the whole

16   reason for this deposition is to focus on

17   the creation and establishment of AMP and

18   AJP from 2005 to 2010.  I'm instructing him

19   not to answer the line of questioning that

20   you just asked about.

21        MR. WOOLLEY:  We vigorously disagree

22   with your characterization of what's

23   relevant for this questioning.

24        MS. JUMP:  Noted.

STANLEY BOIM v. AMERICAN MUSLIMS FOR PALESTINE
ABUIRSHAID                                              10/18/2018

                                                              164

1          MR. WOOLLEY:  And this is something we

2     may need to take up, but we'll see what the

3     specific objections are and if there are any

4     further instructions not to answer.

5          But please, if you would, Court

6     Reporter, make a note of the instruction not

7     to answer with respect to Jamal and Salah's

8     prior imprisonment in my prior questions.

9  BY MR. WOOLLEY:

10     Q.   The next name on the list is Sufian

11  Nabham.  Did you know Sufian Nabham?

12     A.   Yes.

13     Q.   When did you first meet him?

14     A.   I can't tell you exactly.

15     Q.   Was it before or after you started with

16  IAP?

17     A.   I would think after.

18     Q.   Did he live in Michigan?

19     A.   I know he lives in Michigan.

20     Q.   He did then and he does now?

21          MS. JUMP:  You can answer if you know.

22  BY THE WITNESS:

23     A.   I knew.  When I knew Sufian, he used to

24  live in Michigan.

177

1     A.    No.

2     Q.    No?

3     A.    No.   I never seen this before.

4     Q.    There is a reference to "Confirmed

5   Speakers Include" and the first one it says:

6           "Brother Hatem Bazian, UC-Berkeley,

7           Islamic Association of Palestine, and

8           Brother Nader Abuljain, ADC-Palestine Right

9           to Return Task Force."

10          Do you see that?

11    A.    Yes.

12    Q.    Do you recall Hatem Bazian speaking at

13  IAP events from time to time?

14    A.    I didn't know Hatem prior to 2005,

15  2006.

16    Q.    When did you first meet him?

17    A.    It will be --

18          MS. JUMP:  Objection; asked and

19          answered.  Go ahead.

20          MR. WOOLLEY:  I'm sorry.  That was

21          never asked and answered --

22          MS. JUMP:  Yes, it was.

23          MR. WOOLLEY:  -- as are most of the

24          questions that I've been asking.

178

1    BY THE WITNESS:

2        A.   It's as I told you, the first time I

3    met him it was sometime in 2005 or 2006.

4    BY MR. WOOLLEY:

5        Q.   Okay.  Where did you meet him?

6        A.   I don't remember exactly, but I have

7    seen Hatem around that time.

8        Q.   What was the context in which you met

9    him for the first time?

10       A.   I think it's going to come up later on,

11   so I attended -- I was invited for a meeting,

12   but I think it would come on later on, so I

13   don't know if I want to talk about it now.

14            MS. JUMP:  You can go ahead and answer.

15   BY THE WITNESS:

16       A.   Okay.  So I invited for a meeting in

17   2005 or 2006, sometime around that time, when

18   they were discussing the need for an

19   organization that works for Palestine and I

20   refused to be part of it.  That's when I first

21   met Hatem.

22   BY MR. WOOLLEY:

23       Q.   Who invited you to that meeting?

24       A.   I don't remember exactly who.

STANLEY BOIM v. AMERICAN MUSLIMS FOR PALESTINE
ABUIRSHAID                                              10/18/2018

179

1      Q.   Was it Hatem Bazian?

2      A.   I didn't know Hatem prior so I don't

3  know if it's him who reached out.  I don't know

4  who exactly reached out to me.

5      Q.   Was this invitation something that came

6  by email, mail or in person?

7      A.   I really don't remember.

8      Q.   Where was that meeting to take place?

9      A.   I don't remember.  It was maybe in

10  Chicago.  I don't know exactly where.  I can't

11  remember exactly.

12     Q.   When in 2005?

13     A.   I don't know.  It's 2005 or 2006.  I'm

14  not sure.

15     Q.   Is it possible that that meeting was to

16  take place at the MAS convention in Milwaukee?

17     A.   I don't know.  I don't know.

18     Q.   You attended the M-A-S convention in

19  Milwaukee in 2006?

20     A.   What is M-A-S?

21     Q.   MAS.  Muslim Association of --

22     A.   Did they have a convention at that

23  time?  I don't know.  If they had and if I was

24  invited to it, maybe, but I can't -- I'm not

180

1    certain.  I don't know.

