# EXHIBIT F - REDACTED

ALERT - CONFIDENTIAL TESTIMONY

1

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

STANLEY BOIM, Individually         )
and as Administrator of the        )
Estate of David Boim,              )
deceased; and JOYCE BOIM,          )
                                   )
            Plaintiffs,            )
                                   )
    vs.                            )  Case No.
                                   )  17-cv-03591
AMERICAN MUSLIMS FOR               )
PALESTINE; AMERICANS FOR           )
JUSTICE IN PALESTINE               )
EDUCATIONAL FOUNDATION;            )
RAFEEQ JABER; ABDELBASSET          )
HAMAYEL; AND OSAMA                 )
ABUIRSHAID,                        )
                                   )
            Defendants.            )

        The deposition of ABDELBASET
HAMAYEL, called by the Plaintiffs for
examination, taken pursuant to the Federal Rules
of Civil Procedure of the United States District
Courts pertaining to the taking of depositions,
taken before Marianne Nee, a Certified Shorthand
Reporter of the State of Illinois, CSR License
No. 084-002341, taken at 111 South Wacker Drive,
Suite 4100, Chicago, Illinois, on Wednesday,
October 17, 2018, commencing at 9:00 a.m.

STANLEY BOIM v. AMERICAN MUSLIMS FOR PALESTINE
HAMAYEL 10/17/2018

141

STANLEY BOIM v. AMERICAN MUSLIMS FOR PALESTINE
HAMAYEL 10/17/2018

142

STANLEY BOIM v. AMERICAN MUSLIMS FOR PALESTINE
HAMAYEL 10/17/2018



312.781.9111                                630.983.0030

STANLEY BOIM v. AMERICAN MUSLIMS FOR PALESTINE
HAMAYEL 10/17/2018

144

STANLEY BOIM v. AMERICAN MUSLIMS FOR PALESTINE
HAMAYEL 10/17/2018

145



STANLEY BOIM v. AMERICAN MUSLIMS FOR PALESTINE
HAMAYEL 10/17/2018

146





Q. Do you know when AMP first set up its website?

A. I don't.

Q. Was it in existence when you started?

A. I believe it was there before I started.

Q. Do you know who set that up?

A. I don't.

MS. JUMP: Objection; asked and answered.

BY MR. SCHLESSINGER:

Q. Do you know who maintains the website?