**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF**
**ILLINOIS EASTERN DIVISION**

| | |
|---|---|
| STANLEY BOIM, Individually and as Administrator of the Estate of David Boim, deceased; and JOYCE BOIM, <br><br> Plaintiffs, <br><br> v. <br><br> AMERICAN MUSLIMS FOR PALESTINE; AMERICANS FOR JUSTICE IN PALESTINE EDUCATIONAL FOUNDATION; RAFEEQ JABER; ABDELBASET HAMAYEL; AND OSAMA ABURISHAID, <br><br> Defendants. | Civil No. 17-cv-03591 <br><br><br> Hon. Sharon Johnson Coleman <br><br><br><br> Hon. Sidney I. Schenkier |

**DEFENDANTS' MOTION FOR LEAVE TO FILE DOCUMENTS**
**PROVISIONALLY UNDER SEAL**

Defendants American Muslims for Palestine ("AMP"), Americans for Justice in Palestine Educational Foundation ("AJP"), Rafeeq Jaber ("Jaber"), Abdelbaset Hamayel ("Hamayel"), and Osama Abuirshaid ("Abuirshaid") ("Defendants") hereby file this Motion for Leave to File Documents Provisionally Under Seal to file their unredacted Response in Opposition to Plaintiffs' Motion for Leave to Take Two Additional Depositions to Compel Answers to Deposition Questions and to Compel Further Document Production, and exhibits attached thereto, electronically under seal, in accordance with L.R. 26.2(c) and the requirements of the Agreed Confidentiality Order (Dckt. 71) entered in this matter. In support of this Motion, Defendants state the following:

Consistent with the Agreed Confidentiality Order entered by this Court, documents designated as confidential in this matter can only be disclosed to certain types of persons,

including the Court and its personnel, and cannot be part of the public record. The Local Rules

of this Court require that a party wishing to file a document or portion of a document

electronically under seal must file that submission provisionally under seal while simultaneously

electronically filing a public-record version of the submission with only the sealed portions

excluded. L.R. 26.2(c). The party seeking to file a document under seal must also move for the

Court to take leave to file the document under seal. *Id.* Defendants' Response in Opposition

includes both subject matter that has been deemed as confidential by the parties and this Court,

so any filing of this information must be under seal, since the content cannot be part of the public

record pursuant to the terms of the Agreed Confidentiality Order. Since the Plaintiffs filed their

own Motion for Leave to File Documents Provisionally Under Seal concerning the same types of

content, this filing will not prejudice the Plaintiffs.

Based on the foregoing, Defendants respectfully request this Court grant the Defendants

leave to file their Response in Opposition provisionally under seal.

Dated this 13th day of December, 2018.

/s/ *Christina Jump*
Chares D. Swift
Texas Bar No. 24091964
*Pro Hac Attorney for Defendants*
Christina A. Jump
Texas Bar No. 00795828
*Attorney for Defendants*
Constitutional Law Center for
Muslims in America
833 E. Arapaho Rd, Suite 102
Richardson, TX  75081
Phone: (972) 914-2507
Fax: (972) 692-7454

Thomas Anthony Durkin
ID No. 0697966
2446 N. Clark Street
Chicago, IL 60614

2

Tel: 312-981-0123<br>
Fax: 312-913-9235<br>
tdurkin@durkinroberts.com<br>
*Local Counsel for Defendants*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 13th day of December 2018, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send a notice of electronic filing to all counsel of record.

*/s/ Christina Jump*<br>
Christina A. Jump<br>
*Attorney for Defendants*