UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF
ILLINOIS EASTERN DIVISION

| | |
|---|---|
| STANLEY BOIM, Individually and as Administrator of the Estate of David Boim, deceased; and JOYCE BOIM,<br><br>Plaintiffs,<br><br>v.<br><br>AMERICAN MUSLIMS FOR PALESTINE; AMERICANS FOR JUSTICE IN PALESTINE EDUCATIONAL FOUNDATION; RAFEEQ JABER; ABDELBASET HAMAYEL; AND OSAMA ABURISHAID,<br><br>Defendants. | Civil No. 17-cv-03591<br><br>Hon. Sharon Johnson Coleman<br><br>Hon. Sidney I. Schenkier |

**DEFENDANTS' UNOPPOSED MOTION FOR LEAVE TO FILE CORRECTED EXHIBITS TO THEIR RESPONSE IN OPPOSITION TO PLAINTIFFS' MOTION FOR LEAVE TO TAKE TWO ADDITIONAL DEPOSITIONS, TO COMPEL ANSWERS TO DEPOSITION QUESTIONS, AND TO COMPEL FURTHER DOCUMENT PRODUCTION**

Defendants American Muslims for Palestine ("AMP"), Americans for Justice in Palestine Educational Foundation ("AJP"), Rafeeq Jaber ("Jaber"), Abdelbaset Hamayel ("Hamayel"), and Osama Abuirshaid ("Abuirshaid") ("Defendants") hereby file this Motion for Leave to File Corrected Exhibits to Their Response in Opposition to Plaintiffs' Motion for Leave to Take Two Additional Depositions, To Compel Answers to Deposition Questions and to Compel Further Document Production, for the reasons set forth below.

Defendants' counsel is not a good paralegal. Defendants' counsel contacted this Court earlier this week requesting permission to file the above-referenced Response in Opposition, and had every hope of doing so efficiently and timely by the deadline set by this Court to do so (ultimately, 2:00 p.m. today). By way of unfortunate coincidence, the civil litigation paralegal

for defense counsel was the victim of a break-in to her vehicle, which was discovered this morning, necessitating her presence for such things as filing police reports.[1]

That left defense counsel to fend without administrative assistance in filing the Response in Opposition (Doc. 114). It almost worked. While the Response in Opposition was timely filed, and even redacted where needed, and shortly thereafter followed by the requisite Sealed Response (Doc. 115), Motion for Leave to File Document Provisionally Under Seal (Doc. 116), and Notice of Motion for Presentment (Doc. 117), this was not without error. Through incompetence at administrative duties, defense counsel mistakenly thought more pages of deposition excerpts were included in Plaintiffs' previously filed Exhibits to Doc. 106. And, defense counsel mistakenly referred to the wrong email attachment when referencing the production of amended discovery responses. (Doc. 114 at 8, referencing Doc. 106, Ex. G).

With sincere apologies for the errors and likely resulting confusion, defense counsel requests leave to refile the exhibits to Doc. 114 as follows:

- Exhibit A: No changes (as filed as attachment to Doc. 114);
- Exhibit B: the correct referenced email from page 8 of Doc. 114;
- Exhibit C: the full excerpts from Deposition of Munjed Ahmad, as referenced in Doc. 114;
- Exhibit D: the full excerpts from Deposition of Rafeeq Jaber, as referenced in Doc. 114;
- Exhibit E: the full excerpts from Deposition of Osama Abuirshaid, as referenced in Doc. 114;
- Exhibit F: the full excerpts from Deposition of Abdelbaset Hamayel, as referenced in Doc. 114 (including internal Ex. 7).

These are attached in one cohesive PDF document to this filing. In hopes of minimizing confusion, defense counsel has maintained the same exhibit letters for each witness as Plaintiffs used in Plaintiffs' Motion at Doc. 106; for example, excerpts from the Deposition of Munjed

---

[1] Should the Court or opposing counsel wish to see a copy of said report to verify its existence, defense counsel will supplement.

Ahmad are labeled as Exhibit C to Doc. 106 and as Exhibit C in the attached. And, for ease of reference, an updated copy of Doc. 114, which reflects changes only to the exhibit references, and no changes to content, is attached as a separate PDF exhibit hereto.

### VI. Conclusion

With apologies for the errors set forth above regarding the exhibits as originally referenced in Doc. 114 of today's date, defense counsel respectfully requests the right to refile these corrected and now complete exhibits. Counsel has conferred with Plaintiffs' counsel, who is not opposed to this Motion for Leave.

Dated this 13th day of December, 2018.

*/s/ Christina Jump*
Chares D. Swift
Texas Bar No. 24091964
*Pro Hac Attorney for Defendants*
Christina A. Jump
Texas Bar No. 00795828
*Attorney for Defendants*
Constitutional Law Center for
Muslims in America
833 E. Arapaho Rd, Suite 102
Richardson, TX 75081
Phone: (972) 914-2507
Fax: (972) 692-7454

Thomas Anthony Durkin
ID No. 0697966
2446 N. Clark Street
Chicago, IL 60614
Tel: 312-981-0123
Fax: 312-913-9235
tdurkin@durkinroberts.com
*Local Counsel for Defendants*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 13th day of December 2018, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send a notice of electronic filing to all counsel of record.

*/s/ Christina Jump*
Christina A. Jump
*Attorney for Defendants*
