# **EXHIBIT N**

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF
ILLINOIS EASTERN DIVISION

| | |
|---|---|
| STANLEY BOIM, Individually and as Administrator of the Estate of David Boim, deceased; and JOYCE BOIM,<br><br>Plaintiffs,<br><br>v.<br><br>AMERICAN MUSLIMS FOR PALESTINE; AMERICANS FOR JUSTICE IN PALESTINE EDUCATIONAL FOUNDATION; RAFEEQ JABER; ABDELBASSET HAMAYEL; AND OSAMA ABURISHAID,<br><br>Defendants. | Civil No. 17-cv-03591<br><br>Hon. Sharon Johnson Coleman<br><br>Hon. Sidney I. Schenkier |

## DECLARATION OF MUNJED AHMAD

1. My name is Munjed Ahmad. I am over the age of eighteen and of sound mind. I make this declaration based on my own personal knowledge.

2. I am currently the Vice President and Treasurer for AJP Educational Foundation ("AJP"), which operates under the name American Muslims for Palestine ("AMP").

3. I was involved in the creation of AMP in 2006, as well as the later creation of AJP in 2009. AMP was envisioned and first discussed in the later part of 2005, beginning in approximately August 2005, and was officially created in August 2006.

4. While I did not retain my emails on the subject from that time frame, as there was no reason to do so, I was able to locate my handwritten notes from the initial discussions about forming AMP, which are produced as bates labeled 002658 to 002660. These notes are in my handwriting and were created by me at the time reflected therein. As reflected in these notes, both the names "American Muslims for Palestine" and "Muslim Americans for

Palestine", or "MAP," were contemplated as names for the organization which had not yet been formed. The name AMP was the one selected, as reflected in my notes dated "4/14", which I believe to be April 14, 2006. No activities of or events by AMP took place prior to the official incorporation in August 2006.

5. Rafeeq Jaber was not involved in the creation of AMP or AJP.

6. Abdelbaset Hamayel was not involved in the creation of AMP or AJP.

7. Osama Abuirshaid was not involved in the creation of AMP, and though he was involved with AMP by 2009, he was not involved in the creation of AJP.

8. I was never involved with IAP, and did not even know of its existence in 2006.

9. I was never involved with AMS, and did not even know of its existence in 2006.

10. I was never involved with the Holy Land Foundation.

11. I had no involvement in the original *Boim* lawsuit which was filed in 2000, in which I have since learned IAP, AMS and Holy Land Foundation were defendants. I was not even aware of the original *Boim* lawsuit until well after the formation of both AMP and AJP.

12. AMP was created to educate our own youth and communities on issues and culture relating to Palestine. Eventually, this purpose grew to include educating others as well.

13. AMP has not, at the time of its formation or any time afterwards, ever received any funds or assets which came from IAP, AMS, Holy Land Foundation or any other defendant in the original *Boim* lawsuit which was filed in 2000.

14. AJP has not, at the time of its formation or any time afterwards, ever received any funds or assets which came from IAP, AMS, Holy Land Foundation or any other defendant in the original *Boim* lawsuit which was filed in 2000.

15. For financial clarity and to avoid confusion, AMP ceased being its own separate entity

and became a "d/b/a" of AJP in or around late 2016/early 2017. Subsequently, appropriate documents were filed in all necessary states reflecting the change in status.

16. AMP and AJP are strictly American organizations, funded by voluntary donations made entirely within the United States. We keep the personal information of our donors confidential, and only provide it as required such as on our 990s.

17. AMP and AJP never assumed or in any way overtook any contracts or other arrangements made with IAP, AMS or Holy Land Foundation, or any other defendant in the original *Boim* lawsuit filed in 2000.

18. I hereby certify that the foregoing is true and correct to the best of my personal knowledge.

*[signature]*
**Munjed Ahmad**

4/9/18
**Date Executed**