# EXHIBIT O

## UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| STANLEY BOIM, Individually and as Administrator of the Estate of David Boim, deceased; and JOYCE BOIM, | Civil No. 17-cv-03591 |
| Plaintiffs, | |
| v. | Hon. Sharon Johnson Coleman |
| AMERICAN MUSLIMS FOR PALESTINE; AMERICANS FOR JUSTICE IN PALESTINE EDUCATIONAL FOUNDATION; RAFEEQ JABER; ABDELBASSET HAMAYEL; AND OSAMA ABURISHAID, | Hon. Sidney I. Schenkier |
| Defendants. | |

## DEFENDANTS' AMENDED OBJECTIONS AND RESPONSES TO PLAINTIFFS' JURISDICTION INTERROGATORIES TO DEFENDANTS AMERICAN MUSLIMS FOR PALESTINE AND AMERICANS FOR JUSTICE IN PALESTINE EDUCATIONAL FOUNDATION

Defendants American Muslims for Palestine ("AMP") and Americans for Justice in Palestine Educational Foundation ("AJP") file these Amended Objections and Responses to Plaintiffs' Jurisdiction Interrogatories, as set forth below.

## GENERAL OBJECTIONS

Defendants assert the following General Objections and qualifications to Plaintiffs' Jurisdiction Interrogatories, each of which are hereby incorporated into the responses to each individual interrogatory below. A specific response may repeat a general objection for emphasis or some other reason, but the failure to include general objections in any specific response does not waive any general objections to that request.

## SPECIFIC RESPONSES AND OBJECTIONS

1. Identify all persons who have knowledge of the issues and factual assertions raised in defendants' motion to dismiss for alleged lack of subject matter jurisdiction [Dkt 31] filed in this case.

   **Response**: See individuals identified in previous court filings, declarations provided with the same and documents produced in response to Plaintiffs' requests for production (documents 0000006 – 0000030; 0000034; 0000051; 0000056; 002573 – 002579; 002581; 004135 -- 004409). See also Declaration of Munjed Ahmad, previously produced, and documents referenced therein, as well as this Court's Order finding no subject matter jurisdiction.

2. Identify all persons who may provide testimony or declarations in connection with any motion or hearing to determine or challenge the existence of the Court's subject matter jurisdiction in this case. For each, identify the person's anticipated testimony and all facts or information pertinent to the Court's subject matter jurisdiction upon which the person would be competent to testify.

   **Response**: <u>Objection</u>. This Interrogatory is overly broad in that it seeks to require the Defendants to provide an entire defense in response to one Interrogatory, and as such constitutes an improper fishing expedition. Furthermore, this Interrogatory seeks information which is covered by the attorney client and work product privileges to the extent it seeks designation of all persons "who may provide testimony or declarations" as stated above, and further exceeds the scope of this Court's order for this discovery. Subject to these objections, Defendants respond as follows:

   See prior filings and attachments, as well as documents produced in response to

Plaintiffs' requests for production (documents 0000006 – 0000030; 0000034;

0000051; 0000056; 002573 – 002579; 002581; 004135 -- 004409). The Individual

Defendants, reachable through designated counsel, have already provided

Declarations in this matter, and Defendants refer Plaintiffs to those Declarations

which have already been filed and produced in this matter. Please also see Declaration

of Munjed Ahmad, previously produced in this matter, and documents referenced

therein. Defendants do not foresee a need for further briefing or Declarations on the

issue.

3. For each year from Respondent's inception forward, identify: all members of

Respondent's board of directors or other governing body; Respondent's officers

and other employees; and all chapters, offices, locations, affiliates, regional

operations and divisions of Respondent that exist or have existed at any time.

