# EXHIBIT P

# MAS MILWAUKEE'S 2ND ANNUAL CONVENTION



## Invited Guests



Sh. Mohammad Al-Hanooti
Dr. Saddallah Khan
Dr. Essam Omeish
Dr. Zulfiqar Ali Shah
Sh. Jamal Said
Dr. Hatem Bazian
Mr. Mahdi Bray
Dr. Abdelgwad Kansoua
Sh. Ziad Hamdan
Sr. Yasmin Mogahed
Mr. Osama Abu Irshaid
Mr. Raeed Tayeh
Sh. Kefah Mustafah
Mr. Mohammad Abbasi

April 14-16 2006
Friday-Sunday

**At the Four Point Sheraton**
4747 S Howell Ave
Milwaukee, WI 53207

### Program

- Lectures & Workshops for Adults and Youth
- School Program & Babysitting
- Two Nights of Entertainment
- Saturday Night Dinner

CHANGE Begins From WITHIN

**For More Information:**
MAS CENTER: (414) 282-2137
REGISTRATION: (414) 708-3446
mas_milwaukee@yahoo.com
mas-milwaukee.com

EXHIBIT
PX 62
11/8/18

**Sponsored By:** BAITULMAAL


ISLAMIC RELIEF