# EXHIBIT Q

**ALERT - CONFIDENTIAL TESTIMONY**                              1

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

STANLEY BOIM, Individually        )
and as Administrator of the       )
Estate of David Boim,             )
deceased; and JOYCE BOIM,         )
                                  )
       Plaintiffs,            )
                                  )
  vs.                             )   Case No.
                                  )   17-cv-03591
AMERICAN MUSLIMS FOR              )
PALESTINE; AMERICANS FOR          )
JUSTICE IN PALESTINE              )
EDUCATIONAL FOUNDATION;           )
RAFEEQ JABER; ABDELBASSET         )
HAMAYEL; AND OSAMA                )
ABUIRSHAID,                       )
                                  )
       Defendants.            )

      The deposition of RAFEEQ JABER, called by the Plaintiffs for examination, taken pursuant to the Federal Rules of Civil Procedure of the United States District Courts pertaining to the taking of depositions, taken before Marianne Nee, a Certified Shorthand Reporter of the State of Illinois, CSR License No. 084-002341, taken at 111 South Wacker Drive, Suite 4100, Chicago, Illinois, on Wednesday, November 7, 2018, commencing at 9:10 a.m.

1  BY THE WITNESS:
2      A.   No, I don't remember if he was ever an
3  active or even invited to any conference.
4  BY MR. LANDES:
5      Q.   Were there groups of people named
6  Sarsour family in Milwaukee, correct?
7      A.   Yes.
8      Q.   And do you know a person named Salah
9  Sarsour?
10     A.   Yes.
11     Q.   And was he active in IAP?
12     A.   Yes.
13     Q.   What about a person named Hani Hasan?
14     A.   I don't know.  I don't remember him.
15     Q.   You don't remember?
16     A.   No, I don't remember his name.
17     Q.   Okay.  There is -- well, we will get to
18 more of them later.  Let's just go back to this
19 question.  There is -- in this affidavit did you
20 have any -- did you know that Mr. Munjed Ahmad
21 was preparing this affidavit?
22     A.   No.
23     Q.   Did he ever tell you that?
24     A.   He never talked to me about it.