# EXHIBIT R

From: Rafeeq 708-974-3389 To: JAMES FENNERTY     Date: 10/29/02 Time: 3:34:26 PM     Page 1 of 4

# FACSIMILE COVER PAGE

| | | | |
|---|---|---|---|
| **To :** | JAMES FENNERTY | **From :** | Rafeeq |
| **Sent :** | 10/29/02 at 3:34:22 PM | **Pages :** | 4 (including Cover) |
| **Subject :** | | | |

FROM AMS / IAP



IAP 00076

## AMS BORD OF DIRECTORS 2002

RAFEEQ JABER
OSAMA ABU-IRSHAID
SABRI SAMIRAH
ABDEL BASET HAMAYEL
SALAH DAOUD
MOHAMED EL-NATOUR
MUHAMAD ABDELAL
FAWAZ MUSHTAHA
IMAD SARSOUR
SUFIAN NABHAN
MAHMOUD SHAFEEQ

## AMS BORD OF DIRECTORS 2001

RAFEEQ JABER
KIFAH MUSTAFA
ABDEL BASET HAMAYEL
SALAH DAOUD
MOHAMED EL-NATOUR
MUHAMAD ABDELAL
FAWAZ MUSHTAHA
IMAD SARSOUR
SUFIAN NABHAN
SABRI SAMIRAH
GHASAN DAHDULI
HASAN SABRI

## AMS BORD OF DIRECTORS 2000

RAFEEQ JABER
KIFAH MUSTAFA
ABDEL BASET HAMAYEL
SALAH DAOUD
MOHAMED EL-NATOUR
MUHAMAD ABDELAL
FAWAZ MUSHTAHA
IMAD SARSOUR
SUFIAN NABHAN
SABRI SAMIRAH
HASAN SABRI
GHASAN DAHDULI

IAP 00077

## AMS BORD OF DIRECTORS 1999

RAFEEQ JABER
FAWAZ MUSHTAHA
IMAD SARSOUR
SUFIAN NABHAN
SABRI SAMIRAH
GHASSAN DAHDOULI
YOUSIF SHAHIN
TAWFEEQ AL-DEEK
HASAN SABRI
RIAD MUSTAPHA

## AMS BORD OF DIRECTORS 1998

AMER ALSHAWA
RAFEEQ JABER
FAWAZ MUSHTAHA
IMAD SARSOUR
SUFIAN NABHAN
SABRI SAMIRAH
GHASSAN DAHDOULI
YOUSIF SHAHIN
TAWFEEQ AL-DEEK
WALID ABU SHARKH
HASAN SABRI
RIAD MUSTAPHA

## AMS BORD OF DIRECTORS 1997

RAFEEQ JABER
FAWAZ MUSHTAHA
IMAD SARSOUR
SUFIAN NABHAN
SABRI SAMIRAH
GHASSAN DAHDOULI
FU'AD ALBAHRI
YOUSIF SHAHIN
TAWFEEQ AL-DEEK
ABDEL-MUHAIMEN AL-SEBAI
WALID ABU SHARKH
HASAN SABRI
RIAD MUSTAPHA

IAP 00078

### AMS BORD OF DIRECTORS 1996

RAFEEQ JABER
FAWAZ MUSHTAHA
SABRI SAMIRAH
GHASSAN DAHDOULI
FU'AD ALBAHRI
TAWFEEQ AL-DEEK
ABDEL-MUHAIMEN AL-SEBAI
HASAN SABRI

### AMS BORD OF DIRECTORS 1995

RAFEEQ JABER
SABRI SAMIRAH
HALI SULIMAN

### AMS BORD OF DIRECTORS 1994

RAFEEQ JABER
SABRI SAMIRAH
HALI SULIMAN

### AMS BORD OF DIRECTORS 1993

RAFEEQ JABER
SABRI SAMIRAH
HALI SULIMAN

From: Rafeeq 708-974-3389  To: JAMES FENNERTY  Date: 10/29/02  Time: 3:34:26 PM  Page 1 of 4

# FACSIMILE COVER PAGE

| | | | |
|---|---|---|---|
| **To :** | JAMES FENNERTY | **From :** | Rafeeq |
| **Sent :** | 10/29/02 at 3:34:22 PM | **Pages :** | 4 (including Cover) |
| **Subject :** | | | |

FROM   AMS / IAP

IAP 00080

## AMS BORD OF DIRECTORS 2002

RAFEEQ JABER
OSAMA ABU-IRSHAID
SABRI SAMIRAH
ABDEL BASET HAMAYEL
SALAH DAOUD
MOHAMED EL-NATOUR
MUHAMAD ABDELAL
FAWAZ MUSHTAHA
IMAD SARSOUR
SUFIAN NABHAN
MAHMOUD SHAFEEQ

## AMS BORD OF DIRECTORS 2001

RAFEEQ JABER
KIFAH MUSTAFA
ABDEL BASET HAMAYEL
SALAH DAOUD
MOHAMED EL-NATOUR
MUHAMAD ABDELAL
FAWAZ MUSHTAHA
IMAD SARSOUR
SUFIAN NABHAN
SABRI SAMIRAH
GHASAN DAHDULI
HASAN SABRI

## AMS BORD OF DIRECTORS 2000

RAFEEQ JABER
KIFAH MUSTAFA
ABDEL BASET HAMAYEL
SALAH DAOUD
MOHAMED EL-NATOUR
MUHAMAD ABDELAL
FAWAZ MUSHTAHA
IMAD SARSOUR
SUFIAN NABHAN
SABRI SAMIRAH
HASAN SABRI
GHASAN DAHDULI

IAP 00081

## AMS BORD OF DIRECTORS 1999

RAFEEQ JABER
FAWAZ MUSHTAHA
IMAD SARSOUR
SUFIAN NABHAN
SABRI SAMIRAH
GHASSAN DAHDOULI
YOUSIF SHAHIN
TAWFEEQ AL-DEEK
HASAN SABRI
RIAD MUSTAPHA

## AMS BORD OF DIRECTORS 1998

AMER ALSHAWA
RAFEEQ JABER
FAWAZ MUSHTAHA
IMAD SARSOUR
SUFIAN NABHAN
SABRI SAMIRAH
GHASSAN DAHDOULI
YOUSIF SHAHIN
TAWFEEQ AL-DEEK
WALID ABU SHARKH
HASAN SABRI
RIAD MUSTAPHA

## AMS BORD OF DIRECTORS 1997

RAFEEQ JABER
FAWAZ MUSHTAHA
IMAD SARSOUR
SUFIAN NABHAN
SABRI SAMIRAH
GHASSAN DAHDOULI
FU'AD ALBAHRI
YOUSIF SHAHIN
TAWFEEQ AL-DEEK
ABDEL-MUHAIMEN AL-SEBAI
WALID ABU SHARKH
HASAN SABRI
RIAD MUSTAPHA

IAP 00082

### AMS BORD OF DIRECTORS 1996

RAFEEQ JABER
FAWAZ MUSHTAHA
SABRI SAMIRAH
GHASSAN DAHDOULI
FU'AD ALBAHRI
TAWFEEQ AL-DEEK
ABDEL-MUHAIMEN AL-SEBAI
HASAN SABRI

### AMS BORD OF DIRECTORS 1995

RAFEEQ JABER
SABRI SAMIRAH
HALI SULIMAN

### AMS BORD OF DIRECTORS 1994

RAFEEQ JABER
SABRI SAMIRAH
HALI SULIMAN

### AMS BORD OF DIRECTORS 1993

RAFEEQ JABER
SABRI SAMIRAH
HALI SULIMAN