# EXHIBIT S

# AMERICAN MUSLIMS FOR PALESTINE

*After 60 years of Al Nakba To* **Alquds** *we shall Return*

بعد ٦٠ عاماً من النكبة

القدس في العيون

... إليها عائدون

## 2nd Annual Convention

**NOVEMBER 22-25, 2007**
Wyndham O'Hare - Chicago

# BEST Quality Furniture

**WHERE OUR COMMUNITY COMES FIRST!!**
TWO MAJOR LOCATIONS TO SERVE YOU

937 S. 16th St        Phone Number: 1-414-645-4500
1233 w. Vliet St     Phone number. 1-414-934-0789


MASTER BEDROOMS...


LIVING ROOMS...


KIDS BEDROOMS...


MATRESS SALE...


DINNING ROOMS...


BUNKBEDS...

**GOOD NEWS FOR OUR COMMUNITY!!**
WE OFFER MOVING SERVICES
20 YEARS IN THE MOVING BUSINESS
RATES STARTING AT ONLY $99

**FOR MORE INFORMATION PLEASE CONTACT**
BR. SALAH SARSOUR
414-559-7680





بيت المال

القرآن للمكفوفين
**BRAILLE QURAN**

فلسطين
**PALESTINE**

P. O. BOX 166911
IRVING TX 75016

800-220-9554
BAITULMAAL.ORG

**PLEASE HELP ME NOW**




أفريقا
**AFRICA**

أسيا
**South Asia**

# BAITULMAAL



"Islamic Relief outperforms most charities in America."

- Charity Navigator, January 30, 2007



For four years in a row, Islamic Relief USA has been awarded four stars by Charity Navigator, its highest rating. Charity Navigator is America's largest charity evaluator.

Of the 5,131 charities evaluated by Charity Navigator, only 4% have received this prestigious distinction.

This is your award. We thank you for your continued support. You made this happen.

(888) 479-4968
www.irw.org



Islamic Relief
*A Worldwide Leader in Alleviating Poverty*

PO Box 5640, Buena Park, CA 90622 USA | info@irw.org | Tax ID# 95-4453134