IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| STANLEY BOIM, INDIVIDUALLY AND AS ADMINISTRATOR OF THE ESTATE OF DAVID BOIM, DECEASED, AND JOYCE BOIM, <br><br> Plaintiffs, <br><br> v. <br><br> AMERICAN MUSLIMS FOR PALESTINE; AMERICANS FOR JUSTICE IN PALESTINE EDUCATIONAL FOUNDATIONL RAFEEQ JABER; ABDELBASSET HAMAYEL; AND OSAMA ABUIRSHAID., <br><br> Defendants. | Civil No. 17-cv-03591 <br><br> **Hon. Sharon Johnson Coleman** <br><br> Hon. Sidney I. Schenkier |

### MOTION FOR LEAVE TO FILE DOCUMENTS UNDER SEAL

Pursuant to L.R. 26.2(c), Plaintiffs Stanley Boim, individually and as administrator of the estate of David Boim, deceased, and Joyce Boim (together, "Plaintiffs") move to file their unredacted Reply in Support of their Motion for Leave to Take Two Additional Depositions, to Compel Answers to Deposition Questions, and to Compel Further Document Production (the "Reply") under seal. In support of this motion, Plaintiffs state as follows:

1. On May 23, 2018, this Court entered an Agreed Confidentiality Order (Dkt. 71, the "Order") permitting parties producing materials in discovery to designate certain types of materials "CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER." Documents so designated can only be disclosed to certain categories of persons, including to the Court and its personnel. If a party seeks to file a document designated as confidential in connection with a motion, the order directs the party to comply with L.R. 26.2. (Dkt. 71 ¶ 7.)

2. L.R. 26.2(c) requires a party wishing to file a document or portion of a document electronically under seal in connection with a motion, brief or other submission to: (1) provisionally

file the document electronically under seal; (2) file electronically at the same time a public-record version of the brief, motion, or other submission with only the sealed document excluded; and (3) move the court for leave to file the document under seal.

3. The text of Plaintiffs' Reply recites information designated confidential by the Defendants. Information designated as confidential cannot be filed in the public record under the terms of the Order.

4. Pursuant to L.R. 26.2(c), Plaintiffs are provisionally filing the full version of the Reply electronically under seal. Plaintiffs are also electronically filing a redacted public-record version that is *not* under seal. This motion seeks leave (retroactively) to file the document under seal, as required by L.R. 26.2(c).

5. The aforementioned information was designated by Defendants, and as such, filing it under seal will not prejudice Defendants.

THEREFORE, for the foregoing reasons, Plaintiffs request that the Court grant them leave to file their Reply under seal.

December 17, 2018                                         Respectfully submitted,

                                                          /s/ W. Allen Woolley
                                                          Stephen J. Landes
                                                          W. Allen Woolley
                                                          Michael B. Kind
                                                          Joshua Fliegel
                                                          LOCKE LORD LLP
                                                          111 South Wacker Drive
                                                          Chicago, IL 60606
                                                          (312) 442-0509

                                                          *Attorneys for Stanley Boim, Individually and as the Administrator of the Estate of David Boim, Deceased, and Joyce Boim.*

Of Counsel
Nathan Lewin (*pro hac vice*)
Alyza D. Lewin (*pro hac vice*)
LEWIN & LEWIN LLP
888 17th Street NW, 4th Floor
Washington, D.C. 20006
(202 828-1000

Daniel I. Schlessinger
Seth H. Corthell
JASZCZUK P.C.
311 South Wacker Drive, Suite 3200
Chicago, IL 60606
(312) 442-0509

3

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing has been filed electronically using the Court's CM/ECF system and has been served to all parties via email through CM/ECF on this 17th day of December 2018.

/s/ W Allen Woolley