# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.2.2
### Eastern Division

Stanley Boim, et al.

                              Plaintiff,

v.                                               Case No.: 1:17−cv−03591
                                                       Honorable Sharon Johnson Coleman

American Muslims for Palestine, et al.

                              Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, December 18, 2018:

      MINUTE entry before the Honorable Sidney I. Schenkier: Status and motion hearings held. Without objection, plaintiffs' and defendants' motions for leave to file documents provisionally under seal [110],[116], [119],[120],[124] are granted. Plaintiffs' motion for leave to take two additional depositions, to compel answers to deposition questions, and to compel further document production [106], [108] is granted in part and denied in part as follows: (1) by 1/31/19, Plaintiffs may take the depositions of Hatem Bazian and Salah Sarsour for a period not to exceed three hours each limited to questioning relevant to the alter ego issue; (2) with respect to questioning of Mr. Jaber for which there were instructions not to answer, by 01/18/19 defendants shall serve on plaintiff's counsel a declaration or affidavit from Mr. Jaber stating whether he agreed with the cited statements in the document on which he was questioned; (3) with respect to the questioning of Mr. Abuirshaid, by 01/18/19 he shall be produced for a reconvened deposition by telephone, not to exceed one hour in length, to answer the questions on which he was instructed not to answer at Pages 160−164 and 286−290; and (4) by 01/18/19, defendants shall produce the current mailing list for newsletters which will be treated by plaintiffs' counsel under an attorney's eyes only restriction. In all other respects, the motion is denied. This matter is set for a status hearing before the magistrate judge on 1/30/19 at 9:00 a.m. Mailed notice. (cc, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.