UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 6.2.2
Eastern Division

Stanley Boim, et al.
                                            Plaintiff,

v.                                          Case No.: 1:17−cv−03591
                                            Honorable Sharon Johnson Coleman

American Muslims for Palestine, et al.
                                            Defendant.

# NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, December 21, 2018:

      MINUTE entry before the Honorable Sidney I. Schenkier: Defendants' unopposed motion for leave to file corrected exhibits to their response in opposition to plaintiffs' motion for leave to take two additional depositions, to compel answers to deposition questions, and to compel further document production (doc. #[118]) is granted; no appearance on the motion is required. Defendants are further given leave to file their corrected exhibits with respect to document #[114] as promptly as possible. Mailed notice. (jj, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.