UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF
ILLINOIS EASTERN DIVISION

| | |
|---|---|
| STANLEY BOIM, Individually and as Administrator of the Estate of David Boim, deceased; and JOYCE BOIM,<br><br>Plaintiffs,<br><br>v.<br><br>AMERICAN MUSLIMS FOR PALESTINE; AMERICANS FOR JUSTICE IN PALESTINE EDUCATIONAL FOUNDATION; RAFEEQ JABER; ABDELBASET HAMAYEL; AND OSAMA ABURISHAID,<br><br>Defendants. | Civil No. 17-cv-03591<br><br>Hon. Sharon Johnson Coleman<br><br>Hon. Sidney I. Schenkier<br><br>**NOTICED FOR PRESENTMENT ON JANUARY 10, 2019, 8:30 a.m.** |

**DEFENDANTS' UNOPPOSED MOTION
FOR EXTENSION OF TIME TO COMPLETE ONE DEPOSITION**

Defendants American Muslims for Palestine ("AMP"), Americans for Justice in Palestine Educational Foundation ("AJP"), Rafeeq Jaber ("Jaber"), Abdelbaset Hamayel ("Hamayel"), and Osama Abuirshaid ("Abuirshaid") ("Defendants") file this Motion seeking a short extension of time to complete one deposition ordered by this Court, for the reasons below.

On Thursday, December 20, 2018, this Court ordered the following final limited discovery on alter ego for jurisdictional purposes: in-person depositions of Dr. Hatem Bazian and Salah Sarsour, to take place prior to January 31, 2019; production of a current email distribution list, to be produced by January 18, 2019; the execution of a declaration by Rafeeq Jaber on the topic indicated, to be produced by January 18, 2019; and the one hour telephonic deposition of Dr. Osama Abuirshaid on the topics specified, to take place by January 18, 2019. *See* Doc. 127. This Court further set a status conference before Magistrate Judge Schenkier on January 30, 2019.

The parties have conferred and agreed that the deposition of Dr. Hatem Bazian will occur in California on January 15, 2019, and the deposition of Salah Sarsour will occur in Chicago on January 17, 2019. There is also a status conference currently set for this matter before Judge Sharon Johnson Coleman, on the morning of January 18, 2019.

Defendants offered January 22, the first business day after the currently set January 18 deadline, for the telephonic deposition of Dr. Abuirshaid, but plaintiffs' counsel is not available that date. Defendants then offered January 28, 2019 for this deposition, to which plaintiffs' counsel agreed; this agreed date is subject to approval by this Court, as it is outside the deadline of January 18, 2019 set in this Court's Minute Order of December 21, 2018 (Doc. 127). This request is not for purposes of delay, and is instead in order to accommodate the schedules of the witnesses and parties involved. Dr. Abuirshaid is otherwise committed with business travel this week, of January 7, 2019; counsel for both parties will travel to California for the January 15, 2019 deposition of Dr. Hatem Bazian, then to Chicago for the deposition of Mr. Sarsour two days later on January 17, 2019; the following day, January 18, 2019, the parties will appear at the scheduled status conference before Judge Sharon Johnson Coleman; and Monday, January 21, 2019 is the holiday honoring Martin Luther King, Jr. This telephonic deposition, if approved by this Court for the date of January 28, 2019, will still conclude prior to the scheduled status conference before Magistrate Judge Sidney Schenkier on January 30, 2019. The relief sought in this filing will not prejudice the Plaintiffs in this matter nor delay any other proceedings in this matter. Defendants have conferred with Plaintiffs' counsel, who do not oppose this Motion.

Based on the foregoing, Defendants respectfully request that this Court grant Defendants' request for this limited additional time in order to complete the one hour telephonic deposition of Dr. Osama Abuirshaid.

Dated this 7th day of January, 2019.

/s/ *Christina Jump*
Chares D. Swift
Texas Bar No. 24091964
*Pro Hac Attorney for Defendants*
Christina A. Jump
Texas Bar No. 00795828
*Attorney for Defendants*
Constitutional Law Center for
Muslims in America
833 E. Arapaho Rd, Suite 102
Richardson, TX 75081
Phone: (972) 914-2507
Fax: (972) 692-7454

Thomas Anthony Durkin
ID No. 0697966
2446 N. Clark Street
Chicago, IL 60614
Tel: 312-981-0123
Fax: 312-913-9235
tdurkin@durkinroberts.com
*Local Counsel for Defendants*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 7th day of January, 2019, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send a notice of electronic filing to all counsel of record.

/s/ *Christina Jump*
Christina A. Jump
*Attorney for Defendants*