**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.2.2**
**Eastern Division**

Stanley Boim, et al.

                Plaintiff,

v.                                                Case No.: 1:17−cv−03591
                                                   Honorable Sharon Johnson Coleman

American Muslims for Palestine, et al.

                Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Monday, January 28, 2019:

      MINUTE entry before the Honorable Sharon Johnson Coleman: Due to the inclement weather, the status hearing set for 1/30/2019 is stricken and reset to 2/1/2019 at 10:30 AM. Mailed notice. (ym, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.