**UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.2.2
Eastern Division**

Stanley Boim, et al.
                                        Plaintiff,

v.                                      Case No.: 1:17−cv−03591
                                        Honorable Sharon Johnson Coleman

American Muslims for Palestine, et al.
                                        Defendant.

# NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, January 28, 2019:

    MINUTE entry before the Honorable Sidney I. Schenkier: In light of the Court's closure due to inclement weather, the status hearing set for 1/30/19 before the magistrate judge is RESET to 2/06/19 at 9:00 a.m. Mailed notice. (jj, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.