**UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.2.2
Eastern Division**

Stanley Boim, et al.

                                    Plaintiff,

v.　　　　　　　　　　　　　　　　　　　Case No.: 1:17−cv−03591
　　　　　　　　　　　　　　　　　　　　　Honorable Sharon Johnson Coleman

American Muslims for Palestine, et al.

                                    Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Wednesday, January 30, 2019:

      MINUTE entry before the Honorable Sharon Johnson Coleman: Status hearing set for 2/1/2019 is stricken and reset to 2/6/2019 at 9:00 AM. The parties need not appear until their status hearing with Magistrate Judge Schenkier is concluded. Mailed notice. (ym, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.