**UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF
ILLINOIS EASTERN DIVISION**

| | |
|---|---|
| STANLEY BOIM, Individually and as Administrator of the Estate of David Boim, deceased; and JOYCE BOIM,<br><br>Plaintiffs,<br><br>v.<br><br>AMERICAN MUSLIMS FOR PALESTINE; AMERICANS FOR JUSTICE IN PALESTINE EDUCATIONAL FOUNDATION; RAFEEQ JABER; ABDELBASET HAMAYEL; AND OSAMA ABUIRSHAID,<br><br>Defendants. | Civil No. 17-cv-03591<br><br>Hon. Sharon Johnson Coleman<br><br>Hon. Sidney I. Schenkier<br><br><u>NOTICED FOR PRESENTMENT ON FEBRUARY 26, 2019 AT 8:30 AM</u> |

**<u>DEFENDANTS' MOTION TO REDACT TRANSCRIPT</u>**

Pursuant to this Court's Orders, the applicable Local Rules, and the Agreed Confidentiality Order (Dckt. 71) entered in this matter, Defendants American Muslims for Palestine ("AMP"), Americans for Justice in Palestine Educational Foundation ("AJP"), Rafeeq Jaber ("Jaber"), Abdelbaset Hamayel ("Hamayel"), and Osama Abuirshaid ("Abuirshaid") ("Defendants") hereby file this Motion to Redact Transcript in relation to the transcript from the hearing for the above-referenced case on December 18, 2018 (Dckt. 134). In support of this Motion, Defendants state the following:

Consistent with the Agreed Confidentiality Order (Dckt. 71) entered by this Court, information that is designated as confidential can only be disclosed to certain types of persons, including the Court and its personnel, and cannot be part of the public record. The December 18, 2018 hearing transcript includes subject matter that has been deemed as confidential by the parties

and this Court, and the content cannot be part of the public record pursuant to the terms of the Agreed Confidentiality Order (Dckt. 71).

The portions of pages and lines from the transcript for the hearing in this matter that occurred on December 18, 2018 (Dckt. 134) that Defendants move to redact, which are specified in their Transcript Request Form (Dckt. 139), attached as Exhibit A to this Motion), are as follows:

- Page 7, line numbers 14-15, beginning with "potential" and ending prior to "I will grant"

- Page 7, line numbers 19-20, beginning with "there were questions"

- Page 7, line numbers 23-25, beginning with "sponsored a particular"

- Page 8, line numbers 1-15, beginning with "he did not answer"

- Page 22, line numbers 14-18, beginning with "imprisonment in the"

- Page 22, line numbers 19-25, and Page 23, line numbers 1-3, beginning with "your Honor" and ending with "is appropriate"

Specifically, among the categories of confidential information specifically itemized in the Agreed Confidentiality Order (Dckt. 71) and pursuant to this Court's Orders during the hearings on this matter regarding confidential status of information, Defendants seek redaction of the transcript for the December 18, 2018 hearing (Dckt. 134) as follows:

- From Agreed Confidentiality Order, section 2(c): "research, technical, commercial or financial information that the party has maintained as confidential"
  - Transcript redactions sought under 2(c): page 7, lines 19-25; page 8, lines 1-15

- From Agreed Confidentiality Order, 2(g): "personnel or employment records of a person who is not a party to the case"

2

- o   Transcript redactions sought under 2(g): page 22, lines 19-15; page 23, lines 1-3

In addition, pursuant to this Court's orders stemming from the hearing which occurred in this matter on July 12, 2018, information concerning donors and sponsors of the Defendants has been deemed by this Court as Confidential, to the extent it does not fit in the above scope of the Agreed Confidentiality Order. Accordingly, Defendants move to redact hearing transcript Dckt. 134 information on page 7, lines 19-25, and page 8, lines 1-15, as this Court ordered them confidential.

Last, the remaining designated lines of hearing transcript Dckt. 134 concern private and sensitive information about third parties who are not named Defendants in this case, and which is not a matter of public record. Specifically, page 7, line numbers 14-15, and page 22, line numbers 14-18, concern a third party who is not a named Defendant in this case, which is highly prejudicial to him and unproven by any United States legal standard. As a third party, the individual described in those lines of the transcript is limited in his ability to control the manner in which parties, or the public, use this private information. The privacy interests of this individual trump the importance of preventing disclosure of this portion of the transcript to the public. Defendants accordingly move to redact those portions of the transcript for these reasons, in addition to the others outlined above in this Motion.

Based on the foregoing, Defendants respectfully request this Court grant the Defendants' Motion to Redact Transcript, as it concerns the portions of the hearing transcript explained in this Motion and the accompanying previously filed Exhibit A (Transcript Redaction Form, Dckt. 139).

Dated this <u>14th</u> day of February, 2019.

*/s/ Christina Jump*
Chares D. Swift
Texas Bar No. 24091964
*Pro Hac Attorney for Defendants*
Christina A. Jump
Texas Bar No. 00795828
*Attorney for Defendants*
Constitutional Law Center for
Muslims in America
833 E. Arapaho Rd, Suite 102
Richardson, TX  75081
Phone: (972) 914-2507
Fax: (972) 692-7454

Thomas Anthony Durkin
ID No. 0697966
2446 N. Clark Street
Chicago, IL 60614
Tel: 312-981-0123
Fax: 312-913-9235
tdurkin@durkinroberts.com
*Local Counsel for Defendants*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this <u>14th</u> day of February, 2019, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send a notice of electronic filing to all counsel of record.

*/s/ Christina Jump*
Christina A. Jump
*Attorney for Defendants*

4

## CERTIFICATE OF CONFERENCE

I HEREBY CERTIFIY that, in accordance with the Local Rules, I conferred with counsel for Plaintiffs. Counsel for Plaintiffs are opposed to this Motion.

*/s/ Christina Jump*
Christina A. Jump
*Attorney for Defendants*