# Exhibit A

# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF LLINOIS

| Stanley Boim | ) | |
|---|---|---|
| Plaintiff | ) | Case No.: 17-cv-3591 |
| | ) | |
| | ) | Judge: Coleman |
| v | ) | |
| | ) | Magistrate Judge: Schenkier |
| American Muslims for Palestine et al. | ) | |
| Defendant | ) | |

## TRANSCRIPT REDACTION REQUEST

Now comes American Muslims for Palestine et al. by counsel and files this Transcript Redaction Request. The redaction policy requires redaction of the following personal identifiers from the transcripts made electronically available:
- Social Security numbers to the last four digits;
- Financial account numbers to the last four digits;
- Date of birth to the year;
- Names of minor children to the initials; and
- Home address to the city and state.

It is requested that consistent with the policy, the following information be redacted prior to the transcript being made remotely electronically available:

| Proceeding Date | Transcript Doc. No. | Page No. | Line No. | Type of Identifier (Example: Social Security No.) | Redaction Requested (Example: SSN 9999) |
|---|---|---|---|---|---|
| 12/18/2018 | 127/134 | 7 | 14-15 | Per Confidentiality Order in effect for this case | Begins: Potential prior - Ends: "," |
| 12/18/2018 | 127/134 | 7 | 19-20 | Per Confidentiality Order  Maintained Confidential: Donor/Sponsor Financial Info. | Begins: There were questions |
| 12/18/2018 | 127/134 | 7 | 23-25 | Per Confidentiality Order  Maintained Confidential: Donor/Sponsor Financial Info. | Begins: Sponsored a particular |
| 12/18/2018 | 127/134 | 8 | 1-15 | Per Confidentiality Order  Maintained Confidential: Donor/Sponsor Financial Info. | Begins: He did not answer |
| 12/18/2018 | 127/134 | 22 | 14-18 | Per Confidentiality Order in effect for this case | Begins: Imprisonment in the |
| 12/18/2018 | 127/134 | 22 - 23 | 19-3 | Per Confidentiality Order  Confidential: Personnel records of person not a party | Begins: Your Honor - Ends: is appropriate |
| | | | | | |
| | | | | | |

The undersigned understands that redactions other than the personal identifiers listed above require that a separate Motion to Redact Transcript be filed with the court.

Date: 02/05/2019                                                    /s/ *Christina A. Jump*
                                                                              Attorney's name

NOTE: The attorney **must** provide a copy of this form to the court reporter or transcriber who produced the transcript..