UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.2.2
Eastern Division

Stanley Boim, et al.

Plaintiff,

v.  Case No.: 1:17−cv−03591
Honorable Sharon Johnson Coleman

American Muslims for Palestine, et al.

Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, February 25, 2019:

MINUTE entry before the Honorable Sidney I. Schenkier: At the request and by agreement of the parties, the motion hearing set for 2/26/19 regarding defendant's motion to redact transcript (doc. #[142]) before the magistrate judge is RESET to 3/05/19 at 8:30 a.m. Mailed notice. (jj, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.