```
 1                    IN THE UNITED STATES DISTRICT COURT
                    FOR THE NORTHERN DISTRICT OF ILLINOIS
 2                             EASTERN DIVISION

 3   STANLEY BOIM, Individually and  )
     as Administrator of the Estate  )
 4   of David Boim, deceased, and    )
     JOYCE BOIM,                     )
 5                                   )
                 Plaintiffs,         )
 6                                   )
       v.                            )  No. 17 C 3591
 7                                   )
     AMERICAN MUSLIMS FOR PALESTINE, )
 8   AMERICANS FOR JUSTICE IN        )
     PALESTINE EDUCATIONAL           )
 9   FOUNDATION, RAFEEQ JABER,       )
     ABDELBASET HAMAYEL, AND OSAMA   )
10   ABUIRSHAID,                     )  Chicago, Illinois
                                     )  February 6, 2019
11               Defendants.         )  9:00 a.m.

12                       TRANSCRIPT OF PROCEEDINGS
              BEFORE THE HONORABLE SHARON JOHNSON COLEMAN
13
     APPEARANCES:
14
     For the Plaintiffs:       LOCKE LORD LLP
15                             BY:  MR. WILLIAM ALLEN WOOLLEY
                               111 South Wacker Drive
16                             Chicago, Illinois   60606

17                             JASZCZUK P.C.
                               BY:  MR. DANIEL I. SCHLESSINGER
18                             311 South Wacker Drive
                               Suite 1775
19                             Chicago, Illinois   60606

20   For the Defendants:       CONSTITUTIONAL LAW CENTER FOR
                               MUSLIMS IN AMERICA
21                             BY:  MS. CHRISTINA ANNE JUMP
                               833 East Arapaho Road
22                             Suite 102
                               Richardson, Texas   75081
23

24

25
                     Nancy C. LaBella, CSR, RMR, CRR
                          Official Court Reporter
                   219 South Dearborn Street, Room 1222
                          Chicago, Illinois   60604
                              (312) 435-6890
                          NLaBella.ilnd@gmail.com
```

```
 1      (Proceedings had in open court:)
 2              THE CLERK:  17 CV 3591, Boim v. American Muslims for
 3   Palestine.
 4              THE COURT:  All right.  Pass it.
 5     (Whereupon the Court gave its attention to other matters,
 6      after which the following proceedings were had in open
 7      court:)
 8              THE CLERK:  Recalling, 17 CV 3591, Boim v. American
 9   Muslims for Palestine.
10              MR. WOOLLEY:  Good morning, your Honor.  Allen
11   Woolley and Dan Schlessinger here on behalf of the plaintiffs.
12              THE COURT:  Thank you.
13              MS. JUMP:  Good morning, your Honor.  Christina Jump
14   on behalf of the defendants.
15              THE COURT:  All right.  So what's happening with the
16   discovery?  I believe we're still just on the jurisdictional
17   discovery; is that correct?
18              MR. WOOLLEY:  Yeah.  We're pleased to report, your
19   Honor, that we finished the jurisdictional discovery up at the
20   end of January.
21              THE COURT:  Good.
22              MR. WOOLLEY:  We were just in front of Judge
23   Schenkier and reported the same to him.
24              THE COURT:  Good.
25              MR. WOOLLEY:  I think the next step, from the
```

1   plaintiffs' perspective, is that we would like to ask your
2   Honor for leave to file an amended complaint; and I think it
3   would be appropriate to set a date for us to do that.  We are
4   digesting quite a bit of discovery material right now and feel
5   that in light of the proceedings we've had in the past in this
6   case on the jurisdiction issue, that it would be appropriate
7   for the amended complaint to be quite a bit more detailed than
8   the original complaint was.  And so what we'd like to propose
9   is that we would file a motion for leave to file an amended
10  complaint by the 29th of March.
11              THE COURT:  Your position?
12              MS. JUMP:  Your Honor, not surprisingly, defendants
13  object to that.  There's a motion to dismiss that's been filed
14  on the complaint that is live in this case.  We'd request that
15  the ruling be finalized.  If there's additional briefing which
16  the Court would like to entertain based on the additional
17  jurisdictional discovery which the plaintiffs requested
18  pertaining to that current pending -- or existing motion on
19  the live complaint, then we would request a schedule for both
20  parties to do any additional briefing regarding that.  A
21  motion for leave to amend at this point, prior to finalizing a
22  ruling on the existing motion to dismiss as to the live
23  complaint, we object to.  But otherwise we would want to see
24  what -- obviously what the amended -- proposed amended
25  complaint is.  We have some concerns about futility.  So we

