1   **TRANSCRIBED FROM DIGITAL RECORDING**

2                  IN THE UNITED STATES DISTRICT COURT
                      NORTHERN DISTRICT OF ILLINOIS
3                          EASTERN DIVISION

4   STANLEY BOIM, individually, estate of)
    David Boim, and JOYCE BOIM,           )
5                                          )
                 Plaintiffs,               )
6                                          )
                 vs.                       )  No. 17 C 3591
7                                          )
    AMERICAN MUSLIMS FOR PALESTINE, et    )
8   al.,                                   )  Chicago, Illinois
                                           )  February 6, 2019
9               Defendants.                )  9:05 A.M.

10               TRANSCRIPT OF PROCEEDINGS - Status
      BEFORE THE HONORABLE SIDNEY I. SCHENKIER, Magistrate Judge
11
    APPEARANCES:
12
    For the Plaintiffs:      LOCKE LORD LLP
13                           111 South Wacker Drive, Suite 4400
                             Chicago, Illinois  60606
14                           BY:  MR. WILLIAM ALLEN WOOLLEY

15                           JASZCZUK P.C.
                             311 South Wacker Drive, Suite 1775
16                           Chicago, Illinois  60606
                             BY:  MR. DANIEL I. SCHLESSINGER
17
    For the Defendants:      CONSTITUTIONAL LAW CENTER FOR
18                             MUSLIMS IN AMERICA
                             833 East Arapaho Road, Suite 102
19                           Richardson, Texas 75081
                             BY:  MS. CHRISTINA ANNE JUMP

20

21                   PAMELA S. WARREN, CSR, RPR
                        Official Court Reporter
22              219 South Dearborn Street, Room 2342
                     Chicago, Illinois   60604
23                       (312) 408-5100

24  **NOTE:  Please notify of correct speaker identification.
    FAILURE TO SPEAK DIRECTLY INTO THE MICROPHONE MAKES PORTIONS
25  UNINTELLIGIBLE.**

1          (Proceedings held in open court:)

2              THE CLERK:  17 C 3591, Boim, et al. versus American

3   Muslims for Palestine, et al., status.

4              MS. JUMP:  Good morning, your Honor.  Christina Jump

5   for the defendants.

6              THE COURT:  Good morning.

7              MR. WOOLLEY:  Allen Woolley and Dan Schlessinger here

8   for the plaintiffs.

9              MR. SCHLESSINGER:  Good morning, your Honor.

10             THE COURT:  Okay.  Are we done?

11             MS. JUMP:  We're done.

12             MR. WOOLLEY:  We have completed the -- the

13  jurisdiction discovery.  We're scheduled to be appearing in

14  front of Judge Coleman as soon as we're done this morning, your

15  Honor.  And I think our next step will be to ask Judge Coleman

16  for a date to file a motion for leave to file an amended

17  complaint.

18             THE COURT:  All right.  Well, she sent it to me for

19  discovery supervision and settlement, and I guess right now we

20  have finished at least discovery supervision for now.  So I

21  won't terminate the referral, but I'll not set any further

22  statuses until we see how things evolve before Judge

23  Coleman.  Okay?

24             MS. JUMP:  Very well.

25             MR. WOOLLEY:  Makes sense.

```
1          THE COURT:  Thanks a lot.

2          MR. WOOLLEY:  Thank you, your Honor.

3          MS. JUMP:  Thank you, your Honor.

4       (Which concluded the proceedings.)

5                     CERTIFICATE

6          I certify that the foregoing is a correct transcript

7  from the digital recording of proceedings in the above-entitled

8  matter to the best of my ability, given the limitation of using

9  a digital-recording system.

10

11

12  /s/Pamela S. Warren              February 12, 2019
    Official Court Reporter                Date
13  United States District Court
    Northern District of Illinois
14  Eastern Division

15

16

17

18

19

20

21

22

23

24

25
```