UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| STANLEY BOIM, Individually and as Administrator of the Estate of David Boim, deceased; and JOYCE BOIM,<br><br>Plaintiffs,<br><br>v.<br><br>AMERICAN MUSLIMS FOR PALESTINE; AMERICANS FOR JUSTICE IN PALESTINE EDUCATIONAL FOUNDATION; RAFEEQ JABER; ABDELBASET HAMAYEL; AND OSAMA ABURISHAID,<br><br>Defendants. | Civil No. 17-cv-03591<br><br>Hon. Sharon Johnson Coleman<br><br>Hon. Sidney I. Schenkier<br><br>NOTICED FOR PRESENTMENT ON APRIL 17, 2019 at 8:45 A.M. |

**AGREED REQUEST FOR EXTENSIONS OF TIME FOR RESPONSE
AND REPLY REGARDING PLANTIFFS' MOTION FOR LEAVE TO AMEND**

Counsel for Defendants American Muslims for Palestine ("AMP"), Americans for Justice in Palestine Educational Foundation ("AJP"), Rafeeq Jaber ("Jaber"), Abdelbaset Hamayel ("Hamayel"), and Osama Abuirshaid ("Abuirshaid") (collectively, "Defendants"), along with counsel for Plaintiffs STANLEY BOIM, Individually and as Administrator of the Estate of David Boim, deceased; and JOYCE BOIM (collectively, "Plaintiffs"), submit this Agreed Request for the reasons stated below.

The Parties jointly ask that, in light of the respective upcoming religious holidays, Defendants' Response to Plaintiffs' Motion for Leave to Amend, currently due Friday, April 19, 2019, be extended to Wednesday, April 24, 2019; the parties further request by agreement that Plaintiffs' Reply in Support of the Motion for Leave to Amend, currently due Friday, April 26, be extended to Friday, May 3, 2019.

These extensions will not delay or affect the next scheduled hearing in this matter, set for June 3, 2019, and are not requested for purposes of delay. Instead, these requests are made in light of the Parties' and attorneys' religious observances and upcoming related holidays.

Respectfully submitted this 11th day of April, 2019.

*/s/ Christina A. Jump*
Chares D. Swift
Texas Bar No. 24091964
*Pro Hac Attorney for Defendants*
Christina A. Jump
Texas Bar No. 00795828
*Attorney for Defendants*
Constitutional Law Center for
Muslims in America
833 E. Arapaho Rd, Suite 102
Richardson, TX 75081
Phone: (972) 914-2507
Fax: (972) 692-7454

Thomas Anthony Durkin
ID No. 0697966
2446 N. Clark Street
Chicago, IL 60614
Tel: 312-981-0123
Fax: 312-913-9235
tdurkin@durkinroberts.com
*Local Counsel for Defendants*

*/s/ W. Allen Woolley*
Stephen J. Landes
W. Allen Woolley
Michael B. Kind
LOCKE LORD LLP
111 South Wacker Drive
Chicago, IL 60606
(312) 442-0509
*Attorneys for Stanley Boim, Individually and as the Administrator of the Estate of David Boim, Deceased, and Joyce Boim.*

*Of Counsel*
Nathan Lewin (pro hac vice)
Alyza D. Lewin (pro hac vice)
LEWIN & LEWIN LLP
888 17th Street NW, 4th Floor
Washington, D.C. 20006
(202 828-1000
Daniel I. Schlessinger
Seth H. Corthell
JASZCZUK P.C.
311 South Wacker Drive, Suite 3200
Chicago, IL 60606
(312) 442-0509

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 11th day of April, 2019, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send a notice of electronic filing to all counsel of record.

*/s/ Christina Jump*
Christina A. Jump
*Attorney for Defendants*
