# EXHIBITS 1-4, 6, AND 8
# (filed provisionally under seal)