# EXHIBIT 5

AMP_Transition - Yahoo Groups
Page 1 of 1
Case: 1:17-cv-03591 Document #: 157-2 Filed: 04/17/19 Page 2 of 37 PageID #:2959

Home Mail Tumblr News Sports Finance Entertainment Lifestyle Answers Groups Mobile More

Search Conversations Search Groups Search Web Sign in Mail

Browse Groups

Conversations Photos Files More

Terms Privacy
Guidelines Feedback
Help Blog

# AMP_Transition

Public Group, 4 members

View

1 **Mission statement Discussion**

**Hatem Ahmad Bazian** Dec 20, 2005

al-salam alikum,

I want to get the discussion on the mission statement moving as fast as possible so we can begin
outreach to people in other areas insha'Allah. When we have everyone on the list we can begin by
having a discussion over the draft included below.

American Muslims for Palestine
Draft Mission Statement
AMP is a not for profit membership based community association founded in North America for the
purpose of providing non-partisan and non-sectarian educational, social and cultural programming
for the purpose of raising American public awareness about the rich heritage of Palestine and its
diverse people. AMP publishes books, organizes conferences, provide educational programs and
resources for all ages, incomes and cultural backgrounds.

wa-salam,

Hatem Bazian
Near Eastern and Ethnic Studies Departments
University of California, Berkeley
240 Barrows Hall
Berkeley, CA 94720-1940
Phone 510-642-7792
Fax 510-643-8430
hatemb@...

Next post in topic >>

Show all 2 messages in this topic

See more posts from Hatem Ahmad Bazian

Read more

From **Hatem Ahmad Bazian** All

Moving ahead with AMP 24 Apr, 2006
-Meeting 20 Mar, 2006
Bylaws Draft 09 Mar, 2006

EXHIBIT
PENGAD 800-631-6989
Group #2
1-17-19

https://groups.yahoo.com/neo/groups/AMP_Transition/conversations/messages/1
1/16/2019



AMP_Transition - Yahoo Groups Page 1 of 1

Home Mail Tumblr News Sports Finance Entertainment Lifestyle Answers Upgrade your browser with the best of Yahoo » Groups Mobile More

Search Conversations Search Groups Search Web Sign in Mail

Browse Groups

Conversations Photos Files More

Terms Privacy
Guidelines Feedback
Help Blog

# AMP_Transition

Public Group, 4 members

View

2 **Mission statement Discussion**

**Hatem Ahmad Bazian** Dec 20, 2005

American Muslims for Palestine
Draft Mission Statement
AMP is a not for profit membership based community association founded in North America to provide
a non-partisan and non-sectarian educational, social and cultural programming for the purpose of
raising American public awareness of Palestines rich heritage and diverse people. AMPs mission
is accomplished through publishing books, organizing conferences, providing educational programs
and resources for all ages, incomes and cultural backgrounds.

wa-salam,

Hatem Bazian, Ph.D.
Near Eastern and Ethnic Studies Departments
University of California, Berkeley
240 Barrows Hall
Berkeley, CA 94720-1940
Phone 510-642-7792
Fax 510-643-8430
hatemb@...

<< Previous post in topic

Show all 2 messages in this topic

See more posts from Hatem Ahmad Bazian

Read more

From **Hatem Ahmad Bazian** All

Moving ahead with AMP 24 Apr. 2006
-Meeting 20 Mar. 2006
Bylaws Draft 09 Mar. 2006

Nothing cleans better
Cascade
PLATINUM
2018
BUY NOW

https://groups.yahoo.com/neo/groups/AMP_Transition/conversations/messages/2 1/16/2019

AMP_Transition - Yahoo Groups
Page 1 of 1
Case: 1:17-cv-03591 Document #: 157-2 Filed: 04/17/19 Page 4 of 37 PageID #:2961

Home Mail Tumblr News Sports Finance Entertainment Lifestyle Answers Upgrade your browser Groups Mobile with the More of Yahoo »

Search Conversations Search Groups Search Web Sign in Mail

Conversations Photos Files More

Browse Groups

Terms Privacy
Guidelines Feedback
Help Blog

# AMP_Transition

Public Group, 4 members

View

3 **Mission Statment**

**haniyhasan** Dec 30, 2005

I just signed up and sent the mission statment to many invloved brothers and sisters in Milwaukee to get feedback. i will post a comprehensive response in a couple of days.

Hani

See more posts from haniyhasan

Read more

From **haniyhasan** All

| | |
|---|---|
| Moving ahead with AMP | 25 Apr, 2006 |
| -Meeting | 20 Mar, 2006 |
| Meeting time | 07 Mar, 2006 |

https://groups.yahoo.com/neo/groups/AMP_Transition/conversations/messages/3 1/16/2019

AMP_Transition - Yahoo Groups Page 1 of 1

Home Mail Tumblr News Sports Finance Entertainment Lifestyle Answers Upgrade your browser with the best of Yahoo »

Search Conversations Search Groups Search Web Sign in Mail

Conversations Photos Files More

Browse Groups

Terms Privacy
Guidelines Feedback
Help Blog

# AMP_Transition

Public Group, 4 members

View

4 **Who is on the list**

**Hatem Ahmad Bazian** Jan 15 12:59 AM

al-salam alikum,

Eid Mubarak to everyone on the list but if we can see who is already on the list and get moving on
details for AMP. Can we get an idea of who is on this list as this time and who else need to be
included.

wa-salam,

Hatem Bazian, Ph.D.
Near Eastern and Ethnic Studies Departments
University of California, Berkeley
240 Barrows Hall
Berkeley, CA 94720-1940
Phone 510-642-7792
Fax 510-643-8430
hatemb@...

