UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.2.2
Eastern Division

Stanley Boim, et al.
                                    Plaintiff,

v.                                                       Case No.: 1:17−cv−03591
                                                           Honorable Sharon Johnson Coleman

American Muslims for Palestine, et al.
                                    Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Friday, April 19, 2019:

      MINUTE entry before the Honorable Sidney I. Schenkier: Plaintiffs have filed a motion to remove confidentiality designations (docs. #'s [156]−[157]) and a motion for leave to file certain exhibits to the motion under seal (doc. #[158]). The motion for leave to file under seal Exhibits 1−5 and 8 to the motion to strike confidentiality designations (doc. #[158]) is granted. Defendants shall file any response to the motion to remove confidentiality designations by 4/29/19; no reply shall be filed. We will rule on the motion in writing. Mailed notice. (jj, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.