# Exhibit A

```
 1                  IN THE UNITED STATES DISTRICT COURT
                   FOR THE NORTHERN DISTRICT OF ILLINOIS
 2                            EASTERN DIVISION

 3   STANLEY BOIM, Individually and  )
     as Administrator of the Estate  )
 4   of David Boim, deceased, and    )
     JOYCE BOIM,                     )
 5                                   )
                  Plaintiffs,        )
 6                                   )
       v.                            )  No. 17 C 3591
 7                                   )
     AMERICAN MUSLIMS FOR PALESTINE, )
 8   AMERICANS FOR JUSTICE IN        )
     PALESTINE EDUCATIONAL           )
 9   FOUNDATION, RAFEEQ JABER,       )
     ABDELBASET HAMAYEL, AND OSAMA   )
10   ABUIRSHAID,                     )  Chicago, Illinois
                                     )  February 6, 2019
11                Defendants.        )  9:00 a.m.

12                     TRANSCRIPT OF PROCEEDINGS
             BEFORE THE HONORABLE SHARON JOHNSON COLEMAN
13
     APPEARANCES:
14
     For the Plaintiffs:      LOCKE LORD LLP
15                            BY:  MR. WILLIAM ALLEN WOOLLEY
                              111 South Wacker Drive
16                            Chicago, Illinois   60606

17                            JASZCZUK P.C.
                              BY:  MR. DANIEL I. SCHLESSINGER
18                            311 South Wacker Drive
                              Suite 1775
19                            Chicago, Illinois   60606

20   For the Defendants:      CONSTITUTIONAL LAW CENTER FOR
                              MUSLIMS IN AMERICA
21                            BY:  MS. CHRISTINA ANNE JUMP
                              833 East Arapaho Road
22                            Suite 102
                              Richardson, Texas   75081
23

24

25
                       Nancy C. LaBella, CSR, RMR, CRR
                             Official Court Reporter
                   219 South Dearborn Street, Room 1222
                          Chicago, Illinois   60604
                                (312) 435-6890
                           NLaBella.ilnd@gmail.com
```

```
1              THE COURT:  March, March 29th.
2              MS. JUMP:  Yes.
3              THE COURT:  Yes, it's not a leap year.
4              MS. JUMP:  There's no February 29th.
5              THE COURT:  There's no leap year.
6              All right.  So how long did you want to respond to
7    the motion, understanding that I'm hoping that for the most
8    part the Court can take it all together?
9              MR. WOOLLEY:  Would it make sense to decide whether
10   there needs to be a briefing schedule after we've seen the
11   amended complaint to the motion or --
12             MS. JUMP:  Your Honor, I can guarantee I'm going to
13   want to respond.
14             THE COURT:  Well, yes.  All right.  So how about --
15   if you're responding just for leave, which will deal with a
16   lot of the issues that are in the proposed amended complaint,
17   how long are you going to need?
18             MS. JUMP:  Your Honor, I would estimate I would need
19   about 20 days.
20             THE COURT:  All right.  Actually I'll round it up and
21   give you 21 days.  Okay.
22             THE CLERK:  That's April 19th.
23             THE COURT:  And for purposes of for leave to file the
24   amended complaint, if you need a reply, you get seven days.
25   All right.  Again, this is not -- it's not going to be the
```

```
 1  full-on motion to -- it's not a motion to dismiss the amended
 2  complaint.  It's just allowed to leave it -- to file it.  All
 3  right.  Seven days after the 21 days.
 4          THE CLERK:  April 26th.
 5          THE COURT:  All right.  And then let's do the
 6  beginning of June, status.  I will have ruled by then.
 7          THE CLERK:  June 3rd at 9:00 a.m.
 8          THE COURT:  All right.  Is there anything else?
 9          MR. WOOLLEY:  That's it, your Honor.
10          MS. JUMP:  No, your Honor.
11          THE COURT:  Thank you.
12          MR. WOOLLEY:  Thank you, your Honor.
13          MR. SCHLESSINGER:  Thank you.
14     (Which were all the proceedings heard.)
15                    *    *    *    *    *
16
17  I certify that the foregoing is a correct transcript from the
    record of proceedings in the above-entitled matter.
18
19
    /s/ Nancy C. LaBella                      February 21, 2019
20  Official Court Reporter
21
22
23
24
25
```