# Exhibit C

**Seth Corthell**

| | |
|---|---|
| **From:** | Christina Jump <cjump@clcma.org> |
| **Sent:** | Wednesday, April 24, 2019 6:31 PM |
| **To:** | Seth Corthell |
| **Cc:** | Woolley, Allen; Landes, Stephen; Daniel Schlessinger; Charles Swift; Kind, Michael; Alyza D. Lewin , Esq. (alyza@lewinlewin.com) (alyza@lewinlewin.com); tdurkin@durkinroberts.com |
| **Subject:** | RE: Activity in Case 1:17-cv-03591 Boim et al v. American Muslims for Palestine et al response in opposition to motion |

Counsel:

We did not file a motion to dismiss under 12(b)(1) or 12(b)(6). I agree with the recollection of Judge Coleman's statement that this would not be a motion to dismiss, but briefing on opposition to the motion for leave to amend.

We therefore accordingly filed a Response in Opposition to Plaintiff's Motion for Leave to Amend, within the 15 page limits set by Local Rule 7.1 for briefs in opposition to motions. As clearly stated in today's filing, "leave is inappropriate where there is undue delay, bad faith, dilatory motive on the part of the movant, repeated failure to cure deficiencies by amendments previously allowed, undue prejudice to the opposing party by virtue of allowance of the amendment, or futility of the amendment." *Villa v. City of Chicago*, 924 F.2d 629, 632 (7th Cir. 1991). We appropriately cited, and followed, that standard under Seventh Circuit law for opposing a motion for leave to amend, with the opposition based on the grounds of futility. I stated, in fact, at the hearing in front of Judge Coleman when she issued the original briefing schedule, that Defendants expected to file briefing based on futility of amending, which is exactly what we did today. *See* Transcript of February 6, 2019 hearing, at 3-4 ("We have some concerns about futility. So we would certainly have – want the opportunity to respond based on whatever that complaint is"). Judge Coleman then set the briefing schedule bearing in mind that Defendants would be "responding just for leave, which will deal with a lot of the issues that are in the proposed amended complaint" (Tr. at 6).

With that in mind, I see no surprise, or failure to disclose, or contradiction of the Court's order. Defendants therefore oppose any further extensions beyond that already agreed to by the parties, which set Defendant's Response for today and sets Plaintiffs' Reply, if any, for nine days from now (which is already longer than the seven days Judge Coleman anticipated for a reply in her originally set briefing schedule).

*Christina A. Jump*

Civil Litigation Department Head
Constitutional Law Center for Muslims in America
833 E. Arapaho Rd., Suite 102
Richardson, TX  75081
(972) 914-2507 (main)
(972) 914-2508 (direct)

---

**From:** Seth Corthell [mailto:scorthell@jaszczuk.com]
**Sent:** Wednesday, April 24, 2019 6:01 PM
**To:** Christina Jump <cjump@clcma.org>
**Cc:** Woolley, Allen <Allen.Woolley@lockelord.com>; Landes, Stephen <Stephen.Landes@lockelord.com>; Daniel Schlessinger <dschlessinger@jaszczuk.com>; Charles Swift <cswift@clcma.org>; Kind, Michael <Michael.Kind@lockelord.com>; Alyza D. Lewin , Esq. (alyza@lewinlewin.com) (alyza@lewinlewin.com) <alyza@lewinlewin.com>; tdurkin@durkinroberts.com

1

**Subject:** FW: Activity in Case 1:17-cv-03591 Boim et al v. American Muslims for Palestine et al response in opposition to motion

Christina,

We have received and reviewed Defendants' brief in response to Plaintiffs' motion for leave to file an amended complaint. Despite Judge Coleman's explicit instruction that Defendants' response would ". . . not [be] a motion to dismiss the amended complaint", Defendants' response was a full 15-page brief that is in all but name a motion to dismiss pursuant to Rules 12(b)(1) and 12(b)(6). In light of that, would Defendants be amenable to granting a two-week extension to the reply deadline so that Plaintiffs can fully respond to the arguments raised in Defendants' response brief.

