# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | |
|---|---|
| STANLEY BOIM, INDIVIDUALLY AND AS ADMINISTRATOR OF THE ESTATE OF DAVID BOIM, DECEASED, AND JOYCE BOIM, <br><br> Plaintiffs, <br><br> v. <br><br> AMERICAN MUSLIMS FOR PALESTINE; AMERICANS FOR JUSTICE IN PALESTINE EDUCATIONAL FOUNDATIONL RAFEEQ JABER; ABDELBASSET HAMAYEL; AND OSAMA ABUIRSHAID., <br><br> Defendants. | Civil No. 17-cv-03591 <br><br> **Hon. Sharon Johnson Coleman** <br><br> Hon. Sidney I. Schenkier |

## NOTICE OF MOTION

**PLEASE TAKE NOTICE** that on Tuesday April 30, 2018 at 8:45 a.m., or as soon thereafter as counsel may be heard, we shall appear before the Honorable Sharon Johnson Coleman or any other judge sitting in her stead, in Courtroom 1425 in the Everett McKinley Dirksen United States Courthouse, 219 South Dearborn Street, Chicago, Illinois, and then and there present *Plaintiffs' Motion to (1) Convert Defendants' Response to Plaintiffs' Motion for Leave to File an Amended Complaint to a Motion to Dismiss and (2) Extend the Deadline or Set a Date for Plaintiffs to File a Reply and/or Response* a copy of which has been served upon you.

April 25, 2019

Respectfully submitted,

/s/ *W. Allen Woolley*
Stephen J. Landes
W. Allen Woolley
Michael B. Kind
LOCKE LORD LLP
111 South Wacker Drive
Chicago, IL 60606
(312) 443-0700

*Attorneys for Stanley Boim, Individually and as the Administrator of the Estate of David Boim, Deceased, and Joyce Boim*

<u>Of Counsel</u>
Nathan Lewin (*pro hac vice*)
Alyza D. Lewin (*pro hac vice*)
LEWIN & LEWIN LLP
888 17th Street NW, 4th Floor
Washington, D.C. 20006
(202 828-1000

Daniel I. Schlessinger
Seth H. Corthell
JASZCZUK P.C.
311 South Wacker Drive, Suite 3200
Chicago, IL 60606
(312) 442-0509

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing has been filed electronically using the Court's CM/ECF system and has been served to all parties via email through CM/ECF on this 25th day of April 2019.

                                                                  */s/ W Allen Woolley*