UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.2.2
Eastern Division

Stanley Boim, et al.

                                      Plaintiff,

v.                                                   Case No.: 1:17−cv−03591
                                                          Honorable Sharon Johnson Coleman

American Muslims for Palestine, et al.

                                      Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Friday, April 26, 2019:

      MINUTE entry before the Honorable Sharon Johnson Coleman: The plaintiffs' motion [161] is granted in part and denied in part. The Court declines to convert the defendants' response brief into a motion to dismiss. The Court grants the plaintiffs' request for an extension of time. Accordingly, the plaintiffs' reply is due by 5/17/2019. Once fully briefed, the matter will be taken under advisement. No appearance necessary on 4/30/2019. Mailed notice. (ym, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.