# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF
# ILLINOIS EASTERN DIVISION

| | |
|---|---|
| STANLEY BOIM, Individually and as Administrator of the Estate of David Boim, deceased; and JOYCE BOIM, <br><br> Plaintiffs, <br><br> v. <br><br> AMERICAN MUSLIMS FOR PALESTINE; AMERICANS FOR JUSTICE IN PALESTINE EDUCATIONAL FOUNDATION; RAFEEQ JABER; ABDELBASET HAMAYEL; AND OSAMA ABURISHAID, <br><br> Defendants. | Civil No. 17-cv-03591 <br><br> Hon. Sharon Johnson Coleman <br><br> Hon. Sidney I. Schenkier <br><br> **Noticed for Presentment on May 8, 2019 at 8:30 a.m.** |

## DEFENDANTS' MOTION FOR LEAVE
## TO FILE DOCUMENTS PROVISIONALLY UNDER SEAL

Pursuant to L.R. 26.2(c), Defendants American Muslims for Palestine, Americans for Justice in Palestine Educational Foundation, Rafeeq Jaber, Abdelbaset Hamayel, and Osama Abuirshaid ("Defendants") move to file an unredacted version of their Response in Opposition to Plaintiffs' Second Motion to Remove Improper Confidentiality Designations electronically under seal. Defendants assert the following in support of this Motion:

1. On May 23, 2018, this Court entered an Agreed Confidentiality Order (Dckt. 71) permitting the parties to designate certain documents and testimony as confidential. Documents designated as confidential can only be disclosed to certain categories of persons, including the Court and its personnel. A party filing a document designated as confidential in connection with a motion must comply with L.R. 26.2.

2. L.R. 26.2(c) requires a party filing a document electronically under seal in connection with

a motion, brief, or other submission to: "(1) provisionally file the document electronically under seal; (2) file electronically at the same time a public-record version of the brief, motion or other submission with only the sealed document excluded; and (3) move the court for leave to file the document under seal."

3. Pursuant to the Agreed Confidentiality Order, Defendants have designated certain documents and testimony as confidential. Defendants' Response in Opposition to Plaintiffs' Second Motion to Remove Improper Confidentiality Designations contains descriptions of documents and deposition testimony that have been designated as confidential. Under the terms of the Confidentiality Order, information designated as confidential cannot be filed in the public record.

4. Pursuant to L.R. 26.2(c), Defendants are provisionally filing the full version of the Response in Opposition to Plaintiffs' Second Motion to Remove Improper Confidentiality Designations electronically under seal. Defendants are also electronically filing a redacted public-record version *not* under seal. This Motion seeks leave to file the documents under seal, as required by the Local Rules.

5. The document that Defendants request to file under seal is in response to a motion filed by Plaintiffs; accordingly, filing under seal will not result in prejudice to the Plaintiffs.

For the foregoing reasons, Defendants respectfully request that the Court grant them leave to file the Response in Opposition to Plaintiffs' Second Motion to Remove Confidentiality Designations provisionally under seal.

Dated this 29th day of April, 2019.

/s/ *Christina Jump*
Charles D. Swift
Texas Bar No. 24091964
*Pro Hac Attorney for Defendants*
Christina A. Jump
Texas Bar No. 00795828
*Attorney for Defendants*
Constitutional Law Center for
Muslims in America
833 E. Arapaho Rd, Suite 102
Richardson, TX 75081
Phone: (972) 914-2507
Fax: (972) 692-7454

Thomas Anthony Durkin
ID No. 0697966
2446 N. Clark Street
Chicago, IL 60614
Tel: 312-981-0123
Fax: 312-913-9235
tdurkin@durkinroberts.com
*Local Counsel for Defendants*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 29th day of April 2019, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send a notice of electronic filing to all counsel of record.

/s/ *Christina Jump*
Christina A. Jump
*Attorney for Defendants*