UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.2.2
Eastern Division

Stanley Boim, et al.

                                          Plaintiff,

v.                                                        Case No.: 1:17−cv−03591
                                                        Honorable Sharon Johnson Coleman

American Muslims for Palestine, et al.

                                          Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Tuesday, April 30, 2019:

      MINUTE entry before the Honorable Sidney I. Schenkier: Defendants' motion for leave to file documents provisionally under seal (doc. #[166]) is granted; no appearance on the motion is required. Defendants are further given leave to file their response in opposition to plaintiffs' second motion to remove confidentiality designations provisionally under seal. Mailed notice. (jj, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.