IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| STANLEY BOIM, INDIVIDUALLY AND AS ADMINISTRATOR OF THE ESTATE OF DAVID BOIM, DECEASED, AND JOYCE BOIM,<br><br>          Plaintiffs,<br><br>  v.<br><br>AMERICAN MUSLIMS FOR PALESTINE; AMERICANS FOR JUSTICE IN PALESTINE EDUCATIONAL FOUNDATION; RAFEEQ JABER; ABDELBASSET HAMAYEL; AND OSAMA ABUIRSHAID,<br><br>          Defendants. | Civil No. 17-cv-03591<br><br>**Hon. Sharon Johnson Coleman**<br><br>Hon. Sidney I. Schenkier |

**MOTION FOR LEAVE TO WITHDRAW APPEARANCES
OF ATTORNEYS AT LOCKE LORD, LLP**

Counsel for plaintiffs Stanley Boim, Individually and as Administrator of the Estate of David Boim, Deceased, and Joyce Boim (the "Plaintiffs"), W. Allen Woolley, Stephen J. Landes, Michael B. Kind, and Joshua Fliegel, all of Locke Lord LLP, hereby move pursuant to Local Rule 83.17 for leave to withdraw as counsel for the Plaintiffs.

1. Daniel I. Schlessinger, then of Locke Lord LLP, filed his appearance for the Plaintiffs on May 12, 2017. (Dkt. No. 4.) Attorney Schlessinger subsequently moved his practice to the firm of Jaszczuk P.C.

2. Seth H. Corthell of Jaszczuk P.C., filed his appearance for the Plaintiffs on May 16, 2018. (Dkt. No. 57.)

3. The Plaintiffs have transferred the handling of this matter to Attorneys Schlessinger and Corthell and Jaszczuk P.C. Accordingly, Locke Lord counsel Woolley, Landes,

Kind, and Fliegel seek leave to withdraw their appearances. Attorneys Schlessinger and Corthell will remain as counsel of record for the Plaintiffs.

4.  There will be no prejudice to the Plaintiffs or any other party as a result of this withdrawal. The Plaintiffs retain attorneys Schlessinger and Corthell as their counsel, and given their significant involvement from the onset of the case, attorneys Schlessinger and Corthell are familiar with the facts and legal issues in this case, as well as all relevant deadlines.

5.  Moreover, Attorney Schlessinger, who is a member of this Court's trial bar, intends to file an amended appearance substituting as lead trial counsel for the Plaintiffs upon the Court's granting of this motion.

For the reasons set forth herein, attorneys Allen Woolley, Stephen Landes, Michael Kind, and Joshua Fliegel, all of Locke Lord LLP, respectfully request leave to withdraw their appearances as counsel of record for the Plaintiffs and for any further relief that this Court deems proper.

Dated: December 10, 2019                                Respectfully submitted,

*/s/ Joshua M. Fliegel*
Stephen J. Landes
W. Allen Woolley
Michael B. Kind
Joshua M. Fliegel
LOCKE LORD LLP
111 South Wacker Drive
Chicago, IL 60606
(312) 201-2772

*Attorneys for Stanley Boim, Individually and as the Administrator of the Estate of David Boim, Deceased, and Joyce Boim*

## **CERTIFICATE OF SERVICE**

    Joshua M. Fliegel, an attorney, hereby certifies that on December 10, 2019, a true and correct copy of the foregoing document was filed using the Court's CM/EC system, which will automatically notify and serve all parties of record by electronic mail.

                                                                            */s/    Joshua M. Fliegel*