# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | |
|---|---|
| STANLEY BOIM, INDIVIDUALLY AND AS ADMINISTRATOR OF THE ESTATE OF DAVID BOIM, DECEASED, AND JOYCE BOIM, <br><br> Plaintiffs, <br><br> v. <br><br> AMERICAN MUSLIMS FOR PALESTINE; AMERICANS FOR JUSTICE IN PALESTINE EDUCATIONAL FOUNDATION; RAFEEQ JABER; ABDELBASSET HAMAYEL; AND OSAMA ABUIRSHAID, <br><br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) <br><br> Civil No. 17-cv-03591 <br><br> **Hon. Sharon Johnson Coleman** <br><br> Hon. Sidney I. Schenkier |

## NOTICE OF MOTION

TO: All Counsel of Record

PLEASE TAKE NOTICE that on Tuesday, December 17, 2019 at 8:45 a.m., or as soon thereafter as counsel may be heard, counsel for the Plaintiffs shall appear before the Honorable Sharon Johnson Coleman, or any judge sitting in her stead in Courtroom 1241 of the United States District Court of the Northern District of Illinois, Eastern Division, 219 South Dearborn Street, Chicago, Illinois 60604 and shall then and there present its Motion for Leave to Withdraw Appearances of Attorneys at Locke Lord LLP, a copy of which is hereby served upon you.

Dated: December 10, 2019

Respectfully submitted,

*/s/ Joshua M. Fliegel*
Stephen J. Landes
W. Allen Woolley
Michael B. Kind
Joshua M. Fliegel
LOCKE LORD LLP
111 South Wacker Drive
Chicago, IL 60606
(312) 201-2772

*Attorneys for Stanley Boim, Individually and as the Administrator of the Estate of David Boim, Deceased, and Joyce Boim*

## **CERTIFICATE OF SERVICE**

Joshua M. Fliegel, an attorney, hereby certifies that on December 10, 2019, a true and correct copy of the foregoing document was filed using the Court's CM/EC system, which will automatically notify and serve all parties of record by electronic mail.

*/s/ Joshua M. Fliegel*