UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.1
Eastern Division

Stanley Boim, et al.
                                        Plaintiff,
v.                                      Case No.: 1:17−cv−03591
                                        Honorable Sharon Johnson Coleman
American Muslims for Palestine, et al.
                                        Defendant.

# NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, December 13, 2019:

MINUTE entry before the Honorable Sharon Johnson Coleman: Attorneys Stephen J. Landes, W. Allen Woolley, Michael B. Kind, and Joshua M. Fliegel's motion for leave to withdraw appearances of attorneys at Locke Lord, LLP [173] is granted. Attorneys Stephen J. Landes, William Allen Woolley, Joshua Michael Fliegel, and Michael Brett Kind terminated. No appearance necessary on 12/17/2019. Mailed notice. (ym, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.