IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| STANLEY BOIM, INDIVIDUALLY AND AS ADMINISTRATOR OF THE ESTATE OF DAVID BOIM, DECEASED, AND JOYCE BOIM,<br><br>Plaintiffs,<br><br>v.<br><br>AMERICAN MUSLIMS FOR PALESTINE; AMERICANS FOR JUSTICE IN PALESTINE EDUCATIONAL FOUNDATION; RAFEEQ JABER; ABDELBASSET HAMAYEL; AND OSAMA ABUIRSHAID.,<br><br>Defendants. | Civil No. 17-cv-03591<br><br>**Hon. Sharon Johnson Coleman**<br><br>Hon. Sidney I. Schenkier |

## Notice of Filing

Pursuant to this Court's Order granting Plaintiffs' motion for leave to file their First Amended Complaint ("FAC") (Dkt. 176), Plaintiffs intend to file their FAC with several non-substantive changes to account for a changed address and the effect of a subsequent order by this Court, as well as to correct minor typographical errors in the proposed FAC.[1]  Specifically, Plaintiffs have revised the FAC to reflect the now-current address of Defendant Americans for Justice in Palestine Educational Foundation, to correct typographical errors in paragraphs 8, 11, 20, and 133, and to unredact paragraph 133.  The information in paragraph 133 was previously designated as confidential by Defendants, but the designation was stricken by Magistrate Judge Schenkier on May 8, 2019.  (Dkt. 170, at p. 2).

---

[1] Excerpts from the FAC with the revisions redlined are attached hereto as Exhibit A.

Dated: December 17, 2019				Respectfully submitted,


						*/s/ Seth H. Corthell*
						Daniel I. Schlessinger
						Seth Corthell
						JASZCZUK P.C.
						311 South Wacker Drive
						Suite 1775
						Chicago, Illinois 60606
						(312) 442-0509

						*Attorneys for Stanley Boim, Individually and as the Administrator of the Estate of David Boim, Deceased, and Joyce Boim*


<u>Of Counsel</u>
Nathan Lewin
Alyza D. Lewin
LEWIN & LEWIN LLP
888 17th Street NW
4th Floor
Washington, DC 20006
(202) 828-1000

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing has been filed electronically using the Court's CM/ECF system and has been served to all parties via email through CM/ECF on this 17th day of December 2019.

*/s/ Seth H. Corthell*