# -EXHIBIT A-

*Boim* Judgment against AMP and AJP as alter egos and successors of the *Boim* Defendants. These cases will permit the Boims to recover long-overdue compensation from alter-egos that continue to raise money and conduct operations in place of IAP/AMS.

8. More importantly, enforcing the *Boim* Judgment against these alter egos also will serve the larger purpose of ensuring the efficacy of the civil remedies provisions of the ATA. In upholding the *Boim* Judgment, the U.S. Court of Appeals for the Seventh Circuit, sitting *en banc*, made clear that the conduct of the *Boim* Defendants was nothing less than intentional funding ~~for~~ <u>of</u> terrorism: "the American Muslim Society…*did* know (that) in giving money to the (Holy Land) Foundation (it) was deliberately funneling money to Hamas." *Boim v. Holy Land Foundation*, 549 F.3d 685, 701 (7th Cir. 2008) (*en banc*) ("*Boim III*"). The *Boim* Judgment awarded under the ATA fulfilled an important role in the legislative scheme to protect American nationals from terrorism: It saddled organizations that had deliberately funded Hamas with significant liability and disapprobation. Unfortunately, casting off that liability and negative publicity has proved all too easy in this case. The *Boim* Defendants simply claimed they were out of money and had gone out of business, only to reemerge and re-start their fundraising later under new names, free of the burden of the *Boim* Judgment. Permitting United States-based supporters of terrorism to regroup and cast away their liability would effectively render the civil liability provisions of the ATA a nullity. This case seeks to ensure that entities found liable for violations of the ATA cannot escape that liability simply by forming new entities and changing their name.

9. In addition to enforcing the *Boim* Judgment against AMP/AJP, this action seeks declaratory relief and damages against defendant Rafeeq Jaber, who is himself an alter ego of IAP/AMS. Jaber was a founder of AMS and president of IAP. He participated in the direction

4

and control of those entities in 1996, and was directly involved in the conduct that gave rise to the *Boim* Judgment. He remained the president and a director of IAP/AMS until the end and directed the purported wind-up of these organizations in 2004 and 2005. As such, he had fiduciary duties to the Boims as judgment creditors of IAP/AMS. He failed to exercise adequate diligence and care in carrying out those duties and concealed the continuation of the *Boim* Defendants to evade collection of the *Boim* Judgment.

10. This action requests that the Court (i) enter a declaratory judgment determining that AMP and AJP are the alter ego and/or successors of one or more of the *Boim* Defendants (including IAP/AMS); (ii) enter a declaratory judgment determining that Rafeeq Jaber is the alter ego of one or more of the *Boim* Defendants (including IAP/AMS) or is liable under the doctrine of veil piercing; (iii) enter a declaratory judgment determining that each of Defendants is jointly and severally liable for the unsatisfied portion of the *Boim* Judgment; (iv) enter money judgments against each of the Defendants, jointly and severally, for this unpaid liability; and (v) enter a money judgment against Jaber for fraudulently concealing from Plaintiffs material facts regarding the collection of the *Boim* Judgment, including that IAP/AMS was being resurrected in the form of AMP and that IAP/AMS continued to have valuable good will, intangible assets, and a newspaper that were being passed on without any compensation to Plaintiffs.

## JURISDICTION AND VENUE

11. This Court has jurisdiction over this action pursuant to 18 U.S.C. §§ 2333(a) and 2338 and 28 U.S.C. §§1331 because Plaintiffs seek to impose liability on AMP, AJP and ~~the~~ Rafeeq Jaber arising from the civil liability provisions of the ATA, 18 U.S.C. § 2333(d)(2), as alter egos and/or successors of the *Boim* Defendants. *See, e.g., Bd. of Trustees, Sheet Metal Workers' Nat. Pension Fund v. Elite Erectors, Inc.*, 212 F.3d 1031, 1037-1038 (7th Cir. 2000)

5

16. AMP (American Muslims for Palestine) is a California corporation now listed as suspended on the California Secretary of State website. The entity's listed mailing address is 10101 South Roberts Rd., Palos Hills, Illinois.

17. AJP (Americans for Justice in Palestine Educational Foundation, doing business as American Muslims for Palestine) is a 501(c)(3) tax-exempt organization incorporated in California and located at ~~10063 South 76th Avenue, Bridgeview, Illinois~~6404 Seven Corners Place, Suite N, Falls Church, VA 22044-2034.

