UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| STANLEY BOIM, Individually and as Administrator of the Estate of David Boim, deceased; and JOYCE BOIM, <br><br> Plaintiffs, <br><br> v. <br><br> AMERICAN MUSLIMS FOR PALESTINE; AMERICANS FOR JUSTICE IN PALESTINE EDUCATIONAL FOUNDATION; RAFEEQ JABER, <br><br> Defendants. | Civil No. 17-cv-03591 <br><br> Hon. Sharon Johnson Coleman <br><br> Hon. Sidney I. Schenkier <br><br> NOTICED FOR PRESENTMENT ON JANUARY 7, 2020 at 8:45 A.M. |

**UNOPPOSED MOTION FOR EXTENSION OF TIME
FOR DEFENDANTS' RESPONSE TO PLAINTIFF'S AMENDED COMPLAINT**

Counsel for Defendants American Muslims for Palestine ("AMP"), Americans for Justice in Palestine Educational Foundation ("AJP"), and Rafeeq Jaber ("Jaber) (collectively, "Defendants"), submit this Unopposed Motion for the reasons stated below.

On December 13, 2019, this Court granted Plaintiffs' Motion for Leave to file an Amended Complaint. Doc. 176. On December 18, 2019, Plaintiffs filed their Amended Complaint. Doc. 179. Counsel for Defendants hereby files this Unopposed Motion seeking an extension of time to file their answer and/or Motion to Dismiss, and respectfully request an extension of two weeks, until January 14, 2020. This extension is not requested for purposes of delay. Instead, this request is made in light of defense counsel's religious observances and upcoming related holidays.

Counsel for Defendants conferred with counsel for Plaintiffs on December 20, 2019, and counsel

for Plaintiffs does not oppose this request. Counsel for Defendants will submit a Proposed Order via email in accordance with the Case Procedures of this Court.

Respectfully submitted this 20th day of December, 2019.

*/s/ Christina A. Jump*
Chares D. Swift
Texas Bar No. 24091964
*Pro Hac Attorney for Defendants*
Christina A. Jump
Texas Bar No. 00795828
*Attorney for Defendants*
Constitutional Law Center for
Muslims in America
833 E. Arapaho Rd, Suite 102
Richardson, TX  75081
Phone: (972) 914-2507
Fax: (972) 692-7454

Thomas Anthony Durkin
ID No. 0697966
2446 N. Clark Street
Chicago, IL 60614
Tel: 312-981-0123
Fax: 312-913-9235
tdurkin@durkinroberts.com
*Local Counsel for Defendants*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 20th day of December, 2019, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send a notice of electronic filing to all counsel of record.

*/s/ Christina Jump*
Christina A. Jump
*Attorney for Defendants*

2