## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.1
### Eastern Division

Stanley Boim, et al.

                                                      Plaintiff,

v.                                                              Case No.: 1:17−cv−03591
                                                              Honorable Sharon Johnson Coleman

American Muslims for Palestine, et al.

                                                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, December 20, 2019:

      MINUTE entry before the Honorable Sharon Johnson Coleman: Defendants' unopposed motion for extension of time to respond to the amended complaint [183] is granted. Responsive pleadings to be filed by 1/14/2020. No appearance necessary on 1/7/2020. Mailed notice. (ym, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.