# EXHIBIT A

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| STANLEY BOIM, Individually and as Administrator of the Estate of David Boim, deceased; and JOYCE BOIM,<br><br>        Plaintiffs,<br><br>  v.<br><br>AMERICAN MUSLIMS FOR PALESTINE; AMERICANS FOR JUSTICE IN PALESTINE EDUCATIONAL FOUNDATION; RAFEEQ JABER; ABDELBASSET HAMAYEL; AND OSAMA ABURISHAID,<br><br>        Defendants. | Civil No. 17-cv-03591<br><br>Hon. Sharon Johnson Coleman<br><br>Hon. Sidney I. Schenkier |

## **DECLARATION OF RAFEEQ JABER**

I, Rafeeq Jaber, hereby declare under penalty of perjury and in accordance with 28 U.S.C. § 1746 the following:

1. I submit this declaration based on my own personal knowledge.

2. I am over the age of 18 and competent to testify to the facts recited below.

3. I came to the United States in 1974.

4. I became a U.S. citizen in 1980.

5. When I first came to the United States, I worked in a factory for Dearborn Glass Company.

6. When Dearborn Glass Company went out of business, I began working for Metropolitan Life ("Met Life"), first as an insurance agent.

7. After I was an insurance agent, I became a sales manager at Met Life.

8. I eventually became a branch manager at Met Life.

9. I worked for Met Life from 1974 until approximately 1996, when I resigned. Then I also worked for Monumental Life for a little over a year as an agent.

10. Since retiring, I have done freelance work as a financial planner and tax preparer.

11. I began my own business, Jaber Financial Services, in or around 2000.

12. I was the President of Islamic Association for Palestine Chicago Chapter ("IAP") for approximately six years, from in or around 1990 to 1996.

13. In that position (President of IAP), I reported to the Board of Directors of IAP.

14. IAP ceased operating in or around 2004.

15. I was also the President for American Muslim Society ("AMS") in the early 1990s.

16. I was deposed in or around March 2005 (as well as before), and testified that both IAP and AMS were financially defunct by that time. I believe, as I testified previously, that both entities were defunct as of roughly one year before my deposition in March 2005, and as of that time there were no assets left.

17. I do not serve in any official capacity with Americans for Justice in Palestine Educational Fund ("AJP") or American Muslims for Palestine ("AMP"). I have done taxes for these organizations, as that is my trade.

18. I am not on the Board of Directors for either AMP or AJP.

19. In or around 2012, I moved the office of my financial consulting business to the same building where AMS and IAP had been several years beforehand, when larger office space became available in that building.

20. However, I am not in the same office space that was formerly occupied by IAP and AMS.

21. I did not take over the office space formerly occupied by IAP or AMS.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct and based on my personal knowledge.

Rafeeq Jaber, Declarant

8-23-18
Date Executed