# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF
# ILLINOIS EASTERN DIVISION

| | |
|---|---|
| STANLEY BOIM, Individually and as Administrator of the Estate of David Boim, deceased; and JOYCE BOIM,<br><br>Plaintiffs,<br><br>v.<br><br>AMERICAN MUSLIMS FOR PALESTINE; AMERICANS FOR JUSTICE IN PALESTINE EDUCATIONAL FOUNDATION; RAFEEQ JABER,<br><br>Defendants. | Civil No. 17-cv-03591<br><br>Hon. Sharon Johnson Coleman<br><br>Hon. Sidney I. Schenkier |

### DEFENDANT AMERICAN MUSLIMS FOR PALESTINE/AMERICANS FOR JUSTICE IN PALESTINE EDUCATIONAL FOUNDATION'S NOTICE OF PRESENTMENT AS TO MOTION TO DISMISS UNDER 12(b)(1)

**PLEASE TAKE NOTICE** that on **January 28, 2020 at 8:45 a.m.**, or as soon as counsel may be heard, counsel for American Muslims for Palestine/Americans for Justice in Palestine Educational Foundation shall appear before the Honorable Sharon Johnson Coleman, or any other judge sitting in her place, in Courtroom 1241 in the Everett McKinley Dirksen United States Courthouse, 219 South Dearborn Street, Chicago, Illinois, and there present *Defendant's Motion to Dismiss Under 12(b)(1)*, a copy of which has been served upon all parties of record.

Respectfully submitted this 14th day of January, 2020.

*/s/ Christina Jump*
Christina A. Jump
Texas Bar No. 00795828
*Attorney for Defendants*
Charles D. Swift
Texas Bar No. 24091964
*Pro Hac Attorney for Defendants*
Constitutional Law Center for
Muslims in America
833 E. Arapaho Rd, Suite 102
Richardson, TX 75081
Phone: (972) 914-2507
Fax: (972) 692-7454

Thomas Anthony Durkin
ID No. 0697966
2446 N. Clark Street
Chicago, IL 60614
Tel: 312-981-0123
Fax: 312-913-9235
tdurkin@durkinroberts.com
*Local Counsel for Defendants*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 14th day of January, 2020, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

*/s/ Christina Jump*
Christina A. Jump
*Attorney for Defendants*
