UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| STANLEY BOIM, Individually and as Administrator of the Estate of David Boim, deceased; and JOYCE BOIM,<br><br>Plaintiffs,<br><br>v.<br><br>AMERICAN MUSLIMS FOR PALESTINE; AMERICANS FOR JUSTICE IN PALESTINE EDUCATIONAL FOUNDATION; RAFEEQ JABER,<br><br>Defendants. | Civil No. 17-cv-03591<br><br>Hon. Sharon Johnson Coleman<br><br>Hon. Sidney I. Schenkier<br><br>DEFENDANT AMP/AJP'S MOTION FOR LEAVE TO FILE ITS RULE 12(B)(1) MOTION TO DISMISS UNDER SEAL |

**DEFENDANT AMP/AJP'S MOTION FOR LEAVE TO FILE ITS RULE 12(B)(1)
MOTION TO DISMISS UNDER SEAL**

Pursuant to L.R. 26.2(c), Defendant American Muslims for Palestine and Americans for Justice in Palestine Educational Foundation (hereinafter collectively referred to as "Defendant AMP/AJP") moves to file an unredacted version of its Motion to Dismiss brought under Fed. R. Civ. P. 12(b)(1) electronically under seal. In support of this Motion, Defendant AMP/AJP states the following:

Consistent with the Agreed Confidentiality Order entered by this Court, documents designated as confidential in this matter can only be disclosed to certain types of persons, including the Court and its personnel, and cannot be part of the public record. The Local Rules of this Court require that a party wishing to file a document or portion of a document electronically under seal must file that submission provisionally under seal while simultaneously electronically filing a public-record version of the submission with only the sealed portions excluded. L.R. 26.2(c). The

party seeking to file a document under seal must also move for the Court to take leave to file the document under seal. *Id.*

Defendant AMP/AJP's Rule 12(b)(1) Motion to Dismiss contains an internal exhibit (Ex. 1) to the November 27, 2018 Declaration of Munjed Ahmad included as Exhibit A of Defendant AMP/AJP's Rule 12(b)(1) Motion to Dismiss. This internal exhibit to Mr. Ahmad's November 27, 2018 Declaration has been deemed as confidential by the parties and this Court, so any filing of this internal exhibit must be under seal.

Defendant AMP/AJP has complied with the Local Rules of this Court, as Defendant AMP/AJP provisionally filed an unredacted, sealed version of its Motion to Dismiss brought under Fed. R. Civ. P. 12(b)(1) under seal. Defendant AMP/AJP promptly thereafter filed a public, redacted version of its Motion to Dismiss brought under Fed. R. Civ. P. 12(b)(1). This motion seeks leave, retroactively, to file the documents discussed above under seal, as the content cannot be part of the public record pursuant to the terms of the Agreed Confidentiality Order.

Based on the foregoing, Defendant AMP/AJP respectfully requests this Court grant Defendant AMP/AJP leave to file its Rule 12(b)(1) Motion to Dismiss, and exhibits accompanying that response, under seal.


Dated this 14th day of January, 2020.


*/s/ Christina Jump*
Chares D. Swift
Texas Bar No. 24091964
*Pro Hac Attorney for Defendants*
Christina A. Jump
Texas Bar No. 00795828
*Attorney for Defendants*
Constitutional Law Center for
Muslims in America

2

833 E. Arapaho Rd, Suite 102<br>
Richardson, TX 75081<br>
Phone: (972) 914-2507<br>
Fax: (972) 692-7454

Thomas Anthony Durkin<br>
ID No. 0697966<br>
2446 N. Clark Street<br>
Chicago, IL 60614<br>
Tel: 312-981-0123<br>
Fax: 312-913-9235<br>
tdurkin@durkinroberts.com<br>
*Local Counsel for Defendants*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 14th day of January, 2020, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send a notice of electronic filing to all counsel of record.

/s/ Christina Jump<br>
Christina A. Jump<br>
*Attorney for Defendants*