# EXHIBIT A

## UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| STANLEY BOIM, Individually and as Administrator of the Estate of David Boim, deceased; and JOYCE BOIM, | Civil No. 17-cv-03591 |
| Plaintiffs, | Hon. Sharon Johnson Coleman |
| v. | |
| AMERICAN MUSLIMS FOR PALESTINE; AMERICANS FOR JUSTICE IN PALESTINE EDUCATIONAL FOUNDATION; RAFEEQ JABER; ABDELBASET HAMAYEL; AND OSAMA ABURISHAID, | Hon. Sidney I. Schenkier |
| Defendants. | |

## DECLARATION OF MUNJED AHMAD

I, Munjed Ahmad, hereby declare under penalty of perjury and in accordance with

28 U.S.C. § 1746 the following:

1.  I am over the age of eighteen and of sound mind.

2.  I make this declaration based on my own personal knowledge.

3.  I am one of the founders of AJP Educational Foundation ("AJP"), which

operates under the name American Muslims for Palestine ("AMP").

4.  I was involved in the creation of AMP in 2006, as well as the later creation

of AJP in 2009.

5. AMP was envisioned and first discussed in the later part of 2005, beginning in approximately August 2005, and was officially created in August 2006.

6. I initially discussed the concept of starting an education-based non-profit organization, with the purpose of educating youth in America on Palestine and its history, with Nabila Dache. Despite being in these early conversations, she did not ultimately become a board member of AMP. I also had discussions prior to the formation of AMP with Dr. Hatem Bazian, since he had also observed a need for providing a source of education on Palestine in the United States. Dr. Bazian has continued to be involved with AMP since its inception in 2006.

7. While I did not retain my emails or any other documents on the subject from that time frame, as there was no reason to do so, I was able to locate my handwritten notes from the initial discussions about forming AMP, which are produced as bates labeled 002658 to 002660.

8. These notes (bates labeled 002658 to 002660) are in my handwriting and were created by me at the times reflected therein.

9. The PowerPoint presentation, which is bates labeled 002652 to 002656, was something put together while we were still in the planning and discussion stages of creating AMP. The referenced Directors, committees and workshops were all proposed, and aspirational at that time. The proposed workshops,

described on page 002654, to the best of my recollection, did not take place on the proposed dates listed, or any time in 2005.

10.  As reflected in my handwritten notes (bates labeled 002658 to 002660), both the names "American Muslims for Palestine" and "Muslim Americans for Palestine", or "MAP," were contemplated as names for the organization which had not yet been formed.

11.  The name AMP was the one selected, as reflected in my notes dated "4/14", which I believe to be April 14, 2006.

12.  No activities of or events by AMP took place prior to the official incorporation in August 2006.

13. AJP was created in November 2009.

14. For financial clarity and to avoid confusion, AMP ceased being its own separate entity and became a "d/b/a" of AJP in or around late 2016/early 2017. Subsequently, appropriate documents were filed in all necessary states reflecting the change in status.

15. AMP and AJP are strictly American organizations, funded by voluntary donations made entirely within the United States.

16. AMP's website briefly contained an inadvertent typographical error in the past, in that it referred to AMP beginning in 2005 and 2008.  Those dates were corrected no later than January 2017, to the correct dates of 2006 (the year AMP

was incorporated) and 2009 (the year AJP was incorporated, and when activities for the entities began at a much more frequent level). These correct dates of 2006 and 2009 are verified by the documents showing the incorporation of AMP in 2006 and AJP in 2009.

17. Rafeeq Jaber was not involved in the creation of AMP or AJP.

18. Abdelbaset Hamayel was not involved in the creation of AMP or AJP.

19. Osama Abuirshaid was not involved in the creation of AMP, and though he attended some events and was involved with AMP by 2009, he was not involved in the creation of AJP. He did not become a board member of AJP until 2016.

20. I was never involved with IAP, and did not even know of its existence in 2006.

21. I was never involved with AMS, and did not even know of its existence in 2006.

22. I was never involved with the Holy Land Foundation.

23. I had no involvement in the original Boim lawsuit which was filed in 2000, in which I have since learned IAP, AMS and Holy Land Foundation were defendants.

24. I was not even aware of the original Boim lawsuit until well after the formation of both AMP and AJP.

25. AMP was created to educate our own youth and communities on issues and

culture relating to Palestine.

26. Eventually, AMP's purpose grew to include educating others about issues and culture relating to Palestine as well.

27. AMP has not, at the time of its formation or any time afterwards, ever received any funds which came from IAP, AMS, Holy Land Foundation or any other defendant in the original Boim lawsuit which was filed in 2000.

28. AJP has not, at the time of its formation or any time afterwards, ever received any funds which came from IAP, AMS, Holy Land Foundation or any other defendant in the original Boim lawsuit which was filed in 2000.

29. AMP and AJP never assumed or in any way overtook any contracts or other arrangements made with IAP, AMS or Holy Land Foundation, or any other defendant in the original Boim lawsuit filed in 2000.

30. Neither AMP nor AJP received any assets formerly belonging to IAP.

31. Neither AMP nor AJP received any assets formerly belonging to AMS.

32. Neither AMP nor AJP received any assets formerly belonging to Holy Land Foundation.

33. AMP and AJP keep the personal information of our donors confidential, and only provide it as legally required, such as on our 990s.

34. No records regarding donors to or sponsors of AMP or AJP from 2006 through 2010 were retained in the normal course of business. I have searched

and do not have possession of any myself individually either. However, I attest that the confidential list attached to this Declaration as Exhibit 1, a document created to comply with the orders of the Court in this matter, is, to the best of my personal knowledge, accurate as to early donors to and sponsors of AMP and later AJP for the time periods referenced therein. In addition, this document contains a newly-discovered list of advertisers for the 2007 AMP convention, which was created based on a 2007 AMP conference brochure that was made available from the Plaintiffs in the limited jurisdictional depositions in this matter. Upon information and belief, as best as I recall, this information as to 2007 conference advertisers is also accurate.

35. I was involved in the planning of the first and second annual conferences of AMP which took place in November of 2006 and 2007 as I joined steering committee meetings for the planning.

36. Osama Abuirshaid's publication Al Meezan is not and has never been affiliated with AMP or AJP.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct and based on my personal knowledge.

Munjed Ahmad, Declarant

11/27/19

Date Executed

# EXHIBIT B

**Hatem Bazian**

1              UNITED STATES DISTRICT COURT

2          FOR THE NORTHERN DISTRICT OF ILLINOIS

3                   EASTERN DIVISION

4

5    STANLEY BOIM, Individually and as     CONDENSED
     Administrator of the Estate of        TRANSCRIPT
6    David Boim, deceased; and JOYCE
     BOIM,
7
8                       Plaintiffs,

9        vs.                        Case No. 17-cv-03591

10   AMERICAN MUSLIMS FOR PALESTINE;
     AMERICANS FOR JUSTICE IN
11   PALESTINE EDUCATIONAL FOUNDATION;
     RAFEEQ JABER; ABDELBASSET HAMAYEL;
12   AND OSAMA ABUIRSHAID,

13                      Defendants,

14   _____/

15

16

17            DEPOSITION OF:  HATEM BAZIAN

18         TAKEN ON:  Tuesday, January 15, 2019

19                  Berkeley, California

20

21

22

23   REPORTED BY:

24   Diane L. Freeman, RPR
     CSR No. 5884
25   Job No.:  19-27528

**Hatem Bazian**

1    Q.  You met Mr. Jaber at an IAP convention?

2    A.  Yes.  As a guest coming in, to welcome the

3  guests who were coming to speak, but not in any formal

4  meeting or anything.  Just as coming into the hotel,

5  welcome, happy to have you as a speaker.  That's as far

6  as the meeting, if we could call it a meeting.

7    Q.  You indicated that would have been in the mid

8  '90s sometime?

9    A.  Yeah, mid '90s to, I would say, again, I'm not

10  sure of the date, but I would say around that time.

11    Q.  Did you have further contact with Mr. Jaber

12  after that?

13    A.  I would see him in different conferences.

14    Q.  When you were invited to that IAP speaking

15  engagement, who invited you?

16    A.  I received a letter from IAP.  My research was

17  on Jerusalem and Islamic consciousness, that was my

18  Ph.D. thesis.  So there was an interest in my research.

19  So they asked me if I could come and speak.  So I

20  received at the time, I think, a letter of invitation

21  that we are interested in inviting you to the

22  convention, and if you accept we'll cover your cost and

23  your accommodation, if you accept.  So I said yes.

24    Q.  How well have you gotten to know Mr. Jaber

25  over the years?

1    A.  Define what you mean by "how well."

2    Q.  I'm just wondering what your characterization

3  of it would be.

4    A.  I would say friendly Palestinian I know in

5  Chicago.  On a daily basis I meet about 300 people.  So

6  I would say my relations would be as a friendly person

7  that I know from the Palestinian community.  Nothing

8  beyond that.

9    Q.  Are you still in touch with him?

10    A.  When I visit Chicago and I attend the mosque,

11  sometimes I see him in the mosque.  We greet each

12  other, again, like greeting other people in the

13  community.  Especially, he's an elder, would be lack of

14  courtesy not to actually greet him and have amicable,

15  you know, salaams, say peace be upon you and do that

16  with him.

17    Q.  When did you meet Osama Abuirshaid?

18    A.  Osama Abuirshaid, I would say much later.  I

19  would say maybe post 2000.  I would say not any

20  earlier.

21    Q.  How did you meet Mr. Abuirshaid,

22  Dr. Abuirshaid now?

23    A.  I think when he came to one of the AMP meeting

24  conventions as a speaker.

25    Q.  AMP conventions?

1    A.  Yeah, AMP conventions.  Again, one of the

2  first conventions.

3    Q.  Do you recall ever having contact with

4  Mr. Abuirshaid in connection with an IAP convention or

5  Americans for Muslim Society convention?

6    A.  I have never had any contact with him through

7  the IAP. I don't know what the AMS organization is.

8    Q.  Have you heard of the MAS organization, Muslim

9  American Society?

10    A.  Oh, Muslim, not that period.  I again came to

11  be appointed with Osama post 2000, not any earlier.

12    Q.  When did you meet Abdelbasset Hamayel?

13    A.  I think I met him in a short period during the

14  IAP convention, again, in a greeting setting.  He came

15  as a guest speaker, but nothing more than that.

16    Q.  How about Sufian Nabhan?

17    A.  Sufian much later.  I didn't really have

18  contact with Sufian.  Maybe I met him again as a part

19  of a larger crowd.  When you attend the convention,

20  large crowd, some of my lectures would have 500 people.

21  If somebody came and asked me a question afterward,

22  they would have been there; but do I know that person

23  was in the gathering and they were the ones who asked

24  the question? I can't tell you.

25    Q.  When do you first recall meeting Mr. Nabhan?

1    A.  I would say at a later point I did visit

2  Detroit and had an event, and I do remember one time

3  having an event at ICD, The Islamic Center of Detroit,

4  through another invitation.  So that's when I met

5  Sufian, at that much later point.

6    Q.  Do you have an estimate as to when that was?

7    A.  I really don't recall the date.  That is such

8  a long period.

9    Q.  Would that have been before or after the

10  formation of AMP?

11    A.  I would say maybe it's before that I met him,

12  but I can't tell of the dates.

13    Q.  What makes you think it would have been before

14  the formation of AMP?

15    A.  Because I'm just trying to remember that I

16  have been to Detroit in an earlier period giving

17  lectures on Palestine.  So I would possibly say he was

18  in the audience.  Again, as a public speaker you have

19  been in so much different settings.  I have been as a

20  public speaker since at least, I would say, 1988

21  speaking nationally on Palestine on a variety of

22  issues.

23    So if I could recall, that it would have been

24  a possibility that he attended and been part of my

25  lecture presence in there.

**Page 22**

1 reference is.

2 Q. Was Munjed Ahmad involved in the formation of
3 AMP?

4 A. Yes.

5 Q. When did he become involved?

6 A. I would say by 2005 maybe. Again, that's when
7 the discussions around forming AMP began to percolate.

8 Q. Do you have a sense, back end, front end of

9 2005?

10 A. We began talking about how AMP was formed in
11 order for us to get how people got engaged. Again, the
12 dates, again, I'm not recalling the exact dates. So if
13 it's six months, four months, five months difference, I
14 would say that's within the general period of the
15 possibility. These dates are, you know, fluid.

16 So if you ask me whether 2004, 2005, 2006, I
17 would say those are the periods that things are taking
18 place. I'm traveling and trying to get some things off
19 the ground relative to Palestine.

20 Q. How did you connect with Mr. Ahmad in
21 connection with forming AMP?

22 A. Well, AMP was born out of, really, almost a
23 gathering at Islam, Islamic Society of North American
24 convention. The convention at the time, it's the
25 largest annual Muslim gathering in the United States.

**Page 23**

1 Maybe sometimes 25- to 35,000 Muslim gather. It's an
2 umbrella organization that allows everybody to come and
3 participate.

4 At the time they had one lecture, they had no
5 lecture on Palestine, but the only lecture that touched
6 on Palestine they had a person, a Zionist speaking on
7 -- it was a pro settlement person speaking on Palestine
8 in the convention.

9 Q. Okay.

10 A. So we were thinking that Islam is not allowing
11 or having Palestinian voice permitted or at least
12 invited. So literally I went to the bazaar and asked
13 somebody to give me access to their computer and
14 printer, and we made a flyer in the convention and
15 handed it out for a meeting outside on the carpet,
16 literally, for people to sit down on the floor and
17 begin to say what's going on; and I remember about 150
18 people showed up at that gathering, and that is how AMP
19 was born, from, you know, a pro settlement person being
20 the only speaker speaking on Palestine in a Muslim
21 convention, and the Palestinian voice was not present
22 or allowed that required for us to actually get people
23 organized.

24 I think post 911 people were scared to speak
25 on Palestine, and, therefore, the only way for you to

**Page 24**

1 speak is to bring somebody that is pro Israel, pro
2 Zionist, and pro settlement to actually begin to
3 formulate, this is the way dialogue takes place. So
4 you could say the dialogue of one.

5 Q. When you say "we," who are you printing out
6 flyers with?

7 A. Somebody from -- again, myself from somebody
8 on the bazaar. You know, it's not with some
9 Palestinian. Just like somebody selling Muslim
10 clothing, and they had a printer and a flyer, and I
11 handed out the flyers in the bazaar and in the
12 hallways.

13 Q. It was just you?

14 A. Just myself at the time.

15 Q. Okay.

16 A. Again, 150 people showed up at that gathering.

17 Q. Do you recall when the ISNA convention was?

18 A. Either 2004 or 2005. It's one of those two
19 years was the ISNA convention and began to really
20 organize that we need to get some group to organize for
21 Palestine among the Muslim community to educate about
22 what is taking place and to really say that this was
23 unacceptable.

24 Q. Do you recall any of the people who showed up
25 in your 150 people?

**Page 25**

1 A. I don't recall. Again, it was just...

2 Q. Do you recall any specific person?

3 A. I don't recall any specific person at this
4 point.

5 Q. Were any of those 150 people who actually got
6 involved in helping you form the organization?

7 A. In the early period, yes; but I can't recall
8 their names because they did not stay with us. If
9 anything, maybe they opened some of the doors for us to
10 visit. From that gathering, some of the people that
11 were here in California that were attending the
12 conference again came together, and we began to
13 organize here in the Bay Area to try to see if we could
14 get an organization off the ground.

