# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.1
### Eastern Division

Stanley Boim, et al.

                                   Plaintiff,

v.                                            Case No.: 1:17−cv−03591
                                                   Honorable Sharon Johnson Coleman

American Muslims for Palestine, et al.

                                  Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, January 16, 2020:

       MINUTE entry before the Honorable Sidney I. Schenkier: The matter was referred for discovery and settlement. All discovery relating to jurisdiction has been completed, an amended complaint has been filed as have motions to dismiss, and the parties have not expressed any interest in settlement discussions. We therefore terminate the referral. Mailed notice. (dal, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.