**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.1**
**Eastern Division**

Stanley Boim, et al.

                                    Plaintiff,

v.                                                   Case No.: 1:17−cv−03591
                                                   Honorable Sharon Johnson Coleman

American Muslims for Palestine, et al.

                                    Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Tuesday, January 28, 2020:

      MINUTE entry before the Honorable Sharon Johnson Coleman: Motion hearing held on 1/28/2020. Defendant Rafeeq Jaber's motion to dismiss [186] is withdrawn. Defendant Jaber is given leave to file his Rule 12(b)(1) motion by 1/31/2020. Defendants AMP and AJP's for leave to file its Rule 12(b)(1)motion to dismiss under seal [191] is granted. Defendants AMP and AJP's motion to dismiss under F.R.C.P. 12(b)(6) [193] is withdrawn. Plaintiffs' response to defendants AMP and AJP&#0;39;s motion to dismiss under FRCP 12(b)(1) [188] to be filed by 3/6/2020. Reply to be filed by 3/27/2020. Status hearing is set for 6/8/2020 at 9:00 AM. Mailed notice. (ym, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.