IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| STANLEY BOIM, INDIVIDUALLY AND AS ADMINISTRATOR OF THE ESTATE OF DAVID BOIM, DECEASED, AND JOYCE BOIM,<br><br>Plaintiffs,<br><br>v.<br><br>AMERICAN MUSLIMS FOR PALESTINE; AMERICANS FOR JUSTICE IN PALESTINE EDUCATIONAL FOUNDATION; AND RAFEEQ JABER,<br><br>Defendants. | Civil No. 17-cv-03591<br><br>**Hon. Sharon Johnson Coleman** |

**AGREED MOTION TO EXTEND BRIEFING
SCHEDULE AND COMBINE BRIEFS**

Plaintiffs Stanley and Joyce Boim, by their counsel, Jaszczuk, PC, hereby move for the entry of an order extending by one week the time for briefing the pending motions to dismiss pursuant to Federal Rule of Civil Procedure 12(b)(1) and to allow Plaintiffs to file a single combined brief. In support of this motion, Plaintiffs state as follows:

1. On January 14, 2020, Defendants American Muslims for Palestine and Americans for Justice in Palestine Educational Foundation filed their motions to dismiss the First Amended Complaint pursuant to Rule 12(b)(1) in this matter.

2. On January 30, 2020, Defendant Rafeeq Jaber refiled his motion to dismiss the First Amended Complaint pursuant to Rule 12(b)(1).

3. On February 4, 2020, this Court entered an order providing that Plaintiffs' response to the motions is to be filed by March 6, 2020 and that Defendants' reply is to be filed by March 27, 2020.

4.      Due to scheduling complications of Plaintiffs' counsel, complying with the March 6, 2020 filing deadline will be very difficult. Plaintiffs' counsel raised this issue with Defendants' counsel on February 20, 2020, and she agreed to a one week extension of the March 6 deadline on the condition that Defendants also receive a one week extension of their deadline of March 27.

5.      Although not discussed with Defendants' counsel, Plaintiffs' counsel also requests that rather than filing separate briefs in response to the two motions of up to 15 pages each, Plaintiffs be given leave to file a single brief of up to 30 pages. Combining the two briefs will allow for greater efficiency and eliminate repetition for the Court and the parties.

WHEEFORE, Plaintiffs pray for the entry of an order extending Plaintiffs' time for filing their response to the two Rule 12(b)(1) motions from March 6, 2020 to March 13, 2020, extending Defendants' time for filing their reply from March 21, 2020 to April 3, 2020, and allowing Plaintiffs to file a single brief in response to both motions of up to 30 pages.

February 25, 2020                                               Respectfully submitted,

/s/ Seth H. Corthell
Daniel I. Schlessinger
Seth Corthell
JASZCZUK, PC
311 South Wacker Drive
Chicago, IL 60606
(312) 442-0366

*Attorneys for Stanley Boim, Individually and as the Administrator of the Estate of David Boim, Deceased, and Joyce Boim*

<u>Of Counsel</u>
Nathan Lewin (*pro hac vice*)
Alyza D. Lewin (*pro hac vice*)
LEWIN & LEWIN LLP
888 17th Street NW, 4th Floor
Washington, D.C. 20006
(202 828-1000

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing has been filed electronically using the Court's CM/ECF system and has been served to all parties via email through CM/ECF on this 25th day of February, 2020.

*/s/ Seth H. Corthell*
