**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF**
**ILLINOIS EASTERN DIVISION**

| | |
|---|---|
| STANLEY BOIM, Individually and as Administrator of the Estate of David Boim, deceased; and JOYCE BOIM,<br><br>              Plaintiffs,<br><br>     v.<br><br>AMERICAN MUSLIMS FOR PALESTINE; AMERICANS FOR JUSTICE IN PALESTINE EDUCATIONAL FOUNDATION; RAFEEQ JABER,<br><br>              Defendants. | Civil No. 17-cv-03591<br><br>Hon. Sharon Johnson Coleman<br><br>Hon. Sidney I. Schenkier |

**DEFENDANT AMERICAN MUSLIMS FOR PALESTINE/AMERICANS FOR JUSTICE IN PALESTINE EDUCATIONAL FOUNDATION AND RAFEEQ JABER'S NOTICE OF NON-OPPOSITION TO PLAINTIFFS' MOTION FOR EXTENSION AND REQUEST TO FILE COMBINED BRIEF**

On February 25, 2020, counsel for Plaintiffs filed a Motion to extend briefing schedule (Doc. 201), which is noticed for March 3, 2020 at 8:45 a.m. As indicated in Plaintiffs' Motion, defense counsel previously agreed to extend briefing by one week as long as the extension is mutual to both sides (thereby also extending the date for Defendants' reply by one week). Plaintiffs also seek leave to file one combined responsive brief. Defendants hereby provide notice to this Court that Defendants have no objection to that request.

Respectfully submitted this 26th day of February, 2020.

*/s/ Christina Jump*
Christina A. Jump
Texas Bar No. 00795828
*Attorney for Defendants*
Charles D. Swift
Texas Bar No. 24091964
*Pro Hac Attorney for Defendants*
Constitutional Law Center for
Muslims in America
833 E. Arapaho Rd, Suite 102
Richardson, TX 75081
Phone: (972) 914-2507
Fax: (972) 692-7454

Thomas Anthony Durkin
ID No. 0697966
2446 N. Clark Street
Chicago, IL 60614
Tel: 312-981-0123
Fax: 312-913-9235
tdurkin@durkinroberts.com
*Local Counsel for Defendants*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 26th day of February, 2020, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

*/s/ Christina Jump*
Christina A. Jump
*Attorney for Defendants*
