1

```
            IN THE UNITED STATES DISTRICT COURT
               NORTHERN DISTRICT OF ILLINOIS
                      EASTERN DIVISION

STANLEY BOIM, Individually    )
and as Administrator of the   )
Estate of David Boim,         )
deceased; and JOYCE BOIM,     )
                              )
           Plaintiffs,        )
                              )
    vs.                       )  Case No.
                              )  17-cv-03591
AMERICAN MUSLIMS FOR          )
PALESTINE; AMERICANS FOR      )
JUSTICE IN PALESTINE          )
EDUCATIONAL FOUNDATION;       )
RAFEEQ JABER; ABDELBASSET     )
HAMAYEL; AND OSAMA            )
ABUIRSHAID,                   )
                              )
           Defendants.        )
```

          The deposition of ABDELBASET
HAMAYEL, called by the Plaintiffs for
examination, taken pursuant to the Federal Rules
of Civil Procedure of the United States District
Courts pertaining to the taking of depositions,
taken before Marianne Nee, a Certified Shorthand
Reporter of the State of Illinois, CSR License
No. 084-002341, taken at 111 South Wacker Drive,
Suite 4100, Chicago, Illinois, on Wednesday,
October 17, 2018, commencing at 9:00 a.m.

STANLEY BOIM v. AMERICAN MUSLIMS FOR PALESTINE
HAMAYEL                                            10/17/2018

44

1  -- either 2005, most likely 2005, sometime 2005.
2       Q.   And how did you get -- become employed
3  at KindHearts?
4       A.   Again, it's just announcements.  They
5  were looking for somebody and I applied and they
6  accepted me.
7       Q.   You saw an ad in a newspaper and you
8  responded to that?
9       A.   Yes, hm-hmm.
10      Q.   Do you recall what they were
11 advertising for?
12      A.   Regional representative.
13      Q.   And what was KindHearts in 2005?  What
14 was their business?
15      A.   Charitable organization.
16      Q.   What was the purpose, the charitable
17 purpose?
18      A.   Relief.  You know, relief agency,
19 helping needy people around the globe.
20      Q.   Any particular kind of people?
21      A.   Needy people.
22      Q.   Was it Palestinians or anyone in need?
23      A.   Not only Palestinians but mainly yes.
24      Q.   Who hired you at KindHearts?

48

1    A.   No.  Mainly dinners.
2    Q.   Was that one a year or more than that?
3    A.   If I remember, it was one, main one in
4  Chicago, and I reached out to a few mosques, ask
5  them to allow KindHearts to raise some funds
6  during Ramadan.
7    Q.   Is Ramadan a fundraising time in -- for
8  Palestinian Muslims?
9    A.   Ramadan is the month of giving, so
10 people would love to give during that month.
11   Q.   How long did you stay involved with
12 KindHearts?
13   A.   Less than two years but more than one
14 year, so I would say 18 months, 15 months, 16.
15 I'm not sure.
16   Q.   So sometime in 2006 or 2007?
17   A.   I think 2006 it was closed down.
18   Q.   You mentioned that one of your sources
19 for fundraising was dealing with the mosques.
20        You asked them to help --
21   A.   Right.
22   Q.   -- solicit funds or attend fundraising
23 dinners, correct?
24   A.   Right.

49

1   Q.   Did you use any mailing lists that you
2   had assembled at IAP to solicit funds?
3   A.   No.
4   Q.   Did you ask people who --
5   A.   I don't have any.
6   Q.   Did people -- were there donors for IAP
7   when you worked there?
8   A.   I'm sorry?  Again?
9   Q.   Were there donors, people who gave
10  money?
11  A.   Of course, yeah.
12  Q.   And when you went to work for
13  KindHearts, you didn't solicit any of the donors
14  from IAP?
15  A.   No.  It was acquired like three years
16  after, two, three years after the closing of IAP
17  when I started with KindHearts.
18  Q.   Why did you leave KindHearts in 2006?
19  A.   It closed down by the government.
20  Q.   Did you have any involvement in winding
21  up the affairs of KindHearts?
22  A.   No.
23  Q.   Was that Mr. Somaili?
24  A.   I believe so.

