```
 1              UNITED STATES DISTRICT COURT

 2          FOR THE NORTHERN DISTRICT OF ILLINOIS

 3                    EASTERN DIVISION

 4
                                          REPORTER CERTIFIED
 5   STANLEY BOIM, Individually and as        TRANSCRIPT
     Administrator of the Estate of
 6   David Boim, deceased; and JOYCE
     BOIM,
 7
                      Plaintiffs,
 8
        vs.                               Case No. 17-cv-03591
 9
     AMERICAN MUSLIMS FOR PALESTINE;
10   AMERICANS FOR JUSTICE IN
     PALESTINE EDUCATIONAL FOUNDATION;
11   RAFEEQ JABER; ABDELBASSET HAMAYEL;
     AND OSAMA ABUIRSHAID,
12
                      Defendants,
13
     _____/
14

15

16

17         DEPOSITION OF:  HATEM BAZIAN

18         TAKEN ON:  Tuesday, January 15, 2019

19              Berkeley, California

20

21

22

23   REPORTED BY:

24   Diane L. Freeman, RPR
     CSR No. 5884
25   Job No.:  19-27528
```

1  again, sometimes the introduction might be someone that
2  just gets up, do the introduction and then the panel
3  goes on.
4      Q.  Do you remember an actual time when you met
5  him prior to 2004 or prior to his leaving for Jordan?
6      A.  Again, I have never met individuals on a
7  one-to-one basis outside of a public gathering in a
8  public event that I was the guest speaker on.
9          So in this sense, if there is an
10 identification this person was in this place, it's
11 possible I have, I don't recall.  Again, being a public
12 lecturer and speaker from 1988 with the daily circle of
13 people that I come in contact with are about 300 on a
14 slow day.  On a busy day -- I just came back from
15 Toronto lecturing in a conference.  There were 25,000
16 people attending.  After my lecture, X number of people
17 came and shook my hand and asked me questions.  So did
18 I meet every person?  I met them.  Do I know what they
19 are about?  I don't, and I can tell you, yes, I know
20 these people, but that's in the context of what I do.
21     Q.  Do you have a recollection of meeting
22 Mr. Samirah prior to his going to Jordan?
23     A.  I would say yes, in a public gathering with a
24 large number of people after my lecture, during my
25 lecture, during my public settings.

1 saying is exactly in reference to what he said, but
2 it's all under what you call flowery language in
3 introduction for an Arabic medium.  So I would not be
4 surprised.  It would be within his language.
5      MR. WOOLLEY:  Q.  Would it also be within
6 Mr. Jaber's language to say, "To my right here is
7 Dr. Hatem Bazian.  He's known to a lot of you here.
8 He's been known two me for a long time"?
9      MS. JUMP:  Object to the fact it calls for
10 speculation, assumes facts not in evidence.  You can
11 answer.
12      THE WITNESS:  Like I say, on a national level
13 I have been known as an activist, as an intellectual in
14 Palestine since 1988, if not a little bit before.  My
15 circle of influence on Palestine is extensive.  I knew
16 Agha Saeed, Hakim Abujahad [phonetic].  So that's --
17 Nasir Abduri knew all of the negotiating team that was
18 negotiating with Israel.  So if he says he's known to
19 me for a long period of time, I would say yes, I am
20 known, very well known, not only here, but the Israelis
21 I am also known.  That by itself does not surprise me.
22      MR. WOOLLEY:  Q.  You have no facts or reason
23 to believe that you weren't on this panel with
24 Abuirshaid that's moderated by Jaber at this point?
25      MS. JUMP:  I object again as asked and

1  Osama Abuirshaid's testimony about meeting with a group
2  including you and Salah Sarsour about forming a new
3  organization?
4        A.   I didn't hear or know about it.
5             Again, was it on the margin of the conference
6  we had a conversation, I would say it's possible; but
7  it's not in any way to formulate or get them involved
8  in AMP.
9        Q.   Did you want to get people like Osama
10  Abuirshaid involved in AMP?
11            MS. JUMP:  Object as asked and answered.  Go
12  ahead.
13            THE WITNESS:  Early on he was not part of the
14  people engaged in the work I do.  Again, his
15  involvement comes in as a necessity later on.
16  Actually, Osama was brought into the AMP at one
17  convention, I am trying to remember which year, where
18  the fundraiser who we hired to do the fundraising
19  didn't show up, and Osama was there.  We asked him can
20  you actually get up and do the fundraising for us.  He
21  was commissioned and dragged into the stage, and he
22  began to get involved in that way out of necessity.
23            MR. WOOLLEY:  Q.  Would you have liked to
24  gotten Osama Abuirshaid involved in 2006?
25            MS. JUMP:  Objection as asked and answered.