

Search Conversations

Browse Groups

**Conversations** Photos Files More

Terms      Privacy
Guidelines  Feedback
Help        Blog

# AMP_Transition

Public Group, 4 members

View

Read more

**1  Mission statement Discussion**

From **Hatem Ahmad Bazian**     All

**Hatem Ahmad Bazian**     Dec 20, 2005

Moving ahead with AMP    24 Apr, 2006
-Meeting    20 Mar, 2006
Bylaws Draft    09 Mar, 2006

al-salam alikum,

I want to get the discussion on the mission statement moving as fast as possible so we can begin
outreach to people in other areas insha'Allah. When we have everyone on the list we can begin by
having a discussion over the draft included below.

American Muslims for Palestine
Draft Mission Statement
AMP is a not for profit membership based community association founded in North America for the
purpose of providing non-partisan and non-sectarian educational, social and cultural programming
for the purpose of raising American public awareness about the rich heritage of Palestine and its
diverse people. AMP publishes books, organizes conferences, provide educational programs and
resources for all ages, incomes and cultural backgrounds.

wa-salam,

Hatem Bazian
Near Eastern and Ethnic Studies Departments
University of California, Berkeley

Next post in topic >>

Show all 2 messages in this topic

See more posts from Hatem Ahmad Bazian





Browse Groups

Terms       Privacy
Guidelines  Feedback
Help        Blog

# AMP_Transition

Public Group, 4 members

View

**Read more**

**2  Mission statement Discussion**

| From **Hatem Ahmad Bazian** | All |
|---|---|

**Hatem Ahmad Bazian**                    Dec 20, 2005

Moving ahead with AMP    24 Apr. 2006
-Meeting    20 Mar. 2006
Bylaws Draft    09 Mar. 2006

American Muslims for Palestine
Draft Mission Statement
AMP is a not for profit membership based community association founded in
North America to provide
a non-partisan and non-sectarian educational, social and cultural
programming for the purpose of
raising American public awareness of Palestines rich heritage and diverse
people. AMPs mission
is accomplished through publishing books, organizing conferences, providing
educational programs
and resources for all ages, incomes and cultural backgrounds.

wa-salam,

Hatem Bazian, Ph.D.
Near Eastern and Ethnic Studies Departments
............ornia, Berkeley


Nothing cleans better

Cascade PLATINUM

BUY NOW

<< Previous post in topic

Show all 2 messages in this topic

See more posts from Hatem Ahmad Bazian

Case: 1:17-cv-02521 Document #: 206-3 Filed: 03/13/20 Page 3 of 36 PageID #:3997



Browse Groups

**Conversations**   Photos   Files   More

Terms       Privacy
Guidelines  Feedback
Help        Blog

# AMP_Transition

Public Group, 4 members

View                    Read more

3  **Mission Statment**              From **haniyhasan**              All

**haniyhasan**              Dec 30, 2005    Moving ahead with AMP        25 Apr, 2006

I just signed up and sent the mission statment to many invloved     -Meeting          20 Mar, 2006
brothers and sisters in Milwaukee to get feedback. i will post a
comprehensive response in a couple of days.                         Meeting time      07 Mar, 2006

Hani

See more posts from haniyhasan

🏠 Home    Mail    Tumblr    News    Sports    Finance    Entertainment    Lifestyle    Answers Upgrade your browser to the best of Yahoo »

Search Conversations        Search Groups        Search Web                    👤 Sign in    ✉ Mail

Browse Groups        **Conversations**    Photos    Files    More

Terms        Privacy
Guidelines    Feedback
Help         Blog

# AMP_Transition

Public Group, 4 members

View

**4  Who is on the list**

Hatem Ahmad Bazian                                      Jan 15 12:59 AM

al-salam alikum,

Eid Mubarak to everyone on the list but if we can see who is already on the list and get moving on details for AMP. Can we get an idea of who is on this list as this time and who else need to be included

wa-salam,

Hatem Bazian, Ph.D.
Near Eastern and Ethnic Studies Departments

Next post in topic >>

Show all 3 messages in this topic

See more posts from Hatem Ahmad Bazian

**Read more**

From **Hatem Ahmad Bazian**                    All

Moving ahead with AMP                          24 Apr. 2006
-Meeting                                       20 Mar. 2006
Bylaws Draft                                   09 Mar. 2006

EON CLINICS
Dental Implants for Life

SMILE AGAIN WITH DENTAL IMPLANTS

BOOK A FREE CONSULTATION



🏠 Home   Mail   Tumblr   News   Sports   Finance   Entertainment   Lifestyle   Answers Upgrade your browser with the best of Yahoo »

