IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

STANLEY BOIM, Individually and as Administrator of the Estate of DAVID BOIM, Deceased, and JOYCE BOIM,
Plaintiff,

-vs-

QURANIC LITERACY INSTITUTE, et al.,
Defendants.

No. 00 C 2905

Videotaped deposition of RAFEEQ JABER taken before Sylvia A. Gerut, C.S.R., and Notary Public, pursuant to the Federal Rules of Civil Procedure for the United States District Courts pertaining to the taking of depositions, at Suite 3000, 225 West Wacker Drive, in the City of Chicago, Cook County, Illinois, commencing at 8:30 o'clock a.m. on the 9th day of April, A.D. 2003.

PRESENT:

WILDMAN, HARROLD, ALLEN & DIXON
By MR. RICHARD M. HOFFMAN and
MR. DAVID OPPENHEIM
225 West Wacker Drive
Suite 2800
Chicago, Illinois 60606-1229
(312) 201-2000

on behalf of the Plaintiffs;

HEDLUND & HANLEY, LLC
By MS. SARAH J. DENEEN
30 W. Monroe Street
Suite 500
Chicago, Illinois 60603
(312) 441-8615

on behalf of the Defendant, Holy Land Foundation for Relief and Development.

JAMES R. FENNERTY & ASSOCIATES, L.L.C.
By MR. JAMES R. FENNERTY
36 South Wabash
Suite 1310
Chicago, Illinois 60603
(312) 345-1704

on behalf of the Defendants, American Muslim Society and Islamic Association for Palestine.

* * * * * *

DEPOSITION OF
RAFEEQ JABER

04/09/03

| EXAMINATION BY: | PAGE |
|---|---|
| Mr. Hoffman | 07 |

EXHIBITS

| | PAGE |
|---|---|
| Deposition Exhibit No. 1 | 08 |
| Deposition Exhibit No. 2 | 25 |
| Deposition Exhibit No. 3 | 27 |
| Deposition Exhibit No. 4 | 29 |
| Deposition Exhibit No. 5 | 37 |
| Deposition Exhibit No. 6 | 39 |
| Deposition Exhibit No. 7 | 60 |
| Deposition Exhibit No. 8 | 62 |
| Deposition Exhibit No. 9 | 80 |
| Deposition Exhibit No. 10 | 93 |
| Deposition Exhibit No. 11 | 96 |
| Deposition Exhibit No. 12 | 98 |
| Deposition Exhibit No. 13 | 102 |
| Deposition Exhibit No. 14 | 105 |
| Deposition Exhibit No. 15 | 105 |
| Deposition Exhibit No. 16 | 108 |
| Deposition Exhibit No. 17 | 115 |
| Deposition Exhibit No. 18 | 118 |
| Deposition Exhibit No. 19 | 155 |
| Deposition Exhibit No. 20 | 203 |
| Deposition Exhibit No. 21 | 206 |
| Deposition Exhibit No. 22 | 212 |
| Deposition Exhibit No. 23 | 216 |
| Deposition Exhibit No. 24 | 218 |
| Deposition Exhibit No. 25 | 222 |
| Deposition Exhibit No. 26 | 226 |
| Deposition Exhibit No. 27 | 234 |
| Deposition Exhibit No. 28 | 240 |
| Deposition Exhibit No. 29 | 244 |
| Deposition Exhibit No. 30 | 246 |
| Deposition Exhibit No. 31 | 246 |
| Deposition Exhibit No. 32 | 274 |

EXHIBITS

| | PAGE |
|---|---|
| Deposition Exhibit No. 33 | 276 |
| Deposition Exhibit No. 34 | 286 |
| Deposition Exhibit No. 35 | 290 |

* * * * * *

Al-Zaytuna?

A Yes, still does.

Q What is its involvement in that process?

A Like I said, the publication which is the printing, the distribution, keeping the advertisement. Almost everything except the editor who edit it and the one who takes care of it. He's from IAP National which is the -- which is Chicago.

Q Okay. But he's located in Washington?

A Washington now, yes.

Q What is that person's name?

A His name is Osama.

Q Osama?

A I don't know how he spells it, but I'll give my best.

Q Okay.

A It's a popular name now. And the last name is Abu Irshaid, A-b-u, I think, I-r-s-h-a-i-d.

Q Abu Irshaid?

A Abu Irshaid.

Q Okay. I'm sure I'll mispronounce that again at some point, but I'll do my best. So Mr. Abu Irshaid is the person who's in charge of the editorial content of Al-Zaytuna?

A Actually in charge of everything from A to Z in the paper, what comes on the paper and what goes into the paper.

Q Okay.

A He's the chief editor you can call him.

Q Okay. And he does that out of his home in Washington?

A Correct.

Q And the actual work of putting together the publication, the printing, the advertising, the mechanics of it is done out of the IAP Dallas office?

A Correct.

Q And the check writing is done out of the AMS office here which is also the office for IAP National?

A No. The checks for the publications for all these things comes from Dallas.

Q Okay.

A Except the editor. His check comes from IAP National.

Q Then what is the -- what role, if any, does the Palos Hills office here have in connection with the publication of Al-Zaytuna?

A They pay the salary of the editor.

Q That's it?

A That's a lot.

