IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| STANLEY BOIM, INDIVIDUALLY AND AS ADMINISTRATOR OF THE ESTATE OF DAVID BOIM, DECEASED, AND JOYCE BOIM, <br><br> Plaintiffs, <br><br> v. <br><br> AMERICAN MUSLIMS FOR PALESTINE; AMERICANS FOR JUSTICE IN PALESTINE EDUCATIONAL FOUNDATION; AND RAFEEQ JABER, <br><br> Defendants. | Civil No. 17-cv-03591 <br><br> **Hon. Sharon Johnson Coleman** |

## NOTICE OF MOTION

**PLEASE TAKE NOTICE** that on Tuesday March 24, 2020 at 8:45 a.m., or as soon thereafter as counsel may be heard, we shall appear before the Honorable Sharon Johnson Coleman or any other judge sitting in her stead, in Courtroom 1241 in the Everett McKinley Dirksen United States Courthouse, 219 South Dearborn Street, Chicago, Illinois, and then and there present *Plaintiffs' Motion for Leave to File Documents Provisionally Under Seal*, a copy of which has been served upon you.

March 13, 2020

Respectfully submitted,

/s/ Daniel I. Schlessinger
Daniel I. Schlessinger
Seth Corthell
JASZCZUK, PC
311 South Wacker Drive
Chicago, IL 60606
(312) 442-0366

*Attorneys for Stanley Boim, Individually and as the Administrator of the Estate of David Boim, Deceased, and Joyce Boim*

<u>Of Counsel</u>
Nathan Lewin (*pro hac vice*)
Alyza D. Lewin (*pro hac vice*)
LEWIN & LEWIN LLP
888 17th Street NW, 4th Floor
Washington, D.C. 20006
(202) 828-1000

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing has been filed electronically using the Court's CM/ECF system and has been served to all parties via email through CM/ECF on this 13th day of March 2020.

*/s/ Daniel I. Schlessinger*
