# EXHIBIT A

# MUNJED AHMAD

**Date:** November 8, 2018

**Case:** STANLEY BOIM v. AMERICAN MUSLIMS FOR PALESTINE

Chimniak Court Reporting and Video, Inc.
Phone: 312.781.9111
Fax: 312.332.6555
Email: chris@chimniakcourtreporting.com
Internet: www.ChimniakCourtReporting.com



### Page 82

BY MR. WOOLLEY:
   Q.   What about Life for Relief and Development, do you know how they operate?
       MS. JUMP:  I'm going to object as vague and calling for speculation.
BY THE WITNESS:
   A.   Same answer.
BY MR. WOOLLEY:
   Q.   The Zakat Foundation, have you ever done any research into where they send funds?
   A.   Have I done research?
   Q.   Yes.
   A.   Personally, no.
   Q.   Do you know if AMP has ever done any research as to where they send funds?
   A.   I don't know.
   Q.   United Muslim Relief, have you or AMP done any work on determining where they send funds?
   A.   Same answer.
   Q.   Zakat Foundation is a frequent advertiser and has booths at conventions?
       MS. JUMP:  I'm going to object as vague as to time.

### Page 83

BY THE WITNESS:
   A.   Yes.
BY MR. WOOLLEY:
   Q.   Okay.  How about United Muslim Relief?
       MS. JUMP:  Same objection if it's the same question.
BY THE WITNESS:
   A.   I believe so.
BY MR. WOOLLEY:
   Q.   Life for Relief and Development I believe is also one?
       MS. JUMP:  Same objection.
BY THE WITNESS:
   A.   I don't know how often Life has.  I don't know.  I don't recall.
BY MR. WOOLLEY:
   Q.   They have advertised and had booths in the past?
   A.   Yes.
   Q.   Have you ever been employed or been a volunteer or affiliated with any Muslim or Palestinian organization that we haven't discussed?
   A.   No, except for the -- well, we

### Page 84

discussed IS --
   Q.   ISM we have discussed.  AMP we've discussed and AJP we've discussed.
   A.   Other than that, no.  Strike that. Actually I think I may have helped the MAS Milwaukee on occasion.
   Q.   When MAS has a convention in Milwaukee you've helped?
   A.   Right.
   Q.   How?  What was your role in helping?
   A.   I can't remember, but, you know, as a, you know, volunteer in one form or another.
   Q.   Would that have been in your capacity as an AMP person or just in your --
   A.   No.  Just as a --
   Q.   -- general capacity?
   A.   Sorry.  Just as an individual.
   Q.   Anything else you can think of?
   A.   No.
   Q.   Are you currently on the board of AMP?
   A.   Yes.
   Q.   What is your title?
   A.   Vice chairman I guess.
   Q.   How long have you been on the board of

### Page 85

AMP?
   A.   Since its inception.
   Q.   Since 2006?
   A.   Hm-hmm.  Excuse me.  Yes.
   Q.   Have you ever had any other positions other than as a board member and vice chairman of AMP?
       MS. JUMP:  Object as vague as to time.
BY MR. WOOLLEY:
   Q.   At any time.
   A.   I believe I may be listed as a treasurer maybe.  I'm not sure.
   Q.   Have you ever had a paid position with AMP?
   A.   No.
   Q.   Starting at the beginning in the 2006, 2007 time period, what were your responsibilities as a board member of AMP?
   A.   So obviously I was one of the -- I was the founding member, and I guess I would just, you know, kind of try to help put programs in place, and really the goal initially of AMP was just to be used as a vehicle to educate the youth about the cause that their ancestors, so