# **EXHIBIT B**

```
                                                                    1
 1
           IN THE UNITED STATES DISTRICT COURT
 2            NORTHERN DISTRICT OF ILLINOIS
                    EASTERN DIVISION
 3
    STANLEY BOIM, Individually    )
 4  and as Administrator of the   )
    Estate of David Boim,         )
 5  deceased; and JOYCE BOIM,     )
                                  )
 6            Plaintiffs,         )
                                  )
 7      vs.                       ) Case No.
                                  ) 17-cv-03591
 8  AMERICAN MUSLIMS FOR          )
    PALESTINE; AMERICANS FOR      )
 9  JUSTICE IN PALESTINE          )
    EDUCATIONAL FOUNDATION;       )
10  RAFEEQ JABER; ABDELBASSET     )
    HAMAYEL; AND OSAMA            )
11  ABUIRSHAID,                   )
                                  )
12            Defendants.         )
13
14           The deposition of ABDELBASET
15  HAMAYEL, called by the Plaintiffs for
16  examination, taken pursuant to the Federal Rules
17  of Civil Procedure of the United States District
18  Courts pertaining to the taking of depositions,
19  taken before Marianne Nee, a Certified Shorthand
20  Reporter of the State of Illinois, CSR License
21  No. 084-002341, taken at 111 South Wacker Drive,
22  Suite 4100, Chicago, Illinois, on Wednesday,
23  October 17, 2018, commencing at 9:00 a.m.
24
```

STANLEY BOIM v. AMERICAN MUSLIMS FOR PALESTINE
HAMAYEL                                                    10/17/2018

156

1   Q.   Did AMP donate to Viva Palestina?
2   A.   I -- no, no.
3   Q.   Does AMP now or has it in the past had
4   a position about Hamas?
5   A.   No.  We are a local American
6   organization and our mission is very clear.
7   It's just to educate the Americans about the
8   history and the culture of the cause of
9   Palestine.
10  Q.   Do you educate Americans about Hamas?
11  A.   No.  Hamas is not part of the culture
12  or the history of Palestine.
13  Q.   Does AMP take a position on terrorism?
14  A.   No.  Our mission is just to educate the
15  American public about the history and the
16  culture of Palestine.
17  Q.   Do you talk about the history of
18  terrorism?
19  A.   No.  It's not part of the history of
20  Palestine.
21       MS. JUMP:  I'm going to object as
22  vague.
23       THE COURT REPORTER:  Sorry.  Hold on a
24  second.