# EXHIBIT C

1

    1              IN THE UNITED STATES DISTRICT COURT
                  FOR THE NORTHERN DISTRICT OF ILLINOIS
    2                       EASTERN DIVISION
    3
        STANLEY BOIM, Individually and  )
    4   as Administrator of the Estate  )
        of David Boim, deceased, and    )
    5   JOYCE BOIM,                      )
                                         )
    6              Plaintiffs,           )
                                         )
    7         -vs-                       ) No. 17 CV 03591
                                         )
    8   AMERICAN MUSLIMS FOR PALESTINE;  )
        AMERICANS FOR JUSTICE IN         )
    9   PALESTINE EDUCATIONAL            )
        FOUNDATION; RAFEEQ JABER;        )
   10   ABDELBASSET HAMAYEL; and         )
        OSAMA ABUIRSHAID,                )
   11                                    )
                   Defendants.           )
   12
   13
   14         The deposition of SALAH SARSOUR, taken
   15   pursuant to notice and the Federal Rules of Civil
   16   procedure for the United States District Courts,
   17   reported by Sally Durkin, Certified Shorthand Reporter
   18   and Notary Public within and for the County of Cook,
   19   State of Illinois, at 111 South Wacker Drive, Suite
   20   4100, Chicago, Illinois on Thursday, January 17, 2019
   21   at the hour of 9:00 o'clock a.m.
   22
   23
   24

104

1   speculation.

2                    You can answer.

3       THE WITNESS:  Yeah.  Probably the government.  I'm

4   in the sure.

5   BY MR. SCHLESSINGER:

6       Q.   The Israeli government or the American

7   government?

8       A.   The American.

9       MS. JUMP:  Same objection.

10                   Go ahead.

11  BY MR. SCHLESSINGER:

12      Q.   Do you know when that happened?

13      A.   Exactly date, no.

14      Q.   What was the reason for closing it?

15      MS. JUMP:  Objection.  Calls for speculation.

16      THE WITNESS:  I don't know.

17  BY MR. SCHLESSINGER:

18      Q.   Do you know that the Holy Land Foundation was

19  found to have been providing money to Hamas?

20      A.   I have no clue.

21      Q.   You never heard that?

22      A.   I never heard that.

23      Q.   Is one of the purposes of AMP to end the

24  existence of the State of Israel?

105

1       MS. JUMP:  Objection.  Assumes facts not in

2   evidence.

3               You can answer.

4       THE WITNESS:  AMP started to make awareness and to

5   educate public about the cause for Palestine and to

6   put on the table fear and narrative about the

7   Palestinian cause.  That's all.  That's our goal.

8   BY MR. SCHLESSINGER:

9       Q.   Does it advocate for the end of the State of

10  Israel?

11      MS. JUMP:  Objection.  Asked and answered.

12      THE WITNESS:  We only do awareness and trying to

13  put the right Palestine narrative without any myth on

14  the table.  That's it.

15  BY MR. SCHLESSINGER:

16      Q.   Are you familiar with an organization called

17  the Council on American Islamic Relations, sometimes

18  called CAIR?

19      A.   Oh, yes.

20      Q.   What do you know about them?

21      A.   They are good people.

22      Q.   What do they do?

23      A.   Mainly to support justice for the community

24  and to make sure no unjust takes place against the