IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| STANLEY BOIM, INDIVIDUALLY AND AS ADMINISTRATOR OF THE ESTATE OF DAVID BOIM, DECEASED, AND JOYCE BOIM,<br><br>          Plaintiffs,<br><br>  v.<br><br>AMERICAN MUSLIMS FOR PALESTINE; AMERICANS FOR JUSTICE IN PALESTINE EDUCATIONAL FOUNDATION; and RAFEEQ JABER,<br><br>          Defendants. | Civil No. 17-cv-03591<br><br>**Hon. Sharon Johnson Coleman**<br><br>Hon. Sidney I. Schenkier |

## NOTICE OF APPEAL

Notice is hereby given that Plaintiffs Stanley Boim, individually and as administrator of the estate of David Boim, deceased, and Joyce Boim (the "Plaintiffs") appeal to the United States Court of Appeals for the Seventh Circuit from the Memorandum Opinion and Order of the District Court granting Defendants American Muslims for Palestine, Americans for Justice in Palestine Educational Foundation, and Rafeeq Jaber's motion to dismiss for lack of subject matter jurisdiction pursuant to Federal Rule of Civil Procedure 12(b)(1) (Dkt. 215), entered on October 20, 2020.

Dated: November 17, 2020

Respectfully submitted,

/s/ Seth H. Corthell
Daniel I. Schlessinger
Seth Corthell
JASZCZUK, PC
30 South Wacker Drive Suite 2200
Chicago, IL 60606
(312) 442-0366

*Attorneys for Stanley Boim, Individually and as the Administrator of the Estate of David Boim, Deceased, and Joyce Boim*

Of Counsel
Nathan Lewin (*pro hac vice*)
Alyza D. Lewin (*pro hac vice*)
LEWIN & LEWIN LLP
888 17th Street NW, 4th Floor
Washington, D.C. 20006
(202 828-1000

**CERTIFICATE OF SERVICE**

      The undersigned attorney certifies that on November 17, 2020 he caused the foregoing NOTICE OF APPEAL to be served by electronically filing with the Clerk of the Court for the Northern District of Illinois using the CM/ECF system, and thereby serving by e-mail notification upon counsel for all parties of record.

                                                    */s/ Seth H. Corthell*