# IN THE UNITED STATES DISTRICT COURT
# FOR THE
# NORTHERN DISTRICT OF ILLINOIS

Stanley Boim et al,

Plaintiff(s),

v.

American Muslims for Palestine et al,

Defendant(s).

Case No. 17 cv 3591

Judge Sharon Johnson Coleman

## JUDGMENT IN A CIVIL CASE

Judgment is hereby entered (check appropriate box):

☐ in favor of plaintiff(s)
and against defendant(s)
in the amount of $         ,

which ☐ includes         pre–judgment interest.
☐ does not include pre–judgment interest.

Post-judgment interest accrues on that amount at the rate provided by law from the date of this judgment.

Plaintiff(s) shall recover costs from defendant(s).

☒ in favor of defendant(s) American Muslims for Palestine, Americans for Justice in Palestine Educational Foundation, Rafeeq Jaber
    and against plaintiff(s) Stanley Boim, Joyce Boim.
.
Defendant(s) shall recover costs from plaintiff(s).

☐ other:

This action was *(check one)*:

☐ tried by a jury with Judge         presiding, and the jury has rendered a verdict.
☐ tried by Judge         without a jury and the above decision was reached.
☒ decided by Judge Sharon Johnson Coleman on a motion to dismiss.

Date: 11/17/2020                    Thomas G. Bruton, Clerk of Court

                                    Yvette Montanez , Deputy Clerk