```
                  IN THE UNITED STATES DISTRICT COURT
                 FOR THE NORTHERN DISTRICT OF ILLINOIS
                            EASTERN DIVISION


STANLEY BOIM, individually and as     ) No. 17 C 3591
Administrator of the Estate of David  )
Boim, deceased; and JOYCE BOIM,       )
                                      )
                    Plaintiffs,       )
                                      )
         v.                           )
                                      )
AMERICAN MUSLIMS FOR PALESTINE;       ) January 28, 2020
AMERICANS FOR JUSTICE IN PALESTINE    ) Chicago, Illinois
EDUCATIONAL FOUNDATION; RAFEEQ JABER; ) 8:50 a.m.
ABDELBASSET HAMAYEL; AND OSAMA        )
ABURISHAID,                           )
                                      )
                    Defendants.       ) Motion Hearing
```

TRANSCRIPT OF PROCEEDINGS
BEFORE THE HONORABLE SHARON JOHNSON COLEMAN

APPEARANCES:

For the Plaintiffs:   JASZCZUK P.C.
                      311 South Wacker Drive
                      Suite 3200
                      Chicago, Illinois  60606
                      BY:  MR. DANIEL I. SCHLESSINGER
                           MR. SETH CORTHELL

For the Defendants:   CONSTITUTIONAL LAW CENTER FOR MUSLIMS
                      IN AMERICA
                      833 E. Arapaho Road, Suite 102
                      Richardson, Texas  75081
                      BY:  MS. CHRISTINA A. JUMP




                TRACEY DANA McCULLOUGH, CSR, RPR
                      Official Court Reporter
                    219 South Dearborn Street
                           Room 1232
                    Chicago, Illinois  60604
                         (312) 435-5570

1    THE CLERK: 17 CV 3591, Boim versus American Muslims
2 for Palestine.
3    THE COURT: Good morning.
4    MS. JUMP: Good morning, Your Honor.
5    MR. SCHLESSINGER: Good morning, Your Honor. Daniel
6 Schlessinger and Seth Corthell for the plaintiffs.
7    THE COURT: All right. Thank you.
8    MS. JUMP: Christina Jump for the defendants.
9    THE COURT: All right. Thank you. We have motions
10 to dismiss from you, is that correct?
11    MS. JUMP: Yes. Yes, Your Honor.
12    THE COURT: All right. And you want a briefing
13 schedule?
14    MR. SCHLESSINGER: Well, Your Honor, we would like a
15 briefing schedule on the Rule 12 (b) 1 motions.
16    THE COURT: All right.
17    MR. SCHLESSINGER: We would like to ask that the
18 Court strike the 12 (b) 6 motions, and the reason for that is
19 the procedural history of this matter. As the Court noted in
20 the December 13th order, at the February 6th, 2019 status
21 conference the Court gave the defendants a warning not to file
22 a full blown brief on a motion to dismiss. That direction to
23 the defendants was ignored. Then in the February -- I'm sorry,
24 in the December 13th order that the Court entered, the Court
25 gave the defendants leave to file a 12 (b) 1.

1     They have filed a 12 -- two 12(b)1 motions, but
2  they've also filed what they claim are 12(b)6 motions, and
3  even those are improper, because in violation of Rule 12(b)6,
4  they make significant reference to matters beyond the
5  pleadings, to affidavits, declarations, and deposition
6  testimony.  So we think the appropriate thing to do here would
7  be to strike the 12(b)6 motions and set a briefing schedule
8  on the 12(b)1 motions.
9     THE COURT:  Counsel.
10    MS. JUMP:  Your Honor, the --
11    THE COURT:  I was very specific, was I not, on this
12 case?  It's been around a while, and I've, you know, had it in
13 various forms.  And I believe the Court did try to focus you in
14 on 12(b)1.
15    MS. JUMP:  And, Your Honor, we'd be willing if it, if
16 it fits better with the Court's preference to withdraw or stay
17 the 12(b)6 motions.
18    THE COURT:  Well, the staying won't work.
19    MS. JUMP:  Or withdraw.  We could withdraw at this
20 point the 12(b)6 motions.
21    THE COURT:  Okay.
22    MS. JUMP:  If that's the Court preference.
23    THE COURT:  All right.
24    MS. JUMP:  If the Court prefers, I can respond to the
25 other issues raised by plaintiffs.  But if we withdraw the

