# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



Everett McKinley Dirksen United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

**ORDER**

February 23, 2021

Before

**MICHAEL S. KANNE**, *Circuit Judge*

| | |
|---|---|
| No. 20-3233 | STANLEY BOIM and JOYCE BOIM, <br> Plaintiffs - Appellants <br> v. <br> AMERICAN MUSLIMS FOR PALESTINE, et al., <br> Defendants - Appellees |
| **Originating Case Information:** | |
| District Court No: 1:17-cv-03591 <br> Northern District of Illinois, Eastern Division <br> District Judge Sharon Johnson Coleman | |

The following is before the court:

1. **MOTION FOR LEAVE TO PROVISIONALLY FILE DOCUMENTS UNDER SEAL**, filed on February 10, 2021, by counsel for the appellants.

2. **RESPONSE AS TO APPELLANTS' MOTION TO FILE DOCUMENTS UNDER SEAL**, filed on February 19, 2021, by counsel for the appellees,

**IT IS ORDERED** that the motion is **GRANTED** to the extent that the appellants may file a sealed, unredacted version and a public, redacted version of their opening brief and appendix and that the brief and appendix submitted with their motion, docket entries 18-2 and 18-3, shall remain under seal.

**IT IS FURTHER ORDERED** that by February 26, 2021, appellants shall contemporaneously file an unredacted version of their brief and appendix that will be filed under seal, and a redacted version of their brief and appendix that will be filed in

- over -

No. 20-3233 Page 2

the public record. The redactions must be consistent with the proposed redactions shown in docket entries 18-2 and 18-3. The remainder of briefing will proceed as follows:

1. The brief of the appellees is due by March 29, 2021.

2. The reply brief of the appellants, if any, is due by April 19, 2021.

The parties are reminded that the district court docket is available to this court electronically and is no longer transmitted to the court in paper form. Absent any action by the district court, the documents sealed in the district court, or information maintained as confidential, will remain so while this appeal is pending. Thus, any request to maintain documents under seal need only address documents the parties plan to file in this court. To the extent any party finds it necessary to reference information maintained as confidential in the district court in their briefs before this court, they should file an appropriate motion seeking leave to file a sealed and redacted version of the brief.

Important Scheduling Notice !

Hearing notices are mailed shortly before the date of oral argument. Criminal appeals are scheduled shortly after the filing of the appellant's main brief; civil appeals are scheduled after the filing of the appellee's brief. If you foresee that you will be unavailable during a period in which your appeal might be scheduled, please write the clerk advising him of the time period and the reason for your unavailability. The court's calendar is located at http://www.ca7.uscourts.gov/cal/argcalendar.pdf. Once an appeal has been scheduled for oral argument, it is very difficult to have the date changed. See Cir. R. 34(e).