# United States Court of Appeals

For the Seventh Circuit
Chicago, Illinois 60604

September 14, 2021

**Before**

MICHAEL S. KANNE, *Circuit Judge*

MICHAEL Y. SCUDDER, *Circuit Judge*

THOMAS L. KIRSCH II, *Circuit Judge*

| | |
|---|---|
| No. 20-3233 | |
| STANLEY BOIM and JOYCE BOIM, | Appeal from the United States District Court for the Northern District of Illinois, Eastern Division. |
| *Plaintiffs-Appellants,* | |
| v. | |
| AMERICAN MUSLIMS FOR PALESTINE, *et al.*, | No. 1:17-cv-03591 |
| *Defendants-Appellees.* | Sharon Johnson Coleman, *Judge*. |

**O R D E R**

Defendants-Appellees filed a petition for rehearing and rehearing *en banc* on August 30, 2021. No judge[*] in regular active service has requested a vote on the petition for rehearing *en banc*, and all members of the original panel have voted to deny panel rehearing.

The petition for rehearing and rehearing *en banc* is therefore DENIED.

CERTIFIED COPY
A True Copy
Teste:

Deputy Clerk
of the United States
Court of Appeals for the
Seventh Circuit

---

[*] Circuit Judge Candace Jackson-Akiwumi did not participate in the consideration of this matter.