# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



Everett McKinley Dirksen
United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

## FINAL JUDGMENT

August 16, 2021

Before

MICHAEL S. KANNE, *Circuit Judge*
MICHAEL Y. SCUDDER, *Circuit Judge*
THOMAS L. KIRSCH II, *Circuit Judge*

| | |
|---|---|
| No. 20-3233 | STANLEY BOIM and JOYCE BOIM,<br>Plaintiffs - Appellants<br><br>v.<br><br>AMERICAN MUSLIMS FOR PALESTINE, et al.,<br>Defendants - Appellees |
| **Originating Case Information:** | |
| District Court No: 1:17-cv-03591<br>Northern District of Illinois, Eastern Division<br>District Judge Sharon Johnson Coleman | |

The judgment of the District Court is **REVERSED**, with costs, and the case is **REMANDED**, in accordance with the decision of this court entered on this date.

form name: **c7_FinalJudgment**     (form ID: **132**)

CERTIFIED COPY

A True Copy
Teste:

_____
Deputy Clerk
of the United States
Court of Appeals for the
Seventh Circuit