# EXHIBIT B

1             UNITED STATES DISTRICT COURT

2          FOR THE NORTHERN DISTRICT OF ILLINOIS

3                   EASTERN DIVISION

4
                                    REPORTER CERTIFIED
5   STANLEY BOIM, Individually and as      TRANSCRIPT
    Administrator of the Estate of
6   David Boim, deceased; and JOYCE
    BOIM,
7
                    Plaintiffs,
8
         vs.                    Case No. 17-cv-03591
9
    AMERICAN MUSLIMS FOR PALESTINE;
10  AMERICANS FOR JUSTICE IN
    PALESTINE EDUCATIONAL FOUNDATION;
11  RAFEEQ JABER; ABDELBASSET HAMAYEL;
    AND OSAMA ABUIRSHAID,
12
                    Defendants,
13
    _____/
14

15

16

17          DEPOSITION OF:  HATEM BAZIAN

18         TAKEN ON:  Tuesday, January 15, 2019

19             Berkeley, California

20

21

22

23  REPORTED BY:

24  Diane L. Freeman, RPR
    CSR No. 5884
25  Job No.:  19-27528

**Hatem Bazian**

1   of work.  I usually used to come to speak on ISNA in

2   relation to Islamic law, Islamic history.  So my

3   involvement in ISNA was completely different.  I was

4   working and organizing the Zaytuna College project.

5          So my involvement with ISNA while I would

6   attend the Palestine panels and just to show support

7   and so on, my involvement with ISNA was more on the

8   Islamic law track, Islamic  community, Muslim Society

9   in America.  So I have -- I still, when I go there,

10  that's still one of my primary involvement is in that

11  area.

12     Q.  At that point in time, 2005 time period, were

13  there any other educational organizations out there who

14  were focused on Palestine?

15     A.  Palestine, not as far as I know that work

16  within the Muslim community.

17     Q.  So that was the hole that you were trying to

18  fill with this new organization?

19     A.  Yeah.  Again, I was here in the Bay Area where

20  I was working or at least relating to Jewish Voice for

21  Peace.  Some of my colleagues here both on campus and

22  around:  If the Jewish organization has an organization

23  called Jewish Voice for Peace, where is the Muslim

24  voice on this issue?

25          So that is part of the Jewish community

**Hatem Bazian**

```
 1   working on issues of Palestine from a progressive

 2   perspective, there needed to be a voice to fill that

 3   gap.

 4        Q.   During the time that IAP had existed, had IAP

 5   been that voice?

 6             MS. JUMP:  Object as calls for speculation.

 7   You can answer.

 8             THE WITNESS:  I don't know.  You need to ask

 9   them.  I could speak only for what I wanted to do.

10             MR. WOOLLEY:  Q.  Did you have the perception

11   that IAP was putting a Palestinian education

12   perspective out there during the time that it existed?

13        A.   Again, I could only speak of my involvement

14   myself.  I came to speak about issues pertaining to

15   Palestine history, Islamic consciousness toward

16   Palestine.  One of my specialties was the structure of

17   endowments in Jerusalem.  So those are the areas that I

18   was coming to speak.  What IAP and others had there, I

19   think you need to direct the questions to them rather

20   than to me.

21        Q.   The IAP conventions and events provided a

22   forum for those kinds of speeches that you were giving?

23             MS. JUMP:  I am going object as vague.

24             THE WITNESS:  Again, I could only speak about

25   what I did and what I spoke and what I wrote.  Again,
```

**Hatem Bazian**

1   assumes facts not in evidence.

2           THE WITNESS:  I would say personally I wanted

3   to focus on the American Muslim community and not to

4   focus on the Palestine or Palestine over there.  So in

5   this sense if members of IAP, their focus was over

6   there, then that does not serve what type of work I

7   wanted to put forth.

8           MR. WOOLLEY:  Q.  So what was the reason why

9   someone -- why IAP was something that you needed to

10   distance yourself from?

11           MS. JUMP:  Objection.  Mischaracterizes the

12   previous testimony, and assumes facts not in evidence.

13   Asked and answered.

14           THE WITNESS:  From the individuals that were

15   doing work were not focusing on the work that needs to

16   be done.

17           MR. WOOLLEY:  Q.  Was there any concern about

18   legal repercussions of having people that had been

19   previously associated with IAP in the new organization?

20       A.  No, it was not a matter of any legal issues.

21   Again, most of the Muslim organization groups already

22   been targeted by government agencies.  So the focus on

23   whether their work is actually something that would

24   help the focus of our organization or not.

25       Q.  Was there ever a discussion of the possibility

**Hatem Bazian**

1                    SHORTHAND REPORTER'S CERTIFICATE

2

3            I, DIANE L. FREEMAN, RPR, CSR #5884, hereby

4

5      certify that I am a Certified Shorthand Reporter in and

6

7      for the State of California.

8

9            I hereby certify that the witness in the

10     foregoing deposition, HATEM BAZIAN, was by me duly

11     sworn to testify the truth, the whole truth, and

12     nothing but the truth; that said deposition was taken

13     at the time and place therein set forth; and was taken

14     down by me in stenotype and thereafter transcribed into

15     typewriting by computer; and that the deposition is a

16     true record of the testimony given by the witness.

17           I further certify that I am neither counsel

18     for, nor related in any way to any party to said

19     action, nor otherwise interested in the result or

20     outcome thereof.

21     Date:  29th day of January, 2019.

22

23

24     _____
       DIANE L. FREEMAN, RPR

25           CSR No. 5884