# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF
# ILLINOIS EASTERN DIVISION

| | |
|---|---|
| STANLEY BOIM, Individually and as Administrator of the Estate of David Boim, deceased; and JOYCE BOIM,<br><br>Plaintiffs,<br><br>v.<br><br>AMERICAN MUSLIMS FOR PALESTINE/ AMERICANS FOR JUSTICE IN PALESTINE EDUCATIONAL FOUNDATION; RAFEEQ JABER,<br><br>Defendants. | Civil No. 17-cv-03591<br><br>Hon. Sharon Johnson Coleman<br><br>**Telephone hearing set for December 6, 2021 at 9:15 a.m.** |

## DEFENDANT RAFEEQ JABER'S MOTION TO DISMISS PLAINTIFFS' FIRST AMENDED COMPLAINT UNDER FED. R. CIV. P. 12(b)(6)

Defendant Rafeeq Jaber, by and through the undersigned counsel hereby submits this Motion and respectfully requests dismissal of all counts of Plaintiffs' First Amended Complaint pursuant to Fed. R. Civ. P. 12(b)(6). For the reasons set forth in the accompanying Memorandum in Support of this Motion, Plaintiffs' Complaint fails to plead sufficient facts in support of alter ego liability or fraudulent concealment to raise Plaintiffs' right to relief above the speculative level. Dismissal at this time is therefore appropriate.

Dated this 27th day of October, 2021.

Respectfully submitted,

*/s/ Christina Jump*
Christina A. Jump
Texas Bar No. 00795828
cjump@clcma.org
*Attorney for Defendants*
Alyssa F. Morrison
Texas Bar. No. 24110135
amorrison@clcma.org
*Admitted Pro Hac Vice*
Constitutional Law Center for Muslims in America
100 North Central Expressway, Suite 1010
Richardson, TX 75080
Phone: (972) 914-2507
Fax: (972) 692-7454

Thomas Anthony Durkin
ID No. 0697966
2446 N. Clark Street
Chicago, IL 60614
Tel: 312-981-0123
Fax: 312-913-9235
tdurkin@durkinroberts.com
*Local Counsel for Defendants*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 27th day of October, 2021, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send a notice of electronic filing to all counsel of record.

*/s/ Christina Jump*
Christina A. Jump
*Attorney for Defendants*
