**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**ORDER OF THE EXECUTIVE COMMITTEE**

It appearing that 17 CV 3591, *Boim et al v. American Muslims for Palestine et al.,* is currently pending before the Hon. Sharon Johnson Coleman; and

It further appearing that Judge Coleman and Judge Feinerman have agreed that 17 CV 3591, *Boim et al v. American Muslims for Palestine et al.,* be reassigned to Judge Feinerman*;* therefore

It is hereby ordered that 17 CV 3591, *Boim et al v. American Muslims for Palestine et al.,* is to be reassigned to Feinerman pursuant to IOP 13(d).

ENTER:

FOR THE EXECUTIVE COMMITTEE

_____
Hon. Rebecca R. Pallmeyer, Chief Judge

Dated at Chicago, Illinois this 23rd day of March, 2022