IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| **STANLEY BOIM, Individually and as Administrator of the Estate of David Boim, deceased; and JOYCE BOIM**<br><br>    Plaintiffs,<br><br>    v.<br><br>**AMERICAN MUSLIMS FOR PALESTINE; AMERICANS FOR JUSTICE IN PALESTINE EDUCATIONAL FOUNDATION; RAFEEQ JABER; ABDELBASET HAMAYEL; AND OSAMA ABURISHAID,**<br><br>    Defendants. | Case No. 1:17-cv-03591<br><br>Hon. Gary Feinerman |

### NOTICE OF CHANGE OF ADDRESS

Please be advised that the law firm JASZCZUK P.C., which has on file its appearance as counsel of record for the Plaintiffs in the above-captioned matter, has changed its address.

Please revise the service list in this matter to reflect the following information with respect to this Firm:

Firm Name: Jaszczuk P.C.
Address: 311 South Wacker Drive, Suite 2150, Chicago, IL 60606
Phone: (312) 442-0509
Fax: (312) 442-0519

                                                 */s/ Daniel I. Schlessinger*
                                                 One of its Attorneys

                                                 Daniel I. Schlessinger
                                                 Seth H. Corthell
                                                 Jaszczuk P.C.
                                                 311 S. Wacker Dr., STE 2150
                                                 Chicago, IL 60606
                                                 Tel: (312) 442-0509
                                                 Fax: (312) 442-0519

## **CERTIFICATE OF SERVICE**

I hereby certify that on April 29th, 2022, I caused the foregoing to be electronically filed with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the email address denoted on the Electronic Mail Notice List.

                                                 */s/ Daniel I. Schlessinger*

                                                 Daniel I. Schlessinger
                                                 Seth H. Corthell
                                                 Jaszczuk P.C.
                                                 311 S. Wacker Dr., STE 2150
                                                 Chicago, IL 60606
                                                 Tel: (312) 442-0509
                                                 Fax: (312) 442-0519

                                                 *Attorney for Stanley Boim, Individually and as the Administrator of the Estate of David Boim, Deceased, and Joyce Boim*