**UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF
ILLINOIS EASTERN DIVISION**

| | |
|---|---|
| STANLEY BOIM, Individually and as Administrator of the Estate of David Boim, deceased; and JOYCE BOIM,<br><br>Plaintiffs,<br><br>v.<br><br>AMERICAN MUSLIMS FOR PALESTINE/ AMERICANS FOR JUSTICE IN PALESTINE EDUCATIONAL FOUNDATION; RAFEEQ JABER,<br><br>Defendants. | Civil No. 17-cv-03591<br><br>Hon. Gary Feinerman |

## DEFENDANTS' MOTION TO FILE ANSWERS UNDER SEAL

Pursuant to L.R. 26.2 and the Confidentiality Order entered by this Court (Doc. 71), Defendants American Muslims for Palestine ("AMP"), Americans for Justice in Palestine Educational Foundation ("AJP") and Rafeeq Jaber hereby move to file their Answers under seal. Entity Defendants AMP/AJP (collectively referred to as "AMP") and individual Defendant Rafeeq Jaber each filed separate Answers on June 7, 2022. *See* Docs. 251, 252.

As set forth in Defendants' Sealed Motion to Withdraw and Replace Defendants' Answers, this Court entered an Agreed Confidentiality Order on May 23, 2018 (Doc. 71, the "Order") permitting parties to designate certain categories of material as "CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER." Documents designated as confidential can only be disclosed to certain categories of persons, including this Court and its personnel; they are not available to the public. The Order directs any party seeking to file a document designated as confidential to comply with L.R. 26.2. Pursuant to the Order, Defendants have designated

certain portions of documents and deposition testimony as confidential. Plaintiffs' First Amended Complaint (Plaintiffs' "FAC") contains information that Defendants have designated as confidential; Plaintiffs therefore filed their FAC under seal. Doc. 178. In answering Plaintiffs' FAC, Defendants repeated the allegations contained therein prior to answering each individual allegation. *See generally* Docs. 251, 252. However, Defendants inadvertently failed to file the Answers under seal; accordingly, while Defendants took pains to avoid revealing confidential information in their admissions and denials, the repetition of the allegations themselves created a limited disclosure. Defendants seek to correct this error in good faith now, by withdrawing the currently filed Answers and replacing them with (1) sealed and unredacted Answers, submitted as Exhibits A and B to Defendants' Sealed Motion to Withdraw and Replace Answers, and (2) publicly available, redacted Answers, filed the same day as this Motion. This Motion is made for the sole purpose of remedying the above-described error.

    Defendants have complied with the Local Rules of this Court, as Defendants provisionally filed unredacted, sealed versions of their Answers alongside their Motion to Withdraw and Replace Defendants' Answers. Defendants thereafter filed public, redacted versions of the same Answers. This Motion seeks leave, retroactively, to file the documents discussed herein under seal, to remain consistent with previous confidentiality designations and the Order of this Court. Counsel for Defendants conferred with counsel for Plaintiffs on June 16, 2022, and while Plaintiffs' counsel maintains the previously stated opposition to the confidentiality designations generally, counsel does not oppose these motions.

    Based on the foregoing, Defendants respectfully request that this Court grant this Motion and Defendants' simultaneous Motion to Withdraw and Replace Defendants' Answers, and permit Defendants to file the unredacted versions of the Answers under seal.

Respectfully submitted this 16th day of June, 2022.

*/s/ Christina Jump*
Christina A. Jump
Texas Bar No. 00795828
*Attorney for Defendants*
Alyssa F. Morrison
Texas Bar No. 24110135
*Pro Hac Vice Attorney*
*for Defendants*
Constitutional Law Center for Muslims in America
100 North Central Expressway, Suite 1010
Richardson, TX 75080
Phone: (972) 914-2507
Fax: (972) 692-7454

Thomas Anthony Durkin
ID No. 0697966
2446 N. Clark Street
Chicago, IL 60614
Tel: 312-981-0123
Fax: 312-913-9235
tdurkin@durkinroberts.com
*Local Counsel for Defendants*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 16th day of June, 2022, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

*/s/ Christina Jump*
Christina A. Jump
*Attorney for Defendants*
