UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF NextGen 1.6.3
Eastern Division

Stanley Boim, et al.
                              Plaintiff,

v.                                              Case No.: 1:17−cv−03591
                                                Honorable Gary Feinerman

American Muslims for Palestine, et al.
                              Defendant.

# NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, June 23, 2022:

MINUTE entry before the Honorable Gary Feinerman: Rule 26(a)(1) disclosures shall be served by 7/6/2022. Written discovery requests shall be served by 12/30/2022. Motions to amend the pleadings and add new parties shall be filed by 7/21/2022. Fact discovery shall be completed by 2/28/2023. Plaintiffs' Rule 26(a)(2) disclosures shall be served by 3/31/2023. Defendants' Rule 26(a)(2) disclosures shall be served by 4/28/2023. Experts shall be deposed by 5/25/2023. Dispositive motions shall be filed by 6/30/2023. The status hearing set for 6/28/2022 [247] at 9:15 a.m. is re−set for 9:00 a.m. **TIME CHANGE ONLY**. At the 6/28/2022 hearing, the court hopes to discuss Plaintiffs' motion to reassign [15]. Attorneys/Parties should appear for the 6/28/2022 hearing by calling the Toll−Free Number: (877) 336−1828, Access Code: 4082461. Members of the public and media will be able to call in to listen to this hearing (use toll free number). Please, please be sure to keep your phone on mute when you are not speaking. Persons granted remote access to proceedings are reminded of the general prohibition against photographing, recording, and rebroadcasting of court proceedings. Violation of these prohibitions may result in sanctions, including removal of court issued media credentials, restricted entry to future hearings, denial of entry to future hearings, or any other sanctions deemed necessary by the Court.Mailed notice.(jlj, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.