## UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF
## ILLINOIS EASTERN DIVISION

| | |
|---|---|
| STANLEY BOIM, Individually and as Administrator of the Estate of David Boim, deceased; and JOYCE BOIM, <br><br> Plaintiffs, <br><br> v. <br><br> AMERICAN MUSLIMS FOR PALESTINE/ AMERICANS FOR JUSTICE IN PALESTINE EDUCATIONAL FOUNDATION; RAFEEQ JABER, <br><br> Defendants. | Civil No. 17-cv-03591 <br><br><br> Hon. Gary Feinerman |

## DEFENDANTS' UNOPPOSED MOTION TO RESET
## THE HEARING PRESENTLY SCHEDULED FOR SEPTEMBER 20, 2022

Defendants American Muslims for Palestine/Americans for Justice in Palestine Educational Foundation and Rafeeq Jaber ("Defendants"), by and through the undersigned counsel, hereby file this Motion requesting a reset of the hearing presently scheduled for September 20, 2022. *See* Dkt. 260. On June 28, 2022, this Court set a telephonic hearing for September 20, 2022 at 9:15 a.m. The Court simultaneously directed the parties to file a joint status report in advance of that hearing, on September 13, 2022, in order to apprise the Court of the status of discovery. *Id.*

Defendants' lead counsel also represents the appellant in a matter on appeal to the Ninth Circuit Court of Appeals, and subsequent to our last hearing in this matter the Ninth Circuit scheduled in-person oral arguments for the morning docket of September 20, 2022. *See Haisam*

*Elsharkawi v. USA, et al*, No. 21-56206.[1] Unfortunately, the timing of oral argument creates a direct conflict with the hearing currently set in this matter. Accordingly, in order to best represent both clients in their respective matters, Defendants' counsel respectfully requests a reset of the September 20, 2022 hearing before this Court. Counsel contacted Plaintiffs' counsel to confer regarding this request, and Plaintiffs' counsel does not oppose this Motion.[2] Additionally, should this Motion be granted, Defendants' counsel recognizes the Court may wish to shift the corresponding deadline for submission of a status report. This request is made in good faith and not for purposes of delay or prejudice.

Respectfully submitted,                                              */s/Christina A. Jump*
Christina A. Jump
Texas Bar No. 00795828
*Attorney for Defendants*
Alyssa F. Morrison
Texas Bar No. 24110135
*Pro Hac Vice Attorney for Defendants*
Constitutional Law Center for Muslims in America
100 North Central Expressway, Suite 1010
Richardson, TX 75080
Phone: (972) 914-2507
Fax: (972) 692-7454

Thomas Anthony Durkin
ID No. 0697966
2446 N. Clark Street Chicago, IL 60614
Tel: 312-981-0123
Fax: 312-913-9235
tdurkin@durkinroberts.com
*Local Counsel for Defendants*

---

[1] Defendants' counsel will gladly provide further information regarding oral argument, should this Court request it.

[2] Plaintiff's counsel communicated conflicts on September 14, 16, 26, and 27 and requests any reset not take place on those dates.

## **CERTIFICATE OF SERVICE**

I hereby certify that on September 7, 2022 I caused the foregoing to be served via CM/ECF upon the all parties and representatives listed on the service list.

_/s/ Christina A. Jump_
Christina A. Jump
_Attorney for Defendants_
