IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| STANLEY BOIM, INDIVIDUALLY AND AS ADMINISTRATOR OF THE ESTATE OF DAVID BOIM, DECEASED, AND JOYCE BOIM,<br><br>      Plaintiffs,<br><br>  v.<br><br>AMERICAN MUSLIMS FOR PALESTINE; AMERICANS FOR JUSTICE IN PALESTINE EDUCATIONAL FOUNDATION, RAFEEQ JABER<br><br>      Defendants. | Civil No. 17-cv-03591<br><br>**Hon. Gary Feinerman** |

## JOINT STATUS REPORT

Pursuant to the Court's Minute Entry dated September 12, 2022 (Dkt. 260), the parties hereto jointly submit this status report.

(1) **Discovery Completed**

All parties submitted Initial Disclosures.

Plaintiffs have served requests for production of documents and Defendants responded to those on September 12, 2022. Plaintiffs believe that the responses are insufficient and the parties are working to resolve those issues, although it is not clear that can be done without Court intervention. Plaintiffs have served third party document subpoenas and have agreed to requests for extensions from the third parties that should result in documents being produced by October 24, 2022.

Defendants served written discovery on Plaintiffs, including interrogatories, requests for production and requests for admission. Plaintiffs served responses to that discovery on September 16, 2022. Plaintiffs' answers to the interrogatories were not verified, and Defendant pointed out that deficiency to Plaintiffs, who have agreed to provide verifications soon. Defendants also perceive numerous additional deficiencies with Plaintiffs' responses, which the parties are working to try to resolve without the need for Court intervention. At this time, that process remains ongoing. Counsel for Defendants disagrees with the above characterization of any attempts to resolve perceived deficiencies in Defendants' Objections and Responses to Requests for Production, and clarifies that the parties have yet to have a telephone conversation regarding these matters as required by the Local Rules of

this Court. Therefore, a motion to compel by either party is neither a necessity nor appropriate at this time, and would be premature.

(2) **Discovery Remaining to be Taken**

Plaintiffs intend to take depositions of Defendants and some third parties. Plaintiffs also intend to serve additional written discovery prior to the deadline of December 30, 2022.

Defendants intend to depose Plaintiffs, and potentially a limited number of third parties as well, as discovery reveals necessary. Defendants anticipate serving additional discovery requests, based upon and following up on Plaintiffs' responses to Defendants' first set of discovery.

Both sides anticipate that there will be expert discovery following the completion of fact discovery.

(3) **Obstacles to Meeting Deadlines**

The parties have disagreements about the sufficiency of each other's responses to written discovery that may require guidance from the Court to resolve. Discussions on the parties' attempts to resolve these matters without Court intervention remain ongoing, and the parties foresee scheduling related telephone calls within the coming week. In addition, third party discovery sent by Plaintiffs has already been met with delays in responses and it is likely that there will be further delays on future scheduling. As a result, Plaintiffs believe that it would be reasonable to extend the current deadline for completing fact discovery from February 28, 2023 to April 30, 2023. Defendants believe thirty (30) days should be sufficient, as Defendants need not suffer due to the actions (or inactions) of others not parties to this lawsuit.

(4) **Settlement Conference**

Plaintiffs do not believe that a settlement conference would be productive at this time, but nonetheless are amenable to all reasonable settlement discussions. Defendants remain open and willing to participate in any meaningful settlement discussions as this Court may see appropriate, and have no objections to doing so.

| | |
|---|---|
| October 07, 2022 | Respectfully submitted, |

| | |
|---|---|
| <u>/s/ Daniel I. Schlessinger</u> | <u>/s/ Christina A. Jump</u> |
| Daniel I. Schlessinger | Christina A. Jump |
| Seth H. Corthell | Alyssa F. Morrison |
| JASZCZUK P.C. | Constitutional Law Center for |
| 30 South Wacker Drive, Suite 2200 | Muslims in America |
| Chicago, IL 60606 | 100 N. Central Expy. Ste 1010 |
| (312) 442-0509 | Richardson, TX 75080 |
| | (972) 914-2507 |
| <u>Of Counsel</u> | <u>Local Counsel</u> |
| Nathan Lewin (*pro hac vice*) | Thomas A. Durkin |
| Alyza D. Lewin (*pro hac vice*) | Durkin & Roberts |
| LEWIN & LEWIN LLP | 2446 North Clark Street |
| 888 17th Street NW, 4th Floor | Chicago, IL 60614 |
| Washington, D.C. 20006 | (312) 913-9300 |
| (202) 828-1000 | |