IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| STANLEY BOIM, INDIVIDUALLY AND AS ADMINISTRATOR OF THE ESTATE OF DAVID BOIM, DECEASED, AND JOYCE BOIM,<br><br>Plaintiffs,<br><br>v.<br><br>AMERICAN MUSLIMS FOR PALESTINE; AMERICANS FOR JUSTICE IN PALESTINE EDUCATIONAL FOUNDATION, RAFEEQ JABER<br><br>Defendants. | Civil No. 17-cv-03591<br><br>**Hon. Gary Feinerman** |

## JOINT STATUS REPORT

Pursuant to the Court's Minute Entry dated October 14, 2022 (Dkt. 267), the parties hereto jointly submit this status report.

(1) **Discovery Completed**

All parties submitted Initial Disclosures.

Plaintiffs served requests for production of documents and Defendants responded to those on September 12, 2022, with supplemental responses on December 1, 2022. The parties have engaged in extensive efforts to resolve disagreements regarding the sufficiency of Defendants' responses, but it became clear today that there remain areas of disagreement. Plaintiffs contemplate filing a motion to compel additional responses by December 6, 2022. Plaintiffs served third party document subpoenas and have been negotiating with counsel for the third parties regarding the scope of the production. Those discussions have been proceeding with some prospect of an agreement; counsel for the third parties has repeatedly promised to produce some categories of documents, with the most recent promise being that documents will be produced on or about December 5, 2022. Notwithstanding that promise counsel for the third parties filed a motion to quash the subpoena that was initially set for hearing before Judge Jorge Alonso but has now been transferred to this Court and set for hearing on December 8, 2022. In accordance with the December 1, 2022 order of this Court, Plaintiffs will file their response to the motion to quash on December 6, 2022.

Defendants served written discovery on Plaintiffs, including interrogatories, requests for production and requests for admission. Plaintiffs served responses to that discovery on September 16, 2022, and supplemental responses on October 31, 2022. The parties have likewise engaged in extensive discussions regarding disagreements as to the sufficiency of Plaintiffs' responses, but it is now clear that there remain areas of disagreement. Defendants intend to file a motion to compel within the coming week, as well as a motion to reiterate the protective order in place and its applicability to outside counsel no longer appearing in this matter. Plaintiffs have agreed to provide a revised verification of the answers to interrogatories propounded by Defendants that will state that the verification is given under penalty of perjury.

Defendants took the partial deposition of Plaintiff Joyce Boim on November 7, 2022 and suspended the deposition on that date after between two and three hours on the record, reserving the right to continue the deposition on a later date. Defendants did so due to the stipulation made on the record in that deposition by Plaintiffs' counsel and Ms. Boim that she has no factual knowledge supporting any of the allegations against Defendants in this matter and no factual or personal knowledge regarding the allegations contained in Plaintiffs' Amended Complaint other than the facts pertaining directly to her son. Plaintiffs have not agreed that Defendants are entitled to resume the deposition, but there is no current dispute requiring any Court intervention. Defendants further noticed the deposition of Stanley Boim in this matter, but agreed to temporarily postpone that deposition due to Mr. Boim's personal health issues.

Defendants believe they remain entitled to resume the deposition of Plaintiff Joyce Boim under the terms previously agreed to by the parties, should that become necessary. Defendants further maintain their position that they have a right to depose Mr. Boim when his health permits. Plaintiffs reserve the right to contest these positions when and if that becomes necessary.

(2) **Discovery Remaining to be Taken**

Plaintiffs intend to take depositions of Defendants and some third parties. Plaintiffs also intend to serve additional written discovery prior to the deadline of December 30, 2022.

Defendants reserve the right to continue the deposition of Plaintiff Joyce Boim and also take the deposition of Plaintiff Stanley Boim, as well as to the depositions of anyone identified as having personal and factual knowledge supporting the claims Plaintiffs assert against Defendants in this lawsuit, as well as a limited number of third parties as discovery reveals necessary. Defendants anticipate serving additional discovery requests, based upon and following up on Plaintiffs' responses to Defendants' first set of discovery requests.

Plaintiffs anticipate that there will be expert discovery following the completion of fact discovery. Defendants may have responsive expert designations in rebuttal.

(3) **Obstacles to Meeting Deadlines**

The efforts to resolve discovery disputes between the parties and between Plaintiffs and counsel for subpoenaed third parties has consumed time and not resulted in complete resolution of the disputes. As a result, fact discovery is proceeding more slowly than anticipated [by Plaintiffs]. As a result, Plaintiffs believe that it would be reasonable to extend the current deadline for completing fact discovery from February 28, 2023 to April 30, 2023. Defendants concur with Plaintiffs' assessment of the need for extension of the discovery period by thirty days, but do not see the need for any substantial extensions in this matter.

(4) **Settlement Conference**

Plaintiffs do not believe that a settlement conference would be productive at this time, but nonetheless are amenable to all reasonable settlement discussions. Defendants remain open and willing to participate in any meaningful settlement discussions as this Court may see appropriate, and have no objections to doing so.

(5) **Need for Status Hearing on December 8, 2022**

The parties believe that a status hearing would be useful.

December 1, 2022                                       Respectfully submitted,

| /s/ Daniel I. Schlessinger | /s/ Christina A. Jump |
|---|---|
| Daniel I. Schlessinger | Christina A. Jump |
| Seth H. Corthell | Alyssa F. Morrison |
| JASZCZUK P.C. | Constitutional Law Center for |
| 30 South Wacker Drive, Suite 2200 | Muslims in America |
| Chicago, IL 60606 | 100 N. Central Expy. Ste 1010 |
| (312) 442-0509 | Richardson, TX 75080 |
| | (972) 914-2507 |
| | |
| Of Counsel | Local Counsel |
| Nathan Lewin (*pro hac vice*) | Thomas A. Durkin |
| Alyza D. Lewin (*pro hac vice*) | Durkin & Roberts |
| LEWIN & LEWIN LLP | 2446 North Clark Street |
| 888 17th Street NW, 4th Floor | Chicago, IL 60614 |
| Washington, D.C. 20006 | (312) 913-9300 |
| (202) 828-1000 | |