# -EXHIBIT D-

**Seth Corthell**

| | |
|---|---|
| **From:** | Alyssa Morrison <amorrison@clcma.org> |
| **Sent:** | Monday, November 21, 2022 3:36 PM |
| **To:** | Seth Corthell; Christina Jump; Daniel Schlessinger |
| **Cc:** | April Tremble |
| **Subject:** | Re: time to confer re: remaining discovery questions |

Good afternoon Seth and Dan--

I hope your Monday is off to a great start. Please see the following information sent on behalf of Christy—also, please note that she is out of the office this week on another out of state matter, so while she does have access to e-mail, she is only intermittently reachable.

- Verifications:
    - We discussed last week the need for specific language in documents that are sworn/verified outside of the U.S., for use in the U.S. judicial system. Please see the attached statute for the relevant language: https://www.law.cornell.edu/uscode/text/28/1746. Presuming there are no issues with proper verification, once we receive those, we can cross that one off the list of our ongoing discovery discussions.
- Production of documents outside of the 2005-2010 timeframe:
    - As Christy indicated on our call, she has put together the following language, which properly characterizes the Defendants position on this issue:
        - "While we believe it would be burdensome to review any and all requested data from 2010 to date, as explained previously and timely submitted in our objections, we are not aware of any directly relevant and responsive data and documents being withheld from that time frame. Again, though, as Defendants properly assert the unduly burdensome nature of conducting that review in advance, Defendants do not respond as to each and every document or data which may be in any scope responsive to the requests to which Defendants assert this objection."
- Search terms:
    - Defendants will respond in full with supplemental Responses to Plaintiffs' Requests for Production by November 30, 2022. In light of the impending holiday and the known existence of Defendants' annual conference the weekend following the holiday, Defendants are not able to fully complete this response prior to that date. Please know that we are working on this.
- Tax records for AMP:
    - Defendants continue to refer Plaintiffs to the prior production and orders of this Court. Defendants further note that neither AMP nor AJP existed in 2005, as Plaintiffs are well aware. Defendants have produced all 990s for AJP; including for 2010 (the first year after its Nov. 2009 formation date). And, Defendants remind Plaintiffs that as tax exempt organizations, Defendants do not officially file "taxes." Beyond that, Defendants will respond in full with supplemental Responses to Plaintiffs' RFPs by Nov. 30, 2022.

Thank you, and please have a safe and joyful holiday week--

1

*Alyssa F. Morrison* (she/her/hers)
Staff Attorney, Civil Litigation
Constitutional Law Center for Muslims in America
100 N. Central Expressway, Suite 1010
Richardson, TX  75080
(972) 914-2507 (main)

IMPORTANT: Emails to clients of this office presumptively and normally contain confidential and privileged material for the sole use of the intended recipient. Emails to non-clients are normally confidential and may be privileged. The use, distribution, transmittal or re-transmittal by an unintended recipient of any communication is prohibited without our express approval in writing or by email. Any use, distribution, transmittal or re-transmittal by persons who are not intended recipients of this email may be a violation of law and is strictly prohibited. If you are not the intended recipient, please contact the sender and delete all copies.

**From:** Seth Corthell <scorthell@jaszczuk.com>
**Sent:** Friday, November 18, 2022 3:38 PM
**To:** Alyssa Morrison <amorrison@clcma.org>; Christina Jump <cjump@clcma.org>; Daniel Schlessinger <dschlessinger@jaszczuk.com>
**Cc:** April Tremble <atremble@clcma.org>
**Subject:** RE: time to confer re: remaining discovery questions

Christina and Alyssa,

Apologies in the delay in sending this out, I got caught up in something else last night. Attached is the revised, word version of Requests for Production 3 and 8 that I sent you via email on October 21, 2022.

In addition, here is a summary of our understanding of yesterday's meet and confer:

**Defendants' Discovery Issues**
- **Plaintiffs' RFA Objections:** Plaintiffs stand on their objections to certain RFAs on the grounds that the RFAs are premature.
- **Sufficiency of the Verifications:** Defendants will provide Plaintiffs with language they maintain is statutorily required for verifications executed outside of the United States by Monday November 21.
- **Disclosure of Third-Party Funding:** Plaintiffs will not withdraw their objection to producing information concerning third party funding because it is irrelevant to any of the claims or defenses at issue in this case, nor is Defendants request for such information reasonably calculated to lead to the discovery of admissible evidence.
- **Documents Made Available for Inspection:** Plaintiffs maintain their position on this issue: Hard copies of documents responsive to Defendants requests are available in the form they were and are stored at the offices of Jaszczuk P.C. Plaintiffs are invited to our offices to inspect the information, or we will copy it and send it to you at Defendants' cost.

