# -EXHIBIT E-

**Seth Corthell**

| | |
|---|---|
| **From:** | Christina Jump <cjump@clcma.org> |
| **Sent:** | Thursday, December 1, 2022 3:28 PM |
| **To:** | Alyssa Morrison; Daniel Schlessinger; Seth Corthell |
| **Cc:** | 17-0000602@clcma.legalserver.org |
| **Subject:** | RE: search terms |

Dan and Seth:

My apologies for not realizing I hadn't directly responded to this piece earlier.
As to the search terms you submitted, we object to the ones as noted below:

## Search Term List

- Hamas  **we do not believe the term is relevant to the alter ego/successor liability claims, but nonetheless agree to the search term**
- "Muslim Brotherhood" **We object to the use of this search term as not reasonably calculated to lead to the discovery of admissible evidence and not reasonably related to the causes of action pled in this action.**
- IAP **No objection**
- "Islamic Association for Palestine" **No objection**
- AMS **No objection**
- "American Muslim Society" **No objection**
- Boim **No objection**
- "Viva Palestina" **We object to the use of this search term as not reasonably calculated to lead to the discovery of admissible evidence and not reasonably related to the causes of action pled in this action.**
- Galloway **We object to the use of this search term as not reasonably calculated to lead to the discovery of admissible evidence and not reasonably related to the causes of action pled in this action.**
- Terror! **We object to the use of this search term as not reasonably calculated to lead to the discovery of admissible evidence and not reasonably related to the causes of action pled in this action.**
- Suicide **We object to the use of this search term as not reasonably calculated to lead to the discovery of admissible evidence and not reasonably related to the causes of action pled in this action.**
- Hamayel **Our objection here is more as a practical matter. If limited to the time frame we assert, of up to 2010, we do not have an objection. But if broader and/or to date, this will of course generate a large number of responses and become both cumbersome and unduly burdensome without additional benefit.**
- Abuirshaid **Our objection here is more as a practical matter. If limited to the time frame we assert, of up to 2010, we do not have an objection. But if broader and/or to date, this will of course generate a large number of responses and become both cumbersome and unduly burdensome without additional benefit.**
- "Abu Irshaid" **Our objection here is more as a practical matter. If limited to the time frame we assert, of up to 2010, we do not have an objection. But if broader and/or to date, this will of course generate a large number of responses and become both cumbersome and unduly burdensome without additional benefit.**

- Irshaid **Our objection here is more as a practical matter. If limited to the time frame we assert, of up to 2010, we do not have an objection. But if broader and/or to date, this will of course generate a large number of responses and become both cumbersome and unduly burdensome without additional benefit.**
- "Al-Meezan" **We object to the use of this search term as not reasonably calculated to lead to the discovery of admissible evidence and not reasonably related to the causes of action pled in this action.**
- "Al-Zaytounah" **We object to the use of this search term as not reasonably calculated to lead to the discovery of admissible evidence and not reasonably related to the causes of action pled in this action.**
- "Mosque Foundation" **We object to the use of this search term as not reasonably calculated to lead to the discovery of admissible evidence and not reasonably related to the causes of action pled in this action.**
- "Bridgeview Mosque" **We object to the use of this search term as not reasonably calculated to lead to the discovery of admissible evidence and not reasonably related to the causes of action pled in this action.**
- "Mustapha" **We object to the use of this search term as not reasonably calculated to lead to the discovery of admissible evidence and not reasonably related to the causes of action pled in this action.**
- Kifa **We object to the use of this search term as not reasonably calculated to lead to the discovery of admissible evidence and not reasonably related to the causes of action pled in this action.**
- "Jamal Said" **We object to the use of this search term as not reasonably calculated to lead to the discovery of admissible evidence and not reasonably related to the causes of action pled in this action.**
- "Benevolence International Foundation" **We object to the use of this search term as not reasonably calculated to lead to the discovery of admissible evidence and not reasonably related to the causes of action pled in this action.**
- "Global Relief Foundation" **We object to the use of this search term as not reasonably calculated to lead to the discovery of admissible evidence and not reasonably related to the causes of action pled in this action.**
- Jaber **Our objection here is more as a practical matter. If limited to the time frame we assert, of up to 2010, we do not have an objection. But if broader and/or to date, this will of course generate a large number of responses and become both cumbersome and unduly burdensome without additional benefit. And, as to Rafeeq Jaber himself, inclusion of this term would not be appropriate as it would generate any and all communicates sent to or by him, regardless of the topic.**
- "Prime furniture" **We object to the use of this search term as not reasonably calculated to lead to the discovery of admissible evidence and not reasonably related to the causes of action pled in this action.**
- Sarsour **Our objection here is more as a practical matter. If limited to the time frame we assert, of up to 2010, we do not have an objection. But if broader and/or to date, this will of course generate a large number of responses and become both cumbersome and unduly burdensome without additional benefit.**
- "al-Khatib" **We object to the use of this search term as not reasonably calculated to lead to the discovery of admissible evidence and not reasonably related to the causes of action pled in this action.**
- Sufian **no objection**
- Nabhan **no objection**

