**UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF
ILLINOIS EASTERN DIVISION**

| | |
|---|---|
| STANLEY BOIM, Individually and as Administrator of the Estate of David Boim, deceased; and JOYCE BOIM,<br><br>Plaintiffs,<br><br>v.<br><br>AMERICAN MUSLIMS FOR PALESTINE/ AMERICANS FOR JUSTICE IN PALESTINE EDUCATIONAL FOUNDATION; RAFEEQ JABER,<br><br>Defendants. | Civil No. 17-cv-03591<br><br>Hon. Gary Feinerman |

**DEFENDANTS' UNOPPOSED MOTION TO RESET
THE HEARING PRESENTLY SCHEDULED FOR DECEMBER 08, 2022**

Defendants American Muslims for Palestine/Americans for Justice in Palestine Educational Foundation and Rafeeq Jaber ("Defendants"), by and through the undersigned counsel, hereby file this Motion requesting a reset of the hearing presently scheduled for December 08, 2022. *See* Dkt. 267. On October 13, 2022, this Court set a telephonic hearing for December 08, 2022 at 8:45 a.m. The Court simultaneously directed the parties to file a joint status report in advance of that hearing, on September December 01, 2022, in order to apprise the Court of the status of discovery. *See* Doc. 270.

Unfortunately, Defendants' lead counsel tested positive for Covid-19 on Wednesday, December 07, 2022. She is currently experiencing severe symptoms and is not able to work at this time. Additionally, co-counsel Alyssa Morrison is currently in her final full week with counsel's firm, and will be noticing her withdrawal from this matter within the next calendar week. Accordingly, in order to best represent the clients in this matter, Defendants' counsel

respectfully requests a reset of the December 08, 2022 hearing before this Court. Counsel contacted Plaintiffs' counsel to confer regarding this request, and Plaintiffs' counsel does not oppose this Motion. This request is made in good faith and not for purposes of delay or prejudice.

Respectfully submitted,

*/s/Christina A. Jump*
Christina A. Jump
Texas Bar No. 00795828
*Attorney for Defendants*
Alyssa F. Morrison
Texas Bar No. 24110135
*Pro Hac Vice Attorney for Defendants*
Constitutional Law Center for Muslims in America
100 North Central Expressway, Suite 1010
Richardson, TX 75080
Phone: (972) 914-2507
Fax: (972) 692-7454

Thomas Anthony Durkin
ID No. 0697966
2446 N. Clark Street Chicago, IL 60614
Tel: 312-981-0123
Fax: 312-913-9235
tdurkin@durkinroberts.com
*Local Counsel for Defendants*

**CERTIFICATE OF SERVICE**

I hereby certify that on December 07, 2022 I caused the foregoing to be served via CM/ECF upon the all parties and representatives listed on the service list.

*/s/ Christina A. Jump*
Christina A. Jump
*Attorney for Defendants*

2