IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| STANLEY BOIM, INDIVIDUALLY AND AS ADMINISTRATOR OF THE ESTATE OF DAVID BOIM, DECEASED, AND JOYCE BOIM, <br><br> Plaintiffs, <br><br> v. <br><br> AMERICAN MUSLIMS FOR PALESTINE; AMERICANS FOR JUSTICE IN PALESTINE EDUCATIONAL FOUNDATION, RAFEEQ JABER <br><br> Defendants. | Civil No. 17-cv-03591 <br><br> **Hon. Gary Feinerman** |

**DEFENDANTS' MOTION TO COMPEL COMPLETE RESPONSES
TO DEFENDANTS' FIRST SET OF DISCOVERY REQUESTS**

Defendants American Muslims for Palestine, Americans for Justice in Palestine Educational Foundation, and Rafeeq Jaber (collectively, "Defendants") file this Motion to Compel (Defendants' "Motion") pursuant to Fed. R. Civ. P. 37(a). Defendants respectfully request this Court require Plaintiffs to provide full and complete responses to Defendants' First Set of Discovery Requests to Plaintiffs. In support of this Motion, Defendants rely upon and incorporate by reference the facts, arguments, and legal authority set forth in the supporting Memorandum of Law and all other pleadings before this Court.

Defendants move to compel the following: (1) properly sworn verifications from the Plaintiffs; (2) full and accurate responses to Defendants' Requests for Admission; (3) disclosure of third-party litigation funders, as relevant to Defendants' litigation theory and arguments; and (4) identification and production of the "60 boxes" which Plaintiffs concede contain responsive documents, located at

Plaintiffs' office, which Plaintiffs have declined to produce except at Defendants' own cost. Defendants set forth their arguments in detail in the attached memorandum.

Defendants certify that Pursuant to Fed. R. Civ. P. 37(a)(1) and Local Rule 37.2, counsel for both parties conferred in good faith in an effort to obtain compliance with all discovery obligations prior to bringing this Motion before the Court. Counsel's efforts included telephone conferences on October 18 and November 17, as well as a multitude of e-mails between the parties. The parties agree they are at an impasse on the issues listed above. Counsel Christina Jump and Alyssa Morrison participated in these calls for the Defendants, and counsel Seth Corthell and Dan Schlessinger appeared for the Plaintiffs.

For the reasons set forth herein and in the accompanying Memorandum of Law, Defendants respectfully request that the Court grant this Motion to Compel and order Plaintiffs to provide full and complete responses to the relevant discovery requests.

Dated: December 16, 2022
                                                                        Respectfully submitted

                                                                        _/s/ Christina A. Jump____
                                                                        Christina A. Jump
                                                                        Alyssa F. Morrison
                                                                        Constitutional Law Center for
                                                                        Muslims in America
                                                                        100 N. Central Expy. Ste 1010
                                                                        Richardson, TX 75080
                                                                        (972) 914-2507

                                                                        Local Counsel
                                                                        Thomas A. Durkin
                                                                        Durkin & Roberts
                                                                        2446 North Clark Street
                                                                        Chicago, IL 60614
                                                                        (312) 913-9300

## CERTIFICATE OF SERVICE

The undersigned counsel certifies that on December 16, 2022, she caused the foregoing Motion to be served by electronically filing with the Clerk of the Court for the Northern District of Illinois using the CM/ECF system, and thereby serving by e-mail notification upon counsel for all parties of record.

/s/ *Christina A. Jump*