# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.6.3
### Eastern Division

Stanley Boim, et al.

                              Plaintiff,

v.                                                         Case No.: 1:17−cv−03591
                                                        Honorable Gary Feinerman

American Muslims for Palestine, et al.

                              Defendant.


## NOTIFICATION OF DOCKET ENTRY


This docket entry was made by the Clerk on Monday, December 19, 2022:

      MINUTE entry before the Honorable Gary Feinerman:Status hearing held. Motion hearing held and continued to 1/19/2023 at 9:15 a.m. Motions to compel [272] [276] are entered and continued. Response to motions [272][276] due by 12/28/2022; replies due by 1/5/2023. Plaintiffs' oral motion to extend the schedule is granted in part and denied without prejudice in part. Written discovery requests shall be served by 1/27/2023. Fact discovery shall be completed by 3/28/2023. Plaintiffs' Rule 26(a)(2) disclosures shall be served by 4/28/2023. Defendants' Rule 26(a)(2) disclosures shall be served by 5/29/2023. Experts shall be deposed by 6/26/2023. Dispositive motions shall be filed by 7/28/2023.Mailed notice.(jlj, )


**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.