## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF NextGen 1.6.3
### Eastern Division

Stanley Boim, et al.

                                        Plaintiff,

v.                                                                       Case No.: 1:17−cv−03591
                                                                       Honorable Gary Feinerman

American Muslims for Palestine, et al.

                                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, December 27, 2022:

      MINUTE entry before the Honorable Gary Feinerman:Motions [272] and [276] are referred to Magistrate Judge McShain for report and recommendation. The motion hearing set for 1/19/2023 [277] is stricken. Status hearing set for 2/10/2023 at 9:15 a.m. By 2/3/2023, the parties shall file a joint status report addressing: (1) the discovery they have completed; (2) the discovery that remains to be taken; (3) any foreseeable obstacles to meeting the deadlines set forth in the 12/19/2022 order [277]; (4) whether they would like a settlement conference with the Magistrate Judge; and (5) whether there is a need for the 2/10/2023 status hearing.Mailed notice.(jlj, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.