

# United States District Court
# Northern District of Illinois

In the Matter of

Boim

v.

American Muslims for Palestine et al

Magistrate Judge Heather K. McShain

Case No. 17-CV-3591

### TRANSFER OF CASE TO THE EXECUTIVE COMMITTEE FOR A REFERRAL TO MAGISTRATE JUDGE

The above captioned case is currently pending on my calendar. I recommend to the Executive Committee that this case be referred to the calendar of Magistrate Judge Heather K. McShain, the magistrate judge designated pursuant to Local Rule 72.1. The reasons for my recommendation are indicated on the reverse of this form.

**Judge Gary Feinerman**

Date: Tuesday, December 27, 2022

---

### ORDER OF THE EXECUTIVE COMMITTEE

IT IS HEREBY ORDERED that the above captioned case be referred to the calendar of Magistrate Judge Heather K. McShain

ENTER

FOR THE EXECUTIVE COMMITTEE

**Chief Judge Rebecca R. Pallmeyer**

Dated: Wednesday, December 28, 2022

District Referral - To Designated Magistrate Judge

## CIVIL PROCEDURES

**Conduct hearings and enter appropriate orders on the following pretrial motion/matter:**

- Perform such additional duties as are not inconsistent with the Constitution and laws of the United States, as specifically set forth below.

........................................................................................................................................................................................................................................
EXCEPTIONS OR ADDITIONS:
Issue report and recommendation on [272] and [276].

District Referral - To Designated Magistrate Judge