# U.S. District Court for the Northern District Of Illinois
# Attorney Appearance Form

Case Title: Boim et al v. American Muslims for Palestine et al

Case Number: 1:17-cv-03591

An appearance is hereby filed by the undersigned as attorney for:

American Muslims for Palestine, Americans for Justice in Palestine Educational Fund, Rafeeq Jaber, defendants.

Attorney name (type or print): Samira Elhosary

Firm: Constitutional Law Center for Muslims in America

Street address: 100 N. Central Expy Ste. 1010

City/State/Zip: Richardson, TX 75080

Bar ID Number: 2112140261
(See item 3 in instructions)

Telephone Number: 972-914-2507

Email Address: selhosary@clcma.org

| | Yes | No |
|---|---|---|
| Are you acting as lead counsel in this case? | ☐ | ✓ |
| Are you acting as local counsel in this case? | ☐ | ✓ |
| Are you a member of the court's trial bar? | ☐ | ✓ |
| If this case reaches trial, will you act as the trial attorney? | ☐ | ✓ |

If this is a criminal case, check your status.

☐ Retained Counsel
☐ Appointed Counsel
  If appointed counsel, are you
  ☐ Federal Defender
  ☐ CJA Panel Attorney

In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by local rules 83.12 through 83.14. I declare under penalty of perjury that the foregoing is true and correct. Under 28 U.S.C.§1746, this statement under perjury has the same force and effect as a sworn statement made under oath.

Executed on 12/29/2022

Attorney signature: S/ Samira Elhosary

(Use electronic signature if the appearance form is filed electronically.)

Revised 8/1/2015