# EXHIBIT A

**From:** Daniel Schlessinger
**To:** Christina Jump
**Cc:** Seth Corthell
**Subject:** RE: Verification of Interrogatory Answers
**Date:** Friday, December 30, 2022 2:55:59 PM
**Attachments:** IMG_2890 (002).pdf

Here is a pdf of the document.

**From:** Daniel Schlessinger <dschlessinger@jaszczuk.com>
**Sent:** Thursday, December 29, 2022 2:02 PM
**To:** Christina Jump <cjump@clcma.org>
**Cc:** Seth Corthell <scorthell@jaszczuk.com>
**Subject:** Re: Verification of Interrogatory Answers

My computer is not functioning. It should be back up tomorrow and I will plan to send you another format of the document then.

Daniel Schlessinger
Jaszczuk P.C.
311 S. Wacker Drive, Suite 2150
Chicago, IL 60606
312-442-0366 office
773-301-9729 cell
dschlessinger@jaszczuk.com
www.jaszczuk.com

NOTICE: This e-mail is from the law firm of Jaszczuk P.C., may contain information that is privileged, confidential and/or protected from disclosure under applicable law, and is intended solely for the use of the individual(s) to whom it is addressed. If you believe you received this e-mail in error, please notify the sender immediately, destroy this email and all copies of it and do not copy or disclose it to anyone else.

**From:** Christina Jump <cjump@clcma.org>
**Sent:** Thursday, December 29, 2022 1:59:52 PM
**To:** Daniel Schlessinger <dschlessinger@jaszczuk.com>
**Cc:** Seth Corthell <scorthell@jaszczuk.com>
**Subject:** Re: Verification of Interrogatory Answers

Reminder that as of now, we do not have in our possession a new verification. We cannot open or read the document you attached, and our systems do not recognize its format. As requested last night, please provide the document in PDF format so that we may in fact substantively review the document.
Thank you.

Get Outlook for iOS

**From:** Christina Jump
**Sent:** Wednesday, December 28, 2022 10:27:50 PM
**To:** Daniel Schlessinger <dschlessinger@jaszczuk.com>
**Cc:** Seth Corthell <scorthell@jaszczuk.com>
**Subject:** RE: Verification of Interrogatory Answers

Dan:
The attachment is not readable via two different computers or via iPhone, so I cannot comment on its contents.
Perhaps if you can send a PDF document I will be able to open it and read the contents.

Thanks.

**Christina A. Jump**
Civil Litigation Department Head
Constitutional Law Center for Muslims in America
100 N. Central Expressway, Suite 1010
Richardson, TX 75080
(972) 914-2507 (main)

*Board Certified in Labor and Employment Law, Texas Board of Legal Specialization



I work across multiple time zones and may send emails outside of standard business hours. Although I send emails at times that are convenient for me, I do not expect that you read, respond or follow up on my emails outside your hours of work.



CONSTITUTIONAL LAW CENTER for MUSLIMS in AMERICA | 100 N. CENTRAL EXPY, STE 1010 RICHARDSON, TX 75080 | 972-914-2507 | INFO@CLCMA.ORG | CLCMA.ORG
CLCMA provides legal services and is a division of the Muslim Legal Fund of America, Inc. (MLFA) | MLFA.ORG
JUSTICE | COURAGE | EXCELLENCE | ACCOUNTABILITY | COMMUNITY

IMPORTANT: Emails to clients of this office presumptively and normally contain confidential and privileged material for the sole use of the intended recipient. Emails to non-clients are normally confidential and may be privileged. The use, distribution, transmittal or re-transmittal by an unintended recipient of any communication is prohibited without our express approval in writing or by email. Any use, distribution, transmittal or re-transmittal by persons who are not intended recipients of this email may be a violation of law and is strictly prohibited. If you are not the intended recipient, please contact the sender and delete all copies.

---

**From:** Daniel Schlessinger <dschlessinger@jaszczuk.com>
**Sent:** Wednesday, December 28, 2022 10:06 PM
**To:** Christina Jump <cjump@clcma.org>
**Cc:** Seth Corthell <scorthell@jaszczuk.com>
**Subject:** Verification of Interrogatory Answers

Christina-

I am attaching a verification from Joyce Boim of the answers to the Jaber interrogatories. I am unclear as to whether you are willing to accept a verification from Mrs. Boim in this form. If so, I will get you the same form of verification for the other answers. If not, we can wait for the court's ruling on your motion to compel.

