**UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF
ILLINOIS EASTERN DIVISION**

| | |
|---|---|
| STANLEY BOIM, Individually and as Administrator of the Estate of David Boim, deceased; and JOYCE BOIM,<br><br>Plaintiffs,<br><br>v.<br><br>AMERICAN MUSLIMS FOR PALESTINE/ AMERICANS FOR JUSTICE IN PALESTINE EDUCATIONAL FOUNDATION; RAFEEQ JABER,<br><br>Defendants. | Civil No. 17-cv-03591<br><br>Hon. Andrea Wood |

**MOTION FOR LEAVE TO WITHDRAW
APPEARANCE OF ATTORNEY ALYSSA MORRISON**

Counsel for Defendants American Muslims for Palestine ("AMP"), Americans for Justice in Palestine ("AJP") and Rafeeq Jaber, Alyssa F. Morrison, hereby moves pursuant to Local Rule 83.17 for leave to withdraw as counsel.

This Court granted Ms. Morrison leave to appear *Pro Hac Vice* on October 12, 2021. Dkt. 234. At this time, Ms. Morrison has accepted a job opportunity with another organization and will no longer be employed by CLCMA. There will be no prejudice to Defendants or any other party as a result of withdrawal. Defendants continue to be represented by lead counsel Christina A. Jump. Further, another attorney from CLCMA will be filing a notice to appear in this matter soon.

For the reasons set forth herein, attorney Morrison respectfully requests leave to withdraw as counsel for Defendants and for any further relief that this Court deems proper.

Dated: January 13, 2023                                                    Respectfully submitted

*/s/ Alyssa F. Morrison*
Alyssa F. Morrison
Texas Bar No. 24110135
*Pro Hac Vice Attorney*
*for Defendants*
Christina A. Jump
Texas Bar No. 00795828
*Attorney for Defendants*
Constitutional Law Center for Muslims in America
100 North Central Expressway, Suite 1010
Richardson, TX  75080
Phone: (972) 914-2507
Fax: (972) 692-7454

Thomas Anthony Durkin
ID No. 0697966
2446 N. Clark Street
Chicago, IL 60614
Tel: 312-981-0123
Fax: 312-913-9235
tdurkin@durkinroberts.com
*Local Counsel for Defendants*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 13th day of January, 2023, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send a notice of electronic filing to all counsel of record.

*/s/ Alyssa F. Morrison*
Alyssa F. Morrison
*Pro Hac Vice Attorney for Defendants*