## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF NextGen 1.6.3
### Eastern Division

Stanley Boim, et al.

                                        Plaintiff,

v.                                               Case No.: 1:17–cv–03591
                                                                Honorable Andrea R. Wood

American Muslims for Palestine, et al.

                                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, January 18, 2023:

       MINUTE entry before the Honorable Heather K. McShain: This case has been referred to Magistrate Judge McShain [287] for a ruling on parties' motions to compel [[272], [276]]. The Court is in receipt of parties' opposition responses to one another's motions [[280], [281]] and replies [[285], [286]]. The motions, now fully briefed, are under advisement. Mailed notice. (pk, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.