# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.6.3
### Eastern Division

Stanley Boim, et al.

                              Plaintiff,

v.                                                                 Case No.: 1:17−cv−03591

                                                                  Honorable Andrea R. Wood

American Muslims for Palestine, et al.

                              Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, February 6, 2023:

      MINUTE entry before the Honorable Andrea R. Wood: This case has been reassigned to the calendar of Judge Wood. The parties were due to file a joint status report on 2/3/2023. In lieu of the items listed in the 12/27/2022 order [278], the parties shall confer and then file a joint Reassignment Status Report, not to exceed 5 pages by 2/21/2023. A template for the Reassignment Status Report, setting forth the information required, may be found on the Court's website at on the Court's website at www.ilnd.uscourts.gov under District Judges, Judge Andrea R. Wood, Cases Reassigned to Judge Andrea R. Wood. Status hearing set for 2/10/2023 is stricken. Telephonic status hearing set for 2/28/2023 at 10:15 AM. To ensure public access to court proceedings, members of the public and media may call in to listen to telephonic hearings. The call−in number is (888) 557−8511 and the access code is 3547847. Counsel of record will receive an email 30 minutes prior to the start of the telephonic hearing with instructions to join the call. Persons granted remote access to proceedings are reminded of the general prohibition against photographing, recording, and rebroadcasting of court proceedings. Violation of these prohibitions may result in sanctions, including removal of court−issued media credentials, restricted entry to future hearings, denial of entry to future hearings, or any other sanctions deemed necessary by the Court. Mailed notice (lma, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.