**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF NextGen 1.6.3**
**Eastern Division**

Stanley Boim, et al.

Plaintiff,

v.

Case No.: 1:17–cv–03591
Honorable Andrea R. Wood

American Muslims for Palestine, et al.

Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Friday, March 3, 2023:

      MINUTE entry before the Honorable Heather K. McShain: The Court's minute order dated 03/03/2023 [295] is amended as follows: The referral to Magistrate Judge McShain has been expanded to include discovery supervision and settlement [294]. The Court has reviewed the discovery schedule entered by Judge Feinerman [277] and parties' joint status report [293]. Parties have exchanged and responded to written discovery and issued additional discovery on 01/27/2023. On oral discovery, plaintiffs plan to depose multiple fact witnesses. Defendants have already begun deposing plaintiff Joyce Boim and indicate that they may depose plaintiff Stanley Boim and third–party witnesses as necessary. Parties request to extend the fact discovery deadline citing delays from the pending discovery motions [272] [276] and reassignments of the case. In light of the discovery that remains outstanding and pending discovery motions [272] [276], the Court finds good cause to grant parties' request and extends the fact discovery deadline until 05/29/2023. Joint status report due 03/28/2023 to update the Court on: (a) the status of written discovery; (b) the progress of oral discovery, including the dates of completed and scheduled depositions; (c) the status of settlement discussions, if any; and (d) any other issues the parties wish to raise with the Court. The parties may contact chambers at any time (by email to Chambers_McShain@ilnd.uscourts.gov) if they would like the Court's assistance with settlement. Mailed notice. (pk, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.