IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| STANLEY BOIM, INDIVIDUALLY AND AS ADMINISTRATOR OF THE ESTATE OF DAVID BOIM, DECEASED, AND JOYCE BOIM, | ) ) ) ) ) | Civil No. 17-cv-03591 Hon. Andrea Wood Hon. Heather K. McShain |
| Plaintiffs, | ) ) | |
| v. | ) ) | |
| AMERICAN MUSLIMS FOR PALESTINE; AMERICANS FOR JUSTICE IN PALESTINE EDUCATIONAL FOUNDATION; and RAFEEQ JABER | | |
| Defendants. | | |

**JOINT STATUS REPORT**

Pursuant to this Court's minute order dated March 3, 2023 [296], the parties jointly submit this status report to update the matters specified by the Court:

(a) The status of written discovery remains as previously reported. The parties have served and responded to written discovery. Both plaintiffs and defendants have filed motions to compel that are fully briefed [272][276][280][281][285][286][286-1].

(b) No additional depositions have been taken. Defendants began the deposition of Plaintiff Joyce Boim and adjourned that deposition subject to potential resumption at a later date. The parties have refrained from taking additional depositions because their pending dispute over the scope of discovery, as addressed in the motions to compel referenced above, will almost certainly result in disputes at any deposition as to the permissible scope of the questioning. Rather than have these disputes recur and generate additional motion practice, the parties agree that it makes more sense to await rulings from the Court before proceeding with these depositions.

(c) The parties have not engaged in any settlement discussions other than the unsuccessful mediation efforts that took place as part of the Seventh Circuit appeal.

(d) The parties are hopeful of receiving a ruling on the pending discovery motions and are prepared to begin taking fact depositions soon thereafter, with the hope of completing those depositions before the current fact discovery deadline of 5/29/2023. It may be necessary to request additional time to complete those depositions as appropriate.

March 28, 2023                                                                                       Respectfully submitted,

*/s/ Daniel I. Schlessinger*                                                                         */s/ Christina A. Jump*
Daniel I. Schlessinger                                                                               Christina A. Jump
Seth H. Corthell                                                                                     Samira Elhosary
JASZCZUK P.C.                                                                                        Constitutional Law Center
311 South Wacker Drive, Suite 2150                                                                   for
Chicago, IL 60606                                                                                    Muslims in America
(312) 442-0509                                                                                       100 N. Central Expy.
                                                                                                     Ste 1010
                                                                                                     Richardson, TX 75080
                                                                                                     (972) 914-2507

Of Counsel
Nathan Lewin (*pro hac vice*)                                                                        Thomas A. Durkin
Alyza D. Lewin (*pro hac vice*)                                                                      Durkin & Roberts
LEWIN & LEWIN LLP                                                                                    2446 North Clark Street
888 17th Street NW, 4th Floor                                                                        Chicago, IL 60614
Washington, D.C. 20006                                                                               (312) 913-9300
(202) 828-1000