## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF NextGen 1.6.3
### Eastern Division

Stanley Boim, et al.

                        Plaintiff,

v.                                              Case No.: 1:17−cv−03591
                                                  Honorable Andrea R. Wood

American Muslims for Palestine, et al.

                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, March 29, 2023:

       MINUTE entry before the Honorable Heather K. McShain: The Court has reviewed the parties' joint status report [297] which indicates that parties agreed to hold oral discovery in abeyance pending resolution of the parties' discovery motions [272] [276]. Parties explain they have refrained from taking additional depositions because resolution of the pending motions [272] [276] will inform the permissible scope of questioning. After receiving the Court's ruling on the pending motions, parties intend to take fact depositions by the 05/29/2023 fact discovery deadline [296]. To the extent that the Court's resolution of the pending motions [272] [276] impacts the 05/29/2023 fact discovery deadline [296], the Court will address the deadline accordingly. The parties may contact chambers at any time (by email to Chambers_McShain@ilnd.uscourts.gov) if they would like the Court's assistance with settlement. Mailed notice. (pk, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.