IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| STANLEY BOIM, INDIVIDUALLY AND AS ADMINISTRATOR OF THE ESTATE OF DAVID BOIM, DECEASED, AND JOYCE BOIM,<br><br>Plaintiffs,<br><br>v.<br><br>AMERICAN MUSLIMS FOR PALESTINE; AMERICANS FOR JUSTICE IN PALESTINE EDUCATIONAL FOUNDATION; and RAFEEQ JABER<br><br>Defendants. | Civil No. 17-cv-03591<br><br>Hon. Andrea R. Wood<br>Hon. Heather K. McShain |

**PLAINTIFFS' UNOPPOSED MOTION TO EXTEND DEADLINES
FOR RULE 26(a)(2) DISCLOSURES**

Plaintiffs Stanley and Joyce Boim, through their counsel, move for the entry of an order extending the deadlines for disclosure of experts pursuant to Rule 26(a)(2). In support of this motion, Plaintiffs state as follows.

1. By minute order dated December 19, 2022 [Doc. 277], then assigned Judge Feinerman set a deadline of April 28, 2023 for Plaintiffs to disclose their experts pursuant to Rule 26(a)(2). That deadline was predicated on the deadline that the Court set in that same minute order for fact discovery to close by March, 28, 2023.

2. Magistrate Judge McShain having assumed responsibility for supervising discovery in this case, the Court entered a minute order on March 3, 2023 [Doc.296] that extended the deadline for fact discovery until May 29, 2023. That order said nothing about the deadline for Rule 26(a)(2) disclosures.

3. The parties have agreed that it makes sense to extend the deadlines for Rule 26(a)(2) disclosures until after fact discovery has concluded.

4. Plaintiffs anticipate that they will be filing an additional motion to extend the fact discovery deadline in this matter, but they intend to wait until after a ruling on the pending motions to compel to present that motion.

WHERFORE, Plaintiffs Stanley and Joyce Boim move for the entry of an order extending the deadline for Rule 26(a)(2) disclosure of experts by Plaintiffs until 30 days after the close of fact discovery and for Defendants until 30 days after Plaintiffs' disclosure.

Date: April 28, 2023          Respectfully submitted,

     *s/ Seth H. Corthell*
Daniel I. Schlessinger
Seth H. Corthell
Jaszczuk P.C.
311 South Wacker Dr., Suite 2150
Chicago, IL 60606
(312) 442-0366
dschlessinger@jaszczuk.com
scorthell@jaszczuk.com

*Attorneys for Stanley Boim, Individually and as the Administrator of the Estate of David Boim, Deceased, and Joyce Boim*

Of Counsel
Nathan Lewin (*pro hac vice*)
Alyza D. Lewin (*pro hac vice*)
LEWIN & LEWIN LLP
888 17th Street NW, 4th Floor
Washington, D.C. 20006
(202 828-1000

**CERTIFICATE OF SERVICE**

    I HEREBY CERTIFY that a true and correct copy of the foregoing has been filed electronically using the Court's CM/ECF system and has been served to all parties via email through CM/ECF on this 28th day of April 2023.

*/s/ Seth H. Corthell*
