**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1**
**Eastern Division**


Stanley Boim, et al.

                                         Plaintiff,

v.                                                          Case No.: 1:17–cv–03591
                                                            Honorable Andrea R. Wood

American Muslims for Palestine, et al.

                                         Defendant.

_____


**NOTIFICATION OF DOCKET ENTRY**



This docket entry was made by the Clerk on Wednesday, May 3, 2023:


        MINUTE entry before the Honorable Heather K. McShain: Telephonic motion
hearing held on 05/03/2023 on defendants' motion to compel [276]. For the reasons stated
on the record at the motion hearing, the Court makes the following rulings. Defendants'
motion to compel [276] is granted in part and denied in part. The motion is granted as to
defendants' request for plaintiffs' sworn verifications to defendants' interrogatories.
Plaintiffs are directed to amend the verification's language, pursuant to 28 U.S.C.A.
§1746(1), to certify "under the penalty of perjury under the laws of the United States of
America that the foregoing is true and correct." Plaintiffs are also instructed to remove the
qualifying language, "to the best of my knowledge," from the verification. Additionally,
as required under Rule 33, plaintiffs' verification must be signed by both plaintiffs. Fed. R.
Civ. P. 33(b)(1)(A). The motion is also granted as to defendants' request for amended
responses to defendants' requests for admission (RFA) Nos. 4–6, 9, 11–12. Plaintiffs are
ordered to make a reasonable inquiry and amend their responses to admit, deny, or
indicate how the information known or readily obtainable by plaintiffs is insufficient to
enable plaintiffs to admit or deny. Should plaintiffs learn new information related to
defendants' requests during their ongoing investigation, plaintiffs must seasonably amend
their responses under Rule 26(e)(1). Fed. R. Civ. P. 26(e)(1). The motion is denied as to
defendants' request for plaintiffs to disclose sources of third–party litigation funding. The
motion is granted in part and denied in part as to defendants' request for plaintiffs to
organize, identify, and produce documents plaintiffs claim contain responsive
information. Plaintiffs are ordered to make the responsive documents available for
defendants and defendants' counsel inspection at plaintiffs' counsel's facility in Chicago.
Plaintiffs must identify which documents are indeed relevant and responsive to
defendants' requests and defendants are entitled to copies of any of the documents on
request. If the requested documents are stored electronically in the usual course of
business, plaintiffs shall, in addition to permitting inspection, produce those documents to
defendants in electronic form pursuant to Fed. R. Civ. P. 34(b)(2)(E). Plaintiffs bear their
own costs of production in complying with this Court's order. By 05/12/2023, parties are
instructed to meet and confer and file a joint status report containing a revised proposed
discovery schedule that includes a fact discovery deadline. Parties may also include a
proposed expert discovery schedule or may defer proposing expert discovery deadlines
until closer to the proposed fact discovery deadline. In light of the Court's request for

parties to submit a proposed discovery schedule, plaintiffs' unopposed motion [299] to extend the expert discovery deadline is denied as moot. The parties may contact chambers at any time (by email to Chambers_McShain@ilnd.uscourts.gov) if they would like the Court's assistance with settlement prior to the joint status report deadline. Mailed notice. (pk, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.