**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| STANLEY BOIM, INDIVIDUALLY AND AS ADMINISTRATOR OF THE ESTATE OF DAVID BOIM, DECEASED, AND JOYCE BOIM, | ) ) ) ) ) | |
| Plaintiffs, | ) ) | Civil No. 17-cv-03591 |
| v. | ) ) ) | Hon. Andrea Wood |
| AMERICAN MUSLIMS FOR PALESTINE; AMERICANS FOR JUSTICE IN PALESTINE EDUCATIONAL FOUNDATION; and RAFEEQ JABER | ) ) ) ) ) | Hon. Heather K. McShain |
| Defendants. | ) ) | |

**JOINT STATUS REPORT**

Pursuant to this Court's minute order dated May 3, 2023 [Doc #304], the parties jointly submit this status report to update the matters specified by the Court:

(a) The parties propose that any further written discovery be served by no later than July 14, 2023.

(b) The parties further propose that the deadline for fact discovery, including depositions of fact witnesses, be set for September 29, 2023.

(c) The parties propose that scheduling of expert discovery be deferred until a later date closer to the completion of fact discovery.

(d) The parties agree that Plaintiffs' and Defendants' production of documents in accordance with the Court's order are due June 16, 2023.

(e) Plaintiffs are to serve amended responses to Defendants' Requests for Admission in accordance with the Court's order by June 16, 2023.

(f) Plaintiffs are to serve amended verifications to interrogatory answers in accordance with the Court's order by June 16, 2023.

| | |
|---|---|
| May 12, 2023 | Respectfully submitted, |

| | |
|---|---|
| /s/ Daniel I. Schlessinger | /s/ Christina A. Jump |
| Daniel I. Schlessinger | Christina A. Jump |
| Seth H. Corthell | Samira Elhosary |
| JASZCZUK P.C. | Constitutional Law Center |
| 311 South Wacker Drive, Suite 2150 | for |
| Chicago, IL 60606 | Muslims in America |
| (312) 442-0509 | 100 N. Central Expy. |
| | Ste 1010 |
| | Richardson, TX 75080 |
| | (972) 914-2507 |
| | |
| Of Counsel | |
| Nathan Lewin (*pro hac vice*) | Thomas A. Durkin |
| Alyza D. Lewin (*pro hac vice*) | Durkin & Roberts |
| LEWIN & LEWIN LLP | 2446 North Clark Street |
| 888 17th Street NW, 4th Floor | Chicago, IL 60614 |
| Washington, D.C. 20006 | (312) 913-9300 |
| (202) 828-1000 | |