# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

Stanley Boim, et al.

                                      Plaintiff,

v.                                                                        Case No.: 1:17–cv–03591
                                                                       Honorable Andrea R. Wood

American Muslims for Palestine, et al.

                                      Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, May 15, 2023:

       MINUTE entry before the Honorable Heather K. McShain: The Court has reviewed the parties' joint status report [305] which proposes an updated discovery schedule, including deadlines to comply with the Court's orders on the parties' motions to compel [300] [304]. The Court adopts the parties' proposed schedule as follows. By 06/16/2023, plaintiffs are to serve amended responses to defendants' requests for admission, amended verifications to interrogatory answers, and document productions in accordance with the Court's order on defendants' motion to compel [304]. Defendants' document production, in accordance with the Court's order on plaintiffs' motion to compel [300], is also due on 06/16/2023. All written discovery is due 07/14/2023. Fact discovery, including depositions, shall be completed by 09/29/2023. The Court will defer setting a deadline for expert discovery until closer to the fact discovery deadline. Joint status report due 06/30/2023 to update the Court on: (a) parties' discovery productions to one another in accordance with the Court's ruling on the parties' motions to compel [300] [304]; (b) the progress of discovery; (c) the status of settlement discussions, if any; and (d) any other issues the parties wish to raise with the Court. The parties may contact chambers at any time (by email to Chambers_McShain@ilnd.uscourts.gov) if they would like the Court's assistance with settlement. Mailed notice. (pk, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.