**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

STANLEY BOIM, INDIVIDUALLY AND AS   )
ADMINISTRATOR OF THE ESTATE OF     )
DAVID BOIM, DECEASED, AND JOYCE    )    Civil No. 17-cv-03591
BOIM,                                    )    Hon. Andrea Wood
                                    )    Hon. Heather K. McShain
        Plaintiffs,         )
                                    )
     v.                       )
                                    )
AMERICAN MUSLIMS FOR PALESTINE;
AMERICANS FOR JUSTICE IN PALESTINE
EDUCATIONAL FOUNDATION; and
RAFEEQ JABER

        Defendants.

## JOINT STATUS REPORT

Pursuant to this Court's Minute Order dated May 15, 2023 [Doc. 306], the parties jointly submit this status report to update the matters specified by the Court:

(1) <u>Status of Parties' Production in Accordance with the Motions to Compel</u>

The parties exchanged discovery responses on June 16, 2023 in accordance with this Court's Orders. The parties continue to confer to resolve any remaining issues, and have made progress through today in that regard.

(2) <u>The Progress of Discovery</u>

The parties have worked to comply with the discovery related to this Court's Orders and continue to supplement. The parties are in discussions regarding deposition dates for the

depositions of the Plaintiffs as well as witnesses requested by the Plaintiffs, though the parties have not yet established the dates for these to occur.

(3) <u>The Status of Settlement Discussions, If Any</u>

The parties have not yet engaged in further settlement discussions and anticipate doing so after further discovery, including depositions, occur.

(4) <u>Any Other Issues the Parties Wish to Raise</u>

None at this time.

June 30, 2023                                             Respectfully submitted,


<u>/s/ Daniel I. Schlessinger</u>                         <u>/s/ Christina A. Jump</u>
Daniel I. Schlessinger                                   Christina A. Jump
Seth H. Corthell                                         Samira Elhosary
JASZCZUK P.C.                                            Constitutional Law Center
311 South Wacker Drive, Suite 2150                       for
Chicago, IL 60606                                        Muslims in America
(312) 442-0509                                           100 N. Central Expy.
                                                         Ste 1010
                                                         Richardson, TX 75080
                                                         (972) 914-2507


<u>Of Counsel</u>
Nathan Lewin (*pro hac vice*)                            Thomas A. Durkin
Alyza D. Lewin (*pro hac vice*)                          Durkin & Roberts
LEWIN & LEWIN LLP                                        2446 North Clark Street
888 17th Street NW, 4th Floor                            Chicago, IL 60614
Washington, D.C. 20006                                   (312) 913-9300
(202) 828-1000