UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
Eastern Division

Stanley Boim, et al.
                              Plaintiff,

v.                                          Case No.: 1:17−cv−03591
                                            Honorable Andrea R. Wood

American Muslims for Palestine, et al.
                              Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Sunday, July 9, 2023:

  MINUTE entry before the Honorable Heather K. McShain: The Court has reviewed the parties' joint status report [309] which reports that parties exchanged and continue to supplement discovery responses in accordance with the Court's orders on the parties' motions to compel [300] [304]. On oral discovery, parties are scheduling dates for plaintiffs' depositions and the depositions of witnesses requested by plaintiffs. Joint status report due 07/31/2023 to update the Court on: (a) the progress of discovery; (b) the status of settlement discussions, if any; and (c) any other issues the parties wish to raise with the Court. The parties may contact chambers at any time (by email to Chambers_McShain@ilnd.uscourts.gov) if they would like the Court's assistance with settlement.v Mailed notice. (pk, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.