IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| STANLEY BOIM, INDIVIDUALLY AND AS ADMINISTRATOR OF THE ESTATE OF DAVID BOIM, DECEASED, AND JOYCE BOIM,<br>    Plaintiffs,<br><br>  v.<br><br>AMERICAN MUSLIMS FOR PALESTINE; AMERICANS FOR JUSTICE IN PALESTINE EDUCATIONAL FOUNDATION; and RAFEEQ JABER<br><br>    Defendants. | Civil No. 17-cv-03591<br>Hon. Andrea Wood<br>Hon. Heather K. McShain |

## JOINT STATUS REPORT

Pursuant to this Court's Minute Order dated July 09, 2023 [Doc. 310], the parties jointly submit this status report to update the matters specified by the Court:

(1) <u>The Progress of Discovery</u>

The parties have worked to comply with the discovery related to this Court's Orders and continue to supplement. The parties are discussing deposition dates for the depositions of the Plaintiffs and witnesses requested by the Plaintiffs. The parties have exchanged dates of attorney availability and continue to work toward finalizing specific dates for each of the witnesses within those available days.

(2) <u>The Status of Settlement Discussions, If Any</u>

The parties have not yet engaged in further settlement discussions. Until the completion of further discovery, including depositions, the parties do not believe that further settlement discussions will be fruitful.

(3) <u>Any Other Issues the Parties Wish to Raise</u>

Defense counsel advised counsel for Plaintiffs of the discovery of a document that defense counsel found unprotected on the internet, which directly relates to this case. Defendants found this document through a Google search for Plaintiffs' names. Plaintiffs' investigation into the document leads Plaintiffs to conclude that it is privileged and confidential and was inadvertently posted on a website that is unrelated to this case. Plaintiffs aver that the webpage that contained the document was inconspicuous and difficult to find and access. Based on their investigation, Plaintiffs are not aware of any other individuals accessing the document. Defendants anticipate potential motions and/or additional witnesses arising from the document's content.

In addition, counsel for Plaintiffs have set forth bases for objecting to the continuation of Joyce Boim's deposition and the deposition of Stanley Boim. Defense counsel believes these depositions to be directly on point and necessary. Plaintiffs' counsel does not believe that deposing Mr. and Mrs. Boim could elicit any information that would help resolve any fact in dispute. The parties have discussed potential alternatives to the depositions, including the Plaintiffs submitting stipulations, but the parties continue to disagree on the necessity of the Plaintiffs' depositions.

Respectfully submitted this 31st day of July 2023.

<table>
<tr>
<td>

*/s/ Daniel I. Schlessinger*
Daniel I. Schlessinger
Seth H. Corthell
JASZCZUK P.C.
311 South Wacker Drive, Suite 2150
Chicago, IL 60606
(312) 442-0509

Of Counsel
Nathan Lewin (*pro hac vice*)
Alyza D. Lewin (*pro hac vice*)
LEWIN & LEWIN LLP
888 17th Street NW, 4th Floor
Washington, D.C. 20006
(202) 828-1000

</td>
<td>

*/s/ Christina A. Jump*
Christina A. Jump
Samira S. Elhosary
Constitutional Law Center for
Muslims in America
100 N. Central Expy. Ste. 1010
Richardson, TX 75080
(972) 914-2507

Thomas A. Durkin
Durkin & Roberts
2446 North Clark Street
Chicago, IL 60614
(312) 913-9300

</td>
</tr>
</table>