# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

Stanley Boim, et al.

                Plaintiff,

v.

American Muslims for Palestine, et al.

                Defendant.

Case No.: 1:17–cv–03591
Honorable Andrea R. Wood

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, August 2, 2023:

    MINUTE entry before the Honorable Heather K. McShain: The Court has reviewed the parties' joint status report [311] which reports that parties continue to supplement discovery responses in accordance with the Court's orders on the parties#039; motions to compel [300] [304]. Parties also report that defense counsel recently obtained a document online that plaintiffs claim is privileged and was inadvertently posted to a website that is unrelated to the case. On oral discovery, parties continue to finalize specific dates for each witness's deposition. Parties disagree on the necessity of plaintiffs' depositions and are exploring potential alternatives to depositions, such as plaintiffs submitting stipulations. A joint status report is due 09/04/2023 to update the Court on the same items as in the instant status. The parties may contact chambers at any time (by email to Chambers_McShain@ilnd.uscourts.gov) if they would like the Court's assistance with settlement. Mailed notice. (pk, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.