# -EXHIBIT C-

# Seth Corthell

| | |
|---|---|
| **From:** | Christina Jump <cjump@clcma.org> |
| **Sent:** | Friday, July 14, 2023 3:54 PM |
| **To:** | Daniel Schlessinger |
| **Cc:** | Samira Elhosary; tdurkin@durkinroberts.com; Seth Corthell |
| **Subject:** | RE: Supplemental Discovery Responses |

Thanks Dan.
I am available for a call at 1pm Thursday of next week if that works for you.

And correct that I will be at least present for if not taking/defending all depositions.
Please provide dates of at least any known conflicts you may have in August and September (prior to our September 29 fact discovery cut-off date) and we can start there.

And yes, definitely will still depose both plaintiffs. Glad to speak to you as well, but I can't imagine anything that will change our opinion on that.

Please also list (or tell me on Thursday) the witnesses whom you'd like to depose in Chicago and we'll see where that leaves us.
And no objection to videos.

Finally, I will send you the video of Ms. Boim's part 1 of her deposition; we can also mail you a flash drive with that if you prefer.
Just let me know.

Hopefully you took the hit for all parents and the universe will be kinder to me at drop-off. TBD.

Thanks.



**Let's connect!**

    

**Christina A. Jump**
Civil Litigation Department Head

**Muslim Legal Fund of America (MLFA)**
*The Constitutional Law Center for Muslims in America (CLCMA)*
*is the legal division of MLFA*

100 N. Central Expy, Suite 1010, Richardson, TX 75080

Phone: (972) 914-2507 (main)
Email: christina.jump@mlfa.org | cjump@clcma.org

**Learn more on how to support and participate in our mission**
Website: https://mlfa.org/

*I work across multiple time zones and may send emails outside of standard business hours. Although I send emails at times that are convenient for me, I do not expect that you read, respond or follow up on my emails outside your hours of work.*

*Board Certified in Labor and Employment Law, Texas Board of Legal Specialization

  

**IMPORTANT:** Emails to clients of this office presumptively and normally contain confidential and privileged material for the sole use of the intended recipient. Emails to non-clients are normally confidential and may be privileged. The use, distribution, transmittal or re-transmittal by an unintended recipient of any communication is prohibited without our express approval in writing or by email. Any use, distribution, transmittal or re-transmittal by persons who are not intended recipients of this email may be a violation of law and is strictly prohibited. If you are not the intended recipient, please contact the sender and delete all copies.

**From:** Daniel Schlessinger <dschlessinger@jaszczuk.com>
**Sent:** Friday, July 14, 2023 3:02 PM
**To:** Christina Jump <cjump@clcma.org>
**Cc:** Samira Elhosary <selhosary@clcma.org>; tdurkin@durkinroberts.com; Seth Corthell <scorthell@jaszczuk.com>
**Subject:** RE: Supplemental Discovery Responses

Christina-

Thank you for your response.  Given your scheduling issues, it probably makes sense for me to set down some thoughts, questions and scheduling items in this email and we can discuss on a call (my preference) or by exchanging emails. In response to the items you raised:

1. I am open for a call next Tuesday afternoon or Thursday afternoon.  If either of those works for you, let me know a good time. If not, let me know what day and time would be good and I will try to rework my schedule.
2. It looks like, taking into account the various demands on your time in the coming weeks, you are not available for depositions July 31-August 7 and August 9-16.  Do you plan to attend every deposition personally or can someone else in your office cover some of them?  I assume we could not logistically get any depositions scheduled next week, and even the following week of July 24 might be difficult.  So if we can only schedule on days when you are available, it looks like the potential open dates would be August 8 and then on and after August 17.  Let me know if I have this right, or if you think we can schedule anything for the week of July 24.
3. To some extent, our availability will depend on the location of the depositions.  For the depositions we are taking, our strong preference would be to do these in person rather than remotely.  We will, of course, accommodate the witnesses to the extent possible.  If you can give me preferred locations for the people I named, that would be a great start.  For anyone in the Chicago area, we would plan to use our office.
4. My current thinking is that we will want to video-record many of the depositions.  Are you okay with that?
5. As to the Boims' depositions, I am hoping to talk you out of taking those when we speak.  Let's be sure to discuss that next week.
6. By the way, I don't think I ever got a copy of the recording you made of Joyce Boim's deposition.  Can you send me that?

