# -EXHIBIT D-

| | |
|---|---|
| **From:** | Daniel Schlessinger |
| **To:** | Christina Jump; Seth Corthell; alyza@lewinlewin.com; nat@lewinlewin.com |
| **Cc:** | Samira Elhosary |
| **Subject:** | RE: Please see attached correspondence |
| **Date:** | Tuesday, July 25, 2023 4:06:01 PM |

Christina-

Thank you for your email and I hope you are feeling better. I am working to confirm the authenticity of the document you sent and learn how it came to be on the internet. Assuming it is authentic, it certainly appears to be a privileged and confidential document. In addition to confirming the provenance of the letter, we are looking into the current status of the privilege under the circumstances. In the meantime, we ask that you treat the document as inadvertently produced privileged material and not distribute it or make any use of it until these issues are resolved.

On another matter, in response to our request for the video of Joyce Boim's deposition, you asked whether we would prefer that you send it electronically or mail us a flash drive. I responded that we would prefer that you send it electronically if possible, or send the flash drive by overnight mail if not. We have not received it and repeat our request.

In our last call, I asked if you would withdraw your requests to continue taking Joyce Boim's deposition and to take Stanley Boim's deposition, since doing so would subject them to extreme emotional distress with no purpose, given that the Boims are not able to testify regarding facts at issue in the litigation. You were not inclined to do so, but agreed to consider whether a stipulation would suffice for your purposes. The content of the stipulation I have in mind would be to agree that the Boims have personal knowledge of the facts alleged in paragraphs 1, 2, 15, and 19 of the First Amended Complaint (none of which are in dispute), that they are aware from their review of the interrogatory answers that they were prepared by counsel, and that from their review, they believe the responses look reasonable and accurate but that they do not know the source of the information provided and do not know the details of any of the allegations beyond what is stated in the responses. Please tell me whether there are additional items that you would want included in a stipulation that would be sufficient for you to drop your request for these depositions.

Dan

Daniel I. Schlessinger
**Jaszczuk P.C.**
311 S. Wacker Drive, Suite 2150
Chicago, IL 60606
Office (312) 442-0366
Cell (773 )301-9729
dschlessinger@jaszczuk.com
www.jaszczuk.com

NOTICE: This email is from the law firm of Jaszczuk P.C., may contain information that is privileged, confidential and/or protected from disclosure under applicable law, and is intended solely for the use of the individual(s) to whom it is addressed. If you believe you received this email in error, please notify the sender immediately, destroy this email and all copies of it and do not copy or disclose it to anyone else.

---

**From:** Christina Jump <cjump@clcma.org>
**Sent:** Tuesday, July 25, 2023 12:24 AM
**To:** Daniel Schlessinger <dschlessinger@jaszczuk.com>; Seth Corthell <scorthell@jaszczuk.com>; alyza@lewinlewin.com; nat@lewinlewin.com
**Cc:** Samira Elhosary <selhosary@clcma.org>
**Subject:** Please see attached correspondence

Counsel:
Please see attached correspondence. I apologize for the late hour but was out ill today and still wanted to send this to you promptly.
I have a pretty tight schedule on Tuesday but do expect to be in the office in the morning then out 1p-5p, and will be back in for most of Wednesday should you wish to discuss.

Thank you.

 

**Christina A. Jump**
Civil Litigation Department Head

**Muslim Legal Fund of America (MLFA)**
*The Constitutional Law Center for Muslims in America (CLCMA) is the legal division of MLFA*

100 N. Central Expy, Suite 1010, Richardson, TX 75080

Phone: (972) 914-2507 (main)
Email: christina.jump@mlfa.org | cjump@clcma.org

Learn more on how to support and participate in our mission
Website: https://mlfa.org/

Let's connect!

   

I work across multiple time zones and may send emails outside of standard business hours. Although I send emails at times that are convenient for me, I do not expect that you read, respond or follow up on my emails outside your hours of work.

*Board Certified in Labor and Employment Law, Texas Board of Legal Specialization

   

**IMPORTANT:** Emails to clients of this office presumptively and normally contain confidential and privileged material for the sole use of the intended recipient. Emails to non-clients are normally confidential and may be privileged. The use, distribution, transmittal or re-transmittal by an unintended recipient of any communication is prohibited without our express approval in writing or by email. Any use, distribution, transmittal or re-transmittal by persons who are not intended recipients of this email may be a violation of law and is strictly prohibited. If you are not the intended recipient, please contact the sender and delete all copies.

[CAUTION: This email was sent from outside of this organization]