IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| STANLEY BOIM, INDIVIDUALLY AND AS ADMINISTRATOR OF THE ESTATE OF DAVID BOIM, DECEASED, AND JOYCE BOIM, | ) ) ) ) | Civil No. 17-cv-03591 Hon. Andrea Wood |
| Plaintiffs, | ) ) | Hon. Heather K. McShain |
| v. | ) ) | |
| AMERICAN MUSLIMS FOR PALESTINE; AMERICANS FOR JUSTICE IN PALESTINE EDUCATIONAL FOUNDATION; and RAFEEQ JABER | ) | |
| Defendants. | | |

**JOINT STATUS REPORT**

Pursuant to this Court's Minute Order dated August 2, 2023 (Doc. 312), the parties jointly submit this status report to update the matters specified by the Court:

(1) <u>The Progress of Discovery</u>

The parties continue working to comply with the discovery related to this Court's Orders, and continue to supplement all responses as necessary. Plaintiffs responded to Defendants' most recent written discovery requests on August 14, 2023. Plaintiffs sent a Notice for Deposition to Entity Defendants on July 21, 2023, pursuant to Fed. R. Civ. P 30(b)(6), and Defendants provided their objections to that Notice on August 9, 2023. Counsel spoke on August 17, 2023, and determined Plaintiffs' counsel would respond in writing to Defendants' objections. On August 30, 2023, Defendants sent Plaintiffs a letter identifying what they viewed as lingering deficiencies with Plaintiffs' August 14 discovery responses. The parties plan to discuss the issues raised by the Rule 30(b)(6) notice and the Plaintiffs' responses to the most recent written discovery in a telephone call in the upcoming two weeks.

The parties determined deposition dates for most of the witnesses requested by Plaintiffs to take place at Plaintiffs' counsel's office in Chicago, and Defendants continue to schedule a mutually agreeable date for the deposition of Dr. Hatem Bazian to take place in California. For two of Plaintiffs' third-party witnesses, Defendants were attempting to make first contact to coordinate scheduling of the depositions, but Defendants were ultimately unable to do so. Accordingly, Plaintiffs are working to obtain service on these witnesses. The parties anticipate that the first deposition requested by Plaintiffs will occur on September 12, 2023, with the rest occurring intermittently throughout September. As this Court knows, Defendants noticed the depositions of both Plaintiffs for the second time in this action, and Plaintiffs filed their Motion for Protective Order (Doc. 313). This Court set a response date for Defendants of September 5, 2023 (Doc. 314). While the parties have worked diligently to complete depositions ahead of the September 29 discovery deadline, Plaintiffs anticipate that an extension of that deadline will be necessary given all the unresolved issues and disputes.

Furthermore, Plaintiffs formally submitted a clawback letter to Defendants on August 4, 2023, regarding a document Defendants located unprotected on the Internet. Defendants intend to file a Motion to Quash the clawback letter and a Motion for Leave to file the Motion to Quash under seal this week.

(2) <u>The Status of Settlement Discussions, If Any</u>

The parties have not yet engaged in further settlement discussions. Until the completion of factual discovery, including all outstanding depositions, the parties do not believe that further settlement discussions will be fruitful.

(3) <u>Any Other Issues the Parties Wish to Raise</u>

Another impediment to completion of fact discovery ahead of the September 29 deadline is the status of the Mosque Foundation's Motion to Quash the Boims' subpoena, filed on November 3, 2022, pending before Magistrate Judge Cummings as a miscellaneous action and assigned the case number 1:22-cv-06085. Following a decision on the Mosque Foundation's Motion to Quash, the Boims anticipate seeking depositions of certain individuals associated with the Mosque Foundation. Magistrate Judge Cummings' chambers represented to the Boims' counsel that it would not issue a decision as the matter would be transferred and consolidated with this action.

Respectfully submitted this 5th day of September 2023.

<table>
<tr><td>

*/s/ Daniel I. Schlessinger*
Daniel I. Schlessinger
Seth H. Corthell
JASZCZUK P.C.
311 South Wacker Drive, Suite 2150
Chicago, IL 60606
(312) 442-0509

Of Counsel
Nathan Lewin (*pro hac vice*)
Alyza D. Lewin (*pro hac vice*)
LEWIN & LEWIN LLP
888 17th Street NW, 4th Floor
Washington, D.C. 20006
(202) 828-1000

</td><td>

*/s/ Christina A. Jump*
Christina A. Jump
Samira S. Elhosary
Constitutional Law Center for Muslims in America
100 N. Central Expy. Ste. 1010
Richardson, TX 75080
(972) 914-2507

Thomas A. Durkin
Durkin & Roberts
2446 North Clark Street
Chicago, IL 60614
(312) 913-9300

</td></tr>
</table>