# EXHIBIT A

| | |
|---|---|
| **From:** | April Tremble |
| **To:** | April Tremble |
| **Subject:** | FW: Supplemental Discovery Responses |
| **Date:** | Tuesday, September 5, 2023 4:10:20 PM |
| **Attachments:** | 2022.10.31 - Notice of Deposition -- Joyce Boim.pdf |
| | image002.png |

**From:** Christina Jump
**Sent:** Tuesday, November 1, 2022 10:42:24 PM
**To:** Daniel Schlessinger <dschlessinger@jaszczuk.com>; Seth Corthell <scorthell@jaszczuk.com>
**Cc:** Alyssa Morrison <amorrison@clcma.org>
**Subject:** RE: Supplemental Discovery Responses

Dan and Seth:

Please see the attached supplemental production, along with our Notice of Deposition as to Joyce Boim.
Regarding her deposition, please advise as to any court reporters we may contact in Israel, unless you or your host already have one in mind; if so, please provide that information as early as possible in preparation for Monday's deposition.

I also note that while we addressed our discovery requests to Stanley Boim, you provided a verification from Joyce Boim.

I also note that we did previously produce 990s through 2016. Should you like, I am glad to direct you to those from the prior production. Please clarify if you believe those are in any way deficient, or if those suffice for your current requests. Furthermore, as discussed throughout the 2018 depositions, Plaintiffs already possess AMP/AJP's tax returns. *See, e.g.*, Deposition Exhibits 18, 50, among others.

And, please note that Rafeeq Jaber already identified in his sworn testimony in this matter, taken on November 7, 2018, that there was nothing left of IAP, that he turned over all documents and assets to the extent any remained, to counsel for the Boims and to the United States government, and Mr. Landes' questions confirm that Mr. Jaber's testimony on this issue comports with the testimony he gave in March of 2005 (in the original Boim matter) as well. Jaber Depo., 11/7/20118, at 13-31. Furthermore, Mr. Jaber testified that IAP did have other debts at the time it ceased operating, to both IAP's prior counsel Mr. Fennerman and his associate, and outstanding salary obligations to employees which went unpaid. *Id.* And, as noted by counsel for Plaintiffs in that deposition, IAP/AMS was officially and involuntarily dissolved by the State of Illinois in March 2006. *Id.* at 18. Therefore, as counsel for Plaintiffs knew both in 2005 and in 2018, Mr. Jaber did not possess any assets or documentation related to IAP, because he turned it over to counsel for Plaintiffs and did not retain anything. *Id.* at 41 ("We gave all that record to, you know, last time deposition. They got everything from our accountant. They got everything from our checking account. All the information that they needed, we gave it out"). I trust that resolves any lingering doubts regarding Mr. Jaber's still consistent response as to your Requests 5 and 6.

Let's discuss perhaps at the end of this week to identify any remaining issues. Please advise as to your availability.
Thanks.

*Christina A. Jump*
Civil Litigation Department Head
Constitutional Law Center for Muslims in America
100 N. Central Expressway, Suite 1010
Richardson, TX 75080
(972) 914-2507 (main)

*I work across multiple time zones and may send emails outside of standard business hours. Although I send emails at times that are convenient for me, I do not expect that you read, respond or follow up on my emails outside your hours of work.*

*Board Certified in Labor and Employment Law, Texas Board of Legal Specialization



**IMPORTANT:** Emails to clients of this office presumptively and normally contain confidential and privileged material for the sole use of the intended recipient. Emails to non-clients are normally confidential and may be privileged. The use, distribution, transmittal or re-transmittal by an unintended recipient of any communication is prohibited without our express approval in writing or by email. Any use, distribution, transmittal or re-transmittal by persons who are not intended recipients of this email may be a violation of law and is strictly prohibited. If you are not the intended recipient, please contact the sender and delete all copies.

**From:** Daniel Schlessinger <dschlessinger@jaszczuk.com>
**Sent:** Monday, October 31, 2022 1:50 PM
**To:** Christina Jump <cjump@clcma.org>; Alyssa Morrison <amorrison@clcma.org>
**Cc:** Seth Corthell <scorthell@jaszczuk.com>
**Subject:** Supplemental Discovery Responses

Christina and Alyssa-

Attached are the plaintiffs' supplemental discovery responses and Mrs. Boim's verifications of the original responses to the interrogatories.  We will send you a verification for the supplemental responses early next week.

