# EXHIBIT B

**UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF
ILLINOIS EASTERN DIVISION**

| | |
|---|---|
| STANLEY BOIM, Individually and as Administrator of the Estate of David Boim, deceased; and JOYCE BOIM, | Civil No. 17-cv-03591 |
| Plaintiffs, | |
| v. | Hon. Gary Feinerman |
| AMERICAN MUSLIMS FOR PALESTINE/ AMERICANS FOR JUSTICE IN PALESTINE EDUCATIONAL FOUNDATION; RAFEEQ JABER, | |
| Defendants. | |

## ENTITY DEFENDANTS' INITIAL DISCLOSURES

Defendant American Muslims for Palestine/Americans for Justice in Palestine Educational Foundation ("AMP/AJP") hereby file its Initial Disclosures, pursuant to Fed. R. Civ. P. 26, as set forth below. As discovery has not yet begun in this matter and many documents and facts are in the custody and control of Plaintiffs, Defendant reserves the right to modify and amend its Initial Disclosures as needed.

**I.     RULE 26(A)(1)(A)(i): INDIVIDUALS LIKELY TO HAVE DISCOVERABLE INFORMATION THAT DEFENDANTS MAY USE TO SUPPORT THEIR CLAIMS:**

The following individuals are likely to have discoverable information to support the Plaintiffs' claims or defenses:

1. Munjed Ahmad as Corporate Representative for AMP/AJP

   C/o Defendants' Counsel:
   Christina A. Jump
   Alyssa F. Morrison
   CLCMA
   100 N. Central Expy., Suite 1010

Richardson, Texas 75080
Tel: 972-914-2507

Mr. Ahmad has information regarding the formation of AMP as its co-founder, as well as who played active roles with the entities at each relevant time period.

2. <u>Defendant Rafeeq Jaber, in his individual capacity</u>

C/o Defendants' Counsel:
Christina A. Jump
Alyssa F. Morrison
CLCMA
100 N. Central Expy., Suite 1010
Richardson, Texas 75080
Tel: 972-914-2507

Mr. Jaber prepared federal and state taxes for AMP/AJP on or around 2015-2017, and can speak to his prior involvement with IAP

3. <u>Plaintiff Joyce Boim</u>

C/o Plaintiffs' counsel:
Daniel I. Schlessinger
Seth Corthell
Jaszczuk P.C.
311 South Wacker Drive, Suite 1775
Chicago, IL 60606
Tel: 312-442-0509

Nathan Lewin
Alyza D. Lewin
Lewin and Lewin LLP
888 17th Street NW
4th Floor
Washington, D.C. 20006
Tel: 202-828-1000

As a party to this lawsuit, Ms. Boim has information regarding the proceedings thus far and the basis for her allegations against each Defendant.

4. <u>Plaintiff Stanley Boim, in his individual capacity official capacity as administrator of the estate of David Boim, deceased.</u>

C/o Plaintiffs' counsel:
Daniel I. Schlessinger
Seth Corthell

Jaszczuk P.C.
311 South Wacker Drive, Suite 1775
Chicago, IL 60606
Tel: 312-442-0509

Nathan Lewin
Alyza D. Lewin
Lewin and Lewin LLP
888 17th Street NW
4th Floor
Washington, D.C. 20006
Tel: 202-828-1000

As a party to this lawsuit, Mr. Boim, in his individual capacity and as administrator of the estate of David Boim, has information regarding the proceedings thus far and the basis for his allegations against each Defendant.

5. <u>Hatem Bazian, Chairman of AMP</u>

C/o Defendants' Counsel:
Christina A. Jump
Alyssa F. Morrison
CLCMA
100 N. Central Expy., Suite 1010
Richardson, Texas 75080
Tel: 972-914-2507

As the co-founder of AMP, Dr. Bazian has information regarding its formation and who played active roles with the entities at each relevant time period. As its current Chairman, he can also speak to current operations to the extent necessary.

6. <u>Dr. Osama Abuirshaid</u>

C/o Defendants' Counsel:
Christina A. Jump
Alyssa F. Morrison
CLCMA
100 N. Central Expy., Suite 1010
Richardson, Texas 75080
Tel: 972-914-2507

Mr. Abuirshaid has information regarding the general operations of the Entity Defendants after 2009.

