# EXHIBIT C

```
 1              UNITED STATES DISTRICT COURT
 2          FOR THE NORTHERN DISTRICT OF ILLINOIS
 3                    EASTERN DIVISION
 4
 5   STANLEY BOIM, Individually and as        REPORTER CERTIFIED
     Administrator of the Estate of               TRANSCRIPT
 6   David Boim, deceased; and JOYCE
     BOIM,
 7
                    Plaintiffs,
 8
         vs.                              Case No. 17-cv-03591
 9
     AMERICAN MUSLIMS FOR PALESTINE;
10   AMERICANS FOR JUSTICE IN
     PALESTINE EDUCATIONAL FOUNDATION;
11   RAFEEQ JABER; ABDELBASSET HAMAYEL;
     AND OSAMA ABUIRSHAID,
12
                    Defendants,
13
     _____/
14
15
16
17       DEPOSITION OF:  HATEM BAZIAN
18       TAKEN ON:  Tuesday, January 15, 2019
19              Berkeley, California
20
21
22
23   REPORTED BY:
24   Diane L. Freeman, RPR
     CSR No. 5884
25   Job No.: 19-27528
```

1  place, and it being in a Muslim setting that even
2  Palestine was not being allowed a voice was a critical
3  moment in the history of Palestinian work in the United
4  States.
5        The attack on Gaza makes that people were
6  asking, people on their own rallying and creating
7  rallies and protests and wanted a response, and AMP had
8  a skeleton engagement nationally.
9        So that -- at least that mobilization by
10 people on their own caused us to actually try to
11 organize and get far more organized in relations to
12 Palestine.  So those are the rationale and how
13 Palestine became -- at least AMP became known and
14 organized within the community.
15     Q.  What did you -- at the time that the AMP or
16 the new organization was being conceived, what was your
17 idea about what the new organization would do in terms
18 of the events or publications?
19     A.  Seminars, provide educational material to
20 Muslims first and foremost about Palestine, its
21 history, culture, tradition and its contemporary
22 circumstances.  Published material that actually would
23 provide a scholarly level or at least a level of
24 writing that could be used, and then for them to be
25 able to speak to their surrounding, whether it's on the

1  SHORTHAND REPORTER'S CERTIFICATE

2

3  I, DIANE L. FREEMAN, RPR, CSR #5884, hereby

4

5  certify that I am a Certified Shorthand Reporter in and

6

7  for the State of California.

8

9  I hereby certify that the witness in the

10  foregoing deposition, HATEM BAZIAN, was by me duly

11  sworn to testify the truth, the whole truth, and

12  nothing but the truth; that said deposition was taken

13  at the time and place therein set forth; and was taken

14  down by me in stenotype and thereafter transcribed into

15  typewriting by computer; and that the deposition is a

16  true record of the testimony given by the witness.

17  I further certify that I am neither counsel

18  for, nor related in any way to any party to said

19  action, nor otherwise interested in the result or

20  outcome thereof.

21  Date:  29th day of January, 2019.

22

23  *[signature: Diane L. Freeman]*

24  _____
   DIANE L. FREEMAN, RPR

25  CSR No. 5884