# EXHIBIT D

```
                                                              1

 1             IN THE UNITED STATES DISTRICT COURT
                  NORTHERN DISTRICT OF ILLINOIS
 2                      EASTERN DIVISION
 3   STANLEY BOIM, Individually      )
     and as Administrator of the     )
 4   Estate of David Boim,           )
     deceased; and JOYCE BOIM,       )
 5                                   )
                Plaintiffs,          )
 6                                   )
        vs.                          )  Case No.
 7                                   )  17-cv-03591
     AMERICAN MUSLIMS FOR            )
 8   PALESTINE; AMERICANS FOR        )
     JUSTICE IN PALESTINE            )
 9   EDUCATIONAL FOUNDATION;         )
     RAFEEQ JABER; ABDELBASSET       )
10   HAMAYEL; AND OSAMA              )
     ABUIRSHAID,                     )
11                                   )
                Defendants.          )
12
13            The deposition of MUNJED AHMAD,
14   called by the Plaintiffs for examination, taken
15   pursuant to the Federal Rules of Civil Procedure
16   of the United States District Courts pertaining
17   to the taking of depositions, taken before
18   Marianne Nee, a Certified Shorthand Reporter of
19   the State of Illinois, CSR License No.
20   084-002341, taken at 111 South Wacker Drive,
21   Suite 4100, Chicago, Illinois, on Thursday,
22   November 8, 2018, commencing at 9:09 a.m.
23
24
```

2

1  APPEARANCES:
2  ON BEHALF OF THE PLAINTIFFS:
3       CONSTITUTIONAL LAW CENTER FOR
        MUSLIMS IN AMERICA
4       833 East Arapaho Road
        Suite 102
5       Richardson, Texas   75081
        BY:  MS. CHRISTINA A. JUMP, ESQ.
6       (972) 914-2507
        cjump@clcma.org -and-
7       MS. LEILA E. MUSTAFA, ESQ.
        lmustafa@clcma.org
8
   ON BEHALF OF THE DEFENDANTS:
9
        LOCKE LORD LLP
10      111 South Wacker Drive
        Suite 4100
11      Chicago, Illinois  60606
        BY:  MR. W. ALLEN WOOLLEY, ESQ.
12      (312) 443-0700
        allen.woolley@lockelord.com
13
              -and-
14
        JASZCZUK P.C.
15      311 South Wacker Drive
        Suite 3200
16      Chicago, Illinois  60606
        BY:  MR. SETH CORTHELL, ESQ.
17      (312) 442-0509
        scorthell@jaszczuk.com
18
19
20
21
22
23
   REPORTED BY:  MARIANNE NEE, CSR, CRR, RDR
24            Illinois CSR No. 084-002341

86

1   like my kids, educating like my kids and the
2   kids that were around that time, just educating
3   them.  So trying to get stuff together to do
4   that, that was my initial role.
5       Q.   At the 2006 convention the focus wasn't
6   on youth specifically; there were adults invited
7   to that convention?
8       A.   Of course, yes.
9       Q.   And there were also youth programs?
10      A.   Correct.
11      Q.   So the work of AMP is not just focused
12  on youth; it's adult programs as well?
13      A.   Correct.  My point was when AMP was
14  being envisioned initially, that's what the
15  vision was.
16      Q.   When you envisioned AMP and looking at
17  your declaration, you started AMP -- excuse me.
18  You say you discussed the concept of starting an
19  education-based nonprofit organization with the
20  purpose of educating youth in America on
21  Palestine and its history.  Correct?
22      A.   Yes.
23      Q.   That was the original vision you had
24  for the organization?

STANLEY BOIM v. AMERICAN MUSLIMS FOR PALESTINE
AHMAD                                                              11/8/2018

                                                                        284

1    CERTIFICATE OF CERTIFIED SHORTHAND REPORTER
2         I, MARIANNE NEE, a Certified Shorthand
     Reporter of the State of Illinois, C.S.R.
3    No. 084-002341, do hereby certify:
4         That previous to the commencement of
     the examination of the witness, the witness
5    was duly sworn to testify the whole truth
     concerning the matters herein;
6
          That the foregoing deposition
7    transcript was reported stenographically by
     me and thereafter reduced to typewriting
8    under my personal direction;
9         That the reading and signing of said
     deposition was reserved by counsel for the
10   respective parties and the witness;
11        That the foregoing constitutes a true
     record of the proceedings had and testimony
12   taken, to the best of my abilities;
13        That I am not a relative, employee,
     attorney or counsel, nor a relative or
14   employee of such attorney or counsel for any
     of the parties hereto, nor interested
15   directly or indirectly in the outcome of
     this action.
16   SIGNED THIS 16th DAY of NOVEMBER, 2018.
17
18
                    _____
19                  Marianne Nee, CSR, RPR, RDR
                    Illinois Certified Shorthand
20                  Reporter No. 084-002341.
21
22
23
24

                www.ChimniakCourtReporting.com
     312.781.9111                                      630.983.0030