UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
Eastern Division

Stanley Boim, et al.
                              Plaintiff,

v.                                          Case No.: 1:17−cv−03591
                                            Honorable Andrea R. Wood

American Muslims for Palestine, et al.
                              Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Wednesday, September 6, 2023:

MINUTE entry before the Honorable Heather K. McShain: The Court has reviewed the parties' joint status report [315] which reports that parties continue to supplement discovery responses in accordance with the Court's orders on the parties#039; motions to compel [300] [304]. Plaintiffs sent a clawback letter to defendants regarding the document defense counsel recently obtained online that plaintiffs claim is privileged. Defendants anticipate filing a motion to quash the clawback letter this week. Plaintiffs responded to defendants' supplemental discovery requests and noticed a 30(b)(6) deposition from the entity defendants. Parties are working to schedule depositions for September. Parties are placed on notice that the Court has updated its standing order on discovery motion requirements. This update makes changes to the parties' meet−and−confer requirements. In advance of the filing of any discovery motion, parties are directed to review Magistrate Judge McShain#039;s updated requirements for discovery motions (available on the Court's website at www.ilnd.uscourts.gov by selecting the link for Magistrate Judge McShain and then the link for " Discovery Motion Requirements "). Moving forward, any motion that does not comply with the Court's standing order will be considered unripe for the Court's consideration. A joint status report is due 10/06/2023 to update the Court on the same items as in the instant status. The parties may contact chambers at any time (by email to Chambers_McShain@ilnd.uscourts.gov) if they would like the Court's assistance with settlement. Mailed notice. (pk, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our

web site at *www.ilnd.uscourts.gov*.