# EXHIBIT B

## Christina Jump

| | |
|---|---|
| **From:** | Christina Jump |
| **Sent:** | Tuesday, July 25, 2023 12:24 AM |
| **To:** | Daniel Schlessinger; Seth Corthell; alyza@lewinlewin.com; nat@lewinlewin.com |
| **Cc:** | Samira Elhosary |
| **Subject:** | Please see attached correspondence |
| **Attachments:** | 2023.07.24 - Notificaiton to Plaintiffs re Retainer Letter.pdf |

Counsel:

Please see attached correspondence. I apologize for the late hour but was out ill today and still wanted to send this to you promptly.

I have a pretty tight schedule on Tuesday but do expect to be in the office in the morning then out 1p-5p, and will be back in for most of Wednesday should you wish to discuss.

Thank you.

1



CONSTITUTIONAL LAW CENTER
*for* MUSLIMS *in* AMERICA

July 24, 2023

Mr. Daniel Schlessinger & Mr. Seth Corthell
Jaszczuk P.C.
311 S. Wacker Dr., Suite 2150
Chicago, Illinois 60606

Mr. Nathan Lewin & Ms. Alyza D. Lewin
Lewin & Lewin, LLP
888 17th St. NW, 4th Floor
Washington, DC 20006

*Sent via email to* dschlessinger@jaszczuk.com, scorthell@jaszczuk.com,
nat@lewinlewin.com, *and* alyza@lewinlewin.com

Re: Notification per Model Rule of Professional Conduct 4.4

Dear Dan, Seth, Mr. Lewin, and Ms. Lewin:

This letter serves as notification per ABA Model Rule of Professional Conduct and Illinois Rule
of Professional Conduct 4.4 of defense counsel's possession of the attached retainer letter, dated





100 N. CENTRAL EXPY., STE 1010 RICHARDSON, TX 75080 | 972-914-2507 | INFO@CLCMA.ORG | CLCMA.ORG
CLCMA provides legal services and is a division of the Muslim Legal Fund of America, Inc. (MLFA) | MLFA.ORG
JUSTICE | COURAGE | EXCELLENCE | ACCOUNTABILITY | COMMUNITY

████████████████████████████████████

Please let me know if you would like to set up a time to speak further or if you have any questions.

Sincerely,

Christina Jump
Civil Litigation Department Head
cjump@clcma.org

Enclosed: Retainer Agreement Letter

2





