# EXHIBIT C

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| STANLEY BOIM, Individually and as Administrator of the Estate of David Boim, deceased; and JOYCE BOIM,<br><br>Plaintiffs,<br><br>v.<br><br>AMERICAN MUSLIMS FOR PALESTINE/ AMERICANS FOR JUSTICE IN PALESTINE EDUCATIONAL FOUNDATION; RAFEEQ JABER,<br><br>Defendants. | Civil No. 17-cv-03591<br><br>Hon. Andrea Wood<br><br>Hon. Heather McShain |

## **DECLARATION OF SAMIRA ELHOSARY**

I, Samira Elhosary hereby declare under penalty of perjury under the laws of the United States and in accordance with 28 U.S.C § 1746 the following:

1. I am over eighteen and of sound mind.

2. I make this declaration based on my own personal knowledge.

3. I am a Junior Staff Attorney in the Civil Litigation Department of the Constitutional Law Center for Muslims in America, the legal division of the Muslim Legal Fund of America.

4. As part of my job, I represent the Defendants in the above-captioned case under the supervision of Christina Jump, Civil Litigation Department Head.

5. On July 13, 2023, I researched the Plaintiffs using Google and reviewed the publicly available results.

6. For one search, I entered the search term "Stanley Boim" in quotation marks and began scrolling through the results.

7. The forty-seventh (47th) result on the page had the title █████████

8. I clicked on the link and ████████████████

9. The ████████████████████████████

10. I did not have to use any specialized knowledge to access the letter.

11. The letter was publicly available as a result of a Google search for Plaintiff Stanley Boim's name, ████████████████

12. I immediately informed my supervisor, Ms. Jump, who asked me to explain precisely how I discovered the letter.

13. I recorded a screen recording to send to Ms. Jump that shows the search term and scrolling to the result for the ██████ letter.

14. After reviewing the relevant ethical rules, we elected to notify Plaintiffs' counsel out of an abundance of caution.

15. I separately searched the terms "Boim BDS."

16. The ninth result from that search was a 2017 Roger Williams University Law Review article by Marc A. Greendorfer entitled "The BDS Movement: That Which We Call a Foreign Boycott, by Any Other Name, Is Still Illegal."

17. This article portrays Scholars for Peace in the Middle East (SPME) as hostile to the non-violent Boycott, Divestment, and Sanctions ("BDS") movement.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

_____
Samira S. Elhosary, Declarant

08/31/23
_____
Date Executed