# EXHIBIT D

# Christina Jump

**From:** Christina Jump <cjump@clcma.org>
**Sent:** Tuesday, July 25, 2023 9:32 PM
**To:** Daniel Schlessinger; Seth Corthell; alyza@lewinlewin.com; nat@lewinlewin.com
**Cc:** Samira Elhosary
**Subject:** RE: Please see attached correspondence

Dan:
Email received, and as mentioned in my letter we will not share the correspondence we identified at this time, but do reiterate that we have no control over its placement on the internet (where we found it) or whomever may choose to access it. For that reason, we also have doubts as to any ongoing privileged nature of the document. Nonetheless, for now, we assure you that our team will not circulate any copies.
Also, you asked about Ms. Boim's deposition video. While I believe we already sent that to you, I am glad to share the link as the fastest way to download this. Note that it is email-specific for permissions, so needs to be downloaded via your email or Seth's, at the moment, or another you designate if you let me know that.

You should receive a separate email sent directly via Zoom, since as you know that was the format on which we conducted the deposition and that is still where the original video remains stored.

I will respond to the rest of your email in further detail later this week.

Thanks.

 

**Christina A. Jump**
Civil Litigation Department Head

**Muslim Legal Fund of America (MLFA)**
*The Constitutional Law Center for Muslims in America (CLCMA)
is the legal division of MLFA*

Let's connect!

    

100 N. Central Expy, Suite 1010, Richardson, TX 75080

Phone: (972) 914-2507 (main)
Email: christina.jump@mlfa.org | cjump@clcma.org

**Learn more on how to support and participate in our mission**
Website: https://mlfa.org/

*I work across multiple time zones and may send emails outside of standard business hours. Although I send emails at times that are convenient for me, I do not expect that you read, respond or follow up on my emails outside your hours of work.*

*Board Certified in Labor and Employment Law, Texas Board of Legal Specialization

   

**IMPORTANT:** *Emails to clients of this office presumptively and normally contain confidential and privileged material for the sole use of the intended recipient. Emails to non-clients are normally confidential and may be privileged. The use, distribution, transmittal or re-transmittal by an unintended recipient of any communication is prohibited without our express approval in writing or by email. Any use, distribution, transmittal or re-transmittal by persons who are not intended recipients of this email may be a violation of law and is strictly prohibited. If you are not the intended recipient, please contact the sender and delete all copies.*

**From:** Daniel Schlessinger <dschlessinger@jaszczuk.com>
**Sent:** Tuesday, July 25, 2023 4:06 PM
**To:** Christina Jump <cjump@clcma.org>; Seth Corthell <scorthell@jaszczuk.com>; alyza@lewinlewin.com; nat@lewinlewin.com
**Cc:** Samira Elhosary <selhosary@clcma.org>
**Subject:** RE: Please see attached correspondence

Christina-



Dan

Daniel I. Schlessinger
Jaszczuk P.C.
311 S. Wacker Drive, Suite 2150
Chicago, IL 60606
Office (312) 442-0366
Cell (773) 301-9729
dschlessinger@jaszczuk.com

2