# EXHIBIT E

**Christina Jump**

| | |
|---|---|
| From: | Seth Corthell <scorthell@jaszczuk.com> |
| Sent: | Friday, August 4, 2023 2:22 PM |
| To: | Christina Jump |
| Cc: | Samira Elhosary; Daniel Schlessinger; alyza@lewinlewin.com; nat@lewinlewin.com |
| Subject: | RE: Please see attached correspondence |
| Attachments: | S. Corthell Ltr to Def. Counsel - 08-04-2023.pdf |

Counsel,

Please see the attached correspondence.

Best,

Seth

**From:** Seth Corthell
**Sent:** Friday, July 28, 2023 2:50 PM
**To:** Christina Jump <cjump@clcma.org>
**Cc:** Samira Elhosary <selhosary@clcma.org>; Daniel Schlessinger <dschlessinger@jaszczuk.com>; alyza@lewinlewin.com; nat@lewinlewin.com
**Subject:** RE: Please see attached correspondence

Christina,



Best,

1

Seth

**From:** Christina Jump <cjump@clcma.org>
**Sent:** Tuesday, July 25, 2023 9:32 PM
**To:** Daniel Schlessinger <dschlessinger@jaszczuk.com>; Seth Corthell <scorthell@jaszczuk.com>; alyza@lewinlewin.com; nat@lewinlewin.com
**Cc:** Samira Elhosary <selhosary@clcma.org>
**Subject:** RE: Please see attached correspondence

Dan:
Email received, and as mentioned in my letter we will not share the correspondence we identified at this time, but do reiterate that we have no control over its placement on the internet (where we found it) or whomever may choose to access it. For that reason, we also have doubts as to any ongoing privileged nature of the document. Nonetheless, for now, we assure you that our team will not circulate any copies.
Also, you asked about Ms. Boim's deposition video. While I believe we already sent that to you, I am glad to share the link as the fastest way to download this. Note that it is email-specific for permissions, so needs to be downloaded via your email or Seth's, at the moment, or another you designate if you let me know that.

You should receive a separate email sent directly via Zoom, since as you know that was the format on which we conducted the deposition and that is still where the original video remains stored.

I will respond to the rest of your email in further detail later this week.

Thanks.

 

Let's connect!

    

**Christina A. Jump**
Civil Litigation Department Head

**Muslim Legal Fund of America (MLFA)**
*The Constitutional Law Center for Muslims in America (CLCMA) is the legal division of MLFA*

100 N. Central Expy, Suite 1010, Richardson, TX 75080

Phone: (972) 914-2507 (main)
Email: christina.jump@mlfa.org | cjump@clcma.org

**Learn more on how to support and participate in our mission**
Website: https://mlfa.org/

*I work across multiple time zones and may send emails outside of standard business hours. Although I send emails at times that are convenient for me, I do not expect that you read, respond or follow up on my emails outside your hours of work.*

*Board Certified in Labor and Employment Law, Texas Board of Legal Specialization



**IMPORTANT:** Emails to clients of this office presumptively and normally contain confidential and privileged material for the sole use of the intended recipient. Emails to non-clients are normally confidential and may be privileged. The use, distribution, transmittal or re-transmittal by an unintended recipient of any communication is prohibited without our express approval in writing or by email. Any use, distribution, transmittal or re-transmittal by persons who are not intended recipients of this email may be a violation of law and is strictly prohibited. If you are not the intended recipient, please contact the sender and delete all copies.

**From:** Daniel Schlessinger <dschlessinger@jaszczuk.com>
**Sent:** Tuesday, July 25, 2023 4:06 PM
**To:** Christina Jump <cjump@clcma.org>; Seth Corthell <scorthell@jaszczuk.com>; alyza@lewinlewin.com; nat@lewinlewin.com
**Cc:** Samira Elhosary <selhosary@clcma.org>
**Subject:** RE: Please see attached correspondence

Christina-



Daniel I. Schlessinger
Jaszczuk P.C.
311 S. Wacker Drive, Suite 2150
Chicago, IL 60606
Office (312) 442-0366
Cell (773 )301-9729
dschlessinger@jaszczuk.com

3

www.jaszczuk.com

NOTICE: This email is from the law firm of Jaszczuk P.C., may contain information that is privileged, confidential and/or protected from disclosure under applicable law, and is intended solely for the use of the individual(s) to whom it is addressed. If you believe you received this email in error, please notify the sender immediately, destroy this email and all copies of it and do not copy or disclose it to anyone else.

