# EXHIBIT F

# Christina Jump

**From:** Christina Jump
**Sent:** Friday, August 11, 2023 7:11 PM
**To:** Daniel Schlessinger; Seth Corthell
**Cc:** Samira Elhosary
**Subject:** Clawback assertion and religious discussion

Counsel:

I am in receipt of your letter from one week ago today asserting a clawback on the document to which we alerted you. Until we have resolution on this issue, we will not share the information with anyone else, as we already agreed.

However, we would like to discuss your basis for the assertion of the clawback, and for your belief that the document remains privileged. As you know, you did not produce this document to us. Therefore, this does not squarely fit within the framework of an inadvertent disclosure during production. Furthermore, our review of relevant caselaw does not support the position outlined in your letter of last week.

As you already know, I will be out of the office Monday through Wednesday of the coming week. Please advise if you are available to discuss this matter during business hours on Thursday or Friday. I will be in touch and able to respond sporadically, though unlikely to fully devote my attention to a discussion on the matter prior to Thursday.

Thanks.

1

**From:** Seth Corthell <scorthell@jaszczuk.com>
**Sent:** Thursday, August 17, 2023 6:44:41 PM
**To:** Christina Jump <cjump@clcma.org>; Samira Elhosary <selhosary@clcma.org>
**Cc:** Daniel Schlessinger <dschlessinger@jaszczuk.com>
**Subject:** RE: Boim discussion and depositions

Christina,

It was good speaking with you this afternoon. As we understand it, here is where we stand on the issues we discussed during our call. Please do not hesitate to let us know if I left anything out:

1. **Depositions of the Boims:** The parties are at an impasse and the next step will be for Plaintiffs to bring this issue to the Court.
2. **Dispute Regarding the [REDACTED] Letter:** Plaintiffs reiterated their position that the letter is privileged and confidential, was inadvertently disclosed, and that Defendants should destroy any copies of the letter in their possession. Defendants disagree and maintain that the letter is not privileged. Defendants intend to file a motion to quash Plaintiffs' claw-back letter; the letter and references to the content of that letter will be filed under seal.
3. **Deposition of Defendants and Other Fact Witnesses:**
    a. Defendants asked about the possibility of scheduling two depositions in one day. Currently, Plaintiffs anticipate that this will not be feasible, but will consider this request.
    b. Defendants propose scheduling depositions for Salah Sarsour and Munjed Ahmad on September 19 and 20 at the office of Jaszczuk P.C. in Chicago, respectively.
    c. Defendants offered to schedule the deposition of Hatem Bazian in California on September 18, but given the foreseeable logistical challenges with holding his deposition in California the day before two depositions are scheduled to take place in Chicago, the parties will explore other potential dates. Defendants will confer with Dr. Bazian to determine any potential alternative dates.
    d. Defendants are still conferring with Messrs. Hamayel, Abuirshaid, and Jaber on deposition dates and anticipate having dates as soon as tomorrow.
    e. Defendants have not been able to contact Messrs. Nabhan and Odeh. Defendants will make additional efforts to contact these individuals but will notify Plaintiffs if their efforts are unsuccessful in a prompt manner so that Plaintiffs have sufficient time to attempt to locate and serve Messrs. Nabhan and Odeh.
4. **30(b)(6) Deposition**
    a. Plaintiffs will provide a response to Defendants' objections next week.
    b. Munjed Ahmad will serve as AMP/AJP's 30(b)(6) witness
5. **Zoom Video:** Defendants confirmed that the Zoom video did not work for them either and they will mail a flash drive containing the video tomorrow. If it would be possible to overnight the flash drive, we are happy to cover the cost of the expedited shipping.
6. **Electronic Signature:** Defendants believe that the electronic signature on Ms. Boim's verifications is insufficient and requests authority showing otherwise. Plaintiffs will review applicable authority and follow-up accordingly.
7. **Plaintiffs' Discovery Responses:** Defendants will serve a deficiency letter concerning the discovery responses.

Best,

Seth

**From:** Daniel Schlessinger <dschlessinger@jaszczuk.com>
**Sent:** Thursday, August 17, 2023 11:29 AM
**To:** Christina Jump <cjump@clcma.org>; Seth Corthell <scorthell@jaszczuk.com>
**Cc:** Samira Elhosary <selhosary@clcma.org>
**Subject:** RE: Boim discussion and depositions

4:30 today works for us. Please call my number. Thanks.

Daniel I. Schlessinger
**Jaszczuk P.C.**
311 S. Wacker Drive, Suite 2150
Chicago, IL 60606
Office (312) 442-0366
Cell (773 )301-9729
dschlessinger@jaszczuk.com
www.jaszczuk.com

NOTICE: This email is from the law firm of Jaszczuk P.C., may contain information that is privileged, confidential and/or protected from disclosure under applicable law, and is intended solely for the use of the individual(s) to whom it is addressed. If you believe you received this email in error, please notify the sender immediately, destroy this email and all copies of it and do not copy or disclose it to anyone else.

**From:** Christina Jump <cjump@clcma.org>
**Sent:** Wednesday, August 16, 2023 7:46 PM
**To:** Daniel Schlessinger <dschlessinger@jaszczuk.com>; Seth Corthell <scorthell@jaszczuk.com>
**Cc:** Samira Elhosary <selhosary@clcma.org>
**Subject:** Boim discussion and depositions

Counsel:
I am available to speak tomorrow, Thursday, at 4:30 PM central time if that works for you. Otherwise, I have some flexibility on Friday and more times during that day as well. Please let me know your preference.
In addition, this email confirms our prior discussions that we would come up with a mutually agreeable date for the Rule 30(b)(6) deposition, which I also confirmed via email last week. Therefore, this email confirms that there is no deposition still scheduled for tomorrow. Thank you.