IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| STANLEY BOIM, Individually and as Administrator of the Estate of David Boim, deceased; and JOYCE BOIM,<br><br>Plaintiffs,<br><br>v.<br><br>AMERICAN MUSLIMS FOR PALESTINE/ AMERICANS FOR JUSTICE IN PALESTINE EDUCATIONAL FOUNDATION; RAFEEQ JABER,<br><br>Defendants. | Civil No. 17-cv-03591<br><br>Hon. Andrea Wood<br><br>Hon. Heather McShain |

**DEFENDANTS' MOTION FOR LEAVE
TO FILE MOTION TO QUASH CLAW-BACK UNDER SEAL**

Pursuant to L.R. 26.2, Defendants American Muslims for Palestine ("AMP"), Americans for Justice in Palestine Educational Foundation ("AJP") and Rafeeq Jaber (collectively, "Defendants") hereby move to file their Motion to Quash Claw-Back under seal.

Defendants' Motion pertains to a dispute over whether attorney-client privilege attaches to a letter which defense counsel located unprotected on the internet. In their Motion, Defendants describe the letter's contents and how it came into their possession. Though Defendants do not believe any privilege attaches to the letter currently, even if it did at any prior point, Defendants request leave to file their Motion under seal in light of Plaintiffs' claim that the letter is privileged, until this Court has the opportunity to consider the relevant briefing and issue a ruling. Defendants request leave to file a sealed and unredacted version of their Motion, and a publicly available, redacted version of their Motion, which will protect any purported privilege.

Defendants have complied with Local Rule 26.2, as Defendants provisionally filed an unredacted, sealed version of their Motion to Quash (Doc. 318) and thereafter filed a public, redacted version of the same Motion to Quash (Doc. 319). This Motion seeks leave, retroactively, to file the document discussed herein under seal, in light of Plaintiffs' disputed claim of privilege. Counsel for Defendants conferred with counsel for Plaintiffs on August 17, 2023, and Plaintiffs expressly asked that any filings regarding the aforementioned letter be made under seal.

Based on the foregoing, Defendants respectfully request that this Court grant this Motion and permit Defendants to file the unredacted versions of their Motion to Quash Claw-Back under seal for the Court's consideration.

Dated this 11th day of September 2023.

*/s/ Christina Jump*
Christina A. Jump
Texas Bar No. 00795828
*Attorney for Defendants*
Samira Elhosary
Maryland Bar No. 2112140261
*Attorney for Defendants*

Constitutional Law Center for Muslims in America
100 North Central Expressway, Suite 1010
Richardson, TX 75080
Phone: (972) 914-2507
Fax: (972) 692-7454

Thomas Anthony Durkin
ID No. 0697966
2446 N. Clark Street
Chicago, IL 60614
Tel: 312-981-0123
Fax: 312-913-9235
tdurkin@durkinroberts.com
*Local Counsel for Defendants*

**CERTIFICATE OF CONFERENCE**

I certify that on August 17, 2023 at 4:30 pm Central Time, Defendants' counsel (myself and Ms. Samira Elhosary) conferred in good faith via telephone call with Mr. Daniel Schlessinger and Mr. Seth Corthell. I also conferred with both Mr. Schlessinger and Mr. Corthell via email prior to that phone call. The parties conferred in good faith so to avoid this Court's intervention, but were unable to come to a resolution regarding the underlying Motion to Quash, but the parties agree on the filing of this Motion for Leave to File Under Seal and Plaintiffs do not oppose this Motion.

*/s/Christina A. Jump*
Christina A. Jump

**CERTIFICATE OF SERVICE**

The undersigned counsel certifies that on September 11, 2023, she caused the foregoing Motion to be served by electronically filing with the Clerk of the Court for the Northern District of Illinois using the CM/ECF system, and thereby serving by e-mail notification upon counsel for all parties of record.

*/s/ Christina A. Jump*
Christina A. Jump