IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| STANLEY BOIM, Individually and as Administrator of the Estate of David Boim, deceased; and JOYCE BOIM,<br><br>Plaintiffs,<br><br>v.<br><br>AMERICAN MUSLIMS FOR PALESTINE/ AMERICANS FOR JUSTICE IN PALESTINE EDUCATIONAL FOUNDATION; RAFEEQ JABER,<br><br>Defendants. | Civil No. 17-cv-03591<br><br>Hon. Andrea R. Wood<br><br>Hon. Heather McShain |

**PLAINTIFFS' MOTION FOR LEAVE TO FILE AFFIDAVIT OF DR. NIEWODOWSKI IN SUPPORT OF MOTION FOR PROTECTIVE ORDER**

Plaintiffs Stanley and Joyce Boim hereby move for leave to file the attached affidavit of Dr. Allen Niewodowski in support of their previously filed Motion for Protective Order (Doc. #313). In support of this motion, Plaintiffs state:

1. Plaintiffs' Motion for Protective Order is premised, in part, on the medical condition of Stanley and Joyce Boim.

2. Dr. Niewodowski, the Boim's treating physician for many years, is able to describe with greater particularity the conditions from which the Boims suffer that compromise their ability to testify at deposition.

3. Dr. Niewodowski was on vacation at the time Plaintiffs filed their motion and for several weeks before that, and unavailable to provide his affidavit until now.

1

4. Prior to filing this Motion for Leave, counsel for Plaintiffs conferred with counsel for Defendants by video conference regarding the filing of this Motion. Counsel for Defendants stated that she had no objection to this Motion or to the Court considering the affidavit of Dr. Niewodowski, but that the affidavit does not alter her view that Plaintiffs' Motion for Protective Order should be denied.

WHEREFORE, Plaintiffs pray that they be granted leave to file the attached affidavit instanter.

Dated: September 11, 2023

Respectfully submitted,

*s/Daniel I. Schlessinger*
Daniel I. Schlessinger
Seth H. Corthell
Jaszczuk P.C.
311 South Wacker Dr., Suite 2150
Chicago, IL 60606
(312) 442-0401
dschlessinger@jaszczuk.com
scorthell@jaszczuk.com

*Attorneys for Stanley Boim, Individually and as the Administrator of the Estate of David Boim, Deceased, and Joyce Boim*

Of Counsel
Nathan Lewin (*pro hac vice*)
Alyza Lewin (*pro hac vice*)
LEWIN & LEWIN LLP
888 17th Street NW, 4th Floor
Washington, DC 20006
(202) 828-1000

# המרכז לרפואת המשפחה הר-נוף
# HAR NOF FAMILY MEDICAL CENTER

| | |
|---|---|
| 57 Shaulson St. | רח' שאולזון 57 |
| P.O.B 43191, Jerusalem 9143101 | ת"ד 43191, ירושלים 9143101 |
| Tel. 02-6477300 | טל. 02-6477300 |
| Fax. 02-6541576 | פקס.02-6541576 |

## AFFIDAVIT OF DR. ALLAN NIEWODOWSKI

1. My name is Dr. Allan Niewodowski. I am a physician licensed to practice medicine in Israel and specializing in Family Medicine. I have been a licensed physician for forty years. I have treated Stanley and Joyce Boim for eighteen years, am well-familiar with their medical conditions and make these statements from my own personal knowledge.

2. Stanley Boim is an 83 year old man in very fragile condition. Mr. Boim suffers from hypertension diagnosed in 1994 that causes him to be easily agitated and unable to focus. He has periventricular leukomalaccia on brain CT diagnosed in December 2022 that causes memory loss and difficulty focusing. He has congestive heart failure diagnosed in 2023 and mitral insufficiency diagnosed in 2011, which present serious threats to his health, particularly if he is subjected to stress.

3. He had hip replacement surgery earlier this year, with a subsequent infection which required a long term hospitalization and inpatient rehabilitation stay, substantially weakening him. His gait is poor & unsteady & he requires a walking frame to stabilise his gait.

4. He has had several serious falls and a resulting subdural hemorrhage, which is a traumatic brain injury that occurred in February 2022 and has caused significant impairment to his cognitive ability.

5. Mr. Boim's medical conditions render him unable to concentrate for more than a few minutes and impair his ability to focus. In my opinion, he could not competently respond to detailed questioning regarding factual matters.

6. Mrs. Boim also suffers from chronic hypertension and has had a recent hospitalization for hip surgery. She is a frail woman of 77 years of age, and has also been diagnosed with Hypertension, Osteoporosis, Pulmonary Hypertension, SVT with frequent & debilitating palpitations & Valvulat Heart Diseae.

7. Mrs. Boim is on medication for all these conditions.

DR. ALLAN NIEWODOWSKI
MB BS, Dip RACOG
SPECIALIST IN FAMILY MEDICINE

# המרכז לרפואת המשפחה הר-נוף
## HAR NOF FAMILY MEDICAL CENTER

57 Shaulson St.                                            רח׳ שאולזון 57
P.O.B 43191, Jerusalem 9143101               ת״ד 43191, ירושלים 9143101
Tel. 02-6477300                                   טל. 02-6477300
Fax. 02-6541576                                  פקס.02-6541576

8. As a result od osteoprosis, Mrs. Boim also suffered from farctures ot he neck of feneur (hip) requring surgery & also afracture the humerus (upper arm). Her mobolity is very limited & she walks with the aid of a 4 point stick.

9. In my opinion, the stress of sitting for a deposition would risk serious threats to Mrs. Boim's health in view of her blood pressure issues and the depression she has suffered since the loss of her son, David Boim.

I, Allan Niewodowski, declare under penalty of perjury under the laws of the United States of America that the information set forth above is true and correct.

EXECUTED on this ninth day of September, 2023

By: _____

DR. ALLAN NIEWODOWSKI
MB BS, Dip RACOG
SPECIALIST IN FAMILY MEDICINE

3

## CERTIFICATE OF COMPLIANCE

Daniel I. Schlessinger, one of the counsel for Plaintiffs, certify that on September 11, 2023 at approximately 1:30 p.m., I conferred with Christina Jump, counsel for Defendants, regarding the filing of the foregoing Motion for Leave to File Affidavit, and that Ms. Jump stated that she did not object to our filing the Motion or to the Court considering the affidavit, but that she still opposes the Motion for Protective Order and believes it should be denied.

*s/ Daniel I. Schlessinger*

September 11, 2023