IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| STANLEY BOIM, Individually and as Administrator of the Estate of David Boim, deceased; and JOYCE BOIM,<br><br>Plaintiffs,<br><br>v.<br><br>AMERICAN MUSLIMS FOR PALESTINE/ AMERICANS FOR JUSTICE IN PALESTINE EDUCATIONAL FOUNDATION; RAFEEQ JABER,<br><br>Defendants. | Civil No. 17-cv-03591<br><br>Hon. Andrea Wood<br><br>Hon. Heather McShain |

**JOINT MOTION TO EXTEND
SCHEDULING ORDER AND DISCOVERY DEADLINES**

Plaintiffs Stanley and Joyce Boim ("Plaintiffs"), Defendants American Muslims for Palestine ("AMP"), Americans for Justice in Palestine Educational Foundation ("AJP") and Rafeeq Jaber (collectively, "Defendants") (all collectively, "the Parties") bring this Joint Motion to Extend Scheduling Order and Discovery Deadlines in this matter, for the reasons set forth below.

Much to this Court's likely relief, the Parties come in agreement today. As this Court knows, factual discovery continues and several disputes remain. These include the following:

- Whether Defendants may depose the Plaintiffs, or instead whether the Court will grant Plaintiffs' Motion for Protective Order (Doc. 313);

- Whether the engagement letter dated May 4, 2017 is subject to clawback, or instead whether this Court will grant Defendants' Motion to Quash Clawback (Docs. 318 (sealed) and 319 (redacted)); and

- Non-party the Mosque Foundation's pending Motion to Quash Plaintiffs' subpoena, which was transferred from Magistrate Judge Cummings on September 13, 2023.

Furthermore, the Parties remain in discussion regarding disputes concerning the deposition noticed under Fed. R. Civ. P. 30(b)(6), and postponed that deposition while efforts to reach an agreement without the need for court intervention continue. And, due to intervening illness as well as religious observance of counsel, the Parties postponed additional fact depositions by agreement, several of which are now reset for the first week of October. The Parties also continue to work to resolve disputes over Plaintiffs' Responses to Defendants' most recent discovery requests. And, Plaintiffs recently served subpoenas on two non-party witnesses, at least one of whom retained separate counsel, and the Parties continue discussions regarding the dates and scope of those depositions and the document requests that accompanied them.

Plaintiffs' Response to Defendants' Motion to Quash Clawback is due to this Court on September 25, 2023, the same date last set for filing dispositive motions. Doc. 322. And, the deadline for fact discovery, including all depositions, remains September 29, 2023. *Id*. Finally, as set forth in the Court's May 15, 2023 Minute Entry, the parties anticipate setting a schedule for expert discovery near the end of or after the close of fact discovery.

Based on the foregoing, the Parties respectfully request this Court extend all currently governing scheduling orders and deadlines, to sixty (60) days past the date of this Court's rulings on the pending discovery matters, and extend all remaining deadlines in the case by comparable lengths of time.

Dated this 19th day of September 2023.

/s/ *Christina Jump*
Christina A. Jump
Texas Bar No. 00795828
*Attorney for Defendants*
Samira Elhosary
Maryland Bar No. 2112140261
*Attorney for Defendants*

Constitutional Law Center for Muslims in America
100 North Central Expressway, Suite 1010
Richardson, TX 75080
Phone: (972) 914-2507
Fax: (972) 692-7454

Thomas Anthony Durkin
ID No. 0697966
2446 N. Clark Street
Chicago, IL 60614
Tel: 312-981-0123
Fax: 312-913-9235
tdurkin@durkinroberts.com
*Local Counsel for Defendants*


/s/ *Seth H. Corthell*
Daniel I. Schlessinger
Seth H. Corthell
Jaszczuk P.C.
311 South Wacker Dr., Suite 2150
Chicago, IL 60606
(312) 442-0401
dschlessinger@jaszczuk.com
scorthell@jaszczuk.com
*Attorneys for Stanley Boim,
Individually and as the Administrator of
the Estate of David Boim, Deceased, and Joyce Boim*
Of Counsel
Nathan Lewin (*pro hac vice*)
Alyza Lewin (*pro hac vice*)
LEWIN & LEWIN LLP
888 17th Street NW, 4th Floor
Washington, DC 20006
(202) 828-1000

3