## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

Stanley Boim, et al.

                         Plaintiff,

v.                                                       Case No.: 1:17–cv–03591
                                                              Honorable Andrea R. Wood

American Muslims for Palestine, et al.

                         Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, September 20, 2023:

       MINUTE entry before the Honorable Heather K. McShain: The Court has reviewed the parties' joint motion [323] to extend discovery deadlines by sixty days. In support of their motion, parties explain that discovery motions remain pending [313], [319] and that parties had to postpone several fact depositions because of illness and religious observance. [323] 2. In light of the parties' diligence in pursuing discovery, the Court grants the parties' motion [323] and extends the fact discovery deadline [306] until 11/29/2023. Mailed notice. (pk, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.