# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| STANLEY BOIM, Individually and as Administrator of the Estate of David Boim, deceased; and JOYCE BOIM,<br><br>Plaintiffs,<br><br>v.<br><br>AMERICAN MUSLIMS FOR PALESTINE/ AMERICANS FOR JUSTICE IN PALESTINE EDUCATIONAL FOUNDATION; RAFEEQ JABER,<br><br>Defendants. | Civil No. 17-cv-03591<br><br>Hon. Andrea Wood<br><br>Hon. Heather McShain |

## DECLARATION OF BRACHAH REICH

I, Brachah Reich, declare and state as follows:

1. I am of sound mind and over the age of 18. I make this Declaration based upon my personal knowledge and information available to me the in the course of my employment with the Megalim Institute ("Megalim").

2. In May of 2017, I was living in Israel and employed at Megalim, a multidisciplinary learning and research center in Jerusalem.

3. Around that time, my parents, Stanley and Joyce Boim (the "Boims") asked me to scan and send a letter to their attorneys at Lewin & Lewin.

4. My parents requested that I scan and send the letter because they did not have a computer or scanner. Moreover, as elderly individuals, they did not have the technological fluency necessary to operate a computer or scanner.

5.  As such, to assist my parents, I used Megalim's scanner to scan and send the letter to my Megalim-issued email address. I then sent the letter to my personal email address and then forwarded it along to Lewin & Lewin.

6.  My only intent was to transmit the letter to Lewin & Lewin on behalf of my parents.

7.  I was not involved in any of my parents' preceding consultations with Lewin & Lewin, nor did I read the contents of the letter.

8.  At the time I scanned the letter, the network to which the Megalim scanner and my computer were connected was password protected.

9.  When I scanned the letter, I scanned it as an image PDF, meaning it was not text searchable. I did not take any subsequent steps to render the PDF text searchable.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

EXECUTED in __ISRAEL__, this __21__ day of September 2023.

*Brachah Reich*
Brachah Reich