IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| STANLEY BOIM, INDIVIDUALLY AND AS ADMINISTRATOR OF THE ESTATE OF DAVID BOIM, DECEASED, AND JOYCE BOIM, <br><br> Plaintiffs, <br><br> v. <br><br> AMERICAN MUSLIMS FOR PALESTINE; AMERICANS FOR JUSTICE IN PALESTINE EDUCATIONAL FOUNDATION; AND RAFEEQ JABER, <br><br> Defendants. | Civil No. 17-cv-03591 <br><br> Hon. Andrea Wood <br><br> Hon. Heather McShain |

## MOTION FOR LEAVE TO FILE DOCUMENTS PROVISIONALLY UNDER SEAL

Pursuant to L.R. 26.2(c), Plaintiffs Stanley Boim, individually and as administrator of the estate of David Boim, deceased, and Joyce Boim (together, "Plaintiffs") move to file an unredacted version of their Response in Opposition to Defendants' Motion to Quash (the "Response"), electronically under seal. In support of this motion, Plaintiffs state as follows:

1. L.R. 26.2(c) requires a party wishing to file a document or portion of a document electronically under seal in connection with a motion, brief or other submission to: (1) provisionally file the document electronically under seal; (2) file electronically at the same time a public-record version of the brief, motion, or other submission with only the sealed document excluded; and (3) move the court for leave to file the document under seal.

2. Plaintiffs' Response includes explicit reference to a document, and the contents of the document, which Plaintiffs contend is confidential, protected by privilege, and was inadvertently disclosed. The question of whether the document is privileged is one the Court

must decide when it rules upon Defendants' Motion to Quash. Accordingly, filing the Response provisionally under seal is necessary to protect the asserted privilege of the document until such time as the Court can rule on the Motion to Quash.

3. Pursuant to L.R. 26.2(c), Plaintiffs are provisionally filing the full version of the Response electronically under seal. Plaintiffs are also electronically filing a redacted public-record version that is *not* under seal. This motion seeks leave to file the Response under seal, as required by L.R. 26.2(c).

4. There is no prejudice to Defendants from filing the unredacted Response under provisional seal as both Defendants and the Court will still have access to the unredacted Response.

THEREFORE, for the foregoing reasons, Plaintiffs request that the Court grant them leave to file the Response to the Motion to Quash provisionally under seal.

Date: September 25, 2023　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　　　s/ Seth H. Corthell
　　　　　　　　　　　　　　　　　　　　　　　Daniel I. Schlessinger
　　　　　　　　　　　　　　　　　　　　　　　Seth H. Corthell
　　　　　　　　　　　　　　　　　　　　　　　Jaszczuk P.C.
　　　　　　　　　　　　　　　　　　　　　　　311 South Wacker Dr., Suite 2150
　　　　　　　　　　　　　　　　　　　　　　　Chicago, IL 60606
　　　　　　　　　　　　　　　　　　　　　　　(312) 442-0401
　　　　　　　　　　　　　　　　　　　　　　　dschlessinger@jaszczuk.com
　　　　　　　　　　　　　　　　　　　　　　　scorthell@jaszczuk.com

　　　　　　　　　　　　　　　　　　　　　　　*Attorneys for Stanley Boim, Individually and as the Administrator of the Estate of David Boim, Deceased, and Joyce Boim*

Of Counsel
Nathan Lewin (*pro hac vice*)
Alyza D. Lewin (*pro hac vice*)
LEWIN & LEWIN LLP
888 17th Street NW, 4th Floor
Washington, D.C. 20006
(202 828-1000

3

## **CERTIFICATE OF SERVICE**

  I HEREBY CERTIFY that a true and correct copy of the foregoing has been filed electronically using the Court's CM/ECF system and has been served to all parties via email through CM/ECF on this 25th day of September 2023.

<i>/s/ Seth H. Corthell</i>