# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

Stanley Boim, et al.

                              Plaintiff,

v.                                                                     Case No.: 1:17–cv–03591
                                                                                   Honorable Andrea R. Wood

American Muslims for Palestine, et al.

                              Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, October 12, 2023:

      MINUTE entry before the Honorable Heather K. McShain: The Court has reviewed the parties' joint status report [331] which reports on written discovery that parties continue to supplement their discovery responses in accordance with the Court 9;s orders on the parties' motions to compel [300] [304]. On oral discovery, plaintiffs deposed two witnesses and intend to depose three additional witnesses. Plaintiffs also modified their Rule 30(b)(6) deposition notice. In the report, plaintiffs request confirmation whether the Court considered Dr. Niewodowski's affidavit [321] in denying plaintiffs' motion for a protective order [313]. [330]. The Court acknowledges that, due to an oversight on its part, the Court did not consider Dr. Niewodowski's in ruling on the motion. Accordingly, the Court has taken the motion and affidavit under advisement, and defendants are granted leave to file a response of no more than five pages addressing plaintiffs' submitted affidavit [321] by 10/17/2023. Mailed notice. (pk, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.