# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

Stanley Boim, et al.

                    Plaintiff,

v.                                              Case No.: 1:17–cv–03591
                                                          Honorable Andrea R. Wood

American Muslims for Palestine, et al.

                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, October 19, 2023:

      MINUTE entry before the Honorable Heather K. McShain: Deponent Odeh's motion for a protective order [334] is entered and continued. Plaintiffs' response due 10/31/2023. No reply brief to be filed unless one is ordered by the Court. Mailed notice (ec)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.