IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| STANLEY BOIM, INDIVIDUALLY AND AS ADMINISTRATOR OF THE ESTATE OF DAVID BOIM, DECEASED, AND JOYCE BOIM, <br><br> Plaintiffs, <br><br> v. <br><br> AMERICAN MUSLIMS FOR PALESTINE; AMERICANS FOR JUSTICE IN PALESTINE EDUCATIONAL FOUNDATION; AND RAFEEQ JABER, <br><br> Defendants. | Civil No. 17-cv-03591 <br><br> Hon. Andrea Wood <br><br> Hon. Heather McShain |

## MOTION FOR LEAVE TO FILE DOCUMENTS UNDER SEAL

Pursuant to L.R. 26.2(c), Plaintiffs Stanley Boim, individually and as administrator of the estate of David Boim, deceased, and Joyce Boim (together, "Plaintiffs") move to file an unredacted version of their Response in Opposition to Magdi Odeh's Motion for Protective Order (the "Response") and Exhibits A and B thereto, electronically under seal. In support of this motion, Plaintiffs state as follows:

1. On May 23, 2018, this Court entered an Agreed Confidentiality Order (Dkt. 71, the "Order") permitting parties producing materials in discovery to designate certain types of materials "CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER." Documents so designated can only be disclosed to certain categories of persons, including to the Court and its personnel. If a party seeks to file a document designated as confidential in connection with a motion, the order directs the party to comply with L.R. 26.2. (Dkt. 71 ¶ 7.)

2. L.R. 26.2(c) requires a party wishing to file a document or portion of a document electronically under seal in connection with a motion, brief or other submission to: (1) provisionally file the document electronically under seal; (2) file electronically at the same time a public-record version of the brief, motion, or other submission with only the sealed document excluded; and (3) move the court for leave to file the document under seal.

3. Pursuant to the Confidentiality Order, Plaintiffs and Defendants have designated certain documents "CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER." Plaintiffs' Response includes references to information contained in one document Plaintiffs have designated Confidential and another document Defendants have designated Confidential. Those documents are also attached to the Response as Exhibits A and B.

4. Pursuant to L.R. 26.2(c), Plaintiffs are provisionally filing the full version of the Response with Exhibits A and B electronically under seal. Plaintiffs are also electronically filing a redacted public-record version without Exhibits A and B that is *not* under seal. This motion seeks leave to file the Response and Exhibits A and B thereto under seal, as required by L.R. 26.2(c).

5. There is no prejudice to Defendants from filing the unredacted Response and Confidential Exhibits A and B under provisional seal as both Defendants and the Court will still have access to the unredacted Response and Exhibits.

THEREFORE, for the foregoing reasons, Plaintiffs request that the Court grant them leave to file the Response to the Motion to Protective Order and Exhibits A and B thereto under seal.

Date: October 31, 2023    Respectfully submitted,

*s/ Seth H. Corthell*
Daniel I. Schlessinger
Seth H. Corthell
Jaszczuk P.C.
311 South Wacker Dr., Suite 2150
Chicago, IL 60606
(312) 442-0401
dschlessinger@jaszczuk.com
scorthell@jaszczuk.com

*Attorneys for Stanley Boim, Individually and as the Administrator of the Estate of David Boim, Deceased, and Joyce Boim*

Of Counsel
Nathan Lewin (*pro hac vice*)
Alyza D. Lewin (*pro hac vice*)
LEWIN & LEWIN LLP
888 17th Street NW, 4th Floor
Washington, D.C. 20006
(202 828-1000

3

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing has been filed electronically using the Court's CM/ECF system and has been served to all parties via email through CM/ECF on this 31st day of October 2023.

*s/ Seth H. Corthell*