# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| STANLEY BOIM, Individually and as Administrator of the Estate of David Boim, deceased; and JOYCE BOIM,<br><br>Plaintiffs,<br><br>v.<br><br>AMERICAN MUSLIMS FOR PALESTINE/ AMERICANS FOR JUSTICE IN PALESTINE EDUCATIONAL FOUNDATION; RAFEEQ JABER,<br><br>Defendants. | Civil No. 17-cv-03591<br><br>Hon. Andrea Wood<br><br>Hon. Heather McShain |

## JOINT MOTION TO EXTEND
## SCHEDULING ORDER AND DISCOVERY DEADLINES

Plaintiffs Stanley and Joyce Boim ("Plaintiffs"), Defendants American Muslims for Palestine ("AMP"), Americans for Justice in Palestine Educational Foundation ("AJP") and Rafeeq Jaber (collectively, "Defendants") (all collectively, "the Parties") bring this Joint Motion to Extend Scheduling Order and Discovery Deadlines in this matter, for the reasons set forth below.

The Parties continue to pursue fact discovery in this matter. As it stands, Plaintiffs have taken depositions of two witnesses represented by Defendants' counsel. The Parties postponed two other previously scheduled depositions due to scheduling issues of Defendants' designee/corporate representative. The Parties have tentatively scheduled the deposition of Joyce Boim, who will be sitting for the deposition in Israel, for November 28 and 29, but given the ongoing conflict in the region, it appears unlikely that the deposition will move forward on either of the tentative dates. The scheduling of the deposition of another witness represented by

Defendants' counsel has been delayed due to health issues of that witness. In addition, the deposition of Magdi Odeh was postponed due to Mr. Odeh's Motion for Protective Order.

In addition, several discovery disputes also remain open. These include: (1) the Mosque Foundation's challenge to the September 25, 2023 Report and Recommendation; (2) Defendants' Motion to Quash Plaintiffs' Claw-Back Letter; and (3) Magdi Odeh's Motion for Protective Order.

Based on the foregoing, the Parties respectfully request this Court extend all currently governing scheduling orders and deadlines to sixty (60) days from the current deadline of November 29, 2023.

Date: November 6, 2023

Respectfully submitted,

| | |
|---|---|
| *s/ Christina A. Jump* | *s/ Seth H. Corthell* |
| Christina A. Jump | Daniel I. Schlessinger |
| Texas Bar No. 00795828 | Seth H. Corthell |
| Attorney for Defendants | Jaszczuk P.C. |
| Samira Elhosary | 311 South Wacker Dr., Suite 2150 |
| Maryland Bar No. 2112140261 | Chicago, IL 60606 |
| *Attorney for Defendants* | (312) 442-0401 |
| | dschlessinger@jaszczuk.com |
| Constitutional Law Center for Muslims in America | scorthell@jaszczuk.com |
| 100 North Central Expressway, Suite 1010 | Nathan Lewin (*pro hac vice*) |
| Richardson, TX 75080 | Alyza D. Lewin (*pro hac vice*) |
| Phone: (972) 914-2507 | LEWIN & LEWIN LLP |
| Fax: (972) 692-7454 | 888 17th Street NW, 4th Floor |
| | Washington, D.C. 20006 |
| Thomas Anthony Durkin | (202) 828-1000 |
| ID No. 0697966 | |
| 2446 N. Clark Street | *Attorneys for Stanley Boim, Individually and as the Administrator of the Estate of David Boim, Deceased, and Joyce Boim* |
| Chicago, IL 60614 | |
| Tel: 312-981-0123 | |
| Fax: 312-913-9235 | |
| tdurkin@durkinroberts.com | |
| | |
| *Local Counsel for Defendants* | |