# -EXHIBIT C-

**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| STANLEY BOIM, Individually and as Administrator of the Estate of David Boim, deceased; and JOYCE BOIM, <br><br> Plaintiffs, <br><br> v. <br><br> AMERICAN MUSLIMS FOR PALESTINE/ AMERICANS FOR JUSTICE IN PALESTINE EDUCATIONAL FOUNDATION; RAFEEQ JABER, <br><br><br> Defendants. | Civil No. 17-cv-03591 <br><br><br> Hon. Andrea Wood <br><br> Hon. Magistrate Heather McShain |

**ENTITY DEFENDANTS' SUPPLEMENTAL**
**OBJECTIONS AND RESPONSES TO PLAINTIFFS' DISCOVERY REQUESTS**

In accordance with the May 3, 2023 Order from the Honorable Heather K. McShain (Doc. 304), Defendants American Muslims for Palestine ("AMP") and Americans for Justice in Palestine Educational Foundation ("AJP") (together with AMP, "Entity Defendants") hereby submit the following Supplemental Objections and Responses to Plaintiffs' Discovery Requests(Doc. 272.5). Where applicable, Entity Defendants incorporate by reference the definitions set forth in Entity Defendants' Discovery Requests to Stanley Boim, Individually and as Administrator of the Estate of David Boim (Deceased), originally propounded on August 17, 2022 and revised in part on November 18, 2022. Entity Defendants further incorporate by reference their General Objections set forth in their Amended Objections and Responses propounded on December 01, 2022.

1

## **SUPPLEMENTAL RESPONSES TO REQUESTS FOR PRODUCTION**

1. **All certificates of incorporation or other formation documents, registrations, revocations, bylaws, lists of officers, lists of directors and qualifications to operate in any state, by or on behalf of AMP or AJP or any chapter, regional office or affiliate of either**.

ORIGINAL RESPONSE: Entity Defendants object to this Request as overbroad and not limited in time and scope. Entity Defendants further object to the extent that they have already produced this documentation to Plaintiffs during jurisdictional discovery. Subject to the foregoing objections, Defendants refer the following documentation.

Please see documents previously produced (documents 0000006 – 0000030; 0000034; 0000051; 0000056; 002573 – 002579; 002581; 002594 – 002660; and 004135 -- 004409). The Defendants further refer Plaintiffs to pages reflecting members of the Board of Directors of AMP as evidenced by relevant historic pages from AMP's website, previously produced, as well as publicly available documents. Furthermore, please reference documents bates labeled 002594 –002660 and 004410 – 004422, previously produced in accordance with the execution of the Agreed Confidentiality Order. Furthermore, please see Defendants' Third Amended Objections and Interrogatory Responses to American Muslims for Palestine and Americans for Justice in Palestine Educational Foundation, provided on November 29, 2018.

SUPPLEMENTAL RESPONSE: Included in the previously produced materials referenced above are all formation documents for both organizations, including those reflecting the change in the organizational structure of the two organizations beginning in 2016. Please see documents Bates labeled 000031, 32, 35, 38, 39, 41, 43, 49, 52, and 59.

Entity Defendants also attach screenshots from web-archived versions of Entity

Defendants' website, reflecting the list of members of AMP's boards of directors from 2011-2018.

2. **All documents relating to the hierarchy and structure of AMP or AJP. Include in your response organization charts, reporting structures, list of officers, directors and employees, and documents relating to the relationship of AMP or AJP to chapters, regional officers and affiliates.**

ORIGINAL RESPONSE: Entity Defendants object to this Request as overbroad and not limited in time and scope. Entity Defendants further object to the extent they have already produced this documentation to Plaintiffs during jurisdictional discovery. Subject to the foregoing objections, Defendants refer to the following documentation.

