# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| STANLEY BOIM, Individually and as Administrator of the Estate of David Boim, deceased; and JOYCE BOIM,<br><br>Plaintiffs,<br><br>v.<br><br>AMERICAN MUSLIMS FOR PALESTINE/ AMERICANS FOR JUSTICE IN PALESTINE EDUCATIONAL FOUNDATION; RAFEEQ JABER,<br><br>Defendants. | Civil No. 17-cv-03591<br><br>Hon. Andrea Wood<br><br>Hon. Heather McShain |

## CERTIFICATE OF COMPLIANCE WITH LR 37.2 AND THE STANDING ORDERS OF MAGISTRATE JUDGE MCSHAIN

I, Seth Corthell, certify that I, along with my co-counsel Daniel I. Schlessinger, located in Chicago, Illinois, consulted with counsel for Defendants, Christina Jump and Samira Elhosary, located in Richardson, Texas, via video conference on October 11, 2023 at approximately 4:00pm CDT. During that video conference, the counsel for Plaintiffs stated that Defendants were required to produce donation records as requested in Plaintiffs' Request for Production. Defendants maintained previously expressed objections to producing that information and instead offered to produce the fundraising records of certain events, individuals, and entities named in the Amended Complaint. Plaintiffs considered but ultimately rejected that proposal, maintaining that they should not be limited to the fundraising records of select individuals and entities. Plaintiffs communicated to Defendants that unless it was willing to change its position

on production of the records, the parties are at an impasse. Defendants have not indicated a willingness to change their position.

Although the parties engaged in good faith to resolve the discovery issues laid out in this motion, through no fault of myself or my co-counsel, the parties were not able to reach an accord.

Date: November 17, 2023

Respectfully submitted,

*s/ Seth H. Corthell*
Daniel I. Schlessinger
Seth H. Corthell
Jaszczuk P.C.
311 South Wacker Dr., Suite 2150
Chicago, IL 60606
(312) 442-0401
dschlessinger@jaszczuk.com
scorthell@jaszczuk.com

*Attorneys for Stanley Boim, Individually and as the Administrator of the Estate of David Boim, Deceased, and Joyce Boim*

Of Counsel
Nathan Lewin (*pro hac vice*)
Alyza D. Lewin (*pro hac vice*)
LEWIN & LEWIN LLP
888 17th Street NW, 4th Floor
Washington, D.C. 20006
(202) 828-1000

**CERTIFICATE OF SERVICE**

   I HEREBY CERTIFY that a true and correct copy of the foregoing has been filed electronically using the Court's CM/ECF system and has been served to all parties via email through CM/ECF on this 17th day of November 2023.

                            *s/ Seth H. Corthell*