**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| STANLEY BOIM, INDIVIDUALLY AND AS ADMINISTRATOR OF THE ESTATE OF DAVID BOIM, DECEASED, AND JOYCE BOIM, | ) ) ) ) ) | |
| Plaintiffs, | ) ) ) | |
| v. | ) ) | Civil No. 17-cv-03591 |
| | ) ) | Hon. Andrea Wood |
| AMERICAN MUSLIMS FOR PALESTINE; AMERICANS FOR JUSTICE IN PALESTINE EDUCATIONAL FOUNDATION; AND RAFEEQ JABER, | ) ) ) ) ) | Hon. Heather McShain |
| Defendants. | ) ) | |

**MOTION FOR LEAVE TO FILE DOCUMENTS UNDER SEAL**

Pursuant to L.R. 26.2(c), Plaintiffs Stanley Boim, individually and as administrator of the

estate of David Boim, deceased, and Joyce Boim (together, "Plaintiffs") move to file an

unredacted version of their Motion to Compel (the "Motion"), Exhibits D, E, and F thereto

electronically under seal. In support of this motion, Plaintiffs state as follows:

1.     L.R. 26.2(c) requires a party wishing to file a document or portion of a document

electronically under seal in connection with a motion, brief or other submission to: (1)

provisionally file the document electronically under seal; (2) file electronically at the same time a

public-record version of the brief, motion, or other submission with only the sealed document

excluded; and (3) move the court for leave to file the document under seal.

2.     Defendants have designated certain documents "CONFIDENTIAL – SUBJECT

TO PROTECTIVE ORDER" and, specifically, personally identifying information of donors,

Attorneys' Eyes Only. Plaintiffs' Motion includes references to information designated

Confidential and personally identifying information of donors designated Attorneys' Eyes Only. Exhibits D and E contain references to information designated Confidential and Exhibit F references information designated Attorneys' Eyes Only.

3. Pursuant to L.R. 26.2(c), Plaintiffs are provisionally filing the full version of the Motion with Exhibits D, E, and F electronically under seal. Plaintiffs are also electronically filing a redacted public-record version of the Motion without Exhibits D, E, and F that is *not* under seal. This motion seeks leave to file the Motion with Exhibits D, E, and F thereto under seal, as required by L.R. 26.2(c).

4. There is no prejudice to Defendants from filing the unredacted Motion with Exhibits D, E, and F under provisional seal as Defendants designated the information and the Court will still have access to the unredacted Motion and Exhibits.

THEREFORE, for the foregoing reasons, Plaintiffs request that the Court grant them leave to file the Motion with Exhibits D, E, and F thereto under seal.

Date: November 17, 2023

Respectfully submitted,

s/ Seth H. Corthell
Daniel I. Schlessinger
Seth H. Corthell
Jaszczuk P.C.
311 South Wacker Dr., Suite 2150
Chicago, IL 60606
(312) 442-0401
dschlessinger@jaszczuk.com
scorthell@jaszczuk.com

*Attorneys for Stanley Boim, Individually and*
*as the Administrator of the Estate of David*
*Boim, Deceased, and Joyce Boim*

Of Counsel
Nathan Lewin (*pro hac vice*)
Alyza D. Lewin (*pro hac vice*)
LEWIN & LEWIN LLP
888 17th Street NW, 4th Floor
Washington, D.C. 20006
(202 828-1000

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been filed electronically using the Court's CM/ECF system and has been served to all parties via email through CM/ECF on this 17th day of November 2023.

*s/ Seth H. Corthell*