| | |
|---|---|
| **From:** | Christina Jump |
| **To:** | Daniel Schlessinger; Seth Corthell |
| **Cc:** | Samira Elhosary |
| **Bcc:** | |
| **Subject:** | Defendants" Responses and Objections, with verification, and Declaration |
| **Date:** | Tuesday, November 28, 2023 6:59:00 PM |
| **Attachments:** | image001.png |

2023.11.28 - Declaration of Munjed Ahmad re FundRaiser.pdf
2023.11.28 - 10.28 RFPs AMP Objections and Responses_.pdf
2023.11.28 - 10.28 Rogs AMP Objections and Responses_.pdf
2023.11.28 - Munjed Ahmad Verification.pdf

Counsel:

Please see the attached Responses and Objections to the most recent discovery requests sent by Plaintiffs, along with the accompanying verification of Munjed Ahmad.

In addition and as previously referenced in my email to you on the subject prior to Thanksgiving, please see attached Declaration of Munjed Ahmad, regarding the information I previously conveyed as contained in the FundRaiser platform.

Thank you.



Christina A. Jump
Civil Litigation Department Head

Muslim Legal Fund of America (MLFA)
The Constitutional Law Center for Muslims in America (CLCMA) is the legal division of MLFA

100 N. Central Expy, Suite 1010, Richardson, TX 75080

Phone: (972) 914-2507 (main)
Email: christina.jump@mlfa.org | cjump@clcma.org
Website: https://mlfa.org/

    

*I work across multiple time zones and may send emails outside of standard business hours. Although I send emails at times that are convenient for me, I do not expect that you read, respond or follow up on my emails outside your hours of work.*
*Board Certified in Labor and Employment Law, Texas Board of Legal Specialization

  

*IMPORTANT: Emails to clients of this office presumptively and normally contain confidential and privileged material for the sole use of the intended recipient. Emails to non-clients are normally confidential and may be privileged. The use, distribution, transmittal or re-transmittal by an unintended recipient of any communication is prohibited without our express approval in writing or by email. Any use, distribution, transmittal or re-transmittal by persons who are not intended recipients of this email may be a violation of law and is strictly prohibited. If you are not the intended recipient, please contact the sender and delete all copies.*

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| STANLEY BOIM, Individually and as Administrator of the Estate of David Boim, deceased; and JOYCE BOIM,<br><br>Plaintiffs,<br><br>v.<br><br>AMERICAN MUSLIMS FOR PALESTINE/ AMERICANS FOR JUSTICE IN PALESTINE EDUCATIONAL FOUNDATION; RAFEEQ JABER,<br><br>Defendants. | Civil No. 17-cv-03591<br><br>Hon. Andrea Wood<br><br>Hon. Heather McShain |

### DECLARATION OF MUNJED AHMAD

I, Munjed Ahmad, hereby declare under penalty of perjury under the laws of the United States and in accordance with 28 U.S.C § 1746 the following:

1. I am over eighteen and of sound mind.

2. I make this declaration based on my own personal knowledge.

3. I am one of the founders of American Muslims for Palestine ("AMP"), which is now the name used by Americans for Justice in Palestine Educational Foundation ("AJP").

4. I understand that the relevant timeframe for this action is 1996-2018.

5. As an attorney, I have operated as AMP/AJP's *de facto* in-house counsel.

6. I have access to view information in the FundRaiser platform that AMP/AJP uses to track donations.

7. AMP/AJP started using FundRaiser in 2012, six years after I helped found AMP in 2006. Some data for 2011 was retroactively entered in 2012 as we were learning to use it, but not the full year.

8. No records of donations exist from 2006-2010. As stated in my previous Declarations, these were not retained in the normal course of business at the time. And, we had electronics crashes that deleted some of the copies we did have, which occurred prior to the filing of this lawsuit in 2017.

9. I have reviewed reports with data from 2012-2018, and the following refers only to that period.

10. In conjunction with counsel of record as to legal issues, I determined that the following information is suitable for supplemental production:

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

███████████████████████████

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

_____
Munjed Ahmad, Declarant

_____
11-28-2023
Date Executed

ATTORNEYS' EYES ONLY