| | |
|---|---|
| **From:** | Christina Jump |
| **To:** | Daniel Schlessinger; Seth Corthell; Ari Gardner |
| **Cc:** | Samira Elhosary |
| **Bcc:** | |
| **Subject:** | Supplemental responses regarding relevant donations |
| **Date:** | Friday, October 27, 2023 4:09:00 PM |
| **Attachments:** | image001.png |

| | |
|---|---|
| **Sensitivity:** | Confidential |

Counsel:

I will supplement with a Declaration from AMP that validates this information, but as you know the past several weeks have been very difficult and busy for them, and many have lost family members and are not readily available. That has slowed getting a fully executed Declaration as I anticipated being able to have by now. Nonetheless, for now I do want to at least provide you the information we previously discussed.

Please note that as we communicated previously, we will provide limited additional information regarding donors, in addition to the supplemental 990s and related schedules we already provided since the expansion of the relevant time frame in this lawsuit. And, as previously indicated, this information remains consistent with our earlier reviews of responsive material and the previously referenced FundRaiser platform first identified in Abdelbaset Hamayel's deposition in 2018.

**PLEASE NOTE THAT THIS INFORMATION IS PRODUCED UNDER ATTORNEYS' EYES ONLY consistent with prior rulings in this case and therefore is not to be shared with anyone else, even your clients, other than attorneys who work in your firm currently or actively appear as counsel of record in this matter.**

Subject to that designation, please note the following:

- Consistent with the testimony of Abdelbaset Hamayel in his depositions in 2018 and 2023, AMP does not have records relating to donors prior to 2011. While some information exists for the year 2011, the earliest available being January 18, 2011, AMP did not begin consistently utilizing the FundRaiser platform until 2012. Therefore, no information exists prior to 2011 and only inconsistent information exists for 2011.
- No records or entries exist of donations from any dates in 2006 – 2010.
- [redacted]
- [redacted]
- [redacted]
- [redacted]


███████████████████████████████████████
████████████████████

- ████████████████████████████████████████
  ███████
- ██████████████████████████████████████
- █████████████████████████████████████
- █████████████████████████████████████
- ██████████████████████████████████████
- ████████████████████████████████████████
  ████
- ████████████████████████████████████████

Beyond those specific identified names and the date identified by Plaintiffs of March 29, 2015, we object to providing details as to donations or donors regarding contributions lower than those reflected in the schedules to the 990s already provided. Under the Northern District of Illinois' balancing test weighing proportionality and relevance, we do not see the donations of those lower amounts being reasonably calculated to lead to the discovery of admissible evidence or having bearing on this lawsuit sufficient to warrant the invasion of privacy of the non-parties involved and the burden on Defendants of producing that information. The available information does not even begin until more than four years after AMP began, and all donors/donations significant enough to warrant disclosure on the 990 schedules have already been produced, unredacted (yet also marked for attorneys' eyes only). The above additional disclosures are made in a good faith attempt to resolve the remaining discovery disputes and on a broader interpretation of Judge McShain's Order than we originally interpret it to have. Further disclosures of lesser amounts remain objectionable for the reasons described.

Again, we will supplement with an executed Declaration shortly and within the discovery timeframe. To aid in our ongoing discussions, I produce this information to you now under Attorneys' Eyes only.




**Let's connect!**

   

**Christina A. Jump**
Civil Litigation Department Head

**Muslim Legal Fund of America (MLFA)**
*The Constitutional Law Center for Muslims in America (CLCMA)*
*is the legal division of MLFA*

100 N. Central Expy, Suite 1010, Richardson, TX 75080

Phone: (972) 914-2507 (main)
Email: christina.jump@mlfa.org | cjump@clcma.org

**Learn more on how to support and participate in our mission**
Website: https://mlfa.org/

*I work across multiple time zones and may send emails outside of standard business hours. Although*

*I send emails at times that are convenient for me, I do not expect that you read, respond or follow up on my emails outside your hours of work.*

*Board Certified in Labor and Employment Law, Texas Board of Legal Specialization

   

**IMPORTANT**: *Emails to clients of this office presumptively and normally contain confidential and privileged material for the sole use of the intended recipient. Emails to non-clients are normally confidential and may be privileged. The use, distribution, transmittal or re-transmittal by an unintended recipient of any communication is prohibited without our express approval in writing or by email. Any use, distribution, transmittal or re-transmittal by persons who are not intended recipients of this email may be a violation of law and is strictly prohibited. If you are not the intended recipient, please contact the sender and delete all copies.*