## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

Stanley Boim, et al.

                                          Plaintiff,

v.                                                                  Case No.: 1:17–cv–03591
Honorable Andrea R. Wood

American Muslims for Palestine, et al.

                                          Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, December 6, 2023:

      MINUTE entry before the Honorable Heather K. McShain: The Court grants defendants' motion to seal [355] its brief in opposition to plaintiffs' motion to compel [346] and accompanying exhibits. The Court observes that defendants already filed sealed versions of their response brief and exhibits A and B on the docket. [354, 354–1, 354–2]. Mailed notice. (pk, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.