# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

Stanley Boim, et al.

                                Plaintiff,

v.                                                 Case No.: 1:17–cv–03591

                                                                   Honorable Andrea R. Wood

American Muslims for Palestine, et al.

                                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, January 24, 2024:

      MINUTE entry before the Honorable Heather K. McShain: The Court has reviewed the parties' joint status report [374], which reports that the parties have recently completed several depositions, additional depositions have been noticed for late January and February, and one or two additional depositions remain to be noticed. The parties have also filed a joint motion to extend discovery through 03/29/2024 [373] in light of the outstanding oral discovery as well as several unresolved discovery disputes, including defendants' anticipated appeal of the undersigned's order of 01/19/2024. For good cause shown, the parties' motion [373] is granted, and the fact discovery cutoff is extended to 03/29/2024. Defendants' motion to quash clawback remains under advisement, and the Court expects to issue an order on the motion shortly. A further joint status report on the same topics as the instant report is due on 03/22/2024. Mailed notice. (pk, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.