-EXHIBIT G-

# Seth Corthell

| | |
|---|---|
| **From:** | Christina Jump <cjump@clcma.org> |
| **Sent:** | Tuesday, February 6, 2024 12:52 PM |
| **To:** | Seth Corthell; Samira Elhosary |
| **Cc:** | Daniel Schlessinger |
| **Subject:** | RE: Defendants' Responses and Objections, with verification, and Declaration |

Thanks. We reviewed the materials you sent, and stand by our objections to those requests. There is nothing in the complaint that addresses SJP, it is a separate organization which predates the formation of both AMP and AJP, and the timeframe you request exceeds that ordered by the Court (which relates to the actual allegations in the Amended Complaint in this lawsuit). Because of that and for the reasons expressed both in our responses and our earlier conversations, we stand by those objections.



**Christina A. Jump**
Civil Litigation Department Head

**Muslim Legal Fund of America (MLFA)**
The Constitutional Law Center for Muslims in America (CLCMA)
is the legal division of MLFA

100 N. Central Expy, Suite 1010, Richardson, TX 75080

Phone: (972) 914-2507 (main)
Email: christina.jump@mlfa.org | cjump@clcma.org
Website: https://mlfa.org/

  

*I work across multiple time zones and may send emails outside of standard business hours. Although I send emails at times that are convenient for me, I do not expect that you read, respond or follow up on my emails outside your hours of work.*
*\*Board Certified in Labor and Employment Law, Texas Board of Legal Specialization*

   

*IMPORTANT: Emails to clients of this office presumptively and normally contain confidential and privileged material for the sole use of the intended recipient. Emails to non-clients are normally confidential and may be privileged. The use, distribution, transmittal or re-transmittal by an unintended recipient of any communication is prohibited without our express approval in writing or by email. Any use, distribution, transmittal or re-transmittal by persons who are not intended recipients of this email may be a violation of law and is strictly prohibited. If you are not the intended recipient, please contact the sender and delete all copies.*

---

**From:** Seth Corthell <scorthell@jaszczuk.com>
**Sent:** Tuesday, February 6, 2024 12:49 PM
**To:** Christina Jump <cjump@clcma.org>; Samira Elhosary <selhosary@clcma.org>
**Cc:** Daniel Schlessinger <dschlessinger@jaszczuk.com>
**Subject:** RE: Defendants' Responses and Objections, with verification, and Declaration

Counsel,

I am following up on these SJP-related documents again.

Thanks,

Seth

---

**From:** Seth Corthell
**Sent:** Wednesday, January 24, 2024 10:51 AM
**To:** Christina Jump <cjump@clcma.org>; Samira Elhosary <selhosary@clcma.org>
**Cc:** Daniel Schlessinger <dschlessinger@jaszczuk.com>
**Subject:** RE: Defendants' Responses and Objections, with verification, and Declaration

Counsel,

Following up regarding your review of the SJP-related documents I sent on January 5.

Thanks,

Seth

---

**From:** Seth Corthell
**Sent:** Thursday, January 18, 2024 12:22 PM
**To:** Christina Jump <cjump@clcma.org>; Samira Elhosary <selhosary@clcma.org>
**Cc:** Daniel Schlessinger <dschlessinger@jaszczuk.com>
**Subject:** RE: Defendants' Responses and Objections, with verification, and Declaration

Counsel,

Following up here as to DAR Consulting and your review of the documents I attached to my January 5 email. After Mr. Odeh's deposition on January 9, you indicated that you believed DAR was finalizing an engagement and that you would be reviewing the documents from our production I sent on January 5.

As to DAR, we have been very patient but if we do not receive confirmation that DAR has obtained counsel and that response to the subpoena imminent, we have no choice but to move to compel. I understand that you do not represent DAR, but I am letting you know to the extent you have communications with its apparent principal, Osama Abuirshaid.

