IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| STANLEY BOIM, Individually and as Administrator of the Estate of David Boim, deceased; and JOYCE BOIM,<br><br>Plaintiffs,<br><br>v.<br><br>AMERICAN MUSLIMS FOR PALESTINE/ AMERICANS FOR JUSTICE IN PALESTINE EDUCATIONAL FOUNDATION; RAFEEQ JABER,<br><br>Defendants. | Civil No. 17-cv-03591<br><br>Hon. Andrea Wood<br><br>Hon. Heather McShain |

**JOINT STATUS REPORT**

Pursuant to this Court's Minute Order dated January 24, 2024 (Doc. 376), Plaintiffs Stanley and Joyce Boim ("Plaintiffs") and Defendants Americans for Justice in Palestine Educational Foundation and Rafeeq Jaber ("Defendants") (collectively "the Parties") jointly submit this status report to update the matters specified by the Court:

(1)  The Progress of Discovery

Plaintiffs took the deposition of Salah Sarsour on January 30, 2024, and the 30(b)(6) deposition of Munjed Ahmad on February 1, 2024. The deposition of Hatem Bazian had to be postponed, due to Defendants' counsel's unexpected health issue that came with a travel restriction, as well as Dr. Bazian contracting the flu earlier in that week. Defendants continue to follow up with Dr. Bazian about his availability in April or May for the deposition. Defense counsel is waiting for an update on Defendant Rafeeq Jaber's health status, so it remains unknown when he will be deposed.

This Court granted Defendants' Motion to Quash Plaintiffs' Clawback on February 2, 2024, and Defendants reiterated their request to depose Asaf Romirowsky. The Parties set that deposition for March 28. Defendants never noticed the deposition for that date, and notified Plaintiffs on March 20 that Defendants will not be moving forward with Dr. Romirowsky's deposition on that date due to ongoing discussions regarding supplemental production relevant to that deposition. The Parties plan to discuss this issue at their upcoming meet-and-confer.

As another consequence of this Court's February 2 Order, Defendants sent a letter on February 26 indicating deficiencies in Plaintiffs' prior production regarding third-party litigation funding. The Parties intend to meet and confer on those issues in the coming days.

Finally, Defendants sent additional discovery requests for records to the Plaintiffs on February 27, and initial discovery requests to SPME on that same date. The parties intend to meet and confer regarding the propriety of Defendants serving written discovery requests under Rules 33, 34, and 36 on SPME.

Still pending before Judge Wood in this matter are Mosque Foundation's objections to this Court's Report and Recommendation on its Motion to Quash, and Defendants' Objections to this Court's Order granting Plaintiffs' Motion to Compel. Also outstanding is Plaintiffs' Motion to Compel records from Defendants about Defendants' relationship with third-party Students for Justice in Palestine ("SJP"). Defendants sought and received a two-week extension to their deadline to respond to that motion, and will do so by their deadline of April 1, 2024.

(2) <u>The Status of Settlement Discussions, If Any</u>

The parties have not engaged in further settlement discussions. Until the completion of factual discovery, including all outstanding depositions, the parties do not believe that further settlement discussions will be fruitful.

(3) <u>Any Other Issues the Parties Wish to Raise</u>

<u>Joint Issues</u>: The Parties will likely need to request additional time for discovery in light of the issues outlined above, and anticipate filing a request in that regard after they are able to directly confer on the remaining outstanding issues.

<u>Plaintiffs' Issues</u>: Plaintiffs are concerned that Dr. Bazian's deposition was initially scheduled to be taken in November 2023 and Defendants have not been diligent in finding an alternate date. The parties have not yet been able to meet and confer on this issue, but intend to do so soon. If no resolution can be reached, Plaintiffs anticipate bringing an appropriate motion.

Respectfully submitted this 22nd day of March, 2024.

/s/ Daniel I. Schlessinger
Daniel I. Schlessinger
Seth H. Corthell
JASZCZUK P.C.
311 South Wacker Drive, Suite 2150
Chicago, IL 60606
(312) 442-0509

Of Counsel
Nathan Lewin (*pro hac vice*)
Alyza D. Lewin (*pro hac vice*)
LEWIN & LEWIN LLP
888 17th Street NW, 4th Floor
Washington, D.C. 20006
(202) 828-1000

/s/ Christina A. Jump
Christina A. Jump
Samira S. Elhosary
Constitutional Law Center for
Muslims in America*
100 N. Central Expy. Ste. 1010
Richardson, TX 75080
(972) 914-2507

**The Constitutional Law Center for*
*Muslims in America is the legal division*
*of the Muslim Legal Fund of America*

Thomas A. Durkin
Durkin & Roberts
2446 North Clark Street
Chicago, IL 60614
(312) 913-9300