IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| STANLEY BOIM, INDIVIDUALLY AND AS ADMINISTRATOR OF THE ESTATE OF DAVID BOIM, DECEASED, AND JOYCE BOIM, | ) ) ) ) ) | |
| Plaintiffs, | ) ) | Case No. 17 CV 03591 |
| v. | ) ) | Hon. Andrea R. Wood |
| AMERICAN MUSLIMS FOR PALESTINE; AMERICANS FOR JUSTICE IN PALESTINE EDUCATIONAL FOUNDATION; AND RAFEEQ JABER | ) ) ) ) ) | Hon. Heather McShain |

**RESPONDENT'S RESPONSE TO THE PLAINTIFF'S MOTION TO ENFORCE THE COURT ORDER ON RESPONDENT'S MOTION TO QUASH**

Respondent, the Mosque Foundation, is fully committed to complying with the Court's order on our motion to quash the Plaintiff's nonparty subpoena. Respondent's counsel suggested the May 13th, 2024, date for compliance. It's important to note that the Mosque Foundation never expressed any unwillingness to comply with the order. The ruling was issued by Judge Andrea Wood during the last ten days of Ramadan, the respondent's busiest time of the year. Additionally, Respondent's counsel's work hours were significantly reduced during this period to participate in extra worship.

It was an error on the Respondent's counsel's end not to inform the Court that it would need additional time when Judge Wood issued her ruling and when the deadline for production was approaching. The Respondent's counsel was overly ambitious and mistakenly believed the April 29th deadline was achievable. Respondent has always shown a willingness to comply with Plaintiffs as it has complied with the majority of Plaintiffs' subpoena without this Court's

intervention. As stated above, Respondent intends to produce responsive material on or before May 13th, 2024.

## CONCLUSION

Respondent has no objection to making the production by May 13th, 2024. In light of the reasons stated above, Respondent requests that this Court not provide any other relief to the Plaintiffs.

Respectfully submitted,
Zaid Abdallah
Counsel for Respondent
Abdallah Law
15127 S. 73rd Ave Suite E
Orland Park Illinois 60462
Telephone: (312) 229.0008
Zaid@Abdallah-Law.com