IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| STANLEY BOIM, *et al.*, | ) | |
| | ) | |
| Plaintiffs, | ) | 17-cv-03591 |
| | ) | |
| v. | ) | |
| | ) | **Honorable Andrea R. Wood** |
| AMERICAN MUSLIMS FOR PALESTINE, *et al.*, | ) ) | |
| | ) | **Magistrate Heather K. McShain** |
| | ) | |
| **Defendants.** | ) | |

## JOINT STATUS REPORT ON OUTSTANDING DISCOVERY ISSUES

Counsel for Taher Herzallah, by Janine L. Hoft and Ben Elson of the People's Law Office; Plaintiffs by Daniel I. Schlessinger and Seth Corthell; and, Defendants, by Christina A. Jump and Samira S. Elhosary, in compliance with this Court's January 3, 2025 Minute Order [Dkt. 519], hereby submit this Joint Status Report.

1. All counsel met by video conference on January 7, 2025 at 3:00 p.m. CST, to discuss the deposition of Taher Herzallah.

2. Counsel further subsequently communicated by electronic mail and all agreed that the deposition of Mr. Herzallah will take place on March 6, 2025.

3. Pursuant to this Court's subsequent Minute Order of January 8, 2025 (Dkt. 523), Plaintiffs and Defendants report that they agree, subject to the Court's approval, that the previously set fact discovery cut-off of January 8, 2025 shall remain in place with the following exceptions:

1

    a. as previously agreed and approved, the deposition of Rafeeq Jaber will take place on January 21 and 22, 2025;

    b. as noted above, the deposition of Taher Herzallah will take place on March 6, 2025;

    c. the previously ordered document production by Defendant AMP/AJP in response to Plaintiffs' Request for Production 11 will take place no later than January 31, 2025.

4.    Plaintiffs believe that an extension regarding expert disclosure and discovery deadlines may become necessary; the Parties will provide more of an update to this Court after more of the remaining discovery items take place, if that appears necessary.

                                        Respectfully submitted,

Date: January 13, 2025

                                        /s/
Janine L. Hoft, Ben Elson
People's Law Office
1180 N. Milwaukee Ave.
Chicago, IL 60642
773-235-0070
janinehoft@peopleslawoffice.com
ben@peopleslawoffice.com
*Attorneys for Taher Herzallah*


/s/
Daniel I. Schlessinger
Seth Corthell
Jaszczuk P.C.
311 S. Wacker Drive
Suite 2150
Chicago, IL 60606
312-442-0366
dschlessinger@jaszczuk.com
scorthell@jaszczuk.com
*Attorneys for Plaintiffs*


/s/
Christina A. Jump
Samira S. Elhosary
Constitutional Law Center for Muslims in America*
100 N. Central Expressway
Suite 1010
Richardson, TX 75080
(972) 914-2507
cjump@clcma.org
selhosary@clcma.org
*Attorneys for Defendants*

*The Constitutional Law Center for Muslims in America is the legal division of the Muslim Legal Fund of America*

3