# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| STANLEY BOIM, et al.<br><br>Plaintiffs,<br><br>v.<br><br>AMERICAN MUSLIMS FOR PALESTINE, et al.,<br><br>Defendants. | Civil No. 17-cv-03591<br><br>Hon. Andrea Wood<br><br>Hon. Heather McShain |

## LR 3.2 NOTIFICATION OF AFFILIATES

Pursuant to Local Rule 3.2 of the Rules of the United States District Court for the Northern District of Illinois, Defendant, Americans for Justice in Palestine Educational Foundation, Inc. d/b/a American Muslims for Palestine ("AMP"), a non-profit corporation, hereby discloses the following publicly held affiliates:

- Defendant AMP hereby states that it has no publicly held affiliates.

Respectfully submitted,

*/s/ Christina Jump*
Christina A. Jump
Texas Bar No. 00795828
Samira Elhosary
Maryland Bar No. 2112140261
cjump@clcma.org
selhosary@clcma.org
*Attorneys for Defendants*

Constitutional Law Center
for Muslims in America
100 North Central Expressway, Suite 1010

Richardson, TX 75080
Phone: (972) 914-2507
Fax: (972) 692-7454

*The Constitutional Law Center for Muslims in America
is the legal division of the Muslim Legal Fund of America*

Thomas Anthony Durkin
ID No. 0697966
2446 N. Clark Street Chicago, IL 60614
Tel: 312-981-0123
Fax: 312-913-9235
tdurkin@durkinroberts.com
*Local Counsel for Defendants*
