# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.2)
### Eastern Division

Stanley Boim, et al.

                                         Plaintiff,

v.                                                    Case No.: 1:17–cv–03591
                                                      Honorable Andrea R. Wood

American Muslims for Palestine, et al.

                                         Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, January 23, 2025:

     MINUTE entry before the Honorable Heather K. McShain: For the reasons stated in the corresponding Order, plaintiffs' petition for attorneys' fees [504] is granted in part and denied in part. Within 30 days of the date of this Order, defendants shall pay to plaintiffs' counsel $6,386.00. Enter Order. Mailed notice. (pk, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.