IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| STANLEY BOIM, Individually and as Administrator of the Estate of David Boim, deceased; and JOYCE BOIM,<br><br>Plaintiffs,<br><br>v.<br><br>AMERICAN MUSLIMS FOR PALESTINE/ AMERICANS FOR JUSTICE IN PALESTINE EDUCATIONAL FOUNDATION; RAFEEQ JABER,<br><br>Defendants. | Civil No. 17-cv-03591<br><br>Hon. Andrea Wood<br><br>Hon. Heather McShain |

**PLAINTIFFS STANLEY AND JOYCE BOIM'S RENEWED
MOTION TO ENFORCE THE COURT'S ORDER ON THEIR MOTION TO COMPEL**

Plaintiffs Joyce and Stanley Boim (the "Boims" or "Plaintiffs"), by and through their attorneys and pursuant to this Court's Minute Entries dated April 15, 2024, August 27, 2024, and December 9, 2024, respectfully move to enforce the Court's prior Orders compelling Defendants to produce documents and communications concerning AMP's relationship to Students for Justice in Palestine – specifically, documents and communications responsive to Plaintiffs' Request No. 11 that Defendants are still withholding from discovery.

Per the Court's Order, attached to this non-speaking motion are the following:

- Ex. A – Defendants' Supplemental Discovery Responses.

- Ex. B – Excerpt of Defendants' January 31, 2025 production to demonstrate some of the redactions that Plaintiffs maintain are improper (filed provisionally under seal).

- Ex. C – Declaration of Munjed Ahmad regarding the scope of AMP's search for responsive information.

- Ex. D – Rule 37.2 Correspondence regarding Defendants' deficient production of documents responsive to Plaintiffs' Request No. 11.

- Ex. E – Transcript of February 18, 2025 meet and confer concerning Defendants' failure to search for and produce relevant documents and communications responsive to Request No. 11 and improper redactions of communications produced on January 31, 2025 and (filed provisionally under seal). The parties address Defendants' deficient search/production/withholding of attachments on pages 4-5, 7-12, 18-27, 29-59. The parties address the redactions on pages 6, 15-22, 26-41.

Date: February 21, 2025

Respectfully submitted,

/s/ Daniel I. Schlessinger
Daniel I. Schlessinger
Seth H. Corthell
Jaszczuk P.C.
311 South Wacker Dr., Suite 2150
Chicago, IL 60606
(312) 442-0401
dschlessinger@jaszczuk.com
scorthell@jaszczuk.com

Nathan Lewin (*pro hac vice*)
Alyza D. Lewin (*pro hac vice*)
LEWIN & LEWIN LLP
888 17th Street NW, 4th Floor
Washington, D.C. 20006
(202) 828-1000

*Attorneys for Stanley Boim, Individually and as the Administrator of the Estate of David Boim, Deceased, and Joyce Boim*

## CERTIFICATE OF SERVICE

    I HEREBY CERTIFY that a true and correct copy of the foregoing has been filed electronically using the Court's CM/ECF system and has been served to all parties via email through CM/ECF on this 21st day of February 2025.

                                            */s/ Daniel I. Schlessinger*