# -EXHIBIT C-

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| STANLEY BOIM, Individually and as Administrator of the Estate of David Boim, deceased; and JOYCE BOIM,<br><br>Plaintiffs,<br><br>v.<br><br>AMERICAN MUSLIMS FOR PALESTINE/ AMERICANS FOR JUSTICE IN PALESTINE EDUCATIONAL FOUNDATION; RAFEEQ JABER,<br><br>Defendants. | Civil No. 17-cv-03591<br><br>Hon. Andrea Wood<br><br>Hon. Heather McShain |

## **DECLARATION OF MUNJED AHMAD**

I, Munjed Ahmad, hereby declare under penalty of perjury under the laws of the United States and in accordance with 28 U.S.C § 1746 the following:

1. I am over eighteen and of sound mind.

2. I make this declaration based on my own personal knowledge.

3. The information contained herein is true and correct based on my personal knowledge.

4. I am one of the founders of American Muslims for Palestine ("AMP"), which is now the d/b/a of Americans for Justice in Palestine Educational Foundation ("AJP").

5. I have reviewed the production made today in response to this Court's order regarding Request for Production No. 11.

6. I affirm that the documents produced therein are the responsive and available documents, after reasonable searches and multiple cross-searches by AMP at the direction of our counsel and as reviewed by myself.

7. Specifically, the following individuals conducted multiple searches of relevant AMP email accounts dating back to 2011 and through the present: Executive Director Osama Abuirshaid, of his own email accounts; volunteer Abdelbaset Hamayel, of his own email accounts; Digital Communications Director Hareth Adlouni, of emails in the account of Taher Herzallah.

8. Records prior to 2017 are only sporadically available, though we are producing what we located. Records since then are available as kept in the regular course of business. As these specific emails and topics were not identified via any allegations contained in the allegations in the Original Complaint or the Amended Complaint, they were not immediately subject to the same litigation hold. Nonetheless, we were able to access majority of the responsive data subsequent to 2017.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

_____
Munjed Ahmad, Declarant

1-31-2025
Date Executed