# Exhibit A

<u>Declaration of</u> ███████

I, ███████, hereafter referenced as "Student A," hereby state the following facts, all of which are based on my personal experience and knowledge to the best of my memory, and to which I would testify if called upon:

1. Counsel for American Muslims for Palestine ("AMP") has informed me that I am one of the students identified in correspondence with AMP, and that the plaintiffs in this case have requested that my name be turned over.

2. I was a student at Harvard Law School from 2020 until 2023.

3. I was born in 1995 and raised in the United States. I am a Palestinian Christian and have family in the West Bank.

4. Since 2013, I have been the subject of various forms of digital harassment, or doxxing, campaigns as a direct result of my support for human rights for Palestinians. My personal information has been repeatedly published online, along with false and misleading characterizations of my speech.

5. I have faced harassing correspondence, including death threats, and experienced psychological and professional harm.

6. This targeting of my speech is part of a larger trend of doxxing campaigns targeting supporters of Palestinian human rights and have the intent and effect of chilling such speech.

7. There was no SJP at Harvard when I was there, so my limited interaction with AMP was not through SJP. During my time at Harvard, I helped plan a trip to Palestine for Harvard graduate students in the spring of 2023.

8. The trip was intended to allow students to hear about Palestine from Palestinians, and it arose as a way to share stories that would not be heard on IsraelTrek, an annual trip to Israel for

Harvard graduate students. The trip sought educate Harvard students about the Israeli military occupation and settlement of the West Bank.

9. I graduated from Harvard in May of 2023 and began working at a large international law firm in October of 2023.

10. In October of 2023 I, and many other Palestinian, Arab, and supportive students, faced a doxxing campaign in response to our campus speech led by a handful of powerful business executives unaffiliated with Harvard. These individuals encouraged third parties to publish the names, places of employment, and addresses of individuals who signed onto a student statement in support of Palestinian human rights that criticized Israel's bombardment of the Gaza Strip.

11. I was not a signatory to this statement; in fact, I had already graduated. Despite this fact, I was erroneously placed on a spreadsheet labeled "Harvard Hamas Supporters." Neither I nor the October 2023 student statement supported Hamas, explicitly or implicitly. The smear campaigns are not rooted in the reality of our speech, and are a blatant attempt to silence our support for Palestinian human rights.

12. This list was shared with X users (formerly Twitter) who had thousands of followers. An executive then contacted my place of employment and threatened to pull business from my firm if they continued to employ me.

13. Firm management called a meeting with me and questioned my involvement with ongoing activism at Harvard. I explained that I was not involved and had graduated months before. While I was not accused of violating any policy nor of engaging in any impropriety, nor was there any formal investigation or finding against me, firm management advised me to leave and look for a new job.

14. I complied with management's request and procured employment at another large international law firm in March of 2024. However, I have no reason to believe that my current employer is aware of my prior activism or doxxing.

15. In the current climate, as attorneys, campus activists and other employees all over the country are being fired or expelled following concerted doxxing campaigns against them, I am worried that I may again become a target. I have reason to believe that the same individuals and their supporters who tried to make me unemployable are still intent on smearing those of us who believe in human rights for our people. These slanderous digital harassment campaigns have threatened my safety, my employment, and my sense of being an American citizen with a right to free speech. I have already been the subject of a doxxing campaign which impacted my sense of physical safety as people tried to obtain my address. This doxxing campaign ultimately resulted in me losing my job two weeks after I had begun it due to the false accusations.

16. There was nothing improper about my brief association with AMP, which was limited to our having procured a one-time donation (among many other donations that we collected) that allowed us to subsidize our Palestine trip for lower-income students at Harvard.

17. I have also never had any association with Holy Land Foundation for Relief and Development, the American Muslim Society, nor the Islamic Association for Palestine.

18. None of the organizations with which I have been affiliated or on whose behalf I organized are affiliated with Hamas. None of our advocacy at Harvard had anything to do with justifying Hamas's actions or advocating in any way for Hamas.

19. From my recent past experiences, however, I believe that the Plaintiffs having my name and my affiliation with Harvard in this litigation will make me vulnerable once again to doxxing campaigns, and possible frivolous litigation, by outside powerful actors who hope to silence

Palestinians through fear tactics. In recent months especially, there has been a proliferation of frivolous litigation aimed at silencing advocates of Palestinian human rights.[1]

20. I do not feel comfortable sharing my identity with counsel for the plaintiffs in this case, whom I view as pursuing bad-faith litigation aimed at silencing a respected educational organization merely because of its political orientation, and who has expressed an intent to share my information with "government entities."

21. I am also concerned that if my name is disclosed to the Israeli government, my family in Palestine could be targeted because of their affiliation with me.

VERIFICATION

I, Student A, the undersigned, verify that I have read the foregoing document, Declaration of Student A, and solemnly affirm under the penalty of perjury that this declaration is true and correct to the best of my knowledge and belief.



Student A

3/25/2025 | 7:36 PM PDT

Date

---

[1] See e.g. Jewish Voice for Peace, *JVP & PPP: lawfare is a tool of far-right repression*, January 17, 2025, *available at* https://www.jewishvoiceforpeace.org/2025/01/17/lawfare-a-tool-of-far-right-repression/; Palestine Legal, *Palestine Legal Warns Against Escalating Efforts to Weaponize Terror Laws and Suppress Advocacy for Palestinian Rights*, May 28, 2024, available at https://palestinelegal.org/news/2024/5/25/palestine-legal-warns-against-escalating-efforts-to-weaponize-terror-laws-and-suppress-advocacy-for-palestinian-rights