# Exhibit B

<u>Declaration of ▮▮▮▮▮▮▮</u>

I, ▮▮▮▮▮▮▮, hereafter referenced as "Student B," hereby state the following facts, all of which are based on my personal experience and knowledge to the best of my memory, and to which I would testify if called upon:

1. Counsel for American Muslims for Palestine ("AMP") has informed me that I am one of the students identified in correspondence with AMP, and that the plaintiffs in this case have requested that my name be turned over.

2. I was a law student from 2020 until 2023. During part of that time I was active with school's branch of Students for Justice in Palestine ("SJP"). Our SJP was not founded by, nor did it have any affiliation with, Hatem Bazian nor AMP while I was a student. To my knowledge, our SJP has never been affiliated with or advocated for Hamas or Hamas's actions.

3. In 2022, our SJP organized an event about the legal implications of home demolitions in the Jerusalem neighborhood of Sheikh Jarrah. The event had nothing to do with Hamas.

4. I was a participant in email messages (emails I understand will be disclosed in this case) between SJP and AMP to procure AMP's sponsorship of the Sheikh Jarrah event.

5. I have never had any association with Holy Land Foundation for Relief and Development, the American Muslim Society, nor the Islamic Association for Palestine, whether personally or through any organization with which I was affiliated.

6. I was born in 1998 in the United States. I have family members in the West Bank and Gaza, and Israel has complete control over their residency in the country.[1]

---

[1] Amnesty International, *Israel's apartheid against Palestinians: a cruel system of domination and a crime against humanity*, February 1, 2022, available at https://www.amnesty.org/en/latest/news/2022/02/israels-apartheid-against-palestinians-a-cruel-system-of-domination-and-a-crime-against-humanity/

7. I was previously the subject of digital harassment because of my advocacy for human rights in Palestine/Israel. I have been subjected to death threats and other bullying and abusive messages. I have also suffered employment consequences because of my advocacy for Palestine and associations with Palestinians. I have since secured other employment and do not want to jeopardize that.

8. Because I have already suffered personally and professionally because of my public advocacy, I do not want to be further targeted and made vulnerable to doxxing, employment sanctions, and other forms of bullying.

9. I am also afraid that if my name is turned over to government agencies in connection to this case, I could be arrested or otherwise harassed by government agents, as other advocates for Palestinian human rights with no affiliation with Hamas have been (most famously Mahmoud Khalil).

10. I am also worried that if my name is turned over to Israeli government agencies, my family in the West Bank and Gaza could be subjected to politically-motivated arrest and detention.

11. Israel holds Palestinians in administrative detention, sometimes for years at a time, which means that it does not have to secure a conviction nor present any evidence to imprison Palestinians living in the West Bank and Gaza. As the U.S. State Department explains, "Israeli military law allowed the indefinite administrative detention without charge or trial of Palestinians from the West Bank or Gaza, whether they were detained or imprisoned within Israel, or within the West Bank or Gaza, for so-called security-related offenses."[2] The report continues:

> "Significant human rights issues included credible reports of:
> . . .

---

[2] U.S. Department of State, *Israel, West Bank and Gaza: Israel, West Bank and Gaza*, available at https://www.state.gov/reports/2023-country-reports-on-human-rights-practices/israel-west-bank-and-gaza/west-bank-and-gaza/

> With respect to Israeli security forces in the Occupied Palestinian Territories: arbitrary or unlawful killings; enforced disappearance; torture or cruel, inhuman, or degrading treatment or punishment; harsh and life-threatening prison or detention conditions; arbitrary arrest or detention; political prisoners or detainees; arbitrary or unlawful interference with privacy; punishment of family members for alleged offenses by a relative; serious abuses in a conflict, including widespread civilian deaths or harm, enforced disappearances or abductions, forcible transfers of civilian populations, torture, physical abuses, conflict-related sexual violence or punishment; serious restrictions on freedom of expression and media freedom, including violence or threats of violence against journalists, unjustified arrests or prosecutions of journalists, and censorship; serious restrictions on internet freedom; substantial interference with the freedom of peaceful assembly and freedom of association, including overly restrictive laws on the organization, funding, or operation of nongovernmental and civil society organizations; restrictions on freedom of movement and residence and on the right to leave the occupied territories; serious government restrictions on or harassment of domestic and international human rights organizations; and crimes involving violence or threats of violence targeting Palestinians.

12. According to the Israeli human rights organization B'TSelem, at the end of December 2024, the Israel Prison Service (IPS) was holding 3,327 Palestinians in administrative detention.[3]

13. I am also afraid of being denied entry into the West Bank, Gaza or Israel for political reasons, which is what happened to Omar Shakir, Human Rights Watch's Israel and Palestine director.[4] I have previously been detained by the Israeli authorities and subjected to hours of interrogation when visiting Palestine.

14. The process for foreigners entering the West Bank is distinct from the process by which foreigners enter Israel.[5] As the Israeli report, "Procedure for Entry and Residence of Foreigners in the Judea and Samaria Area," explains, "a foreigner has no vested right to enter

---

[3] B'Tselem, Statistics on administrative detention in the Occupied Territories, March 3, 2025, *available at* https://www.btselem.org/administrative_detention/statistics
[4] Human Rights Watch, *West Bank: New Entry Rules Further Isolate Palestinians*, January 23, 2023, *available at* https://www.hrw.org/news/2023/01/23/west-bank-new-entry-rules-further-isolate-palestinians
[5] *Id.*

the [West Bank]. Applications from foreigners will be evaluated according to the discretion of the authorized office. Among the considerations taken into account are the foreigner's likelihood to endanger security, . . . and any other relevant considerations."[6]

## VERIFICATION

I, Student B, the undersigned, verify that I have read the foregoing document, Declaration of Student B, and solemnly affirm under the penalty of perjury that this declaration is true and correct to the best of my knowledge and belief.

_____  
Student B

3/25/2025 | 10:36 AM PDT  
_____  
Date

---

[6] Coordination of Government Activities in the Territories, Operations Department, *Procedure for Entry and Residence of Foreigners in the Judea and Samaria Area*, December 21, 2022, available at https://www.gov.il/BlobFolder/policy/judeaentry2022/en/%D7%A0%D7%95%D7%94%D7%9C%20%D7%9B%D7%A0%D7%99%D7%A1%D7%AA%20%D7%96%D7%A8%D7%99%D7%9D%20%D7%91%D7%90%D7%A0%D7%92%D7%9C%D7%99%D7%AA-%20%D7%AA%D7%A8%D7%92%D7%95%D7%9D%20%D7%9E%D7%A2%D7%95%D7%93%D7%9B%D7%9F%20%D7%93%D7%A6%D7%9E%D7%91%D7%A8%202022%20(2).pdf