IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| Boim, et al., | Case No. 1:17-cv-3591 |
| Plaintiffs, | |
| v. | District Judge Andrea R. Wood |
| American Muslims for Palestine, et al., | |
| Defendants. | |

**Proposed Intervenors' Status Report**

NOW COME the proposed intervenors, Student A and Student B ("Intervenors"), through their attorneys, and respond to this Court's May 21, 2025 request for a status update about their motion for intervention as follows:

1. On March 26, 2025, Intervenors filed Anonymous Former Students' Motion to Intervene, seeking to prevent the disclosure through discovery of their names and other personal information. (Dkt. 557).

2. On April 9, 2025, in ruling on Defendants' motion for a protective order (Dkt. 546, 547), Judge McShain noted that Intervenors' declarations (submitted in support of their Motion to Intervene) "reinforce[] the Court's conclusion that an AEO designation is warranted to avoid subjecting the students whose names and contact information appear in the AMP-SJP communications from an undue burden and potential harassment." (Dkt. 563 at p. 3).

3. As this Court acknowledges, the substantive issues Intervenors raised have therefore already been addressed. (Dkt. 568).

4. Intervenors nonetheless respectfully request a ruling on whether their motion is accepted as a procedural matter, so that they may preserve their ability to offer their views again should the

confidentiality interests at issue be implicated again or should Judge McShain's April 9 order be violated.

Respectfully submitted,

Proposed Intervenors

/s/ Rima Kapitan

Atty No. 6286541
Kapitan Gomaa Law, P.C.
P.O. Box 46503
Chicago, Illinois 60646
Phone: (312)566-9590
Fax: (312) 566-9591
rima@kapitangomaa.com