## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.3)
### Eastern Division

Stanley Boim, et al.

                                        Plaintiff,

v.                                                          Case No.: 1:17–cv–03591
                                                            Honorable Andrea R. Wood

American Muslims for Palestine, et al.

                                        Defendant.

---

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, May 28, 2025:

    MINUTE entry before the Honorable Andrea R. Wood: The Court has reviewed
the proposed Intervenors' status report [569]. In the report, the proposed Intervenors state
that even though the substantive issues that prompted their motion have been resolved,
they would like a ruling "as a procedural matter, so that they may preserve their ability to
offer their views again should the confidentiality interests at issue be implicated again or
should Judge McShain's April 9 order be violated." Without commenting on the merits of
the substantive discovery matters, the Court grants the Intervenors' motion [557] for
purpose of allowing them to appear now and in the future should their
privacy/confidentiality interests be implicated. Mailed notice (lma, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of
Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was
generated by CM/ECF, the automated docketing system used to maintain the civil and
criminal dockets of this District. If a minute order or other document is enclosed, please
refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our
web site at ***www.ilnd.uscourts.gov***.