IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| STANLEY BOIM, Individually and as Administrator of the Estate of David Boim, deceased; and JOYCE BOIM,<br><br>Plaintiffs,<br><br>v.<br><br>AMERICAN MUSLIMS FOR PALESTINE/ AMERICANS FOR JUSTICE IN PALESTINE EDUCATIONAL FOUNDATION; RAFEEQ JABER,<br><br>Defendants. | Civil No. 17-cv-03591<br><br>Hon. Andrea Wood<br><br>Hon. Heather McShain |

## JOINT STATUS REPORT

Pursuant to this Court's Minute Order dated March 11, 2025 (Dkt. 543), Plaintiffs Stanley and Joyce Boim ("Plaintiffs") and Defendants Americans for Justice in Palestine Educational Foundation d/b/a American Muslims for Palestine and Rafeeq Jaber ("Defendants") (collectively "the Parties") jointly submit this status report to update the Court regarding the status of expert discovery:

**(A) The Progress of Expert Discovery**

To date, Defendants deposed two of Plaintiffs' designated experts. Defendants deposed Lorenzo Vidino on May 21, 2025, and Harel Chorev on May 28, 2025.

The Parties intended for the deposition of Arieh Spitzen to take place on May 29, 2025, and it did begin that date; unfortunately, however, the interpreter retained by Defendants canceled unexpectedly, and although the court reporting firm found a replacement the day beforehand, the Parties unanimously agreed the interpreter was not in fact up to the task of interpreting accurately. The Parties then agreed, upon offer of Plaintiffs' counsel, to reschedule the deposition of Arieh

Spitzen for June 17, 2025, subject to the Court extending the expert discovery deadlines sufficiently to allow that. Defendants will take all reasonable steps within their control to have a mutually acceptable interpreter present and confirmed in advance.

**(B) Status of Settlement Discussions**

The parties have not engaged in settlement discussions to date and do not believe any would be productive at this time.

**(C) Other Issues the Parties Wish to Raise**

Based on the rescheduled deposition of Arieh Spitzen for an additional eighteen days, Defendants respectfully request an extension for their own designation of experts of two weeks, or fourteen days, from the current date of Monday, June 16, 2025 to Monday, June 30, 2025. The parties therefore request an equivalent extension of the deadline to depose Defendants' experts, from Wednesday, July 16, 2025 to Wednesday, July 30, 2025.

Respectfully submitted this 2nd day of June, 2025.

/s/ Draft
Daniel I. Schlessinger
Seth H. Corthell
JASZCZUK P.C.
311 South Wacker Drive, Suite 2150
Chicago, IL 60606
(312) 442-0509

Of Counsel
Nathan Lewin (*pro hac vice*)
Alyza D. Lewin (*pro hac vice*)
LEWIN & LEWIN LLP
888 17th Street NW, 4th Floor
Washington, D.C. 20006
(202) 828-1000

/s/ Draft
Christina A. Jump
Samira S. Elhosary
Constitutional Law Center for
Muslims in America*
100 N. Central Expy. Ste. 1010
Richardson, TX 75080
(972) 914-2507

**The Constitutional Law Center for
Muslims in America is the legal division
of the Muslim Legal Fund of America*

Thomas A. Durkin
Durkin & Roberts
2446 North Clark Street
Chicago, IL 60614
(312) 913-9300