**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.3)**
**Eastern Division**

Stanley Boim, et al.
            Plaintiff,

v.                  Case No.: 1:17−cv−03591
                 Honorable Andrea R. Wood

American Muslims for Palestine, et al.
            Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, June 9, 2025:

  MINUTE entry before the Honorable Heather K. McShain: The Court has reviewed the parties' joint status report [571], which reports on the parties' progress with expert discovery. The Court construes the report as a motion for extension of time to modify the expert discovery schedule and grants the motion as follows: Plaintiffs' experts to be deposed by 06/17/2025. Defendants' expert disclosures due by 06/30/2025. Defendants' experts to be deposed by 07/30/2025. A joint status report is due on 08/01/2025 to: (a) confirm that expert discovery is complete; (b) update the Court on the parties' settlement discussions, if any; and (c) raise any other issues the parties wish to bring to the Court's attention. The parties may contact chambers at any time (by email to Chambers_McShain@Ilnd.uscourts.gov) if they would like the Court's assistance with settlement. Mailed notice. (pk, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.