Stanly Boim and Joyce Boim  vs. AMP, AJP, *et al.*

# CHARGE NO 01/25

Consulting , Arieh Spitzen

month, day, year

| Credit Party | Total Balance Due Within 30 Days: |
|---|---|
| Daniel I. Schlessinger<br>Jaszczuk P.C.<br>311 S. Wacker Drive, Suite 2150<br>Chicago, IL  60606 | Total--$17,275 |

**Breakdown**
May 29……….Deposition Attendance…….$2,000
June 17………Deposition Attendance…….$2,000
April 28……….Deposition Preparation…….4 hours at $275 per hour=$1100
May 23……….Deposition Preparation…….4 hours at $275 per hour=$1100
May 24……….Deposition Preparation…….3 hours at $275 per hour=$825
May 25……….Deposition Preparation…….6 hours at $275 per hour=$1650
May 26……….Deposition Consulting……..$1000
May 27 ………Deposition Preparation…….6 hours at $275 per hour=$1650
May 28………Deposition Preparation…….8 hours at $275 per hour=$2200
June 13………Deposition Preparation…….5 hours at $275 per hour=$1375
June 14………Deposition Preparation…….5 hours at $275 per hour=$1375
June 15………Deposition Consulting……..$1000

__Spitzen__Arieh_____

## Breakdown of Working Hours For Expert Deposition

| Activity | Dates | Hours |
|---|---|---|
| Prepare for Deposition | January30, 2025 | 1 |
| | March 28,2025 | 3 |
| Prepare for Deposition | May 25, 26, 2025 | 13.5 |
| | May 27, 2025 | 6.5 |
| Deposition | May 28, 2025 | 8 |
| **Total** | | 32 |

32 hours at $270 per hour-------$8,640