**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.3)**
**Eastern Division**

Stanley Boim, et al.
                                                   Plaintiff,

v.                                                                     Case No.: 1:17–cv–03591
                                                                                    Honorable Andrea R. Wood

American Muslims for Palestine, et al.
                                                   Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, July 28, 2025:

      MINUTE entry before the Honorable Heather K. McShain: Plaintiffs' motion to compel payment of expert fees [575] is denied without prejudice based on plaintiffs' noncompliance with the Court's protocol governing the filing of discovery motions in this case [458] and the Court's standing order on discovery motions. Mailed notice. (pk, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.