# -EXHIBIT 1-

# Paul M. Carroll

Mill Valley, CA 94941
Phone: (415) 596-5492   Email: pcbiker3600@gmail.com

## CAREER SUMMARY

More than twenty-five years in increasingly responsible roles to design and implement public policy campaigns, design philanthropic strategies for impact, and shape organizational plans and programs. Senior program management, fundraising and organizational leadership in the nongovernmental and philanthropic sectors; network building and collaboration strategies for maximum impact.

## CORE COMPETENCIES

Senior organizational leadership; superb communication skills including public speaking and media interviews; board management; understanding and navigating relationships and differences among public, private and nongovernmental sectors; strategic philanthropy and fundraising; mastery of team approaches to problem solving; quick learner and ability to understand and readily convey complex issues to varied audiences.

## PROFESSIONAL EXPERIENCE

Independent Consultant/Advisor                                       June 2025 - present
*Self-Employed*, Mill Valley, CA

Managing Director                                                    September 2020 - June 2025
*Charity & Security Network*
Lead a team that manages a network of more than 300 humanitarian, peacebuilding and human rights organizations working to protect and defend their rights to operate. Lead in strategy development, fundraising, staff management and partnership relations.

Director, Institutional Funding                                      February - June 2020
*Wiki Education Foundation* Led organization's planning and execution of institutional donor cultivation, securing grants, and initial major donor strategy.

Philanthropic and Organizational Consultant                          August 2019 – June 2023
Self-employed, Mill Valley, CA
Various projects in support of philanthropic investments, evaluation of programs, and related analysis.

- CRUX Alliance, support for large institutional grant narratives (climate)
- Good Energy Collective, Advise on security policy implications for potential expansion of nuclear energy
- Carnegie Corporation of New York; grant due diligence.
- Nuclear Threat Initiative; mapping of Fellowship and Professional Development programs.

Director, Partnerships
*N Square*, San Francisco, CA                                        August 2017- August 2019

- Provided expert support and guidance to a funders' collaborative to broaden the reach and foster innovation in the nuclear security sector.

- Managed interactions between nuclear security practitioners and thought leaders/experts from a variety of other sectors to stimulate creative thinking about potential solutions to nuclear threats.
- Led design and implementation of annual Fellows cohort that produced prototype ideas and products that increased public participation in nuclear security efforts.
- Supported development and strategic partnership cultivation with potential donors.

<u>Program Director</u>                                                                                 January 2000 - July 2017
*Ploughshares Fund*, San Francisco, CA

- Led Ploughshares $7 million annual grantmaking program; developed investment strategy to achieve clear policy results; implement rapid-response projects to exploit opportunities for impact; evaluated investments and results.
- Managed a Program Staff of four; mentored and empowered staff as the organization grew.
- Cultivated strong working relationships with partner organizations and individuals, both funders and grantees, to leverage resources and capacities toward common goals.
- Led in re-establishing an active and effective network of leading funders in the broad peace and security arena (the <u>Peace and Security Funders Group</u>). Served on the Steering Committee and as Co-Chair of the Finance Committee.
- Led in implementing a start-up innovation collaboration, <u>N Square</u>, among five leading foundations with the goal of enhancing collaboration, innovation and participation in nuclear weapons policy efforts.
- Applied extensive knowledge of foreign policy and other public policy issues and how organizations seek to influence policy; worked collaboratively with grantees and colleagues to achieve specific policy goals such as ratification of arms control treaties, federal budget decisions, and international security agreements.
- Exercised board management and development with the Ploughshares Board of Directors to plan annual goals, implement strategies, and evaluate results.
- Track record of fundraising with foundation and individual supporters to Ploughshares; produced compelling proposals and clear, comprehensive reports to donors.
- Represented Ploughshares broadly among a variety of audiences that enhanced the organizational profile and positioned the organization as a leader in international security issues.
- Performed numerous media appearances as a subject expert on nuclear weapons and energy issues; radio, television and print (examples include *CNN International, Al Jazeera America, Fox News, NPR, The Daily Beast*).

<u>Independent Foundation and Nonprofit Consultant</u> (Part time)    September 1997 - December 2000
*Compton Foundation,* Menlo Park, CA                *Tides Foundation,* San Francisco, CA
*Ploughshares Fund,* San Francisco, CA             *Town Creek Foundation,* Easton, MD

- Provided leading foundations with analysis of organizations in specific fields and made recommendations about funding to them.
- Designed and implemented a graduate fellowship program with several university partners directed at developing capacity among African scholars and practitioners.
- Developed a strategic plan for grant making and fund raising; implemented and oversaw the plan.
- Facilitated board interaction and consultation on investment strategy and evaluation.

