# -EXHIBIT 2-

# Claudia Ceja

| | |
|---|---|
| **From:** | Christina Jump <cjump@clcma.org> |
| **Sent:** | Thursday, July 31, 2025 12:04 AM |
| **To:** | Daniel Schlessinger; Seth Corthell |
| **Cc:** | Ali Boyd; Samira Elhosary |
| **Subject:** | Yousef Munayyer - Arab Center Washington DC |

Counsel:

As you know, we previously retained Yousef Munayyer as an expert witness in this matter. Unfortunately he's had a family emergency recently that prevents him from providing a report or being available for deposition in the coming weeks.
Therefore, we advise you that we will utilize his services as a consulting expert, and possible rebuttal expert if needed at trial.

He has, as you know, already executed the confidentiality agreement in this matter.

Below please find the link to his qualifications and publications as well as speaking engagements.

https://arabcenterdc.org/team/yousef-munayyer/



Christina A. Jump
Civil Litigation Department Head

Muslim Legal Fund of America (MLFA)
The Constitutional Law Center for Muslims in America (CLCMA) is the legal division of MLFA

100 N. Central Expy, Suite 1010, Richardson, TX 75080

Phone: (972) 914-2507 (main)
Email: christina.jump@mlfa.org | cjump@clcma.org
Website: https://mlfa.org/

    

I work across multiple time zones and may send emails outside of standard business hours. Although I send emails at tim[e] convenient for me, I do not expect that you read, respond or follow up on my emails outside your hours of work.
*Board Certified in Labor and Employment Law, Texas Board of Legal Specialization

   

IMPORTANT: Emails to clients of this office presumptively and normally contain confidential and privileged material for use of the intended recipient. Emails to non-clients are normally confidential and may be privileged. The use, distribution transmittal or re-transmittal by an unintended recipient of any communication is prohibited without our express approv[al] writing or by email. Any use, distribution, transmittal or re-transmittal by persons who are not intended recipients of this may be a violation of law and is strictly prohibited. If you are not the intended recipient, please contact the sender and d[elete] copies.

[CAUTION: This email was sent from outside of this organization]