# -EXHIBIT 3-

# Claudia Ceja

| | |
|---|---|
| **From:** | Daniel Schlessinger |
| **Sent:** | Friday, August 15, 2025 9:14 AM |
| **To:** | Christina Jump; Seth Corthell |
| **Cc:** | Samira Elhosary; Ali Boyd; Stephen Landes |
| **Subject:** | RE: Dates for deposition of Paul Carroll |

We will not be deposing Mr. Carroll.

My understanding was that you would be getting us your response to our Rule 37.2 letter yesterday. Should I expect that today?

---

**From:** Christina Jump <cjump@clcma.org>
**Sent:** Thursday, August 14, 2025 7:07 PM
**To:** Daniel Schlessinger <dschlessinger@jaszczuk.com>; Seth Corthell <scorthell@jaszczuk.com>
**Cc:** Samira Elhosary <selhosary@clcma.org>; Ali Boyd <Ali.Boyd@mlfa.org>; Stephen Landes <slandes@jaszczuk.com>
**Subject:** Re: Dates for deposition of Paul Carroll
**Importance:** High

Counsel:
We have not heard back from you regarding the dates we offered for Mr. Carrol's deposition.
Please advise at your earliest convenience regarding your available dates for his deposition of the ones offered below. Either he needs to make flight arrangements to remain in Dallas through August 26, or we need to make arrangements to come to Chicago for August 28 or 29.
The Dallas option will remain available through the close of business Friday August 15; after that, necessary airfare accommodations will no longer be feasible and the remaining dates available will be August 28 or 29 in Chicago.

Thank you.



Christina A. Jump
Civil Litigation Department Head

Muslim Legal Fund of America (MLFA)
The Constitutional Law Center for Muslims in America (CLCMA)
is the legal division of MLFA

100 N. Central Expy, Suite 1010, Richardson, TX 75080

Phone: (972) 914-2507 (main)
Email: christina.jump@mlfa.org | cjump@clcma.org
Website: https://mlfa.org/



I work across multiple time zones and may send emails outside of standard business hours. Although I send emails at time convenient for me, I do not expect that you read, respond or follow up on my emails outside your hours of work.
*Board Certified in Labor and Employment Law, Texas Board of Legal Specialization



IMPORTANT: Emails to clients of this office presumptively and normally contain confidential and privileged material for use of the intended recipient. Emails to non-clients are normally confidential and may be privileged. The use, distribution transmittal or re-transmittal by an unintended recipient of any communication is prohibited without our express approv writing or by email. Any use, distribution, transmittal or re-transmittal by persons who are not intended recipients of this may be a violation of law and is strictly prohibited. If you are not the intended recipient, please contact the sender and d copies.

---

**From:** Christina Jump <cjump@clcma.org>
**Sent:** Friday, August 8, 2025 7:30 PM
**To:** Daniel Schlessinger <dschlessinger@jaszczuk.com>; Seth Corthell <scorthell@jaszczuk.com>
**Cc:** Samira Elhosary <selhosary@clcma.org>; Ali Boyd <Ali.Boyd@mlfa.org>; Stephen Landes <slandes@jaszczuk.com>
**Subject:** RE: Dates for deposition of Paul Carroll

Counsel:

As noted in my email of a few minutes ago addressing your Rule 37.2 request, this email addresses only your request for deposition dates for our designated expert Paul Carroll. Because of that, and to aid in clarity, I changed the subject line accordingly to more accurately reflect the current content.

Please note that Mr. Carroll will be in Dallas leading up to the week of August 25, so is available to be deposed in Dallas, at our office, on Tuesday August 26.

Or, he can be available in Chicago on either August 28 or 29.

Please advise as to your preferred date at your earliest convenience so he can make travel arrangements accordingly.
Thanks



**Christina A. Jump**
Civil Litigation Department Head

**Muslim Legal Fund of America (MLFA)**
The Constitutional Law Center for Muslims in America (CLCMA) is the legal division of MLFA

100 N. Central Expy, Suite 1010, Richardson, TX 75080

Phone: (972) 914-2507 (main)
Email: christina.jump@mlfa.org | cjump@clcma.org
Website: https://mlfa.org/



*I work across multiple time zones and may send emails outside of standard business hours. Although I send emails at times that are convenient for me, I do not expect that you read, respond or follow up on my emails outside your hours of work.*
*\*Board Certified in Labor and Employment Law, Texas Board of Legal Specialization*

