**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF NextGen 1.8 (rev. 1.8.3)**
**Eastern Division**

Stanley Boim, et al.
            Plaintiff,

v.                   Case No.: 1:17−cv−03591
                   Honorable Andrea R. Wood

American Muslims for Palestine, et al.
            Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Wednesday, August 27, 2025:

  MINUTE entry before the Honorable Heather K. McShain: Plaintiffs' motion to strike defendants' untimely supplemental expert report [580] is denied without prejudice based on plaintiffs' failure to comply with the Court's protocol for discovery motions, see [458], and their failure to comply with the Court's standing order on discovery motions, which requires that the movant attach a Local Rule 37.2 certificate to the motion. The Court notes that plaintiffs expected that this motion would not be subject to the protocol for discovery motions because "the extended deadline [for defendants' expert disclosures] it seeks to enforce was granted by the Court in response to a motion by Defendants that did not require adhering to that protocol." [580] 1 n.1. However, the protocol applies only to "discovery motions," and the Court has never required the parties to engage in the protocol when seeking an extension of a discovery deadline. See [476, 514, 523, 543, 565, 572]. Mailed notice. (pk, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.