IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| STANLEY BOIM, Individually and as Administrator of the Estate of David Boim, deceased; and JOYCE BOIM, <br><br> Plaintiffs, <br><br> v. <br><br> AMERICAN MUSLIMS FOR PALESTINE/ AMERICANS FOR JUSTICE IN PALESTINE EDUCATIONAL FOUNDATION; RAFEEQ JABER, <br><br> Defendants. | Civil No. 17-cv-03591 <br><br> Hon. Andrea Wood <br><br> Hon. Heather McShain |

**JOINT STATUS REPORT**

Pursuant to this Court's Minute Order dated, June 27, 2025 (Dkt. 574), Plaintiffs Stanley and Joyce Boim ("Plaintiffs") and Defendants Americans for Justice in Palestine Educational Foundation and Rafeeq Jaber ("Defendants") (collectively "the Parties") jointly submit this status report to update the Court:

**(A) The Progress of Expert Discovery**

To date, Defendants have deposed all of Plaintiffs' designated experts.

Defendants identified Paul Carroll as their expert on July 30 and provided a summary Report identifying his Areas of Expert Testimony at that time. Plaintiffs asked for deposition dates initially, which Defendants provided, then on August 15 Plaintiffs indicated they would not seek a deposition of Mr. Carroll.. On August 19, Defendants notified Plaintiffs they intended to produce a supplemental report from Mr. Carroll, which they then served on August 22 along with a reiterated offer for deposition dates should Plaintiffs wish. Defense counsel reiterated that offer during a video conference between the parties on August 26. Plaintiffs moved to strike the

supplemental report in a motion filed later on August 26, which the Court denied without prejudice the following day. In light of the supplemental report, Plaintiffs are now seeking a date for Mr. Carroll's deposition. The parties have tentatively agreed to a deposition date for Mr. Carroll and anticipate seeking an extension of *Daubert* motion deadline from Judge Wood.

**(B) Status of Settlement Discussions**

The parties have not engaged in settlement discussions to date and do not believe any would be productive at this time.

Respectfully submitted this 2nd day of September, 2025.

/s/ Seth H. Corthell
Daniel I. Schlessinger
Seth H. Corthell
JASZCZUK P.C.
311 South Wacker Drive, Suite 2150
Chicago, IL 60606
(312) 442-0509

Of Counsel
Nathan Lewin (*pro hac vice*)
Alyza D. Lewin (*pro hac vice*)
LEWIN & LEWIN LLP
888 17th Street NW, 4th Floor
Washington, D.C. 20006
(202) 828-1000

/s/ Christina A. Jump
Christina A. Jump
Samira S. Elhosary
Constitutional Law Center for
Muslims in America*
100 N. Central Expy. Ste. 1010
Richardson, TX 75080
(972) 914-2507

**The Constitutional Law Center for Muslims in America is the legal division of the Muslim Legal Fund of America*

Thomas A. Durkin
Durkin & Roberts
2446 North Clark Street
Chicago, IL 60614
(312) 913-9300