# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.3)
### Eastern Division

Stanley Boim, et al.

                                              Plaintiff,

v.                                                                      Case No.: 1:17–cv–03591
                                                                               Honorable Andrea R. Wood

American Muslims for Palestine, et al.

                                              Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, September 3, 2025:

      MINUTE entry before the Honorable Heather K. McShain: The Court has reviewed the parties' joint status report [582], which reports that the parties have agreed on a proposed date for the deposition of the defense expert Paul Carroll. The Court construes the status report as a joint motion to extend the 08/29/2025 deadline to depose the defense experts [574] and grants the motion for the sole purpose of completing Carroll's deposition. By 09/17/2025, the parties shall file a joint status report to update the Court on the status of Carroll's deposition and to confirm that expert discovery is otherwise complete. Mailed notice. (pk, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.