# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| STANLEY BOIM, Individually and as Administrator of the Estate of David Boim, deceased; and JOYCE BOIM,<br><br>Plaintiffs,<br><br>v.<br><br>AMERICAN MUSLIMS FOR PALESTINE/ AMERICANS FOR JUSTICE IN PALESTINE EDUCATIONAL FOUNDATION; RAFEEQ JABER,<br><br>Defendants. | Civil No. 17-cv-03591<br><br>Hon. Andrea Wood<br><br>Hon. Heather McShain |

## AGREED MOTION TO RESET SCHEDULE FOR DAUBERT AND DISPOSITIVE MOTIONS

Plaintiffs Stanley and Joyce Boim and Defendants AJP Educational Foundation, Inc. d/b/a American Muslims for Palestine and Rafeeq Jaber (collectively, the "Parties") hereby move for an order continuing the dates that are currently set for briefing *Daubert* and dispositive motions, and in support of this motion state as follows:

1. By MINUTE entry dated August 5, 2025, the Court granted the parties' agreed motion to reset the schedule for any *Daubert* and dispositive motions. (Dkt. 579) Specifically, under the current schedule *Daubert* motions are to be filed by September 30, 2025 and dispositive motions are to be filed by October 15, 2025. This date was predicated on expert discovery being completed by August 29, 2025.

2. Subsequently, the expert discovery deadline was extended again to allow for the deposition of Defendants' expert, Paul Carroll, now scheduled for September 25, 2025. (Dkt. 583)

3. As such, to allow for Mr. Carroll's deposition to move forward, with enough time for Plaintiffs to obtain the transcript and prepare a *Daubert* motion, the parties are requesting an extension of the *Daubert* and dispositive motion schedule.

4. Specifically, the parties seek to move the deadlines for *Daubert* motions to October 31, 2025 and the deadline for dispositive motions to December 5, 2025, with response briefs to any dispositive motions due on January 5, 2026.

5. In an email exchange on September 8, 2025, the parties agreed to the aforementioned extensions.

WHEREFORE, the Parties request that the deadline for filing *Daubert* motions be extended to October 31, 2025 and the deadline for filing dispositive motions be extended to December 5, 2025, with responses to dispositive motions due on January 5, 2026.

| | |
|---|---|
| Date: September 8, 2025 | Respectfully submitted, |
| | |
| *s/ Christina A. Jump* | *s/ Seth H. Corthell* |
| Christina A. Jump | Daniel I. Schlessinger |
| Texas Bar No. 00795828 | Stephen Landes |
| Attorney for Defendants | Seth H. Corthell |
| Samira Elhosary | Jaszczuk P.C. |
| Maryland Bar No. 2112140261 | 311 South Wacker Dr., Suite 2150 |
| *Attorneys for Defendants* | Chicago, IL 60606 |
| | (312) 442-0401 |
| Constitutional Law Center for Muslims in America* | dschlessinger@jaszczuk.com |
| 100 North Central Expressway, Suite 1010 | slandes@jaszczuk.com |
| Richardson, TX 75080 | scorthell@jaszczuk.com |
| Phone: (972) 914-2507 | |
| Fax: (972) 692-7454 | Nathan Lewin (pro hac vice) |
| | Alyza D. Lewin (pro hac vice) |
| *The Constitutional Law Center for Muslims in America is the Legal Division of the Muslim Legal Fund of America* | LEWIN & LEWIN LLP |
| | 888 17th Street NW, 4th Floor |
| | Washington, D.C. 20006 |
| | (202) 828-1000 |
| | |
| | *Attorneys for Stanley Boim, Individually and as the Administrator of the Estate of David Boim, Deceased, and Joyce Boim* |