IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| STANLEY BOIM, Individually and as Administrator of the Estate of David Boim, deceased; and JOYCE BOIM,<br><br>Plaintiffs,<br><br>v.<br><br>AMERICAN MUSLIMS FOR PALESTINE/ AMERICANS FOR JUSTICE IN PALESTINE EDUCATIONAL FOUNDATION; RAFEEQ JABER,<br><br>Defendants. | Civil No. 17-cv-03591<br><br>Hon. Andrea Wood<br><br>Hon. Heather McShain |

**DEFENDANTS' NOTICE REGARDING DEATH OF COUNSEL**

Defendants Americans for Justice in Palestine Educational Foundation, Inc. d/b/a American Muslims for Palestine ("AMP") and Rafeeq Jaber (together, "Defendants") submit this notice to regretfully confirm with the Court of the passing of Defendants' local counsel, Mr. Thomas A. Durkin on July 21, 2025. *See* Violet Miller, *Thomas Durkin dies at 78; Chicago lawyer ensured the rights of 'the most demonized among us'*, CHICAGO SUN TIMES (July 21, 2025), https://chicago.suntimes.com/obituaries/2025/07/21/thomas-durkin-obituary-chicago-defense-lawyer. Mr. Durkin graciously served as local counsel for Defendants at the beginning of this case when lead counsel, Ms. Christina Jump, was not yet admitted to this Court. Ms. Jump subsequently gained admission to both the General and Trial Bars of this Court.

Counsel for Defendants respectfully informs this Court that it is for this reason that counsel will no longer list Mr. Durkin's name on filings with this Court, and due to Ms. Jump's admission to the bars of this district, will not bring on new local counsel unless notified by this Court of the

1

need to do so. Counsel greatly appreciated Mr. Durkin's guidance and assistance in this case and others over several years.

Respectfully submitted this 18th day of September, 2025.

*/s/ Christina Jump*
Christina A. Jump
Texas Bar No. 00795828
*Admitted to the General and Trial Bars of this District*
Samira Elhosary
Maryland Bar No. 2112140261
*Admitted to the General Bar of this District*
cjump@clcma.org
selhosary@clcma.org
*Attorneys for Defendants*

Constitutional Law Center
for Muslims in America
100 North Central Expressway, Suite 1010
Richardson, TX 75080
Phone: (972) 914-2507
Fax: (972) 692-7454
*\*The Constitutional Law Center for Muslims in America
is the legal division of the Muslim Legal Fund of America.*

### CERTIFICATE OF SERVICE

The undersigned counsel certifies that on September 18, 2025, she caused the foregoing to be served by electronically filing with the Clerk of the Court for the Northern District of Illinois using the CM/ECF system, and thereby serving by email notification upon counsel for all parties of record.

*/s/ Christina A. Jump*
Christina Jump
*Counsel for Defendants*
