IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| STANLEY BOIM, Individually and as Administrator of the Estate of David Boim, deceased; and JOYCE BOIM,<br><br>Plaintiffs,<br><br>v.<br><br>AMERICAN MUSLIMS FOR PALESTINE/ AMERICANS FOR JUSTICE IN PALESTINE EDUCATIONAL FOUNDATION; RAFEEQ JABER,<br><br>Defendants. | Civil No. 17-cv-03591<br><br>Hon. Andrea Wood<br><br>Hon. Heather McShain |

## JOINT STATUS REPORT

Pursuant to this Court's Minute Order dated September 19, 2025 (Dkt. 588), Plaintiffs Stanley and Joyce Boim ("Plaintiffs") and Defendants Americans for Justice in Palestine Educational Foundation and Rafeeq Jaber ("Defendants") (collectively "the Parties") jointly submit this status report to update the Court that the deposition of Paul Carroll was completed on September 25, 2025, and that the parties have not engaged in settlement discussions to date and do not believe any would be productive at this time.

Respectfully submitted this 29th day of September, 2025.

/s/ Daniel I. Schlessinger
Daniel I. Schlessinger
Seth H. Corthell
JASZCZUK P.C.
311 South Wacker Drive, Suite 2150
Chicago, IL 60606
(312) 442-0509

Of Counsel
Nathan Lewin (*pro hac vice*)
Alyza D. Lewin (*pro hac vice*)
LEWIN & LEWIN LLP
888 17th Street NW, 4th Floor
Washington, D.C. 20006
(202) 828-1000

/s/ Christina A. Jump
Christina A. Jump
Samira S. Elhosary
Constitutional Law Center for
Muslims in America*
100 N. Central Expy. Ste. 1010
Richardson, TX 75080
(972) 914-2507

*The Constitutional Law Center for Muslims in America is the legal division of the Muslim Legal Fund of America*