# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.3)
### Eastern Division

Stanley Boim, et al.

                                  Plaintiff,

v.                                                          Case No.: 1:17−cv−03591

                                                                           Honorable Andrea R. Wood

American Muslims for Palestine, et al.

                                  Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, September 30, 2025:

       MINUTE entry before the Honorable Heather K. McShain: The Court has reviewed the parties' joint status report [589], which reports that expert discovery is complete and there is no mutual interest in settlement at this time. All matters in the referral of this case to the undersigned having been completed, the referral is closed and the case is returned to the District Judge for all further proceedings. Mailed notice. (pk, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.