# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| STANLEY BOIM, INDIVIDUALLY AND AS ADMINISTRATOR OF THE ESTATE OF DAVID BOIM, DECEASED, AND JOYCE BOIM, <br><br> Plaintiffs, <br><br> v. <br><br> AMERICAN MUSLIMS FOR PALESTINE, AMERICANS FOR JUSTICE IN PALESTINE EDUCATIONAL FOUNDATION AND RAFEEQ JABER, | Civil No. 17-cv-03591 <br><br> **Hon. Andrea R. Wood** |

## NOTICE OF FILING EXHIBITS TO PLAINTIFFS STANLEY AND JOYCE BOIM IN SUPPORT OF THEIR MOTION FOR SUMMARY JUDGMENT

Pursuant to Fed. R. Civ. P. 56, Plaintiffs Stanley and Joyce Boim submit true and accurate copies of the following exhibits in support of their Motion for Summary Judgment.

| Ex. | Document Description |
|---|---|
| A | Expert Report of Lorenzo Vidino |
| B | Excerpts from the October 4, 2023 deposition of Abdelbasset Hamayel |
| C | Excerpts from the November 7, 2018 deposition of Rafeeq Jaber |
| D | Tax Documents Produced by IAP in *Stanley Boim, et al. v. Quranic Literacy Institute, et al.*, No. 00-cv-2905. |
| E | Excerpts from the October 17, 2018 deposition of Abdelbasset Hamayel. |
| F | Expert Report of Arieh Spitzen |
| G | Excerpts from the April 9, 2003 deposition of Rafeeq Jaber in *Stanley Boim, et al. v. Quranic Literacy Institute, et al.*, No. 00-cv-2905. |
| H | Excerpts from the October 3, 2023 deposition of Osama Abuirshaid |
| I | Financial records produced by Rafeeq Jaber in *Stanley Boim, et al. v. Quranic Literacy Institute, et al.*, No. 00-cv-2905. |
| J | The Boims' responses to written discovery requests propounded by Defendant Rafeeq Jaber. |
| K | The declaration of Rafeeq Jaber |
| L | Excerpts from the March 25, 2003 deposition of Rafeeq Jaber in *Stanley Boim, et al. v. Quranic Literacy Institute, et al.*, No. 00-cv-2905. |

| M  | DOJ Press Release dated May 27, 2009, available at https://www.justice.gov/archives/opa/pr/federal-judge-hands-downs-sentences-holy-land-foundation-case |
|----|---|
| N  | IAP Media Advisory produced by IAP in *Stanley Boim, et al. v. Quranic Literacy Institute, et al.*, No. 00-cv-2905. |
| O  | U.S. Treasury Press Release dated February 19, 2006, available https://home.treasury.gov/news/press-releases/js4058 |
| P  | Excerpts from the October 18, 2018 deposition of Osama Aburishaid |
| Q  | Excerpts from the January 9, 2024 deposition of Magdi Odeh and relevant exhibits. |
| R  | Complaint filed by Hatem Bazian in the case *American Muslims for Palestine, et al., v. Arizona State University*, No. 2:18-cv-00670. |
| S  | Excerpts from the January 15, 2019 deposition of Hatem Bazian and relevant exhibits. |
| T  | Excerpts from the December 4, 2023 deposition of Sufian Nabhan and relevant exhibits. |
| U  | List of Initial Donors to AMP |
| V  | Amended AMP Objections and Responses to Discovery Requests |
| W  | List of IAP/AMS Board Member produced by IAP in *Stanley Boim, et al. v. Quranic Literacy Institute, et al.*, No. 00-cv-2905. |
| X  | IAP Webpage from the Wayback Machine reflecting the webpage in 2002, available at https://web.archive.org/web/20020202163905/http://www.iap.org/contactus.htm |
| Y  | Excerpts from the November 8, 2018 deposition of Munjed Ahmad and relevant exhibits. |
| Z  | Excerpts from the January 17, 2019 deposition of Salah Sarsour. |
| AA | 2001 Memorandum from FBI Assistant Director of Counterterrorism Dale Watson. |
| BB | First issue of *El Meezan* published January 14, 2005, produced by AMP in discovery. |
| CC | *El Meezan* and *Al Zaytounah* webpages from the Wayback Machine, available at https://web.archive.org/web/20060501003403/http://almeezannews.com/advertise.html; https://web.archive.org/web/20041014233643/http://alzaytouna.com/advertise.html; https://web.archive.org/web/20060501003337/http://almeezannews.com/aboutUs.html; https://web.archive.org/web/20041014013826/http://alzaytouna.com:80/aboutUs.html. |
| DD | Copy of *Al Zaytounah* produced by IAP in *Stanley Boim, et al. v. Quranic Literacy Institute, et al.*, No. 00-cv-2905. |
| EE | Communications between Rafeeq Jaber and AMP board members. |
| FF | Emails produced by the Mosque Foundation in discovery. |
| GG | Email produced by the Mosque Foundation in discovery. |
| HH | Draft press release from AMP regarding Viva Palestina |
| II | Excerpts from the December 4, 2024 deposition of Jamal Said and relevant exhibits. |
| JJ | Instagram story posted by SJP national Instagram account on or about October 12, 2023 |
| KK | IAP newsletter produced by IAP in *Stanley Boim, et al. v. Quranic Literacy Institute, et al.*, No. 00-cv-2905. |
| LL | Student grant chart produced by AMP in discovery. |
| MM | Newsletters, alerts, social media posts, and other documents produced by AMP in discovery. |
| NN | Excerpts from the deposition of Taher Herzallah. |
| OO | Expert report of Harel Chorev. |

Date: December 5, 2025 	Respectfully submitted,

<u>/s/ Draft</u>
Daniel I. Schlessinger
Stephen J. Landes
Seth H. Corthell
Jaszczuk P.C.
311 South Wacker Dr., Suite 2150
Chicago, IL 60606
(312) 442-0401
dschlessinger@jaszczuk.com
slandes@jaszczuk.com
scorthell@jaszczuk.com

*Attorneys for Stanley Boim, Individually and as the Administrator of the Estate of David Boim, Deceased, and Joyce Boim*

**CERTIFICATE OF SERVICE**

    I HEREBY CERTIFY that a true and correct copy of the foregoing has been filed electronically using the Court's CM/ECF system and has been served to all parties via email through CM/ECF on this 5th day of December 2025.

*/s/ Seth H. Corthell*