IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| STANLEY BOIM, Individually and as Administrator of the Estate of David Boim, deceased; and JOYCE BOIM, <br><br> Plaintiffs, <br><br> v. <br><br> AMERICAN MUSLIMS FOR PALESTINE/ AMERICANS FOR JUSTICE IN PALESTINE EDUCATIONAL FOUNDATION; RAFEEQ JABER, <br><br> Defendants. | Civil No. 17-cv-03591 <br><br> Hon. Andrea Wood |

**PLAINTIFFS' MOTION FOR LEAVE TO FILE DOCUMENTS UNDER SEAL**

Pursuant to Local Rule 26.2(c), Plaintiffs Stanley Boim, individually and as administrator of the estate of David Boim, deceased, and Joyce Boim (together, "Plaintiffs"), respectfully move for leave to file an unredacted version their Summary Judgment Motion, Proposed Statement of Undisputed Facts, and Exhibits C, D, E, I, L, N, T, U, Y, AA, DD, EE, FF, GG, II, KK, LL, and NN (the "Exhibits") thereto under seal. In support of this Motion, Plaintiffs state as follows:

1. Local Rule 26.2(c) requires that a party wishing to file a document or portion of a document electronically under seal in connection with a motion, brief, or other submission must: (1) provisionally file the document electronically under seal; (2) file electronically at the same time a public-record version of the brief, motion, or other submission with only the sealed document excluded; and (3) move the court for leave to file the document under seal.

2.	Certain information referenced in Plaintiffs' Motion and Proposed Undisputed Statement of Fact has been designated as Confidential Information pursuant to the Protective Order in place in this matter. (Dkts. 71 and 474)

3.	The aforementioned Exhibits contain either documents and testimony that have been designated pursuant to the Order, or that third parties have indicated may contain Confidential Information. Out of an abundance of caution, Plaintiffs are moving to provisionally seal certain documents despite the lack of a formal designation.

4.	Accordingly, pursuant to Local Rule 26.2(c), Plaintiffs are provisionally filing unredacted versions of the Summary Judgment Motion, the Proposed Statement of Undisputed Fact and the aforementioned Exhibits thereto electronically under seal. By this Motion, Plaintiffs seek leave to file the Summary Judgment Motion, the Proposed Statement of Undisputed Fact and the aforementioned Exhibits thereto under seal, as required by Local Rule 26.2(c).

5.	There is no prejudice to Defendants from filing the Summary Judgment Motion, the Proposed Statement of Undisputed Fact and the aforementioned Exhibits thereto under provisional seal because Defendants will still have access to the unredacted Exhibits.

6.	Plaintiffs do not agree with many of the designations and are only seeking to file the Summary Judgment Motion, the Proposed Statement of Undisputed Fact and the aforementioned Exhibits thereto under seal to comply with the Agreed Confidentiality Agreement and the Local Rules of this Court.

WHEREFORE, for the foregoing reasons, Plaintiffs respectfully request that the Court grant them leave to file the Summary Judgment Motion, Proposed Statement of Undisputed Facts, and Exhibits C, D, E, I, L, N, T, U, Y, AA, DD, EE, FF, GG, II, KK, LL, and NN thereto under seal.

Date: December 5, 2025                      Respectfully submitted,

<p style="margin-left: 50%;">

*/s/ Seth H. Corthell*
Daniel I. Schlessinger
Stephen J. Landes
Seth H. Corthell
Jaszczuk P.C.
311 South Wacker Dr., Suite 2150
Chicago, IL 60606
(312) 442-0401
dschlessinger@jaszczuk.com
slandes@jaszczuk.com
scorthell@jaszczuk.com

*Attorneys for Stanley Boim, Individually and as the Administrator of the Estate of David Boim, Deceased, and Joyce Boim*

**CERTIFICATE OF SERVICE**

    I HEREBY CERTIFY that a true and correct copy of the foregoing has been filed electronically using the Court's CM/ECF system and has been served to all parties via email through CM/ECF on this 5th day of December 2025.

*/s/ Seth H. Corthell*