**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| STANLEY BOIM, Individually and as Administrator of the Estate of David Boim, deceased; and JOYCE BOIM,<br><br>Plaintiffs,<br><br>v.<br><br>AMERICAN MUSLIMS FOR PALESTINE/ AMERICANS FOR JUSTICE IN PALESTINE EDUCATIONAL FOUNDATION; RAFEEQ JABER,<br><br>Defendants. | Civil No. 17-cv-03591<br><br><br>Hon. Andrea Wood |

**DEFENDANT RAFEEQ JABER'S MOTION FOR LEAVE TO FILE UNDER SEAL**

Christina A. Jump
Texas Bar No. 00795828
cjump@jump-start-legal.com
Jump Start Legal Justice Center PLLC
100 N. Central Expy., Suite 537
Richardson, TX 75080
Phone: 972-992-5060
Samira Elhosary
Maryland Bar No. 2112140261
selhosary@clcma.org
Constitutional Law Center for Muslims in America*
100 North Central Expressway, Suite 1010
Richardson, TX  75080
Phone: (972) 914-2507
Fax: (972) 692-7454

*Attorneys for Defendants*

Pursuant to Local Rule 26.2(c), Defendant Rafeeq Jaber respectfully moves for leave to file his Amended Responsive Statement of Undisputed Facts and its accompanying Exhibit A under seal.

In support of this Motion, Defendant Jaber states as follows:

1. Local Rule 26.2(c) requires that a party wishing to file a document or portion of a document electronically under seal in connection with a motion, brief, or other submission must: (1) provisionally file the document electronically under seal; (2) file electronically at the same time a public-record version of the brief, motion, or other submission with only the sealed document excluded; and (3) move the court for leave to file the document under seal.

2. The information referenced in Defendant's Amended Responsive Statement of Facts and accompanying attachment has been designated as Confidential Information by the Protective Order in place in this matter. (Dkts. 71 and 474).

3. Accordingly, pursuant to Local Rule 26.2(c), Defendant provisionally filed unredacted versions of his Amended Response to Statement of Undisputed Facts with its attachment electronically under seal. By this Motion, Defendant Jaber seeks leave to file the Response to the Statement of Undisputed Facts and attachment under seal, as required by Local Rule 26.2(c).

4. There is no prejudice to Plaintiffs from filing these documents under provisional seal, because Plaintiffs will still have access to the unredacted Exhibits, and the originals of these documents predating this Amendment were already filed under seal.

2

WHEREFORE, for the foregoing reasons, Defendant Jaber respectfully requests this Court grant him leave to file his Amended Response to Plaintiffs' Statement of Undisputed Facts and its attachment under seal.

Dated this 31st day of March, 2026.

/s/ *Christina A. Jump*
Christina A. Jump
Texas Bar No. 00795828
*Admitted to the General Bar*
*and Trial Bar of this District*
cjump@jump-start-legal.com
Jump Start Legal Justice Center PLLC
100 N. Central Expy., Suite 537
Richardson, TX 75080
Phone: 972-992-5060

Samira Elhosary
Maryland Bar No. 2112140261
Admitted to the General Bar of this District
selhosary@clcma.org
Constitutional Law Center for Muslims in America*
100 North Central Expressway, Suite 1010
Richardson, TX 75080
Phone: (972) 914-2507
Fax: (972) 692-7454

*Attorneys for Defendants*

*\*The Constitutional Law Center for Muslims in America is*
*the legal division of the Muslim Legal Fund of America*

## CERTIFICATE OF SERVICE

The undersigned counsel certifies that on March 31, 2026, she caused the foregoing to be served by electronically filing with the Clerk of the Court for the Northern District of Illinois using the CM/ECF system, and thereby serving by e-mail notification upon counsel for all parties of record.

*/s/ Christina A. Jump*
Lead Counsel for Defendants