**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS**

| | |
|---|---|
| STANLEY BOIM, Individually and as Administrator of the Estate of David Boim, deceased; and JOYCE BOIM, | Civil No. 17-cv-03591 |
| Plaintiffs, | |
| v. | Hon. Andrea Wood |
| AMERICAN MUSLIMS FOR PALESTINE/ AMERICANS FOR JUSTICE IN PALESTINE EDUCATIONAL FOUNDATION; RAFEEQ JABER, | |
| Defendants. | |

**JOINT STATUS REPORT**

Pursuant to the Court's March 24, 2026 Minute Entry (Dkt. 641) requiring a joint status report addressing trial readiness, trial availability, and the anticipated length of trial, Plaintiffs Stanley and Joyce Boim ("Plaintiffs") and Defendants Americans for Justice in Palestine Educational Foundation and Rafeeq Jaber ("Defendants") (collectively, "the Parties") respectfully submit the following.

1. **TRIAL READINESS**

The Parties report that they can be ready for trial as early as November 2026, although they do not currently have overlapping availability until December 2026.

2. **TRIAL AVAILABILITY**

Plaintiffs' availability:  Plaintiffs report they are unavailable during November 16–27, 2026, but are otherwise available during the remainder of the fourth quarter of 2026 and have no known scheduling conflicts in the first quarter of 2027 at this time.

Defendants' availability: Defendants report no conflicts in October, no conflicts in February, and no conflicts in March, and further report the following periods of unavailability:

- November 2–13;

- November 26–30;

- December 21–31;

- January 22–24.

Overlapping availability:[1]  Based on the Parties' stated readiness and conflicts, the Parties report that trial could be scheduled during the following general windows (subject to the Court's calendar and any additional conflicts that may arise):

- December 1–20, 2026;

- January 1–21, 2027;

- January 25–31, 2027;

- February 2027;

- March 2027.

3. **ANTICIPATED LENGTH OF TRIAL**

Plaintiffs estimate that trial will require approximately two weeks, inclusive of presentations from both sides.

Defendants estimate that trial will last no more than 5–7 days.

---

[1] There are several federal holidays that fall within these dates, including January 1 and 18, and February 17, 2027.

2

Date: April 24, 2026                                Respectfully submitted,

*/s/ Christina A. Jump*                             */s/ Seth H. Corthell*
Christina A. Jump                                   Daniel I. Schlessinger
Texas Bar No. 00795828                              Stephen J. Landes
Admitted to the General and Trial Bars of this      Seth H. Corthell
District                                            Jaszczuk P.C.
Jump Start Legal Justice Center PLLC                311 South Wacker Dr., Suite 2150
100 N. Central Expressway, Suite 537                Chicago, IL 60606
Richardson, Texas 75080                             (312) 442-0401
(972) 992-5060                                      dschlessinger@jaszczuk.com
cjump@jump-start-legal.com                          slandes@jaszczuk.com
                                                    scorthell@jaszczuk.com
Samira Elhosary
Maryland Bar No. 2112140261                         *Attorneys for Stanley Boim, Individually and*
Admitted to the General Bar of this District        *as the Administrator of the Estate of David*
selhosary@clcma.org                                 *Boim, Deceased, and Joyce Boim*
Constitutional Law Center for Muslims in
America*
100 North Central Expressway, Suite 1010
Richardson, TX 75080
Phone: (972) 914-2507
Fax: (972) 692-7454

*Attorneys for Defendants*

*The Constitutional Law Center for Muslims*
*in America is the legal division of the Muslim*
*Legal Fund of America*

3

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing has been filed electronically using the Court's CM/ECF system and has been served to all parties via email through CM/ECF on this 24th day of April 2026.

*/s/ Seth H. Corthell*