**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF NextGen 1.9 (rev. 1.9)**
**Eastern Division**

Stanley Boim, et al.

Plaintiff,

v.

Case No.: 1:17−cv−03591
Honorable Andrea R. Wood

American Muslims for Palestine, et al.

Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, September 28, 2026:

MINUTE entry before the Honorable Andrea R. Wood: For docket administration purposes, the redacted version of Plaintiff's motion for summary judgment against Defendant American Muslims for Palestine at Dkt. No. [605], which is the same motion as Dkt. No. [602], is terminated as a separate motion. Mailed notice (lma, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.