2         Q.   Do you recall being a speaker at the

3    MAS convention in 2006?

4         A.   I didn't speak -- no.  2006, no.  I

5    don't know.  I don't know if there was a

6    convention in Milwaukee in 2006.  I don't know.

7    So I don't know.

8         Q.   Your testimony is you were not a

9    speaker at a convention in Milwaukee in 2006?

10        A.   No, no.  That's --

11             MS. JUMP:  Object; mischaracterizes the

12        previous testimony.

13             MR. WOOLLEY:  I'm just trying to get it

14        straight.

15   BY THE WITNESS:

16        A.   I don't know if there was a convention

17   in 2006 in Milwaukee.  I don't know.  If there

18   was and I was invited, then I was invited, but I

19   don't know.

20   BY MR. WOOLLEY:

21        Q.   Who did you tell you didn't want to be

22   involved in this meeting that you were invited

23   to?

24        A.   Hatem was there and Salah was there.

181

1    Q.    Salah Sarsour?

2    A.    Sarsour, yes.

3    Q.    Did you tell them that in person?

4    A.    It was in the meeting.  I wasn't -- I

5    didn't want to be part of any organizations.

6    Q.    So you went to the meeting and you told

7    them --

8    A.    I don't know how I was invited.  Maybe

9    for a conference or maybe I was there for an

10   event.  Maybe I was there for something.  I

11   don't know how this happened, when exactly it

12   happened.  I remember this issue being brought

13   up, and I said I didn't want to be part of any

14   organizations.

15   Q.    Was there anyone else there besides

16   Hatem Bazian and Salah Sarsour?

17   A.    I don't remember who was there, but I

18   remember Salah and Hatem.

19   Q.    Where did the meeting take place?

20   A.    Again, it's either Chicago or -- I

21   don't know.  Maybe Chicago.  If you're saying

22   there was a conference in Milwaukee, if there

23   was a conference, maybe Milwaukee would be

24   another possibility.  Now, I don't know this.

STANLEY BOIM v. AMERICAN MUSLIMS FOR PALESTINE
ABUIRSHAID                                                    10/18/2018

182

1    Q.   Was it at a hotel room or a conference

2    room or something like that?

3    A.   No.  It was in a conference room.

4    Q.   Were you told when you were invited

5    what the meeting was going to be about?

6    A.   I don't think so.  I don't know.  I

7    don't remember what it was.  Again, I don't

8    remember the circumstances.  I remember I was

9    part of a meeting that we discussed the

10   potential, the creation of a potential

11   organization that works for Palestine.  I said

12   I'm not interested and I wasn't part of it.

13   Q.   Was Munjed Ahmad there?

14   A.   I don't remember.  I don't think I even

15   knew Munjed at that time.  I didn't know Hatem.

16   I didn't know Munjed at the time.

17   Q.   Did they have a name for the new

18   organization at that point?

19   A.   No.  It wasn't like a formal

20   discussion.  They were discussing the need for

21   an organization.  I don't know what they

22   decided.

23   Q.   What did they say about the need for an

24   organization?

STANLEY BOIM v. AMERICAN MUSLIMS FOR PALESTINE
ABUIRSHAID                                                    10/18/2018

183

1       A.   I can't remember the exact discussion,

2   but they were talking that there should be an

3   organization that works for Palestine in the

4   U.S.  Now, I can't remember the exact details.

5       Q.   Did they discuss the need for that

6   organization in terms of filling a void left by

7   IAP having become defunct?

8       A.   I don't remember this discussion.  I

9   don't know.

10       Q.   You don't know one way or another?

11       A.   No.

12       Q.   Okay.  Why did they contact you about

13   this new organization?

14          MS. JUMP:  Object; it calls for

15       speculation.

16   BY THE WITNESS:

17       A.   Maybe they saw me as a person who is

18   active, a person who has expertise in the

19   academia work about Palestine.  I used to

20   lecture about Palestine, so I don't see why not.

21   BY MR. WOOLLEY:

22       Q.   Were you someone who was well known in

23   the community at that point as a scholar and a

24   lecturer on Palestine issues?

263

1      Q.   Were you part of the planning group

2  that put it together?