**Response***:* Objection. Defendants object to this Request as vague as to "Respondent",

overly broad, not reasonably limited in time and scope, and therefore not reasonably

calculated to lead to the discovery of admissible evidence, as well as exceeding the

scope of this Court's order for this discovery. Subject to the foregoing objections,

Defendants respond as follows:

See documents produced with the responses to Plaintiffs' requests for production

(0000006 – 0000030; 0000034; 0000051; 0000056; 002573 – 002579; 002581;

004135 -- 004409) as well as full archives of relevant Twitter and Facebook accounts

and relevant historic website pages, produced herein. Defendants will supplement if

additional information or documents are discovered.

Per the produced by-laws and other referenced documents produced, the Officers and

Board members of AJP at inception were:

- Hatem Al-Bazien, President
- Munjed Ahmed, Treasurer and Vice President
- Sandy Stephan, Secretary
- Board members:
  - Hatem Al-Bazian
  - Munjed Ahmed
  - Hussein Khatib
  - Osama Abuirshaid
  - Salah Sarsour
  - Shakeel Syed

AMP has not had employees historically. The below are past and present employees

of AJP:

- Awad Odeh
- Julia Salameh
- Amira Daoud
- Kristin Szremski
- Taher Herzallah (current employee)
- Arwa Abdallah
- Karima Al-Helow
- Mohammad Suleiman
- Izabela Banka
- Rami Blebel
- Kareem El-Hosseiny (current employee)
- Diana Galbraith
- Iyas Abuhasna
- Rima Najjar
- Alaa Abubaker
- Rammie Ashkar
- Leena Kaheil (current contractor)
- Mariam Aldisi (current employee)

In addition, AMP's 2009 filings with the Secretary of State list its officers as the following:

- Hatem Al-Bazian
- Awad Hamdan
- Dean Salem

Furthermore, AMP's 2013 filings list the following positions at that time:

- Hatem Al-Bazian as CEO and Chief Financial Officer

- Munjed Ahmed as Secretary

In addition, as noted in the produced documents, AMP officially became a d/b/a of AJP in late 2016/early 2017, and had been functioning as such for several years prior.

Please also refer to the relevant historic website pages produced in this matter (004135 – 004409), reflecting the Board for each noted year written exactly as follows:

2009 National Board Members:

Dr. Hatem Bazyan - Chairman
Diaa Salem – Treasurer
Julia Salameh – Marketing/Outreach Chairwoman
Kristin Szremski – Media Chairwoman
Salah Sarsour – Chapter Coordinator
Sulyan Nabhan
Dr. Daad Katato
Mamon Hussein
Yousuf Shahin
Ebdelelah Nofal


2010 National Board Members:

Dr. Hatem Bazyan - Chairman
Diaa Salem – Treasurer
Salah Sarsour – Chapter Coordinator
Sulyan Nabhan
Dr. Daad Katato
Mamon Hussein
Yousuf Shahin
Ebdelelah Nofal


2011 National Board Members:

Dr. Hatem Bazyan – Chairman
Munjed Ahmad – Vice Chairman
Salah Sarsour
Sulyan Nabhan
Mamon Hussein
Yousuf Shahin
Sana Daoud
Hussein Al-Khatib

Abdel-llah Nofal
Osama Abu Irshaid
Shakeel Sayed

2012 National Board Members:

Dr. Hatem Bazyan – Chairman
Munjed Ahmad – Vice Chairman
Salah Sarsour
Sulyan Nabhan
Mamon Hussein
Yousuf Shahin
Sana Daoud
Hussein Al-Khatib
Abdel-llah Nofal
Osamah Abuirshaid
Shakeel Sayed

(not listed for 2013 but no changes documented)

2014 National Board Members:

Dr. Hatem Bazyan – Chairman
Munjed Ahmad – Vice Chairman
Salah Sarsour
Sulyan Nabhan
Mamon Hussein
Yousuf Shahin
Sana Daoud
Hussein Al-Khatib
Abdel-llah Nofal
Osamah Abuirshaid
Shakeel Sayed

2015 National Board Members:

Dr. Hatem Bazyan – Chairman
Munjed Ahmad – Vice Chairman
Salah Sarsour
Sulyan Nabhan
Mamon Hussein
Yousuf Shahin
Sana Daoud
Hussein Al-Khatib
Abdel-llah Nofal
Osamah Abuirshaid