1 would certainly have -- want the opportunity to respond based
2 on whatever that complaint is.
3 　　　　　　The discovery has been going on in this matter for
4 roughly a year, your Honor.  Anything new to digest is recent
5 based on limited depositions that were limited to three hours,
6 in the case of two recent depositions, and one hour as to an
7 additional telephone-only deposition that the plaintiffs had
8 requested.  So there's not new volume which has been added
9 recently.  The voluminous materials were provided much
10 earlier, and plaintiffs have had sufficient time to digest
11 those.
12 　　　　　　THE COURT:  When was your motion to dismiss filed?
13 　　　　　　MR. WOOLLEY:  I believe it was the summer of 2017.
14 　　　　　　THE COURT:  It's been a while I knew.
15 　　　　　　MS. JUMP:  Yes, May of 2017, your Honor.
16 　　　　　　MR. WOOLLEY:  The procedural history here was the
17 motion to dismiss was filed.  In August of 2017, the Court
18 granted the motion to dismiss.  We filed a motion for
19 reconsideration; and in December of this -- of 2018, the Court
20 granted the motion for reconsideration based on the decision
21 that jurisdictional discovery should have been permitted.
22 We've done the jurisdictional discovery.  The prior -- the
23 prior order vacating the motion to dismiss was vacated.
24 　　　　　　At this point, your Honor, we planned to ask the
25 Court to file an amended complaint based on the jurisdictional

1  discovery that we took.  And I don't think there's much point
2  in the Court having us do further briefing on and ruling on a
3  motion to dismiss a complaint that we're asking to amend.
4  And, you know, I think we're just asking for a reasonable time
5  period.
6         We will include -- to respond to counsel's concerns
7  about seeing the amended complaint -- we will include a
8  proposed amended complaint in the motion for leave to file the
9  amended complaint.
10         THE COURT:  So you want until the 29th to file the
11  amended complaint?
12         MR. WOOLLEY:  We would file the motion for leave to
13  file an amended complaint, which would include a proposed
14  amended complaint as an attachment.
15         THE COURT:  Okay.  I just wanted to make sure it
16  would be done and be there.
17         MR. WOOLLEY:  Yes.
18         THE COURT:  All right.  All right.  Over your
19  objection, I'm going to allow that until the 29th.  There will
20  be no extensions given to that.  All right.  This case --
21  counsel is correct, it has been going on.  And let's go ahead
22  and do -- you want a briefing schedule to that motion for
23  leave to file amended complaint?
24         MS. JUMP:  Yes, your Honor, I would.  And to clarify,
25  when you said the 29th would be -- that would be March?

```
1              THE COURT:  March, March 29th.
2              MS. JUMP:  Yes.
3              THE COURT:  Yes, it's not a leap year.
4              MS. JUMP:  There's no February 29th.
5              THE COURT:  There's no leap year.
6              All right.  So how long did you want to respond to
7   the motion, understanding that I'm hoping that for the most
8   part the Court can take it all together?
9              MR. WOOLLEY:  Would it make sense to decide whether
10  there needs to be a briefing schedule after we've seen the
11  amended complaint to the motion or --
12             MS. JUMP:  Your Honor, I can guarantee I'm going to
13  want to respond.
14             THE COURT:  Well, yes.  All right.  So how about --
15  if you're responding just for leave, which will deal with a
16  lot of the issues that are in the proposed amended complaint,
17  how long are you going to need?
18             MS. JUMP:  Your Honor, I would estimate I would need
19  about 20 days.
20             THE COURT:  All right.  Actually I'll round it up and
21  give you 21 days.  Okay.
22             THE CLERK:  That's April 19th.
23             THE COURT:  And for purposes of for leave to file the
24  amended complaint, if you need a reply, you get seven days.
25  All right.  Again, this is not -- it's not going to be the
```

1  full-on motion to -- it's not a motion to dismiss the amended
2  complaint.  It's just allowed to leave it -- to file it.  All
3  right.  Seven days after the 21 days.
4       THE CLERK:  April 26th.
5       THE COURT:  All right.  And then let's do the
6  beginning of June, status.  I will have ruled by then.
7       THE CLERK:  June 3rd at 9:00 a.m.
8       THE COURT:  All right.  Is there anything else?
9       MR. WOOLLEY:  That's it, your Honor.
10      MS. JUMP:  No, your Honor.
11      THE COURT:  Thank you.
12      MR. WOOLLEY:  Thank you, your Honor.
13      MR. SCHLESSINGER:  Thank you.
14    (Which were all the proceedings heard.)
15                    *   *   *   *   *
16
17 I certify that the foregoing is a correct transcript from the
   record of proceedings in the above-entitled matter.
18
19
   */s/ Nancy C. LaBella*                        *February 21, 2019*
20 Official Court Reporter
21
22
23
24
25