Next post in topic >>

Show all 3 messages in this topic

See more posts from Hatem Ahmad Bazian

Read more

From **Hatem Ahmad Bazian** All

| | |
|---|---|
| Moving ahead with AMP | 24 Apr. 2006 |
| -Meeting | 20 Mar. 2006 |
| Bylaws Draft | 09 Mar. 2006 |

EON CLINICS
SMILE AGAIN WITH DENTAL IMPLANTS
BOOK A FREE CONSULTATION

https://groups.yahoo.com/neo/groups/AMP_Transition/conversations/messages/4 1/16/2019

AMP_Transition - Yahoo Groups Page 1 of 1

Home Mail Tumblr News Sports Finance Entertainment Lifestyle Answers Upgrade your browser with the best of Yahoo »
Search Conversations Search Groups Search Web Sign in Mail

Browse Groups
Conversations Photos Files More

Terms Privacy
Guidelines Feedback
Help Blog

# AMP_Transition

Public Group, 4 members

View

5 **Re: [AMP_Transition] Who is on the list**

**Dia Salem** Jan 15 10:01 AM

AA,
I'm on this list.
JAK
Dia Salem
Kansas City
816-729-5258.

***Hatem Ahmad Bazian <hatemb@...>*** wrote:

Show message history

<< Previous post in topic Next post in topic >>

Show all 3 messages in this topic

See more posts from Dia Salem

Read more

From **Dia Salem** All

Meeting time 07 Mar. 2006
Thurs @6.00 PM 16 Feb. 2006
No answer 13 Feb. 2006

Etsy
Online shopping

SHOP NOW

https://groups.yahoo.com/neo/groups/AMP_Transition/conversations/messages/5 1/16/2019

AMP_Transition - Yahoo Groups Page 1 of 1

Home Mail Tumblr News Sports Finance Entertainment Lifestyle Answers Upgrade your browser with the best of Yahoo »
Search Conversations Search Groups Search Web Sign in Mail

Conversations Photos Files More

Browse Groups
Terms Privacy
Guidelines Feedback
Help Blog

# AMP_Transition

Public Group, 4 members

View

6 **Re: [AMP_Transition] Who is on the list**

**Hani Hasan** Jan 17 1:35 PM

Salam, I'm on the list.
Hani Hasan
Milwaukee rep
(414) 324 6721

***Hatem Ahmad Bazian <hatemb@...>*** wrote:

Show message history

<< Previous post in topic

Show all 3 messages in this topic

See more posts from Hani Hasan

Read more

From **Hani Hasan** All

| | |
|---|---|
| Moving ahead with AMP | 25 Apr. 2006 |
| -Meeting | 20 Mar. 2006 |
| Meeting time | 07 Mar. 2006 |

Etsy
Online shopping

SHOP NOW

https://groups.yahoo.com/neo/groups/AMP_Transition/conversations/messages/6 1/16/2019

AMP_Transition - Yahoo Groups Page 1 of 1

Home Mail Tumblr News Sports Finance Entertainment Lifestyle Answers Upgrade your browser Make with the Most of Yahoo »

Search Conversations Search Groups Search Web Sign in Mail

Conversations Photos Files More

Browse Groups

Terms Privacy
Guidelines Feedback
Help Blog

# AMP_Transition

Public Group, 4 members

View

7 **Outreach to other areas**

**Dr. Hatem Bazian** Jan 18 11:28 AM

Al-salam alikum,

We have only three of us on this e-mail list and I wanted to discuss the possibility of outreaching to other areas. We do need to get other locations in the US involved to build this organization. Can we think of people in NJ, Washington, NY, Detroit, Ohio, Florida, Texas, etc. that we can begin to communicate with them to build our April meeting. It looks like we might be able to have the 16th of April in the MAS conference to meet for AMP business thus we should work on getting all pieces together for the date.

Agenda Items to begin with:
1. Mission Statement

American Muslims for Palestine
Draft Mission Statement
AMP is a not for profit membership based community association founded in North America to provide a non-partisan and non-sectarian educational, social and cultural programming for the purpose of raising American public awareness of Palestine's rich heritage and diverse people. AMP's mission is accomplished through publishing books, organizing conferences, providing educational programs and resources for all ages, incomes and cultural backgrounds.

Can we decide on this item, offer changes, edits so we can move to the next item of business.

2. Outreach to other areas
Getting Contacts of people

3. Plans for the 16th of April

Wa-salam,

Hatem

Next post in topic >>

Show all 5 messages in this topic

See more posts from Dr. Hatem Bazian

Read more

From **Dr. Hatem Bazian** All

Moving ahead with AMP 24 Apr, 2006
-Meeting 20 Mar, 2006
Bylaws Draft 09 Mar, 2006

https://groups.yahoo.com/neo/groups/AMP_Transition/conversations/messages/7 1/16/2019

AMP_Transition - Yahoo Groups

Page 1 of 1

Case: 1:17-cv-03591 Document #: 157-2 Filed: 04/17/19 Page 9 of 37 PageID #:2966

Home Mail Tumblr News Sports Finance Entertainment Lifestyle Answers Groups Mobile More Upgrade your browser with the best of Yahoo »

Search Conversations Search Groups Search Web Sign in Mail

Browse Groups

Conversations Photos Files More

Terms Privacy
Guidelines Feedback
Help Blog

# AMP_Transition

Public Group, 4 members

View

8 **RE: [AMP_Transition] Outreach to other areas**

**Dia Salem** Jan 19 7:29 PM

AA, .Br. Hani
i thought br. Salah Said there was people from Detroit and Texas ready to start working. i think br. Sufian from detroit, can you get the contact info from Salah!! and maybe add them to this list.
JAK
Dia

---

Yahoo! Autos. Looking for a sweet ride? Get pricing, reviews, & more on new and used cars.