Best,

Seth Corthell

**Jaszczuk P.C.**
311 S. Wacker Drive, Suite 3200
Chicago, IL 60606
312-442-0401
scorthell@jaszczuk.com
www.jaszczuk.com

NOTICE: This email is from the law firm of Jaszczuk P.C., may contain information that is privileged, confidential and/or protected from disclosure under applicable law, and is intended solely for the use of the individual(s) to whom it is addressed. If you believe you received this email in error, please notify the sender immediately, destroy this email and all copies of it and do not copy or disclose it to anyone else.

**From:** usdc_ecf_ilnd@ilnd.uscourts.gov <usdc_ecf_ilnd@ilnd.uscourts.gov>
**Sent:** Wednesday, April 24, 2019 2:12 PM
**To:** ecfmail_ilnd@ilnd.uscourts.gov
**Subject:** Activity in Case 1:17-cv-03591 Boim et al v. American Muslims for Palestine et al response in opposition to motion


**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**
**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

**United States District Court**

**Northern District of Illinois - CM/ECF LIVE, Ver 6.2.2**

## Notice of Electronic Filing

The following transaction was entered by Jump, Christina on 4/24/2019 at 2:11 PM CDT and filed on 4/24/2019

| | |
|---|---|
| **Case Name:** | Boim et al v. American Muslims for Palestine et al |
| **Case Number:** | 1:17-cv-03591 |
| **Filer:** | American Muslims for Palestine |

        Americans for Justice in Palestine Educational Foundation
        Abdelbasset Hamayel
        Osama Abu Irshaid
        Rafeeq Jaber

**WARNING: CASE CLOSED on 08/18/2017**

**Document Number:** 160

**Docket Text:**
**RESPONSE by American Muslims for Palestine, Americans for Justice in Palestine Educational Foundation, Abdelbasset Hamayel, Osama Abu Irshaid, Rafeeq Jaberin Opposition to MOTION by Plaintiffs Joyce Boim, Stanley Boim for leave to file *First Amended Complaint*[149], SEALED MOTION by Plaintiffs Joyce Boim, Stanley Boim *for Leave to File an Amended Complaint*[148] (Attachments: # (1) Exhibit Courtesy Copies of Cases)(Jump, Christina)**

**1:17-cv-03591 Notice has been electronically mailed to:**

Alyza D Lewin    alyza@lewinlewin.com, lynda@lewinlewin.com

Charles D. Swift    cswift@clcma.org, cjump@clcma.org, cmcdonald@clcma.org

Christina Anne Jump    cjump@clcma.org, lemery@clcma.org, lmustafa@clcma.org

Daniel I. Schlessinger    dschlessinger@jaszczuk.com

Joshua Michael Fliegel    joshua.fliegel@lockelord.com, ChicagoDocket@lockelord.com, jduresa@lockelord.com

Michael Brett Kind    michael.kind@lockelord.com, chicagodocket@lockelord.com, karen.soto@lockelord.com

Nathan Lewin    nat@lewinlewin.com, lynda@lewinlewin.com

Seth Corthell    scorthell@jaszczuk.com

Stephen J. Landes    stephen.landes@lockelord.com, ChicagoDocket@lockelord.com, jean.feipel@lockelord.com

Thomas Anthony Durkin    tdurkin@durkinroberts.com, arivkin@durkinroberts.com, cmontag@durkinroberts.com, jdroberts@durkinroberts.com, rwaters@durkinroberts.com

William Allen Woolley    allen.woolley@lockelord.com, ChicagoDocket@lockelord.com, croe@lockelord.com

**1:17-cv-03591 Notice has been delivered by other means to:**

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1040059490 [Date=4/24/2019] [FileNumber=20410755-0] [aca4464227593f72b043ec7677bd5fcd6a91e3f8e468e3cd38ab1a83ab7928fe30 0c66af7c01d038fb2b2b19ff5f2c4908aad0654922eb68f0233c1e87065dff]]

**Document description:**Exhibit Courtesy Copies of Cases
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1040059490 [Date=4/24/2019] [FileNumber=20410755-
1] [502218d68771d11ee2c3c0428809d9bc9997dacd9780965f9b2edd6aef330c3c48
fe57e167382809247f284cea3cfc4dcee1859e76502d6a50ec3149e545ec2f]]