18. Individual Defendant Rafeeq Jaber is a resident of Illinois and this Judicial District. Individual Defendant Rafeeq Jaber was a founder of AMS and president of IAP. He was directly involved in the conduct that gave rise to the *Boim* Judgment and was an alter ego of AMS/IAP and/or is subject to liability under the doctrine of veil piercing.

## GENERAL ALLEGATIONS

19. Stanley and Joyce Boim's seventeen-year old son David was murdered by Hamas terrorists at a bus stop in Israel in 1996. He was standing with a group of classmates on their way to Jerusalem to attend a review class in preparation for their matriculation exams. A car drove up opposite the boys and a gunman shot at the group, hitting David in the head. David died the next day. The Boims filed suit in 2000 in this Court under the civil remedies provision of the ATA, 18 U.S.C. §2333. The *Boim* Defendants included individuals and organizations in the United States that provided material support to Hamas in violation of 18 U.S.C. §2339A. They included, *inter alia*, *Boim* Defendants HLF, IAP/AMS, the American Middle East League for Palestine ("AMELP"), and a purported think tank, the United Association for Studies and Research ("UASR"), which was the political command center of Hamas in the United States.

7

## HAMAS BUILDS A NETWORK—INCLUDING
## IAP AND AMS—TO FUND ITS ACTIVITIES

20. The Gaza branch of the International Muslim Brotherhood became Hamas in 1987 during the Palestinian uprising against Israel known as the "First Intifada." As IAP board member and AMP leader Osama Abuirshaid has explained, less than a year later: "Hamas issued its charter (or covenant)…. The charter is an unapologetically hard-line document that vividly promises destruction to Israel. However, with the passing of time…. the discourse of Hamas has become much softer, though the major beliefs of the movement remain unchanged and it continues to refuse the recognition of the state of Israel." The Hamas charter calls for the annihilation of Israel through "jihad" (i.e. holy war) and seeks to establish an Islamic state in place of Israel, "from the (Jordan) River to the (Mediterranean) Sea." It rejects not just the state of Israel but also secular Palestinian rule, and it advocates the use of violence and terrorist attacks to achieve its ends. The leaders of IAP/AMS, HLF and AMP/AJP, and the organizations themselves, are well-known vocal advocates and proponents of this ideology and political program.

21. Primarily through the Izz al-Din al-Qassam Brigades (Hamas' military wing), and now as the de facto governing body in Gaza, Hamas has taken credit for numerous acts of terror, including suicide bombings and shootings of civilians and military targets, dating back to its inception. In 1995, the United States designated Hamas as a "Specially Designated Terrorist" in Executive Order 12947 (January 25, 1995), which declared a national emergency with respect to the "grave acts of violence committed by foreign terrorists that disrupt the Middle East peace process." This designation was reaffirmed under Executive Order 13224 (October 31, 2001) and remains in effect today.

political figure, who has been a vocal critic of the existence of the State of Israel and openly expresses views aligned with Hamas.

130. Bazian has known Rafeeq Jaber, president of IAP/AMS, since the mid-1990s and was a regular participant in IAP/AMS events, including as a speaker for at least five separate IAP conferences and events. In 2004 he was a featured speaker at a fundraiser for KindHearts together with Mohammed el-Mezain, a leader of HLF who is now in prison for providing money to Hamas. He also appeared along with Abuirshaid on a panel moderated by Jaber at the 2006 MAS convention.

131. As with Abuirshaid and Hamayel, Bazian maintains ties with foreign organizations tied to Hamas. For example, in 2014, Bazian spoke at a fundraiser in the United Kingdom for Interpal, an organization that was designated by the United States Treasury in 2003 as a Specially Designated Global Terrorist because of its affiliation with Hamas.

132. Salah Sarsour. Salah Sarsour is the CEO of Prime Furniture in Milwaukee, Wisconsin. He owns and operates the business together with his two brothers, Emad (Imad) and Jamil. Emad was for many years a member of the IAP/AMS board of directors. Prime Furniture was a donor and bundler of donations to HLF and a consistent and generous financier of IAP events. Rafeeq Jaber identified Salah Sarsour as "active in IAP," and Salah Sarsour was a member of the planning committee for the 2001 IAP convention.

133. Salah Sarsour is a permanent resident of the United States but is deeply connected to Hamas figures in the Middle East and has a background as a Hamas operative and funder. He was imprisoned in Israel on October 14, 1994 for activities on behalf of Hamas. Israeli police records state that he was indicted for sheltering and providing a weapon to a Hamas militant. His brother, Jamil Sarsour, after he was arrested in 1999 at the Tel Aviv airport, He then told Israel

48