15 Q. Where was the ISNA conference being held?

16 A. It's always in Chicago, but every few years
17 they move it to different cities. So every four years,
18 let's say. They move it to D.C. during the election
19 cycle. This past year they moved it to Houston. Three
20 years before it was in Detroit.

21 Q. Where was this particular ISNA conference?

22 A. It was in Chicago.

23 Q. I take it Munjed Ahmad was not one of the
24 people.

25 A. He was not in that meeting or in that

**Hatem Bazian**

1 gathering.

2     Q.  Do you recall any IAP people?

3     A.  No IAP people were there.

4     Q.  That you know of?

5     A.  That I know of.  Again, IAP was no longer an

6 organization, as far as I know.

7     Q.  When did you meet Salah Sarsour?

8     A.  I would say maybe in one of the IAP

9 conventions possibly.

10     Q.  So sometime early 2000 or before?

11     A.  Possibly.

12     Q.  Did you know Salah Sarsour's brothers, Imad or

13 Jamil?

14     A.  Not at that point.

15     Q.  Was Salah Sarsour someone involved with IAP?

16     A.  I don't know.  Again, at the time I met him as

17 a speaker that had a large number of people that came

18 to my lecture, and he introduced himself or spoke in

19 that sense, or there is no specific.

20     Q.  After the ISNA conference in 2004 or 2005,

21 what did you do next in terms of starting to form AMP?

22     A.  I had a couple meetings in the Bay Area to

23 form leaders in the Bay Area to see how they could help

24 in trying to provide a platform for Palestine to be

25 discussed and to provide education.  I think I did a

1 number of public lectures also in the Bay Area, and we

2 began to discuss formation of an organization around

3 it.

4     Q.  Who were the people in the Bay Area that you

5 discussed that with?

6     A.  Muslim leaders.  Again, the list at the time

7 of who is leading the mosque, who is leading

8 organizations, we have, you know, a robust community in

9 here.

10     Q.  Do you recall any names?

11     A.  I don't recall.  Again, it's almost, you know,

12 200 people that showed up.

13     Q.  Did any of them become part of the leadership

14 of AMP at any point?

15     A.  Not at that point, no.

16     Q.  At that point did any of those people --

17     A.  They created a chapter here locally.  So I

18 would say the local Bay Area chapter had a number of

19 people that became involved in this.  So that's how the

20 formation began.

21     Q.  Then what happened after that?

22     A.  Then we -- again, I think I was invited to a

23 couple of other events.  I think I was invited to the

24 MAS in Milwaukee.  MAS, M-A-S, Muslim American Society,

25 convention in Milwaukee.

1     Q.  2010?

2     A.  Again, I'm not going to hold to what

3 particular year, but I was invited to their convention,

4 and usually I have an invitation to most of the Muslim

5 organization conventions, both in terms of my

6 leadership positions in a number of organizations as

7 well as an academic in general.

8     So in that meeting it turned out that

9 Milwaukee was trying to organize something as well on

10 their own completely uncoordinated and disconnected

11 from what we were trying to do.

12     So we said instead of trying to create two

13 different groups why don't we begin to discuss how to

14 formulate a national organization to put the work on

15 Palestine in educating American public about Palestine

16 in the U.S.; and in that conversation it seems also

17 there was another group working in Southern California

18 under the name MAP, and I don't know how the acronym, I

19 think Muslim Americans for Palestine, MAP.  So they

20 were -- I think they already had filed for their

21 nonprofit status and were already an organization.

22     So the attempt to try to organize for

23 Palestine was organic in different parts of the country

24 attempting to try to get something going, and at that

25 time the discussions about how to -- instead of having

1 three different or four different groups or whatever

2 groups, rather, let's see if we are able to put one

3 organization that would address the issue of Palestine

4 in the Muslim community; because we felt the Muslim

5 community had a fear that their only engagement has

6 been to try to engage, from my perspective, pro Israel

7 Zionists, not engaging Jewish Boys for Peace what I

8 consider more from progressive voices within the Jewish

9 community.

10     Q.  Were you a regular attendee of the ISNA

11 conferences?

12     A.  I've always been in attendance and a member

13 for almost 25 to 30 years.

14     Q.  Prior to the 2004 or 2005 ISNA conference

15 where you noticed the lack of Palestinian voice, had

16 there been a Palestinian voice?

17     A.  They would always have a panel or two on

18 Palestine, also almost like, they'll have a Palestine

19 panel, they'll have a Kashmir panel, have a panel on

20 issues pertaining to the Muslim world.  So this was

21 definitely a major, major gap on their part.

22     Q.  At prior ISNA conferences had the IAP or

23 American Muslims Society, AMS organizations, have they

24 been involved in the ISNA panels?

25     A.  I don't know, and it was not one of my areas

**Hatem Bazian**

1  of work.  I usually used to come to speak on ISNA in
2  relation to Islamic law, Islamic history.  So my
3  involvement in ISNA was completely different.  I was
4  working and organizing the Zaytuna College project.
5         So my involvement with ISNA while I would
6  attend the Palestine panels and just to show support
7  and so on, my involvement with ISNA was more on the
8  Islamic law track, Islamic  community, Muslim Society
9  in America.  So I have -- I still, when I go there,
10  that's still one of my primary involvement is in that
11  area.
12     Q.  At that point in time, 2005 time period, were
13  there any other educational organizations out there who
14  were focused on Palestine?
15     A.  Palestine, not as far as I know that work
16  within the Muslim community.
17     Q.  So that was the hole that you were trying to
18  fill with this new organization?
19     A.  Yeah.  Again, I was here in the Bay Area where
20  I was working or at least relating to Jewish Voice for
21  Peace.  Some of my colleagues here both on campus and
22  around:  If the Jewish organization has an organization
23  called Jewish Voice for Peace, where is the Muslim
24  voice on this issue?
25         So that is part of the Jewish community

Page 30

1  working on issues of Palestine from a progressive
2  perspective, there needed to be a voice to fill that
3  gap.
4     Q.  During the time that IAP had existed, had IAP
5  been that voice?
6         MS. JUMP:  Object as calls for speculation.
7  You can answer.
8         THE WITNESS:  I don't know.  You need to ask
9  them.  I could speak only for what I wanted to do.
10         MR. WOOLLEY:  Q.  Did you have the perception
11  that IAP was putting a Palestinian education
12  perspective out there during the time that it existed?
13     A.  Again, I could only speak of my involvement
14  myself.  I came to speak about issues pertaining to
15  Palestine history, Islamic consciousness toward
16  Palestine.  One of my specialties was the structure of
17  endowments in Jerusalem.  So those are the areas that I
18  was coming to speak.  What IAP and others had there, I
19  think you need to direct the questions to them rather
20  than to me.
21     Q.  The IAP conventions and events provided a
22  forum for those kinds of speeches that you were giving?
23         MS. JUMP:  I am going object as vague.
24         THE WITNESS:  Again, I could only speak about
25  what I did and what I spoke and what I wrote.  Again,

Page 31

1  my speaking was in that context as an academic expert
2  in that field, and my writing is very well documented;
3  and my engagement, I could speak from my point of view.
4  What they have, that's something that needs to be
5  directed to them.
6         (Deposition Exhibit No. 77 marked.)
7         MR. WOOLLEY:  Q.  Mr. Bazian, I'm handing you
8  what I've marked as Exhibit 77.  Do you recall a
9  publication or an Internet posting service called MSA
10  News?
11     A.  I don't recall.
12     Q.  Do you recall ever seeing this document or
13  this posting in some other form?
14     A.  I don't.  I haven't -- I can't recall seeing
15  it.
16     Q.  There is a reference about halfway down the
17  first page to an event on May 24, 1998 at 5:30 p.m. at
18  the Walt Whitman Auditorium, Brooklyn College, and you
19  are listed as a speaker, a guest speaker.  Do you see
20  that?
21     A.  Yes, I do see that.
22     Q.  Do you recall being a speaker at this event at
23  Brooklyn College?
24     A.  I don't recall, but it's possible.  It's
25  possible.  Again, I said I know for sure that I

Page 32

1  attended two conventions and then possibly other
2  lectures.
3         So this program happened and my name appeared
4  that I am a speaker, I would say it was a contract to
5  public lecture that I was invited to.
6     Q.  Looks like the title of it was Palestine 50
7  Years of Occupation.  Does that ring any bells?
8     A.  Well, I would say there is an annual program
9  that focuses on the NAKBA.  So I would not be
10  surprised.  This is May 23rd.  The month of May usually
11  is the commemoration of the Palestinian NAKBA.  In a
12  similar way the Jewish community would have an annual
13  commemoration of the holocaust.
14         So if you say that X number of individuals
15  participated in such event, I would say that, as an
16  invited guest who specializes in Palestine, I would say
17  that would be within the commemoration of the NAKBA.
18     Q.  This appears to be a submission from IAP
19  organization, and its Islamic Association of Palestine
20  is listed.
21         Do you recall being invited by IAP to speak at
22  events in the 1998 time period?
23     A.  Again, it's possible, and again, whether the
24  -- who the invitation came from and how, I can't say
25  that for sure.

Page 33

**Hatem Bazian**

1    Q.  Do you remember having any particular contacts
2  at IAP in the 1998 time period?
3    A.  Having what?
4    Q.  Contacts at IAP who might have invited you to
5  these kind of events.
6    MS. JUMP:  I object as asked and answered.  Go
7  ahead.
8    THE WITNESS:  Again, in the convention invites
9  came from IAP.  Events like this, I don't know who
10  would have sent.  So I wouldn't be surprised that maybe
11  the Shura Council of New York was the main organizer or
12  Bronx Muslim Center and then IAP was a co-sponsor
13  because you have a long list of co-sponsor including
14  ISNA.  I wouldn't be surprised if ISNA was the main
15  organizer and IAP sent that organization.
16    Organized by Islamic American for Palestine
17  and Islamic Association.  Again, these are how I
18  received the invite and who invited me can be a number
19  of organizations and groups.
20    Q.  You don't recall who invited you?
21    A.  I don't recall who invited.  Again, as a
22  public lecturer that accepts invitation for payment,
23  you know, I receive almost 60 to 70 invites on a
24  regular basis, almost on a monthly basis.  What I
25  reject is usually more than the ones that I accept.

Page 34

1    MS. JUMP:  Just a second.
2    (An off-the-record discussion was held.)
3    THE WITNESS:  Let me say every document that
4  has IAP with a list of co-sponsors, you have to find
5  out which co-sponsor actually extended the invite and
6  which organization paid for my engagement as a speaker.
7    MR. WOOLLEY:  Q.  Were you typically paid for
8  these engagements?
9    A.  Sometimes -- the travel cost, accommodation,
10  and sometimes honorarium.
11    (Deposition Exhibit No. 78 marked.)
12    MR. WOOLLEY:  Q.  I've handed you what's been
13  marked as Exhibit 78, and this appears to have been
14  something submitted by Islamic Association of
15  Palestine, something called IAP-Net.  Do you recall
16  anything called IAP-Net?
17    A.  No.
18    Q.  Again, the news service, Internet posting is
19  listed as posting this as well.  Have you ever seen
20  this posting or this document?
21    A.  I have not.
22    Q.  This appears to be an event at the University
23  of Southern California.
24    A.  And --
25    MS. JUMP:  Wait for the question.

Page 35

1    MR. WOOLLEY:  Q.  It appears to be something
2  on an analysis of recent events from an Arab Muslim
3  perspective.  See that listing at the top?
4    A.  (Nods head.)
5    Q.  Do you recall being a speaker at this event?
6    A.  Again, I can't recall, but if I'm listed as a
7  speaker, I would possibly assume that I was a speaker
8  for this event.  The question is which organization was
9  the actual sponsor and who paid for the expenses for me
10  to attend.  I see a number of organizations here and
11  most likely ADC Palestine Right of Return Task Force
12  was the primary organizer.
13    Q.  Why do you say that?
14    A.  Because the person's name, Brother Nader
15  Abuljain, would have been possibly the key, and there
16  was a strong presence of ADC organizers in Southern
17  California at the time.
18    Q.  As you sit here today, do you have any
19  firsthand knowledge of who the sponsor or organizer of
20  this event was?
21    A.  I don't.  I don't for sure, but I said my
22  estimation would be because, again, Southern California
23  had a very long history of political organizing for ADC
24  including, you know, the assassination of one of their
25  key leaders by a Zionist extremist bombing his office,

Page 36

1  Alex Oadn.
2    Q.  About a quarter of the way down there is a
3  bold section that says confirmed speakers include, then
4  it says brother Hatem Bazian, UC-Berkeley, Islamic
5  Association of Palestine, and Brother Nader Abuljain,
6  ADC-Palestinian Right to Return Taskforce.
7    A.  Uh-huh.
8    Q.  Do you recall any other speakers being
9  confirmed or attending this particular presentation?
10    A.  For the year 2000, I don't.  I don't recall.
11    Q.  This confirmed speakers list seems to
12  affiliate you with the Islamic Association of
13  Palestine.  Do you have any idea why that would have
14  been done?
15    A.  I think maybe having somebody from IAP that's
16  coming to speak, but not me.  I have no affiliation
17  whatsoever with IAP.
18    Q.  Did you ever have any formal or informal
19  affiliation with IAP?
20    A.  No formal or informal affiliation other than
21  again invited as expert academic speaker on convention
22  or possibly some of the regional events sponsored by
23  others.
24    Q.  Did you ever appear as a representative of
25  IAP?

Page 37

**Hatem Bazian**

1    A.  Never.

2    Q.  Do you have any recollection as you sit here

3 today who invited you to this event?

4    A.  I really don't know who the agency is or the

5 group that contacted me to come for this event.

6       (Deposition Exhibit No. 79 marked.)

7    MR. WOOLLEY:  Q.  I'm handing you what's been

8 marked as Exhibit 79.

9        You said that 79 appears to be a flyer for an

10 event or two days of events entitled Shall We Forget

11 Palestine, and it says, "Islamic Association for

12 Palestine IAP cordially invites you to an educational

13 forum on Palestine."  Then identifies you as one of the

14 speakers.  Do you recall the Shall We Forget Palestine

15 event?

16    A.  Yeah, but I don't recall Rafeeq being in on

17 the program.

18    Q.  Do you recall being at this event in Southern

19 California?

20    A.  I remember going to -- having a program in

21 various mosques in Southern California, but I

22 distinctly remember Rafeeq was not part of the program

23 at all.

24    Q.  Do you have any explanation as to why this

25 flyer would include you and Mr. Jaber as the featured

Page 38

1 invited by Islamic Association for Palestine to speak

2 at this event in Southern California?

3    A.  I would not have been invited by IAP to speak

4 in Southern California, because I had my own contact in

5 Southern California.  So how it's being promoted, this

6 flyer, I think this flyer is definitely something that

7 I would contest, both in terms of where the source and

8 what is being promoted and what is being done.

9       (Deposition Exhibit No. 80 marked.)