1   the board of directors at the time you started?
2       A.   No.
3       Q.   And you also reported to the president?
4       A.   He is, I mean --
5       Q.   That's the same person?
6       A.   The same person, yes.
7       Q.   Mr. Jaber was both the chairman of the
8   board and the president?
9       A.   Yes, sir.
10      Q.   And he was the only one you reported
11  to?
12      A.   Yes, sir.
13      Q.   This again -- I think this is
14  consistent with your testimony, but I just want
15  to make sure.  This is your best recollection
16  that you stopped your employment with IAP around
17  the end of 2003?
18      A.   Something around that time, yes.
19      Q.   And again, this states that you held no
20  positions with the American Muslim Society, AMS?
21      A.   Right.
22      Q.   This says that you became a volunteer
23  for American Muslims for Palestine in around --
24  in or around December 2008.  Is that consistent

1   with your recollection?
2       A.   Yes.
3       Q.   How did you get involved with the AMP?
4       A.   Actually I heard they are having an
5   event in I think March 2009, so it happened
6   after the attacks on Gaza, December 2008, so I
7   felt that I need, you know, just to do my part
8   just to educate the American people about the
9   cause, so I started to volunteer at AMP.
10      Q.   How did you hear of the AMP?
11      A.   Through the local, you know, social
12  media and local announcements.
13      Q.   People in the community in Bridgeview?
14      A.   Yes.
15      Q.   What did you do as a volunteer for AMP
16  when you started?
17      A.   The first thing I think we had a
18  fundraising dinner in March 2009 if I'm not
19  mistaken, most likely March or February, in
20  Bridgeview area for that organization.
21      Q.   And you had some role in that dinner?
22      A.   Yeah.  I help, you know, organizing the
23  dinner, facilitating and, you know.
24      Q.   And you had skills in that from your

94

1  prior employment at --
2      A.  You could say that, yes.
3      Q.  Do you recall what you did to help
4  organize the dinner?
5      A.  You know, I met with the volunteers a
6  few times, you know, the facility and the
7  flyers, the tickets, ticket sale and stuff, you
8  know.
9      Q.  Was someone at AMP in charge of that
10 event that you reported to?
11     A.  I remember it was Awad, A-W-A-D,
12 Hamdan, H-A-M-D-A-N, and I believe he was
13 employed by AMP at that time.
14     Q.  Do you know what his employment was,
15 what his title was?
16     A.  I don't remember.
17     Q.  And you knew Mr. Hamdan from the
18 community, correct?
19     A.  Yes.
20     Q.  Did you -- at the time of the dinner,
21 were you already the volunteer executive
22 director for AMP?
23     A.  No.  Right after that time actually,
24 right after that time.

95

1  Q.  So you started by volunteering to help
2  organize the dinner?
3  A.  Yes, which is back in December 2008 and
4  early 2009, and right after the dinner I became
5  the executive director, volunteer executive
6  director of the organization.
7  Q.  Do you know who the executive director
8  was that preceded you?
9  A.  I don't, but I don't believe they had
10  one.
11  Q.  Do you know who was doing the work of
12  the executive director?
13  A.  In our city it was Awad, Awad Hamdan.
14  Q.  And your understanding was that he was
15  -- he was not a volunteer, he was paid at the
16  time?
17  A.  He was paid, yes.
18  Q.  Did he continue with AMP after you
19  started volunteering as executive director?
20  A.  He did, yes.
21  Q.  And what was his job?
22  A.  Let me try to remember now.  He was the
23  office manager of AMP when he started, yes.
24  Q.  Can you distinguish what his duties

1  were as opposed to your duties, his duties as
2  office manager versus your duties as executive
3  director?
4      A.   Actually I was asked at that time just
5  to help putting together the organization on a
6  sheet and try to rent an office, so -- and I was
7  full-time employee and I'm still with the Mosque
8  Foundation, so I had a few hours in the morning.
9           I volunteered these hours, so mainly I
10 did not do things other than just oversee things
11 to help the organization start functioning.
12     Q.   You oversaw Mr. Hamdan but he actually
13 did most of the work?
14     A.   Yes, sir.
15     Q.   Were there other people working at AMP
16 at this time?
17     A.   We hired two more employees at that
18 time, yes.
19     Q.   Who were the employees?
20     A.   It's Kristin Szremski.  I think her
21 name is K-R-I-S-T-I-N.  Z-S -- help me out.
22          MS. JUMP:  I think we can provide the
23     spelling on a break.
24          ///

STANLEY BOIM v. AMERICAN MUSLIMS FOR PALESTINE
HAMAYEL                                                      10/17/2018

98

1   period, in the beginning, yes.
2       Q.   He was the only one you ever reported
3   to at the beginning?
4       A.   Yes.  Yes, sir.
5       Q.   And you worked just a few hours a week
6   at AMP?
7       A.   Yes.
8       Q.   You still had your job as the Community
9   Center director?
10      A.   Yes, sir.
11      Q.   And that was full-time employment?
12      A.   Which one?
13      Q.   The Community Center job --
14      A.   Yes.
15      Q.   -- at the Mosque Foundation.
16      A.   Yes.
17      Q.   Do you still remain the executive
18  director at AMP?
19      A.   Yes, sir.
20      Q.   And that's still a volunteer position?
21      A.   Yes, sir.  They are still looking for
22  somebody.
23      Q.   Have you ever been compensated for
24  that?