**Search Conversations**     Search Groups     Search Web     👤 Sign in   ✉ Mail

Browse Groups

Conversations   Photos   Files   More

Terms      Privacy
Guidelines   Feedback
Help       Blog

# AMP_Transition

Public Group, 4 members

View     Read more

From Dia Salem     All

5  Re: [AMP_Transition] Who is on the list

Dia Salem                          Jan 15 10:01 AM

AA,
I'm on this list.
JAK
Dia Salem
Kansas City
████████

Hatem Ahmad Bazian <hatemb@...> wrote

Show message history

<< Previous post in topic          Next post in topic >>

Show all 3 messages in this topic

See more posts from Dia Salem

Meeting time        07 Mar. 2006
Thurs @6.00 PM      16 Feb. 2006
No answer           13 Feb. 2006



Etsy
Online shopping

SHOP NOW



AMP_Transition - Yahoo Groups

🏠 Home    Mail    Tumblr    News    Sports    Finance    Entertainment    Lifestyle    Answers   Upgrade your browser   Mail with the best of Yahoo »

Search Conversations     Search Groups     Search Web     👤 Sign in   ✉ Mail

Browse Groups    **Conversations**    Photos    Files    More

Terms     Privacy
Guidelines    Feedback
Help     Blog

# AMP_Transition

Public Group, 4 members

View      Read more

6   Re: [AMP_Transition] Who is on the list      From **Hani Hasan**     All

**Hani Hasan**       Jan 17 1:35 PM     Moving ahead with AMP    25 Apr. 2006

Salam, I'm on the list.               -Meeting        20 Mar. 2006
Hani Hasan
Milwaukee rep                    Meeting time      07 Mar. 2006
██████████

*Hatem Ahmad Bazian <hatemb@...> wrote:*

Show message history



Etsy
Online shopping

SHOP NOW

<< Previous post in topic

Show all 3 messages in this topic

See more posts from Hani Hasan

🏠 Home    Mail    Tumblr    News    Sports    Finance    Entertainment    Lifestyle    Answers    Upgrade your browser with the best of Yahoo »

Search Conversations        Search Groups        Search Web                    👤 Sign in    ✉ Mail

Browse Groups            **Conversations**    Photos    Files    More

Terms        Privacy
Guidelines    Feedback
Help         Blog

# AMP_Transition

Public Group, 4 members

View

**7  Outreach to other areas**

**Dr. Hatem Bazian**                                    Jan 18 11:28 AM

Al-salam alikum,

We have only three of us on this e-mail list and I wanted to discuss the
possibility of outreaching to other areas. We do need to get other
locations in the US involved to build this organization. Can we think of
people in NJ, Washington, NY, Detroit, Ohio, Florida, Texas, etc. that we
can begin to communicate with them to build our April meeting. It looks
like we might be able to have the 16th of April in the MAS conference to
meet for AMP business thus we should work on getting all pieces together for
the date

Agenda Items to begin with:
1. Mission Statement

American Muslims for Palestine
Draft Mission Statement
AMP is a not for profit membership based community association founded in
North America to provide a non-partisan and non-sectarian educational,
social and cultural programming for the purpose of raising American public
awareness of Palestine's rich heritage and diverse people. AMP's mission is
accomplished through publishing books, organizing conferences, providing
educational programs and resources for all ages, incomes and cultural
backgrounds.

Can we decide on this item, offer changes, edits so we can move to the next
item of business.

2  Outreach to other areas
Getting Contacts of people

3  Plans for the 16th of April

Wa-salam,

Hatem

**Read more**

From Dr. Hatem Bazian                    All

Moving ahead with AMP        24 Apr. 2006
-Meeting                     20 Mar. 2006
Bylaws Draft                 09 Mar. 2006

Next post in topic >>

Show all 5 messages in this topic

See more posts from Dr. Hatem Bazian



# AMP_Transition

Public Group, 4 members

View

8  RE: [AMP_Transition] Outreach to other areas

**Dia Salem**                                    Jan 19 7 29 PM

AA, .Br Hani
i thought br. Salah Said there was people from Detroit and Texas ready to
start working. i think br. Sufian from detroit, can you get the contact info from
Salah!! and maybe add them to this list.
JAK
Dia

---

Yahoo! Autos  Looking for a sweet ride? Get pricing, reviews, & more on new
and used cars.

<< Previous post in topic                    Next post in topic >>

Show all 5 messages in this topic

See more posts from Dia Salem

### Read more

From **Dia Salem**                                All

Meeting time                                07 Mar. 2006
Thurs @6 00 PM                              16 Feb. 2006
No answer                                   13 Feb. 2006





🏠 Home    Mail    Tumblr    News    Sports    Finance    Entertainment    Lifestyle    Answers Upgrade your browser with the best of Yahoo »

### Search Conversations      Search Groups      Search Web        👤 Sign in    ✉ Mail    📞

Browse Groups          **Conversations**    Photos    Files    More

Terms        Privacy
Guidelines   Feedback
Help         Blog

# AMP_Transition

Public Group. 4 members

View                        Read more

9  RE: [AMP_Transition] Outreach to other areas        From Hani Hasan                    All

Hani Hasan                              Jan 21 9 23 AM     Moving ahead with AMP        25 Apr 2006

                                                          -Meeting                     20 Mar 2006
AA,
                                                          Meeting time                 07 Mar 2006
Br. Dia,

Salah still has to call the brother from Texas. Br. Sufian is the brother form
Detroit, and I believe Salah already contacted him. I will add them as soon as
Salah confirms with them and gives me their info.