Q I don't mean to minimize the cost or anything of that nature, but that's the extent of the involvement, correct?

A I understand.

Q You also testified about action letters that are published, newsletters, things of that nature, bulletins, are those all produced in the Palos Hills office?

A Yes.

Q Who is responsible for the preparation of those materials?

A The employer.

MR. FENNERTY: What year are you talking about?

MR. HOFFMAN: Q Well, let's say in the current time?

A The employee that works for us, the executive director, the secretary. He's everything.

Q Who is that?

A His name is Abdel Based, A-b-d-e-l, B-a-s-e-d, I think.

Q B-a-s-e-d, Abdel Based?

A Yes. Last name is Hamayel, H-a-m-a-y-e-l, I think.

Q Okay. Abdel Based Hamayel?

A Right.

Q Okay. How long has Mr. Hamayel been involved in that capacity with either AMS or IAP National?

A I think I would say for the last four years or month. I'm not good with dates, but he's been with us for a few years.

Q Okay. Prior to his employment, who at AMS/IAP National here in Palos Hills would have been responsible for the bulletins and action letters?

A Mohammed Al-Khatib.

Q My recollection was --

A He was on the board of AMS.

Q I'm sorry. You said it was Mr. Al-Khatib?

A Yes.

Q Okay. Now, my recollection from your earlier testimony was that he dropped out very early on?

A From the board.

Q From the board. Did he continue to be actively involved with AMS or IAP National even though he wasn't on the board?

A Yes, with AMS, because like I said, that's probably the reason he dropped out, because he became an employee.

105

had asked you where you got the information, and you said the financial records, and that's when we got off on to all these other documents. Are the financial records that you used to prepare Exhibit 7 the materials that we've seen here or is it something else?

A No, this is what you've seen here. We go back to the financial cash flow and just put it together.

Q Okay. I take it that the figures on Exhibit 7 are a true and accurate to the best of your knowledge?

A Yes.

Q The first page under Section 4 lists compensation to the three highest paid people, and that would be yourself, Mr. Hamayel and Mr. Osama Abu Irshaid?

A Irshaid, yes.

Q Okay.

(Document marked Exhibit No. 14 for identification.)

Q Mr. Jaber, you've been handed what's been marked as Exhibit 14, which is an Illinois Charitable organization Annual Report for 2000, and to make life easier, let me also have this marked and I'll hand you Exhibit 15, which is a similar report for 1999.

(Document marked Exhibit No. 15 for

SYLVIA A. GERUT, C.S.R.
708.588.0283

106

identification.)

Q Now, Exhibits 14 and 15, these are forms prepared by you and submitted to the state of Illinois for the periods 2000 and 1999?

A Yes.

Q I take it that that's your signature on the last page of each of these Exhibits 14 and 15?

A Yes.

Q The information in Exhibits 14 and 15, is it true and accurate to the best of your knowledge?

A Yes.

Q And, again, it's prepared from the same records that we've been discussing here, the same ones used in connection with Exhibit 7?

A Yes.

Q Now, I note that all three of these tapes, Exhibit 7, 14 and 15 are all dated as having been signed by you on March 12 of 2002, I was wondering why that was, these were all prepared on the same date?

A Because when I asked for these reports. We were not aware that we have to file these reports.

Q And so when you were notified by the Attorney General's Office that these were required, you went back and prepared them for three years?

SYLVIA A. GERUT, C.S.R.
708.588.0283

107

A Absolutely.

Q Did you go back farther than three years?

A No. They asked for the last three years.

Q Okay. Was there any correspondence that AMS had with the Illinois Attorney General's Office relating to the preparation or submission of these reports?

A Yes.

Q I would just ask that those be produced as well?

A I sent it to him.

Q Okay. The reports each list the three highest paid persons during the year. Were there other people who received compensation from AMS other than the people listed as the three highest paid?

A I don't remember. It depends, you know, some people, they might work for a day or some people might for occasional work, probably, but I don't remember names now at this point.

Q Well, let me ask you it this way, was there anybody who was on a regular salary or was a regular employee other than the people listed?

A Which year are you talking about?

Q 2000 or 2001?

A Not I remember.

Q Now, other than the three exhibits we just

SYLVIA A. GERUT, C.S.R.
708.588.0283

108

looked at, Exhibit 7 and 14 and 15, has AMS filed any other filing regarding its income or finances with the federal or state government?

A No.

(Document marked Exhibit No. 16 for identification.)

Q Mr. Jaber, you've been handed what's been marked as Exhibit 15 -- or Exhibit 16, I'm sorry, which is a notice of deposition of Islamic Association for Palestine pursuant to Rule 30 (b) (6). And if you look at it, you'll see that it is at least the substance of what subject matters are being requested for testimony is identical to the earlier exhibit we saw which is the dep notice for AMS, this one directed to IAP Dallas. And what I wanted to do is to see whether you are in a position to tell me who would be a person affiliated with IAP Dallas knowledgeable about any of the areas that are outlined in here, and I'd like to just kind of go one at a time, and you can either give me a name or tell me that you don't know.

The first on Page 1, we ask for someone who can testify about the creation and organizational structure of IAP meaning IAP Dallas and any modifications that have been made to its organizational structure. Do you

SYLVIA A. GERUT, C.S.R.
708.588.0283