1  motions --
2      THE COURT:  If you're ready to withdraw them, no
3  further action needs to be taken.
4      MS. JUMP:  All right.
5      THE COURT:  Let's just set the briefing schedule on
6  the 12 (b) 1.  I just want to make sure we have the right
7  docket numbers.  Do you have them, Yvette?  It should be on
8  your -- there's multiple motions.  We just want to make sure
9  you get the right ones.
10      THE CLERK:  All right.  There's a motion 186.
11      THE COURT:  I'm sorry.  1 what?
12      THE CLERK:  186.
13      MS. JUMP:  Your Honor, if I may.  Docket No. 186 is
14  the combined motion by defendant Rafeeq Jaber, which is 12 (b)
15  1 and 12 (b) 6.  And if we'd -- if you'd like for us to refile
16  that with just the 12 (b) 1 portion, we can do that.
17      THE COURT:  You have several here.  Are any of them
18  solely a 12 (b) 1 motion?
19      MS. JUMP:  Yes, Your Honor.  That is --
20      THE COURT:  Which one?
21      MS. JUMP:  And then docket No. 188 is the 12 (b) 1
22  under the -- on behalf of the entity defendants.  And docket
23  193 is the 12 (b) 6 on behalf of the entity defendants.
24      THE COURT:  That's 193?
25      MS. JUMP:  193 --

1    THE COURT:  Is 12 (b) 6.
2    MS. JUMP:  -- is the 12 (b) 6 by the entities.
3    THE COURT:  So that's withdrawn.
4    MS. JUMP:  Correct.  So 193 would be withdrawn, and
5 then we can either refile or just can stipulate that we're
6 withdrawing the 12 (b) 6 portions of document 186.
7    THE COURT:  So you said 186 is a joint motion?
8    MS. JUMP:  It's, it's only on behalf of defendant
9 Rafeeq Jaber, but it's 12 (b) 1 and 12 (b) 6.
10   THE COURT:  Well, it should just be 12 (b) 1.
11   MS. JUMP:  Correct.  So we can refile it that way if
12 you'd prefer and just remove --
13   THE COURT:  Yes, file it the right way.
14   MS. JUMP:  Remove those portions?
15   THE COURT:  Yes.  So if you can get -- I want that
16 back -- you can have that refiled before Friday.
17   MS. JUMP:  Yes, Your Honor.
18   THE COURT:  By this -- like January 31st.  And I'll
19 set a briefing schedule up from that date forward.  Okay.
20   MR. SCHLESSINGER:  Yes, Your Honor.
21   THE COURT:  All right.  Does that -- that's a lot
22 of -- I want to make sure we get them all.
23   THE CLERK:  There's also a motion to file something
24 under seal.
25   THE COURT:  Under seal.  That has to be withdrawn.

1  That would be --
2          MS. JUMP:  Your Honor, if I may.  That one refers to
3  the 12 (b) 1, which is document 188.
4          THE COURT:  No.  No.  I see it.
5          MS. JUMP:  I'm sorry --
6          THE COURT:  It's document 188.
7          MS. JUMP:  Right.
8          THE COURT:  But what is the -- what is it referring
9  to?  Is it referring to the joint motion, or is it referring to
10 the one that came after, which is 193?
11         MS. JUMP:  One moment while I pull that up to make
12 sure of the docket number.  I don't want to misstate the docket
13 number, Your Honor.
14         THE COURT:  Well, that sealed one, that sealed one is
15 referring it looks like to 193.
16         MS. JUMP:  That's the motion.
17         THE COURT:  The 193.
18         MS. JUMP:  One moment.
19         THE COURT:  Counsel, I'm looking at it right here.
20 So 188 was the sealed motion, and it actually is to 191.  And
21 then you have it as to 12 (b) 1, but actually it looks like --
22 then you have 193, which is the separate one.  So 191 is the 12
23 (b) 1.
24         THE CLERK:  There's one filed under seal, Judge, the
25 188.

1       THE COURT: Right. That's what we're talking -- no,
2  it's just sealed -- sealed motion under -- okay. You didn't
3  ask to file it under seal. You just filed it under seal.
4       MS. JUMP: Your Honor, we filed the, we filed the
5  motion under seal and then filed the motion for leave for it to
6  be under seal.
7       THE COURT: Okay.
8       MS. JUMP: And then set that also for presentment for
9  today.
10      THE COURT: Okay. What I need you to do is just --
11 we're going to pass it for a second. You can either step
12 outside and talk to each other. Just make sure -- this is very
13 messy.
14      MS. JUMP: That's fine, Your Honor.
15      THE COURT: And let's see if we can get it straight.
16 I got other people to talk to. All right. Thank you.
17      MS. JUMP: Yes, Your Honor.
18      THE COURT: We'll call you back.
19      MR. SCHLESSINGER: Thank you, Your Honor.
20    (Whereupon, other matters were heard in open court.)
21      THE CLERK: All right. Recalling 17 CV 3591, Boim
22 versus American Muslims for Palestine.
23      THE COURT: All right. Do you need all the names,
24 Miss McCullough?
25      THE COURT REPORTER: No.