**Plaintiffs' Discovery Issues:**
- **Objection to Production of Documents Outside the 2005-2010 Timeframe:** Defendants maintain that they are not specifically withholding any incriminating documents pursuant to this objection but concede that there is responsive information post-dating 2010 that it has not produced. Defendants maintain that the time limitation adopted by Magistrate Judge Schenkier during limited jurisdictional discovery should remain in place during merits discovery.
- **Search Terms and Sufficiency of the Defendants' Search:** Defendants maintain that they have objections to the search terms Plaintiffs sent to them on October 21, 2022 and will provide those objections on November 21,

2022. In addition, Defendants will provide details into the search conducted to locate responsive information in a way that does not intrude upon the attorney work-product privilege.
- **Revised RFPs 3 and 8:** A word-version of the revised request I sent you in an email on October 21 is attached hereto. Defendants aim to provide a response by no later than November 30, 2022.
- **Tax Records:** Defendants maintain that no tax records for AJP exist for the years 2005-2010. It has produced AJP tax records for subsequent years, which are bates labeled Defendants' Production 277-466. Defendants did not identify any tax records for AMP or confirm that such records even exist but will provide an update on those potential records by November 21.
- **RFPs 17 and 20:** Defendants stand on their objections to these requests.

If I missed anything, please do not hesitate to reach out. Have a great weekend and I look forward to hearing from you on Monday.

Best,

Seth

---

**From:** Alyssa Morrison <amorrison@clcma.org>
**Sent:** Thursday, November 17, 2022 3:02 PM
**To:** Seth Corthell <scorthell@jaszczuk.com>; Christina Jump <cjump@clcma.org>; Daniel Schlessinger <dschlessinger@jaszczuk.com>
**Cc:** April Tremble <atremble@clcma.org>
**Subject:** Re: time to confer re: remaining discovery questions

how about we just call you guys directly—what is the best number?

*Alyssa F. Morrison* (she/her/hers)
Staff Attorney, Civil Litigation
Constitutional Law Center for Muslims in America
100 N. Central Expressway, Suite 1010
Richardson, TX  75080
(972) 914-2507 (main)


IMPORTANT: Emails to clients of this office presumptively and normally contain confidential and privileged material for the sole use of the intended recipient. Emails to non-clients are normally confidential and may be privileged. The use, distribution, transmittal or re-transmittal by an unintended recipient of any communication is prohibited without our express approval in writing or by email. Any use, distribution, transmittal or re-transmittal by persons who are not intended recipients of this email may be a violation of law and is strictly prohibited. If you are not the intended recipient, please contact the sender and delete all copies.

---

**From:** Alyssa Morrison <amorrison@clcma.org>
**Sent:** Thursday, November 17, 2022 2:49 PM
**To:** Seth Corthell <scorthell@jaszczuk.com>; Christina Jump <cjump@clcma.org>; Daniel Schlessinger <dschlessinger@jaszczuk.com>
**Cc:** April Tremble <atremble@clcma.org>
**Subject:** Re: time to confer re: remaining discovery questions

Please use the below conference line:

Phone Number: 605-313-5072

Code Number: 192551#

Talk soon--

**Alyssa F. Morrison** (she/her/hers)
Staff Attorney, Civil Litigation
Constitutional Law Center for Muslims in America
100 N. Central Expressway, Suite 1010
Richardson, TX  75080
(972) 914-2507 (main)


IMPORTANT: Emails to clients of this office presumptively and normally contain confidential and privileged material for the sole use of the intended recipient. Emails to non-clients are normally confidential and may be privileged. The use, distribution, transmittal or re-transmittal by an unintended recipient of any communication is prohibited without our express approval in writing or by email. Any use, distribution, transmittal or re-transmittal by persons who are not intended recipients of this email may be a violation of law and is strictly prohibited. If you are not the intended recipient, please contact the sender and delete all copies.

---

**From:** Seth Corthell <scorthell@jaszczuk.com>
**Sent:** Thursday, November 17, 2022 2:38 PM
**To:** Christina Jump <cjump@clcma.org>; Alyssa Morrison <amorrison@clcma.org>; Daniel Schlessinger <dschlessinger@jaszczuk.com>
**Cc:** April Tremble <atremble@clcma.org>
**Subject:** RE: time to confer re: remaining discovery questions

Christina,

Thanks for the response. We can discuss these points during our call. Were you planning to send around a dial-in number? Alternatively, I can send a Teams invite.

Best,

Seth

---

**From:** Christina Jump <cjump@clcma.org>
**Sent:** Wednesday, November 16, 2022 2:27 PM
**To:** Seth Corthell <scorthell@jaszczuk.com>; Alyssa Morrison <amorrison@clcma.org>; Daniel Schlessinger <dschlessinger@jaszczuk.com>
**Cc:** April Tremble <atremble@clcma.org>
**Subject:** RE: time to confer re: remaining discovery questions

Seth:

I disagree with a few of your characterizations below.
- We are willing to provide some additional information regarding recordkeeping and search avenues, but you were going to provide us with information and/or cases addressing the concern I voiced as to where and to what extent that encroaches on work product privileges.  If I overlooked anything from you addressing that, please

- direct me to it; I am not aware that you have provided anything in that regard. Because of that, I find difficulty addressing the lack of it with any more specificity.
- And we already assured you, multiple times, that there are no specific otherwise responsive documents we are withholding based solely on the time frame we believe is appropriate. In fact, the tax documents produced alone go well beyond 2010.
- Correct, we will provide amended responses which address the new language you embedded in an email. To best do that, please provide a separate Amended Request for Production document which incorporates those; I cannot as fully respond to a paragraph in an email with anything more than my own email, as we have done, as opposed to an Amended Request for Production. On that note, I do not recall that we discussed a specific timeframe for our response to the reworded Requests, but if I receive an Amended Request document electronically prior to 5pm on November 18, we should be able to respond to that in far less time than the standard 30 days, and I expect by November 30.
- Please be more specific when you state "it appears we are at an impasse on RFPs 17 and 20" – identifying where if at all have you made clarifications, alterations, compromises etc., and what specifically you believe remains that you feel we should respond to but you think we have not, or have not responded to fully. With a more substantive bullet point like that, I can be far better prepared for our discussion tomorrow.