- Hanooti **We object to the use of this search term as not reasonably calculated to lead to the discovery of admissible evidence and not reasonably related to the causes of action pled in this action.**
- Tayeh **We object to the use of this search term as not reasonably calculated to lead to the discovery of admissible evidence and not reasonably related to the causes of action pled in this action.**
- Odeh **no objection**
- Daoud **We object to the use of this search term as not reasonably calculated to lead to the discovery of admissible evidence and not reasonably related to the causes of action pled in this action.**
- "Middle East Financial Services" **We object to the use of this search term as not reasonably calculated to lead to the discovery of admissible evidence and not reasonably related to the causes of action pled in this action.**
- Shanin **We object to the use of this search term as not reasonably calculated to lead to the discovery of admissible evidence and not reasonably related to the causes of action pled in this action.**
- Baitumaal **We object to the use of this search term as not reasonably calculated to lead to the discovery of admissible evidence and not reasonably related to the causes of action pled in this action.**
- Zakat **We object to the use of this search term as not reasonably calculated to lead to the discovery of admissible evidence and not reasonably related to the causes of action pled in this action.**
- "Islamic Relief" **We object to the use of this search term as not reasonably calculated to lead to the discovery of admissible evidence and not reasonably related to the causes of action pled in this action.**
- "Muslim Relief" **We object to the use of this search term as not reasonably calculated to lead to the discovery of admissible evidence and not reasonably related to the causes of action pled in this action.**
- Zionist **We object to the use of this search term as not reasonably calculated to lead to the discovery of admissible evidence and not reasonably related to the causes of action pled in this action.**
- "Holy Land" **no objection**

*Christina A. Jump*

Civil Litigation Department Head
Constitutional Law Center for Muslims in America
100 N. Central Expressway, Suite 1010
Richardson, TX  75080
(972) 914-2507 (main)

*I work across multiple time zones and may send emails outside of standard business hours.  Although I send emails at expect that you read, respond or follow up on my emails outside your hours of work.*

*Board Certified in Labor and Employment Law, Texas Board of Legal Specialization

   

**IMPORTANT:** Emails to clients of this office presumptively and normally contain confidential and privileged material Emails to non-clients are normally confidential and may be privileged. The use, distribution, transmittal or re-transmi communication is prohibited without our express approval in writing or by email. Any use, distribution, transmittal o intended recipients of this email may be a violation of law and is strictly prohibited. If you are not the intended recip all copies.

---

**From:** Christina Jump
**Sent:** Thursday, December 1, 2022 12:51 PM
**To:** Alyssa Morrison <amorrison@clcma.org>; Daniel Schlessinger <dschlessinger@jaszczuk.com>; Seth Corthell <scorthell@jaszczuk.com>
**Cc:** 17-0000602@clcma.legalserver.org
**Subject:** RE: joint status report

Please see the attached Amended Responses to Plaintiffs' Requests for Production, which include supplemental/amended responses to both the revised Requests (3 and 8) as well as relevant amendments or supplemental responses to the rest based on our discussions since the original responses in September.

Thanks and we will send you our input as to the status report shortly as well.

*Christina A. Jump*

Civil Litigation Department Head
Constitutional Law Center for Muslims in America
100 N. Central Expressway, Suite 1010
Richardson, TX 75080
(972) 914-2507 (main)

*I work across multiple time zones and may send emails outside of standard business hours. Although I send emails at expect that you read, respond or follow up on my emails outside your hours of work.*

*Board Certified in Labor and Employment Law, Texas Board of Legal Specialization



**IMPORTANT:** Emails to clients of this office presumptively and normally contain confidential and privileged material Emails to non-clients are normally confidential and may be privileged. The use, distribution, transmittal or re-transmi communication is prohibited without our express approval in writing or by email. Any use, distribution, transmittal o intended recipients of this email may be a violation of law and is strictly prohibited. If you are not the intended recipi all copies.