Dan


**Daniel I. Schlessinger**
**Jaszczuk P.C.**
311 S. Wacker Drive, Suite 2150
Chicago, IL 60606
312-442-0366 office
773-301-9729 cell
dschlessinger@jaszczuk.com
www.jaszczuk.com

NOTICE: This e-mail is from the law firm of Jaszczuk P.C., may contain information that is privileged, confidential and/or protected from disclosure under applicable law, and is intended solely for the use of the individual(s) to whom it is addressed. If you believe you received this e-mail in error, please notify the sender immediately, destroy this email and all copies of it and do not copy or disclose it to anyone else.

# EXHIBIT B

## VERIFICATION

I, Joyce Boim, declare as follows:

I have read the foregoing Answers to the Interrogatories in Plaintiffs' Objections and Answers to Defendant Jaber's First Set of Discovery Request and declare under penalty of perjury that the information set forth therein is true and correct to the best of my knowledge.

EXECUTED on this _19_ day of _December_

By: _Joyce Boim_

| | |
|---|---|
| **From:** | Christina Jump |
| **To:** | Daniel Schlessinger |
| **Cc:** | Seth Corthell |
| **Subject:** | RE: Verification of Interrogatory Answers |
| **Date:** | Tuesday, January 3, 2023 12:21:00 PM |

Thank you for providing the updated verification in PDF form on Friday afternoon. As we were closed yesterday in observance of the holiday, today is my first day back to respond.

Please note that the verification lists neither a year nor that it is signed under penalty of perjury *under the laws of the United States* – an important component for making the verification properly sworn under the statute we previously provided, for an individual outside the United States.

For those reasons we believe this still does not meet the requirements of the Federal Rules of Civil Procedure and the relevant statute.

*Christina A. Jump*
Civil Litigation Department Head
Constitutional Law Center for Muslims in America
100 N. Central Expressway, Suite 1010
Richardson, TX 75080
(972) 914-2507 (main)

*Board Certified in Labor and Employment Law, Texas Board of Legal Specialization



*I work across multiple time zones and may send emails outside of standard business hours. Although I send emails at times that are convenient for me, I do not expect that you read, respond or follow up on my emails outside your hours of work.*



CLCMA | CONSTITUTIONAL LAW CENTER for MUSLIMS in AMERICA | MUSLIM LEGAL FUND OF AMERICA | 100 N. CENTRAL EXPY., STE 1010 RICHARDSON, TX 75080 | 972-914-2507 | INFO@CLCMA.ORG | CLCMA.ORG
CLCMA provides legal services and is a division of the Muslim Legal Fund of America, Inc. (MLFA) | MLFA.ORG
JUSTICE | COURAGE | EXCELLENCE | ACCOUNTABILITY | COMMUNITY

**IMPORTANT:** Emails to clients of this office presumptively and normally contain confidential and privileged material for the sole use of the intended recipient. Emails to non-clients are normally confidential and may be privileged. The use, distribution, transmittal or re-transmittal by an unintended recipient of any communication is prohibited without our express approval in writing or by email. Any use, distribution, transmittal or re-transmittal by persons who are not intended recipients of this email may be a violation of law and is strictly prohibited. If you are not the intended recipient, please contact the sender and delete all copies.

**From:** Daniel Schlessinger <dschlessinger@jaszczuk.com>
**Sent:** Friday, December 30, 2022 2:56 PM
**To:** Christina Jump <cjump@clcma.org>
**Cc:** Seth Corthell <scorthell@jaszczuk.com>
**Subject:** RE: Verification of Interrogatory Answers

Here is a pdf of the document.

**From:** Daniel Schlessinger <dschlessinger@jaszczuk.com>
**Sent:** Thursday, December 29, 2022 2:02 PM
**To:** Christina Jump <cjump@clcma.org>
**Cc:** Seth Corthell <scorthell@jaszczuk.com>
**Subject:** Re: Verification of Interrogatory Answers

My computer is not functioning. It should be back up tomorrow and I will plan to send you another format of the document then.

Daniel Schlessinger
Jaszczuk P.C.
311 S. Wacker Drive, Suite 2150
Chicago, IL 60606
312-442-0366 office

773-301-9729 cell
dschlessinger@jaszczuk.com
www.jaszczuk.com
NOTICE: This e-mail is from the law firm of Jaszczuk P.C., may contain information that is privileged, confidential and/or protected from disclosure under applicable law, and is intended solely for the use of the individual(s) to whom it is addressed. If you believe you received this e-mail in error, please notify the sender immediately, destroy this email and all copies of it and do not copy or disclose it to anyone else.