I sympathize with your position taking your daughter to college.  Although it has been a while, I have vivid memories of taking our four daughters to college.  My wife made it clear that was my job—too traumatic for her.  Suffice it to say, none of those trips went well.  Each of our daughters apparently wanted to make sure that we would not miss them too much and behaved accordingly.  Or maybe I just needed the parent orientation that you are being offered.  Anyway, good luck with all that.

Dan

Daniel I. Schlessinger
**Jaszczuk P.C.**

2

311 S. Wacker Drive, Suite 2150
Chicago, IL  60606
Office (312) 442-0366
Cell (773 )301-9729
dschlessinger@jaszczuk.com
www.jaszczuk.com

NOTICE:  This email is from the law firm of Jaszczuk P.C., may contain information that is privileged, confidential and/or protected from disclosure under applicable law, and is intended solely for the use of the individual(s) to whom it is addressed.  If you believe you received this email in error, please notify the sender immediately, destroy this email and all copies of it and do not copy or disclose it to anyone else.

**From:** Christina Jump <cjump@clcma.org>
**Sent:** Friday, July 14, 2023 8:16 AM
**To:** Daniel Schlessinger <dschlessinger@jaszczuk.com>
**Cc:** Samira Elhosary <selhosary@clcma.org>; tdurkin@durkinroberts.com; Seth Corthell <scorthell@jaszczuk.com>
**Subject:** Re: Supplemental Discovery Responses

Thanks and received.
And my apologies on not responding earlier.
Very full schedule lately.
As to dates for depositions, I am certainly amenable to a conversation but cannot do so this week due to prior scheduling. Please advise of times you have availability next week.
Here's where I get especially difficult: please note I will be traveling the week of July 31-August 4 as well as August 7. We have an organization-wide retreat August 9 and 10.
I then take my daughter to college August 11, and much to my surprise I learned I will be attended parent orientation (getting her to age 18 apparently didn't do it--I need more training, even though she's moving out now) August 14-16. So we may be best served exchanging available dates for attorneys, to start, via email and then going from there and seeing who we can fit in where.
I know you want to depose the people you named earlier, and especially in light of the Court's discovery orders we do need to depose the Plaintiffs in full so reiterate that ongoing earlier request.

Thanks.

 

**Christina A. Jump**
Civil Litigation Depart

**Muslim Legal Fund of A**
*The Constitutional Law C*
*is the legal division of ML*

Let's connect!

    

100 N. Central Expy, S

Phone: (972) 914-2507 (m
Email: christina.jump@ml

**Learn more on how to su**
Website: https://mlfa.org/

I work across multiple time zones and may send emails outside
send emails at times that are convenient for me, I do not expec
my emails outside your hours of work.

*Board Certified in Labor and Employment Law, Texas Board o

  

**IMPORTANT:** Emails to clie

4

**From:** Daniel Schlessinger <dschlessinger@jaszczuk.com>
**Sent:** Wednesday, July 12, 2023 10:59:20 AM
**To:** Christina Jump <cjump@clcma.org>
**Cc:** Samira Elhosary <selhosary@clcma.org>; tdurkin@durkinroberts.com <tdurkin@durkinroberts.com>; Seth Corthell <scorthell@jaszczuk.com>
**Subject:** Supplemental Discovery Responses

Christina-

The attached documents list the documents responsive to individual RFP's and interrogatories as you requested. It will take us a little time to get the new verifications, but we are working on that and will get them to you.

I think the best way to plan for depositions is to have a phone call, and I hope you will be available for that. If not, please let me know and I will put my thoughts and questions in writing and we can try to work out the logistics by email.

Dan


Daniel I. Schlessinger
**Jaszczuk P.C.**
311 S. Wacker Drive, Suite 2150
Chicago, IL  60606
Office (312) 442-0366
Cell (773 )301-9729
dschlessinger@jaszczuk.com
www.jaszczuk.com

NOTICE:  This email is from the law firm of Jaszczuk P.C., may contain information that is privileged, confidential and/or protected from disclosure under applicable law, and is intended solely for the use of the individual(s) to whom it is addressed.  If you believe you received this email in error, please notify the sender immediately, destroy this email and all copies of it and do not copy or disclose it to anyone else.