A complication has arisen with regard to Stanley Boim's deposition that will require that it be continued to a later date.  Mr. Boim suffered an injury that required him to be hospitalized and he then contracted an infection.  He will still be in the hospital next week and is medicated, so unable to give his deposition.  Mrs. Boim is available and I suggest we proceed with her deposition on Monday the 7th and, if necessary, on Tuesday the 8th  at the agreed time of 6:00 a.m. Central time, which is 2:00 p.m. in Israel.  Mrs. Boim and I will be at the law offices of Marc Zell, which is at 34 Ben Yehuda Street, 15th Floor.  It is also likely Alyza Lewin, counsel of record, will be present.

Please confirm that proceeding in this manner with Mrs. Boim is agreed. I will get you new dates for Mr. Boim after he recovers.

Dan

Daniel Schlessinger
**Jaszczuk P.C.**
311 S. Wacker Drive, Suite 2150
Chicago, IL  60606
312-442-0366 office
773-301-9729  cell
dschlessinger@jaszczuk.com
www.jaszczuk.com

NOTICE:  This e-mail is from the law firm of Jaszczuk P.C., may contain information that is privileged, confidential and/or protected from disclosure under applicable law, and is intended solely for the use of the individual(s) to whom it is addressed.  If you believe you received this e-mail in error, please notify the sender immediately, destroy this email and all copies of it and do not copy or disclose it to anyone else.

**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF**
**ILLINOIS EASTERN DIVISION**

| | |
|---|---|
| STANLEY BOIM, Individually and as Administrator of the Estate of David Boim, deceased; and JOYCE BOIM, | Civil No. 17-cv-03591 |
| Plaintiffs, | |
| v. | Hon. Gary Feinerman |
| AMERICAN MUSLIMS FOR PALESTINE/ AMERICANS FOR JUSTICE IN PALESTINE EDUCATIONAL FOUNDATION; RAFEEQ JABER, | |
| Defendants. | |

**NOTICE OF DEPOSITION OF PLAINTIFF JOYCE BOIM**

**TO**:   Daniel Schlessinger
Seth Corthell
Jaszczuk P.C.
311 S. Wacker Dr., Suite 2150
Chicago IL 60606

**DATE AND TIME**: November 7 and 8, 2022, beginning at 6:00 a.m. CST each day.

**LOCATION:** This deposition will be conducted telephonically. The Deponent/Plaintiff will be located at the law offices of Marc Zell, 34 Ben Yehuda St., 15th Floor, in Israel. Defendants' counsel will be located at their office at 100 N. Central Expressway, Suite 1010 Richardson, Texas.

**TO BE DEPOSED:** Plaintiff Joyce Boim

Please take notice that, at the above date, hour and location, Defendants, by and through undersigned counsel, shall take the deposition of Plaintiff Joyce Boim through oral examination, in accordance with Fed. R. Civ. P. 30. Defendants take this deposition for purposes of discovery and all other permissible purposes under the Federal Rules of Civil Procedure and the Federal Rules of Evidence. Testimony shall be recorded by stenographic means and will continue from day to day until completed, as permitted by the Federal Rules.

This deposition will take place via remote format, with a court reporter likely at each location referenced herein, details of which are to be confirmed by counsel in the days preceding the deposition.

Dated this 31st day of October, 2022.

/s/ Christina Jump
Christina A. Jump
Texas Bar No. 00795828
*Attorney for Defendants*
Alyssa F. Morrison
Texas Bar No. 24110135
*Pro Hac Attorney for Defendants*
Constitutional Law Center for Muslims in America
100 North Central Expressway, Suite 1010
Richardson, TX  75080
Phone: (972) 914-2507
Fax: (972) 692-7454

Thomas Anthony Durkin
ID No. 0697966
2446 N. Clark Street
Chicago, IL 60614
Tel: 312-981-0123
Fax: 312-913-9235
tdurkin@durkinroberts.com
*Local Counsel for Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that on October 31, 2022, I served a true and correct copy of the foregoing

Notice of Deposition on Plaintiffs' counsel via e-mail and U.S. Mail.