7. <u>Abdelbaset Hamayel</u>

3

C/o Defendants' Counsel:
Christina A. Jump
Alyssa F. Morrison
CLCMA
100 N. Central Expy., Suite 1010
Richardson, Texas 75080
Tel: 972-914-2507

8. <u>Kristin Szremski</u>

C/o Defendants' Counsel:
Christina A. Jump
Alyssa F. Morrison
CLCMA
100 N. Central Expy., Suite 1010
Richardson, Texas 75080
Tel: 972-914-2507

Ms. Szremski was the media director for AMP and has information regarding AMP's early operations.

9. Any and all witnesses identified by Plaintiffs in their Disclosures and/or on subsequent witness lists.

Defendants further reserve the right to supplement their list of individuals with knowledge of relevant facts as information becomes available through the discovery process.

## II. RULE 26(A)(1)(A)(ii): A DESCRIPTION BY CATEGORIES AND LOCATION OF ALL DOCUMENTS, DATA COMPILATIONS, AND TANGIBLE THINGS THAT PLAINTIFFS MAY USE TO SUPPORT ITS CLAIMS:

## <u>DEFENDANTS IDENTIFY THE FOLLOWING DOCUMENTS, EQUALLY AVAILABLE TO BOTH PLAINTIFFS AND DEFENDANTS IN THIS LAWSUIT:</u>

1. Deposition of Hatem Bazian dated January 15, 2019.

2. Depositions of Osama Abuirshaid dated October 18, 2018 and January 28, 2019.

3. Deposition of Abdelbaset Hamayel dated October 17, 2018.

4. Deposition of Rafeeq Jaber dated November 11, 2018, as well as all prior depositions of Mr. Jaber taken by Plaintiffs.

5. Deposition of Munjed Ahmad dated November 8, 2018.

## <u>DEFENDANTS HAVE ALREADY PROVIDED THE FOLLOWING DOCUMENTS:</u>

6. Documents related to Defendant AMP'S incorporation, including articles of incorporation, bylaws, organizational chart, board of directors list, annual reports, and/or other incorporation documents for the relevant timeframes.

7. Documents related to Defendant AJP's incorporation as a 501(c)(4) nonprofit organization, including articles of incorporation, bylaws, organizational chart, board of directors list, annual reports and/or other incorporation documents for relevant timeframes.

## DEFENDANTS IDENTIFY THE FOLLOWING ADDITIONAL DOCUMENTS:

8. Any and all documents and/or data identified by Plaintiffs.

9. Any and all documents and/or data needed for rebuttal purposes not herein identified.

10. Documents supporting Plaintiffs' allegations against each Defendant which they have not yet produced.

11. Defendants reserve the right to supplement as information becomes available in the discovery process.


## III. RULE 26(A)(1)(A)(iii): COMPUTATION OF DAMAGES

Not applicable, Defendants assert that they are not liable to Plaintiffs for any damages.

## IV. RULE 26(A)(1)(A)(iv): INSURANCE AGREEMENTS

Not applicable.


Respectfully submitted,

*/s/Christina A. Jump*

Christina A. Jump
Texas Bar No. 00795828
*Attorney for Defendants*
Alyssa F. Morrison
Texas Bar No. 24110135
*Pro Hac Vice Attorney for Defendants*
Constitutional Law Center for Muslims in America
100 North Central Expressway, Suite 1010
Richardson, TX 75080
Phone: (972) 914-2507
Fax: (972) 692-7454

Thomas Anthony Durkin
ID No. 0697966
2446 N. Clark Street Chicago, IL 60614
Tel: 312-981-0123
Fax: 312-913-9235
tdurkin@durkinroberts.com

5

*Local Counsel for Defendants*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on July 6, 2022, I emailed a copy of the foregoing to:

Daniel I. Schlessinger                                    Christina A. Jump
dschlessinger@jaszczuk.com                      cjump@clcma.org


Seth Corthell                                                Alyssa F. Morrison
Email address                                              amorrison@clcma.org