**From:** Christina Jump <cjump@clcma.org>
**Sent:** Tuesday, July 25, 2023 12:24 AM
**To:** Daniel Schlessinger <dschlessinger@jaszczuk.com>; Seth Corthell <scorthell@jaszczuk.com>; alyza@lewinlewin.com; nat@lewinlewin.com
**Cc:** Samira Elhosary <selhosary@clcma.org>
**Subject:** Please see attached correspondence

Counsel:
Please see attached correspondence. I apologize for the late hour but was out ill today and still wanted to send this to you promptly.
I have a pretty tight schedule on Tuesday but do expect to be in the office in the morning then out 1p-5p, and will be back in for most of Wednesday should you wish to discuss.

Thank you.



311 South Wacker Drive
Suite 2150
Chicago, IL 60606
Telephone: 312-442-0509
Fax: 312-442-0519
www.jaszczuk.com

Seth H. Corthell
Direct Telephone: 312-442-0401
scorthell@jaszczuk.com

**JASZCZUK P.C.**
ATTORNEYS

**SENT VIA EMAIL**

Christina A. Jump
Samira Elhosary
Constitutional Law Center for Muslims in America
100 North Central Expressway
Suite 1010
Richardson, TX 75080
cjump@clcma.org
selhosary@clcma.org

Counsel,

In the early morning of Tuesday, July 25, 2023, I received a letter from your office indicating that on July 13, 2023, while conducting a Google search for Plaintiff Stanley Boim's ("Mr. Boim") name, a member of your litigation team located a copy of Mr. Boim and Plaintiff Joyce Boim's ("Ms. Boim" collectively, the "Boims") engagement letter ("Engagement Letter") via a link in the forty-seventh (47th) Google search result. Specifically, the link routed to the following web address: https://www.megalim.org.il/wpcontent/uploads/2018/05/2.pdf.

Upon receiving your July 25 letter, my office reviewed the contents of the Engagement Letter and determined that, if authentic, 1) it appeared to be a privileged and confidential communication between the Boims and their litigation team and 2) it had likely been inadvertently disclosed. My colleague Daniel I. Schlessinger responded to your July 25 letter on the same day to inform you that we were investigating the letter's authenticity and the circumstances of its disclosure to assess the Boims' privilege claim.

Our investigation has confirmed that the Engagement Letter is authentic, privileged, and confidential and was inadvertently uploaded to Megalim's server. Megalim is an Israeli academic institution at which the Boims' daughter, Bracha, has worked for over 10 years. When the Boims signed the Engagement Letter in May 2017, they had no means by which they could scan and send the executed letter back to their attorneys, so they asked Bracha to scan and send the letter back to their attorney. Bracha did so – scanning the letter, using her computer at Megalim, then emailing the document to the Boims' attorney.

When Bracha scanned and emailed the Engagement Letter, that was her sole intent. Neither Bracha nor the Boims intended for the Engagement Letter to be uploaded to Megalim's server, nor were they aware that it was accessible via a Google search until we notified them of that fact pursuant to our investigation. It is not surprising that they had not discovered that the Engagement Letter was accessible via a Google search as the Engagement Letter does not pertain to the work of Megalim,

Christina A. Jump
August 4, 2023
Page 2

does not relate to anything else on the Megalim website, and did not appear to be accessible via any direct links through the Megalim website.

Upon learning the circumstances of the inadvertent disclosure, we took immediate steps to rectify the situation. Specifically, we notified Megalim that the Engagement Letter was inadvertently accessible via a Google link to its website and should be removed. Megalim promptly complied with this request and the Engagement Letter is no longer posted to the web address referenced above and does not appear to be accessible via a Google search. We have additionally undertaken to ensure that the Engagement Letter is no longer available via any web archives. Currently, we are not aware of any other individuals who have accessed the Engagement Letter via the link you sent us. We notified you of these findings via an email I sent you on Friday, July 28, 2023. As of the date we sent this letter, we have not received a response to that email.

The Engagement Letter itself is privileged and confidential as it amounts to a communication between the Boims and their litigation team that sets forth the terms of the engagement as well as the strategies and mental impressions of their attorneys. Given that the letter is privileged and confidential and was inadvertently disclosed, we demand that you destroy all copies of it in your possession as required by Rule 26(b)(5)(B), which reads as follows:

> If information produced in discovery is subject to a claim of privilege or of protection as trial-preparation material, the party making the claim may notify any party that received the information of the claim and the basis for it. After being notified, a party must promptly return, sequester, or destroy the specified information and any copies it has . . .

We appreciate you notifying us of this inadvertent disclosure. Please notify us when you have destroyed all copies of the inadvertently disclosed Engagement Letter. If you would like to discuss this issue further, please contact me at my office line: (312) 442-0401.

Sincerely,

*Seth H. Corthell*

Seth H. Corthell

Cc:   Daniel I. Schlessinger (*via email*)