To the extent these documents were retained in the normal course of business and are in the possession of Defendants, please see documents previously produced in response to this Request (documents 0000001 – 0000002; 0000005 – 0000068; 002573 – 002590; and 004135 -- 004409). Defendants further refer Plaintiffs to the full archive of the relevant Twitter and Facebook accounts, as well as relevant historic website pages produced in this matter, and publicly available documents. Please see documents Bates labeled 005443 - 005517. Please also see the Defendants' Second Amended Objections and Responses to Plaintiffs' Jurisdiction Interrogatories to Defendants American Muslims for Palestine and Americans for Justice in Palestine Educational Foundation, and Defendants' Third Amended Objections and Interrogatory Responses to American Muslims for Palestine and Americans for Justice in Palestine Educational Foundation.

SUPPLEMENTAL RESPONSE: Please see the original and supplemental production at the Bates labels referenced in the response and supplemental response to RFP 1 above.

3

**4. All documents constituting or relating to AMP's or AJP's filings with the Internal Revenue Service or other taxing authority, including without limitation the filings of Form 990 and any tax returns.**

ORIGINAL RESPONSE: Entity Defendants object to this Request to the extent that it seeks information that is a matter of public record and is therefore equally accessible by Plaintiffs; Entity Defendants further object to the extent that they have already produced this documentation to Plaintiffs during jurisdictional discovery. Entity Defendants further object to this Request as not limited to a timeframe reasonably calculated to lead to the discovery of admissible evidence. Subject to the foregoing objections, Entity Defendants refer to the following documentation.

To the extent these documents are in the possession of Defendants, please see documents previously produced (documents bates labeled 000277 – 000456; 002559 – 002579; and 002591 – 002593). Please also note Defendants' previous response of November 29, 2018, in Defendants' Third Amended Objections and Interrogatory Responses to American Muslims for Palestine and Americans for Justice in Palestine Educational Foundation at Response to Interrogatory No. 5, where Defendants articulated that "AMP ... fell below the threshold for filing tax returns." As AMP had receipts, revenue etc. totaling less than $50,000 annually in its early years of formation, AMP had no requirement to file a form 990 and therefore did not do so. Defendants already produced 990 forms filed regarding AJP beginning for 2010, the year after its November 2009 formation.

SUPPLEMENTAL RESPONSE: Please see the previously produced documents Bates labeled 000227-000456 for all responsive records through 2016. Entity Defendants further supplement with the Forms 990 from 2011 and 2018, Bates labeled 005821-006070 and produced with these Supplemental Responses.

4

**7. All documents relating to the mission, objectives, purposes, and goals of IAP, AMS, AMP or AJP.**

<u>ORIGINAL RESPONSE</u>: Entity Defendants state that, as to IAP and AMS, they have no responsive documentation within their possession, custody or control. As to AMP and/or AJP, Entity Defendants object to the extent that they have already produced this documentation to Plaintiffs during jurisdictional discovery. Subject to the foregoing objection, Entity Defendants respond that their mission is publicly available through their website. In addition, Entity Defendants refer Plaintiffs to the following documentation.

As to any documents in the possession of Defendants, please see documents previously produced in response to this Request (documents 000008 – 000030; 000034; 000065; 002573 – 002579; 002658-002660; and 004135 – 004409, 005443 – 005517). Please also see Declaration of Munjed Ahmad, previously produced in this matter, and documents referenced therein. In addition, due to information and documents which became available during the limited jurisdictional interrogatories in this matter, please reference this statement contained in the 2007 conference program, already in the Plaintiffs' possession, by Munjed Ahmad, the Convention Chair for the 2007 AMP annual conference, stating in relevant part: "let us not lose sight of the main purpose of this gathering which is to inform, educate and truly understand the plight of our Palestinian brothers and sisters." Please also reference the same 2007 conference program for statements regarding the purposes of AMP, which are to "(1) provide unique American perspective on all issues pertaining to Palestine; (2) re-connect the American Muslim community with Palestine's rich heritage; (3) provide regular educational programs; and (4) develop a number of publications to advance the mission of the organization."