Best,

Seth

---

**From:** Seth Corthell
**Sent:** Friday, January 5, 2024 5:01 PM
**To:** Christina Jump <cjump@clcma.org>; Samira Elhosary <selhosary@clcma.org>
**Cc:** Daniel Schlessinger <dschlessinger@jaszczuk.com>
**Subject:** RE: Defendants' Responses and Objections, with verification, and Declaration

Counsel,

Thank you for speaking with us earlier today about the various discovery items. Here is where Defendants believe we stand:

- **DAR Consulting Representation:** We are awaiting your update on DAR Consulting's representation. As I understood it, the representation was being finalized but you expected that process to be finalized today.
- **Sarsour Deposition:** The parties have agreed to a January 30, 2024 deposition date for Mr. Sarsour. He will be travelling to our offices in Chicago for the deposition. We did not discuss the start time, but I would suggest we commence the deposition at 10am CT.
- **Bazian Deposition:** You are hoping to have a date for Dr. Bazian's deposition early next week.
- **Joyce Boim Deposition:** As of now, it appears you will be recording the deposition via Zoom or whatever video conferencing software you intend to use for the deposition. That said, you may explore other options. Please let us know in advance if you opt for a different recording option. As for exhibits, you are going to try to send the deposition exhibits in advance of Dan leaving for Israel on Thursday so that we can print out a set for use in Israel.
- **Jaber Deposition:** There is no update on his condition other than it has not changed. The parties will consider a video deposition to accommodate Mr. Jaber's health situation.
- **Deficiencies in Defendants' November 28 Discovery Responses:** The parties disagree as to the time limitations (Defendants maintain that information post-2018 is not relevant to the alter ego analysis; Plaintiffs maintain that post-2018 information concerning AMP's purpose and operations is relevant to the alter ego analysis) and the relevance of SJP-related information (Defendants maintain that SJP is a separate entity that does not impact the alter ego analysis between AMP and IAP; ███████████████████████████████████████ Accordingly, AMP's relationship with SJP is relevant to the alter ego factors such as similarity of operations and same organizational purpose).
    - ███████████████████████████████████████████████████████
- At this point, Plaintiff's counsel had to end the call due to a scheduling conflict. The parties agreed to follow up in person on any other discovery items after Magdi Odeh's deposition on Tuesday, January 9.

Please do not hesitate to let me know if I left anything out or misunderstood anything from our video conference. Have a great weekend and we will see you Monday at our offices.

Best,

Seth

---

**From:** Christina Jump <cjump@clcma.org>
**Sent:** Wednesday, January 3, 2024 8:21 AM
**To:** Seth Corthell <scorthell@jaszczuk.com>; Samira Elhosary <selhosary@clcma.org>
**Cc:** Daniel Schlessinger <dschlessinger@jaszczuk.com>
**Subject:** Re: Defendants' Responses and Objections, with verification, and Declaration

I will be out of the office today for another matter so cannot speak today (and will stop responding shortly, for the day). Samira will reach out to you later today to confirm times that work for Friday. I believe 2pm (with a hard cut-off at 2:30) or the unattractive hour of 8am are the only remaining slots available for that day. As I said, Samira will confirm later today.
Thanh you



Christina A. Jump
Civil Litigation Department Head

Muslim Legal Fund of America (MLFA)
The Constitutional Law Center for Muslims in America (CLCMA)
is the legal division of MLFA

100 N. Central Expy, Suite 1010, Richardson, TX 75080

Phone: (972) 914-2507 (main)
Email: christina.jump@mlfa.org | cjump@clcma.org
Website: https://mlfa.org/

    

I work across multiple time zones and may send emails outside of standard business hours. Although I send emails at time convenient for me, I do not expect that you read, respond or follow up on my emails outside your hours of work.
*Board Certified in Labor and Employment Law, Texas Board of Legal Specialization

   

IMPORTANT: Emails to clients of this office presumptively and normally contain confidential and privileged material for use of the intended recipient. Emails to non-clients are normally confidential and may be privileged. The use, distribution transmittal or re-transmittal by an unintended recipient of any communication is prohibited without our express approv writing or by email. Any use, distribution, transmittal or re-transmittal by persons who are not intended recipients of this may be a violation of law and is strictly prohibited. If you are not the intended recipient, please contact the sender and d copies.