*The Tides Center*, San Francisco, CA

- Director of *Safe Routes Marin,* to advocate for pedestrian/bicycle infrastructure. Led volunteers, partners, and elected officials on media efforts, topical substance, and community outreach.

*Tri-Valley CAREs*, Livermore, CA
- Authored reports on programs related to the missions of the organization; authored op-eds and letters to the editor; led community outreach through public meetings and events.

Environmental Protection Specialist (Concurrent to above)   September 1996 - December 2000
*U.S. Environmental Protection Agency*, Region 9, San Francisco, CA
- Implemented federal regulatory oversight through the Clean Air Act and National Environmental Policy Act (NEPA); applied to power plants, transportation projects, federal sites, and agricultural operations.
- Designed proposals to encourage agricultural sector to adopt organic processes where possible.

Program Analyst                                                                                     September 1994 - May 1996
*U.S. Department of Energy*, Washington, DC
- Prepared Congressional testimony to advocate for DOE's Environmental Management program, a $6 billion annual program in waste management and clean-up.
- Co-authored the Department's first full public accounting of the environmental consequences of nuclear weapons production, "Closing the Circle on the Splitting of the Atom"; managed contractors for printing and dissemination of 100,000 copies to target audiences nationwide.

Research Analyst                                                                                    October 1992 - June 1994
*U.S. Congress, Office of Technology Assessment*, Washington, DC
Co-authored a Congressionally mandated report on the options for disposing of nuclear materials; managed contractors who contributed to the report; assisted with the preparation of other reports produced within the environment program at OTA.

## Education
Masters of Public Management, National Security Studies Concentration, University of Maryland School of Public Affairs.
Bachelor of Arts with High Honors, Political Science, Rutgers University.

## Additional Experience and Interests
- Avid road cyclist and transportation advocate; skiing, hiking, camping.
- Current Board member of BASIC; former Board member, San Francisco Bicycle Coalition and Nuclear Watch New Mexico
- Assistant Crew leader at Northwest Youth Corps, Eugene, OR, Spring 1996.  Led a crew of adolescents conducting natural resource work projects and environmental and personal development education.
- Completed two cross-country bicycle rides with Bike-Aid; served as Route Leader; conducted fund raising, media outreach, and event coordination.
- Private pilot; occasional oddball race participant.
- Traveled twice to North Korea with unofficial foreign policy interlocutors.

## Areas of Expert Testimony of Paul M. Carroll

*Stanley Boim, et al. v. American Muslims for Palestine, et al.*

Paul M. Carroll will present opinions and testimony on nonprofit organizations operating within the United States, as well as trends and misuse of allegations made against them in recent years, both broadly and as to American Muslims for Palestine specifically. He is prepared to speak to common structures of nonprofit organizations, and factors that indicate overlap and continuity of organizations versus factors that simply indicate overlapping communities served by different organizations that operate wholly independently or have missions similar in nature. In particular, Mr. Carroll is prepared to present testimony as to how affinity groups based on religion and/or shared national origin fulfill valid, legal purposes for many nonprofits, and often operate independently from one another.

Mr. Carroll has reviewed incorporation and related documents of American Muslims for Palestine and AJP Educational Foundation, Inc., including relevant 990 tax forms, as well as deposition testimony from this lawsuit of AMP's two founding members as well as its current Executive Director and some of its Board Members and volunteers. Mr. Carroll has also reviewed the deposition transcripts of Plaintiff Joyce Boim and Asaf Romirowsky, the Executive Director of the organization providing the funding for this lawsuit. In his own line of work as an independent consultant and previously as Managing Director of Charity & Security Network from September 2020 to June 2025, and based on his twenty-five years of experience overall relating to nonprofits and public policy work, Mr. Carroll provides insight on the workings, structure and historic considerations of affinity and public policy-based nonprofit organizations within the United States. He also has extensive knowledge as to the intersections between public, private and nongovernmental sectors and the role of nonprofit organizations within those. Mr. Carroll will testify as to the risks and threats facing domestic nonprofit organizations in recent years, including overbroad counter-terrorism allegations that make it difficult for legitimate nonprofit organizations to exercise their own free speech rights without becoming public targets of those with opposing views, including via overreaching regulatory environments and applications of rules promulgated for other legitimate purposes.