  

*IMPORTANT: Emails to clients of this office presumptively and normally contain confidential and privileged material for the sole use of the intended recipient. Emails to non-clients are normally confidential and may be privileged. The use, distribution, transmittal or re-transmittal by an unintended recipient of any communication is prohibited without our express approval in writing or by email. Any use, distribution, transmittal or re-transmittal by persons who are not intended recipients of this email may be a violation of law and is strictly prohibited. If you are not the intended recipient, please contact the sender and delete all copies.*

**From:** Christina Jump <cjump@clcma.org>
**Sent:** Friday, August 8, 2025 2:06 PM
**To:** Daniel Schlessinger <dschlessinger@jaszczuk.com>; Seth Corthell <scorthell@jaszczuk.com>
**Cc:** Samira Elhosary <selhosary@clcma.org>; Ali Boyd <Ali.Boyd@mlfa.org>; Stephen Landes <slandes@jaszczuk.com>
**Subject:** RE: Boim request to move status conference by one day or to the following week

Received, yes I'm back in the office now and will respond shortly (later today)

Thanks



**Christina A. Jump**
Civil Litigation Department Head

**Muslim Legal Fund of America (MLFA)**
The Constitutional Law Center for Muslims in America (CLCMA) is the legal division of MLFA

100 N. Central Expy, Suite 1010, Richardson, TX 75080

Phone: (972) 914-2507 (main)
Email: christina.jump@mlfa.org | cjump@clcma.org
Website: https://mlfa.org/



*I work across multiple time zones and may send emails outside of standard business hours. Although I send emails at times that are convenient for me, I do not expect that you read, respond or follow up on my emails outside your hours of work.*
*\*Board Certified in Labor and Employment Law, Texas Board of Legal Specialization*

  

*IMPORTANT: Emails to clients of this office presumptively and normally contain confidential and privileged material for the sole use of the intended recipient. Emails to non-clients are normally confidential and may be privileged. The use, distribution, transmittal or re-transmittal by an unintended recipient of any communication is prohibited without our express approval in writing or by email. Any use, distribution, transmittal or re-transmittal by persons who are not intended recipients of this email may be a violation of law and is strictly prohibited. If you are not the intended recipient, please contact the sender and delete all copies.*

**From:** Daniel Schlessinger <dschlessinger@jaszczuk.com>
**Sent:** Friday, August 8, 2025 9:18 AM
**To:** Christina Jump <cjump@clcma.org>; Seth Corthell <scorthell@jaszczuk.com>

**Cc:** Samira Elhosary <selhosary@clcma.org>; Ali Boyd <Ali.Boyd@mlfa.org>; Stephen Landes <slandes@jaszczuk.com>
**Subject:** RE: Boim request to move status conference by one day or to the following week

Christina-

My understanding is that you are back in the office today. I hope you had a good trip. Please get back to me as soon as you can regarding your current thinking on whether there is more to discuss on payment of our experts' fees and teeing that up for a Zoom session with a court reporter. Thanks.

Dan

---

**From:** Christina Jump <cjump@clcma.org>
**Sent:** Friday, August 1, 2025 1:15 PM
**To:** Daniel Schlessinger <dschlessinger@jaszczuk.com>; Seth Corthell <scorthell@jaszczuk.com>
**Cc:** Samira Elhosary <selhosary@clcma.org>; Ali Boyd <Ali.Boyd@mlfa.org>; Stephen Landes <slandes@jaszczuk.com>
**Subject:** RE: Boim request to move status conference by one day or to the following week

I hereby bestow that authority upon Samira and Ali for Monday.
We have three filing deadlines today so Monday is better than today for that filing.
Thanks



**Christina A. Jump**
Civil Litigation Department Head

**Muslim Legal Fund of America (MLFA)**
The Constitutional Law Center for Muslims in America (CLCMA)
is the legal division of MLFA

100 N. Central Expy, Suite 1010, Richardson, TX 75080

Phone: (972) 914-2507 (main)
Email: christina.jump@mlfa.org | cjump@clcma.org
Website: https://mlfa.org/



*I work across multiple time zones and may send emails outside of standard business hours. Although I send emails at times that are convenient for me, I do not expect that you read, respond or follow up on my emails outside your hours of work.*
*\*Board Certified in Labor and Employment Law, Texas Board of Legal Specialization*