3      A.   From what I see, my name is not there,

4  no.   I don't participate in organizing the

5  conferences except with last year I helped with

6  the program.

7      Q.   I want to just direct your attention to

8  some of the ads at the back of the program.

9  Starting on page 35.

10     A.   Are they numbered here?

11     Q.   Yeah.   There is actually little tiny

12  numbers in the corners.

13     A.   This is 35, so this is 36.  Okay.

14         MS. JUMP:  And again, counsel, this is

15         from 2014.  Our relevant time period is 2005

16         to 2010 for the jurisdictional purposes.

17         I'm okay with some limited questioning on

18         that, but as stated by the order of the

19         Court it should be extremely limited.

20         So if we're going to go in depth into

21         any one thing that's in here for 2014,

22         that's inappropriate and outside the scope

23         of the order for these depositions.

24         MR. WOOLLEY:  We disagree.

STANLEY BOIM v. AMERICAN MUSLIMS FOR PALESTINE
ABUIRSHAID                                          10/18/2018

264

1            MS. JUMP:  You do.

2    BY MR. WOOLLEY:



STANLEY BOIM v. AMERICAN MUSLIMS FOR PALESTINE
ABUIRSHAID                                                    10/18/2018

265

STANLEY BOIM v. AMERICAN MUSLIMS FOR PALESTINE
ABUIRSHAID                                                    10/18/2018

266

STANLEY BOIM v. AMERICAN MUSLIMS FOR PALESTINE
ABUIRSHAID                                            10/18/2018

267

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

STANLEY BOIM v. AMERICAN MUSLIMS FOR PALESTINE
ABUIRSHAID                                                    10/18/2018

269

STANLEY BOIM v. AMERICAN MUSLIMS FOR PALESTINE
ABUIRSHAID                                                    10/18/2018

270



STANLEY BOIM v. AMERICAN MUSLIMS FOR PALESTINE
ABUIRSHAID                                                    10/18/2018

271



STANLEY BOIM v. AMERICAN MUSLIMS FOR PALESTINE
ABUIRSHAID                                          10/18/2018

272



                                                              285

1    past few months.

2              MS. JUMP:  If we could take a break

3         when you're done with this line of

4         questioning.

5              MR. WOOLLEY:  Okay.  Why don't we go

6         ahead and just take a break.

7                        (Recess had from 5:11 to

8                        5:20 p.m.)

9              MR. WOOLLEY:  Back on.

10   BY MR. WOOLLEY:

11        Q.   Mr. Abuirshaid, I'm handing you what's

12   been marked Plaintiffs' Exhibit 39.

13                        (Exhibit 39 was marked for

14                        identification.)

15   BY MR. WOOLLEY:

16        Q.   Is the image that appears at the top of

17   the first page of Plaintiffs' Exhibit 39 a

18   Facebook post that you posted on or about

19   December 14 of 2014 in Arabic?

20        A.   Yeah.  In Arabic, yes.

21        Q.   And without commenting on the accuracy

22   of the translation, is the translation that

23   appears underneath it a translation of the post

24   that you made?

286

1      A.   I have to read it.

2           MS. JUMP:  His question to you is

3      without commenting on the accuracy of it,

4      whether that is the translation.

5  BY THE WITNESS:

6      A.   Yes.

7  BY MR. WOOLLEY:

8      Q.   That translation is a translation of

9  what you've done?

10     A.   Yes.

11     Q.   Okay.

12                    (Exhibit 40 was marked for

13                     identification.)

14  BY MR. WOOLLEY:

15     Q.   I'm now handing you Exhibit 40.

16  Looking up at the top of Exhibit 40 there is a

17  website www.palinfo.com.  Is that a website

18  you're familiar with?

19     A.   I don't write this for them.

20     Q.   Okay.  Do you know what the website is?

21     A.   I know what it is.  I didn't write it

22  for them.  I know what the website is.  I don't

23  usually visit it.  I didn't write this article

24  for them.

STANLEY BOIM v. AMERICAN MUSLIMS FOR PALESTINE
ABUIRSHAID                                                    10/18/2018

287

1     Q.    Can you tell me what the website is?

2     A.    It's just a website that reports about

3   Palestine.

4     Q.    Do you know who runs it?

5     A.    No.

6     Q.    Who did you -- did you write the

7   article that's shown?