Shakeel Sayed

2016 National Board Members:

Dr. Hatem Bazyan – Chairman
Munjed Ahmad – Vice Chairman
Salah Sarsour
Sulyan Nabhan
Mamon Hussein
Yousuf Shahin
Sana Daoud
Hussein Al-Khatib
Abdel-llah Nofal
Osamah Abuirshaid
Shakeel Sayed

2017 National Board Members:

Dr. Hatem Bazian – Chairman
Munjed Ahmad – Vice Chairman
Salah Sarsour
Sufyan Nabhan
Mamon Hussein
Yousuf Shahin
Sana Daoud
Hussein Al-Khatib
Abdel-llah Nofal
Dr. Osama Abuirshaid – National Policy Director
Shakeel Sayed

2018 National Board Members:

Dr. Hatem Bazian – Chairman
Munjed Ahmad – Vice Chairman
Salah Sarsour
Sufyan Nabhan
Mamon Hussein
Yousuf Shahin
Sana Daoud
Hussein Al-Khatib
Abdel-llah Nofal
Dr. Osama Abuirshaid – National Policy Director
Shakeel Sayed

4. Describe the structure and hierarchy of Respondent, including the leadership and reporting structure, and the responsibilities of each officer, manager and employee. If the structure or hierarchy has changed over time since Respondent's inception, describe and provide the dates and nature of the changes.

**Response**: Objection. Defendants object to this Request as vague as to "Respondent." Subject to this objection, Defendants respond as follows:

As noted in the document production, AJP was incorporated on November 16, 2009. AMP was incorporated on August 2, 2006 in California. AMP and AJP are small non-profit entities, which do not have the detailed organizational structure as some larger entities might. To the extent documents have been retained in the normal course of business, please see documents produced in response to Plaintiffs' requests for production (0000001 – 0000002; 0000005 – 0000068; 002573 – 002590; 004135 -- 004409), which set forth the answers to this Interrogatory and describe in detail the hierarchy and processes within AJP. AMP does not have direct employees, and currently operates and is registered as a d/b/a of AJP. Specific supporting documents regarding this are referenced in this answer, above. In addition, please see Declaration of Munjed Ahmad, previously provided, and documents referenced therein, as well as Response to Interrogatory No. 3, above.

5. Describe the creation and formation of Respondent. In your description, identify the date and place of Respondent's incorporation; any voluntary or unincorporated organizations that pre-existed the formation of Respondent; all persons involved in the incorporation or creation of Respondent and any precursor organization; and all documents related to the formation of Respondent and any precursor organization.

**Response**: <u>Objection</u>. Defendants object to this Request as vague as to "Respondent." Defendants further object to the term "precursor organization." Subject to this objection, Defendants respond as follows:

As noted in the document production, AJP was incorporated on November 16, 2009. AMP was incorporated on August 2, 2006 in California. AMP and AJP are small non-profit entities, which do not have the detailed organizational structure or records as some larger entities might. Information from formation, including emails, were not retained in the normal course of business prior to the start of this litigation. Since then, there have been no emails addressing the start of organizations other than privileged communications with counsel related to this litigation. For responsive information and to the extent documents have been retained in the normal course of business, please see documents produced in response to Plaintiffs' requests for production (0000001 – 0000002; 0000005 – 0000068; 002573 – 002590), which set forth the answers to this Interrogatory. Furthermore, there are no "precursor entities" to AJP or AMP.  In addition, please see Declaration of Munjed Ahmad, previously provided, and documents referenced therein, as well as Response to Interrogatory No. 3, above. Furthermore, there are additional documents, bates labeled 002594 – 002660 and 004410 – 004422, which will be produced upon execution of an agreed Confidentiality Order.

6.  List all physical addresses (with office suite numbers) where Respondent has at any time maintained offices or conducted operations, including locations used by any chapter, regional office, division, affiliate organization or representative of Respondent.