<< Previous post in topic Next post in topic >>

Show all 5 messages in this topic

See more posts from Dia Salem

Read more

From **Dia Salem** All

| | |
|---|---|
| Meeting time | 07 Mar. 2006 |
| Thurs @6:00 PM | 16 Feb. 2006 |
| No answer | 13 Feb. 2006 |

https://groups.yahoo.com/neo/groups/AMP_Transition/conversations/messages/8 1/16/2019

AMP_Transition - Yahoo Groups Page 1 of 1

Home Mail Tumblr News Sports Finance Entertainment Lifestyle Answers Upgrade your browser with the Best of Yahoo »
Search Conversations Search Groups Search Web Sign in Mail

Conversations Photos Files More

Browse Groups

Terms Privacy
Guidelines Feedback
Help Blog

# AMP_Transition

Public Group, 4 members

View

9 **RE: [AMP_Transition] Outreach to other areas**

**Hani Hasan** Jan 21 9:23 AM

AA,

Br. Dia,

Salah still has to call the brother from Texas. Br. Sufian is the brother form Detroit, and I believe Salah already contacted him. I will add them as soon as Salah confirms with them and gives me their info.

Hani

***Dia Salem <dia4980@...>*** wrote:

Show message history

<< Previous post in topic Next post in topic >>

Show all 5 messages in this topic

See more posts from Hani Hasan

Read more

From **Hani Hasan** All

| | |
|---|---|
| Moving ahead with AMP | 25 Apr. 2006 |
| -Meeting | 20 Mar. 2006 |
| Meeting time | 07 Mar. 2006 |

https://groups.yahoo.com/neo/groups/AMP_Transition/conversations/messages/9 1/16/2019

AMP_Transition - Yahoo Groups Page 1 of 1

Home Mail Tumblr News Sports Finance Entertainment Lifestyle Answers Upgrade your browser with the best of Yahoo »

Search Conversations Search Groups Search Web Sign in Mail

Browse Groups

Conversations Photos Files More

Terms Privacy
Guidelines Feedback
Help Blog

# AMP_Transition

Public Group, 4 members

View

10 **RE: [AMP_Transition] Outreach to other areas**

**Hani Hasan** Jan 21 9:22 AM

AA,

Br. Dia,

Salah still has to call the brother from Texas. Br. Sufian is the brother form Detroit, and I believe Salah already contacted him. I will add them as soon as Salah confirms with them and gives me their info.

Hani

***Dia Salem <dia4980@...>*** wrote:

Show message history

<< Previous post in topic Next post in topic >>

Show all 5 messages in this topic

See more posts from Hani Hasan

Read more

From **Hani Hasan** All

Moving ahead with AMP 25 Apr, 2006
-Meeting 20 Mar, 2006
Meeting time 07 Mar, 2006

THURSDAY
THE CAPTAIN BOOT
Explore More

https://groups.yahoo.com/neo/groups/AMP_Transition/conversations/messages/10 1/16/2019

AMP_Transition - Yahoo Groups Page 1 of 1
Case: 1:17-cv-03591 Document #: 157-2 Filed: 04/17/19 Page 12 of 37 PageID #:2969

Home Mail Tumblr News Sports Finance Entertainment Lifestyle Answers Upgrade your browser Mobile with the best of Yahoo »

Search Conversations Search Groups Search Web Sign in Mail

Browse Groups

Conversations Photos Files More

Terms Privacy
Guidelines Feedback
Help Blog

# AMP_Transition

Public Group, 4 members

View

11 **Re: [AMP_Transition] Outreach to other areas**

**modeh21@aol.com** Jan 21 5:18 PM

Asalaum Alkium.

Dear Brothers and Sisters,

I am sorry for such a late response but I have been really busy at work and school. I am more free now so inshallah so I can dedicate more time for AMP now.

1. I believe we agreed that we would leave brother Sufian out when we meet in Milwaukee since he is well associated with IAP. I believe if this is the case we really need to make sure we distance ourselves from that. In order to make a statement and work we really need to distance ourselves from any well know IAP figures.

2. Since this is the transition period for know are we looking to make this a limited membership for now or is it open.

3. Maybe we can setup a time next week that we can all conference call each other.

Magdi

<< Previous post in topic

Show all 5 messages in this topic

See more posts from modeh21@aol.com

Read more

From **modeh21@aol.com** All

This List is longer active 25 Apr. 2006
Meeting time 07 Mar. 2006
Thurs @6:00 PM 16 Feb. 2006

https://groups.yahoo.com/neo/groups/AMP_Transition/conversations/messages/11 1/16/2019

AMP_Transition - Yahoo Groups Page 1 of 1

Home Mail Tumblr News Sports Finance Entertainment Lifestyle Answers Upgrade your browser Mobile the best of Yahoo »
Search Conversations Search Groups Search Web Sign in Mail

Conversations Photos Files More

Browse Groups
Terms Privacy
Guidelines Feedback
Help Blog

# AMP_Transition

Public Group, 4 members

View

12 Transition

**Dr. Hatem Bazian** Jan 24 3:52 PM

Al-salam alikum,

I do agree that we stay away from the IAP and not get them involved in this effort. What I wanted for us to do is to begin to identify people in other parts of the country so as to outreach to them ahead of the April conference/meeting. It would not be prudent for us to come back into the April meeting and only have the same cities and people represented since it will be the time to officially establish the organization and select a permanent leadership. Also, as we outreach to people we do get their ideas and feedback on what needs to be done. Lastly, we should begin to think of developing a professional and high quality website that can be used on a national level.