10    MR. WOOLLEY:  Q.  I'm handing you what's been

11 marked Exhibit 80.  You indicated that you thought

12 you'd spoken at approximately two IAP conventions.

13    A.  Uh-huh.

14    Q.  Yes?

15    A.  That's my recollection.

16    Q.  This purports to be a program or at least an

17 English translation of a program for the IAP fifth

18 annual convention from December of 2001 at the Holiday

19 Inn O'Hare.

20       Is this one of the conventions you recall

21 being a speaker at?

22    A.  I don't recall whether this was or -- but if

23 they list my name in here.  So it's possible it's one

24 of those.

25    Q.  You see your name as listed in this

Page 40

1 speakers?

2    A.  I have no idea.  I have no idea of the source

3 of the flyer, and I would not know that this actually

4 ever took place in terms of Rafeeq being in Southern

5 California.

6    Q.  The Saturday, November 3, 2001 listing says

7 there is a lecture, it says -- is that Claremont

8 Mosque?

9    A.  I don't know.  Says Masjid Claremont.  I don't

10 know which one is that.

11    Q.  Do you recall ever being at that place?

12    A.  There are about 140 mosques in Southern

13 California.

14    Q.  This one is in Pomona, California.  Do you

15 remember speaking at an event in Pomona?

16    A.  From 2001, I really would not recall.  I do

17 recall being in Southern California for a speaking

18 engagement in different settings.  Whether this was how

19 the events were promoted, I don't know; but for sure I

20 never spoke with Rafeeq Jaber in any program.

21    Q.  Do you have any idea why this is showing you

22 both as speakers?

23    A.  That's not how I would have possibly spoken in

24 Southern California.

25    Q.  Do you have any reason to believe you were not

Page 39

1 convention?

2    A.  Yeah, I see.  It is a possibility.

3    Q.  On the third page of Exhibit 80 there is a

4 list of speakers and moderators.  Do you see that?

5    A.  Yes.

6    Q.  You are listed about a third of the way down,

7 correct?

8    A.  Yes.

9    Q.  Do you have any recollection of how you were

10 invited to this particular convention?

11    A.  Again, if IAP was in existence and they were

12 organizer, most likely they sent an invite and I

13 accepted the invitation.

14    Q.  Did you attend the entire convention or did

15 you just show up to speak?

16    A.  I don't recall, but most likely -- usually

17 when I come to conventions I do my talk, and usually I

18 do arrangements outside to do other lectures in the

19 community.  So I can't tell you what was my itinerary

20 for the weekend.

21    Q.  Did you ever stay to watch other events at the

22 convention?

23    A.  Yeah.  Sometimes I have an interest in

24 somebody.  I would say, you know, definitely at the

25 time I was working with Aminah McCloud, because I had

Page 41

**Hatem Bazian**

1  your name from the January 2000 time period.

2  A. Yes.

3  Q. The first is for $1800 and the second is for

4  2839.65.

5  A. Uh-huh.

6  Q. Did IAP make payments to you in those amounts

7  in the January 2000 time period?

8  A. I don't recall. Again, what -- if they

9  contracted me as a speaker, it would have been my

10  speaking fee and travel expense.

11  Q. Can you think of any other reason why they

12  would have made a payment to you?

13  A. That would be the only reason.

14  Q. Do you recall any specific events in the

15  January 2000 time period?

16  A. I can't recall. Again, you have to look at my

17  public engagements. So this would be within my public

18  engagement as a speaker.

19  Q. So it doesn't surprise you to find payments in

20  those amounts from IAP in that time period?

21  A. It would not surprise me to find a payment

22  from a broad range. Again, my engagement annually is

23  about 200 public lectures that run the full array of

24  groups and organizations.

25  Q. Other than speaking engagements, did you ever

Page 46

1  attend any IAP events?

2  A. No. I don't have the time to participate

3  unless I'm either in the organization or having some

4  capacity in there. I just don't have the time.

5  Q. Did you ever attend any Kind Hearts events?

6  A. As a paid contracted speaker.

7  Q. Do you recall approximately how many?

8  A. I can't recall.

9  Q. Do you recall any contacts at Kind Hearts you

10  spoke with at any of those events?

11  A. I don't remember her name. The director.

12  She's an M.D. in Los Angeles, a doctor. I'm forgetting

13  her name, but she would be the person that would have

14  called me and sent me a speaker invite.

15  Q. Did you ever have any dealings with

16  Abdelbasset Hamayel or Abu Abuirshaid when they were in

17  Kind Hearts?

18  A. No. Again, my relationship was with -- I am

19  forgetting her name -- Laila Maryati, she was the M.D.

20  director, and I have known her for a long time, knew

21  her husband, Salaam Maryati, and they were part of the

22  Orange County community. So I had a long relationship

23  with them through the Muslim community in California.

24  Q. Do you recall what happened to Kind Hearts?

25  A. Let me say in my classes on deconstructing

Page 47

1  Islamophobia I deal with a number of cases that came

2  out of the 2000, post 2000 Patriot Act. So my

3  knowledge would be based on academic research on what

4  happened to Kind Hearts and the legal case that was

5  directed at them. So I use that material in my

6  classroom.

7  Q. So as an academic you followed the cases

8  brought against Kind Hearts?

9  A. Yes, and also against almost 90 percent of the

10  cases that came post 911 had to do with Palestine and

11  targeting Palestinians on material support. In this

12  sense I followed that work. Academically I write about

13  it and teach about it in my class.

14  Q. When you say "material support," are you

15  talking about cases brought under the Anti-Terrorism

16  Act?

17  A. Yes.

18  Q. I take it you also followed the Boim case and

19  the HLF criminal trial?

20  A. I have used the material that was developed by

21  Kohl, lawyer from the Center for Constitutional Right,

22  and actually the lawyer for Holy Land came to lecture.

23  So there is a regular lecture that actually focuses on

24  the oddities that develop around the Holy Land

25  Foundation. So my knowledge comes from the lawyer who

Page 48

1  defended the case in court.

2  Q. Were you following those cases as they were

3  going on in the 2000 or 2005 time period?

4  A. Following it, a little bit will be a stretch.

5  I would say I was knowledgeable because I was writing

6  at the time different pieces. So I wrote about -- I

7  have a piece, the virtual internment in the earlier

8  part that I wrote, the COINTELPRO, the

9  counterintelligence operations directed at Muslims. I

10  have a full article on that that dealt with the use of

11  the methods and approaches of the period from the

12  period of COINTELPRO that was applied towards Muslims

13  including preemptive prosecution.

14  So in this sense I was theorizing in a period

15  in an academic setting and again my writings are all

16  very specific on what I challenge the legal foundation

17  by which the law has been used in those cases.

18  Q. Who was the lawyer that came to speak that was

19  involved in the Boim case?

20  MS. JUMP: I object. Misstates testimony.

21  THE WITNESS: Not the Boim case.

22  MR. WOOLLEY: Q. Which case?

23  A. The Holy Land Foundation case. I'm forgetting

24  the name. I could provide it later on.

25  Q. Fennerty?

Page 49

**Page 50**

1    A.  No, no.  John, is it John Cline if I'm not

2  mistaken?  I'll get you the name.  It is just a factual

3  piece.

4    Q.  Did you ever have any communications with

5  anyone from the IAP or Holy Land Foundation

6  organizations regarding those cases while they were

7  going on?

8    A.  No.

9    Q.  Going back to the ISNA time period, you said

10 the idea for AMP came out of the lack of any coverage

11 of Palestinian issues at the ISNA conference.

12    A.  Uh-huh.

13    Q.  Then you said you got some people together at

14 the ISNA conference, about 150 people came but none of

15 those people ended up being involved in the ultimate

16 organization.  Is that right?

17    A.  That's correct.

18    Q.  Then you said you talked to some people in the

19 southern -- was it Southern California area?

20    A.  Southern California.

21    Q.  You didn't recall the names of any of those

22 particular people.

23    A.  No.

24    Q.  What happened next in the progression of

25 forming AMP?

**Page 51**

1    MS. JUMP:  I am going to object as asked and

2  answered.  You can answer.

3    THE WITNESS:  What happened in the progress?

4    MR. WOOLLEY:  Q.  After talking to the

5  Southern California people.

6    MS. JUMP:  Objection.  Asked and answered.  Go

7  ahead.

8    THE WITNESS:  We have, again, I think the key

9  was in meeting people during the MAS convention where

10 we began to actually put together what we want to do in

11 terms of creating, organizing.  There was a long debate

12 about what to name the organization.  So people --

13    MR. WOOLLEY:  Q.  When did that debate take

14 place?

15    A.  I think around -- I think the debate continued

16 for a long period of time, not even in 2005, 2006,

17 2007, everybody is still coming back.  Whether the

18 organization name should have Muslim in it and

19 Palestine because of constant attack and demonization

20 that was occurring.

21    Again, we felt we are Muslim and we are

22 American and we need to actually speak on Palestine

23 without having to be demonized for it.

24    The high Islamophobic atmosphere, the

25 demonization of Muslims was intensified, and therefore

**Page 52**

1  you can't run away by hiding and saying that we want to

2  say, you know, we are Americans for Bird Watching.  So

3  we said we wanted to have American Muslims for

4  Palestine.  You could say we had two strikes against us

5  in terms of using Palestine and Muslim.

6    Q.  Who was involved in that debate?

7    A.  I would say Munjed was there.  I would say

8  Salah was tangentially involved.

9    Q.  Salah Sarsour?

10    A.  Sarsour engaged in it.  A few other people.  I

11 would say Awad Hamdan maybe from Chicago.

12    Q.  A-w-a-d Hamdan?

13    A.  Yes, young guy from Chicago.  Few others also.

14 Again, it was an organic discussion that began to

15 develop in terms of putting some things in writing.  So

16 there were many different names that were being

17 proposed.

18    Also there was a proposal, Global Muslims for

19 Peace, that was being also introduced as a possibility.

20 So that's again, the formulations of it; and for a

21 period of time again it's an attempt to try to get

22 something good nationally.  It's very difficult to

23 organize nationally with no resources whatsoever and no

24 infrastructure.

25    So it was a little bit really rudimentary in

**Page 53**

1  that sense for a few years.

2    We got some support, local support to open an

3  office, a small office here in Berkeley.  So the first

4  office for AMP was on Telegraph Avenue, one-room office

5  that was really one employee.  We were having still

6  difficult time to actually meet with Salah.

7    Q.  When did that open?

8    A.  Can't give you the exact date, but post 2005.

9    Q.  Was it before or after the first convention?

10    A.  Before the first convention, I think.  Again,

11 I'm not sure of the date, but it was the first amount

12 of money that we were able to raise.  So I wouldn't be

13 surprised with post the convention or a little bit

14 before.

15    Q.  Where did the money come from?

16    A.  Donations, small donations from people.

17    Q.  Who are the people?

18    A.  I don't have their names right now.

19    Q.  Approximately how many people are we talking

20 about?

21    A.  Very difficult to assess the number, but I

22 think we were able to raise about 30,000, give or take.

23    Q.  30,000?

24    A.  Yes.

25    Q.  Were you one of the people?

**Hatem Bazian**

1    A.   That donated?

2    Q.   Yes.

3    A.   Yes, I did.

4    Q.   Was Salah Sarsour one of the people?

5    A.   I don't recall.

6    Q.   Sufian Nabhan?

7    A.   I don't recall.  Again, there were a number of

8  people donated.

9    Q.   Do you recall any of them other than yourself?

10   A.   I can't.  Again, I don't have the records from

11  2005.

12        (Deposition Exhibit No. 82 marked.)

13        MR. WOOLLEY:   Q.  I'm handing you what's been

14  marked Exhibit 82.  Do you recognize Exhibit 82 as a

15  flyer for the MAS Milwaukee convention that you were

16  referencing?

17   A.   Yeah, yeah.

18   Q.   Does this refresh your recollection as to the

19  date of the MAS convention?

20   A.   It's possible, or it's possible the year

21  before or -- yeah, it's possible.  I'm there as a

22  speaker.  So I would say yes.

23   Q.   Did you appear as a speaker at the MAS

24  convention where --

25   A.   Yes.

1    Q.   -- you went to talk about the AMP

2  organization?

3    A.   Yes, and the margins of the convention.  So

4  the convention was not about Palestine.  I was -- I

5  came to speak as a guest speaker for the convention.

6  Then we said let's meet and talk about what we need to

7  do for Palestine.

8        This is again after the intensification of the

9  violence committed by Israel against the Palestinians

10  in post 2000 the Sharon invasion of the Al-Aqsa

11  Compound.  Again, on the margin of this conference

12  that's organized by MAS that we were able to sit down

13  and discuss what we needed to do.

14   Q.   So the MASS convention says it was from April

15  14 to 16.  So three days?

16   A.   Sure.

17   Q.   Does that make sense?

18   A.   That does make sense.

19   Q.   Were you there for the entire thing?

20   A.   For this convention, yes, I have various

21  workshops and I did not have any other engagements.  I

22  do remember going to the Islamic Society of Milwaukee

23  for a short period, but I was there for this.

24   Q.   Did you stay at the Four Points Sheraton

25  Hotel?

1    A.   Yes.

2    Q.   Was there a meeting for the new AMP

3  organization that took place during the convention?

4        A.   Well, the AMP did not exist at the time yet,

5  but was there a meeting with the individuals on the

6  margins to try to discuss what is going on in Palestine

7  and how we can begin to actually begin to educate the

8  population about it?  Yes, for sure we had the

9  discussions about it.

10   Q.   Was there more than one meeting or was there

11  one big meeting where that was discussed?

12   A.   I can't recall the number, but definitely we

13  were discussing what to do to address the issue of

14  Palestine.

15   Q.   Who were the people that were involved?

16   A.   Again, I could speak that I was involved.  I

17  know Munjed was involved, few other of the -- Awad

18  Hamdan was also involved in there.  These are the

19  people that I could recall.

20   Q.   Salah Sarsour?

21   A.   It's possible he would have been.  I think he

22  was the organizer of the MAS convention at the time.

23  So his involvement would have been maybe not as

24  extensive as you would expect possibly.

25        Raeed Tayeh was also involved.

1    Q.   Raeed Tayeh.

2    A.   Tayeh.

3    Q.   R-a-e-e-d T-a-y-e-h.

4        People listed as invited guests included Sheik

5  Mohammad Al-Hanooti.

6    A.   Uh-huh.

7    Q.   Did you know him?

8    A.   Again, know him on a friendly basis but not in

9  any close or Internet relations with him.

10   Q.   Was he someone from Northern Virginia?

11   A.   I think so.

12   Q.   Did he talk to you or -- was he involved in

13  the conversations about starting a new organization?

14   A.   No.  Hanooti, again, has his own engagement.

15  How he engages, he speaks in Arabic and lectures in

16  Arabic most often.  For us we wanted to speak on how to

17  create an organization that engages and addresses the

18  American society as well as the American Muslims in

19  particular.  So he was not engaged.