Hani

***Dia Salem*** ██████████ > wrote.

  Show message history

<< Previous post in topic                    Next post in topic >>

              Show all 5 messages in this topic

              See more posts from Hani Hasan



🏠 Home   Mail   Tumblr   News   Sports   Finance   Entertainment   Lifestyle   Answers   Upgrade your browser to watch with the best of Yahoo »

Search Conversations          Search Groups          Search Web                    👤 Sign in    ✉ Mail

Browse Groups          **Conversations**   Photos   Files   More

Terms          Privacy
Guidelines     Feedback
Help           Blog

# AMP_Transition

Public Group, 4 members

View

**Read more**

10  **RE: [AMP_Transition] Outreach to other areas**

**From Hani Hasan**                    All

**Hani Hasan**                                   Jan 21 9:22 AM

Moving ahead with AMP              25 Apr, 2006
-Meeting                                     20 Mar, 2006
Meeting time                               07 Mar, 2006

AA,

Br. Dia,

Salah still has to call the brother from Texas. Br. Sufian is the brother form
Detroit, and I believe Salah already contacted him. I will add them as soon as
Salah confirms with them and gives me their info.

Hani

*Dia Salem* ▉▉▉▉▉▉▉..> wrote:

  Show message history

<< Previous post in topic                     Next post in topic >>

Show all 5 messages in this topic

See more posts from Hani Hasan



THURSDAY
THE CAPTAIN BOOT
Explore More



🏠 Home    Mail    Tumblr    News    Sports    Finance    Entertainment    Lifestyle    Answers Upgrade your browser with the best of Yahoo »

Search Conversations    Search Groups    Search Web    👤 Sign in   ✉ Mail

Browse Groups

**Conversations**    Photos    Files    More

Terms    Privacy
Guidelines    Feedback
Help    Blog

# AMP_Transition

Public Group, 4 members

View    **Read more**

**11  Re: [AMP_Transition] Outreach to other areas**

From **modeh21@aol.com**    All

This List is longer active    25 Apr. 2006

Jan 21 5 18 PM    Meeting time    07 Mar. 2006

Thurs @6.00 PM    16 Feb. 2006

Asalaum Alkium.

Dear Brothers and Sisters,

I am sorry for such a late response but I have been really busy at work and school. I am more free now so inshallah so I can dedicate more time for AMP now.

1. I believe we agreed that we would leave brother Sufian out when we meet in Milwaukee since he is well associated with IAP. I believe if this is the case we really need to make sure we distance ourselves from that. In order to make a statement and work we really need to distance ourselves from any well know IAP figures.

2. Since this is the transition period for know are we looking to make this a limited membership for now or is it open.

3. Maybe we can setup a time next week that we can all conference call each other.

Magdi



<< Previous post in topic

Show all 5 messages in this topic

See more posts from

♠ Home   Mail   Tumblr   News   Sports   Finance   Entertainment   Lifestyle   Answers Upgrade your browser to the best of Yahoo »

Search Conversations    Search Groups    Search Web    👤 Sign in   ✉ Mail

Browse Groups

**Conversations**   Photos   Files   More

Terms    Privacy
Guidelines   Feedback
Help    Blog

# AMP_Transition

Public Group, 4 members

View

**12 Transition**

**Dr. Hatem Bazian**     Jan 24 3:52 PM

Al-salam alikum,

I do agree that we stay away from the IAP and not get them involved in this effort. What I wanted for us to do is to begin to identify people in other parts of the country so as to outreach to them ahead of the April conference/meeting. It would not be prudent for us to come back into the April meeting and only have the same cities and people represented since it will be the time to officially establish the organization and select a permanent leadership. Also, as we outreach to people we do get their ideas and feedback on what needs to be done. Lastly, we should begin to think of developing a professional and high quality website that can be used on a national level.

Wa-salam,

hatem

See more posts from Dr. Hatem Bazian

**Read more**

From **Dr. Hatem Bazian**     All

Moving ahead with AMP    24 Apr. 2006
-Meeting    20 Mar. 2006
Bylaws Draft    09 Mar. 2006













# AMP_Transition

Public Group, 4 members

View

13 **No answer**

[redacted] Feb 13, 2006

Dear Brothers and Sisters:

It has been a while since I have heard from anyone on this list. I sent out an e-mail a while back asking everyone if they can pick some time so we can maybe have a conference call and I have not heard back from anyone on it. I am not sure what is going on with everyone. If we are going to work on this we need to start working now. We have put it off long enough. Everyone response is needed here.