1    THE COURT:  All right.  She's got your names, so just
2 let's go right to it.  So we have a schedule that we need to
3 change, and we need to have you make sure we're withdrawing the
4 correct motions.  So, Counsel.
5    MS. JUMP:  So, Your Honor, docket No. 186 is the one
6 that we will be refiling that is on behalf of Rafeeq Jaber, and
7 it currently is 12 (b) 1 and 12 (b) 6.  We'll refile that
8 simply to be 12 (b) 1.
9    THE COURT:  All right.  So you're going to withdraw
10 that motion.
11    MS. JUMP:  As to the 12 (b) 6.
12    THE COURT:  As to the 12 -- well --
13    MS. JUMP:  Yes.  Yes, Your Honor.
14    THE COURT:  The whole, the whole one.  And that's
15 docket No. 1 what?
16    MS. JUMP:  86.
17    THE COURT:  186 is withdrawn.  And any replacement
18 with just the 12 (b) 1 motion must be by this Friday on the
19 31st.  Okay?
20    MS. JUMP:  Yes.
21    THE COURT:  All right.
22    MS. JUMP:  And then, Your Honor, 180 -- and then
23 docket 188 is the motion that was filed under seal under 12 (b)
24 1 on behalf of the entity defendants.  And then docket 189 was
25 a redacted version, which was filed.  190 was the notice of

1  presentment, and then 191 was the motion for leave to file
2  under seal.  So those are all regarding the 12 (b) 1 as to the
3  entity defendants.
4              THE COURT:  So you have 190 for presentment of sealed
5  motion.  Again, Counsel, that's not asking leave to file it
6  under seal.  You're just basically saying --
7              MS. JUMP:  That particular --
8              THE COURT:  -- we want to present 188, which is
9  already sealed.
10             MS. JUMP:  And then, Your Honor, 191 was the motion
11 for leave to file under seal, and 192 was the notice of
12 presentment of the motion for leave to file that under seal.
13             THE COURT:  So 191 has the joint motion.  Any
14 objection to the motion to file under seal?
15             MR. SCHLESSINGER:  Your Honor, my understanding is
16 that this is material that's already been sealed in prior
17 filings, so we have no problem with that.
18             THE COURT:  All right.  And no objection.  Then the
19 Court will allow No. 191.  And so 189 will stand, because it's
20 only a 12 (b) 1, correct?
21             MS. JUMP:  Your Honor, 188 --
22             THE COURT:  I'm sorry.  189 -- 188.  I'm sorry.  188.
23             MS. JUMP:  Yes.  And 188 is the 12 (b) 1 with the
24 confidential information.
25             THE COURT:  Okay.

1     MS. JUMP: 189 is the redacted version of the same.
2     THE COURT: I got it. So 188 is the one that I've
3  granted that. That can be filed. That's as to American
4  Muslims for Palestine, et cetera. And then we have the
5  individual, Mr. Jaber, who's going to have a refiled motion,
6  correct?
7     MS. JUMP: Correct. And then, Your Honor, docket No.
8  193 is the motion to dismiss under 12 (b) 6 filed on behalf of
9  the entity defendants. So that we would withdraw at this time.
10    THE COURT: All right. I think that covers all of
11 them. Would you agree before we set your briefing schedule?
12    MR. SCHLESSINGER: Yes, Your Honor.
13    THE COURT: All right. Ready for your briefing
14 schedule. From January 31st how much time do you need?
15    MR. SCHLESSINGER: Could we have 35 days, Your Honor,
16 to respond to both those -- the motion -- the refiled motion
17 and the existing motion?
18    THE COURT: Yes.
19    THE CLERK: All right. That would be March 6th.
20    THE COURT: All right. And then reply, 14 days?
21    MS. JUMP: Yes, Your Honor. Yes, please.
22    THE CLERK: March 20th.
23    THE COURT: All right. If there are any statuses,
24 which I don't know if there are, the Court will strike those,
25 and we will set a new one so that this matter doesn't get lost

1 in the shuffle.  Yes, Counsel.

2     MS. JUMP:  I'm sorry, Your Honor.  If I may, I just

3 realized that falls right with a conflict.  If we could request

4 an additional seven days on the reply.

5     THE COURT:  Any objection?

6     MR. SCHLESSINGER:  No objection, Your Honor.

7     THE COURT:  All right.  So instead of the 20th, it's

8 the 27th, Yvette?

9     THE CLERK:  Yes.  It will be March 27th.

10     THE COURT:  All right.  And then let's do this for me

11 just to try to -- let's set a June 8th status date.  And if

12 this Court hasn't ruled by then, that would be close to it.

13 That way more than likely I will have ruled and make decisions

14 on where this case goes next.  Okay.  All right.

15     MR. SCHLESSINGER:  Thank you, Your Honor.

16     THE COURT:  June 8th.  Thank you.  At 9:00 o'clock.

17 Thank you.

18     MR. SCHLESSINGER:  Thank you very much.

19     MS. JUMP:  Very well, Your Honor.  Thank you.

CERTIFICATE

I HEREBY CERTIFY that the foregoing is a true, correct and complete transcript of the proceedings had at the hearing of the aforementioned cause on the day and date hereof.

/s/TRACEY D. McCULLOUGH　　　　　　　　　　February 4, 2021

Official Court Reporter　　　　　　　　　　Date
United States District Court
Northern District of Illinois
Eastern Division