Thanks much.

*Christina A. Jump*
Civil Litigation Department Head
Constitutional Law Center for Muslims in America
100 N. Central Expressway, Suite 1010
Richardson, TX 75080
(972) 914-2507 (main)

*I work across multiple time zones and may send emails outside of standard business hours. Although I send emails at expect that you read, respond or follow up on my emails outside your hours of work.*

*Board Certified in Labor and Employment Law, Texas Board of Legal Specialization






IMPORTANT: Emails to clients of this office presumptively and normally contain confidential and privileged material Emails to non-clients are normally confidential and may be privileged. The use, distribution, transmittal or re-transmi communication is prohibited without our express approval in writing or by email. Any use, distribution, transmittal o intended recipients of this email may be a violation of law and is strictly prohibited. If you are not the intended recipi all copies.

**From:** Seth Corthell <scorthell@jaszczuk.com>
**Sent:** Wednesday, November 16, 2022 1:41 PM
**To:** Alyssa Morrison <amorrison@clcma.org>; Christina Jump <cjump@clcma.org>; Daniel Schlessinger <dschlessinger@jaszczuk.com>
**Cc:** April Tremble <atremble@clcma.org>
**Subject:** RE: time to confer re: remaining discovery questions

Alyssa,

Tomorrow at 3PM is fine. Here is a rundown of outstanding issues with Defendants' responses and production:

- Objection to producing documents outside of the 2005-2010 time period. As I understand it, Defendants are standing on this objection.
- Search terms. I sent a list of search terms on October 21. On October 25, Ms. Jump indicated that she would review my proposed search terms, discuss them with Defendants, and respond with any objections. We should discuss the search terms and any objections you may have. It also appears that you are not willing to provide any further information on the scope of your search for responsive information. If so, we might be at an impasse on this issue.
- I have not received a response to the revised versions of RFPs 3 and 8 that I sent on October 21.
- Please direct me, by bates number, to the AMP/AJP tax documents from the 2005-2010 timeframe.
- It appears we are at an impasse on RFPs 17 and 20

Best,

Seth

---

**From:** Alyssa Morrison <amorrison@clcma.org>
**Sent:** Tuesday, November 15, 2022 5:12 PM
**To:** Christina Jump <cjump@clcma.org>; Daniel Schlessinger <dschlessinger@jaszczuk.com>; Seth Corthell <scorthell@jaszczuk.com>
**Cc:** April Tremble <atremble@clcma.org>
**Subject:** time to confer re: remaining discovery questions

Good afternoon Dan--

I hope you're doing well! Christina and I were hoping to set up a call to speak with you and confer regarding some remaining discovery questions on our end. Do you have any availability this Thursday afternoon around 3:00 central time?

The issues that we're hoping to discuss fall into the following categories:
- plaintiffs' denials to several requests for admission on the grounds that they are 'premature as discovery is still ongoing' (for example, RFA nos. 4, 5, 6, 9, 11 and 12)
- the sufficiency of the verifications from Ms. Boim
- disclosure of third-party litigation funding
- You indicated the following in your previous communications, regarding potentially responsive but unproduced documents in your possession; we do not believe that this comports with the respective production burdens during discovery and would like to discuss a resolution with you:

    - "We told you that we have about 60 boxes of documents (much of which are archived from the first Boim case), most or all of which could be viewed as responsive to your requests. We offered to either copy them at your expense or have you come look at them. You said that you believe we are required to go through these boxes and separate which documents are responsive to each of your requests. We have disagreed about this and you indicated that you expect to bring the issue to Judge Feinerman."

Thank you, and please let us know if that time works for you—or if there is another time that is preferable.

Best--

***Alyssa F. Morrison*** (she/her/hers)
Staff Attorney, Civil Litigation
Constitutional Law Center for Muslims in America
100 N. Central Expressway, Suite 1010
Richardson, TX  75080
(972) 914-2507 (main)

IMPORTANT: Emails to clients of this office presumptively and normally contain confidential and privileged material for the sole use of the intended recipient. Emails to non-clients are normally confidential and may be privileged. The use, distribution, transmittal or re-transmittal by an unintended recipient of any communication is prohibited without our express approval in writing or by email. Any use, distribution, transmittal or re-transmittal by persons who are not intended recipients of this email may be a violation of law and is strictly prohibited. If you are not the intended recipient, please contact the sender and delete all copies.