---

**From:** Alyssa Morrison <amorrison@clcma.org>
**Sent:** Wednesday, November 30, 2022 1:41 PM
**To:** Daniel Schlessinger <dschlessinger@jaszczuk.com>; Seth Corthell <scorthell@jaszczuk.com>; Christina Jump <cjump@clcma.org>
**Cc:** 17-0000602@clcma.legalserver.org
**Subject:** Re: joint status report

Dan--

Thank you for sending this. We will make some edits and get it back to you with plenty of time to file tomorrow. Christy is working remotely today and you will be receiving supplemental responses directly from her today.

Please also let us know if you have any updates on edited verifications for the interrogatories.

Thanks!

**_Alyssa F. Morrison_** (she/her/hers)
Staff Attorney, Civil Litigation
Constitutional Law Center for Muslims in America
100 N. Central Expressway, Suite 1010
Richardson, TX 75080
(972) 914-2507 (main)

IMPORTANT: Emails to clients of this office presumptively and normally contain confidential and privileged material for the sole use of the intended recipient. Emails to non-clients are normally confidential and may be privileged. The use, distribution, transmittal or re-transmittal by an unintended recipient of any communication is prohibited without our express approval in writing or by email. Any use, distribution, transmittal or re-transmittal by persons who are not intended recipients of this email may be a violation of law and is strictly prohibited. If you are not the intended recipient, please contact the sender and delete all copies.

**From:** Daniel Schlessinger <dschlessinger@jaszczuk.com>
**Sent:** Wednesday, November 30, 2022 9:45 AM
**To:** Alyssa Morrison <amorrison@clcma.org>; Seth Corthell <scorthell@jaszczuk.com>; Christina Jump <cjump@clcma.org>
**Cc:** 17-0000602@clcma.legalserver.org <17-0000602@clcma.legalserver.org>
**Subject:** RE: joint status report

Alyssa and Christina-

As noted in Alyssa's email of last night, the situation may change based on anything we receive from you guys today, but I am attaching our preliminary draft of a status report. We can get back to you later if there is anything we want to change, and perhaps in the meantime, you can fill in any information you want to add or change and let us know if you see any other issues to address.

Dan


Daniel Schlessinger
**Jaszczuk P.C.**
311 S. Wacker Drive, Suite 2150
Chicago, IL 60606
312-442-0366 office
773-301-9729 cell
dschlessinger@jaszczuk.com
www.jaszczuk.com

NOTICE: This e-mail is from the law firm of Jaszczuk P.C., may contain information that is privileged, confidential and/or protected from disclosure under applicable law, and is intended solely for the use of the individual(s) to whom it is addressed. If you believe you received this e-mail in error, please notify the sender immediately, destroy this email and all copies of it and do not copy or disclose it to anyone else.


**From:** Alyssa Morrison <amorrison@clcma.org>
**Sent:** Tuesday, November 29, 2022 6:49 PM
**To:** Daniel Schlessinger <dschlessinger@jaszczuk.com>; Seth Corthell <scorthell@jaszczuk.com>; Christina Jump <cjump@clcma.org>
**Cc:** 17-0000602@clcma.legalserver.org
**Subject:** joint status report

Good evening--

We have another joint status report due this week, so we wanted to check in and see how we want to approach that. Per our last conversation, you will be receiving supplemental information before the end of the day tomorrow (likely from Christy), so I understand that that may inform some of the substance on your end.

Please let me know if you would like me to circulate an initial draft, or if you have one of your own to build off of.

Thanks!

**_Alyssa F. Morrison_** (she/her/hers)
Staff Attorney, Civil Litigation
Constitutional Law Center for Muslims in America
100 N. Central Expressway, Suite 1010
Richardson, TX  75080
(972) 914-2507 (main)

IMPORTANT: Emails to clients of this office presumptively and normally contain confidential and privileged material for the sole use of the intended recipient. Emails to non-clients are normally confidential and may be privileged. The use, distribution, transmittal or re-transmittal by an unintended recipient of any communication is prohibited without our express approval in writing or by email. Any use, distribution, transmittal or re-transmittal by persons who are not intended recipients of this email may be a violation of law and is strictly prohibited. If you are not the intended recipient, please contact the sender and delete all copies.

[CAUTION: This email was sent from outside of this organization]