---

**From:** Christina Jump <cjump@clcma.org>
**Sent:** Thursday, December 29, 2022 1:59:52 PM
**To:** Daniel Schlessinger <dschlessinger@jaszczuk.com>
**Cc:** Seth Corthell <scorthell@jaszczuk.com>
**Subject:** Re: Verification of Interrogatory Answers

Reminder that as of now, we do not have in our possession a new verification. We cannot open or read the document you attached, and our systems do not recognize its format. As requested last night, please provide the document in PDF format so that we may in fact substantively review the document.
Thank you.

Get Outlook for iOS

---

**From:** Christina Jump
**Sent:** Wednesday, December 28, 2022 10:27:50 PM
**To:** Daniel Schlessinger <dschlessinger@jaszczuk.com>
**Cc:** Seth Corthell <scorthell@jaszczuk.com>
**Subject:** RE: Verification of Interrogatory Answers

Dan:
The attachment is not readable via two different computers or via iPhone, so I cannot comment on its contents.
Perhaps if you can send a PDF document I will be able to open it and read the contents.

Thanks.

*Christina A. Jump*
Civil Litigation Department Head
Constitutional Law Center for Muslims in America
100 N. Central Expressway, Suite 1010
Richardson, TX 75080
(972) 914-2507 (main)

*Board Certified in Labor and Employment Law, Texas Board of Legal Specialization



*I work across multiple time zones and may send emails outside of standard business hours. Although I send emails at times that are convenient for me, I do not expect that you read, respond or follow up on my emails outside your hours of work.*



CONSTITUTIONAL LAW CENTER for MUSLIMS in AMERICA | MUSLIM LEGAL FUND OF AMERICA
100 N. CENTRAL EXPY, STE 1010 RICHARDSON, TX 75080 | 972-914-2507 | INFO@CLCMA.ORG | CLCMA.ORG
CLCMA provides legal services and is a division of the Muslim Legal Fund of America, Inc. (MLFA) | MLFA.ORG
JUSTICE | COURAGE | EXCELLENCE | ACCOUNTABILITY | COMMUNITY

**IMPORTANT:** Emails to clients of this office presumptively and normally contain confidential and privileged material for the sole use of the intended recipient. Emails to non-clients are normally confidential and may be privileged. The use, distribution, transmittal or re-transmittal by an unintended recipient of any communication is prohibited without our express approval in writing or by email. Any use, distribution, transmittal or re-transmittal by persons who are not intended recipients of this email may be a violation of law and is strictly prohibited. If you are not the intended recipient, please contact the sender and delete all copies.

---

**From:** Daniel Schlessinger <dschlessinger@jaszczuk.com>
**Sent:** Wednesday, December 28, 2022 10:06 PM
**To:** Christina Jump <cjump@clcma.org>

**Cc:** Seth Corthell <scorthell@jaszczuk.com>
**Subject:** Verification of Interrogatory Answers

Christina-

I am attaching a verification from Joyce Boim of the answers to the Jaber interrogatories. I am unclear as to whether you are willing to accept a verification from Mrs. Boim in this form. If so, I will get you the same form of verification for the other answers. If not, we can wait for the court's ruling on your motion to compel.

Dan


**Daniel I. Schlessinger**
**Jaszczuk P.C.**
311 S. Wacker Drive, Suite 2150
Chicago, IL 60606
312-442-0366 office
773-301-9729 cell
dschlessinger@jaszczuk.com
www.jaszczuk.com

NOTICE: This e-mail is from the law firm of Jaszczuk P.C., may contain information that is privileged, confidential and/or protected from disclosure under applicable law, and is intended solely for the use of the individual(s) to whom it is addressed. If you believe you received this e-mail in error, please notify the sender immediately, destroy this email and all copies of it and do not copy or disclose it to anyone else.