/s/ Christina Jump
Christina A. Jump

| | |
|---|---|
| **From:** | April Tremble |
| **To:** | April Tremble |
| **Subject:** | FW: Request for depositions of both of your clients |
| **Date:** | Tuesday, September 5, 2023 10:07:00 AM |
| **Attachments:** | image001.png |

**From:** Christina Jump
**Sent:** Tuesday, August 16, 2022 6:34 PM
**To:** Daniel Schlessinger <dschlessinger@jaszczuk.com>; Seth Corthell <scorthell@jaszczuk.com>
**Cc:** Alyssa Morrison
**Subject:** RE: Request for depositions of both of your clients

Please provide dates of availability for your clients' depositions in September and October.
Please note that we are amenable to video depositions under agreed conditions, including that each person present in the room with the witness appear on camera, that there be an official transcript as well as audio and video recording, and that we agree in advance to stipulate that that any testimony taken that way will be admissible in later proceedings.

Thank you and please let me know at least four available date ranges at your earliest convenience.

*Christina A. Jump*

Civil Litigation Department Head
Constitutional Law Center for Muslims in America
100 N. Central Expressway, Suite 1010
Richardson, TX 75080
(972) 914-2507 (main)

*I work across multiple time zones and may send emails outside of standard business hours. Although I send emails at times that are convenient for me, I do not expect that you read, respond or follow up on my emails outside your hours of work.*

*Board Certified in Labor and Employment Law, Texas Board of Legal Specialization

   

**IMPORTANT:** Emails to clients of this office presumptively and normally contain confidential and privileged material for the sole use of the intended recipient. Emails to non-clients are normally confidential and may be privileged. The use, distribution, transmittal or re-transmittal by an unintended recipient of any communication is prohibited without our express approval in writing or by email. Any use, distribution, transmittal or re-transmittal by persons who are not intended recipients of this email may be a violation of law and is strictly prohibited. If you are not the intended recipient, please contact the sender and delete all copies.

**From:** Daniel Schlessinger <dschlessinger@jaszczuk.com>
**Sent:** Friday, July 22, 2022 9:05 AM
**To:** Christina Jump <cjump@clcma.org>; Seth Corthell <scorthell@jaszczuk.com>
**Cc:** Alyssa Morrison <amorrison@clcma.org>
**Subject:** RE: Request for depositions of both of your clients

Christina-

I disagree with your characterization of this issue as "litigation 101 stuff". I reiterate that the Boims have no knowledge of any factual matter in dispute in this case, and it is far from clear that you have a right to depose them. But to avoid a battle over something relatively inconsequential, we are willing to make Mr. and Mrs. Boim available for depositions. Mrs. Boim is recuperating from surgery, so I suggest we look for dates in early September. The Boims live in Jerusalem and are not in a position to travel to the United States, so you can depose them in Jerusalem, either in person or by video. Please let me know your preference and what dates in September would be convenient for you.

Dan

Daniel Schlessinger
**Jaszczuk P.C.**
311 S. Wacker Drive, Suite 2150
Chicago, IL 60606
312-442-0366 office
773-301-9729 cell
dschlessinger@jaszczuk.com
www.jaszczuk.com

NOTICE: This e-mail is from the law firm of Jaszczuk P.C., may contain information that is privileged, confidential and/or protected from disclosure under applicable law, and is intended solely for the use of the individual(s) to whom it is addressed. If you believe you received this e-mail in error, please notify the sender immediately, destroy this email and all copies of it and do not copy or disclose it to anyone else.

**From:** Christina Jump <cjump@clcma.org>
**Sent:** Monday, July 18, 2022 3:34 PM
**To:** Daniel Schlessinger <dschlessinger@jaszczuk.com>; Seth Corthell <scorthell@jaszczuk.com>
**Cc:** Alyssa Morrison <amorrison@clcma.org>
**Subject:** RE: Request for depositions of both of your clients

Thank you and we will continue with that method of communication.

Our clients very much have a right to depose the plaintiffs to question them about why they are suing these defendants, which are questions that by definition cannot be answered from the prior lawsuit.

This is litigation 101 stuff. Defendants have a right to depose the plaintiffs who sue them.
Please advise whether you intend to reconsider, or we will bring a motion to compel. I cannot imagine we would need to take that step; if necessary, though, we definitely will.