Nathan Lewin
nat@lewinlewin.com


Alyza D. Lewin
alyza@lewinlewin.com


*/s/ Christina A. Jump*
Christina A. Jump
*Attorney for Defendants*

**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF**
**ILLINOIS EASTERN DIVISION**

| | |
|---|---|
| STANLEY BOIM, Individually and as Administrator of the Estate of David Boim, deceased; and JOYCE BOIM, | Civil No. 17-cv-03591 |
| Plaintiffs, | |
| v. | Hon. Gary Feinerman |
| AMERICAN MUSLIMS FOR PALESTINE/ AMERICANS FOR JUSTICE IN PALESTINE EDUCATIONAL FOUNDATION; RAFEEQ JABER, | |
| Defendants. | |

<u>**DEFENDANT RAFEEQ JABER'S INITIAL DISCLOSURES**</u>

Defendant Rafeeq Jaber hereby files his Initial Disclosures, pursuant to Fed. R. Civ. P. 26, as set forth below. Discovery has not yet begun in this matter and many documents and facts are in the custody and control of Plaintiffs; accordingly, Defendant reserves the right to modify and amend his Initial Disclosures as needed.

**I.      RULE 26(A)(1)(A)(i): INDIVIDUALS LIKELY TO HAVE DISCOVERABLE INFORMATION THAT DEFENDANTS MAY USE TO SUPPORT THEIR CLAIMS:**

The following individuals are likely to have discoverable information to support the Plaintiffs' claims or defenses:

1.  <u>Munjed Ahmad, Corporate Representative for AMP/AJP</u>

C/o Defendants' Counsel:
Christina A. Jump
Alyssa F. Morrison
CLCMA
100 N. Central Expy., Suite 1010
Richardson, Texas 75080
Tel: 972-914-2507

Mr. Ahmad has information regarding the formation of AMP as its co-founder, as well as who played active roles with the entities at each relevant time period.

2. <u>Defendant Rafeeq Jaber, in his individual capacity</u>

C/o Defendants' Counsel:
Christina A. Jump
Alyssa F. Morrison
CLCMA
100 N. Central Expy., Suite 1010
Richardson, Texas 75080
Tel: 972-914-2507

Mr. Jaber prepared federal and state taxes for AMP/AJP on or around 2015-2017 and can speak to his prior involvement with IAP

3. <u>Plaintiff Joyce Boim</u>

C/o Plaintiffs' counsel:
Daniel I. Schlessinger
Seth Corthell
Jaszczuk P.C.
311 South Wacker Drive, Suite 1775
Chicago, IL 60606
Tel: 312-442-0509

Nathan Lewin
Alyza D. Lewin
Lewin and Lewin LLP
888 17th Street NW
4th Floor
Washington, D.C. 20006
Tel: 202-828-1000

As a party to this lawsuit, Ms. Boim has information regarding the proceedings thus far as well as the basis of her allegations against each Defendant.

4. <u>Plaintiff Stanley Boim, in his individual capacity official capacity as administrator of the estate of David Boim, deceased.</u>

C/o Plaintiffs' counsel:
Daniel I. Schlessinger
Seth Corthell
Jaszczuk P.C.
311 South Wacker Drive, Suite 1775

Chicago, IL 60606
Tel: 312-442-0509

Nathan Lewin
Alyza D. Lewin
Lewin and Lewin LLP
888 17th Street NW
4th Floor
Washington, D.C. 20006
Tel: 202-828-1000

As a party to this lawsuit, Mr. Boim, in his individual capacity and as administrator of the estate of David Boim, has information regarding the proceedings thus far as well as the basis of his allegations against each Defendant.

5. <u>Hatem Bazian, Chairman of AMP</u>

C/o Defendants' Counsel:
Christina A. Jump
Alyssa F. Morrison
CLCMA
100 N. Central Expy., Suite 1010
Richardson, Texas 75080
Tel: 972-914-2507

As the co-founder of AMP, Dr. Bazian has information regarding its formation and who played active roles with the entities at each relevant time period. As its current Chairman, he can also speak to current operations to the extent necessary.

6. <u>Dr. Osama Abuirshaid</u>

C/o Defendants' Counsel:
Christina A. Jump
Alyssa F. Morrison
CLCMA
100 N. Central Expy., Suite 1010
Richardson, Texas 75080
Tel: 972-914-2507

Mr. Abuirshaid has information regarding the general operations of the Entity Defendants after 2009.