<u>SUPPLEMENTAL RESPONSE</u>: Please see documents Bates labeled 0002652-002657,

5

004434-004445, and 004459-004468. Please also see the Third Declaration of Munjed Ahmad, executed November 27, 2018, and the documents referenced therein. In addition, please see the program for AMP's 2007 conference, already in Plaintiffs' possession and located at Exhibit 69 to the deposition of Munjed Ahmad, and the information on Entity Defendants' mission and goals contained therein. The mission, objectives, purposes, and goals of Entity Defendants have not changed, so there are no additional responsive documents from 2011-2018 reflecting any other purposes. Nonetheless, for ease of reference and the convenience of the parties, please see supplemental production of Bates labels 005555-005644.

9. **All publications, blogs, web page content, social media posts, communications with potential donors or sponsors, fundraising documents, advertisements, newsletters, conference materials, children's publications, re-prints, translations, or other documents written, prepared, published, promulgated, posted, linked to, or distributed by or at the direction of either AMP or AJP (or any representative).**

ORIGINAL RESPONSE: Entity Defendants object to this Request as overbroad and not limited in time, scope or content. Entity Defendants further object to the extent that they have already produced this documentation to Plaintiffs during jurisdictional discovery. Subject to the foregoing objections, Entity Defendants respond that all publications, social media posts and web page content are publicly and equally available to Plaintiffs through Entity Defendants website and social media (in addition to being previously and directly produced). Public availability notwithstanding, Entity Defendants refer Plaintiffs to the following documentation.

Please see documents previously produced in response Plaintiffs' Requests (documents 000069 – 000276; 000457 – 002558; 002661 – 004134; and 004135 – 004409, as well as zip files provided separately). Please also see documents labeled 005443 - 005517. Please also see the

Defendants' Second Amended Objections and Responses to Plaintiffs' Jurisdiction Interrogatories to Defendants Rafeeq Jaber, Abdelbaset Hamayel, and Osama Abuirshaid, as well as the Defendants' Second Amended Objections and Responses to Plaintiffs' Jurisdiction Interrogatories to Defendants American Muslims for Palestine and Americans for Justice in Palestine Educational Foundation, and Defendants' Third Amended Objections and Responses to Plaintiffs' Jurisdictional Interrogatories to Defendants American Muslims for Palestine and Americans for Justice in Palestine Educational Foundation. Please also see full Twitter and Facebook archives produced in this matter, for the lives of those accounts, as well as relevant historic website pages already produced in this matter and therefore in the possession of Plaintiffs.

SUPPLEMENTAL RESPONSE: Entity Defendants refer Plaintiffs to the previously produced Twitter, Facebook, and webpage archives, which are complete through 2018. These are also publicly available at ampalestine.org and @ampalestine for Twitter and Instagram.

**10. All recordings, video recordings, transcripts, notes or other documents recording or reflecting the content of any meeting, speech, conference, presentation, fundraiser or event that AMP or AJP (or any representative) sponsored, hosted, delivered or supported.**

ORIGINAL RESPONSE: Entity Defendants object to this Request as overbroad and not limited in time, scope or content. All material related to any meeting, speech, conferences, presentation, fundraiser or event with which AMP/AJP has been affiliated, or by any of its representatives anywhere at any time, is an unduly burdensome request, and as written, this Request is not tailored to documents that are reasonably calculated to lead to the discovery of admissible evidence. Entity Defendants further object to the extent that they have already produced responsive documentation to Plaintiffs during jurisdictional discovery. Subject to the

foregoing objections, Entity Defendants respond that the majority of the information requested is publicly available through Entity Defendants website and social media. Public availability notwithstanding, Entity Defendants refer Plaintiffs to the following documentation.