**From:** Seth Corthell <scorthell@jaszczuk.com>
**Sent:** Tuesday, January 2, 2024 1:43:31 PM
**To:** Christina Jump <cjump@clcma.org>; Samira Elhosary <selhosary@clcma.org>
**Cc:** Daniel Schlessinger <dschlessinger@jaszczuk.com>
**Subject:** RE: Defendants' Responses and Objections, with verification, and Declaration

Counsel,

Thank you for your response. Dan and I are available after **12pm CT tomorrow (1/3)** or **generally Friday (1/5)** for a video conference to discuss the topics we raised in our emails sent December 22 and 28 as well as your email sent December 29. Please let us know your availability for a video conference and I will send around a Teams invite.

4

Your December 29 email did not address depositions for Dr. Bazian and Mr. Sarsour, please let us know where things stand on scheduling those depositions. Further, below are our responses to some of the issues laid out in your email from Friday (12/29) evening:

- Correct on Rafeeq – no change since my last update to you.
    - **Boim Response:** Understood, we will continue to regularly check in on his status.
- I presume we are still on for Joyce Boim's deposition as scheduled? Please confirm.
    - **Boim Response:** We just received the request you sent separately today to potentially move the date of this deposition. Dan is the one traveling for this deposition and is working out whether it is possible for us to accommodate your request, so I will let him respond to you separately.
- Still good for the 30(b)(6) on Jan 8 and Magdi Odeh on Jan 9 at your offices?
    - **Boim Response:** Correct, we are still on for the 30(b)(6) and Odeh depositions on January 8 and 9, respectively. Do you need a revised notice for the 30(b)(6) with the new date? I sent a copy of a revised version of the Odeh subpoena to Ms. Kapitan with you copied.
- We can discuss DAR when we speak.
    - **Boim Response:** We are ready to discuss AMP's objections to that subpoena this week. If you have any updates as to whether DAR has obtained counsel, please let us know ASAP.
- Will discuss your objections below at that time as well. In short, the timeframe stops at 2018 per your Amended Complaint. Nothing beyond that even arguably has a legal lick to do with your alter ego claims which, I remind you, need to connect AMP/AJP to a judgment defendant – not just say that you don't like them.
    - **Boim Response:** We can discuss our positions during a conference call with week.
- Please see Samira's declaration attached to doc. 318 to get you started re our most recent discovery requests as to Jonathan Schanzer and Asif Romirowsky. Same hold true for our request for his deposition.
    - **Boim Response:** We reviewed the declaration and are prepared to hear more from Defendants during a video conference this week.
- Also note we never did resolve the issues we raised as to your deficient responses in August 2023 to our discovery requests to you, as previously discussed at length.
    - **Boim Response:** If there is something that needs to be addressed, we can do so during a call this week, although it might be helpful to that process if you could specify what you maintain remains unresolved as it has been some time since the parties addressed this.
- While we're on the topic, note that your responses of November 27, 2023 contain multiple deficiencies.
    - **Boim Response:** We can discuss these purported deficiencies at a video conference this week.

Best,

Seth

---

**From:** Christina Jump <cjump@clcma.org>
**Sent:** Friday, December 29, 2023 7:04 PM
**To:** Seth Corthell <scorthell@jaszczuk.com>; Samira Elhosary <selhosary@clcma.org>
**Cc:** Daniel Schlessinger <dschlessinger@jaszczuk.com>
**Subject:** RE: Defendants' Responses and Objections, with verification, and Declaration

Let's try to find a time next week.
Quick overview:
- Correct on Rafeeq – no change since my last update to you.
- I presume we are still on for Joyce Boim's deposition as scheduled? Please confirm.
- Still good for the 30(b)(6) on Jan 8 and Magdi Odeh on Jan 9 at your offices?
- We can discuss DAR when we speak.
- Will discuss your objections below at that time as well. In short, the timeframe stops at 2018 per your Amended Complaint. Nothing beyond that even arguably has a legal lick to do with your alter ego claims which, I remind you, need to connect AMP/AJP to a judgment defendant – not just say that you don't like them.