Mr. Carroll reviewed the reports and deposition testimony of Lorenzo Vidino, Harel Chorev and Arieh Spitzen in this lawsuit. Mr. Carroll will provide testimony as to flaws he identifies in the evaluations and methodology contained in those reports, including their reliance on unsubstantiated conclusions and allegations without proper sourcing for the statements on

which they base their conclusions. He further identifies the lack of correlation between the opinions those witnesses provide, and the domestic U.S. nonprofit environment from 2004 to date. Mr. Carroll bases his opinions and conclusions on proven methodologies, as well as discussions and review of public statements by key policy makers, including Executive branch agencies and members of Congress. Mr. Carroll identifies the lack of unbiased peer review for the opinions proffered by witnesses Lorenzo Vidino, Harel Chorev and Arieh Spitzen, and is prepared to describe in detail the methodology and social science paradigms he utilizes to come to his own opinions and conclusions.

Mr. Carroll is also prepared to testify as to the suppression of dissent and free speech by those with viewpoints that run counter to the work of domestic nonprofit agencies, including by foreign and U.S. government officials as well as counter-viewpoint nonprofit organizations operating in concert to chill or silence views they dislike. These methods include the use of lawfare (directed by, among others, the Legal Network Initiative and International Legal Forum), anti-BDS lobbying for legislation and reduced funding as well as pressure placed on identified donors, and the push for application of new definitions for discrimination that favor certain groups over others.

Mr. Carroll provides a list of his publications, speaking engagements and fees attached to this Report, as well as a list of additional resources and data considered in forming the opinions identified above.

# Paul M. Carroll

## Publications

### Book Chapters

Ashleigh Subramanian-Montgomery and Paul Carroll, "Restrictions on Financial Services and Banking and their Impacts on Palestinian NGOs," in Zaha Hassa and H.A. Hellyer, eds., *Suppressing Dissent: Shrinking Civic Space, Transnational Repression and Palestine-Israel*, Carnegie Endowment for International Peace, 2024.

### Op-Eds

Just Security, *Israel's West Bank Ordinance: The Latest Effort to Suppress Palestinian Civil Society*, June 8, 2022.

With Megan Corrado, Just Security, *Sanctions Review Fails to Review Sanctions: Congress Should Step In*, November 2, 2021.

Inkstick Media, *Sanctions are the Fuel to Cuba's Fire*, July 16, 2021.

Inkstick Media, *The Invisible Impact of Violence*, May 19, 2021.

Just Security, *Fixing "Material Support" – Lessons from the Houthi Terror Designation*, March 18, 2021.

Zocalo Public Square, *The Sanitized Rhetoric that Makes Nuclear War More Likely*, February 1, 2018.

Inkstick Media, *When All You Have is a Hammer*, January 9, 2018.

## Speaking Engagements

*Moving Forward Together: International Philanthropy in a Changing Policy Landscape*, Opening Session, Charities Aid Foundation's International Grantmaking Symposium, April 2025.

*Master Class: OFAC Guidelines & Giving to Sanctioned Jurisdictions*, Charities Aid Foundation's International Grantmaking Symposium, April 2025.

Charities Aid Foundation's International Grantmaking Symposium, November 2023.

*New OFAC General Licenses for Humanitarian Relief: What Grantmakers Need to Know*, Caring and Funding, The CAF America Podcast, February 7, 2023.

*Now We Learn How Trump Has Endangered Our National Security and Given Aid and Comfort to Our Enemies*, Background Briefing with Ian Masters Podcast, September 7, 2022.

*You Get a Sanction, and You, and You*, Things that Go Boom Podcast, March 21, 2022.

Moderator, "*An Impossible Dream*" *Book Talk*, World Affairs Council, July 10, 2019.

*Is War with North Korea Inevitable?*, Zocalo Public Square, October 25, 2017.

*U.S. Nuclear Policy: The Arms Race Sequel*, Juneau World Affairs Council, February 10, 2016.

# Paul M. Carroll
# Rates Charged for Expert Services

<u>COMPENSATION</u>

In consideration for the Services provided as an Expert Witness, charges accrue in the following manner:

$250/hr – Drafting and preparation of expert report

$275/hr – Testimony time, including deposition and trial