  

*IMPORTANT: Emails to clients of this office presumptively and normally contain confidential and privileged material for the sole use of the intended recipient. Emails to non-clients are normally confidential and may be privileged. The use, distribution, transmittal or re-transmittal by an unintended recipient of any communication is prohibited without our express approval in writing or by email. Any use, distribution, transmittal or re-transmittal by persons who are not intended recipients of this email may be a violation of law and is strictly prohibited. If you are not the intended recipient, please contact the sender and delete all copies.*

**From:** Daniel Schlessinger <dschlessinger@jaszczuk.com>
**Sent:** Friday, August 1, 2025 1:13 PM
**To:** Christina Jump <cjump@clcma.org>; Seth Corthell <scorthell@jaszczuk.com>
**Cc:** Samira Elhosary <selhosary@clcma.org>; Ali Boyd <Ali.Boyd@mlfa.org>; Stephen Landes <slandes@jaszczuk.com>
**Subject:** RE: Boim request to move status conference by one day or to the following week

Of course.

This requires a motion directed to Judge Wood rather than Judge McShain. I don't think I can get to that today. Can you guys take care of this, or alternatively, are you okay with us filing a joint motion on Monday? (I know you will be out of the country, but I hope you would be okay with us running this past Samira and Ali.)

**From:** Christina Jump <cjump@clcma.org>
**Sent:** Friday, August 1, 2025 1:10 PM
**To:** Daniel Schlessinger <dschlessinger@jaszczuk.com>; Seth Corthell <scorthell@jaszczuk.com>
**Cc:** Samira Elhosary <selhosary@clcma.org>; Ali Boyd <Ali.Boyd@mlfa.org>; Stephen Landes <slandes@jaszczuk.com>
**Subject:** RE: Boim request to move status conference by one day or to the following week

Good with both of those as long as they remain mutual



**Christina A. Jump**
Civil Litigation Department Head

**Muslim Legal Fund of America (MLFA)**
The Constitutional Law Center for Muslims in America (CLCMA)
is the legal division of MLFA

100 N. Central Expy, Suite 1010, Richardson, TX 75080

Phone: (972) 914-2507 (main)
Email: christina.jump@mlfa.org | cjump@clcma.org
Website: https://mlfa.org/



*I work across multiple time zones and may send emails outside of standard business hours. Although I send emails at times that are convenient for me, I do not expect that you read, respond or follow up on my emails outside your hours of work.*
*\*Board Certified in Labor and Employment Law, Texas Board of Legal Specialization*





**IMPORTANT**: Emails to clients of this office presumptively and normally contain confidential and privileged material for the sole use of the intended recipient. Emails to non-clients are normally confidential and may be privileged. The use, distribution, transmittal or re-transmittal by an unintended recipient of any communication is prohibited without our express approval in writing or by email. Any use, distribution, transmittal or re-transmittal by persons who are not intended recipients of this email may be a violation of law and is strictly prohibited. If you are not the intended recipient, please contact the sender and delete all copies.

---

**From:** Daniel Schlessinger <dschlessinger@jaszczuk.com>
**Sent:** Friday, August 1, 2025 1:09 PM
**To:** Christina Jump <cjump@clcma.org>; Seth Corthell <scorthell@jaszczuk.com>
**Cc:** Samira Elhosary <selhosary@clcma.org>; Ali Boyd <Ali.Boyd@mlfa.org>; Stephen Landes <slandes@jaszczuk.com>
**Subject:** RE: Boim request to move status conference by one day or to the following week

The deadline for us to complete the deposition of your expert is August 29. I suggest we ask that the deadline for Daubert motions be set for September 30. We might also want to move back the deadline for dispositive motions, currently set for September 15, by 30 days to October 15.

**From:** Christina Jump <cjump@clcma.org>
**Sent:** Friday, August 1, 2025 12:54 PM
**To:** Daniel Schlessinger <dschlessinger@jaszczuk.com>; Seth Corthell <scorthell@jaszczuk.com>
**Cc:** Samira Elhosary <selhosary@clcma.org>; Ali Boyd <Ali.Boyd@mlfa.org>; Stephen Landes <slandes@jaszczuk.com>
**Subject:** RE: Boim request to move status conference by one day or to the following week

We likely have no objection to your request re extending the Daubert deadlines. What length of time do you request, so that we can respond definitively?