8     A.    I can't read it in Arabic.  This is not

9   -- it's not connected.  The words are not

10  connected here.  So whoever translated this, if

11  he read or she read this and came up with this

12  translation, that is not an accurate

13  translation.  Not to say that they may not have

14  another copy that we could have used for

15  translation, but for anyone to come and say that

16  they can read this in Arabic, no.

17    Q.    To say they can't read it or can read

18  it?

19    A.    Can't.  It's not connected.  The words

20  are not connected.

21    Q.    Are you able to recognize this as

22  something that --

23    A.    I can't read it.

24          MS. JUMP:  Hang on.  Let him finish his

288

1      question.

2   BY MR. WOOLLEY:

3      Q.   Are you able to recognize this as

4   something that relates to what you wrote or is

5   it completely unintelligible?

6      A.   I have to spend maybe an hour to read,

7   to try to figure out what is this.

8      Q.   Okay.  Looking at the translation and

9   recognizing that it may or may not be that

10  accurate, a fully accurate translation, are you

11  able to recognize this as referring to something

12  that you wrote in Arabic?

13     A.   You're asking me about the whole

14  translation here?

15     Q.   Yeah.  I'm not asking you to vouch for

16  whether the translation is correct at this

17  point.  I'm asking if you can recognize it as

18  something that was an attempt to translate what

19  you wrote in Arabic.

20     A.   Okay.  So you need to give me time to

21  read it.  It's a long translation and I have to

22  see the Arabic text before I say yes.

23     Q.   You can't tell me by reading it in

24  English whether it relates to something that you

289

 1    wrote?

 2              MS. JUMP:  I'm going to object as asked

 3        and answered.  He already testified that he

 4        did not write an article as represented here

 5        and --

 6              MR. WOOLLEY:  I don't think that was

 7        the testimony.  I think the testimony is he

 8        -- the non-connectedness of the script makes

 9        it unintelligible.

10              MS. JUMP:  That's a separate thing.

11        That's a separate thing.  So we can have the

12        court reporter read it back, but the first

13        thing he said when he saw this is, "I don't

14        write this, I didn't write this."

15              THE WITNESS:  To this website.

16    BY MR. WOOLLEY:

17        Q.   Let me clarify.  It's my understanding

18    what you said was that you didn't write this

19    article to this website?

20        A.   Because I never wrote articles for

21    them.

22        Q.   Okay.  So and then with respect to the

23    text below it, your testimony is it's

24    unintelligible script?

STANLEY BOIM v. AMERICAN MUSLIMS FOR PALESTINE
ABUIRSHAID                                                    10/18/2018

290

1          A.    Yes.

2          Q.    Okay.  Then with respect to the

3   purported translation my question is, without

4   vouching for whether it's completely accurate,

5   can you recognize it as an attempt to translate

6   something that you authored?

7               MS. JUMP:  And on that question,

8          because of the foundation, the lack of

9          foundation, I'm going to instruct him not to

10         answer that.  This is also outside of the

11         time frame of the jurisdiction.

12              MR. WOOLLEY:  Please mark that one.

13              MS. JUMP:  Because it's dated 2014.

14              You don't have to answer.  I'm

15         instructing you not to answer.

16                        (Exhibit 41 was marked for

17                        identification.)

18  BY MR. WOOLLEY:

19         Q.    I'm handing you what's been marked as

20  Exhibit 41 and this is a bad screenshot of a

21  Facebook text that cuts off half the text, but

22  what I wanted to ask you is who the picture is

23  of.

24         A.    Can you first give me the full text?  I

STANLEY BOIM v. AMERICAN MUSLIMS FOR PALESTINE
ABUIRSHAID                                              10/18/2018

291

1     don't see it here.

2          Q.   I don't have the full text.

3          A.   So how am I going to comment on

4     something I don't have the full text for?

5          Q.   I'm asking you if you can look at the

6     picture and are able to recognize who the

7     picture is of.

8          A.   Yes, I see a Palestinian, an infant

9     being killed by one of the Israeli attacks.  I

10    don't know which one here because I don't see

11    the year here.  I see a Palestinian victim, a

12    child, a baby, an infant, yes.

13         Q.   Do you know who any of the specific

14    people are in this photograph?

15         A.   Know them personally?

16         Q.   Do you know who any of them are?

17         A.   I know one of them.

18         Q.   Who is that?

19         A.   He is the former prime minister of

20    Gaza.

21         Q.   Which one is that?

22         A.   The one who is carrying the deceased

23    infant.

24         Q.   What is his name?