Wa-salam,

hatem

See more posts from Dr. Hatem Bazian

Read more

From **Dr. Hatem Bazian** All

| | |
|---|---|
| Moving ahead with AMP | 24 Apr. 2006 |
| -Meeting | 20 Mar. 2006 |
| Bylaws Draft | 09 Mar. 2006 |

https://groups.yahoo.com/neo/groups/AMP_Transition/conversations/messages/12 1/16/2019



Home Mail Tumblr News Sports Finance Entertainment Lifestyle Answers Upgrade your browser with the best of Yahoo » Groups Mobile More
Search Conversations Search Groups Search Web Sign in Mail

Browse Groups
Conversations Photos Files More

Terms Privacy
Guidelines Feedback
Help Blog

# AMP_Transition

Public Group, 4 members

View

13 **No answer**

**modeh21@aol.com** Feb 13, 2006

Dear Brothers and Sisters:

It has been a while since I have heard from anyone on this list. I sent out an e-mail a while back asking everyone if they can pick some time so we can maybe have a conference call and I have not heard back from anyone on it. I am not sure what is going on with everyone. If we are going to work on this we need to start working now. We have put it off long enough. Everyone response is needed here.

Magdi

Next post in topic >>

Show all 5 messages in this topic

See more posts from modeh21@aol.com

Read more

From **modeh21@aol.com** All

| | |
|---|---|
| This List is longer active | 25 Apr, 2006 |
| Meeting time | 07 Mar, 2006 |
| Thurs @6:00 PM | 16 Feb, 2006 |

Home
Mail
Tumblr
News
Sports
Finance
Entertainment
Lifestyle
Answers
Upgrade your browser
Mail with the best of Yahoo »
Search Conversations
Search Groups
Search Web
Sign in
Mail
Browse Groups
Conversations
Photos
Files
More
Terms
Privacy
Guidelines
Feedback
Help
Blog
AMP_Transition
Public Group, 4 members
View
14 Re: [AMP_Transition] No answer
Dr. Hatem Bazian
Feb 13, 2006
On 2/13/06 5:49 AM, "modeh21@..." <modeh21@...> wrote:
Show message history
<< Previous post in topic
Next post in topic >>
Show all 5 messages in this topic
See more posts from Dr. Hatem Bazian
Read more
From Dr. Hatem Bazian
All
Moving ahead with AMP
24 Apr. 2006
-Meeting
20 Mar, 2006
Bylaws Draft
09 Mar, 2006

Home Mail Tumblr News Sports Finance Entertainment Lifestyle Answers Upgrade your browser with the best of Yahoo »
Search Conversations Search Groups Search Web
Sign in Mail
Browse Groups
Conversations Photos Files More
Terms Privacy
Guidelines Feedback
Help Blog

# AMP_Transition

Public Group, 4 members

View

15 **Re: [AMP_Transition] No answer**

**Hani Hasan** Feb 13, 2006

Salam Alykum,

I can meet Tuesday/Thursday after 6:20 Midwest time (4:20 west coast time). I can also meet Monday ANY time after 1 p.m. Midwest time (after 11 am west coast time). I can meet Friday after 2pm Midwest time ( after noon west coast time). Weekends are also fairly flexible for me too. I await the agreed upon time.
Hani

***"Dr. Hatem Bazian" <hatemb@...>*** wrote:

Show message history

<< Previous post in topic Next post in topic >>

Show all 5 messages in this topic

See more posts from Hani Hasan

Sorry, an error occurred while loading the content

AMP_Transition - Yahoo Groups Page 1 of 1

Home Mail Tumblr News Sports Finance Entertainment Lifestyle Answers Upgrade your browser Mobile with the best of Yahoo »
Search Conversations Search Groups Search Web Sign in Mail

Browse Groups
Terms Privacy
Guidelines Feedback
Help Blog

Conversations Photos Files More

# AMP_Transition

Public Group, 4 members

View

16 **Re: [AMP_Transition] No answer**

**Affnan Mohammad** Feb 13, 2006

Asalamu Alaikum,

I am available Monday through Saturday anytime after 4 pm (midwest time). Also, any time on Sundays are good as well.

Affnan

***Hani Hasan <haniyhasan@...>*** wrote:

Show message history

<< Previous post in topic Next post in topic >>

Show all 5 messages in this topic

See more posts from Affnan Mohammad

https://groups.yahoo.com/neo/groups/AMP_Transition/conversations/messages/16 1/16/2019



Home
Mail
Tumblr
News
Sports
Finance
Entertainment
Lifestyle
Answers
Upgrade your browser with the best of Yahoo »
Search Conversations
Search Groups
Search Web
Sign in
Mail
Browse Groups
Conversations
Photos
Files
More
Terms
Privacy
Guidelines
Feedback
Help
Blog

# AMP_Transition

Public Group, 4 members

View
17 Re: [AMP_Transition] No answer
Dia Salem
Feb 13, 2006
AA,
I'm available most of the time, set the date and time and let me know
JAK
Dia
modeh21@... wrote:
Show message history
Read more
From Dia Salem
All
Meeting time 07 Mar. 2006
Thurs @6 00 PM 16 Feb. 2006
Outreach to other areas 20 Jan. 2006

<< Previous post in topic

Show all 5 messages in this topic

See more posts from Dia Salem

Home Mail Tumblr News Sports Finance Entertainment Lifestyle Answers Upgrade your browser Mobile More of Yahoo »

Search Conversations Search Groups Search Web

Sign in Mail

Conversations Photos Files More

Browse Groups

Terms Privacy
Guidelines Feedback
Help Blog

# AMP_Transition

Public Group, 4 members

View

Read more

From **Hatem Ahmad Bazian** All

Moving ahead with AMP 24 Apr. 2006
-Meeting 20 Mar. 2006
Bylaws Draft 09 Mar. 2006

18 **Thurs @6:00 PM**

**Hatem Ahmad Bazian** Feb 14, 2006

al-salam alikum,

Would a conference call this Thurs at 6:00 PM west coast time. Can someone in Milwaukee set up the conference call and send the details to the list.