20   Q.   Did you talk about the new organization with

21  Sheik Jamal Said?

22   A.   No.

23   Q.   Did you know him very well?

24   A.   I did not know him very well.  I know him as a

25  person.  I know that he was part of the general

1  demonization that took place, but he was not involved
2  in any of our discussions.
3      Q.  How about Ziad Hamdan, did you know him?
4      A.  I Know him as an Imam in the Islamic Society
5  of Milwaukee.  He was not engaged also in our
6  conversations.
7      Q.  Dr. Abuirshaid, then Mr. Abuirshaid, was he
8  someone you spoke with at all about the new
9  organization?
10     A.  I don't recall Osama was involved in the early
11 discussions for the formation of the organization.
12     Q.  Did you review Mr. Abuirshaid's testimony at
13 all about meetings that may have taken place at the MAS
14 convention?
15     A.  No.
16     Q.  He couldn't recall where they took place but
17 he recalls a meeting with you and Salah Sarsour and you
18 being in attendance.  Do you recall any meetings?
19     A.  Not in the early meetings.  It might be
20 another setting, another conversation.
21     Q.  Do you have any a recollection, sitting here
22 today, of any conversations with Mr. Abuirshaid forming
23 a new organization?
24     A.  No.  Again, I knew at the time that Osama was
25 not a citizen, and I knew that anyone who is involved

Page 58

1  in the work in the United States has to be a citizen.
2  Also hearing his language skills was not at the time to
3  the level that would put him to be engaged in the
4  organization that had that focus.
5          So even if he met with me or Salah and had
6  such a discussion, it was not anything of him engaging
7  AMP.
8      Q.  Was there ever any discussion, either at the
9  MAS convention or any of these early discussions, about
10 distancing the new organization from IAP?
11     A.  We had no interest or concern about IAP or
12 anything, because there was no work for Palestine.  So
13 our focus was how to address the war for Palestine in
14 the United States at a time when Palestinians were
15 facing the short end of the stick with Israeli violence
16 and targeting Palestinians.
17     Q.  Was there ever any discussion or communication
18 in which anyone in these discussions said we need to
19 distance ourselves from IAP or well-known figures from
20 IAP?
21     A.  Not as far as I recall.  My focus again is we
22 needed people that were able to communicate with the
23 American audience and able to relate to American
24 society in a much different way of engagement.
25     Q.  Is it your testimony no one ever said we need

Page 59

1  to distance ourselves from IAP?
2          MS. JUMP:  Objection.  Asked and answered.
3          THE WITNESS:  I can only speak to myself.
4          MR. WOOLLEY:  Q.  What you heard or saw in
5  writing?
6          MS. JUMP:  Same objections.
7          THE WITNESS:  Yes.
8          MR. WOOLLEY:  Q.  You never saw anything like
9  that?
10         MS. JUMP:  Same objections.
11         THE WITNESS:  I can only say what I saw and
12 heard in relation to the discussions that took place.
13         MR. WOOLLEY:  Q.  With respect to what you saw
14 and read in the oral and written discussions, there was
15 never anyone saying we need to distance ourselves from
16 IAP or its leaders?
17         MS. JUMP:  Objection.  Asked and answered.  Go
18 ahead.
19         THE WITNESS:  Again, I don't have the written
20 record that you reference to; but as far as the
21 organization that I wanted to form, the organization
22 was focused on education, focused on presenting
23 Palestine to the broader audience in American society.
24         MR. WOOLLEY:  Q.  Did you ever say that you
25 believed that the new organization needed to distance

Page 60

1  itself from IAP or its leaders?
2          MS. JUMP:  Objection.  Asked and answered.
3          THE WITNESS:  I wanted to make sure that
4  individuals who partake in AMP are able to function and
5  work within the United States and able to relate to
6  their audience accordingly.  That's my key point in
7  anyone in terms if they want to engage.
8          MR. WOOLLEY:  Q.  I just want to know whether
9  you ever read or wrote that you thought the new
10 organization ought to distance itself from the IAP or
11 its known leaders.
12         MS. JUMP:  Objection.  Asked and answered.
13         THE WITNESS:  My focus was on creating my
14 organization, not to think or worry about whatever
15 others have done or didn't do.  That was not the
16 concern or an issue in this mind.
17         MR. WOOLLEY:  Q.  You never said or wrote
18 anything like that?
19         MS. JUMP:  Objection.  Asked and answered.
20         THE WITNESS:  If you say something I wrote,
21 then you could actually present it to me and I can tell
22 you whether I did it or not.  As far as I know, I did
23 not.
24         MR. WOOLLEY:  Q.  Did you -- going back to,
25 you said Raeed Tayeh was involved.  Who was that?

Page 61

**Hatem Bazian**

1    A.   Who what?

2    Q.   Who was he?

3    A.   He was a young person that was studying the
4  law and also public policy.   I'm not sure if he was
5  already engaged in political mobilizations for the
6  Muslim community at the time, and he was beginning to
7  make, as a young person, make inroads.   So I thought
8  that he would have been a good person, and there was
9  discussion in terms of how his engagement would be
10  important for the kind of work.

11    Q.   Do you know if he had any background working
12  with IAP?

13    A.   I don't know.

14    Q.   How about Kefah Mustafah, is he someone you
15  knew?

16    A.   I knew him as an Imam.   That's as far as my
17  knowledge of him.

18    Q.   Was he involved in any discussions regarding
19  the forming of IAP?

20    A.   No.

21    Q.   Was Sufian Nabhan involved in any of these
22  discussions at any point in time?

23    A.   Not at the early stage.   I think at the later
24  stage.

25    Q.   When did he get involved?

Page 62

1    A.   Once we were beginning to try to get a chapter
2  developed in Detroit, he's part of the Detroit
3  community, he leads the ICD, Islamic Center of Detroit,
4  and the Islamic center has a large number of
5  Palestinians.   So it's natural to go and visit and see
6  if we are able to get a chapter going in Detroit.

7    Q.   Did Sufian Nabhan want to be involved in
8  earlier points, and people said he should steer clear
9  at the early stages?

10    MS. JUMP:   Objection.   Calls for speculation.

11    THE WITNESS:   No.   No discussion about what
12  Sufian is or isn't.   Just a matter of as you begin to
13  create an organization for Palestine, look where are
14  the Palestinians in the U.S.   So you have the Bay Area,
15  you have Los Angeles, you have New Jersey, you have
16  Chicago, you have Detroit, you have Ohio, you have a
17  community in Texas and in Florida.

18    So those are the major centers where
19  Palestinian community.   Then you ask who is active on
20  Palestine, who is interested in doing work for
21  Palestine.   You begin to say these are the people that
22  are all acting for Palestine.

23    Q.   Sufian Nabhan did eventually become involved
24  in AMP?

25    A.   I would say yes, but from my critique and

Page 63

1  involvement that is not material.   We still have not
2  developed a chapter in Detroit.

3    Q.   He's on the board, right?

4    A.   Again, to say he's on the board, we have a
5  large number of people that are on the board, but as a
6  nonprofit's function they are on the board but the
7  actual engagement I would say is tangential, even for
8  quite a long period of time.

9    Q.   He was one of the initial people on the board.
10  Is that right?

11    A.   If his name was included in the initial
12  people, it was more an aspiration to try to get people
13  involved.   So there was a list of at one point maybe
14  15, maybe longer, maybe smaller, but I would say it
15  ended up being few people that were carrying the load
16  and people adding their name rather than actually doing
17  the work.

18    Q.   When did this aspirational list of 15 or so
19  people get put together?

20    A.   I would say it's back and forth, maybe by
21  2009, 2010.

22    Definitely after the Israeli assault on Gaza,
23  and the destruction that envisioned, that we felt there
24  needed to be more engagement and momentum.   So much of
25  the discussions about formal organizing the way AMP

Page 64

1  takes place after the attack on Gaza, I think the 2009
2  attack.

3    In this sense, ironically, the first
4  motivation to organize AMP is all through a pro Israel
5  settlement, pro Israel speaker and pro settlement
6  speaker at ISNA that would enable us to organize
7  AMP; and second Netanyahu decision and Israeli decision
8  to attack Gaza that organizes people and people need to
9  say we need to organize and see what we can do.   So AMP
10  became an avenue to organize at the time when nobody
11  was organizing.

12    So that would be the causality and the
13  rationale for AMP's emergency to the landscape.

14    Q.   The original concept of AMP was to address and
15  organize around the types of issues that you are
16  talking about, the attack on Gaza and several of the
17  other current events that were taking place in that
18  time frame?

19    A.   Organizing AMP was to have a Muslim voice that
20  is comparable to Jewish Voice for Peace voice, which is
21  a Jewish voice that speaks in a different tone and
22  speaks of a progressive agenda at a post 911 period
23  where Muslims were silent structurally, and, as such,
24  AMP was a response to the demonization, to the
25  Islamophobic period, to the silencing that was taking

Page 65

**Hatem Bazian**

1  place, and it being in a Muslim setting that even
2  Palestine was not being allowed a voice was a critical
3  moment in the history of Palestinian work in the United
4  States.
5        The attack on Gaza makes that people were
6  asking, people on their own rallying and creating
7  rallies and protests and wanted a response, and AMP had
8  a skeleton engagement nationally.
9        So that -- at least that mobilization by
10 people on their own caused us to actually try to
11 organize and get far more organized in relations to
12 Palestine.  So those are the rationale and how
13 Palestine became -- at least AMP became known and
14 organized within the community.
15       Q.  What did you -- at the time that the AMP or
16 the new organization was being conceived, what was your
17 idea about what the new organization would do in terms
18 of the events or publications?
19       A.  Seminars, provide educational material to
20 Muslims first and foremost about Palestine, its
21 history, culture, tradition and its contemporary
22 circumstances.  Published material that actually would
23 provide a scholarly level or at least a level of
24 writing that could be used, and then for them to be
25 able to speak to their surrounding, whether it's on the

1  community and the college level, and also to speak to
2  their critical representatives about their feelings and
3  their perspectives relative to Palestine.  So that's
4  the focal point in what I wanted to accomplish with
5  AMP.
6        Q.  This wasn't supposed to be a youth-focused
7  organization.  Is that right?
8        A.  A community focus, meaning that --
9        Q.  All ages.
10       A.  -- all ages, but definitely really a focus on
11 American Muslims who were here rather than what I
12 consider to be immigrant Muslims who were just coming
13 in.  So it was really not to address that community or
14 that group.
15       Q.  Did you have a vision that the organization
16 would help impact American policy toward Palestine and
17 Israel?
18       A.  Well, we're hoping to impact public opinion.
19 If that public opinion leads to impacting public
20 policy, that's an outcome rather than being the focal
21 point.
22       Education is to integrate and bring awareness
23 to the broader public opinion, because we feel that the
24 media coverage and how Palestine is represented is
25 skewed heavily to the Israeli, pro Israel side, and

1  there has to be a counter narrative that is developed
2  that enables people to speak about it in relation to
3  public opinion.
4        Q.  Did you envision that would be an annual
5  convention?
6        A.  Not really, but when you organize you are not
7  organizing for a convention, but if convention becomes
8  one way to gather people on a regular basis to speak to
9  your base and to speak to your community, I think
10 that's an outcome.
11       Q.  When did the idea to have a convention first
12 take off?
13       A.  Again, I don't recall the date.
14       Q.  Do you know who came up with the idea?
15       A.  I don't recall who came up with the idea, but
16 an idea that the organization adopted, which is a
17 positive idea.
18       Q.  Do you recall when the idea was come up with?
19       A.  I can't tell you the date, but again we're on
20 the tenth annual convention right now, if not missing
21 one year or two.  So the idea was to try -- we need a
22 convention to bring people together and it seemed to be
23 everybody has a convention, whether you are selling
24 widgets or Seven/11, a convention is a place to bring
25 people to discuss and correlate their ideas.

1        Q.  When you started having discussions after the
2  -- started trying to get new organization going, how
3  did those discussions take place?  Were there calls,
4  were there emails?  How were you talking to people?
5        A.  Most of our discussions, again, because trying
6  to organize it nationally was on the margins of other
7  conferences, again MAS conference, ISNA conference,
8  ICNA conference.  So again on the margins, then few of
9  us possibly will try to see if we could get to talk on
10 the phone to see if things could move, but it was very
11 slow, not methodical, very difficult.  People are busy
12 having a hundred different things on.
13       Again, the first formative years was nothing
14 substantial.
15       Q.  Who were the people that were sometimes
16 talking on the phone and communicating about getting
17 the organization off the ground?
18       A.  I would say myself most often is calling
19 somebody, like, "I'm coming to visit, I'll be in
20 Chicago for this conference, can we see if we could
21 meet to get this moving."
22       Usually it's a call, because I'm traveling
23 constantly.  Wherever I'm going, I will try to call the
24 Palestinians in the community, see if we can have a
25 lunch.  I have a break in this, can I come and meet

1 with you. That's I initiated a lot of the
2 conversation.
3    Q. Were there any particular people you were
4 talking to on a regular basis?
5    A. Not regular, again, if I'm in Chicago, I
6 definitely would call the people in Chicago. If I'm in
7 Michigan I'll call the people in Michigan. If I'm in
8 Minnesota, I'll call the Palestinian people in
9 Minnesota. If I'm in D.C., I'll call people in D.C.
10    Again, even grass roots organizing, it's like
11 pre-grass roots, trying to get the dirt in there and
12 see if we could actually get something and here the
13 dirt is not to be used in negative connotation, because
14 it's a source of life. So again it's to try to get
15 something going at a time where there were no
16 Palestinian organizing taking place.
17    Q. When you were in Chicago, did you ever talk to
18 the people like Jafeeq Jaber or Jamal Said?
19    A. They are not part of my circle.
20    Q. Who did you talk to in Chicago?
21    A. Most of the people that I related to were
22 actually college students engaged in my work and would
23 be that type of grouping I was more attuned to because
24 of my work on college campuses in general.
25    Q. Did you ever talk to Rafeeq Jaber about

Page 70

1 forming a new organization?
2    A. No.
3    Q. Did you ever talk to Hamayel or Abuirshaid
4 during this period?
5    A. No.
6    Q. Were there bulletin boards set up on Google or
7 Yahoo or other sites where people got together and
8 communicated?
9    A. I don't think Google did not have yet Google
10 boards at that time.
11    Q. Okay.
12    A. And I don't think we had any Yahoo. I think
13 even the use of social media and Internet was not as
14 dominant. I think Obama's campaign in 2008 is
15 accredited with monetizing the Internet, social media
16 as a form and tool for political organizing. I would
17 say at that time still it's rudimentary type of work,
18 old-style of organizing, which is to actually try to
19 get people in the room over, you know, to talk with
20 them to see if you are able to do anything. Sometimes
21 most often on the margins of my public lectures.
22    Q. Have you gone back to your email accounts to
23 see if there is anything that remains from those time
24 periods?
25    A. I have not searched my emails. I don't keep

Page 71

1 from 2008. You have to ask the FBI because I know they
2 monitor my records.
3    Q. Have you looked to see if you have any emails
4 from that time period on any account that you ever had?
5    A. I would be surprised even to be able to
6 relocate something from that era.
7    Q. Have you made any effort to do so?
8    A. No.
9    Q. Do you recall what email accounts you
10 maintained in the 2004, '05, '06 time period?
11    A. I can't remember even what emails that I --
12    Q. Did you have a UC Berkeley email?
13    A. I have a UC Berkeley email, but that went
14 through three, four, five different upgrades.
15    Q. Did you maintain any other email addresses?
16    A. I have a Gmail, Yahoo, Earthlink email,
17 Comcast email, AT&T.
18    Q. You haven't gone back to look to see if there
19 is anything from those emails at this point?
20    A. I have not. Really, if I'm going to write
21 maybe a new chapter on something, then that will give
22 me the energy to go and maybe hire an assistant that
23 would go do that.
24    MS. JUMP: Can we take a break any time soon,
25 like, five minutes? I need to return a call.