Magdi

Next post in topic >>

Show all 5 messages in this topic

See more posts from [redacted]

Read more

From **modeh21@aol.com** All

This List is longer active 25 Apr, 2006
Meeting time 07 Mar, 2006
Thurs @6:00 PM 16 Feb, 2006

# AMP_Transition

Public Group, 4 members

View

14 **Re: [AMP_Transition] No answer**

**Dr. Hatem Bazian** Feb 13, 2006

On 2/13/06 5:49 AM, "[redacted]> wrote:

Show message history

<< Previous post in topic Next post in topic >>

Show all 5 messages in this topic

See more posts from Dr Hatem Bazian

## Read more

From Dr. Hatem Bazian All

- Moving ahead with AMP 24 Apr 2006
- -Meeting 20 Mar, 2006
- Bylaws Draft 09 Mar, 2006

Home Mail Tumblr News Sports Finance Entertainment Lifestyle Answers Groups Mobile More of Yahoo »
Upgrade your browser with the best of Yahoo

Search Conversations Search Groups Search Web Sign in Mail

Browse Groups

Terms Privacy
Guidelines Feedback
Help Blog

Conversations Photos Files More

# AMP_Transition

Public Group, 4 members

View

16 **Re: [AMP_Transition] No answer**

**Affnan Mohammad** Feb 13, 2006

Asalamu Alaikum,

I am available Monday through Saturday anytime after 4 pm (midwest time).
Also, any time on Sundays are good as well.

Affnan

***Hani Hasan*** [redacted]..> wrote:

Show message history

<< Previous post in topic Next post in topic >>

Show all 5 messages in this topic

See more posts from Affnan Mohammad

Home Mail Tumblr News Sports Finance Entertainment Lifestyle Answers Upgrade your browser with the best of Yahoo »

Search Conversations Search Groups Search Web Sign in Mail

Browse Groups

Terms Privacy
Guidelines Feedback
Help Blog

Conversations Photos Files More

# AMP_Transition

Public Group, 4 members

View

**17 Re: [AMP_Transition] No answer**

**Dia Salem** Feb 13, 2006

AA,
I'm available most of the time, set the date and time and let me know
JAK
Dia

[redacted]... wrote:

Show message history

<< Previous post in topic

Show all 5 messages in this topic

See more posts from Dia Salem

Read more

From **Dia Salem** All

| | |
|---|---|
| Meeting time | 07 Mar 2006 |
| Thurs @6 00 PM | 16 Feb, 2006 |
| Outreach to other areas | 20 Jan, 2006 |

🏠 Home   Mail   Tumblr   News   Sports   Finance   Entertainment   Lifestyle   Answers   Upgrade your browser.Launch the best of Yahoo »

Search Conversations          Search Groups        Search Web                    👤 Sign in    ✉ Mail

Browse Groups          **Conversations**    Photos    Files    More

Terms          Privacy
Guidelines     Feedback
Help           Blog

# AMP_Transition

Public Group. 4 members

View

Read more

**18  Thurs @6:00 PM**                                    Feb 14, 2006

**Hatem Ahmad Bazian**

al-salam alikum,

Would a conference call this Thurs at 6:00 PM west coast time  Can someone
in Milwaukee set up
the conference call and send the details to the list.

Hatem Bazian, Ph.D.
Near Eastern and Ethnic Studies Departments
▓▓▓▓fornia, Berkeley

From **Hatem Ahmad Bazian**                 All

Moving ahead with AMP          24 Apr  2006
-Meeting                       20 Mar  2006
Bylaws Draft                   09 Mar  2006



Etsy
Online shopping

SHOP NOW

Next post in topic >>

Show all 8 messages in this topic

See more posts from Hatem Ahmad Bazian

🏠 Home   Mail   Tumblr   News   Sports   Finance   Entertainment   Lifestyle   Answers   Upgrade your browser with the best of Yahoo »

Search Conversations         Search Groups        Search Web                    👤 Sign in    ✉ Mail

Browse Groups          **Conversations**    Photos    Files    More

Terms        Privacy
Guidelines   Feedback
Help         Blog

# AMP_Transition

Public Group, 4 members

View                          Read more

**19   Re: [AMP_Transition] Thurs @6:00 PM**              From **Hani Hasan**          All

**Hani Hasan**                          Feb 16, 2006        Moving ahead with AMP         25 Apr, 2006
                                                            -Meeting                      20 Mar, 2006
Assalamu Alykum,                                            Meeting time                  07 Mar, 2006

Sorry I was busy this week with exams, hence my late reply. I dont know if
anyone set up a conference call, but I got called in to work tonight (all night
at a medical clinic). Can we reschedule it to anytime this weekend or early next
week? Please try to reply today to get the meeting time confirmed ahead of
time. If everyone wants to meet tonight, Sr. Affnan from Milwaukee can fill me
in, or I can try to join for part of the call. Let me know what the plan is. JAK.