# EXHIBIT C

1

```
 1            IN THE UNITED STATES DISTRICT COURT
           FOR THE NORTHERN DISTRICT OF ILLINOIS
 2                      EASTERN DIVISION
 3
    STANLEY BOIM, Individually and  )
 4  as Administrator of the Estate  )
    of David Boim, deceased, and    )
 5  JOYCE BOIM,                     )
                                    )
 6            Plaintiffs,           )
                                    )
 7            -vs-                  ) No. 17 CV 03591
                                    )
 8  AMERICAN MUSLIMS FOR PALESTINE; )
    AMERICANS FOR JUSTICE IN        )
 9  PALESTINE EDUCATIONAL           )
    FOUNDATION; RAFEEQ JABER;       )
10  ABDELBASSET HAMAYEL; and        )
    OSAMA ABUIRSHAID,               )
11                                  )
              Defendants.           )
12
13
14         The deposition of SALAH SARSOUR, taken
15  pursuant to notice and the Federal Rules of Civil
16  procedure for the United States District Courts,
17  reported by Sally Durkin, Certified Shorthand Reporter
18  and Notary Public within and for the County of Cook,
19  State of Illinois, at 111 South Wacker Drive, Suite
20  4100, Chicago, Illinois on Thursday, January 17, 2019
21  at the hour of 9:00 o'clock a.m.
22
23
24
```

1  speculation.
2              You can answer.
3     THE WITNESS:  Yeah.  Probably the government.  I'm
4  in the sure.
5  BY MR. SCHLESSINGER:
6     Q.    The Israeli government or the American
7  government?
8     A.    The American.
9     MS. JUMP:  Same objection.
10             Go ahead.
11 BY MR. SCHLESSINGER:
12    Q.    Do you know when that happened?
13    A.    Exactly date, no.
14    Q.    What was the reason for closing it?
15    MS. JUMP:  Objection.  Calls for speculation.
16    THE WITNESS:  I don't know.
17 BY MR. SCHLESSINGER:
18    Q.    Do you know that the Holy Land Foundation was
19 found to have been providing money to Hamas?
20    A.    I have no clue.
21    Q.    You never heard that?
22    A.    I never heard that.
23    Q.    Is one of the purposes of AMP to end the
24 existence of the State of Israel?

105

1    MS. JUMP: Objection. Assumes facts not in
2 evidence.
3          You can answer.
4    THE WITNESS: AMP started to make awareness and to
5 educate public about the cause for Palestine and to
6 put on the table fear and narrative about the
7 Palestinian cause. That's all. That's our goal.
8 BY MR. SCHLESSINGER:
9    Q.  Does it advocate for the end of the State of
10 Israel?
11   MS. JUMP: Objection. Asked and answered.
12   THE WITNESS: We only do awareness and trying to
13 put the right Palestine narrative without any myth on
14 the table. That's it.
15 BY MR. SCHLESSINGER:
16   Q.  Are you familiar with an organization called
17 the Council on American Islamic Relations, sometimes
18 called CAIR?
19   A.  Oh, yes.
20   Q.  What do you know about them?
21   A.  They are good people.
22   Q.  What do they do?
23   A.  Mainly to support justice for the community
24 and to make sure no unjust takes place against the

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

BOIM vs. AMERICAN MUSLIMS FOR PALESTINE
17 CV 03591

I hereby certify that I have read the foregoing transcript of my deposition given on Thursday, January 17, 2019 consisting of pages 1 through 126 inclusive, and I do again subscribe and make oath that the same is a true, correct, and complete transcript of my deposition so given as aforesaid as it now appears.

Please check one:

_____ I have no corrections.

_____ Number of errata sheets enclosed.

_____
SALAH SARSOUR

SUBSCRIBED AND SWORN TO
before me this_____
day of_____20\_\_.

_____

```
STATE OF ILLINOIS       )
                        ) SS.
COUNTY OF COOK          )
```

I, Sally A. Durkin, Illinois CSR, and Notary Public, do hereby certify that on Thursday, January 17, 2018 at the hour of 9:00 o'clock a.m. appeared before me at 111 South Wacker Drive, Suite 4100, Chicago, Illinois, SALAH SARSOUR, in a certain cause now pending and undetermined in the United States District Court for the Northern District of Illinois, Eastern Division.

I further certify that the said witness was first duly sworn to testify to the truth, the whole truth, and nothing but the truth in the cause aforesaid; that the testimony then given by said witness was reported stenographically by me in the presence of the said witness, and afterwards was transcribed via computer-aided transcription, and the foregoing is a true and correct transcript of the testimony so given by said witness.

I further certify that I am not counsel for nor in any way related to any of the parties to this suit nor am I in any way interested in the outcome thereof.

IN TESTIMONY WHEREOF, I have hereunto set my hand and affixed my notarial seal on February 5, 2019.

_____
Sally A. Durkin, CSR
State of Illinois
CSR License No. 003144