*Christina A. Jump*
Civil Litigation Department Head
Constitutional Law Center for Muslims in America
100 N. Central Expressway, Suite 1010
Richardson, TX 75080
(972) 914-2507 (main)
(972) 914-2508 (direct)

*I work across multiple time zones and may send emails outside of standard business hours. Although I send emails at times that are convenient for me, I do not expect that you read, respond or follow up on my emails outside your hours of work.*

*Board Certified in Labor and Employment Law, Texas Board of Legal Specialization



**IMPORTANT:** Emails to clients of this office presumptively and normally contain confidential and privileged material for the sole use of the intended recipient. Emails to non-clients are normally confidential and may be privileged. The use, distribution, transmittal or re-transmittal by an unintended recipient of any communication is prohibited without our express approval in writing or by email. Any use, distribution, transmittal or re-transmittal by persons who are not intended recipients of this email may be a violation of law and is strictly prohibited. If you are not the intended recipient, please contact the sender and delete all copies.

---

**From:** Daniel Schlessinger <dschlessinger@jaszczuk.com>
**Sent:** Monday, July 18, 2022 3:20 PM
**To:** Christina Jump <cjump@clcma.org>; Seth Corthell <scorthell@jaszczuk.com>
**Cc:** Alyssa Morrison <amorrison@clcma.org>
**Subject:** RE: Request for depositions of both of your clients

Christina-

We do not believe it is necessary or appropriate for you to depose our clients. Neither of them has knowledge of facts regarding any matter that is in dispute in this lawsuit. Both were deposed in the initial Boim suit, and to the extent they could possibly have relevant testimony, it can be found in their testimony there. If you can identify some question on which Mr. or Mrs. Boim might have information that would be relevant to the case, we will reconsider, but at this point we do not see the need for these depositions and therefore decline your request that we provide dates.

As to your question regarding communication between us related to the case, we are fine with the practice you suggest in which you deal with Seth and me, and that you continue to serve all counsel of record on any court filings.

Dan

Daniel Schlessinger
**Jaszczuk P.C.**
311 S. Wacker Drive, Suite 2150
Chicago, IL 60606
312-442-0366 office
773-301-9729 cell
dschlessinger@jaszczuk.com
www.jaszczuk.com

NOTICE: This e-mail is from the law firm of Jaszczuk P.C., may contain information that is privileged, confidential and/or protected from disclosure under applicable law, and is intended solely for the use of the individual(s) to whom it is addressed. If you believe you received this e-mail in error, please notify the sender immediately, destroy this email and all copies of it and do not copy or disclose it to anyone else.

---

**From:** Christina Jump <cjump@clcma.org>

**Sent:** Thursday, July 14, 2022 5:30 PM
**To:** Daniel Schlessinger <dschlessinger@jaszczuk.com>; Seth Corthell <scorthell@jaszczuk.com>
**Cc:** Alyssa Morrison <amorrison@clcma.org>
**Subject:** Request for depositions of both of your clients

Counsel:

We request deposition dates when your clients will be available to sit for their depositions.
Please provide available dates over the next few months.

In addition, please advise if you prefer that we copy all listed counsel for Plaintiffs on these emails. As our dealings to date have been with the two of you, we will continue to address these with the two of you as we have in the past.

Thank you.

*Christina A. Jump*
Civil Litigation Department Head
Constitutional Law Center for Muslims in America
100 N. Central Expressway, Suite 1010
Richardson, TX 75080
(972) 914-2507 (main)
(972) 914-2508 (direct)

*I work across multiple time zones and may send emails outside of standard business hours. Although I send emails at times that are convenient for me, I do not expect that you read, respond or follow up on my emails outside your hours of work.*

*Board Certified in Labor and Employment Law, Texas Board of Legal Specialization

   

**IMPORTANT:** Emails to clients of this office presumptively and normally contain confidential and privileged material for the sole use of the intended recipient. Emails to non-clients are normally confidential and may be privileged. The use, distribution, transmittal or re-transmittal by an unintended recipient of any communication is prohibited without our express approval in writing or by email. Any use, distribution, transmittal or re-transmittal by persons who are not intended recipients of this email may be a violation of law and is strictly prohibited. If you are not the intended recipient, please contact the sender and delete all copies.

[CAUTION: This email was sent from outside of this organization]