7. <u>Abdelbaset Hamayel</u>

C/o Defendants' Counsel:
Christina A. Jump

Alyssa F. Morrison
CLCMA
100 N. Central Expy., Suite 1010
Richardson, Texas 75080
Tel: 972-914-2507

Mr. Hamayel has information regarding the general operations of the Entity Defendants after 2009.

8. <u>Kristin Szremski</u>

C/o Defendants' Counsel:
Christina A. Jump
Alyssa F. Morrison
CLCMA
100 N. Central Expy., Suite 1010
Richardson, Texas 75080
Tel: 972-914-2507

Ms. Szremski was the media director for AMP and has information regarding AMP early operations.

9. Any and all witnesses identified by Plaintiffs in their Disclosures and/or on subsequent witness lists.

Defendants further reserve the right to supplement their list of individuals with knowledge of relevant facts as information becomes available through the discovery process.

## II. RULE 26(A)(1)(A)(ii): A DESCRIPTION BY CATEGORIES AND LOCATION OF ALL DOCUMENTS, DATA COMPILATIONS, AND TANGIBLE THINGS THAT PLAINTIFF MAY USE TO SUPPORT ITS CLAIMS:

<u>**DEFENDANT IDENTIFIES THE FOLLOWING DOCUMENTS, EQUALLY AVAILABLE TO BOTH PLAINTIFFS AND DEFENDANTS IN THIS LAWSUIT:**</u>

1. Deposition of Hatem Bazian dated January 15, 2019.

2. Depositions of Osama Abuirshaid dated October 18, 2018 and January 28, 2019.

3. Deposition of Abdelbaset Hamayel dated October 17, 2018.

4. Deposition of Rafeeq Jaber dated November 11, 2018, as well as any prior depositions of Mr. Jaber taken by Plaintiffs.

5. Deposition of Munjed Ahmad dated November 8, 2018.

**DEFENDANT HAS ALREADY PROVIDED THE FOLLOWING DOCUMENTS:**

6. Documents related to Defendant AMP's incorporation, including articles of incorporation, bylaws, organizational chart, board of directors list, annual reports, and/or other incorporation documents for the relevant timeframes.

7. Documents related to Defendant AJP's incorporation as a 501(c)(4) nonprofit organization, including articles of incorporation, bylaws, organizational chart, board of directors list, annual reports and/or other incorporation documents for relevant timeframes.

**DEFENDANT IDENTIFIES THE FOLLOWING ADDITIONAL DOCUMENTS:**

8. Any and all documents and/or data identified by Plaintiffs.

9. Any and all documents and/or data needed for rebuttal purposes not herein identified.

10. Documents supporting Plaintiffs' allegations against each Defendant in this matter.

11. Defendants reserve the right to supplement as information becomes available in the discovery process.

## III. RULE 26(A)(1)(A)(iii): COMPUTATION OF DAMAGES

Not applicable, Defendants assert that they are not liable to Plaintiffs for any damages.

## IV. RULE 26(A)(1)(A)(iv): INSURANCE AGREEMENTS

Not applicable.

Respectfully submitted,

*/s/Christina A. Jump*

Christina A. Jump
Texas Bar No. 00795828
*Attorney for Defendants*
Alyssa F. Morrison
Texas Bar No. 24110135
*Pro Hac Vice Attorney for Defendants*
Constitutional Law Center for Muslims in America
100 North Central Expressway, Suite 1010
Richardson, TX 75080
Phone: (972) 914-2507
Fax: (972) 692-7454

Thomas Anthony Durkin
ID No. 0697966
2446 N. Clark Street Chicago, IL 60614

Tel: 312-981-0123
Fax: 312-913-9235
tdurkin@durkinroberts.com
*Local Counsel for Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that on July 6, 2022, I emailed a copy of the foregoing to:

Daniel I. Schlessinger
dschlessinger@jaszczuk.com

Christina A. Jump
cjump@clcma.org

Seth Corthell
Email address

Alyssa F. Morrison
amorrison@clcma.org

Nathan Lewin
nat@lewinlewin.com

Alyza D. Lewin
alyza@lewinlewin.com

*/s/ Christina A. Jump*
Christina A. Jump
*Attorney for Defendants*