To the extent any responsive documents are in the possession of Entity Defendants, please see documents previously produced in response to these Requests, including the mission statement which addresses education and peace efforts both domestically and internationally (documents 000008 – 000030; 000034; 000065; 002573 – 002579; and 004135 – 004409; 005443 - 005517). Please also see Entity Defendants' Second Amended Objections and Responses to Plaintiffs' Jurisdiction Interrogatories to Defendants Rafeeq Jaber, Abdelbaset Hamayel, and Osama Abuirshaid, as well as the Defendants' Second Amended Objections and Responses to Plaintiffs' Jurisdiction Interrogatories to Defendants American Muslims for Palestine and Americans for Justice in Palestine Educational Foundation and Defendants' Third Amended Objections and Responses to Plaintiffs' Jurisdictional Interrogatories to Defendants American Muslims for Palestine and Americans for Justice in Palestine Educational Foundation. Please also note videos, photographs and links contained within full archives of Twitter and Facebook accounts produced in this matter, as well as relevant historic website pages have already been produced to Plaintiffs in this matter and are therefore already in their possession.

SUPPLEMENTAL RESPONSE: Please see AMP's annual conference agendas reflecting its conferences from inception through 2018, previously produced and supplemented at 005555-005644.

**11. All communications with, and documents relating to payments to or from, any speakers, sponsors, partners, and attendees of conferences, meetings, fundraisers or other events conducted, sponsored or promoted by AMP or AJP.**

ORIGINAL RESPONSE: Entity Defendants object to this Request as overbroad and not limited in time and scope. As written, this Request is not tailored to documents that are reasonably calculated to lead to the discovery of admissible evidence on the question of alter ego and/or successor liability. Defendants further object to this Request to the extent that it seeks the private information of non-parties. Subject to the foregoing objections, Entity Defendants produce the following documentation.

To the extent any such information was provided via social media by AMP and/or AJP, please see previously produced social media documents, as well as the full archives of the relevant Twitter and Facebook accounts previously produced in this matter, and relevant historic website pages also produced (documents bates labeled 002661 – 004134; and 004135 – 004409; 005443 - 005517, as well as zip files provided separately). Social media accounts are also public and therefore equally available to Plaintiffs in this matter. Please also see the Defendants' Second Amended Objections and Responses to Plaintiffs' Jurisdiction Interrogatories to Defendants Rafeeq Jaber, Abdelbaset Hamayel, and Osama Abuirshaid, as well as the Defendants' Second Amended Objections and Responses to Plaintiffs' Jurisdiction Interrogatories to Defendants American Muslims for Palestine and Americans for Justice in Palestine Educational Foundation and Defendants' Third Amended Objections and Responses to Plaintiffs' Jurisdictional Interrogatories to Defendants American Muslims for Palestine and Americans for Justice in Palestine Educational Foundation. As to the time frame up to and including 2010, AMP did not pay its speakers. Defendants did reimburse speakers for reasonable travel to and from conferences,

and did provide hotel accommodations for those speakers as well.

SUPPLEMENTAL RESPONSE: As identified in the deposition testimony of Munjed Ahmad and Abdelbaset Hamayel, as well as Osama Abuirshaid and to a lesser extent Salah Sarsour, Entity Defendants cover the expenses for invited speakers, including meals during the conference, hotel rooms and reasonable airfare. AMP also offers a small stipend to speakers as an honorarium, which for the relevant time frames for this discovery was approximately $100 to $300 depending on the year, although many speakers decline the offer of the stipend.

**12. All document [sic] relating to fundraising activities conducted, sponsored, promoted, advertised, authorized or participated in by AMP or AJP, including fundraising for the benefit of other organizations.**

ORIGINAL RESPONSE: Entity Defendants object to this Request as overbroad and not limited in time, scope or content. Entity Defendants further object to the extent that they have already produced this documentation to Plaintiffs during jurisdictional discovery. Subject to the foregoing objections, Entity Defendants produce the following documentation.

Neither AMP nor AJP does fundraising on behalf of any other entity. As to its own efforts, see archives of relevant Twitter and Facebook accounts, previously produced, as well as relevant historic website pages previously identified (documents bates labeled 002661 – 004134; and 004135 – 004409, as well as zip files provided separately). As a supplement to previous production, please see documents Bates labeled 005443 – 005517. Please also see the Second Declaration of Munjed Ahmad, along with the corresponding Confidential exhibit attached to that declaration, for information as to donors and sponsors.