- Please see Samira's declaration attached to doc. 318 to get you started re our most recent discovery requests as to Jonathan Schanzer and Asif Romirowsky. Same hold true for our request for his deposition.
- Also note we never did resolve the issues we raised as to your deficient responses in August 2023 to our discovery requests to you, as previously discussed at length.
- While we're on the topic, note that your responses of November 27, 2023 contain multiple deficiencies:
    - You continue to object to producing anything that is public record. The Court already ruled on this and does not agree with you. Please either withdraw that objection, both general and specifically, or be prepared to explain what you believe has changed in the law since May 2023.
    - You objections to Interrogatories 22, 23 and 24 (regarding Jonathan Schanzer--from whom Plaintiffs tried to submit Congressional testimony as "evidence" in this matter years ago, until Magistrate Judge Schenkier rejected it as having no probative value, Asif Romirowsky, and Alex Joffe, as well as the Brandeis Center) are without merit. You do not get to decide in discovery requests that you don't think they have probative value just because you don't want to answer. The requests are tailored to fit your claims and allegations in this lawsuit and the relevant timeframes as established by this Court. And not everything Alyza Lewin does is automatically "privileged."
    - The same is true for your objections and failure to produce any responsive documents in response to Requests 2, 3, and 4 from Rafeeq Jaber.
    - Please confirm the basis you believe you have for the objection to Interrogatory 23 from the Entity Defendants, if you are in fact not withholding any information.
    - You need to answer Interrogatory 24. The Court already ruled on this as well. Again, please advise as to any new law you believe might lead to a new result, or provide a full and complete answer to Interrogatory 24. Note as well that our Interrogatory instructions specifically identify that we do not seek privileged information, so that is not a valid objection to this Interrogatory.
    - You object to Request 1 and do not state that you are not withholding any information or data. Are you? Furthermore, this Court already ruled that "investigation continues" is not a reason to fail to answer. And the several hundred page document range you identify is an insufficient response.
    - Request No. 2 specifically asks for documents and data "that supported the allegations in both the Original Complaint and the Amended Complaint at the time Plaintiffs filed them." Yet you object that somehow the request for information about what supports the allegations in the complaints is "not relevant to the claims or defenses at issue." As we seek information directly related to "the allegations in" both Complaints, that most certainly is on point. Also, "relevant" is not a valid federal court objection. Finally, in direct violation of Northern District of Illinois precedent, you object that the request seeks "information that is protected by the attorney-client privilege, attorney work-product protection, _or_ any other appliable privilege or doctrine." (emphasis added) "Or" is not a valid way to claim privilege. What privileges do you believe directly apply, and why?

We are closed Monday as I believe you likely are as well. Please provide your available times. Thank you.



**Christina A. Jump**
Civil Litigation Department Head

**Muslim Legal Fund of America (MLFA)**
The Constitutional Law Center for Muslims in America (CLCMA)
is the legal division of MLFA

100 N. Central Expy, Suite 1010, Richardson, TX 75080

Phone: (972) 914-2507 (main)
Email: christina.jump@mlfa.org | cjump@clcma.org
Website: https://mlfa.org/

   

*I work across multiple time zones and may send emails outside of standard business hours. Although I send emails at times that are convenient for me, I do not expect that you read, respond or follow up on my emails outside your hours of work.*
*\*Board Certified in Labor and Employment Law, Texas Board of Legal Specialization*

   

**IMPORTANT**: *Emails to clients of this office presumptively and normally contain confidential and privileged material for the sole use of the intended recipient. Emails to non-clients are normally confidential and may be privileged. The use, distribution, transmittal or re-transmittal by an unintended recipient of any communication is prohibited without our express approval in writing or by email. Any use, distribution, transmittal or re-transmittal by persons who are not intended recipients of this email may be a violation of law and is strictly prohibited. If you are not the intended recipient, please contact the sender and delete all copies.*