We will discuss dates with Mr. Carroll and get back to you regarding deposition dates.
I will respond to your other email and related topics separately.

Thanks



**Christina A. Jump**
Civil Litigation Department Head

**Muslim Legal Fund of America (MLFA)**
The Constitutional Law Center for Muslims in America (CLCMA)
is the legal division of MLFA

100 N. Central Expy, Suite 1010, Richardson, TX 75080

Phone: (972) 914-2507 (main)
Email: christina.jump@mlfa.org | cjump@clcma.org
Website: https://mlfa.org/



*I work across multiple time zones and may send emails outside of standard business hours. Although I send emails at times that are convenient for me, I do not expect that you read, respond or follow up on my emails outside your hours of work.*
*\*Board Certified in Labor and Employment Law, Texas Board of Legal Specialization*

  

*IMPORTANT: Emails to clients of this office presumptively and normally contain confidential and privileged material for the sole use of the intended recipient. Emails to non-clients are normally confidential and may be privileged. The use, distribution, transmittal or re-transmittal by an unintended recipient of any communication is prohibited without our express approval in writing or by email. Any use, distribution, transmittal or re-transmittal by persons who are not intended recipients of this email may be a violation of law and is strictly prohibited. If you are not the intended recipient, please contact the sender and delete all copies.*

---

**From:** Daniel Schlessinger <dschlessinger@jaszczuk.com>
**Sent:** Friday, August 1, 2025 12:42 PM
**To:** Christina Jump <cjump@clcma.org>; Seth Corthell <scorthell@jaszczuk.com>
**Cc:** Samira Elhosary <selhosary@clcma.org>; Ali Boyd <Ali.Boyd@mlfa.org>; Stephen Landes <slandes@jaszczuk.com>
**Subject:** RE: Boim request to move status conference by one day or to the following week

We consent to your request to move the status conference to accommodate your travel, and you have our permission to represent that to the Court. August 8 works for us, as does the following week, with the exception of Monday morning the 11th.

Please get back to us as soon as you can regarding setting a date for a Zoom or Teams call on our motion to compel payment of expert fees. Please also provide us open dates for a deposition of Paul M. Carroll.

When your motion to extend the deadline for providing your expert designations and reports was granted, no provision was made for extending the period for Daubert motions. Do you consent to a motion to extend those dates?

---

**From:** Christina Jump <cjump@clcma.org>
**Sent:** Friday, August 1, 2025 11:44 AM
**To:** Seth Corthell <scorthell@jaszczuk.com>; Daniel Schlessinger <dschlessinger@jaszczuk.com>
**Cc:** Samira Elhosary <selhosary@clcma.org>; Ali Boyd <Ali.Boyd@mlfa.org>
**Subject:** Boim request to move status conference by one day or to the following week

Counsel:

I will be traveling and out of the country with very limited access to email during the timeframe of Monday, August 4 through very late in the day (and well after business hours) on Thursday August 7.  I will be back in the office August 8.
We currently have a status conference set for Thursday August 7; do you have any objection to a request to move that to either one day later, or to the following week?



**Christina A. Jump**
Civil Litigation Department Head

**Muslim Legal Fund of America (MLFA)**
 The Constitutional Law Center for Muslims in America (CLCMA)
 is the legal division of MLFA

100 N. Central Expy, Suite 1010, Richardson, TX 75080

Phone: (972) 914-2507 (main)
Email: christina.jump@mlfa.org | cjump@clcma.org
Website: https://mlfa.org/



*I work across multiple time zones and may send emails outside of standard business hours.  Although I send emails at times that are convenient for me, I do not expect that you read, respond or follow up on my emails outside your hours of work.*
*\*Board Certified in Labor and Employment Law, Texas Board of Legal Specialization*



*IMPORTANT: Emails to clients of this office presumptively and normally contain confidential and privileged material for the sole use of the intended recipient. Emails to non-clients are normally confidential and may be privileged. The use, distribution, transmittal or re-transmittal by an unintended recipient of any communication is prohibited without our express approval in writing or by email. Any use, distribution, transmittal or*

*re-transmittal by persons who are not intended recipients of this email may be a violation of law and is strictly prohibited. If you are not the intended recipient, please contact the sender and delete all copies.*


[CAUTION: This email was sent from outside of this organization]