Hatem Bazian, Ph.D.
Near Eastern and Ethnic Studies Departments
University of California, Berkeley
240 Barrows Hall
Berkeley, CA 94720-1940
Phone 510-642-7792
Fax 510-643-8430
hatemb@...

Etsy
Online shopping
SHOP NOW

Next post in topic >>

Show all 8 messages in this topic

See more posts from Hatem Ahmad Bazian

AMP_Transition - Yahoo Groups Page 1 of 1

Home Mail Tumblr News Sports Finance Entertainment Lifestyle Answers Upgrade your browser with the best of Yahoo »

Search Conversations Search Groups Search Web Sign in Mail

Conversations Photos Files More

Browse Groups

Terms Privacy
Guidelines Feedback
Help Blog

# AMP_Transition

Public Group, 4 members

View

19 **Re: [AMP_Transition] Thurs @6:00 PM**

**Hani Hasan** Feb 16, 2006

Assalamu Alykum,

Sorry I was busy this week with exams, hence my late reply. I dont know if anyone set up a conference call, but I got called in to work tonight (all night at a medical clinic). Can we reschedule it to anytime this weekend or early next week? Please try to reply today to get the meeting time confirmed ahead of time. If everyone wants to meet tonight, Sr. Affnan from Milwaukee can fill me in, or I can try to join for part of the call. Let me know what the plan is. JAK.

Hani

***Hatem Ahmad Bazian <hatemb@...>*** wrote:

Show message history

<< Previous post in topic Next post in topic >>

Show all 8 messages in this topic

See more posts from Hani Hasan

Read more

From **Hani Hasan** All

Moving ahead with AMP 25 Apr, 2006
-Meeting 20 Mar, 2006
Meeting time 07 Mar, 2006

enterprise

CAR RENTAL
AND MUCH MORE
VIEW ALL VEHICLES

https://groups.yahoo.com/neo/groups/AMP_Transition/conversations/messages/19 1/16/2019

AMP_Transition - Yahoo Groups Page 1 of 1

Home Mail Tumblr News Sports Finance Entertainment Lifestyle Answers Upgrade your browser with the best of Yahoo »
Search Conversations Search Groups Search Web Sign in Mail

Conversations Photos Files More

Browse Groups
Terms Privacy
Guidelines Feedback
Help Blog

# AMP_Transition

Public Group. 4 members

View

20 **Re: [AMP_Transition] Thurs @6:00 PM**

**modeh21@aol.com** Feb 16, 2006

Dear Brothers and Sisters:

This thrusday is not good for me maybe early next week like brother Hani said. Maybe Tuesday night 6:30 or 7 centeral time if that is good for the brothers and sisters?

Magdi

-----Original Message-----
From: Hani Hasan <haniyhasan@...>
To: AMP_Transition@yahoogroups.com
Sent: Thu, 16 Feb 2006 08:55:47 -0800 (PST)
Subject: Re: [AMP_Transition] Thurs @6:00 PM

Assalamu Alykum,

Sorry I was busy this week with exams, hence my late reply. I dont know if anyone set up a conference call, but I got called in to work tonight (all night at a medical clinic). Can we reschedule it to anytime this weekend or early next week? Please try to reply today to get the meeting time confirmed ahead of time. If everyone wants to meet tonight, Sr. Affnan from Milwaukee can fill me in, or I can try to join for part of the call. Let me know what the plan is. JAK.

Hani

***Hatem Ahmad Bazian <hatemb@...>*** wrote:

Show message history

<< Previous post in topic Next post in topic >>

Show all 8 messages in this topic

See more posts from modeh21@aol.com

Read more

From **modeh21@aol.com** All

This List is longer active 25 Apr, 2006
Meeting time 07 Mar, 2006
No answer 13 Feb, 2006

https://groups.yahoo.com/neo/groups/AMP_Transition/conversations/messages/20 1/16/2019

# AMP_Transition

Public Group, 4 members

View

21 **Re: [AMP_Transition] Thurs @6:00 PM**

**Hatem Ahmad Bazian** Feb 16, 2006

al-salam alikum Hani,

Lets try next Tue at 6:00 PM west coast time.

Hatem

On Thu, 16 Feb 2006 08:55:47 -0800 (PST)
Hani Hasan <haniyhasan@...> wrote:
> Assalamu Alykum,
>
> Sorry I was busy this week with exams, hence my late reply. I dont know if anyone set up a
> conference call, but I got called in to work tonight (all night at a medical clinic). Can we
> reschedule it to anytime this weekend or early next week? Please try to reply today to get the
> meeting time confirmed ahead of time. If everyone wants to meet tonight, Sr. Affnan from
> Milwaukee can fill me in, or I can try to join for part of the call. Let me know what the plan
> is. JAK.
>
> Hani
>
> Hatem Ahmad Bazian <hatemb@...> wrote:
> al-salam alikum,
>
> Would a conference call this Thurs at 6:00 PM west coast time. Can someone in Milwaukee set up
> the conference call and send the details to the list.
>
> Hatem Bazian, Ph.D.
> Near Eastern and Ethnic Studies Departments
> University of California, Berkeley
> 240 Barrows Hall
> Berkeley, CA 94720-1940
> Phone 510-642-7792
> Fax 510-643-8430
> hatemb@...
>
>
> SPONSORED LINKS
> Cause Issues Cause and effect essay Causes of depression
>
> ----------------------------------

Read more

From **Hatem Ahmad Bazian** All

Moving ahead with AMP 24 Apr 2006
-Meeting 20 Mar 2006
Bylaws Draft 09 Mar 2006

Etsy
Online shopping

SHOP NOW

Home Mail Tumblr News Sports Finance Entertainment Lifestyle Answers Upgrade your browser with the best of Yahoo » Mobile More
Sign in Mail
Search Conversations Search Groups Search Web
Browse Groups
Terms Privacy
Guidelines Feedback
Help Blog

> YAHOO! GROUPS LINKS
>
> Visit your group "AMP_Transition" on the web.
>
> To unsubscribe from this group, send an email to:
> AMP_Transition-unsubscribe@yahoogroups.com
>
> Your use of Yahoo! Groups is subject to the Yahoo! Terms of Service.
>
>
> --------------------------------
>
>
>
>
>
> --------------------------------
> Yahoo! Mail
> Use Photomail to share photos without annoying attachments.