Page 72

1    MR. WOOLLEY: Sure. Okay. Why don't we take
2 that now.
3       (Recess taken from 11:52 a.m. to 11:57 a.m.)
4       (Deposition Exhibit No. 83 marked.)
5    MR. WOOLLEY: Q. I'm handing you what's been
6 marked Exhibit 83.
7       It's a pretty long document and a lot of it is
8 just blank pages. I wonder if you could take a quick
9 look through this and tell me if this refreshes your
10 recollection of there being a Yahoo message board used
11 in the late 2005 to early 2006 time period in
12 connection with the AMP startup activities.
13    MS. JUMP: Take your time to read through it.
14       For the record, I'm going to object to the
15 extent that this has not been provided to defendants.
16 We have not had an opportunity to look at the source of
17 the document --
18    MR. WOOLLEY: It's on --
19    MS. JUMP: Let me finish.
20       -- the source of the documents contained in
21 Exhibit 83. It may be what it purports to be, but this
22 is the first time we've seen it in this deposition.
23       So based on just now taking a look at this --
24 I don't know how many pages, looks to be roughly a 50
25 or 60 page -- document for the first time, I'm going to

Page 73

**Hatem Bazian**

1  object to the extent that it has not been -- its source
2  has not been substantiated or proven.  The defendants
3  have not had an opportunity prior to right now to take
4  a look at it and comment on it.
5       MR. WOOLLEY:  It's available online.
6       MS. JUMP:  Again, I see where you have Web
7  Crawl down there.  I see the tag line at the bottom,
8  but what I'm saying is this is not something that was
9  produced previously in this matter.  It is not
10  something that has been discussed previously in any
11  depositions or discovery and/or with the Court, and,
12  therefore, we just haven't had an opportunity to look
13  at it or to comment one way or the other on validity or
14  accuracy on what is in these pages.
15       MR. WOOLLEY:  Q.  Dr. Bazian, I am not asking
16  you to read every word.  Have you had a chance to look
17  through this document and generally familiarize
18  yourself?
19       MS. JUMP:  I am going to ask you to read every
20  word.
21       MR. WOOLLEY:  It's been --
22       MS. JUMP:  Let me finish.  I want him to take
23  a look at the document that he's been given.
24       MR. WOOLLEY:  Why don't we go off the record
25  if you want him to read every word.  I don't object to

Page 74

1  that.
2       MS. JUMP:  He can read it on the record if he
3  is going to talk about it.
4       MR. WOOLLEY:  I have some questions.  If you
5  want him to read every word, let's go off the record.
6       MS. JUMP:  I don't want to do that.
7       MR. WOOLLEY:  Q.  Have you had a chance to
8  generally look through this document and generally
9  familiarize yourself with what it contains?
10       A.  I just read the first few pages.
11       Q.  Do you recognize Exhibit 83 as entries from a
12  Yahoo message board that was set up in the 2005-2006
13  time period?
14       A.  What I see is the paper that you handed me
15  that has few of my messages in email that includes
16  possible references to me.
17       Q.  For example, on the first page of Exhibit 83
18  there is a message purporting to be a mission statement
19  discussion that says it's from you, dated December 20,
20  2005.  It has your address here, Barrows Hall at UC
21  Berkeley at the bottom.  Is this the message you wrote
22  in the December 2005 time period?
23       A.  It is possible.  I did have, again, a Yahoo
24  account.  So it is possible that this is my statement,
25  and it does reflect AMP's mission statement.

Page 75

1       Q.  Was the mission statement something that you
2  were working on preparing in the December 2005 time
3  period?
4       A.  Yeah, I was trying to craft the mission
5  statement for the organization.
6       Q.  Is the mission statement shown on page 1 of
7  Exhibit 83 a draft of that mission statement that you
8  were working on?
9       A.  It says draft, as I read it, American Muslims
10  for Palestine, draft mission statement.
11       "AMP is a not-for-profit membership-based
12  community association founded in North America for
13  purpose of providing non-partisan, nonsectarian
14  educational, social and cultural programming for
15  the purpose of raising American public awareness
16  about the rich heritage of Palestine and its
17  diverse people.  AMP publishes books, organizes
18  conferences, provides educational programs and
19  resources for all education and cultural
20  backgrounds."
21       From my recollection, this sounds like the
22  first draft that I sent on AMP's mission.
23       Q.  Did you post this post that appears on the
24  first page of Exhibit 83?
25       A.  It appears to be a post that comes from me.

Page 76

1       Q.  You have no reason to doubt you are the one
2  that posted that?
3       MS. JUMP:  I am going to object.  Calls for
4  speculation.
5       THE WITNESS:  I am just saying what you handed
6  me has my name and draft mission.
7       MR. WOOLLEY:  Q.  Do you have any reason to
8  doubt that's something you posted in 2005?
9       MS. JUMP:  Asked and answered, and also calls
10  for speculation.
11       THE WITNESS:  Again, I responded, what you
12  handed me and what I read appears to be draft mission
13  that I wrote.
14       MR. WOOLLEY:  Q.  Do you recall posting this
15  mission statement?
16       A.  I can't recall from 2005.
17       Q.  But you have no reason to doubt, as you sit
18  here today, this was the post that you put together.
19       MS. JUMP:  I am sorry.  Waiting for you to
20  finish your question.  Is the question done?
21       MR. WOOLLEY:  Yes.
22       MS. JUMP:  I am going to object again as asked
23  and answered, and also calling for speculation.  Go
24  ahead.
25       THE WITNESS:  Again, what I read from the

Page 77

1  me.

2      MR. WOOLLEY:  Q.  Could you turn to page 13,

3  please.

4      A.  I'm not quite that far yet.

5      Q.  Take that back.  Look at, yeah, page 13.  This

6  appears to be a post by Magdi Odeh.  Do you see that?

7      A.  Yes, I see that.

8      Q.  Do you recall Magdi Odeh being part of

9  discussions in the early 2006 time period?

10     A.  It is possible that he was part of the early

11 discussions.

12     Q.  The Magdi Odeh post says, "I am sorry for such

13 a late response but have been very busy at work and

14 school.  I am more free now so Inshallah so I can

15 devote time for AMP now."

16         He has three points under that.  The first one

17 says, "1. I believe we agreed that we would leave

18 brother Sufian out when we meet in Milwaukee since he

19 is well associated with IAP."

20         Is brother Sufian a reference to Sufian

21 Nabhan?

22     MS. JUMP:  I am going to object to the extent

23 it calls for speculation.

24     THE WITNESS:  As far as this document, it only

25 says brother Sufian.  Whether it's Sufian Nadhan, I'm

Page 86

1  not sure.

2      MR. WOOLLEY:  Q.  Do you know any other

3  Sufians this might have referred to?

4      MS. JUMP:  Objection.  Calling for

5  speculation.

6      THE WITNESS:  I can only speak to the name

7  that is included in here.

8      MR. WOOLLEY:  Q.  Sufian Nabhan was from

9  Detroit.  Is that right?

10     A.  Yes.

11     Q.  Do you know any other Sufians who were

12 associated with IAP?

13     A.  There were a number of Sufians that were part

14 of the Palestinian community and some would have

15 attended AMP's gathering.  So it can or cannot be.  I

16 cannot tell you for sure.

17     Q.  Were you aware that Sufian Nabhan had been a

18 board member of IAP?

19     A.  Myself I was not, but at a later point

20 possibly I was aware of it.

21     Q.  Do you recall ever being part of an agreement

22 that you would leave out from the new organization

23 people who were associated with IAP?

24     A.  It is possible.

25     MS. JUMP:  Objection.  Asked and answered.  Go

Page 87

1  ahead.

2      THE WITNESS:  It is possible.  I'm not saying

3  -- when we created AMP, it is possible.

4      MR. WOOLLEY:  Q.  Do you recall the discussion

5  that Magdi Odeh is referring here with this agreement?

6      A.  I don't know whether the discussion was with

7  me or with someone else or in a group in Milwaukee,

8  because he's saying "when we meet in Milwaukee."

9      Q.  Did you agree with the position that you

10 should leave out people who were well associated with

11 IAP from the early formation?

12     MS. JUMP:  Objection.  Asked and answered.  Go

13 ahead.

14     THE WITNESS:  I think by the time we created

15 AMP, I don't think that we should have IAP members or

16 any individual, because I think our organizations have

17 two different focuses.

18     MR. WOOLLEY:  Q.  Why did you think it was

19 important to keep the people from IAP out of the new

20 organization or distanced from the new organization?

21     MS. JUMP:  Object as mischaracterizing the

22 previous testimony, and asked and answered.

23     MR. WOOLLEY:  Q.  Let me read you the next

24 sentence.  He says, "I believe if this is the case we

25 really need to make sure we distance ourselves from

Page 88

1  that.  In order to make a statement and work we really

2  need to distance ourselves from any well known IAP

3  figures."

4          Do you recall any discussions along those

5  lines in the late 2005, early 2006 time period?

6      MS. JUMP:  Object as asked and answered.  Go

7  ahead.

8      THE WITNESS:  I don't, again, recall from that

9  period, but if the discussion was about that their

10 focus was completely different than ours.  Our focus

11 was to focus on the American public and educating about

12 Palestine in the U.S. rather than engaging in anything

13 outside of Palestine -- outside of the U.S.

14     MR. WOOLLEY:  Q.  If Mr. Nabhan was on board

15 with your focus, why would it be important to distance

16 him from the focus of IAP?

17     MS. JUMP:  I am going to object as calling for

18 speculation and assumes facts not in evidence.

19     THE WITNESS:  Engagement with Sufian was much

20 later than this period, possibly post 2010, 2011,

21 especially after the attacks on Gaza.  So it was not an

22 issue of Sufian per se.  It was a matter of thinking

23 about organizing in Detroit area.

24     MR. WOOLLEY:  Q.  Do you know why Sufian was

25 mentioned in this email?

Page 89

**Hatem Bazian**

Page 90

```
1        MS. JUMP:  Objection.  Calls for speculation.
2   Assumes facts not in evidence.  You can answer.
3        THE WITNESS:  I'm only reading what Magdi
4   wrote.  I can't speak to the specifics.  You can ask
5   Magdi about that.
6        MR. WOOLLEY:  Q.  Was there an effort getting
7   people involved from different areas of the country in
8   the 2006, 2005 time period?
9        MS. JUMP:  Objection.  Asked and answered.
10       THE WITNESS:  Yeah.  I was traveling, and
11  every visit I had in every city I was trying to talk to
12  individuals and communities about Palestine and how to
13  be engaged in work related to Palestine.
14       MR. WOOLLEY:  Q.  There is a reference here to
15  "when we meet in Milwaukee."  This is from January
16  2006.  Is that the MAS convention that's being referred
17  to?
18       A.  Yes, most likely.
19       Q.  At this point in time was there a plan to have
20  some sort of kick-off meeting or meetings at the MAS
21  convention?
22       A.  Not yet.  It was still formative period.
23       Q.  I take it there was some anticipation that
24  there would be a meeting in Milwaukee.
25       MS. JUMP:  Objection.  Assumes facts not in
```

Page 91

```
1   evidence.  Asked and answered.
2        THE WITNESS:  It was just a matter of
3   connecting and meeting.  It was not a formal meeting.
4   We were still kicking around the idea of organizing.
5        MR. WOOLLEY:  Q.  When the meeting took place
6   in Milwaukee, was there a specific meeting where a
7   number of people attended to talk about the new
8   organization?
9        MS. JUMP:  Objection.  Asked and answered.
10       THE WITNESS:  I remember just trying to get
11  people in the middle of the convention and the period
12  of the convention to see if they could come in during
13  the break in sessions to see if we could gather and
14  talk.  Again, when you have a convention, I had many
15  different sessions I was speaking, others had different
16  sessions.
17       Again, we met in Milwaukee.  How the meeting
18  took place was highly informal, highly unstructured, no
19  set agenda, and just a matter of agreeing on a mission
20  statement and see if we could begin to do the work.
21  Those are the basic facts.
22       MR. WOOLLEY:  Q.  Did you agree with the
23  agreement that the new organization needed to distance
24  itself from well-known IAP figures?
25       MS. JUMP:  Objection.  Asked and answered, and
```

Page 92

```
1   assumes facts not in evidence.
2        THE WITNESS:  I would say personally I wanted
3   to focus on the American Muslim community and not to
4   focus on the Palestine or Palestine over there.  So in
5   this sense if members of IAP, their focus was over
6   there, then that does not serve what type of work I
7   wanted to put forth.
8        MR. WOOLLEY:  Q.  So what was the reason why
9   someone -- why IAP was something that you needed to
10  distance yourself from?
11       MS. JUMP:  Objection.  Mischaracterizes the
12  previous testimony, and assumes facts not in evidence.
13  Asked and answered.
14       THE WITNESS:  From the individuals that were
15  doing work were not focusing on the work that needs to
16  be done.
17       MR. WOOLLEY:  Q.  Was there any concern about
18  legal repercussions of having people that had been
19  previously associated with IAP in the new organization?
20       A.  No, it was not a matter of any legal issues.
21  Again, most of the Muslim organization groups already
22  been targeted by government agencies.  So the focus on
23  whether their work is actually something that would
24  help the focus of our organization or not.
25       Q.  Was there ever a discussion of the possibility
```

Page 93

```
1   that having people involved who were associated with
2   IAP might cause government agencies to focus on the new
3   organization?
4        MS. JUMP:  Object to the extent it's asked and
5   answered.  Go ahead.
6        THE WITNESS:  Our assumption is that if you
7   are American Muslim in America, the government is
8   watching you.
9        So we're living in an Islamophobic social
10  imaginary.  If the government sees a Muslim and
11  anything with a Muslim name on it and you add Palestine
12  in there.  So that's a standard operating procedure.  I
13  would say still the fact today.
14       MR. WOOLLEY:  Q.  Number 2 in Mr. Odeh's email
15  says:
16       "Since this is the transition period for know
17       are we looking to make this a limited membership
18       for now or is it open."
19       So there is another reference here to a
20  "transition period."  Does this refresh your
21  recollection of the term transition period being used
22  for this time period?
23       MS. JUMP:  Objection to the extent it assumes
24  facts not in evidence, and asked and answered.  Go
25  ahead.
```