Hani

***Hatem Ahmad Bazian*** ▆▆▆▆▆▆ wrote:

Show message history

<< Previous post in topic                      Next post in topic >>

Show all 8 messages in this topic

See more posts from Hani Hasan





CAR RENTAL
AND MUCH MORE
VIEW ALL VEHICLES





# AMP_Transition

Public Group, 4 members

View

## 20 Re: [AMP_Transition] Thurs @6:00 PM

**modeh21@aol.com** Feb 16, 2006

Dear Brothers and Sisters:

This thrusday is not good for me maybe early next week like brother Hani said. Maybe Tuesday night 6:30 or 7 centeral time if that is good for the brothers and sisters?

Magdi

-----Original Messa
From: Hani Hasan [redacted].>
To: AMP_Transition com
Sent: Thu, 16 Feb 2006 08:55:47 -0800 (PST)
Subject: Re: [AMP_Transition] Thurs @6:00 PM

Assalamu Alykum,

Sorry I was busy this week with exams, hence my late reply. I dont know if anyone set up a conference call, but I got called in to work tonight (all night at a medical clinic). Can we reschedule it to anytime this weekend or early next week? Please try to reply today to get the meeting time confirmed ahead of time. If everyone wants to meet tonight, Sr. Affnan from Milwaukee can fill me in, or I can try to join for part of the call. Let me know what the plan is. JAK.

Hani

***Hatem Ahmad Bazian <[redacted]...>*** wrote:

Show message history

<< Previous post in topic Next post in topic >>

Show all 8 messages in this topic

See more posts from [redacted]

Read more

From **modeh21@aol.com** All

This List is longer active 25 Apr 2006
Meeting time 07 Mar, 2006
No answer 13 Feb, 2006

🏠 Home   Mail   Tumblr   News   Sports   Finance   Entertainment   Lifestyle   Answers   Upgrade your browser with the best of Yahoo »

### Search Conversations        Search Groups        Search Web              👤 Sign in    ✉️ Mail

Browse Groups          **Conversations**    Photos    Files    More

Terms        Privacy
Guidelines   Feedback
Help         Blog

# AMP_Transition

Public Group. 4 members



View          **Read more**

**21   Re: [AMP_Transition] Thurs @6:00 PM**          From **Hatem Ahmad Bazian**          All

**Hatem Ahmad Bazian**                     Feb 16, 2006          Moving ahead with AMP      24 Apr. 2006
                                                              -Meeting                   20 Mar. 2006
al-salam alikum Hani,                                         Bylaws Draft               09 Mar. 2006

Lets try next Tue at 6:00 PM west coast time

Hatem

On Thu, 16 Feb 2006 08:55:47 -0800 (PST)
Hani Hasan ████████ .> wrote:
> Assalamu Alykum,
>
> Sorry I was busy this week with exams, hence my late reply. I dont know if
anyone set up a
> conference call, but I got called in to work tonight (all night at a medical
clinic). Can we
> reschedule it to anytime this weekend or early next week? Please try to
reply today to get the
> meeting time confirmed ahead of time. If everyone wants to meet tonight,
Sr. Affnan from
> Milwaukee can fill me in, or I can try to join for part of the call. Let me know
what the plan
> is. JAK.
>
> Hani
>
> Hatem Ahmad Bazian <hatemb@  .> wrote
> al-salam alikum,
>
> Would a conference call this Thurs at 6:00 PM west coast time. Can
someone in Milwaukee set up
> the conference call and send the details to the list.
>
> Hatem Bazian, Ph.D
> Near Eastern and Ethnic Studies Departments
> University of California, Berkeley
> ████████████████████
> ████████████
>
> SPONSORED LINKS
> Cause Issues Cause and effect essay Causes of depression
>
> ------------------------------------

🏠 Home    Mail    Tumblr    > YAHOO! GROUPS LINKS    Entertainment    Lifestyle    Answers    Update your browser with the best of Yahoo »

Search Conversations    "AMP_Transition" on the Web    Search Groups    Search Web    👤 Sign in    ✉ Mail

**Browse Groups**

Terms       Privacy
Guidelines   Feedback
Help        Blog



> To unsubscribe from this group, send an email to:
> AMP_Transition-unsubscribe@yahoogroups.com
>
> Your use of Yahoo! Groups is subject to the Yahoo! Terms of Service.
>
>
> ------------------------------------
>
>
>
>
>
> ------------------------------------
> Yahoo! Mail
> Use Photomail to share photos without annoying attachments.