SUPPLEMENTAL RESPONSE: Please see relevant portions of the 990s through 2018, at Bates labels 005821-006070. In addition, note the testimony of Munjed Ahmad, that AMP does

10

not fundraise for other organizations. See also Deposition of Munjed Ahmad at pp. 250 – 266.

**13. All documents relating to income generated by either AMP or AJP other than through the fundraising activities referenced in the preceding request.**

ORIGINAL RESPONSE: Entity Defendants object to this Request as overbroad and not limited in time, scope or content. Entity Defendants further object to the extent that they have already produced this documentation to Plaintiffs during jurisdictional discovery. Subject to the foregoing objections, Entity Defendants produce the following documentation.

Subject to the foregoing objections, Entity Defendants respond as follows: Please see documents previously produced (documents bates labeled 000277 – 000456; 002559 – 002579; and 002591 – 002593). Please also see Exhibit 1 to the Second Declaration of Munjed Ahmad, and the declaration itself, which identifies sponsors and donors based on recollections of the Entity Defendants. Additionally, Defendants respond that they do occasionally sell materials, such as books, at events; however, proceeds raised are nominal. At this time, Defendants are not aware of any further responsive documentation for the time frame identified in their general objections to these Requests (of up to and including 2010). Should Defendants identify any further responsive documents within this time frame, Defendants will supplement.

SUPPLEMENTAL RESPONSE: Please see the supplemental response to Request No. 4 above.

**14. Documents relating to the registration and maintenance of any website, blog, social media account, or internet domain name owned, controlled, created or maintained by or on behalf of AMP or AJP.**

ORIGINAL RESPONSE: Entity Defendants object to this Request as overbroad and not limited in time, scope or content. Entity Defendants further object to the extent that they have already produced this documentation to Plaintiffs during jurisdictional discovery. Subject to the

11

foregoing objections, Entity Defendants produce the following documentation.

To the extent not otherwise protected, please see the archives of Defendant AMP and AJP's relevant Twitter and Facebook accounts, previously produced (documents bates labeled 002661 – 004134; and 004135 – 004409, as well as zip files provided separately). Defendants further respond that AMP and AJP are strictly American organizations, funded by voluntary donations made entirely within the United States. Defendants also respond that they have a publicly available Instagram account under the handle AMPalestine.

SUPPLEMENTAL RESPONSE: Entity Defendants direct Plaintiffs to the full Twitter and Facebook archives previously produced, which reflect the social media posts for Entity Defendants through 2018. Entity Defendants have made no significant changes to their social media accounts since the production of that data, which covers the timeframe ordered by this Court for fact discovery.

**17. All documents relating to any transfers of funds between AJP and AMP.**

ORIGINAL RESPONSE: Entity Defendants object to this Request as overbroad and not limited in time and scope. Furthermore, this Request is not reasonably calculated to lead to the discovery of admissible evidence relevant to the causes of action asserted in this matter. Additionally, Defendants respond that this Request is not applicable, as AMP does business as a d/b/a of AJP and has since approximately 2015; there are no separate accounts for each Entity Defendant since that time.

SUPPLEMENTAL RESPONSE: Please see the attached supplemental production including bank account statements for the relevant and responsive timeframe ordered by this Court, at Bates labels 005645-005820. Please also note that the production of these bank account statements stops as of the date that payroll and other regular business operations merged into one account after the

12

organizations began officially operating jointly.

**19. All documents relating to annual conferences held by IAP, AMP or AJP (or any affiliate of any of them), including without limitation documents relating to speakers, agendas, publicity, participants, sponsors, organizations with booths, partners, attendees, the cessation of IAP conferences, and the commencement of AMP conferences.**

ORIGINAL RESPONSE: Entity Defendants object to this Request as overbroad and not limited in time and scope. Defendants further object to this Request to the extent that it requests documentation already produced to Plaintiffs during jurisdictional discovery. Subject to the foregoing objections, Entity Defendants respond as follows: as to conferences held by IAP or the cessation of IAP conferences, Defendants have no responsive documentation within their possession; as to AMP conferences, Entity Defendants produce the following documentation and point Plaintiffs to the publicly available information on Entity Defendants website and social media pages.