---

**From:** Seth Corthell <scorthell@jaszczuk.com>
**Sent:** Thursday, December 28, 2023 4:52 PM
**To:** Christina Jump <cjump@clcma.org>; Samira Elhosary <selhosary@clcma.org>
**Cc:** Daniel Schlessinger <dschlessinger@jaszczuk.com>
**Subject:** RE: Defendants' Responses and Objections, with verification, and Declaration

Counsel,

I hope you had a great holiday. I am following up on the email below regarding deficiencies in AMP's responses to the discovery we served on October 28, 2023. Are you available for a video conference to discuss next week?

In addition, do you have an update on deposition dates for Dr. Bazian and Mr. Sarsour? As for Mr. Jaber, it appears he is still on the mend as of last week, so we will check back in early January.

Also, last week I believe you mentioned that counsel for DAR Consulting would likely be making an appearance by the end of the week. I have not heard anything and wanted to see if you had an update. On that topic, we previously had a call scheduled to discuss AMP's objections to the DAR Consulting subpoena, but it was canceled. We should plan on addressing those objections via a video conference next week.

Finally, regarding your request for a deposition of Mr. Romirowsky, please let us know your basis for contending that his deposition is appropriate regardless of the outcome of the claw-back motion. Perhaps we can wrap that issue into our video conference regarding AMP's objections to the DAR Consulting subpoena and the deficiencies in AMP's discovery responses that I laid out last week.

Best,

Seth

---

**From:** Christina Jump <cjump@clcma.org>
**Sent:** Friday, December 22, 2023 3:56 PM
**To:** Seth Corthell <scorthell@jaszczuk.com>; Samira Elhosary <selhosary@clcma.org>
**Cc:** Daniel Schlessinger <dschlessinger@jaszczuk.com>
**Subject:** Re: Defendants' Responses and Objections, with verification, and Declaration

Counsel:

As it is currently Friday, December 22 at 3:45 pm, please note that I am leaving (and our office closes) at 4pm today for Christmas observances.

We are closed on Monday, December 25 and Tuesday, December 26.

We conferred yesterday and submitted a Joint Status Report to this Court today, reciting that we did not have any additional issues to raise with the Court at this time. And when we corresponded in advance of yesterday's status conference in this case and in preparation for today's filing of the Joint Status Report, you raised none of the issues you identity below nor even the concept of perceived discovery response deficiencies. Yet we spoke on a wide range of many other issues, from deposition dates to subpoenas, experts and more.

I therefore find you dropping this out of the blue, with no prior discussion despite our many recent communications on this case, to be in bad taste at a minimum.
I will not read this further or respond in lieu of joining my family for our scheduled Christmas activities.
I will not read or respond any further prior to returning to the office on Wednesday, December 27.

We are <u>not</u> at an impasse, as we have not even begun discussions on this issue.
We will begin those discussions no earlier than Wednesday, December 27, <u>after</u> my religious and family observances of Christmas.

 

**Christina A. Jump**
Civil Litigation Department Head

**Muslim Legal Fund of America (MLFA)**
*The Constitutional Law Center for Muslims in America (CLCMA)
is the legal division of MLFA*

100 N. Central Expy, Suite 1010, Richardson, TX 75080

Let's connect!