Hatem Bazian, Ph.D
Near Eastern and Ethnic Studies Departments
University of California, Berkeley
240 Barrows Hall
Berkeley, CA 94720-1940
Phone 510-642-7792
Fax 510-643-8430
hatemb@...

<< Previous post in topic    Next post in topic >>

Show all 8 messages in this topic

See more posts from Hatem Ahmad Bazian

Case: 1:17-cv-03591 Document #: 157-2 Filed: 04/17/19 Page 24 of 37 PageID #:2981

Home
Mail
Tumblr
News
Sports
Finance
Entertainment
Lifestyle
Answers
Upgrade your browser with the best of Yahoo »
Sign in
Mail
Search Conversations
Search Groups
Search Web
Browse Groups
Conversations
Photos
Files
More
Terms
Privacy
Guidelines
Feedback
Help
Blog
AMP_Transition
Public Group, 4 members
View
22 Re: [AMP_Transition] Thurs @6:00 PM
Dia Salem
Feb 16, 2006
AA,
that'll work for me.
Dia
Hatem Ahmad Bazian <hatemb@...> wrote:
Show message history

<< Previous post in topic

Next post in topic >>

Show all 8 messages in this topic

See more posts from Dia Salem

Sorry, an error occurred while loading the content.

Home Mail Tumblr News Sports Finance Entertainment Lifestyle Answers Upgrade your browser with the best of Yahoo »

Search Conversations Search Groups Search Web Sign in Mail

Conversations Photos Files More

Browse Groups

Terms Privacy
Guidelines Feedback
Help Blog

# AMP_Transition

Public Group, 4 members

View

23 **Re: [AMP_Transition] Thurs @6:00 PM**

**Hani Hasan** Feb 16, 2006

AA,

OK, so I'll conference call Tuesday at 6:00 pm westcoast time (8:00 central time). I will have an official conference call set up. I will email you the number and code once its all setup. JAK.

Hani

***Dia Salem* <dia4980@...>** wrote:

Show message history

<< Previous post in topic Next post in topic >>

Show all 8 messages in this topic

See more posts from Hani Hasan

Read more

From **Hani Hasan** All

| | |
|---|---|
| Moving ahead with AMP | 25 Apr. 2006 |
| -Meeting | 20 Mar. 2006 |
| Meeting time | 07 Mar. 2006 |

AMP_Transition - Yahoo Groups Page 1 of 1

Home Mail Tumblr News Sports Finance Entertainment Lifestyle Answers Upgrade your browser with the best of Yahoo Mail More of Yahoo »
Search Conversations Search Groups Search Web Sign in Mail

Browse Groups
Conversations Photos Files More
Terms Privacy
Guidelines Feedback
Help Blog

# AMP_Transition

Public Group, 4 members

View

24 **AMP Goals**

**Hani Hasan** Feb 22, 2006

Assalamu Alykum,

Dear Brothers and Sister,

I have attached the goals that we had previously worked on. I also found an article titled "Why AMP", maybe we can use it in the future. I will type the minutes and email them to everyone in the next few days. Jazakum Allah Khier.

Hani

---

Brings words and photos together (easily) with PhotoMail - it's free and works with Yahoo! Mail.

<< Previous post in topic Next post in topic >>

Show all 8 messages in this topic

See more posts from Hani Hasan

Read more

From **Hani Hasan** All

Moving ahead with AMP 25 Apr. 2006
-Meeting 20 Mar. 2006
Meeting time 07 Mar. 2006

https://groups.yahoo.com/neo/groups/AMP_Transition/conversations/messages/24 1/16/2019

AMP_Transition - Yahoo Groups Page 1 of 1
Case: 1:17-cv-03591 Document #: 157-2 Filed: 04/17/19 Page 27 of 37 PageID #:2984

Home Mail Tumblr News Sports Finance Entertainment Lifestyle Answers Upgrade your browser with the best of Yahoo More »

Search Conversations Search Groups Search Web Sign in Mail

Browse Groups

Conversations Photos Files More

Terms Privacy
Guidelines Feedback
Help Blog

# AMP_Transition

Public Group, 4 members

View

25 **Tuesday Meething**

**Hani Hasan** Mar 5, 2006

Assalamu Alykum,

I was wondering if we could meet on Friday night, over the weekened, or next Monday. This Tuesday is very bad for me because I have 2 exams on Wednesday. If the board cannot meet on any other day, or doesn't have a chance to respond before tomorrow (monday), I'll just set up the conference call and have it on its scheduled time. I also think that postponing the meeting will give us a little more time to work on our tasks (getting more people invloved, reading and revising the goals and bylaws and having the budget plan ready). I hope to hear back soon.

Dr. Baziaan, can you please send us the bylaws you have so we can look them over? thanks

Hani

---

Yahoo! Mail
Bring photos to life! New PhotoMail makes sharing a breeze.