**Page 94**

```
 1        THE WITNESS:  The discussion, again, the
 2  transition term is a generic term to say we're forming
 3  an organization.  So in the formative period, who can
 4  belong to the organization, membership, is it a
 5  membership organization, should everybody that comes in
 6  should be allowed to come in, how actually should we
 7  get a fee, is it a membership fee, is it a chapter
 8  organizing, should we draft the chapter agreement, how
 9  the -- so the transition just as we are beginning to
10  organize, should everybody be a member or not.  How do
11  you constitute a board if there is no board.  How those
12  discussions.  That's just transition period for -- from
13  having no organization to having an organization.
14        MR. WOOLLEY:  Q.  What are you transitioning
15  from?
16        A.  From chaos, from meeting on the carpet of a
17  convention center in ISMA to having a settlement
18  supporting Zionist pro Israel going up and speaking to
19  Muslims about how they need to be -- to embrace the new
20  direction that Israel is having with our government.
21  So that's what the transition means.
22        Q.  If you could turn forward a couple pages to
23  page 15, there appears to be another post from you.
24  From January 24 of 2006.  Do you see that?
25        A.  Yes.
```

**Page 95**

```
 1        MS. JUMP:  One moment while I get there.
 2  January, what is it, 24th?
 3        MR. WOOLLEY:  24th.
 4        MS. JUMP:  All right.
 5        MR. WOOLLEY:  Q.  Is this a post you made on
 6  or about January 24th of 2006?
 7        MS. JUMP:  Again, objection as stated to this
 8  exhibit generally, and I'm going to object to the
 9  specific question for the same reasons in that it
10  assumes facts not in evidence as being what it purports
11  to be.
12        We just don't know one way or the other and
13  have not had the opportunity to check the validity of
14  it.
15        THE WITNESS:  Again, from the document that
16  you have handed me, it seems that it has my name on it
17  from January 24th, 2006.
18        MR. WOOLLEY:  Q.  You have no facts to dispute
19  that this is a post that you made on or about that time
20  period?
21        MS. JUMP:  Same objection as far as assuming
22  facts not in evidence.  Asked and answered.  You can
23  answer.
24        THE WITNESS:  Again, I'm only responding to
25  the document that you handed me dated January 24, 2006
```

**Page 96**

```
 1  that has my name on it.
 2        MR. WOOLLEY:  Q.  I'm just asking if you have
 3  any facts that suggest to you this isn't something you
 4  posted on that date that it purports to be.
 5        MS. JUMP:  Objection.  Asked and answered.
 6  Assumes facts not in evidence.  Go ahead.
 7        THE WITNESS:  The same answer I would have.
 8        MR. WOOLLEY:  Q.  In the January 24, 2006
 9  message, you state, "I do agree that we stay away from
10  the IAP and not get them involved in this effort."
11        Does this refresh your recollection that you
12  agreed with the position that you should stay away from
13  IAP figures in this time period?
14        MS. JUMP:  Again.  Objection.  Assumes facts
15  not in evidence.  The truth of this document being the
16  truth of what is asserted here.  Go ahead.
17        THE WITNESS:  If this is the earlier message
18  from Magdi and this is responding to his message,
19  reading that's what it says, I agree with his position.
20        MR. WOOLLEY:  Q.  You have no facts to dispute
21  this is something that you posted in January 24 of
22  2006?
23        MS. JUMP:  Again, object for assuming facts
24  not in evidence and, therefore, to the extent that it
25  calls for speculation.  Also asked and answered.  Go
```

**Page 97**

```
 1  ahead.
 2        THE WITNESS:  Again, I'm reading what you
 3  handed me as the message that has my name responding to
 4  -- purporting to respond to Magdi.
 5        MR. WOOLLEY:  Q.  I assume if you have some
 6  facts this isn't something you posted you'll let me
 7  know.
 8        A.  I'll consult with counsel.
 9        Q.  If something comes to mind, you'll let me
10  know?
11        A.  I'll consult with counsel.
12        Q.  I want to know now any facts you have that you
13  dispute this is a post you made at that time period.
14        MS. JUMP:  As to that I'm going to object as
15  asked and answered, also assuming facts not in
16  evidence.  I'm not instructing you not to answer.  You
17  can answer as to what you know as you sit here today.
18        THE WITNESS:  What I can ascertain is what the
19  document that you handed me and what it says.  I cannot
20  speculate anything outside of that right now.
21        MR. WOOLLEY:  Q.  You refer to the -- doing
22  outreach ahead of the April conference or meeting.  I
23  take it that's the MAS conference that we talked about.
24        MS. JUMP:  Same objection.  Asked and
25  answered, and assuming facts not in evidence.  You can
```

**Hatem Bazian**

1  answer.
2         THE WITNESS:  It is a possibility this is in
3  reference to the April meeting.
4         MR. WOOLLEY:  Q.  You state:
5         "It would not be prudent for us to come back
6         into the April meeting and only have the same
7         cities and people represented since it will be the
8         time to officially establish the organization and
9         select a permanent leadership."
10        Do you see that?
11    A.  Uh-huh.
12    Q.  Was there an outreach program that you and the
13  group were involved in at that point to bring in people
14  from different cities?
15        MS. JUMP:  Objection to the extent it's asked
16  and answered.  Go ahead.
17        THE WITNESS:  Again, I was involved in
18  reaching out to as many Palestinians around the country
19  as possible and through my travels, and I wanted to
20  reach and get as many cities engaged as possible.  That
21  would be the facts of my work.
22        MR. WOOLLEY:  Q.  Did you view the
23  get-togethers at the MAS convention to be where you
24  were going to officially establish the organization?
25    A.  That was an aspiration.

Page 98

1         MS. JUMP:  I'm going to object to the extent
2  it calls for a legal conclusion.  Go ahead.
3         MR. WOOLLEY:  Q.  Was it also an aspiration to
4  select permanent leadership at that time?
5         A.  That was an aspiration.  Did not materialize.
6    Q.  It did not materialize --
7    A.  It did not materialize.
8    Q.  -- in terms of leadership what ended up
9  happening at the 2006 MAS convention?
10    A.  It was still -- we did not get the
11  representation.  We did not get various cities.  So we
12  still were in a grass root period.
13    Q.  When did AMP first have a board of directors?
14    A.  I can't really recall the exact period.  We
15  had many people that were engaged in attempting to
16  organize.  We called ours a board, but I would say it
17  would be a stretch of the imagination to say that we
18  had a functioning board, and I would say the
19  organization did not take shape until after the Gaza
20  campaign.
21        I think Israel attack on Gaza energized the
22  community for us to get ourselves serious.  I would say
23  prior to that I would say the leadership was organic, as
24  disorganized, still taking shape with names added,
25  names taken out, people attending, not attending.  All

Page 99

1  of that was part of the reality of trying to form a
2  national leadership and national organization without
3  substantial resources.
4    Q.  Can you turn to page number 19, please.
5        I'm just going ask you about the name Affnan
6  Mohammad.
7        MS. JUMP:  One moment, please, while I get
8  there.
9        MR. WOOLLEY:  Q.  Do you recall Affnan
10  Mohammad being involved in the transition period?
11    A.  I don't recall.
12    Q.  He never went on to become a significant part
13  of the organization, I take it.
14    A.  I don't know if it's a man or a woman.  So I
15  don't recall.
16    Q.  I take it since you don't recall his or her
17  gender you don't recall him or her being involved in
18  the organization in a significant way.
19    A.  Again, the organization was still at a grass
20  roots where we don't have an identifiable leadership
21  that is functioning that you could say this person is
22  known, so on, so on.
23        I don't even know the gender of the person,
24  because Affnan is both a male or a female.  I can't
25  answer that question without knowing more than this.

Page 100

1    Q.  Can you please turn to page 22.  This purports
2  to be a March 5, 2006 message from Hani Hasan.  See
3  that?
4    A.  Yes.
5    Q.  He says:
6        "I was wondering if we could meet on Friday
7        night over the weekend or next Monday.  This
8        Tuesday is very bad for me because I have two
9        exams on Wednesday."
10        Then he says:
11        "If the board cannot meet any on any other
12        day, or doesn't have a chance to respond before
13        tomorrow (Monday), I'll just set up a conference
14        call and have it on its scheduled time."
15        Was there something called the transition
16  board in the early 2006 time period?
17        MS. JUMP:  I am going to object to the extent
18  it's been asked and answered.  Go ahead.
19        THE WITNESS:  Again, the term transition board
20  meant a moving from the grass roots, people talking
21  about organizing to set up an organization.  So are the
22  people who are involved in the grass roots, are they
23  going to be the ones that would be actually board
24  members and are chapters.  So all that discussion was
25  still in a fluid rudimentary stage.

Page 101

**Hatem Bazian**

1    MR. WOOLLEY:  Q.  Do you know what Mr. Hasan
2 is referring to when he says "board"?
3    A.  Again --
4    MS. JUMP:  Calling for speculation in the
5 document.
6    THE WITNESS:  Any reference to board is
7 basically all those individuals who said we are ready
8 to organize or want to be organized.  That's as far as
9 the shape of the group.  We did not have any structure,
10 firm structure, we have not yet filed as an
11 organization yet.
12    MR. WOOLLEY:  Q.  Do you recall referring to
13 that group as the board in this time period?
14    A.  I would say as a transition board, yeah.
15 Transition meaning from grass roots to having a
16 possible organization with a set board, whether it
17 would be elected or represented from different chapters
18 and to formulate chapters.
19    Q.  Could you turn to page 37, please.
20    A.  This was the start of stage AMP, and you try
21 to get anyone with a warm body to try to come and work
22 and help with the work.  That's what their reference
23 would be.
24    Which page?
25    MR. WOOLLEY:  Q.  Page 37, please.  It is

1 February 22, 2006,
2    MS. JUMP:  I am sorry.  I am not on the right
3 page.  Okay, got it.
4    MR. WOOLLEY:  Q.  This appears to be message
5 number 24, AMP goals from February 22, 2006 from Hani
6 Hasan.  He says:
7    "I have attached the goals that we previously
8    worked on.  I also found an article entitled 'Why
9    AMP,' maybe we can use in the future."
10    Do you know what the goals are Mr. Hasan was
11 referring to?
12    MS. JUMP:  Same objections.  Assuming facts
13 not in evidence.  Calling for speculation.  You can
14 answer.
15    THE WITNESS:  I don't know from 2006 what were
16 these goals that were put in place.  So if I could see
17 them I would say yes or no; but he's referencing goals
18 so it might have been forming the organization, might
19 be creating chapters, might be fundraising to hire an
20 employee.  All goals might have been part of the
21 discussions at the time from my perspective.
22    MR. WOOLLEY:  Q.  Do you know whether any
23 copies of goals from that time period still exist?
24    A.  I don't know.
25    Q.  He refers to an article titled "Why AMP."  Do

1 you recall that article?
2    A.  I don't know.  I only -- I don't know if I
3 wrote it or someone else wrote it; but I don't recall
4 that particular article, but I wouldn't be surprised to
5 send to the community why AMP is needed.
6    Q.  You wouldn't be surprised such a piece --
7    A.  It was written, because it plays to go to
8 speak to the community.  Let's say we're going to
9 create a recreation center.  Why is a recreation center
10 needed?  Why AMP?  I wouldn't be surprised.
11    Q.  Who would have written such an article?
12    MS. JUMP:  Objection.  Asked and answered.
13 Calls for speculation.
14    THE WITNESS:  I don't know who would write
15 such an article.  A number of people could write such
16 an article.  We were not yet an organized body with a
17 publishing house to say -- or a communication
18 department to say this is coming from the communication
19 department.
20    MR. WOOLLEY:  Q.  Where would they have gotten
21 the title AMP for the article?
22    MS. JUMP:  I'm going to be object as calling
23 for speculation.
24    THE WITNESS:  Like I said, the discussions
25 about the name was taking place from early on.  So the

1 AMP, Americans for Global Peace, all those were part of
2 the discussion.  I favored AMP as a counter-narrative
3 to Islamophobic period.
4    If the American government is saying being a
5 Muslim is guilt by association, I want to make sure
6 that I want to be identified as a Muslim in the current
7 period, and is the problem of the government to uphold
8 the principal rather than of me.
9    If the Zionists in this country are objecting
10 to the term Palestine, that's their problem, not mine.
11 They need to deal with their psychiatrist on that issue
12 rather than me.  I wanted to emphasize Americans for
13 Palestine.
14    MR. WOOLLEY:  Q.  If you were looking for the
15 article "Why AMP," where would you look, any ideas?
16    MS. JUMP:  I am going to object as calling for
17 speculation.  Asked and answered, and assumes facts not
18 in evidence.  You can answer.
19    THE WITNESS:  I would possibly get somebody
20 who would crawl down and go through the Internet and
21 whatever places to try to find the article.  Seems to
22 be it's run-of-the-mill pieces rather than being the
23 most critical piece of literature to be put out.
24    MR. WOOLLEY:  Q.  Could you turn to page 54,
25 please.

1    MS. JUMP:  I am going to wait for you to get
2 there and tell me the date.
3    MR. WOOLLEY:  March 9, 2006.  Eight pages from
4 the end.
5    THE WITNESS:  March 9.
6    MR. WOOLLEY:  Q.  The one at the bottom is
7 March 20.
8    MS. JUMP:  Okay.
9    MR. WOOLLEY:  Q.  There is an entry from you
10 at the bottom, March 9, 2006, that says, "I am
11 attaching a copy of the bylaws draft to begin our
12 discussion on it."
13    Do you recall being involved in preparing
14 bylaws ahead of the April 2006 MAS meeting?
15    A.  I contracted -- in order to develop the legal
16 document, I contracted legaldocuments.com.  So that's
17 where the beginning of the documentation, legal
18 documentation for getting AMP registered.
19       It might have been this was the initial bylaws
20 that they drafted for me or sent to me.  This would
21 have been the period of time.
22    Q.  Was there anyone else helping you with
23 preparing things like bylaws and goals and those
24 things?
25    A.  No.  I already had skills serving as the
Page 106

1 president of the body in San Francisco, and also the
2 head of the graduate students here at Berkeley.  So I
3 was very familiar with the bylaws, legal bylaws,
4 constitutions, and also seeking the help of
5 legalfilings.com in order to get this off the ground.
6    Q.  You reference in the last line "the next two
7 conference calls."  Do you recall there being
8 conference calls in this time period?
9    A.  It might be.
10    MS. JUMP:  Same objections as to assuming
11 facts not in evidence as to the document as a whole.
12 You can answer.
13    THE WITNESS:  It might be to discuss how to
14 move forward.
15    MR. WOOLLEY:  Q.  Who was on the conference
16 calls in this time period?
17    A.  I can't recall.
18    Q.  Was Salah Sarsour on those conference calls?
19    A.  Salah was not engaged in this formative
20 period.
21    Q.  Was Sufian Nabhan in any of these conference
22 calls?
23    A.  I can't recall, and I would doubt that he was.
24    Q.  Do you recall someone named Dia Salem?
25    A.  Yeah, he was a community member in Milwaukee.
Page 107

1    Q.  Approximately how old was he?
2    A.  Probably early 30s.  I can be mistaken.  Looks
3 are deceiving.
4    MS. JUMP:  Objection.  Time period.
5    MR. WOOLLEY:  Q.  Was he involved in the
6 transition period?
7    A.  I think so.  I think I could recall Dia.  I
8 don't know if he was Milwaukee or Kansas, I'm not sure.
9 I could be mistaken.
10    Q.  He may have been in the Kansas City area?
11    A.  He might be.  I did meet him in Milwaukee.
12    Q.  Do you recall getting input from Salah Sarsour
13 on people that could be contacted in different cities
14 about getting involved in the new organization?
15    A.  No.  Again, I had far more contact with the
16 Palestinian community nationally than Salah or anyone
17 else.
18    Q.  Two pages from the end, page 60, April 25,
19 2006, which is ten days after the MAS convention.
20    A.  Yes.
21    Q.  There is a post called "This list is no longer
22 active" from Magdi Odeh.  It says:
23       "This group is no longer active.  I have
24    created" -- says "on," probably means one -- "that
25    is on Google and I have invited everyone to it.
Page 108