Hatem Bazian, Ph.D
Near Eastern and Ethnic Studies Departments
        fornia, Berkeley


  8430

<< Previous post in topic          Next post in topic >>

Show all 8 messages in this topic

See more posts from Hatem Ahmad Bazian







Home Mail Tumblr News Sports Finance Entertainment Lifestyle Answers Upgrade your browser with the best of Yahoo »

Search Conversations Search Groups Search Web Sign in Mail

Browse Groups

Conversations Photos Files More

Terms Privacy
Guidelines Feedback
Help Blog

# AMP_Transition

Public Group, 4 members

View

22 **Re: [AMP_Transition] Thurs @6:00 PM**

**Dia Salem** Feb 16, 2006

AA,
that'll work for me
Dia

***Hatem Ahmad Bazian*** [redacted]..> wrote

Show message history

<< Previous post in topic Next post in topic >>

Show all 8 messages in this topic

See more posts from Dia Salem

Sorry, an error occurred while loading the content

# AMP_Transition

Public Group, 4 members

| | View |
|---|---|

### 23  Re: [AMP_Transition] Thurs @6:00 PM

**Hani Hasan**                                      Feb 16, 2006

AA,

OK, so I'll conference call Tuesday at 6:00 pm westcoast time (8:00 central time). I will have an official conference call set up. I will email you the number and code once its all setup. JAK.

Hani

***Dia Salem*** ███████ █ wrote:

Show message history

<< Previous post in topic                    Next post in topic >>

Show all 8 messages in this topic

See more posts from Hani Hasan

### Read more

| From **Hani Hasan** | All |
|---|---|
| Moving ahead with AMP | 25 Apr. 2006 |
| -Meeting | 20 Mar. 2006 |
| Meeting time | 07 Mar. 2006 |



Home    Mail    Tumblr    News    Sports    Finance    Entertainment    Lifestyle    Answers Upgrade your browser with the best of Yahoo »

Search Conversations        Search Groups        Search Web        Sign in        Mail

Browse Groups        **Conversations**    Photos    Files    More

Terms        Privacy
Guidelines    Feedback
Help          Blog

# AMP_Transition

Public Group, 4 members

View                                          Read more

24  **AMP Goals**                            From **Hani Hasan**                    All

Hani Hasan                     Feb 22, 2006    Moving ahead with AMP           25 Apr 2006
                                               -Meeting                       20 Mar 2006
                                               Meeting time                   07 Mar 2006
Assalamu Alykum,

Dear Brothers and Sister,

I have attached the goals that we had previously worked on. I also found an
article titled "Why AMP", maybe we can use it in the future. I will type the
minutes and email them to everyone in the next few days. Jazakum Allah
Khier.

Hani

Brings words and photos together (easily) with
PhotoMail - it's free and works with Yahoo! Mail.



<< Previous post in topic                    Next post in topic >>

Show all 8 messages in this topic

See more posts from Hani Hasan



Browse Groups          Conversations    Photos    Files    More

Terms          Privacy
Guidelines     Feedback
Help           Blog

## AMP_Transition

Public Group, 4 members

View                                      Read more

25  **Tuesday Meething**                              From Hani Hasan                          All

Hani Hasan                          Mar 5, 2006      Moving ahead with AMP          25 Apr. 2006

Assalamu Alykum,                                     -Meeting                        20 Mar. 2006

I was wondering if we could meet on Friday night,     Meeting time                   07 Mar. 2006
over the weekend, or next
Monday. This Tuesday is very bad for me because I have 2 exams on
Wednesday. If the board cannot meet on any other day, or doesn't have a
chance to respond before tomorrow (monday), I'll just set up the conference
call and have it on its scheduled time. I also think that postponing the meeting
will give us a little more time to work on our tasks (getting more people
invloved, reading and revising the goals and bylaws and having the budget
plan ready). I hope to hear back soon.

Dr. Baziaan, can you please send us the bylaws you have so we can look
them over? thanks

Hani

Yahoo! Mail
Bring photos to life! New PhotoMail makes sharing a breeze.

<< Previous post in topic

Show all 8 messages in this topic

See more posts from Hani Hasan









# AMP_Transition

Public Group, 4 members

View

26 **Meeting time**

**Dr. Hatem Bazian** Mar 6, 2006

Al-salam alikum,

I am open to changing the meeting time and date to either Thursday, Friday or Saturday and I will have to send the bylaws later on today after teaching.

Hatem

Next post in topic >>

Show all 4 messages in this topic

See more posts from Dr. Hatem Bazian

Read more

From **Dr. Hatem Bazian** All

Moving ahead with AMP 24 Apr, 2006
-Meeting 20 Mar, 2006
Bylaws Draft 09 Mar, 2006

Home Mail Tumblr News Sports Finance Entertainment Lifestyle Answers Upgrade your browser Mobile with the best of Yahoo »

Search Conversations Search Groups Search Web Sign in Mail

Browse Groups

Conversations Photos Files More

Terms Privacy
Guidelines Feedback
Help Blog

# AMP_Transition

Public Group, 4 members

View

27 **Re: [AMP_Transition] Meeting time**

**Dia Salem** Mar 7, 2006

AA<
thursday or saturday works better for me,, friday im buesy.
Salam
Dia

***"Dr. Hatem Bazian"*** [redacted]:

Show message history

<< Previous post in topic Next post in topic >>

Show all 4 messages in this topic

See more posts from Dia Salem

Read more

From Dia Salem All

| | |
|---|---|
| Thurs @6:00 PM | 16 Feb. 2006 |
| No answer | 13 Feb. 2006 |
| Outreach to other areas | 20 Jan. 2006 |

Home Mail Tumblr News Sports Finance Entertainment Lifestyle Answers Upgrade your browser with the best of Yahoo »

Search Conversations Search Groups Search Web Sign in Mail

Browse Groups

Conversations Photos Files More

Terms Privacy
Guidelines Feedback
Help Blog

# AMP_Transition

Public Group. 4 members

View

28 **Re: [AMP_Transition] Meeting time**

[redacted] Mar 7. 2006

I am also free any day.