As to conferences held by IAP or the cessation of IAP conferences, no related documents are in the possession of any Defendants. As to AMP conferences, please see content contained within the full archives of the relevant Twitter and Facebook accounts, previously produced, and the relevant historic website pages produced in this matter (documents bates labeled 002661 – 004409 and separately produced zip files). As a supplement to previous production as to events held by the Entity Defendants, with no relation to IAP, please see previously produced documents bates labeled 005443 – 005517. Furthermore, please see the deposition exhibits previously presented by counsel for Plaintiffs in this matter, many of which purport to be early programs from AMP conventions.

SUPPLEMENTAL RESPONSE: Entity Defendants further provide supplemental production

13

at Bates labels 005555-005644. Entity Defendants continue to be without custody or control over any responsive documents relating to any entity other than AMP/AJP; Entity Defendants refer Plaintiffs back to their own documents used at depositions in this matter, including Abuirshaid deposition exhibits 24, 31 and 32.

**20. All documents relating to the event in Detroit, Michigan in 2015 sponsored by AMP (and/or affiliates), which raised approximately $200,000 for charitable purposes in Gaza. (*See* https://www.eremnews.com/news/arab-world/249203 )**

ORIGINAL RESPONSE: Entity Defendants object to this Request as not reasonably calculated to lead to the discovery of admissible evidence on the question of alter ego and/or successor liability, and outside the reasonable scope of time relevant to the formation and early operation of Entity Defendants. Entity Defendants further object to this Request to the extent that it seeks documentation or information that has already been produced to Plaintiffs during jurisdictional discovery. Subject to the foregoing objections, Entity Defendants respond as follows: AMP served in an educational role at the referenced event; donations were collected for United Muslim Relief, a charitable organization which is, to the best of the knowledge of Defendants, in good legal standing. Defendants object to any translation of the article cited above into English which may erroneously imply otherwise. Furthermore, no Defendant drafted the referenced article, and Defendants therefore do not vouch for its accuracy. As to any relevant posting regarding the referenced event, please see full archives of the relevant Twitter and Facebook pages, as well as relevant historic website pages, previously produced in this matter (documents bates labeled 002661 – 004409 and separately produced zip files). Defendants do not have any additional responsive documentation within their possession, custody or control.

14

SUPPLEMENTAL RESPONSE: Entity Defendants supplement with the following publicly available Facebook page links that refer to the above-referenced event. Further, Entity Defendants provide PDF documents reflecting the contents of the websites linked below, at Bates labels 005593-005601.

https://www.facebook.com/americanmuslimsforpalestinedetroit/
https://www.facebook.com/events/1586737521538222?active_tab=about

**21. All documents relating to any representative of AMP or AJP appearing as a speaker, presenter or panelist at any fundraiser, meeting, conference or event sponsored by persons or entities other than AMP or AJP.**

ORIGINAL RESPONSE: Entity Defendants object to this Request as overbroad and not limited in time and scope. Entity Defendants further object to this Request as not limited to documentation that is reasonably calculated to lead to the discovery of admissible evidence; representatives of AMP and/or AJP appearing at events sponsored by other entities are not related in any way to the question of whether the present Defendants are alter egos and/or successor of the prior *Boim* Judgment Defendants. Entity Defendants further object to this Request to the extent that it seeks documentation that has already been produced to Plaintiffs during jurisdictional discovery. Subject to the foregoing objections, Entity Defendants produce the following documentation.

To the extent relevant, please see full archives of the relevant Twitter and Facebook pages, as well as relevant historic website pages, previously produced in this matter (documents bates labeled 002661 – 004409 and separately produced zip files). Defendants further refer Plaintiffs to the documentation presented by Plaintiffs in the depositions taken earlier in this matter, purporting to be early copies of AMP's conference agendas.