    

Phone: (972) 914-2507 (main)
Email: christina.jump@mlfa.org | cjump@clcma.org

**Learn more on how to support and participate in our mission**
Website: https://mlfa.org/

*I work across multiple time zones and may send emails outside of standard business hours. Althou[gh I] send emails at times that are convenient for me, I do not expect that you read, respond or follow u[p on] my emails outside your hours of work.*

\*Board Certified in Labor and Employment Law, Texas Board of Legal Specialization

   

**IMPORTANT:** *Emails to clients of this o[ffice] presumptively and normally contain confidential privileged material for the sole use of the inten[ded] recipient. Emails to non-clients are normally confide[ntial] and may be privileged. The use, distribution, transm[ission] or re-transmittal by an unintended recipient of [this] communication is prohibited without our express appr[oval] in writing or by email. Any use, distribution, transm[ission] or re-transmittal by persons who are not inten[ded] recipients of this email may be a violation of law an[d is] [strictly prohibited. If...]*

9

**From:** Seth Corthell <scorthell@jaszczuk.com>
**Sent:** Friday, December 22, 2023 3:28 PM
**To:** Christina Jump <cjump@clcma.org>; Samira Elhosary <selhosary@clcma.org>
**Cc:** Daniel Schlessinger <dschlessinger@jaszczuk.com>
**Subject:** RE: Defendants' Responses and Objections, with verification, and Declaration

Counsel,

I write to address deficiencies in your responses to Plaintiffs' written discovery requests propounded on October 28, 2023. Generally, these requests addressed two topics: (1) AMP's financial records; and (2) AMP's relationship with Students for Justice in Palestine ("SJP").

**Deficiencies in Responses to Requests for AMP Financial Records (RFPs 1-6; Interrogatories 1-5)**

- **Withholding of Responsive Information or Documents:** As an initial matter, none of your responses indicate whether AMP is withholding information pursuant to its objections. Please revise your responses to indicate whether: (a) AMP has searched for responsive information but did not find any and is, therefore, not withholding information or documents based on its objections; (b) AMP has searched for responsive information or documents and did find some but is withholding the information or documents pursuant to its objections; or (c) AMP has not conducted a search for responsive information.

- **Burden Objections:** Your objections do not specifically identify any burden to AMP in searching for and producing the requested information or documents and therefore lack merit.

- **Objections to Documents Outside of the 1996-2018 Timeframe:** Your objection to producing documents outside of the 1996-2018 timeframe fails for a number of reasons.

    o First, to the extent your objection is based on Judge McShain's May 1, 2023 Order granting and denying in part our motion to compel, it fails to grapple with Judge McShain's reasoning for holding the timeframe should continue to 2018. (Dkt. 301, at p. 7) Specifically, Judge McShain stated that the timeframe should extend to 2018 because that was the most recent date described in the amended complaint that AMP provided indirect support for Hamas through organizations including Baitulmaal. (*Id.*) However, since the Amended Complaint was filed, AMP has continued to work with Baitulmaal and there have been other instances evincing AMP's continued support of Hamas. As such, we are entitled to discovery going beyond 2018. The fact that instances of AMP's continuing support for Hamas occurred after we filed our amended complaint does not make those instances less relevant for purposes of establishing our alter ego claims.

    o Furthermore, AMP's financial records post-2018 are relevant given that the Boims are pursuing this action to enforce the Boim Judgment against AMP based upon an alter ego theory of liability. As such, AMP's financial condition and assets, and its use of its assets are very relevant to this case.

    o Moreover, one of the alter ego factors identified by the Seventh Circuit is similarity of operations; and AMP's financial records will certainly be relevant to assessing similarities between itself and IAP. As you are aware, the Boims have produced records for IAP and intend to analyze similarities in the financial records of the entities.

    o Finally, to date, AMP has produced very few financial records. Your response identifies roughly 200 pages of bank records AMP previously produced, but, due to AMP's failure to maintain its own bank records and its bank's purported retention schedule, those records only show transactions from 2016 to

2018. And most of the records are, for no apparent reason, redacted. As such, the Boims are entitled to AMP's unredacted bank records that AMP has both before and after 2018.

**Deficiencies in Responses to Requests concerning AMP's relationship to SJP (RFPs 7-13; Interrogatories 6-12)**

- **Withholding of Responsive Information or Documents:** As is the case with your discovery responses concerning AMP's financial records, none of your responses indicate whether AMP is withholding information pursuant to its objections. Please revise your responses to indicate whether: (a) AMP has searched for responsive information but did not find any and is, therefore, not withholding information or documents based on its objections; (b) AMP has searched for responsive information or documents and did find some but is withholding the information or documents pursuant to its objections; or (c) AMP has not conducted a search for responsive information.