<< Previous post in topic

Show all 8 messages in this topic

See more posts from Hani Hasan

Read more

From **Hani Hasan** All

| | |
|---|---|
| Moving ahead with AMP | 25 Apr. 2006 |
| -Meeting | 20 Mar. 2006 |
| Meeting time | 07 Mar. 2006 |

https://groups.yahoo.com/neo/groups/AMP_Transition/conversations/messages/25 1/16/2019

AMP_Transition - Yahoo Groups Page 1 of 1
Case: 1:17-cv-03591 Document #: 157-2 Filed: 04/17/19 Page 28 of 37 PageID #:2985

Home Mail Tumblr News Sports Finance Entertainment Lifestyle Answers Groups Upgrade your browser with the best of Yahoo Mobile More »

Search Conversations Search Groups Search Web Sign in Mail

Browse Groups

Terms Privacy
Guidelines Feedback
Help Blog

Conversations Photos Files More

# AMP_Transition

Public Group, 4 members

View

26 **Meeting time**

**Dr. Hatem Bazian** Mar 6, 2006

Al-salam alikum,

I am open to changing the meeting time and date to either Thursday, Friday or Saturday and I will have to send the bylaws later on today after teaching.

Hatem

Next post in topic >>

Show all 4 messages in this topic

See more posts from Dr. Hatem Bazian

Read more

From **Dr. Hatem Bazian** All

Moving ahead with AMP 24 Apr, 2006
-Meeting 20 Mar, 2006
Bylaws Draft 09 Mar, 2006

$3.96
Smart Coupon* -$1
FINAL PRICE
$2.95
*MFR Offer
Gain
Gain Liquid Fabric Softener 41 oz., Sheets 105 ct. or Fireworks 6.5 oz.
SEE DEALS
OFFER VALID 1/15/19-1/21/19

https://groups.yahoo.com/neo/groups/AMP_Transition/conversations/messages/26 1/16/2019



# AMP_Transition

Public Group, 4 members

View

27 **Re: [AMP_Transition] Meeting time**

**Dia Salem** Mar 7, 2006

AA<
thursday or saturday works better for me,, friday im buesy.
Salam
Dia

***"Dr. Hatem Bazian" <hatemb@...>*** wrote:

Show message history

<< Previous post in topic Next post in topic >>

Show all 4 messages in this topic

See more posts from Dia Salem

Read more

From **Dia Salem** All

| | |
|---|---|
| Thurs @6:00 PM | 16 Feb. 2006 |
| No answer | 13 Feb. 2006 |
| Outreach to other areas | 20 Jan. 2006 |

AMP_Transition - Yahoo Groups Page 1 of 1

Home Mail Tumblr News Sports Finance Entertainment Lifestyle Answers Upgrade your browser with the best of Yahoo »

Search Conversations Search Groups Search Web Sign in Mail

Browse Groups

Conversations Photos Files More

Terms Privacy
Guidelines Feedback
Help Blog

# AMP_Transition

Public Group, 4 members

View

28 **Re: [AMP_Transition] Meeting time**

**modeh21@aol.com** Mar 7, 2006

I am also free any day.

Magdi

-----Original Message-----
From: Dia Salem <dia4980@...>
To: AMP_Transition@yahoogroups.com
Sent: Tue, 7 Mar 2006 08:38:26 -0800 (PST)
Subject: Re: [AMP_Transition] Meeting time

AA<
thursday or saturday works better for me,, friday im buesy.
Salam
Dia

***"Dr. Hatem Bazian" <hatemb@...>*** wrote:

Show message history

<< Previous post in topic Next post in topic >>

Show all 4 messages in this topic

See more posts from modeh21@aol.com

Read more

From **modeh21@aol.com** All

This List is longer active 25 Apr. 2006
Thurs @6 00 PM 16 Feb. 2006
No answer 13 Feb. 2006

https://groups.yahoo.com/neo/groups/AMP_Transition/conversations/messages/28 1/16/2019



AMP_Transition - Yahoo Groups Page 1 of 1

Home Mail Tumblr News Sports Finance Entertainment Lifestyle Answers Upgrade your browser with the Mobile Yahoo »
Search Conversations Search Groups Search Web Sign in Mail
Browse Groups
Terms Privacy
Guidelines Feedback
Help Blog
Conversations Photos Files More
AMP_Transition
Public Group, 4 members
View
Read more
From Hani Hasan All
Moving ahead with AMP 25 Apr. 2006
-Meeting 20 Mar. 2006
Tuesday Meething 05 Mar. 2006

29 **[AMP_Transition] Meeting time**

**Hani Hasan** Mar 7, 2006

Assalamu Alykum,

Jazakum Allah Khier for your quick responses. I will go ahead and set up the conference call for Thursday March 9th. You will recieve an email with the time, phone number and password (the time will be 8 pm central time, 6 pm western time). Please let me know if there any conflicts. Salam.

Hani

***Dia Salem <dia4980@...>*** wrote:

Show message history

<< Previous post in topic

Show all 4 messages in this topic

See more posts from Hani Hasan

https://groups.yahoo.com/neo/groups/AMP_Transition/conversations/messages/29 1/16/2019

AMP_Transition - Yahoo Groups Page 1 of 1

Home Mail Tumblr News Sports Finance Entertainment Lifestyle Answers Upgrade your browser with the best of Yahoo »
Groups Mobile More

Search Conversations Search Groups Search Web Sign in Mail

Browse Groups

Terms Privacy
Guidelines Feedback
Help Blog

Conversations Photos Files More

# AMP_Transition

Public Group, 4 members

View

30 **Bylaws Draft**

**Dr. Hatem Bazian** Mar 9, 2006

Al-salam alikum,

I am attaching a copy of the bylaws draft to begin our discussions on it. The document is a first draft that we need to work on to get it ready for the meeting in April. I am sorry for not getting it to you earlier but hopefully we can take the time to work on it in the next two conference calls.