1    This group was just set up for the transition and
2    is no longer needed."
3       Do you recall a Google group being set up?
4    A.  It's possible.  Again, Magdi would have been
5 -- he's the technical person.  He's a computer science
6 person.  So if it is, I'll take this, what you handed
7 me in terms of the reference that he's speaking to, it
8 is something that he has done.
9    Q.  Showing you what's previously been marked as
10 Exhibit 63.
11       Exhibit 63 appears to be a PowerPoint
12 SlideDeck.  Have you ever seen this exhibit before?
13    MS. JUMP:  Before we continue discussing, I am
14 going to say I know this had been unilaterally and
15 redesignated.  This should have a confidentiality stamp
16 on it in the current version.  So the documents
17 contained in Exhibit 63 should be marked confidential
18 for this litigation.
19       You can answer.
20    THE WITNESS:  What was your question?
21    MR. WOOLLEY:  Q.  Have you ever seen this
22 SlideDeck?
23    A.  I can't say for sure.  You have to tell me
24 where was it presented, was it sent to me or was it a
25 chapter that was speaking to their own or was it the
Page 109

**Hatem Bazian**

1 convention, was I there? This is very difficult to say
2 yes or no.
3    Q. You've just given me my list of questions for
4 you.
5    A. Yes.
6    Q. Do you remember ever seeing this?
7    A. I cannot say that I remember or not remember.
8 I just -- you just handed me something, and being a
9 person that attends 200 different lectures that I teach
10 classes that have all that type of information,
11 including on Palestine, I cannot say for sure yes or
12 no. You need to give me the context.
13    Q. Were you involved in preparing this SlideDeck?
14    A. Let's see. No, that's not my style of
15 PowerPoint.
16    Q. Did you attend a meeting that you can recall
17 in which this SlideDeck was used?
18    A. Give me the time, date, place then I could say
19 a possibility of it; but right now I cannot out of hand
20 with a document handed to me give you that answer.
21    Q. I'm asking for your recollection.
22    A. I cannot say because this is just a deck of
23 PowerPoint slides.
24    Q. Right.
25    A. And you give me and say whether you know this

Page 110

1 or attended this meeting, I cannot.
2    Q. I'm not asking whether you were or not at a
3 meeting where this was used. I'm asking if you recall
4 being at a meeting where this SlideDeck was used.
5    MS. JUMP: If I may, he's just asking, sitting
6 here today, do you remember.
7    THE WITNESS: I cannot answer that with any
8 state of accuracy.
9    MR. WOOLLEY: Q. The mission statement is
10 different than the one in the AMP transition email that
11 you circulated. Do you know if you had anything to do
12 with putting together this version of a mission
13 statement?
14    MS. JUMP: I'm going to object as asked and
15 answered, and assuming facts not in evidence. Go
16 ahead.
17    THE WITNESS: I only could speak to the
18 mission that I drafted and then edited and then
19 submitted into the official filing. Any other
20 rendition of it that individuals have used does
21 represent their perspective rather than mine.
22    MR. WOOLLEY: Q. I take it you were not
23 involved in preparing this version of a mission
24 statement?
25    MS. JUMP: Objection. Asked and answered. Go

Page 111

1 ahead.
2    THE WITNESS: It does not -- the language is
3 not my language.
4    MR. WOOLLEY: Q. Taking a look at what's
5 numbered 4 in the document, in the right-hand corner
6 there is a list of AMP Milwaukee directors and a list
7 of AMP committees on slides. Then that continues on
8 the next page, but they're not very legible.
9    We've talked about Hani Hasan. Are you
10 familiar with any of the other -- we've talked about
11 Munjed Ahmad. Are you familiar with any of the other
12 people listed in these slides?
13    A. I would say that I know Rami.
14    Q. Rami Bleibel?
15    A. Bleibel.
16    Q. Was he someone who had --
17    A. He was a young -- no. He was a very young
18 activist. So I know of him.
19    Q. Okay.
20    A. I could recall Tasnim Hamadan.
21    Q. Was Tasnim Hamadan also a young person?
22    A. Young person, yes.
23    Q. Is that a woman or a man?
24    A. It's a woman.
25    Q. Did she ever become active in AMP?

Page 112

1    A. I think active within the Milwaukee chapter
2 and community.
3    Now, recall I said earlier, as we were
4 attempting to form AMP, there were different attempts
5 in different parts of the country to organize something
6 for Palestine.
7    So my sense just looking at this, ==this seems==
8 ==to be something that the Milwaukee community was==
9 ==attempting to organize and putting something for their==
10 ==organizing before possibly or simultaneously as they==
11 ==were communicating with me relative to the work that I==
12 ==was doing in here, and I would say you might find==
13 ==similar type of document with the MAP community down in==
14 ==Los Angeles that might have similar rendition.==
15    ==There were a number of emails trying to==
16 ==organize for Palestine. So I think this would have==
17 ==that mark.==
18    ==Q. Munjed Ahmad ended up on the leadership of the==
19 ==AMP organization. Is that right?==
20    ==A. Yes.==
21    Q. Other than Munjed Ahmad, none of these became
22 leaders?
23    A. No. I think they were very active in the
24 Milwaukee community, again, the chapter versus possibly
25 national leadership.

Page 113

**Hatem Bazian**

1  Q.  We looked earlier at the Exhibit 82, which had
2  you listed as one of the invited guests for the MAS
3  2006 convention.
4  A.  Yes.
5  Q.  Do you recall appearing on a panel with Osama
6  Abuirshaid at that convention moderated by Rafeeq
7  Jaber?
8  A.  I don't know.  Might be, might be a
9  possibility if it's the case.  In general, I did not
10  appear on the same panel with Osama or Rafeeq because
11  they often spoke in Arabic and I spoke specifically in
12  English.  So if it happened I would say most likely I
13  spoke in English in that same session and they spoke in
14  Arabic.  I would not be surprised.
15  Q.  If I were to say that Mr. Jaber was quoted at
16  the beginning of this panel as having said, "It is an
17  honor for me to be here tonight with two people that
18  not only do I respect a lot and I admire but also are
19  close to my heart and I love them more than brothers,"
20  would it surprise you for Rafeeq Jaber to say something
21  like that about you and Mr. Abuirshaid?
22  MS. JUMP:  Object to the extent it calls for
23  speculation and assumes facts not in evidence.  You can
24  answer.
25  THE WITNESS:  I would first state what you are

Page 114

1  saying is exactly in reference to what he said, but
2  it's all under what you call flowery language in
3  introduction for an Arabic medium.  So I would not be
4  surprised.  It would be within his language.
5  MR. WOOLLEY:  Q.  Would it also be within
6  Mr. Jaber's language to say, "To my right here is
7  Dr. Hatem Bazian.  He's known to a lot of you here.
8  He's been known two me for a long time"?
9  MS. JUMP:  Object to the fact it calls for
10  speculation, assumes facts not in evidence.  You can
11  answer.
12  THE WITNESS:  Like I say, on a national level
13  I have been known as an activist, as an intellectual in
14  Palestine since 1988, if not a little bit before.  My
15  circle of influence on Palestine is extensive.  I knew
16  Agha Saeed, Hakim Abujahad [phonetic].  So that's --
17  Nasir Abduri knew all of the negotiating team that was
18  negotiating with Israel.  So if he says he's known to
19  me for a long period of time, I would say yes, I am
20  known, very well known, not only here, but the Israelis
21  I am also known.  That by itself does not surprise me.
22  MR. WOOLLEY:  Q.  You have no facts or reason
23  to believe that you weren't on this panel with
24  Abuirshaid that's moderated by Jaber at this point?
25  MS. JUMP:  I object again as asked and

Page 115

1  answered.
2  THE WITNESS:  Again, if the conference says I
3  was on a panel, I have no other recollection to say yes
4  or no.  It would have been possible that I was on the
5  panel.  Most likely I presented my lecture in the
6  English language and they presented -- Osama presented
7  in Arabic.
8  MR. WOOLLEY:  Q.  When you got together with
9  people at the MAS convention in April of 2006, did you
10  do any sort of presentation to people?
11  A.  No.  What I did, I just talked about the
12  conditions of the American Muslim community.  I spoke
13  to them about what took place in Islam to try to get
14  them to understand the context.  So I did not have a
15  formal presentation.
16  Q.  Did you ask them to be a part of the
17  organization?
18  A.  Yeah.  I wanted people to begin to help me in
19  forming AMP.
20  Q.  Did you ask for money at that time?
21  A.  No.  No funding yet, because we did not have
22  yet the infrastructure to receive funding.  If someone
23  say I want to give you this, we just did not have the
24  infrastructure.
25  Q.  Did anyone assist you in bringing people

Page 116

1  together and talking to people about becoming part of
2  the organization?
3  A.  Not any organization.  Again, Hani and Magdi
4  and the people I knew just tried to get everybody you
5  know who is interested in Palestine, please let them
6  know we are trying to get something going.  That's
7  where I was grass roots organizing, again, following
8  the ISNA attempt, trying to get people to respond.
9  That's how we took it, the grass roots effort and
10  respond to organizers.
11  Q.  Did you attend any meetings led by Munjed
12  Ahmad during the MAS convention?
13  A.  Led by, I don't think led by.  I think he was
14  involved in the meetings we had, but I don't think led
15  by.
16  Q.  Did you attend any meetings that were
17  specifically with the Milwaukee group when you were at
18  the MAS convention?
19  A.  There was no such thing as a Milwaukee group
20  per se.  I think they were still trying to formulate
21  that idea of what to do for Palestine.
22  Q.  When do you recall first sitting down with
23  Manjed Ahmad and discussing his involvement and
24  activities that you would be doing together in
25  combination to put the organization together?

Page 117

**Hatem Bazian**

1    A.   Again, my recollection is MAS convention is
2  the place we began the discussions, and then from that
3  we wanted -- at least from my perspective is legal
4  background and my focus matched.   We were thinking
5  almost in an identical way.   We were very critical of
6  certain patterns and behaviors of organizing.   That's
7  the conversation how that took place.
8    Q.   You say you are critical of certain behaviors?
9    A.   Certain ways of organizers.   For example, I'm
10  very critical of too much Arabic programming in
11  conferences.   I think that speaks to an older
12  population that is really not germane to the community
13  as a whole, especially in that organizing at least more
14  of a fear type of gathering.   For me that's a waste of
15  money and resources.   So we at least in that sense
16  understood we needed a different type of model to
17  organize the community around.
18    Q.   At the MAS event, was there an effort to stay
19  away from people who were formerly associated with IAP?
20    A.   We still were not in a discussion to try to
21  say what do we need to do.   We were still trying to
22  get, again, any warm body where conversation is, yet
23  did not develop to anything beyond that.
24    Q.   Rafeeq Jaber appears to be on the same panel
25  as you.   Do you recall having any discussions with him

Page 118

1  about the organization at the MAS convention?
2        MS. JUMP:   Asked and answered.   Again, you can
3  answer.
4        THE WITNESS:   Again, Rafeeq was not in my
5  circle of work on political issues for Palestine.   As
6  such, I would not have opened the conversation with him
7  about AMP.
8        MR. WOOLLEY:   Q.   Why not?
9    A.   His work is completely different from my work.
10  My work is more intellectual academic policy
11  discussions on much more engaged in history.   That's my
12  focus, and also my focus is broadly to organize with
13  larger American society.   Led the anti-apartheid
14  movement, in the affirmative action campaign, social
15  justice movement.   That's not what he does.   He's
16  focused on just very narrow work, and for me that's not
17  what I want Palestine work in the U.S. to come, and my
18  history again in the work, that is what it is.
19        For me, both intellectually organization and
20  structurally, Rafeeq Jaber is not part of my circle of
21  organizing even prior.   The fact that we appear on the
22  same panel is not germane to whether we have an
23  agreement again on intellectual basis as well as
24  engagement in the American society.
25        MR. WOOLLEY:   Q.   Did you read or hear about

Page 119

1  Osama Abuirshaid's testimony about meeting with a group
2  including you and Salah Sarsour about forming a new
3  organization?
4    A.   I didn't hear or know about it.
5        Again, was it on the margin of the conference
6  we had a conversation, I would say it's possible; but
7  it's not in any way to formulate or get them involved
8  in AMP.
9    Q.   Did you want to get people like Osama
10  Abuirshaid involved in AMP?
11        MS. JUMP:   Object as asked and answered.   Go
12  ahead.
13        THE WITNESS:   Early on he was not part of the
14  people engaged in the work I do.   Again, his
15  involvement comes in as a necessity later on.
16  Actually, Osama was brought into the AMP at one
17  convention, I am trying to remember which year, where
18  the fundraiser who we hired to do the fundraising
19  didn't show up, and Osama was there.   We asked him can
20  you actually get up and do the fundraising for us.   He
21  was commissioned and dragged into the stage, and he
22  began to get involved in that way out of necessity.
23        MR. WOOLLEY:   Q.   Would you have liked to
24  gotten Osama Abuirshaid involved in 2006?
25        MS. JUMP:   Objection as asked and answered.