Magdi

-----Original Mess[redacted]
From: Dia Salem [redacted] >
To: AMP_Transitio ups.com
Sent: Tue, 7 Mar 2006 08:38:26 -0800 (PST)
Subject: Re: [AMP_Transition] Meeting time

AA<
thursday or saturday works better for me,, friday im buesy.
Salam
Dia

***"Dr. Hatem Bazian"*** [redacted] > wrote:

Show message history

<< Previous post in topic Next post in topic >>

Show all 4 messages in this topic

See more posts from [redacted]

## Read more

From **modeh21@aol.com** All

This List is longer active 25 Apr. 2006
Thurs @6 00 PM 16 Feb. 2006
No answer 13 Feb. 2006

# AMP_Transition

Public Group. 4 members

| | | View | Read more |
| --- | --- | --- | --- |

29  [AMP_Transition] Meeting time

**Hani Hasan**                                                    Mar 7, 2006

Assalamu Alykum,

Jazakam Allah Khier for your quick responses. I will go ahead and set up the
conference call for Thursday March 9th. You will recieve an email with the
time, phone number and password (the time will be 8 pm central time, 6 pm
western time). Please let me know if there any conflicts. Salam.

Hani

*Dia Salem* ▓▓▓▓▓▓> wrote

Show message history

<< Previous post in topic

Show all 4 messages in this topic

See more posts from Hani Hasan

**Read more**

From **Hani Hasan**                            All

Moving ahead with AMP            25 Apr. 2006

-Meeting                                    20 Mar. 2006

Tuesday Meething                        05 Mar. 2006

Case: 1:17-cv-03591 Document #: 206-3 Filed: 03/13/20 Page 31 of 36 PageID #:4023

🏠 Home   Mail   Tumblr   News   Sports   Finance   Entertainment   Lifestyle   Answers   Upgrade your browser, Mobile with the best of Yahoo »

Search Conversations          Search Groups          Search Web          👤 Sign in   ✉ Mail

Browse Groups          **Conversations**   Photos   Files   More

Terms          Privacy
Guidelines     Feedback
Help           Blog

# AMP_Transition

Public Group, 4 members

|  |  | View | Read more |
|--|--|------|-----------|

From **Dr. Hatem Bazian**          All

30  **Bylaws Draft**

**Dr. Hatem Bazian**                          Mar 9, 2006

Al-salam alikum,

I am attaching a copy of the bylaws draft to begin our discussions on it.
The document is a first draft that we need to work on to get it ready for
the meeting in April. I am sorry for not getting it to you earlier but
hopefully we can take the time to work on it in the next two conference
calls.

Wa-salam,

Hatem

| **Moving ahead with AMP** | 24 Apr, 2006 |
| **-Meeting** | 20 Mar, 2006 |
| **Meeting time** | 06 Mar, 2006 |



**Next post in topic >>**

Show all 3 messages in this topic

See more posts from Dr. Hatem Bazian

Case: 1:17-cv-03591 Document #: 206-3 Filed: 03/13/20 Page 32 of 36 PageID #:4020



🏠 Home | Mail | Tumblr | News | Sports | Finance | Entertainment | Lifestyle | Answers Upgrade your browser with the best of Yahoo »

Search Conversations | Search Groups | Search Web | 👤 Sign in | ✉ Mail

Browse Groups | **Conversations** | Photos | Files | More

Terms | Privacy
Guidelines | Feedback
Help | Blog

# AMP_Transition

Public Group, 4 members

View

**31  Re: [AMP_Transition] -Meeting**

**Hani Hasan**                                     Mar 20, 2006

Assalmu Alykum

Dear brothers and sister of the AMP transition board,

I want to apologize for not arranging the meeting yesterday (March 19th). We had a convention in Milwaukee, and MAS had a booth that I stood by from Friday Afternoon til Sunday evening. I hope we can set up another time sometime soon. I can meet this week Tuesday, Friday, Sat, Sun, or next week (any night but Tuesday). Please let me know when everybody can meet so I can set up the conference call. I suggest tomorrow (Tuesday) at 8 p.m. Milwaukee time or Friday the same time. Let me know what you think.

Hani

Yahoo! Mail
Use Photomail to share photos without annoying attachments.