SUPPLEMENTAL RESPONSE: Entity Defendants direct Plaintiffs to the full Twitter and

15

Facebook archives previously produced in this matter at Bates labels 000069 – 000276 and 001930 – 004134. And, please see supplemental production of Entity Defendants' conference agendas and speakers for the relevant timeframes at Bates labels 005555-005644.

**23. All documents related to any employment, volunteer role, leadership role, consulting role, professional services role, or officer or director position that Rafeeq Jaber has held with IAP, AMP or AJP (or affiliate, chapter or regional office) at any time.**

ORIGINAL RESPONSE: Entity Defendants object to this Request to the extent that it seeks documentation already produced to Plaintiffs during jurisdictional discovery, including during Defendant Jaber's deposition testimony. Subject to the foregoing objection, Entity Defendants refer Plaintiffs to Defendant Jaber's Responses to Plaintiffs' Requests.

SUPPLEMENTAL RESPONSE: Please see supplemental production contained within Bates labels 005645-005820. Furthermore, Entity Defendants refer Plaintiffs back to their own deposition transcript of Rafeeq Jaber's April 9, 2003 deposition, in which he testified that he was a full-time paid president of IAP National in 1996-1997 and again from 1999-2002. From 2002 through the time IAP became defunct, per his deposition testimony, he continued to serve as IAP National President but without pay.

**24. All lists or other compilations of donors or other contributors to the Defendants.**

ORIGINAL RESPONSE: Entity Defendants object to this Request as overbroad and not limited in time and scope. Entity Defendants further object to this Request to the extent that it seeks the private information of non-parties; Defendants also note that donor information was subject to a confidentiality order during jurisdictional discovery conducted by Magistrate Judge Schenkier. This list remains designated as attorneys-eyes only, meaning only those attorneys currently appearing in this matter have access to them and no others have a right to view that

16

information, or any copies of it. Defendants object to producing an updated donor list; as subsequent donor information is not reasonably calculated to lead to the discovery of admissible evidence on the question of whether AMP/AJP are the alter egos/successor organizations of the prior *Boim* Judgment Defendants, and this unnecessarily exposes the private information of non-parties in violation of their own privacy rights. Defendants will withhold production of any updated donor information in the absence of an order by this Court to produce that information, and then will do so within the scope identified by this Court.

SUPPLEMENTAL RESPONSE: Entity Defendants supplement by directing Plaintiffs to the relevant portions of the Forms 990 at 005821-006070.

**26. All documents regarding services performed by Rafeeq Jaber or Jaber Financial Services for IAP, AMP, AJP, UMAA or AMJ.**

ORIGINAL RESPONSE: Entity Defendants object to this Request to the extent that it seeks documentation that has already been produced to Plaintiffs during jurisdictional discovery, including during Defendant Jaber's deposition testimony. Entity Defendants further respond that, as to IAP UMAA or AMJ, Entity Defendants have no responsive documentation within their possession, custody or control. As to AMP and AJP, Entity Defendants respond that they have produced all responsive documentation in Defendant Jaber's Responses to Plaintiffs' Requests and previously in this matter.

SUPPLEMENTAL RESPONSE: Entity Defendants direct Plaintiffs to the supplemental records produced in response to Request No. 23. Entity Defendants otherwise direct Plaintiffs to the transcript of their deposition of Rafeeq Jaber dated April 9, 2003, which provides much of the responsive information to this Request.

17

**34. All documents concerning any AMP or AJP events at which Jamal Said was a speaker.**

ORIGINAL RESPONSE: Entity Defendants object to this Request to the extent that it seeks information that is publicly available. Entity Defendants further object to this Request as not limited in time and scope. Subject to the foregoing objections, Entity Defendants refer Plaintiffs to previously produced information regarding their speakers and events contained within full archives of the relevant Twitter and Facebook accounts, previously produced in this matter, and the relevant historic website pages produced in this matter (documents bates labeled 002661 - 004409 and separately produced zip files). As a supplement to previous production as to events held by the Entity Defendants, with no relation to IAP, please see previously produced documents bates labeled 005443 – 005517.