- **Burden Objections:** Your general and specific burden objections do not specifically identify any burden to AMP in searching for and producing the requested information or documents and therefore lack merit.

- **Relevance Objections**: Your boilerplate relevance objections do not substantiate with any specificity your position that information concerning AMP's relationship with SJP is not relevant to this case. [redacted] Purported AMP founder and IAP surrogate Hatem Bazian is widely known to be the founder of SJP and there is a plethora of publicly available information showing a continuing and regular connection between AMP and SJP (*e.g.*, https://www.ampalestine.org/media/media-room/news/amp-campus-coordinator-meets-new-sjp-chapters). Accordingly, the Boims are entitled to discovery into AMP's connections to and relationship with SJP.

- **Time Period Objections**:

    o  As set forth above, to the extent your objection is based on Judge McShain's May 1, 2023 Order, it fails because November 2018 is not the last instance of AMP providing support to Hamas.

    o  Furthermore, your objection to producing information outside of the 1996-2018 timeframe fails because post-2018 information concerning the continuing connection between SJP and AMP is relevant to showing that AMP serves the same organizational purposes as IAP, namely, to promote Hamas in the United States. Following the October 7 attacks, SJP disseminated disturbing material valorizing Hamas paratroopers who attacked and brutally murdered Israeli civilians. As such, information reflecting coordination, connections, or an ongoing relationship between AMP and SJP is relevant to showing that AMP is continuing IAP mission of promoting Hamas in the United States. There is no reason that information would not be relevant simply because it occurred after 2018. As such, the Boims are entitled to information regarding the connections between SJP and AMP both before and after 2018.

Please let us know your availability next week for a video conference to discuss these deficiencies.

Best,

Seth

---

**From:** Christina Jump <cjump@clcma.org>
**Sent:** Tuesday, November 28, 2023 6:59 PM
**To:** Daniel Schlessinger <dschlessinger@jaszczuk.com>; Seth Corthell <scorthell@jaszczuk.com>
**Cc:** Samira Elhosary <selhosary@clcma.org>
**Subject:** Defendants' Responses and Objections, with verification, and Declaration

Counsel:

Please see the attached Responses and Objections to the most recent discovery requests sent by Plaintiffs, along with the accompanying verification of Munjed Ahmad.

In addition and as previously referenced in my email to you on the subject prior to Thanksgiving, please see attached Declaration of Munjed Ahmad, regarding the information I previously conveyed as contained in the FundRaiser platform.

Thank you.



**Christina A. Jump**
Civil Litigation Department Head

**Muslim Legal Fund of America (MLFA)**
The Constitutional Law Center for Muslims in America (CLCMA) is the legal division of MLFA

100 N. Central Expy, Suite 1010, Richardson, TX 75080

Phone: (972) 914-2507 (main)
Email: christina.jump@mlfa.org | cjump@clcma.org
Website: https://mlfa.org/

   

*I work across multiple time zones and may send emails outside of standard business hours. Although I send emails at times that are convenient for me, I do not expect that you read, respond or follow up on my emails outside your hours of work.*
*\*Board Certified in Labor and Employment Law, Texas Board of Legal Specialization*

  

*IMPORTANT: Emails to clients of this office presumptively and normally contain confidential and privileged material for the sole use of the intended recipient. Emails to non-clients are normally confidential and may be privileged. The use, distribution, transmittal or re-transmittal by an unintended recipient of any communication is prohibited without our express approval in writing or by email. Any use, distribution, transmittal or re-transmittal by persons who are not intended recipients of this email may be a violation of law and is strictly prohibited. If you are not the intended recipient, please contact the sender and delete all copies.*

**[CAUTION: This email was sent from outside of this organization]**