Wa-salam,

Hatem

Next post in topic >>

Show all 3 messages in this topic

See more posts from Dr. Hatem Bazian

Read more

From **Dr. Hatem Bazian** All

| | |
|---|---|
| Moving ahead with AMP | 24 Apr, 2006 |
| -Meeting | 20 Mar, 2006 |
| Meeting time | 06 Mar, 2006 |

MANSCAPED
Refining
THE GENTLEMAN
#1 IN BELOW-THE-WAIST GROOMING
GET MANSCAPED

https://groups.yahoo.com/neo/groups/AMP_Transition/conversations/messages/30 1/16/2019

AMP_Transition - Yahoo Groups Page 1 of 1
Case: 1:17-cv-03591 Document #: 157-2 Filed: 04/17/19 Page 33 of 37 PageID #:2990

Home Mail Tumblr News Sports Finance Entertainment Lifestyle Answers Upgrade your browser Mobile with the best of Yahoo »

Search Conversations Search Groups Search Web Sign in Mail

Browse Groups

Terms Privacy
Guidelines Feedback
Help Blog

Conversations Photos Files More

# AMP_Transition

Public Group, 4 members

View

31 **Re: [AMP_Transition] -Meeting**

**Hani Hasan** Mar 20, 2006

Assalmu Alykum

Dear brothers and sister of the AMP transition board,

I want to apologize for not arranging the meeting yesterday (March 19th). We had a convention in Milwaukee, and MAS had a booth that I stood by from Friday Afternoon til Sunday evening. I hope we can set up another time sometime soon. I can meet this week Tuesday, Friday, Sat, Sun, or next week (any night but Tuesday). Please let me know when everybody can meet so I can set up the conference call. I suggest tomorrow (Tuesday) at 8 p.m. Milwaukee time or Friday the same time. Let me know what you think.

Hani

---

Yahoo! Mail
Use Photomail to share photos without annoying attachments.

<< Previous post in topic Next post in topic >>

Show all 3 messages in this topic

See more posts from Hani Hasan

Read more

From **Hani Hasan** All

| | |
|---|---|
| Moving ahead with AMP | 25 Apr. 2006 |
| Meeting time | 07 Mar. 2006 |
| Tuesday Meething | 05 Mar. 2006 |

**Gain Visibility Into Your Apps**

Get Visibility Into Your Applications with Code Instrumentation. Download the Free eBook

https://groups.yahoo.com/neo/groups/AMP_Transition/conversations/messages/31 1/16/2019

Case: 1:17-cv-03591 Document #: 157-2 Filed: 04/17/19 Page 34 of 37 PageID #:2991

Case: 1:17-cv-03591 Document #: 157-2 Filed: 04/17/19 Page 35 of 37 PageID #:2992

Browse Groups

Terms Privacy
Guidelines Feedback
Help Blog

Conversations Photos Files More

# AMP_Transition

Public Group, 4 members

View

33 **Moving ahead with AMP**

**Dr. Hatem Bazian** Apr 24, 2006

Al-salam alikum,

I pray this finds all of you in the best of health and iman. We should be moving ahead with our agenda and building AMP into a national organization as such we need to get the leadership selected/nominated in the Milwaukee meeting on one list. Can we get this done and then I do propose a regular conference call once every two weeks so we can keep the ball moving, insha'Allah.

Wa-salam,

Hatem

Gain Visibility Into Your Apps

Get Visibility Into Your Applications with Code Instrumentation Download the Free eBook

Next post in topic >>

Show all 2 messages in this topic

See more posts from Dr. Hatem Bazian

Sorry, an error occurred while loading the content

Case: 1:17-cv-03591 Document #: 157-2 Filed: 04/17/19 Page 36 of 37 PageID #:2993

Home Mail Tumblr News Sports Finance Entertainment Lifestyle Answers Upgrade your browser with the best of Yahoo Groups Mobile More »

Search Conversations Search Groups Search Web

Sign in Mail

Browse Groups

Terms Privacy
Guidelines Feedback
Help Blog

Conversations Photos Files More

# AMP_Transition

Public Group, 4 members

View

34 **Re: [AMP_Transition] Moving ahead with AMP**

**Hani Hasan** Apr 25, 2006

I suggest we have a conference call sometime next week. Wed-Sunday work best for me. Anytime after 6 pm western zone time. Please reply back so I can set up the confernce call (or Br. Magdi if he wants to). Jazakum Allah Khair.

Hani

***"Dr. Hatem Bazian" <hatemb@...>*** wrote:

Show message history

<< Previous post in topic

Show all 2 messages in this topic

See more posts from Hani Hasan

Read more

From **Hani Hasan** All

| | |
|---|---|
| -Meeting | 20 Mar, 2006 |
| Meeting time | 07 Mar, 2006 |
| Tuesday Meething | 05 Mar, 2006 |



Home
Mail
Tumblr
News
Sports
Finance
Entertainment
Lifestyle
Answers
Upgrade your browser
Mobile
More of Yahoo »
Search Conversations
Search Groups
Search Web
Sign in
Mail
Browse Groups
Conversations
Photos
Files
More
Terms
Privacy
Guidelines
Feedback
Help
Blog

# AMP_Transition

Public Group, 4 members

View

35 **This List is longer active**

**PALESTINE** Apr 25, 2006

Asalimum Alaikium

Dear Brothers and Sisters,

This group is no longer active I have created on that is on google and I have invited everyone to it. This Group was just set upf or the Tranisiton and now it is no longer needed. Please post any message or e-mail you have to AMP-Board@....

Sincerely,
Magdi

See more posts from PALESTINE

Read more

From **PALESTINE** All

| | |
|---|---|
| Meeting time | 07 Mar, 2006 |
| Thurs @6:00 PM | 16 Feb, 2006 |
| No answer | 13 Feb, 2006 |