Page 120

1        THE WITNESS:   Again, Osama was not part of the
2  circle of people I worked with.   He doesn't know about
3  my work.   Again, my work is American focused, social
4  justice focused, working with organizations that are
5  not really at the hub of the particular work that was
6  being done in the Palestinian community.   In the sense
7  Osama was not part of that circle early on.
8        MR. WOOLLEY:   Q.   Do you recall Mr. Abuirshaid
9  saying anything to you and Mr. Sarsour about why he
10  didn't want to get involved at that time?
11    A.   I don't recall.   I wouldn't be surprised from
12  his side and also from my side.
13    Q.   Why not?
14    A.   From my side?
15    Q.   Yes.
16    A.   Again, he was not part of my circle of
17  organizing.   My organizing was in a different
18  trajectory.
19    Q.   Why from his side?
20        MS. JUMP:   Object to the extent it calls for
21  speculation.
22        THE WITNESS:   I said I don't know.   I know
23  from my side.   It might be from his side.   If you asked
24  him, he could give you possibly why.
25        MR. WOOLLEY:   Q.   You don't have any

Page 121

**Hatem Bazian**

Page 122

1 independent knowledge of what reasons he might have?
2     A.  I only speak to my own.
3     Q.  When you met with people, was Salah Sarsour
4 present?
5     A.  Object to vague as to time.
6     Q.  At the MAS convention.
7     A.  He might have been.  He was the organizer of
8 the MAS convention.  If he was, it would have been
9 tangential rather than primary engagement.
10     Q.  Handing you what's been previously marked as
11 Exhibit 68.  Exhibit 68 is an exhibit to the
12 declaration submitted in this case by Munjed Ahmad,
13 which has been designated as confidential.
14         Have you seen Exhibit 68 before?
15     A.  No.  This is first time.
16     Q.  Were you asked to provide any input on donors
17 and sponsors of AMP for purposes of this litigation?
18     A.  No.
19     Q.  The exhibit lists donors from AMP from 2006 to
20 2007, and you were listed as being a donor in an amount
21 less than $5,000.  Is that accurate?
22     A.  That might be accurate.  I put the money too
23 for the registration at the time.
24     Q.  What do you mean by that?
25     A.  To register the organization for the legal

Page 123

1 registration, that came from me as a donation.
2     Q.  Did you provide any other funding?
3     A.  Maybe small amounts, yeah, in total.
4     Q.  Do you know approximately how much?
5     A.  I can't.
6     Q.  Do you have any personal knowledge of Salah
7 Sarsour being a donor to the organization in the early
8 period?
9     A.  It might be.  I think, if you are going to
10 collect donations in Milwaukee, Salah Sarsour will be a
11 donor.  I don't think that's unique.
12     Q.  Do you know how Mr. Sarsour was contacted or
13 asked about donating money?
14     A.  I would say if Manjed is in Milwaukee and the
15 meeting is in Milwaukee, anyone that does any work in
16 Milwaukee they will actually get donations from Salah
17 and the community there.  So that does not surprise me.
18     Q.  Do you know how it was done?
19     A.  No.
20     Q.  Do you know what the context was or when
21 Mr. Sarsour gave a donation?
22     A.  I don't.
23     Q.  Do you know how much he gave?
24     A.  I don't know the exact amount.
25     Q.  How about Sufian Nabhan, do you know how much

Page 124

1 he gave?
2     A.  I don't.
3     Q.  Do you know how he was contacted about giving
4 money?
5     A.  Again, if we went to visit in Detroit and I
6 said we had a talk, lecture at ICD, Islamic Center of
7 Detroit, and most likely the solicitation took place
8 then.
9     Q.  Do you have any knowledge as to how it
10 happened?
11     A.  I don't, I don't.  The records are very, very
12 almost non-existent from that period.
13     Q.  Do you know where the information Mr. Sarsour
14 and Mr. Nabhan did give money came from?
15     A.  I don't.
16     Q.  Do you know when their donations took place?
17         MS. JUMP:  Objection.  Asked and answered.
18         THE WITNESS:  I don't know.
19         MR. WOOLLEY:  Q.  Do you know what the money
20 was used for?
21         MS. JUMP:  Objection -- go ahead.
22         THE WITNESS:  Any money that came was used to
23 set up the organization, again, with getting the office
24 set up in order to get us moving, and the first office
25 was here in Berkeley on Telegraph Avenue.

Page 125

1         MR. WOOLLEY:  Q.  You said there was one
2 employee at that time?
3     A.  One employee.
4     Q.  Who was that?
5     A.  Sagid Khan.
6     Q.  How do you spell --
7     A.  S-a-g-i-d and Khan, K-h-a-n.  A young guy.
8     Q.  There was a convention in November of 2006,
9 right?
10     A.  Maybe.  you just need to remind me.
11     Q.  I'll show you a document in a few minutes.
12     A.  Yeah, yeah.
13     Q.  You recall there was a convention?
14     A.  It's possible, yes.
15     Q.  Do you know how that convention was funded?
16     A.  Well, usually conventions are funded through a
17 number of sources.  One is the people register.  So I
18 don't know whether that's 55, $65-whatever per person.
19 That would be one source.
20         Second is people buy tables for the bazaar.
21 So that's another source of funding.  Then you have
22 different groups and organizations that buy ads in the
23 booklets, and that's another source.
24         Then usually you get a discount from the
25 hotel.  So for example, if the rental of the room is

Page 126

```
 1  $85 a night the hotel will give it to you as an
 2  organizer for 75 and the $10 will go to return to the
 3  organization, but you need to fulfill a minimum number
 4  of nights for the convention.  That's another source.
 5         Then usually each of the conventions, this is
 6  a norm, you do a fundraising pitch either on Friday
 7  night or Saturday night.  That's how our conventions
 8  from then until now are being funded.
 9    Q.  The sixth bullet point says:
10         "Total donations during this time period, from
11  August 2006 to December 31, 2007, are estimated to
12  the best of my recollection to be in the range of
13  $40,000 to $50,000."
14         Does that sound correct to you?
15    A.  Yeah, my statement was 30,000.  If it was
16  10,000 more -- I would say we were having a hard time
17  meeting payroll for that one employee and covering our
18  cost.
19    Q.  Do you know where the additional funds in the
20  30,000 to 40,000 or 50,000 came from?
21    A.  From initial donors.  Again, if you say you
22  have evidence we did convention, that's most likely we
23  collected donations from the convention.
24         MS. JUMP:  My math may be off.  I think we are
25  out of time.  Double check that that's fine.
```

Page 127

```
 1         MR. WOOLLEY:  Let's double check where we are.
 2         (An off-the-record discussion held.)
 3         MS. JUMP:  Just clarify, because I forgot to
 4  put it on the record earlier, the witness will read and
 5  sign the transcript.
 6         MR. WOOLLEY:  Thank you for appearing,
 7  Dr. Bazian.
 8         THE WITNESS:  You are welcome.
 9         (Whereupon, the deposition session ended at
10     1:25 p.m.)
11
12                    ---oOo---
13
14
15
16
17
18
19
20
21
22
23
24
25
```

Page 128

```
 1         I declare under penalty of perjury that the
 2  foregoing is true and correct.  Subscribed at
 3  _____, California, this _____ day of
 4  _____, 2019
 5
 6
 7
 8
 9
10         _____
11         Signature of the witness
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

Page 129

```
 1           SHORTHAND REPORTER'S CERTIFICATE
 2
 3         I, DIANE L. FREEMAN, RPR, CSR #5884, hereby
 4
 5  certify that I am a Certified Shorthand Reporter in and
 6
 7  for the State of California.
 8
 9         I hereby certify that the witness in the
    foregoing deposition, HATEM BAZIAN, was by me duly
10  sworn to testify the truth, the whole truth, and
    nothing but the truth; that said deposition was taken
11  at the time and place therein set forth; and was taken
12  down by me in stenotype and thereafter transcribed into
13  typewriting by computer; and that the deposition is a
14  true record of the testimony given by the witness.
15         I further certify that I am neither counsel
16  for, nor related in any way to any party to said
17  action, nor otherwise interested in the result or
18  outcome thereof.
19  Date:  29th day of January, 2019.
20
21
22
23         _____
24         DIANE L. FREEMAN, RPR
25         CSR No. 5884
```

# EXHIBIT C

# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| STANLEY BOIM, Individually and as Administrator of the Estate of David Boim, deceased; and JOYCE BOIM, | Civil No. 17-cv-03591 |
| Plaintiffs, | Hon. Sharon Johnson Coleman |
| v. | |
| AMERICAN MUSLIMS FOR PALESTINE; AMERICANS FOR JUSTICE IN PALESTINE EDUCATIONAL FOUNDATION; RAFEEQ JABER; ABDELBASSET HAMAYEL; AND OSAMA ABURISHAID, | Hon. Sidney I. Schenkier |
| Defendants. | |

## DECLARATION OF RAFEEQ JABER

I, Rafeeq Jaber, hereby declare under penalty of perjury and in accordance with 28
U.S.C. § 1746 the following:

1.    I submit this declaration based on my own personal knowledge.

2.    I am over the age of 18 and competent to testify to the facts recited

below.

3.    I came to the United States in 1974.

4.    I became a U.S. citizen in 1980.

5.    When I first came to the United States, I worked in a factory for
      Dearborn Glass Company.

6.    When Dearborn Glass Company went out of business, I began working
      for Metropolitan Life ("Met Life"), first as an insurance agent.

7.    After I was an insurance agent, I became a sales manager at Met Life.

8.    I eventually became a branch manager at Met Life.

9.    I worked for Met Life from 1974 until approximately 1996, when I
      resigned.  Then I also worked for Monumental Life for a little over a year
      as an agent.

10.   Since retiring, I have done freelance work as a financial planner and tax
      preparer.

11.   I began my own business, Jaber Financial Services, in or around 2000.

12.   I was the President of Islamic Association for Palestine Chicago Chapter
      ("IAP") for approximately six years, from in or around 1990 to 1996.

13.   In that position (President of IAP), I reported to the Board of Directors of
      IAP.

14.     IAP ceased operating in or around 2004.

15.     I was also the President for American Muslim Society ("AMS") in the early 1990s.

16.     I was deposed in or around March 2005 (as well as before), and testified that both IAP and AMS were financially defunct by that time. I believe, as I testified previously, that both entities were defunct as of roughly one year before my deposition in March 2005, and as of that time there were no assets left.

17.     I do not serve in any official capacity with Americans for Justice in Palestine Educational Fund ("AJP") or American Muslims for Palestine ("AMP"). I have done taxes for these organizations, as that is my trade.

18.     I am not on the Board of Directors for either AMP or AJP.

19.     In or around 2012, I moved the office of my financial consulting business to the same building where AMS and IAP had been several years beforehand, when larger office space became available in that building.

20.     However, I am not in the same office space that was formerly occupied by IAP and AMS.

21.     I did not take over the office space formerly occupied by IAP or AMS.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing

is true and correct and based on my personal knowledge.

Rafeeq Jaber, Declarant

8-23-18

Date Executed

# EXHIBIT D

# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | |
|---|---|
| STANLEY BOIM, Individually and as Administrator of the Estate of David Boim, deceased; and JOYCE BOIM, | Civil No. 17-cv-03591 |
| Plaintiffs, | |
| v. | Hon. Sharon Johnson Coleman |
| AMERICAN MUSLIMS FOR PALESTINE; AMERICANS FOR JUSTICE IN PALESTINE EDUCATIONAL FOUNDATION; RAFEEQ JABER; ABDELBASSET HAMAYEL; AND OSAMA ABURISHAID, | Hon. Sidney I. Schenkier |
| Defendants. | |

## DECLARATION OF ABDELBASET HAMAYEL

I, Abdelbaset Hamayel, hereby declare under penalty of perjury and in accordance

with 28 U.S.C. § 1746 the following:

1.     I submit this declaration based on my own personal knowledge.

2.     I am over the age of 18 and competent to testify to the facts recited below.

3.      I began working for the Islamic Association for Palestine ("IAP") as

Chicago office administrator in or around September 1997.

4.      In that position (Chicago office administrator), I reported to the Board of

Directors of IAP and the President.

5.      My employment with IAP ended when it ceased operating, in or around the

end of 2003.

6.      I did not hold any positions with the American Muslim Society ("AMS").

7.      I was never on the board of or employed by the Holy Land Foundation

("HLF").

8.      I became a volunteer for American Muslims for Palestine ("AMP") in or

around December 2008.

9.      On March 2009, I became a volunteer Executive Director for AMP, in an

unpaid position until the board finds a replacement.

10.      I was not involved in founding either AMP or Americans for Justice in

Palestine Educational Foundation ("AJP").

11.       I am not on the Board of Directors for either AMP or AJP.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing

is true and correct and based on my personal knowledge.

Abdelbaset Hamayel Declarant

8-24-2018

Date Executed

# EXHIBIT E

## UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| STANLEY BOIM, Individually and as Administrator of the Estate of David Boim, deceased; and JOYCE BOIM, | Civil No. 17-cv-03591 |
| Plaintiffs | |
| . | Hon. Sharon Johnson Coleman |
| v. | |
| AMERICAN MUSLIMS FOR PALESTINE; AMERICANS FOR JUSTICE IN PALESTINE EDUCATIONAL FOUNDATION; RAFEEQ JABER; ABDELBASSET HAMAYEL; AND OSAMA ABURISHAID, | Hon. Sidney I. Schenkier |
| Defendants. | |

## DECLARATION OF OSAMA ABUIRSHAID

I, Osama Abuirshaid, hereby declare under penalty of perjury and in accordance with 28 U.S.C. § 1746 the following:

1.  I submit this declaration based on my own personal knowledge.

2.  I am over the age of 18 and competent to testify to the facts recited below.

3.  I first came to the United States at age 23, on September 10, 1996, as a non-immigrant journalist. Before that, I resided in the countries of Morocco and Jordan, and was a citizen of Jordan.

4.  When I arrived in the United States, I worked as a journalist for a publication out of Jordan.

5. I got married in 1999. My wife is a United States citizen. We are still married.

6. I became an outreach coordinator for the American Muslim Society ("AMS") around 2000. Prior to that I had no role with the organization.

7. I became a lawful permanent resident of the United States in 2002.

8. I became a member of Islamic Association of Palestine ("IAP") in approximately July 2002. Prior to that I did not have a role with that organization, other than to the extent there was overlap with AMS.

9. I filed an application to become a naturalized citizen in 2006. In December 2016, the United States Citizenship and Immigration Services issued its final administrative decision denying my application. I filed a petition for *de novo* review of the agency's decision in the United States District Court for the Eastern District of Virginia. I was successful with my appeal, and I became a citizen of the United States in September 2017.

10. To the best of my knowledge, both IAP and AMS were financially defunct by 2004. IAP did not have any paid employees after 2004.

11. I am self-employed through my consulting business, DAR Consulting. I began that business in or around November 2004.

12. I became a consultant, through DAR Consulting, for American Muslims for Palestine ("AMP") in 2010. I joined the Board of Directors for AMP in or around 2010 or 2011.

13. I became a member of the Board of Directors for Americans for Justice in Palestine Educational Foundation ("AJP") in 2016.

14. I was not involved in the founding of AMP. I was also not involved in the decision to create AJP.

15. While there may have been more which I cannot recall or identify, to the best of my knowledge my international travel from 2005 through 2010 was as follows:

- 1-16-2005 to 1-26-2005:     Saudi Arabia
- 3-01-2005 to 3-17-2005:     United Kingdom, Jordan
- 3-13-2006 to 3-17-2006:     United Kingdom
- 3-24-2006 to 4-04-2006:     Qatar, Jordan
- (records from later in 2006 through early 2010 not retained. I know that I did travel to Switzerland and Italy during this time, but am not positive of the dates.)
- 12-8-2010 to 12-11-2010:     United Kingdom

16. I began publishing the newspaper Al Meezan in January 2005. This was not associated with any other entity or publication.

17. I previously served as the editor of Al Zaytouna, the newspaper published by IAP. When IAP stopped operating Al Zaytouna in 2004, I tried to purchase the newspaper to continue it on my own, but IAP would not sell that part to me and shut it down instead.

18. I began Al Meezan in January 2005, the year after IAP ended.

19. I did not have financial or other help from anyone else in starting Al Meezan. I had to ask for advertisers. I went to some of the same companies that I had contacted when I was editor of Al Zaytouna, but not all of them said yes to advertising in Al Meezan. I found other advertisers on my own.

20.    Exhibit 1 to this Declaration is a translation of a statement I wrote in the first issue of Al Meezan. I made clear in that statement, published in January 2005, that Al Meezan was "a 100% independent newspaper" which was "totally separate from Al Zaytouna" and which "comes as an independent project following nobody and speaking on behalf of nobody."

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct and based on my personal knowledge.

Osama Abuirshaid, Declarant

8/24/18

Date Executed