<< Previous post in topic                    Next post in topic >>

Show all 3 messages in this topic

See more posts from Hani Hasan



**Read more**

From Hani Hasan                                  All

Moving ahead with AMP          25 Apr. 2006
Meeting time                          07 Mar. 2006
Tuesday Meeting                     05 Mar. 2006

# Gain Visibility Into Your Apps

Get Visibility Into Your
Applications with Code
Instrumentation
Download the Free eBook

Case: 1:17-cv-03591 Document #: 206-3 Filed: 03/13/20 Page 33 of 36 PageID #:4027



🏠 Home    Mail    Tumblr    News    Sports    Finance    Entertainment    Lifestyle    Answers    Upgrade your browser    Mobile    the best of Yahoo »

Search Conversations          Search Groups       Search Web              👤 Sign in    ✉ Mail

Browse Groups          **Conversations**    Photos    Files    More

Terms          Privacy
Guidelines     Feedback
Help           Blog

# AMP_Transition

Public Group, 4 members

View                          Read more

32   **Re: [AMP_Transition] -Meeting**      From Dr. Hatem Bazian          All

**Dr. Hatem Bazian**              Mar 20, 2006    Moving ahead with AMP    24 Apr. 2006
                                                 Bylaws Draft             09 Mar. 2006
On 3/20/06 11:20 AM, "Hani Hasan" ███ @...> wrote:   Meeting time        06 Mar. 2006

Show message history

<< Previous post in topic                        # Gain Visibility
                                                 # Into Your Apps
        Show all 3 messages in this topic
                                                 Get Visibility Into Your
     See more posts from Dr. Hatem Bazian        Applications with Code
                                                 Instrumentation
                                                 Download the Free eBook

                                            ▷



🏠 Home    Mail    Tumblr    News    Sports    Finance    Entertainment    Lifestyle    Answers    Upgrade your browser with the best of Yahoo »

Search Conversations    Search Groups    Search Web    👤 Sign in    ✉ Mail

Browse Groups

**Conversations**    Photos    Files    More

Terms         Privacy
Guidelines    Feedback
Help          Blog

# AMP_Transition

Public Group, 4 members

View

**Gain Visibility Into Your Apps**

Get Visibility Into Your
Applications with Code
Instrumentation
Download the Free eBook

33  **Moving ahead with AMP**

**Dr. Hatem Bazian**                                                    Apr 24, 2006

Al-salam alikum,

I pray this finds all of you in the best of health and iman. We should be moving ahead with our agenda and building AMP into a national organization as such we need to get the leadership selected/nominated in the Milwaukee meeting on one list. Can we get this done and then I do propose a regular conference call once every two weeks so we can keep the ball moving, insha'Allah.

Wa-salam,

Hatem

Next post in topic >>

Show all 2 messages in this topic

See more posts from Dr. Hatem Bazian

Sorry, an error occurred while loading the content



🏠 Home    Mail    Tumblr    News    Sports    Finance    Entertainment    Lifestyle    Answers    Upgrade your browser with the best of Yahoo »

Search Conversations        Search Groups        Search Web        👤 Sign in    ✉️ Mail

Browse Groups        **Conversations**    Photos    Files    More

Terms        Privacy
Guidelines    Feedback
Help        Blog

## AMP_Transition

Public Group, 4 members



View

34   Re: [AMP_Transition] Moving ahead with AMP

**Hani Hasan**                                    Apr 25, 2006

I suggest we have a conference call sometime next week. Wed-Sunday work best for me. Anytime after 6 pm western zone time. Please reply back so I can set up the confernce call (or Br. Magdi if he wants to).  Jazakum Allah Khair.

Hani

***"Dr. Hatem Bazian"*** ██████████ > wrote:

Show message history

<< Previous post in topic

Show all 2 messages in this topic

See more posts from Hani Hasan

**Read more**

From **Hani Hasan**                    All

-Meeting                            20 Mar. 2006
Meeting time                        07 Mar, 2006
Tuesday Meething                    05 Mar, 2006


MANSCAPED
THE GENTLEMAN
#1 IN BELOW-THE-WAIST GROOMING
GET MANSCAPED



🏠 Home    Mail    Tumblr    News    Sports    Finance    Entertainment    Lifestyle    Answers    Upgrade your browser with the best of Yahoo »

**Search Conversations**    Search Groups    Search Web    👤 Sign in    ✉ Mail

Browse Groups    **Conversations**    Photos    Files    More

Terms        Privacy
Guidelines   Feedback
Help         Blog

# AMP_Transition

Public Group, 4 members

View                    Read more

35  **This List is longer active**              From **PALESTINE**              All

**PALESTINE**                    Apr 25, 2006     Meeting time              07 Mar. 2006

Asalimum Alaikium                                 Thurs @6:00 PM           16 Feb. 2006

Dear Brothers and Sisters,                         No answer                13 Feb. 2006

This group is no longer active I have created on that is on google
and I have invited everyone to it. This Group was just set upf or the
Tranisiton and now it is no longer needed. Please post any message or
e-mail you have to AMP-Board@.

Sincerely,
Magdi



See more posts from PALESTINE