SUPPLEMENTAL RESPONSE: Entity Defendants supplement with Bates labels 005551-005552, 005625-005632, and 005555-005644 as to all speakers for their conventions within the relevant responsive timeframe.

**35. All documents concerning any payments made by AMP or AJP to Rafeeq Jaber or Jaber Financial Services.**

ORIGINAL RESPONSE: Entity Defendants object to this Request as not limited in time and scope, and not reasonably calculated to lead to the discovery of admissible evidence. Entity Defendants object to this Request to the extent that it seeks documentation that has already been produced to Plaintiffs during jurisdictional discovery, including during Defendant Jaber's deposition testimony. Subject to the foregoing objection, Entity Defendants refer Plaintiffs to Defendant Jaber's Objections and Responses to Plaintiffs' Requests, and prior deposition testimony in this matter.

SUPPLEMENTAL RESPONSE: Defendants direct Plaintiffs to the supplemental records

produced in response to Request No. 23. Entity Defendants otherwise direct Plaintiffs to the transcript of their deposition of Rafeeq Jaber dated April 9, 2003, which provides much of the responsive information to this Request.

**37. All documents concerning any AMP or AJP events at which Kifah Mustapha was a speaker.**

ORIGINAL RESPONSE: Entity Defendants object to this Request as overbroad and not limited in time and scope, and not reasonably calculated to lead to the discovery of admissible evidence. Entity Defendants further object to this Request to the extent that it seeks information that publicly available. Subject to the foregoing objections, Entity Defendants refer Plaintiffs to previously produced information regarding their speakers and events contained within full archives of the relevant Twitter and Facebook accounts, previously produced, and the relevant historic website pages produced in this matter (documents bates labeled 002661 – 004409, 005443 – 005517 and separately produced zip files). Defendants further refer Plaintiffs to the documents presented by Plaintiffs during the prior depositions in this matter, which purport to be copies of AMP's early conference agendas.

SUPPLEMENTAL RESPONSE: Entity Defendants also provide supplemental production at Bates labels 005553-005554, 005633-005635 and 005555-005644 as to its lists for the speakers at each of its conventions during the relevant timeframe.

**38. All documents concerning any donations to AMP or AJP from Sufian Nabhan.**

ORIGINAL RESPONSE: Entity Defendants object to this Request as overbroad and not limited in time and scope. Entity Defendants further object to this Request to the extent that it seeks the private information of non-parties.

Subject to the foregoing objections, Entity Defendants refer Plaintiffs to previously produced

19

information regarding their speakers and events, contained within full archives of the relevant Twitter and Facebook accounts, previously produced, and the relevant historic website pages produced in this matter (documents bates labeled 002661 – 004409, 005443 – 005517 and separately produced zip files). Any responsive documentation ordered by this Court regarding donations has already been produced and is viewable and accessible by attorneys currently appearing in this matter only, and no others are permitted access to the information, documents or copies of those documents.

SUPPLEMENTAL RESPONSE: Entity Defendants further direct Plaintiffs to the relevant portions of the Form 990s Entity Defendants previously produced through 2018, and now supplement with Bates labels 005821-006070.

Dated this 16th day of June, 2023.

*/s/ Christina Jump*
Christina A. Jump
Texas Bar No. 00795828
*Attorney for Defendants*
Samira Elhosary
Maryland Bar No. 2112140261
*Attorney for Defendants*
Constitutional Law Center for Muslims in America
100 North Central Expressway, Suite 1010
Richardson, TX 75080
Phone: (972) 914-2507
Fax: (972) 692-7454

Thomas Anthony Durkin
ID No. 0697966
2446 N. Clark Street
Chicago, IL 60614
Tel: 312-981-0123
Fax: 312-913-9235
tdurkin@durkinroberts.com
*Local Counsel for Defendants*

## <u>CERTIFICATE OF SERVICE</u>

The undersigned counsel certifies that on June 16, 2023, she caused the foregoing Discovery Requests to be served by e-mail message upon counsel for all parties of record.

/s/ Christina A. Jump